Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Attachment A shall be completed and attached to the petition.]*

*[in re Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____N/A____ .

2. The following financial data is the latest available information and refers to the debtor's condition on ____N/A____ .

    a. Total assets                                                $ _____

    b. Total debts (including debts listed in 2.c., below)         $ _____

    c. Debt securities held by more than 500 holders

                                                                                      Approximate number of holders:

    secured ☐ unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐ unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐ unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐ unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐ unsecured ☐   subordinated ☐   $ _____   _____

    d. Number of shares of preferred stock                                   N/A
    e. Number of shares common stock                                         N/A

    Comments, if any: _____

3. Brief description of debtor's business: Hospital

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
None

Official Form 201A    Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11


American LegalNet, Inc.
www.FormsWorkFlow.com