| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center |
| United States Bankruptcy Court for the: | Central District of California (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Siemens (Cerner Health Services) 2501 Barrington Road Hoffman Estates, MO 60192 | Jennifer Stowell Tel: (610) 219-6300 | Trade | Disputed | | | 4,268,644.46 |
| 2 | DeLage Landen Financial Services, Inc. 1111 Old Eagle School Wayne, PA 19087 | Cheryl Glick Tel: (610) 386-3850 | Trade | Disputed; Unliquidated | | | 2,102,443.00 |
| 3 | Spinal Solutions LLC / Orthopedic Alliance 7516 Bluebonnet Blvd. Baton Rouge, LA 70810 | Roger Williams Tel: (951) 304-9001 rkwplus@aol.com | Trade | Disputed; Unliquidated; Contingent | | | 1,906,726.00 |
| 4 | Anthem Blue Cross 425 E Colorado St. Suite 600 Mailstop: CAAVGR-0001 Glendale, CA 91205 | Les Ybarra Tel: (888) 715-4100 | IPA Claim | Disputed | | | 1,415,152.00 |
| 5 | Noridian Healthcare Solutions LLC 900 42nd Street Fargo, ND 58108 | Andrew Wegman Tel: (651) 994-3907 | Trade | Disputed | | | 1,000,000.00 |
| 6 | Cardinal Health c/o Patricia Benson Mitchell Silberberg 11377 W Olympic Blvd. Los Angeles, CA 90064 | Patricia H. Benson phb@msk.com Tel: (310) 312-2000 | Trade | Disputed | | | 848,729.69 |
| 7 | LAC Harbor UCLA Medical Center 1000 W. Carson Torrance, CA 90502 | Jody Nakasuji Tel: (310) 222-2345 | IPA Claim | Disputed | | | 725,932.23 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Rollins Nelson<br>4333 Torrance Blvd.<br>Torrance, CA 90503 | William Nelson<br>Tel: (323) 821-4077 | Trade | | | | 679,627.00 |
| 9 | Dept of Health Care Serv.<br>1501 Capitol Ave. #71.2048<br>Sacramento, CA 95899 | Jennifer Kent<br>Tel: (916) 464-4430 | Hospital Fees | Disputed | | | 679,382.22 |
| 10 | Long Beach Memorial Medical Center<br>2801 Atlantic Avenue<br>Long Beach, CA 90806 | Yiers Katz<br>Tel: (562) 933-2000 | IPA Claim | Disputed | | | 545,159.52 |
| 11 | Signal Health Solution<br>2525 Cherry Ave., Suite 225<br>Signal Hill, CA 90755 | George Jayatilaka<br>Tel: (562) 435-5582 | Trade | Disputed | | | 481,587.04 |
| 12 | Regency Surgical Devices LLC<br>21500 Pioneer Blvd., Ste 208<br>Hawaiian Gardens CA 90716 | Pam Patterson<br>Tel: (310) 995-3799 | Trade | Contingent; Unliquidated | | | 468,620.06 |
| 13 | Paladin-Gardens Mgmt<br>2121 Rosecrans Ave #2320<br>El Segundo, CA 90245 | Joel Freedman<br>Tel: (310) 414-2700 | Trade | Disputed | | | 440,323.00 |
| 14 | Starbase, Inc.<br>2034 E. Lincoln PMB321<br>Anaheim, CA 92806 | Ismael Silva<br>Tel: (949) 500-5513<br>drsilva@orthosportsmedicine.com | Trade | Contingent; Unliquidated; Disputed | | | 382,626.00 |
| 15 | UCLA Medical Center<br>757 Westwood Plaza<br>Los Angeles, CA 90095 | Paul Staton<br>Tel: (310) 825-9111 | IPA Claim | Disputed | | | 325,125.76 |
| 16 | Spine Surgical Implants, Inc.<br>9668 Miliken Ave #104-381<br>Rancho Cucamonga, CA 91730 | Andy Navid<br>Tel: (909) 980-0303<br>andynavid@yahoo.com | Trade | Contingent; Unliquidated | | | 306,411.50 |
| 17 | Gardena Hospital, LP<br>1145 W. Redondo Beach<br>Gardena, CA 90247 | Kathy Wojno<br>Tel: (310) 532-4200 | PA Claim | Disputed | | | 293,329.83 |
| 18 | St. Mary Medical Center<br>1050 Linden Avenue<br>Long Beach, CA 90813 | Leon Choiniere<br>Tel: (562) 491-9000 | IPA Claim | Disputed | | | 268,692.98 |
| 19 | County of Los Angeles<br>Kenneth Hahn Hall of Admin<br>500 W. Temple, Room 358<br>Los Angeles, CA 90012 | Don Knabe<br>Tel: (213) 974-8301 | IPA Claim | Disputed | | | 267,855.40 |

| Debtor | Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Advance Bariatric Center<br>321 N. Larchmont Blvd.<br>Suite 505<br>Los Angeles, CA 90004 | Houshmand Naim, M.D.<br>Tel: (310) 975-9546 | Trade | Disputed | | | 261,062.50 |

97001982\V-1