| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Samuel R. Maizel, (SBN 189301)<br>John A. Moe, II, (SBN 66893)<br>DENTONS US LLP<br>601 South Figueroa, Suite 2500<br>Los Angeles, CA 90017<br>samuel.maizel@dentons.com<br>john.moe@dentons.com<br>Tel: (213) 623-9300<br>Fax: (213) 623-9924<br><br>☒ Attorney for: Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Gardens Regional Hospital and Medical Hospital, Inc.<br>dba Gardens Regional Hospital and Medical Center<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, (Printed name of attorney or declarant) Samuel R. Maizel (attorney to Debtor)_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 1                          F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☒ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    None

    [For additional names, attach an addendum to this form.]

  b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: April 12, 2016

By: _____
Signature of Debtor, or attorney for Debtor

Name: Samuel R. Maizel
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 2                    F 1007-4.CORP.OWNERSHIP.STMT