| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel R. Maizel SBN 189301<br>Dentons US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Tel: (213) 623-9300<br>Fax: (213) 623-9924<br>samuel.maizel@dentons.com<br><br>☐  *Debtor(s) appearing without attorney*<br>☒  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: April *12*, 2016 _____

Debtor's signature
Brian Walton, Chairman of the Board

Date: _____

Joint Debtor's signature (if applicable)

Date: April *12*, 2016 _____

Attorney's signature (if applicable)
Samuel R. Maizel

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                      F 1007-1.MAILING.LIST.VERIFICATION