# WRITTEN CONSENT BY THE BOARD OF DIRECTORS
# OF
# GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.

The undersigned, constituting the board of directors (the "Board") of Gardens Regional Medical Center, Inc. (the "Company"), hereby consents to the adoption of the following resolutions

    WHEREAS the Board of the Company (the "Board") has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors;

    WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company;

    WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and the Company's professionals and advisors as to the terms of the proposed restructuring to be implemented during the course of a chapter 11 case of the Company;

    NOW, THEREFORE, BE IT RESOLVED: That in the judgment of the Board of Directors, it is desirable and in the best interests of this Company, its creditors, shareholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

    BE IT FURTHER RESOLVED: That Kenneth Strople, the Chief Executive Officer, in his own discretion, and/or other board members or officers of the Company be, and hereby is authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action which he deems necessary or proper to obtain such relief.

    BE IT FURTHER RESOLVED: That the Company be, and it hereby is, authorized and directed to employ the law firm of Dentons US, LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Dentons US, LLP;

    BE IT FURTHER RESOLVED: That the Company be, and it hereby is, authorized and directed to employ additional professionals as the Company, in its reasonable discretion deems necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the

1

foregoing resolutions; the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional;

    BE IT FURTHER RESOLVED: That the Company be, and it hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

    BE IT FURTHER RESOLVED: That all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

## CERTIFICATE

The undersigned board members of the Company, hereby certify as follows:

1.  We are the duly qualified and elected board members and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2.  Attached hereto is a true, complete and correct copy of the resolutions of the Board of Directors of the Company.

3.  Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 12 day of April, 2016. The Action of the board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Brian Walton, President

_____
Hassney Hamood, M.D.

_____
Jonathan W. Pastor

_____
David Herskovitz

84864852\V-1

## CERTIFICATE

The undersigned board members of the Company, hereby certify as follows:

1. We are the duly qualified and elected board members and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true, complete and correct copy of the resolutions of the Board of Directors of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the __13__ day of April, 2016. The Action of the board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Brian Walton, President

_____
Hassney Hamood, M.D.

_____
Jonathan W. Pastor

_____
David Herskovitz

84864852\V-1

3

## CERTIFICATE

The undersigned board members of the Company, hereby certify as follows:

1. We are the duly qualified and elected board members and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true, complete and correct copy of the resolutions of the Board of Directors of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 13 day of April, 2016. The Action of the board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Brian Walton, President

_____
Hassney Hamood, M.D.

_____
Jonathan W. Pastor

_____
David Herskovitz

## CERTIFICATE

The undersigned board members of the Company, hereby certify as follows:

1. We are the duly qualified and elected board members and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true, complete and correct copy of the resolutions of the Board of Directors of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 13 day of April, 2016. The Action of the board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Brian Walton, President

_____
Hassney Hamood, M.D.

_____
Jonathan W. Pastor

_____
David Herskovitz

84804852\V-1