DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**FILED & ENTERED**

JUN 09 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1]<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>[Voluntary Petition Filed: June 6, 2016]<br><br>**ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER LIMITING SCOPE OF NOTICE**<br><br>[Emergency Motion:<br>LBR 2081-1(a)(9) and 9075-1(a)]<br><br>Hearing:<br>Date:      June 9, 2016<br>Time:     10:00 a.m.<br>Courtroom: 1568<br>Place:     U.S. Bankruptcy Court<br>           255 East Temple Street<br>           Los Angeles, California 90012<br>Judge:    Hon. Ernest M. Robles |

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION, THIS 9TH DAY OF JUNE, 2016:**

The Notice of Emergency Motion and Emergency Motion of Debtor for Order Limiting Scope of Notice (the "Emergency Motion") came on regularly for hearing before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012. The appearances were set forth as on the record.

Having considered the Emergency Motion, the accompanying Memorandum of Points and Authorities in support of the Emergency Motion, and the Declarations of David Herskovitz and Eric Weissman in support of the Emergency Motions, and the arguments of counsel at the hearing, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Emergency Motion is granted.

IT IS FURTHER ORDERED that the following matters (the "Limited Notice Matters") shall be served on a limited service list:

- any proposed use, sale, or lease of property of the estate pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(2), 4001(b), and 6004;

- any proposed debtor in possession financing or use of cash collateral;

- any proposed extension of the Debtor's exclusive time to file a plan of reorganization and solicit acceptance thereof (including, without limitation, the time to file a disclosure statement) pursuant to section 1121 of the Bankruptcy Code and Bankruptcy Rule 3016;

- any proposed approval of a compromise or settlement of a controversy pursuant to Bankruptcy Rules 2002(a)(3) and 9019 and/or section 363 of the Bankruptcy Code;

- any proposed abandonment or disposition of property of the estate pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rules 6007(a) or (c);

- any proposed assumption, assumption and assignment or rejection of contracts or leases pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006(a) or (c);

- any proposal to prohibit or condition the use, sale or lease of property pursuant to section 363 of the Bankruptcy Code or Bankruptcy Rule 4001(a);

- any proposed objections to claims pursuant to section 502 of the Bankruptcy Code or Bankruptcy Rules 3002, 3003 or 3007;

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- any verified statement filed by any entity or committee (other than those appointed pursuant to sections 1102 or 1104 of the Bankruptcy Code) representing more than one creditor pursuant to Bankruptcy Rule 2019(a) and any motion filed in respect thereof pursuant to Bankruptcy Rule 2019(b);

- any proposed application for employment of professionals pursuant to sections 327, 1103 or 1104 of the Bankruptcy Code or Bankruptcy Rule 2014;

- any proposed application for compensation or reimbursement of expenses of professionals, pursuant to sections 328, 329, 330, or 331 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(6), 2016, 2017, and 6005; except as provided by other orders of this Court;

- a hearing on any other contested matter in this Case that requires notice to all creditors or equity holders pursuant to the Bankruptcy Code, Bankruptcy Rule 9014, or the Local Bankruptcy Rules; and

- all other pleadings, papers, and requests for relief or other order of the Court, except as limited below.

IT IS FURTHER ORDERED that with respect to the Limited Notice Matters, such matters shall be heard on regular notice served by first-class mail upon only: (a) the Office of the United States Trustee, (b) the creditors appearing on the list filed in accordance with Bankruptcy Rule 1007(d) by the Debtor unless and until a Committee is appointed and it retains counsel, then in such event, to counsel for the Committee, (c) the United States of America, by service to the Attorney General of the United States and the United States Attorney for the Central District of California, and any department or agency of the United States of America that is affected by the Limited Notice Matter until counsel for the United States makes an appearance on behalf of that department or agency, and, thereafter on that counsel, (d) the State of California, by service to the Attorney General of California, and any department or agency of the State that is affected by the Limited Notice Matter until counsel for the State makes an appearance on behalf of that department or agency, and thereafter on that counsel, (e) parties that file with the Court and serve upon the Debtor requests for notice of all matters in accordance with Bankruptcy Rule 2002(i), and (f) any party with a pecuniary interest in the subject matter of the particular Limited Notice Matter or its counsel (collectively, the "Limited Service List").

IT IS FURTHER ORDERED that, notwithstanding the foregoing, the relief requested in the Emergency Motion does not affect the rights of all creditors to receive notice of the following matters or proceedings: (i) the date fixed for filing proofs of claim; (ii) the time fixed for filing

2

objections to any disclosure statement and any hearing to consider approval of any disclosure statement; (iii) the time fixed for accepting, rejecting, or objecting to confirmation of a plan or any modification thereof and the hearing thereon; (iv) the entry of an order confirming a plan; and (v) a hearing regarding the dismissal or conversion of this Case (the "Complete Notice Matters").

###

Date: June 9, 2016

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

C:\Users\gspratt\Desktop\GARDENS\Order on Emergency Motion re Limit Scope of Notice.docx