DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**FILED & ENTERED**

**JUN 09 2016**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] | Chapter 11 |
| | [Voluntary Petition Filed: June 6, 2016] |
| Debtor. | **ORDER GRANTING DEBTORS EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE FILING UNDER SEAL OF CONFIDENTIAL PATIENT INFORMATION** |
| | [Filed Pursuant to LBR 2081-1(a)(12), 5003-2(c) and 9075-1(a)] |
| | Hearing: |
| | Date:      June 9, 2016
Time:     10:00 a.m.
Place:    Courtroom 1568
              U.S. Bankruptcy Court
              255 East Temple Street
              Los Angeles, CA 90012 |
| | Judge:    Hon. Ernest M. Robles |

---

[1] The Debtor is a California non-profit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

97002415\V-1
C:\Users\gspratt\Desktop\GARDENS\Order on Emergency Motion to File Under Seal Confidential Patient Information.docx

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION THIS 9TH DAY OF JUNE, 2016:**

The Debtor's Emergency Motion for an Order Authorizing the Filing Under Seal of Confidential Patient Information (the "Emergency Motion") came on regularly for hearing before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012. The appearances at the hearing are set forth on the record of the proceeding.

Having considered the Emergency Motion, the Declarations of David Herskovitz and Eric Weissman in support of the Emergency Motion, and the attached Declaration of John A. Moe, II, and the arguments of counsel at the hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Emergency Motion is granted. The Debtor is granted leave to file the confidential patient information under seal.

### ###

Date: June 9, 2016

_/s/ Ernest M. Robles_
Ernest M. Robles
United States Bankruptcy Judge