DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**FILED & ENTERED**

**JUN 10 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1]<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>[Voluntary Petition Filed: June 6, 2016]<br><br>***AMENDED***<br>**ORDER ON EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE DEBTOR TO (A) PAY PREPETITION WAGES, SALARIES, EMPLOYEE BENEFITS, AND OTHER COMPENSATION; (B) REMIT WITHHOLDING OBLIGATIONS; (C) MAINTAIN WORKER'S COMPENSATION AND BENEFITS PROGRAMS; (D) PAY RELATED ADMINISTRATIVE OBLIGATIONS; (E) PAY REIMBURSABLE EMPLOYEE EXPENSES; AND (II) AUTHORIZING AND DIRECTING THE APPLICABLE BANKS TO PAY ALL CHECKS AND ELECTRONIC PAYMENT REQUESTS MADE BY THE DEBTOR RELATED THERETO.**<br>**[Doc. No. 22]**<br>Hearing:<br><br>Date:    June 9, 2016<br>Time:   10:00 a.m.<br>Place:   Courtroom 1568<br>            U.S. Bankruptcy Court<br>            255 East Temple Street<br>            Los Angeles, California 90012<br>Judge:  Hon. Ernest M. Robles |

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

99331864\V-1

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION, THIS 10TH DAY OF JUNE, 2016:**

The Notice of Emergency Motion and Emergency Motion for Entry of an Order: (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (B) Remit Withholding Obligations; (C) Maintain Worker's Compensation and Benefits Programs; (D) Pay Related Administrative Obligations; and (E) Pay Reimbursable Employee Expenses; and (II) Authorizing and Directing the Applicable Bank to Pay All Checks and Electronic Payment Requests Made by the Debtor Relating to the Foregoing (the "Emergency Motion") came on regularly for hearing before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012.  The appearances at the hearing are set forth in the record of the proceeding.

Having considered the Emergency Motion, the accompanying Memorandum of Points of Authorities, and the Declarations of David Herskovitz and Eric Weissman, the arguments of counsel at the hearing, and for the reasons set forth in the court's ruling incorporated by reference herein (available on the docket at entry 61), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Emergency Motion is granted.

IT IS FURTHER ORDERED that the Debtor is authorized, in its sole discretion, to do the following:

1. To honor and pay all accrued and unpaid prepetition Withholding Obligations payable June 2nd for 20 executives totaling approximately $17,000;

2. To honor and pay all wages for hourly employees and executives, and all withholding obligations attendant thereto, that have been accruing commencing on May 29, 2016, to the date of the Petition, payable June 16, 2016;

3. To pay to ADP, postpetition, the fees due ADP that arose prepetition, not to exceed $1,316;

4. To pay all prepetition Reimbursement Obligations to employees, not to exceed $600;

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5.      To honor and pay the Paid Time Off ("PTO") obligations that accrued prepetition, allowing employees to utilize postpetition all prepetition PTO in the ordinary course of the Debtor's business;

6.      To pay UnitedHealthcare the amount of approximately $100,675 that was due May 1, 2016, and payable June 1, 2016, for employees Medical and Vision insurance;

7.      To pay Sun Life Financial the amount of approximately $9,477 that was due May 1, 2016, and payable June 1, 2016, for employees Dental Insurance;

8.      To pay postpetition any amounts that accrued prepetition for Continuation Health Coverage ("COBRA");

9.      To pay Sun Life Insurance the amount of approximately $8,161, including $7,275 held in trust from employee contributions, due prepetition for employee premium-based group life insurance and accidental death and disability insurance; and employee supplemental life and AD&D and voluntary programs;

10.      To pay the Debtor's Officer his prepetition unpaid salary that accrued from May 29, 2016, to the date of the Petition, payable June 16, 2016, which is approximately $8,653.85;

11.      To honor and pay prepetition medical, vision, dental, life, accidental death and disability, and workers compensation insurance, accruing on and after May 29, 2016 to the date of the Petition (when payable); and,

12.      To continue to pay postpetition all employee-related expenses and obligations that accrue postpetition in the ordinary course of the Debtor's business.

IT IS FURTHER ORDERED that Banks shall honor and pay all checks and electronic payment requests made by the Debtor relating to the foregoing obligations.

/
/
/
/
/

# # #

Date: June 10, 2016

Ernest M. Robles
United States Bankruptcy Judge