FILED & ENTERED

JUN 10 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1]<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>[Voluntary Petition Filed: June 6, 2016]<br><br>***AMENDED***<br>**ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER PURSUANT TO 11 U.S.C. §§ 363, 1107 AND 1108 AUTHORIZING (1) MAINTENANCE OF EXISTING BANK ACCOUNTS, (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, AND (3) CONTINUED USE OF BUSINESS FORMS**<br><br>[Emergency Motion:<br>LBR 2081-1(a)(9) and 9075-1(a)]<br><br>Hearing:<br>Date:          June 9, 2016<br>Time:         10:00 a.m.<br>Courtroom: 1568<br>Place:         U.S. Bankruptcy Court<br>                  255 East Temple Street<br>                  Los Angeles, California 90012<br>Judge:        Hon. Ernest M. Robles |

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION, THIS 9TH DAY OF JUNE, 2016:**

The Notice of Emergency Motion and Emergency Motion of Debtor for Order Pursuant to 11 U.S.C. §§ 363, 1107 and 1108 Authorizing (1) Maintenance of Existing Bank Accounts, (2) Continued Use of Existing Cash Management System, and (3) Continued Use of Business Forms (the "Emergency Motion") came on regularly for hearing before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012. The appearances at the hearing are as set forth on the record of the proceeding, including Hatty Yip on behalf of the United States Trustee.

Having considered the Emergency Motion, the accompanying Memorandum of Points and Authorities in support of the Emergency Motion, and the Declarations of David Herskovitz and Eric Weissman in support of the Emergency Motion, the arguments of counsel at the hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Emergency Motion is granted.

IT IS FURTHER ORDERED that:

(a) The Debtor is authorized to maintain and continue using existing Account No. 0005947-14482 (referred to in the Motion as the "Old Government Account") at Bank of America, provided funds in each account are swept each business day into a Debtor In Possession Account ("DIP Account). The activity in Bank of America Account 0005947-14482 shall be included in the Debtor's Monthly Operating Report.

(b) The Debtor shall close Account No. 0009455-40890 (referred to in the Motion as the "Non-Government Account") and Account No. 001453032488 (referred to in the Motion as the New Checking Account), both at Bank of America, and no new DIP Accounts shall be open in regard to those two accounts; and the Debtor shall close Account No. 1-534-9323-6845 (referred to as the "IPA Account") at U.S. Bank, and no new DIP Account shall be open in regard to that account.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

(c) The Debtor shall close, as soon as possible so as not to impact the Hospital's operation, all its remaining Accounts at Bank of America [Account Nos. 0009458-73238 (the "New Government Account"), 0005945-14483 (the "Payroll Account"), 3250-0048-3098 (the "FSA Account")], and open new DIP accounts for each of those accounts.

(d) Account No. 0005949-10525 (referred to in the Motion as the "Maximizer Account") at Bank of America, holds approximately $6,000.  That Account shall be closed, no new DIP Account shall be open for this account and the funds transferred to one of the new DIP Accounts at Bank of America.

(e) Account No. 1-534-6492-4015 (referred to in the Motion as the "U. S. Bank Savings Account") at U. S. Bank holds approximately $10,000.  That account shall be closed, no new DIP Account shall be open for this account and the funds transferred to one of the new DIP Accounts at Bank of America.

(f) The Debtor is authorized to continue to use its Cash Management System;

(g) The Debtor is authorized to continue using its business forms without "Debtor in Possession" being imprinted on them until the Debtor can alter its software to include that designation, limited to a maximum period of thirty (30) days.

(h) Bank of America and U.S. Bank (the "Banks") are authorized and directed to honor postpetition checks drawn on and transfers made from the Debtor's Accounts.

(i) In the event that either or both of the Banks refuses to honor a check drawn or a transfer made on Accounts maintained by it (provided there are sufficient good funds in the account to complete the transfer), either or both of the Banks shall immediately turn over the deposits held in the applicable Account upon the Debtor's request.

(j) The Banks are granted limited relief from the automatic stay to continue to offset standard monthly or periodic bank fees against the Accounts in the same manner as such fees were offset prepetition.

# # #

Date: June 10, 2016

Ernest M. Robles
United States Bankruptcy Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300