1 | EXHIBIT 1
2 | FIRM RESUME

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

25

93207403\V-2

大成 DENTONS

# United States Restructuring, Insolvency and Bankruptcy

*The team is known for utilizing "the firm's strong international network to provide a seamless service on multijurisdictional matters" and is recognized as "experienced in advising on distressed situations in a diverse range of sectors."* – CHAMBERS USA (2014)

## Overview

Dentons' Restructuring, Insolvency and Bankruptcy practice represents one of the largest, most highly regarded teams of dedicated professionals in the world. Recognized by *Chambers Global* (2015), we offer extensive skill and experience in all industry sectors leveraged by our broad geographical coverage. Our partners are consistently recognized as market leaders by prominent legal directories, including *Legal 500* and *Chambers USA*. Our team has been praised for providing "clear, unambiguous advice," "outstanding service" and for being "extremely pragmatic in their approach."

We provide advice to a wide range of clients—on both the creditor and debtor sides—wherever they may trade or invest in connection with the largest and most complex restructurings, insolvencies and bankruptcies. Our core team advises on competing jurisdictions around the world—we regularly advise clients not just on the legal framework in different countries, but also on how to protect their interests by identifying those jurisdictions and laws that are best suited to address their needs.

Our depth and breadth of experience covers every aspect of bankruptcy, reorganization and creditors' rights representation. Our bankruptcy lawyers are equally at home in out-of-court workout scenarios and in Chapter 11 cases, and we regularly advise debtors, potential debtors, creditors and other clients as to the relative advantages and disadvantages of each undertaking in any particular situation.

## Awards and Accolades

- Ranked No. 1 in *The Deal Pipeline*'s Top Bankruptcy Law Firms (2015)
- Ranked No. 2 in *Law360*'s Bankruptcy 100 (2015)
- Nationally ranked by *The Legal 500 US* in Corporate Restructuring (including Bankruptcy) (2015)
- Nationally ranked by *US News and World Report*'s Best Law Firms in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law (2016)
- Ranked by *Chambers Global* (2015) and *Chambers USA* (2015) in Bankruptcy/Restructuring
- Winner of *The M&A Advisor*'s "Restructuring of the Year Award" (2014) and **Global M&A Network's** "Turnaround Atlas Award" (2015) for the Chapter 9 Reorganization of the City of Detroit
- Winner of **Global M&A Network's** "Turnaround Atlas Award" (2014) for the out-of-court debt restructuring of the City of Harrisburg, PA
- Winner of **Turnaround Management Association Georgia's** "Turnaround of the Year Award" (2013) for *In re Cliffs Club & Hospitality Group Inc.*

## Representative Experience

**EFG Bank AG, EFG Bank (Monaco), and European Financial Group EFG (Luxembourg) S.A.**: Representing as defense counsel in a suit brought in the Bankruptcy Court of the Southern District of New York seeking to recover investments withdrawn from the Fairfield Funds, feeder funds for Bernard L. Madoff Investment Securities, LLC (BLMIS).

# United States Restructuring, Insolvency and Bankruptcy

大成 DENTONS

**Federal-Mogul**: Represented the Official Creditors' Committee. It is one of the largest auto parts and systems manufacturers and distributors in the world, with operations throughout the US and Europe.

**Ida Fishman Revocable Trust**: Representing 30 individuals and family partnerships that were sued by Irving H. Picard, Trustee for the SIPA liquidation of Bernard L. Madoff Investment Securities, LLC., for return of withdrawals from their brokerage accounts in excess of their principal investments ("claw backs").

**IHOP Franchising LLC (N.D. Illinois)**: Representing IHOP Franchising and related entities in the Chapter 11 cases involving 19 restaurants of a Midwest US franchisee. These cases were heavily litigated and IHOP ultimately obtained (i) appointment of a trustee for the franchisees, (ii) a going concern sale of most of the restaurants to an approved operators and (iii) payment of significant cure costs to IHOP, including for revenue underreporting.

**Lazard Freres & Co. LLC**: Representing Lazard Freres & Co. in a suit filed by the Chapter 7 Trustee for Meridian Automotive Systems on the theory of a preference claim.

**Lehman Bankhaus German (affiliate of Lehman Brothers Holdings, Inc.)**: Representing in its complex claims against, and transactions with, other Lehman entities.

**Liberty Mutual Insurance Company**: Representing Liberty Mutual Insurance in a bankruptcy resolution that resolved all pending claims and prevents future asbestos claims for reorganized tile manufacturer Metex Manufacturing.

**Longview Power LLC**: Advising as special litigation counsel in its recent Chapter 11 bankruptcy protection filing in the US Bankruptcy Court for the District of Delaware. Longview, a US$2 billion, 700-megawatt coal-fired power generation facility outside Morgantown, West Virginia, was subject to US$400 million of mechanics' lien claims asserted by construction contractors in the bankruptcy case and parallel arbitration proceedings.

**Montreal Maine & Atlantic Railway, Ltd**: Served as counsel to the directors and officers and certain related companies of US and Canadian cross-border debtors Montreal Maine & Atlantic Railway, Ltd. and Montreal Maine & Atlantic Canada Co. in simultaneous cross border bankruptcy/insolvency proceedings arising from the derailment of seventy-two tanker cars carrying Bakken crude oil through eastern Quebec, Canada. The bankruptcy cases and related claims were resolved in a US$338 million settlement.

**Northstar Aerospace (USA), Inc**: Serving as debtors' counsel in the Chapter 11 case of Northstar Aerospace (USA), Inc. and its affiliates, which filed for bankruptcy in Delaware. The matter resulted in a going concern sale of both the US and Canadian assets for approximately US$120 million of cash and assumed liabilities.

**Official Committee of Retirees for the City of Detroit**: Represented the Official Committee of Retirees in the largest Chapter 9 bankruptcy case in US history. The Committee represented the interests of approximately 23,500 public safety and general City retirees, as well as the interests of approximately 9,000 dependents, who were owed approximately US$9 billion in pension and retirement health care benefits. With the assistance of Dentons, almost all pension benefits were protected and health care benefits payments continued. Dentons was awarded *The M&A Advisor's* 2014 "Restructuring of the Year Award" and Global M&A Network's 2015 "Turnaround Atlas Award" for this representation.

**Pension Benefit Guaranty Corporation (PBGC)**: Serving as lead outside counsel to the PBGC, the government corporation charged with the supervision of pension plans qualified under the Employee Retirement Security Act (ERISA), in connection with the American Airlines/AMR Chapter 11 cases.

**P. Schoenfeld Asset Management LLC**: Representing P. Schoenfeld Asset Management in the Chapter 11 filing of Energy Future Holdings, formerly TXU Energy, with respect to holdings in bonds issued by debtor-subsidiaries of Texas Competitive Electric Holdings.

**Pulse Electronics**: Advising Pulse Electronics in the refinancing of US$102.7 million of debt, leading the negotiations of the refinancing deal on an expedited basis, allowing the company to forego a bankruptcy filing.

**Resolute Management Inc.**: Advising as lead counsel for Resolute Management Inc. in the Plant Insulation Company Chapter 11 bankruptcy in federal bankruptcy court in San Francisco as well as the successful Ninth Circuit Appeal.

**Roosevelt Mortgage**: Representing a consortium of bidders to acquire the mortgage loan assets offered for sale by Residential Capital LLC and its affiliates, a portfolio consists of more than 65,000 first and second lien mortgage loans in excess of US$3 billion in unpaid principal balance.

**United Airlines, Inc. (UAL)**: Represented the Official Creditors' Committee in these Chapter 11 cases, which resulted in a successful plan of reorganization and an enhanced platform to facilitate United's merger with Continental.