# EXHIBIT 2

## RESUMES OF DENTONS US ATTORNEYS

SAMUEL R. MAIZEL

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

大成 DENTONS

# Samuel R. Maizel
Partner



**Partner**

Office: Los Angeles
Direct Line: +1 213 892 2910
Email: samuel.maizel@dentons.com

## Overview

Samuel Maizel is a partner in Dentons' Restructuring, Insolvency and Bankruptcy group. His practice includes bankruptcy matters and financial restructuring in- and out-of-court in all industries, but he leads the firm's healthcare industry restructuring efforts nationwide. He has served as lead bankruptcy counsel to debtors in Chapter 11 cases, as an examiner appointed pursuant to the request of the Securities and Exchange Commission, and as lead counsel to various official bankruptcy committees and to individual creditors. Sam has also been involved in Chapter 9 cases involving local hospital districts and other governmental units.

Before joining Dentons, Samuel was a partner in a national bankruptcy firm, and previous to that he represented the federal government in bankruptcy, district, and appellate courts nationwide as a trial attorney in the US Department of Justice's Commercial Litigation Branch. He has also served in US Army's The Judge Advocate General's Corps, including service in Operation Desert Shield/Desert Storm, for which he was awarded the Bronze Star Medal. Previously he served as an Infantry Officer in the 101st Airborne Division and the 3rd US Infantry Regiment (The Old Guard).

Samuel has lectured extensively, is widely published, and been interviewed on television and radio on bankruptcy topics. Every year since 2007, he has been named a "Super Lawyer" in an annual region-wide peer survey, an honor bestowed on only 5% of Southern California attorneys; holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability; and was named a "Best Lawyer in America" for Healthcare in the 21st edition of Best Lawyers in America. He is based in Los Angeles.

## Experience

- Represented the Chapter 11 debtors in Gordian Medical, Inc., dba American Medical Technologies, Victor Valley Community Hospital, S&B Surgery Center, Health Plan of the Redwoods, Health Source Medical Group, Inacom, Pacific Eyenet, and Delta Entertainment.

- Represented the Creditors' Committees in Adair County Hospital District, San Diego Hospice & Palliative Care, Hawaii Medical Center, Pacifica Hospital of the Valley, Pleasant Care Corporation, Mariner Post-Acute Network, West Contra Costa Healthcare District, Valley Health System, Palm Drive Healthcare District, and Associated Physicians of St. Johns.

- Represented individual creditors in Sun Healthcare Group, NewCare Health Corporation, Integrated Health Services, Assisted Living Concepts, Alpha Healthcare Foundation, FPA Medical Management, MedPartners Provider Network.

- Served as counsel to hospital purchasers in Karykeion and Santa Paula Memorial Hospital.

1

# Samuel R. Maizel
Partner

DENTONS

- Served as patient care ombudsman and consumer privacy ombudsman in Upland Surgical Institute.
- Served as Examiner in Metropolitan Mortgage & Securities.
- Acted as special counsel to the Chapter 11 debtor in Intrepid USA and Fairmont General Hospital.
- Led the representation of the National Association of Attorneys General (46 states and six territories that were parties to the master settlement agreement with the tobacco industry) since 2000 and as part of that engagement served as counsel to governmental entities in Alliance Tobacco and Carolina Tobacco.
- Led the out-of-court restructuring of Health Line Clinical Laboratories.
- Served as counsel to the Chapter 7 trustee in Rodeo Canon and Chapter 11 trustee in Estate Financial.

# Recognition

## Honors and Awards

- Ranked for Healthcare in California by *Chambers USA* (2015)
- Recognized by *Best Lawyers in America* (2015-2016), the leading peer-review-based directory of legal practitioners, for Health Care Law
- Recognized for Bankruptcy in Southern California in *Super Lawyers* magazine (2007-present)
- Recognized with the Martindale-Hubbell AV Preeminent Rating, Martindale-Hubbell's highest ranking in both legal ability and ethical standards

## In the Media

- "Rural hospitals, LTACs tagged for distress amid physician retention, reimbursement risk," *Debtwire,* October 7, 2015
- "PARTNER MOVES - Dentons Adds Health Care Bankruptcy Lawyer Samuel R. Maizel in Los Angeles", *Legal Monitor*, June 29, 2015
- "Dentons Adds Health Care Expert and Bankruptcy Partner," *Law360*, June 25, 2015
- "Sam Maizel Profiled," *California Health Law News*, June 2015
- "Lab Files for Bankruptcy After Settlement of Probe," *The Wall Street Journal*, June 8, 2015
- "Millions remain to be disbursed in SD Hospice," *The San Diego Union-Tribune*, September 16, 2014
- "High Desert Hospitals Fighting for Financial Solvency," *California Healthline*, December 3, 2012
- "Reform, pay cuts likely to widen gap between rich and poor hospitals," *American Medical News*, August 15, 2011
- "New Bill Would Force Bankrupt Providers To Pay Fines, Overpayments," *BNA Health Care Fraud Report*, June 30, 1999
- "Lessons Learned From Health Care Fraud/Bankruptcy Cases," *BNA Health Care Fraud Report*, September 24, 1997

# Insights

- Co-Author, "Killing the Patient to Cure the Disease: Medicare's Jurisdictional Bar Does Not Apply to Bankruptcy Courts," *Emory Bankruptcy Developments Journal* (Vol. 32), February 2016

2

# Samuel R. Maizel
Partner

大成 DENTONS

- Author, "Lending to the Healthcare Industry: What to Expect From Medicare Receivables," *ABF Journal*, September 2015
- Author, "Does Bankruptcy Avoid Medicare's Exhaustion-of-Administrative-Remedies Requirement?" *California Health Law News*, June 2015
- Author, "Can Bankruptcy Short-Circuit Medicare's Appeal Process?" Intensive Care column, *ABI Journal*, April 2015
- Author, "The Poor Get Poorer: The Fate of California's Hospitals Under the Affordable Care Act," 32 *California Health Law News*, Winter 2014
- Author, "Healthcare Law 2014," *Corporate LiveWire*, June 2014
- Author, "The Poor Get Poorer: The Fate of Distressed Hospitals Under the Affordable Care Act," *Norton Bankruptcy Law Adviser* (No. 12), December 2012
- Contributing author, *Health Care Insolvency Manual, American Bankruptcy Institute* 1997; revised 2005 and 2012
- Co-author, "California's Experiment With Federal Judicial Control Over Its Prison Healthcare System," 29 *California Health Law News* (No. 3), Summer 2011
- Author, "The Impact of Healthcare Reform on Financing in the Healthcare Industry," 65 *Consumer Finance Law Quarterly Report* 168, Spring/Summer 2011
- Author, "The Sale of Nonprofit Hospitals Through Bankruptcy: What BAPCPA Wrought," Intensive Care column, 30 *ABI Journal* 12, No. 5 June 2011
- Author, "A Guide for the Patient Care Ombudsman," *American Bar Association*, February 2011
- Author, "Repercussions of the Collision of Labor Law and Healthcare Industry Bankruptcies," 29 *American Bankruptcy Institute Journal* 18, No. 7 September 2010
- Co-author, "Rejection of CBAs in a Liquidating Chapter 11 of a Healthcare Entity," 4 *ABI Healthcare Committee Newsletter* (No. 4), August 2010
- Author, "Patient Care Ombudsman: What About Counsel?" Intensive Care column, 29 *ABI Journal* 14, February 2010
- Author, "The Financial Crisis Facing America's Hospital Industry," Intensive Care column, ABI Journal, February 2009
- Author, "The Patient Care Ombudsman Comes to California," 26 *California Health Law News* 2 (No. 3), Winter 2009
- Author, "Evolving Standards for Appointment of a Patient Care Ombudsman: Section 333 in 'Operation'," 27 *ABI Journal* No. 2 at 40, March 2008
- Author, "Winning Your Bankruptcy Appeal," *ABI's Bankruptcy Appeals Manual*, June 2007
- Author, "The First Year of the Patient Care Ombudsman in Review: Part I," 26 *ABI Journal* 18, March 2007
- Author, "Workout Issues in the Healthcare Industry," *Business Workouts Manual*, November 26, 2006
- Author, "Chicken Little Comes to Roost in Bankruptcy: Why Section 362(b)(28) Doesn't Mean the Sky Is Falling," 25 *ABI Journal* 22, August 2006
- Co-author, "The SEC's Role in Public Company Bankruptcy Cases Where There Is a Significant Enforcement Interest," *Annual Survey of Bankruptcy Law*, 2005
- Contributing author, *Collier on Bankruptcy*, Matthew Bender, 2005
- Author, "Examiners on the Rise," 26 *National Law Journal* 18 (No. 59), 2004

# Samuel R. Maizel
Partner

大成 DENTONS

- Co-author, "Substantive Consolidation of Debtors and Non-Debtors in Bankruptcy Proceedings," *Annual Survey of Bankruptcy Law* 87, 2002
- Author, "A Survey of Setoff and Recoupment Cases in Healthcare Insolvency Cases," *Annual Survey of Bankruptcy Law*, 2000
- Author, "Health Care Bankruptcies," in *Wiley Bankruptcy Law Update* (Aspen Law & Bus.), 1998, 1999, 2000 editions
- Author, "HMOs as Debtors," *National Law Journal* B6, August 20, 1999
- Author, "Health Care Entities Turn to Bankruptcy," *Los Angeles Business Journal* 44, August 23, 1999
- Co-author, "Injunctive Relief in Health Care Insolvencies," 24 *California Bankruptcy Journal* 215, 1998
- Co-author, "The Government's Contractual Rights and Bankruptcy's Automatic Stay," 25 *Public Contract Law Journal* 711, 1996
- Co-author, "The Medicare Contract in Bankruptcy: In Which Direction Does University Medical Center Lead?" 11 *Bankruptcy Developments Journal* 405, 1995

# Activities and Affiliations

## Presentations

- Panelist, "Introduction to Hypothetical, First Day Orders," and presenter, "Setoff and Recoupment – Hypothetical," Bankruptcy from a Government Perspective Seminar, National Association of Attorneys General/States' Association of Bankruptcy Attorneys, Seattle, WA, October 4-7, 2015
- Panelist, "Hot Topics in Healthcare: Game Show Style!," Turnaround Management Association Annual Meeting, Scottsdale, AZ, October 6, 2015
- "Intercreditor Agreements: Problem-solver or an Invitation to a Fight?" ABA Business Law Section Annual Meeting, Chicago, IL, September 29, 2015
- Panelist, "Ethics Issues in Bankruptcy," and "Leadership Development,", American Bar Association ("ABA") Business Law Section ("BLS") Annual Meeting, Chicago, IL, September 17-19, 2015
- "Trends and Transactions In Acute and Specialty Healthcare," *Expert Webcast*, DelMorgan & Co.
- "The Healthcare Industry Post-Affordable Care Act: A Bankruptcy Perspective," Emory Bankruptcy Development Journal Symposium 2015: Corporate Panel, February 26, 2015
- "Pandemic or Panacea? The Financial Impact of the ACA on the Modern Healthcare Industry," California Society for Healthcare Attorneys Annual Meeting, Olympic Valley, CA, April 13, 2014
- "The Fate of the Healthcare Industry After the Affordable Care Act: Where Does It Go From Here and Why?" Georgia State University College of Law Center for Law, Health & Society, Atlanta, October 29, 2013
- "Role of Unions in Healthcare," California Society for Healthcare Attorneys, Newport Beach, CA, April 2013
- "Did Congress Get It Right With the Patient Care Ombudsman?" ABA Business Law Spring Meeting: Healthcare and Nonprofits in Bankruptcy Subcommittee Roundtable, Washington DC, April 5, 2013
- "What Healthcare Costs: Bringing Transparency to the Medical Marketplace," UCSF/UC Hastings Consortium on Law, Science and Health Policy, January 23, 2013
- "Battling Strategies - Dueling Perspectives," How Debtor and Creditor Lawyers Approach Complex Situations, Costa Mesa, CA, May 24, 2012

4

# Samuel R. Maizel
Partner

大成 DENTONS

- "Financially Distressed Healthcare Facilities: Restructuring and Insolvency Options," Evaluating Bankruptcy and Other Alternatives While Preserving Quality of Care, November 16, 2011
- "Winning Your Bankruptcy Appeal," Beverly Hills Bar Association, October 4, 2011
- "International Insolvencies: Basic Principles and Current Problems," ABA Business Law Section 2011 Global Business Law Forum, London, UK, September 23, 2011
- "Cross-Border Insolvencies: Basic Principles of US, UK and EU Bankruptcy Law," ABA Business Law Section 2011 Global Business Law Forum, London, UK, September 23, 2011
- "The Strategic Role of Examiners," 27th Annual Bankruptcy & Restructuring Conference, June 9, 2011
- "Examining Examiners and Their Impact on Creditors," ABA Business Law Section, Boston, MA, April 14, 2011
- "The Beneficent Government: Federal and State Regulators in Bankruptcy Cases," Los Angeles Bankruptcy Forum, Los Angeles, CA, April 11, 2011
- ""Something in the Way They Move... ": Motion Practice in Bankruptcy Appeals," 84th Annual National Conference of Bankruptcy Judges, New Orleans, LA, October 14, 2010
- "Bankruptcy From a Government Perspective," National Association of Attorneys General, Attorneys General Training Institute, and the States Association of Bankruptcy Attorneys, Santa Fe, CA, September 14, 2010
- "The Impact of Healthcare Reform on Financing the Healthcare Industry," ABA Annual Meeting, San Francisco, CA, August 6, 2010
- "Georgia State University College of Law Center for Law, Health & Society," Atlanta, GA, April 19, 2010
- "Healing Hospitals on the Brink of Bankruptcy," Georgia State University College of Law Center for Law, Health & Society, Atlanta, GA, April 19, 2010
- "Center for Health & Pharmaceutical Law & Policy Distinguished Guest Practitioner Program," Seton Hall University School of Law, Newark, NJ, March 25, 2010
- "Doing Business With (or as) a Distressed Company," California Society for Healthcare Attorneys Fall Seminar, Los Angeles, CA, November 9, 2009
- "Healthcare Bankruptcy Program," Los Angeles County Bar Association, Los Angeles, April 28, 2009
- "Reality Bites: Representing Nonprofit Organizations in Financial Distress," American Bar Association Business Law Section, Vancouver, Canada, April 17, 2009
- "Distressed Healthcare Facilities: Restructuring and Insolvency Options," Strafford Publications, Teleconference, April 8, 2009
- "Financial Meltdown: Impact on Healthcare Institutions," Healthcare Financial Management Association, Southern California Chapter, Los Angeles, CA March 19, 2009
- "Strategies for Distressed Investing and Turnaround Situations in Healthcare," Healthcare Dealmaking Symposium, New York, NY March 10, 2009

## Memberships

- Member, American Bar Association Standing Committee on Armed Forces Law (2013-present)
- Member, Board of Editors, California Health Law News (2010-present)
- Chair and previously Vice-Chair, American Bar Association ("ABA") Judicial Division Bench-Bar Bankruptcy Council (2007-2012)
- Chair, ABA Business Law Section ("BLS") Meetings Committee (2010-2013)

5

# Samuel R. Maizel
Partner

大成 DENTONS

- Chair, ABA BLS Secured Creditor Subcommittee (formerly chaired the ABA BLS Business Bankruptcy Committee ("BBC") Subcommittees on Programs, Secured Creditors, Healthcare and Non-Profits Insolvency Issues, Litigation and Executory Contracts)
- Member, ABA BLS BBC Special Task Force on Bankruptcy Rule 2019 (2008)
- Co-Chair, American Bankruptcy Institute ("ABI") Healthcare Insolvency Committee (2003-2007)
- Board of Directors, Turnaround Management Association Southern California Chapter (2008-2010) and Program Chair (2008)
- Financial Lawyers Conference, Board of Governors (2011)

# Areas of focus

## Practices

- Creditor and Equity Committee Representation
- Cross-Border Restructuring Matters
- Debtor Representation
- Distressed M&A, Investing and Debt Trading
- Insolvency Litigation and Enforcement
- Out-of-Court Restructurings and Work-outs
- Restructuring, Insolvency and Bankruptcy

## Industry Sectors

- Government
- Life Sciences and Health Care

# Education

- George Washington University, 1985, JD
- Georgetown University, 1983, MA
- United States Military Academy, 1977, BS

# Admissions and qualifications

- California
- Pennsylvania

© 2016 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

6

JOHN A. MOE, II

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

大成 DENTONS

# John A. Moe, II
Partner



Partner

Office: Los Angeles
Direct Line: +1 213 892 4905
Email: john.moe@dentons.com

# Overview

John Moe has practiced as an attorney in the areas of Commercial Litigation, Creditor Rights and Bankruptcy/Insolvency in the United States District Courts, the United States Bankruptcy Courts and the California State Superior Courts.

Among other cases, Mr. Moe was the lead litigation attorney, responsible for resolving 14,000 claims in one of the largest Chapter 11 Bankruptcy cases ever filed (Apex Oil Company and its 53 administratively consolidated related entities), Creditors Committee Counsel in the largest telecommunications case (Pacific Gateway Exchange and its 4 related entities), counsel for creditors in the largest financial institution bankruptcy case (Washington Mutual) and debtor's counsel successfully reorganizing a nationwide distributor of siding and roofing materials (MaxiTile, Inc.).

Mr. Moe has represented Plaintiffs and Defendants, Secured Creditors and Unsecured Creditors, Debtors, Trustees and Receivers, Creditor Committees and Creditors. Mr. Moe is a veteran, having served as a Judge Advocate in the United States Air Force.

# Experience

### Litigation in Chapter 11 Proceeding

- Represented 54 debtors in procedurally consolidated Chapter 11 cases, assisting in the drafting, and presentation at trial, of a proposed Plan of Reorganization. Following confirmation of the Plan Of Reorganization, responsible for supervising the review, categorization, litigation and resolution of 14,000 Claims reducing the amount claimed from $7 billion to $170 million, including federal and multiple state tax, environmental, admiralty, asbestosis, trade, workman's compensation, personal injury and governmental claims. In the context of the resolution of Claims, defended Reorganized Debtor in connection with the largest oil spill case, to ever occur off the coast of Alaska, prior to the Exxon Valdez oil spill. In the course of the resolution of Claims, filed in excess of 7,000 Objections To Claims and oversaw the preparation, filing and resolution of in excess of 900 Motions setting reserves on Claims in accordance with the confirmed Plan of Reorganization

### Debtor's Counsel in Chapter 11 Reorganization

- Filed Chapter 11 Proceeding for roofing and siding distributor, obtaining after two years, the confirmation of a complex Plan Of Reorganization, pursuant to which pending and threatened litigation in more than 20 states was consolidated, requiring all plaintiffs on all claims for defective products and personal injuries to utilize a Claims

1

# John A. Moe, II
Partner

大成 DENTONS

Administration Procedure, eliminating federal and state court litigation, and limiting the Reorganized Debtor's exposure on previously filed and to be filed claims for defective product

## Representation of Trustee in Chapter 11 Proceeding

- With Luce Forward's San Francisco Office, represented Chapter 11 Trustee (subsequently, Liquidating Trustee) in the case of a company that specialized in above-market loans to military service personnel, selling overpriced computers and other electronic devices, at high interested rates. On behalf of the Chapter 11 Trustee, opposed multiple, successive Plans Of Reorganization proposed by the Debtor, and, ultimately, negotiated and drafted with the Creditors Committee and Debtor a Joint Plan Of Reorganization, which Plan was confirmed by the Bankruptcy Court.

## Representation of Secured Creditors

- Represented FDIC in state court seeking the appointment of a Receiver, then after Debtor filed Chapter 11, represented FDIC and successor Bank opposing a Plan Of Reorganization, ultimately negotiating—over a course of 11 months—an agreement, pursuant to which homes and hundreds of lots were sold, for the benefit of the Bank
- Represented Bank, in two state court proceedings, and in two bankruptcy cases filed by a physician and his corporation, obtaining appointment of Receivers, then Trustees, in both cases, ultimately obtaining full recovery on loans Bank made to physician and his professional corporation

## Representation of Unsecured Creditors

- Represented 11 former senior executives (former Chief Executive Officers, Presidents, Chief Financial Officers) of H. F. Ahmanson & Company and Home Savings of America, on obligations due senior executives, in the Washington Mutual Bankruptcy Case, filed in Delaware, filing and litigating Claims, ultimately recovering full amount due each Claimant on their respective Claims
- Represented former equity and non-equity partners, of national Law Firm, in connection with the Firm's Chapter 7 bankruptcy case, defending allegations asserted by Trustee against partners, seeking to collect 3 years of compensation and future fees, defending and ultimately resolving complaints asserted by Trustee against partners

## Representation of Receivers in State Court

- Following the filing of a bankruptcy proceeding by principle of developer of housing projects throughout the state of California, represented consortium of Banks, in obtaining the appointment of Receiver in Imperial County, then worked with Receiver to complete construction of homes, then sale of homes, recovering obligation due Banks on construction financing loan. Chinatrust Bank (USA)
- Obtained the appointment of Receiver for a housing development in Menifee, California, then, working with Receiver, protected and restored properties, and completed construction of homes, permitting sale of homes, for the recovery of funds to Bank
- Represented Receiver and Superior Court Commissioner, in connection with class action lawsuit, resolving issues against lawyer who originated the class action, first in the Superior Court, and, then, when originating lawyer filed bankruptcy, in Bankruptcy Court, then—after two years of litigation—the distribution of assets from the class action to both the attorneys who represented class action members and their constituents.
- Sought and obtained the appointment of Receiver, then worked with Receiver on managing multi-location health care facilities.

2

# John A. Moe, II
Partner

大成 DENTONS

## Representation of Creditors Committees

- Represented Creditors Committee in international telecommunications failure of five substantively consolidated debtors, successfully working with Debtors' counsel and obtaining confirmation of Liquidating Plan Of Reorganization
- Represented Creditors Committee in nationwide case of television and audio-visual manufacturer, working with Debtors' counsel successfully confirming Chapter 11 Plan Of Reorganization

## Representation of Lessors

- Representation of bank in connection with bankruptcy of seven telecommunications companies, leasing space from Bank in largest telecommunications center in Downtown Los Angeles, filing and litigating Claims in bankruptcy proceedings in Los Angeles, New York and Delaware, obtaining payment of pre-petition and post-petition obligations, and negotiating new post-petition leases on behalf of Bank.
- Representation of Bank in connection with initial, then second bankruptcy of nationwide video company distributor, negotiating resolution of leases and effectuating recovery of leasehold space in locations in California.

## Representation of Creditors

- Representation of developer in multi-state litigation, in simultaneous bankruptcy proceedings, related to acquisition of real property for development of between 150 and 190 homes.

## Representation of Purchasers

- Represented buyer in Bankruptcy Court proceeding on purchase of assets of Mexican food manufacturer.
- Represented "Stocking Horse" bidder in Bankruptcy Court on acquisition of multi-million dollar building in the South Bay.

## Assignment for the Benefit of Creditors

- Represented Assignee for the benefit of creditors, defending assignee, in multiple lawsuits, where Assignee was accused of misrepresentations and malfeasance in carrying out the assignment for the benefit of creditors, dealing with sale of a restaurant chain.  Working with insurance defense counsel, filed Complaint against all creditors, obtaining Judgments preventing further recovery by secured and unsecured creditors, and confirmed previous distribution of assets to creditors

## Appointment as Trustee

- Appointed as Trustee, for multi-million dollar trust, effectuating sale of multiple apartment buildings and additional real property, then effectuating distribution of assets to beneficiaries of the trust

## Representation of Estate Trustee

- Representation of financial institution operating as trustee for multi-million dollar estate, effectuating sale of deceased's substantial investments in stock, then sale of real property, working with trustee to distribute assets to beneficiaries of trust

# John A. Moe, II
Partner

## Military Service

- Mr. Moe served in the United States Air Force, holding the rank of Captain, Office of the Staff Judge Advocate, USAF, 1976-1980
- Criminal Defense Counsel, Edwards Air Force Base, California, 1976-1977
- Assistant Staff Judge Advocate and Prosecution Counsel, Kunsan Air Force Base, Korea, 1977-1978;
- Norton Air Force Base, 1978-1980
- Specially Appointed Defense Counsel, Edwards Air Force Base, 1979
- Awarded Meritorious Service Medal, 1979
- Mr. Moe prepared and defended over 150 summary criminal proceedings and multiple jury trials as Base Defense Counsel. He drafted charges for over 100 summary criminal proceedings and prosecuted multiple jury trials as Prosecution Counsel. He interpreted treaties and acted as liaison between judicial officials for the United States Air Force and South Korea. Mr. Moe represented the United States Air Force before the South Coast Air Quality Management District.

# Recognition

- Recognized by *Best Lawyers in America* (2016), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law.
- Martindale-Hubbell® AV Rating
- *Super Lawyers: Corporate Counsel* - Most Recent Listing: 2010 (Bankruptcy & Creditor/Debtor Rights)
- *Super Lawyers: Business Edition* - Most Recent Listing: 2015 (Bankruptcy & Creditor/Debtor Rights)
- *Southern California Super Lawyers* - Most Recent Listing: 2015 (Bankruptcy & Creditor/Debtor Rights, Business Litigation)

# Activities and Affiliations

## Community Involvement and Pro Bono

- Notre Dame Club of Los Angeles - Board of Directors (1984-2016), President (1988-1990), Secretary (1986-1988; 2000-2002), Co-Chairman: "The Game Is On" Biennial Luncheon (1988-2016)
- Boy Scouts Of America - Troop 507 Scoutmaster (2011-2016), Assistant Scoutmaster (2004-2010)
- Carolwood Pacific Historical Society Member (1999-2016)
- La Canada Baseball and Softball Association - Member, Board of Directors (2000-2008), President (2006-2008), Secretary (2002-2005)
- St. Francis High School Athletic Booster Club (2007-2010) - President (2008-2009)
- St. Bede Parish Council (2007-2010)
- *Airport Marina Counseling Service* - Member, Board of Directors (1983-2000), Vice-President (1990-1991)

4

# John A. Moe, II
Partner

大成 DENTONS

# Areas of focus

## Practices

- Litigation and Dispute Resolution
- Commercial Litigation
- Creditor and Equity Committee Representation

# Education

- University of Notre Dame Law School, 1975, JD
- University of Notre Dame, 1972, BA, *magna cum laude*

# Admissions and qualifications

- California
- Supreme Court of the United States
- US Court of Appeals for the Ninth Circuit
- US Court of Appeals for the Seventh Circuit
- US District Court for the Central District of California
- US District Court for the Eastern District of California
- US District Court for the Northern District of California
- US District Court for the Southern District of California

© 2016 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.