1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COPY OF
*PROPOSED* ORDER

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

29

93207403\V-2

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] | Chapter 11 |
| | [Voluntary Petition Filed: June 6, 2016] |
| Debtor. | **[*Proposed*] ORDER GRANTING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY DENTONS US LLP AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327, 330 AND 331, *NUNC PRO TUNC* AS OF June 6, 2016** |
| | [No Hearing Required Pursuant to LBR 2015-2(b)(3)] |

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

1

96199784\V-1

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION, THIS ____ DAY OF JUNE, 2016:**

The Application of Debtor and Debtor in Possession To Employ Dentons US LLP As Bankruptcy Counsel Pursuant To 11 U.S.C. §§ 327, 330 and 331, *Nunc Pro Tunc* As Of June 6, 2016 (the "Application"), the accompanying Memorandum of Points and Authorities, together with the accompanying Declaration of John A. Moe II, and the previously filed Declarations of David Herskovitz and Eric Weissman [Docket Nos. 23 and 24], were considered by this Court, appropriate Notice having been given to the creditors and parties-in-interest entitled to notice as set forth in the Application.

In response to the Application, no party requested a hearing on the Application, as set forth in the Declaration of John A. Moe, II, Filed in support of the Application [Docket No. ___].

Having considered the Application, the Memorandum of Points and Authorities, the Declarations of John A. Moe II, David Herskovitz and Eric Weissman in support of the Application, it appearing to the Court that neither the attorneys currently proposed to represent the Debtor, nor the law firm, hold or represent an interest adverse to the estate, that the attorneys are disinterested parties within the meaning of Section 101(14) of the Bankruptcy Code, that the attorneys will represent the estate under 11 U.S.C. § 327(c), and that the employment of counsel is necessary and in the best interests of the estate and the creditors, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application is granted, *nunc pro tunc* as of June 6, 2016.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY DENTONS US LLP AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327, 330 AND 331, NUNC PRO TUNC AS OF JUNE 6, 2016; DECLARATION OF JOHN A. MOE, II; COPY OF [PROPOSED] ORDER THEREON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **June 20, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PLEASE SEE ATTACHED SERVICE LIST.**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 20, 2016 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                            **F 9013-3.1.PROOF.SERVICE**
100078470\V-1



Hatty Yip
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017



U.S. Department of Justice
Office of the Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



Internal Revenue Service
300 North Los Angeles Street
Los Angeles, CA 90012



Sylvia Mathews Burwell, Secretary
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201



Jennifer Kent, Director
California Department of Health Care Services
1501 Capitol Avenue, Suite 4510
Sacramento, CA 95814

Angela M. Belgrove
Assistant Regional Counsel
U.S. Department of Health and Human Services, Office of the General Counsel, Region IX
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

99609057v1




United States Attorney's Office
Central District of California
312 North Spring Street, Suite 1200
Los Angeles, CA 90012

Wendi Horwitz
Deputy Attorney General
Dept of Justice/Off of Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013




State of California
Franchise Tax Board
300 South Spring Street, #5704
Los Angeles, CA 90013

Employment Development Dept.
722 Capitol Mall
Sacramento, CA 95814




Internal Revenue Service
600 Arch Street
Philadelphia, PA 19101

Office of the Attorney General
Consumer Law Section
Attn:  Bankruptcy Notices
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102




Darrell W. Clark
Stinson Leonard Street LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

DeLage Landen Financial Services, Inc.
Cheryl Glick
1111 Old Eagle School Road
Wayne, PA 19087



Cardinal Health
C/O Patricia Benson
Mitchell Silberberg
11377 West Olympic
Los Angeles, CA 90064

Rollins Nelson
Jess Ahlholm
4333 Torrance Blvd, 2nd Floor
Torrance, CA 90503



St. Mary Medical Center
Leon Choiniere
1050 Linden Avenue
Long Beach, CA 90813

Starbase, Inc.
Ismael Silva
2034 E. Lincoln PMB321
Anaheim, CA 92806





UCLA Medical Center
Paul Staton
757 Westwood Place
Los Angeles, CA 90095

Spinal Solutions LLC / Orthopedic Alliance
Roger Williams
26157 Jefferson Ave., #A
Murietta, CA 92562





Spine Surgical Implants, Inc.
Andy Navid
9445 Fairway View Place
Rancho Cucamonga CA 91730

Regency Surgical Devices LLC
Pam Patterson
21500 Pioneer Blvd #208
Hawaiian Gardens CA 90716





Signal Health Solution
George Jayatilaka
2525 Cherry Ave., #225
Signal Hill, CA 90755

Long Beach Memorial Medical Center
Yiers Katz
2801 Atlantic Avenue
Long Beach, CA 90806




County of Los Angeles
Don Knabe
Kenneth Hahn Hall of Administration
500 W. Temple Street, Room 358
Los Angeles, CA 90012

Advance Bariatric Center
Houshmand Naim MD
321 N. Larchmont Blvd Suite 505
Los Angeles, CA 90004




LAC Harbor UCLA Medical Center
Ellie Kanjian
313 North Figueroa Street, Suite 534
Los Angeles, CA 90012

Paladin-Gardens Management
222 N. Sepulveda Blvd., Suite 950
El Segundo, CA 90245



601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Harbor-Gardens Capital I, LLC
Joel Freedman
222 N. Sepulveda Blvd., Suite 950
El Segundo, CA 90245

Brittany M. Whitman, Esq.
Corporate Counsel
Avanti Hospitals
222 N. Sepulveda Blvd., Suite 950
El Segundo, CA 90245





Anthem Blue Cross
Sean Forester
21555 Oxnard St., #8B
Woodland Hills, CA 91367

Noridian Healthcare Solutions LLC
Andrew Wegman
900 42nd Street
Fargo, ND 58108



Dept of Health Care Services
Jennifer Kent
1501 Capitol Avenue, #71.2048
Sacramento, CA 95899

VFI-SPV IX Corp
6340 South 3000 E Ste 400
Salt Lake City, UT 84121



Diamond Medical Equipment
999 N. Tustin Ave
Santa Ana, CA 92705

FujiFilm Medical Systems USA Inc
1111 Old Eagle School Road
Wayne, NJ 07470

99609057v1




US Bancorp Equipment Finance
13010 SW 68th Place Suite 100
Portland, OR 97223

Cerritos Gardens General Hospital
21520 S Pioneer Blvd Ste 205
Hawaiian Gardens, CA 90716




General Electric Capital Corp
3333 Hesper Road
Billings, MT 59102

Olympus America Inc
3500 Corporate Parkway
Center Valley, PA 18034



Kansas State Bank of Manhattan
1010 Westloop Place
Manhattan, KS 66502

General Electric Capital Corp
83 Wooster Heights Rd
Danbury, CT 06810





Stryker Sales Corporation
950 Trade Center Way Ste 200
Portage, MI 49002

Philips Medical Capital
1111 Old Eagle School Road
Wayne, PA 19087





CIT Communications Finance
1 CIT Drive
Livingston, NJ 07039

Stryker Sales Corporation
1901 Romence Road Parkway
Portage, MI 49002





Siemens Diagnostic Finance Co
1717 Deerfield Road #1
Deerfield, IL 60015

Stryker Financial Solutions
1901 Romence Road Parkway
Portage, MI 49002

99609057v1





Diligenz Inc
6500 Harbor Hgts Pkwy Ste 400
Mukilteo, WA 98275

UCC Direct Services
2727 Allen Parkway
Houston, TX 77019





Corporation Service Company
801 Adlai Stevenson Dr
Springfield, IL 62703

Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087





Myron Meyers Professional Corp
11800 E Tahquitz Canyon Way
Palm Springs, CA 92262

Parasec
2804 Gateway Oaks Drive Suite 200
Sacramento, CA 95833

99609057v1


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019

RollinsNelson Group, LLC
Bill Nelson
4333 Torrance Blvd
Torrance, CA 90503


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Stryker Orthopedics
CFO
325 Corporate Drive
Mahwah, NJ 07430

Harbor-Gardens Capital 1, LLC
222 N. Sepulveda Blvd Suite 950
El Segundo, CA 90245


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Lerman Law Group
11400 W Olympic Ste 700
Los Angeles, CA 90064

Sycamore Healthcare Services LLC
c/o S&W Health Management Services, Inc.
12401 Wilshire Blvd., Suite 200
Los Angeles, CA 90025





Selvin & Weiner, APC
Beryl Weiner
12401 Wilshire, 2nd Floor
Los Angeles, CA 90025-1089

Roxbury Healthcare Services LLC
c/o S&W Health Management Services, Inc.
12401 Wilshire Blvd Suite 200
Los Angeles, CA 90025





AmeriSourceBergen Drug Corp.
1300 Morris Drive
Chesterbrook, PA 19087

Cerritos Gardens General Hospital
1800 E Tahquitz Canyon Way
Palm Springs, CA 92262





Stephen A. Madoni
Law Office of Stephen A. Madoni
3700 Newport Blvd., Suite 206
Newport Beach, CA 92663

Sycamore Healthcare Services
4333 Torrance Blvd.
Torrance, CA 90503

99609057v1


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Mary H. Rose
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Dawn M. Coulson
Epps & Coulson, LLP
707 Wilshire Blvd., Suite 3000
Los Angeles, CA 90017


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Ivan Kallick
Manatt Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Gary Torrell
Valensi Rose, PLC
1888 Century Park East, Suite 1100
Los Angeles, CA 90067


601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Ted Gehring
Epstein Becker Green
1925 Century Park East, Suite 500
Los Angeles, CA 90067

Howard N. Madris
Law Office of Howard N. Madris
424 S. Beverly Drive
Beverly Hills, CA 90212




Karl E. Block
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Gerald N. Sims
Pyle Sims Duncan & Stevenson
401 B Street, Suite 1500
San Diego, CA 92101




Louis J. Cisz, III
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

Benjamin Nachimson
Woolf & Nachimson, LLP
15300 Ventura Blvd., Suite 214
Sherman Oaks, CA 91403



Wayne R. Terry
J. Alexandra Rhim
Hemar Rousso & Heald LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Benjamin S. Siegel
Yi Sun Kim
Greenberg & Bass LLP
16000 Ventura Blvd., Suite 1000
Encino, CA 91436



601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Amanda L. Marutzky
Watt Tieder Hoffar & Fitzgerald, LLP
2040 Main Street, Suite 300
Irvine, CA 92614



601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Kurt Ramlo
Gary E. Klausner
Eve Karasik
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067



601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

Alan J. Stomel
Alan J. Stomel, a Law Corporation
PO Box 1457
Bodega Bay, CA 94923

601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704



601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704



601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704

99609057v1