# EXHIBIT A

## Exhibit A

### (Highlighted Provisions Pursuant to Local Bankruptcy Rule 6004-1)

In accordance with Local Rule 6004-1, the Debtor respectfully represents the following:

(1) **Sale to an Insider**: The Debtor is not aware of a prospective buyer that is an insider of the Debtor.

(2) **Agreements with Management**: No proposed or prospective buyer has discussed or entered into any agreements with management or key employees regarding compensation or future employment.

(3) **Releases**: In the event the Stalking Horse Purchaser is not the Successful Bidder, the Stalking Horse Purchase has agreed to release any and all claims the Stalking Horse Purchaser has against the Debtor and its representatives and affiliates under the Stalking Horse APA in exchange for the Break-Up Fee.

(4) **Private Sale/No Competitive Bidding**: The Sale is being conducted pursuant to the competitive bidding process detailed in the Motion.

(5) **Closing and Other Deadlines**: The consummation of the transactions contemplated by the Successful Bidder's Purchase Agreement[7] shall take place at a closing to be held at the offices of Dentons US LLP, 601 S. Figueroa St., Suite 2500, Los Angeles, CA 90017 or at such other location as deemed appropriate by the parties.

(6) **Good Faith Deposit**: All bidders will be required to post a good faith deposit in the form of a wire transfer (to a bank account specified by the Debtor), certified check or such other form acceptable to the Debtor, payable to the order of the Debtor (or such other party as the Debtor may determine) in the amount of $200,000.00.

(7) **Interim Arrangements with Proposed Buyer**: The Debtor has not entered into any interim arrangements with any proposed buyer.

(8) **Use of Proceeds**: Upon Closing, the net sale proceeds shall be, to the extent permitted and appropriate, treated as cash collateral and shall not be used except to meet obligations payable in connection with the Sale, including payment of the DIP Loan and, if the Successful Bidder is not the Stalking Horse Purchaser, the Break-Up Fee.

(9) **Tax Exemption**: No tax exemptions under section 1146(a) of the Bankruptcy Code are contemplated in connection with the Sale.

(10) **Record Retention**: The Debtor will continue to have access to its books and records as currently none of the Assets include records.

---

[7] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

(11) **Sale of Avoidance Actions**: The Sale does not involve the sale or release of chapter 5 causes of action.

(12) **Requested Findings as to Successor Liability**: The Successful Bidder shall be assuming only those liabilities expressly set forth in the Asset Purchase Agreement, and all other liabilities not expressly assumed by the Successful Bidder under the Successful Bidder's Purchase Agreement, whether or not incurred or accrued on or after the date on which the Sale is closed, shall be retained by the Debtor.

(13) **Sale Free and Clear of Unexpired Leases**: The Debtor is seeking to sell the Debtor's Assets free and clear of all liens, claims, encumbrances, and other interests pursuant to Section 363(f) of the Bankruptcy Code, unless otherwise provided in the Successful Bidder's Purchase Agreement.

(14) **Credit Bid**: Credit bids shall be accepted in accordance with section 363(k) of the Bankruptcy Code.

(15) **Relief from Bankruptcy Rule 6004(h)**: As noted in the Motion, the Debtor is requesting relief from the 14-day stay imposed by Rules 6004(h) and 6006(d).

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

94478126