# EXHIBIT D

1  SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
2  JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
3  DENTONS US LLP
601 South Figueroa Street, Suite 2500
4  Los Angeles, California  90017-5704
Telephone:    (213) 623-9300
5  Facsimile:    (213) 623-9924

6  Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
7  AND MEDICAL CENTER, INC.

8

9                   UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                      LOS ANGELES DIVISION

12

13  In re:                                    Case No. 2:16-bk-17463-ER

14  GARDENS REGIONAL HOSPITAL AND             Chapter 11
MEDICAL CENTER, INC., dba GARDENS
15  REGIONAL HOSPITAL AND MEDICAL             ORDER (A) AUTHORIZING THE SALE
CENTER,                                    OF CERTAIN OF THE DEBTOR'S
16                                             ASSETS PURSUANT TO ONE OR MORE
                    Debtor.                     SUCCESSFUL BIDDER'S ASSET
17                                             PURCHASE AGREEMENT(S) FREE AND
                                               CLEAR OF LIENS, CLAIMS,
18                                             ENCUMBRANCES, AND OTHER
                                               INTERESTS; (B) APPROVING THE
19                                             ASSUMPTION AND ASSIGNMENT OF
                                               CERTAIN EXECUTORY CONTRACTS
20                                             AND UNEXPIRED LEASES RELATED
                                               THERETO; AND (C) GRANTING
21                                             RELATED RELIEF

22                                             Hearing:
                                               Date:        July 13, 2016
23                                             Time:        10:00 a.m.
                                               Place:       U.S. Bankruptcy Court
24                                                           255 E. Temple St.
                                                            Los Angeles, CA 90012
25                                             Judge        Ernest M. Robles

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

SALE ORDER

94478152

1    This matter coming before the Court on the motion (the "Motion")[1] of the above-

2    captioned affiliated debtor and debtor in possession (the "Debtor") for the entry of an order

3    pursuant to Sections 105(a), 363, and 365 of title 11 of the United States Code (the "Bankruptcy

4    Code"), Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure

5    (as amended from time to time, the "Bankruptcy Rules"), and Rule 6004-1 of the Local

6    Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California

7    (the "Local Bankruptcy Rules") (I)(A) Approving Procedures in Connection with the Sale of

8    Certain of the Debtor's Assets; (B) Scheduling the Related Auction and Hearing to Consider

9    Approval of Sale; (C) Approving Procedures Related to the Assumption of Certain Executory

10   Contracts and Unexpired Leases; (D) Approving the Form and Manner of Notice Thereof; (E)

11   Approving Break-Up Fee; and (F) Granting Related Relief; and (II)(A) Authorizing the Sale of

12   Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other

13   Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and

14   Unexpired Leases Related Thereto; and (C) Granting Related Relief; the Court having reviewed

15   the Motion and the Court having found that (i) the Court has jurisdiction to consider the Motion

16   and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this

17   district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28

18   U.S.C. § 157(b); (iv) notice of the Motion was sufficient under the circumstances; and after due

19   deliberation the Court having determined that the relief requested in the Motion is in the best

20   interests of the Debtor, its estate and its creditors; and good and sufficient cause having been

21   shown;

22   **AND IT IS FURTHER FOUND AND DETERMINED THAT:**

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 2 -    SALE ORDER

94478152

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

A.    The Debtor's notice of the Bidding Procedures, the Cure Procedures, the Auction

and the hearing to approve any sale of the Debtor's Assets (the "Sale Hearing") was appropriate

and reasonably calculated to provide all interested parties with timely and proper notice, and no

other or further notice is required.

B.    The findings and conclusions set forth herein constitute the Court's findings of fact

and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding

pursuant to Bankruptcy Rule 9014.

C.    To the extent any of the following findings of fact constitute conclusions of law,

they are adopted as such.  To the extent any of the following conclusions of law constitute

findings of fact, they are adopted as such.

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is **GRANTED** as set forth herein.

2.    All objections and responses to the Motion that have not been overruled,

withdrawn, waived, settled or resolved, and all reservations of rights included therein, are hereby

overruled and denied.

3.    Any Successful Bidder's offer for some or all of the Debtor's Assets, as embodied

in the any Successful Bidder's Purchase Agreement, is the highest and best offer for the

correlative portion of the Debtor's Assets and is hereby approved.

4.    Each Successful Bidder's Purchase Agreement annexed hereto as Exhibit 1 is

hereby approved pursuant to Section 363(b) of the Bankruptcy Code, and the Debtor is authorized

to consummate and perform all of their obligations under any Successful Bidder's Purchase

Agreement and to execute such other documents and take such other actions as are necessary or

appropriate to effectuate the Successful Bidder's Purchase Agreement.

- 3 -        SALE ORDER

94478152

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5.      Pursuant to Section 363(f) of the Bankruptcy Code, the Debtor's Assets may be sold and transferred free and clear of all liens, claims, interests and encumbrances, (collectively, "Liens"), except as otherwise provided in any Successful Bidder's Purchase Agreement, with any and all such Liens to attach to proceeds of such sale with the same validity, priority, force, and effect such Liens had on the Debtor's Assets immediately prior to the Sale and subject to the rights, claims, defenses, and objections, if any, of the Debtor and all interested parties with respect to any such asserted Liens.

6.      Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, the Sale by the Debtor to the Successful Bidder(s) of the Debtor's Assets and transactions related thereto, upon the closing under any Successful Bidder's Purchase Agreement, are authorized and approved in all respects.

7.      Pursuant to Section 365 of the Bankruptcy Code, the assignment and assumption of the Assumed Contracts and Leases of the Debtor, as identified in the Successful Bidder's Purchase Agreement(s), by any Successful Bidder, is hereby authorized and approved in all respects.

8.      The stays provided for in Bankruptcy Rules 6004(h) and 6006(d) are hereby waived and this Order shall be effective immediately upon its entry.

9.      The terms of this Order shall be binding on the Successful Bidder and its or their successors, the Debtor, creditors of the Debtor, and all other parties in interest in these Bankruptcy Cases, and any successors of the Debtor, including any trustee or examiner appointed in these cases or upon a conversion of these cases to Chapter 7 of the Bankruptcy Code.

10.     The Successful Bidder is or are a good faith purchaser entitled to the benefits and protections afforded by Section 363(m) of the Bankruptcy Code.

94478152

11.    With respect to the transactions consummated pursuant to this Order, this Order shall be sole and sufficient evidence of the transfer of title to any particular purchaser, and the sale transaction consummated pursuant to this Order shall be binding upon and shall govern the acts of all persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the property sold pursuant to this Order, including without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, administrative agencies, governmental departments, secretaries of state, and federal, state, and local officials, and each of such persons and entities is hereby directed to accept this Order as sole and sufficient evidence of such transfer of title and shall rely upon this Order in consummating the transactions contemplated hereby.

12.    This Court retains jurisdiction to interpret, implement and enforce the provisions of, and resolve any disputes arising under or related to, this Order and any Successful Bidder's Purchase Agreement, all amendments thereto, any waivers and consents thereunder and each of the agreements executed in connection therewith.

13.    The failure specifically to include any particular provision of any Successful Bidder's Purchase Agreement or any of the documents, agreements, or instruments executed in connection therewith in this Order shall not diminish or impair the force of such provision, document, agreement, or instrument, it being the intent of the Court that any Successful Bidder's Purchase Agreement and each document, agreement, or instrument be authorized and approved in its entirety.

14.    Any Successful Bidder's Purchase Agreement and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the parties

- 5 -        SALE ORDER

94478152

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  thereto in accordance with the terms thereof without further order of the Court, provided that any

2  such modification, amendment, or supplement does not have a material adverse effect on the

3  Debtor's estate.

4

5

BN 21076247v2

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 6 -        SALE ORDER

94478152