# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION OF THE DEBTOR AND DEBTOR IN POSSESSION PURSUANT TO SECTIONS 105(a), 363, AND 365 OF THE BANKRUPTCY CODE FOR AN ORDER (I)(A) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS; (B) SCHEDULING THE RELATED AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE; (C) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (E) APPROVING BREAK-UP FEE; AND (F) GRANTING RELATED RELIEF; AND (II)(A) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 1, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*SEE ATTACHED SERVICE LIST NO. 1*

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*)    I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 1, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*SEE ATTACHED SERVICE LIST NO. 3. AND*

The Honorable Ernest M. Robles
United States Bankruptcy Court/Central District of California
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2016 | Alicia Aguilar | /s/ Alicia Aguilar |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

Manuel A Boigues on behalf of Interested Party Courtesy NEF
bankruptcycourtnotices@unioncounsel.net

Louis J Cisz, III on behalf of Interested Party Courtesy NEF
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Jerome Bennett Friedman on behalf of Interested Party Courtesy NEF
jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party Courtesy NEF
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Yi S Kim on behalf of Interested Party Courtesy NEF
ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Creditor Sycamore Health Care Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

John P Kreis on behalf of Interested Party John P. Kreis, PC
jkreis@kreislaw.com, j.kreis@ca.rr.com

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Howard N Madris on behalf of Interested Party Courtesy NEF
hmadris@madrislaw.com

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wgfllp.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

David M Reeder on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

J. Alexandra Rhim on behalf of Interested Party Courtesy NEF
arhim@hemar-rousso.com

J. Alexandra Rhim on behalf of Respondent De Lage Landen Financial Services, Inc.
arhim@hemar-rousso.com

Emily P Rich on behalf of Interested Party Courtesy NEF
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Mary H Rose on behalf of Interested Party Courtesy NEF
mrose@buchalter.com, mrose@buchalter.com

Benjamin Seigel on behalf of Interested Party Courtesy NEF
bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

Gary F Torrell on behalf of Interested Party Courtesy NEF
gft@vrmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

3. **TO BE SERVED BY OVERNIGHT MAIL (SATURDAY DELIVERY):**

| *Regulatory Agencies* | |
|---|---|
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | |
| U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777<br><br>Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009<br>Fax: None | Wendi A. Horwitz<br>Deputy Attorney General<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-2178<br>Email: wendi.horwitz@doj.ca.gov<br><br>State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None |
| Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 | Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 |
| Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430<br>Fax: None | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 | Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 4 -

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**List of Creditors Holding 20 Largest Unsecured Claims**

| | |
|---|---|
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006<br>Office: (202) 728-3019<br>Fax: (202) 572-9991<br>darrell.clark@stinson.com<br>[counsel for Siemens (Cerner Health Servs.] | UCLA Medical Center<br>Paul Staton<br>757 Westwood Place<br>Los Angeles, CA 90095<br>Office: (310) 825-9111<br>Fax: (310) 267-3671 |
| DeLage Landen Financial Services, Inc.<br>Cheryl Glick<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Office: (610) 386-3850<br>Fax: | Spinal Solutions LLC / Orthopedic Alliance<br>Roger Williams<br>26157 Jefferson Ave., #A<br>Murietta, CA 92562<br>Office: (951) 304-9001<br>Email: rkwplus@aol.com |
| Cardinal Health<br>c/o Patricia Benson<br>Mitchell Silberberg<br>11377 West Olympic<br>Los Angeles, CA 90064<br>Office: (310) 312-2000<br>Email: phb@msk.com<br><br>Rollins Nelson<br>Jess Ahlholm<br>4333 Torrance Blvd, 2nd Floor<br>Torrance, CA 90503<br>Office: (818) 224-4534<br>Fax: (323) 297-1554 | Spine Surgical Implants, Inc.<br>Andy Navid<br>9445 Fairway View Place<br>Rancho Cucamonga CA 91730<br>Cell: (714) 319-7793<br>Office: (909) 484-2328<br>Email: andynavid@yahoo.com<br><br>Regency Surgical Devices LLC<br>Pam Patterson<br>21500 Pioneer Blvd #208<br>Hawaiian Gardens CA 90716<br>Office: (310) 995-3799<br>Fax: (310) 540-2344 |
| St. Mary Medical Center<br>Leon Choiniere<br>1050 Linden Avenue<br>Long Beach, CA 90813<br>Office: (562) 491-9000<br>Fax: (562 436-6378 | Signal Health Solution<br>George Jayatilaka<br>2525 Cherry Ave., #225<br>Signal Hill, CA 90755<br>Office: (562) 435-3333<br>Fax: (562) 981-7431 |
| Starbase, Inc.<br>Ismael Silva<br>2034 E. Lincoln PMB321<br>Anaheim, CA 92806<br>Office: (949) 500-5513<br>Email: drsilva@orthosportsmedicine.com | Long Beach Memorial Medical Center<br>Yiers Katz<br>2801 Atlantic Avenue<br>Long Beach, CA 90806<br>Office: (562) 933-2000<br>Fax: (562) 933-1107 |

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| County of Los Angeles<br>Don Knabe<br>Kenneth Hahn Hall of Administration<br>500 W. Temple Street, Room 358<br>Los Angeles, CA 90012<br>Office: (213) 974-4444<br>Fax: (213) 626-6941 | Brittany M. Whitman, Esq.<br>Corporate Counsel<br>Avanti Hospitals<br>222 N. Sepulveda Blvd., Suite 950<br>El Segundo, CA 90245<br>Office: (310) 356-0501<br>Fax: (310) 200-5961<br>bwhitman@avantihospitals.com<br>[counsel for Gardena Hospital, LP] |
| Advance Bariatric Center<br>Houshmand Naim MD<br>321 N. Larchmont Blvd Suite 505<br>Los Angeles, CA 90004<br>Office: (310) 975-9546<br>Fax: (310) 807-8345 | Anthem Blue Cross<br>Sean Forrester<br>21555 Oxnard Street, #8B<br>Woodland Hills, CA 91367 |
| LAC Harbor UCLA Medical Center<br>Ellie Kanjian<br>313 North Figueroa Street, Suite 534<br>Los Angeles, CA 90012<br>Office: (213) 240-7918<br>Fax: | Noridian Healthcare Solutions LLC<br>Andrew Wegman<br>900 42nd Street<br>Fargo, ND 58108<br>Office: (701) 277-6500 |
| Paladin-Gardens Management<br>222 N. Sepulveda Blvd., Suite 950<br>El Segundo, CA 90245<br>Office: (310) 414-2700<br>Fax: (310) 414-2709<br><br>Harbor-Gardens Capital I, LLC<br>Joel Freedman<br>222 N. Sepulveda Blvd., Suite 950<br>El Segundo, CA 90245 | Dept of Health Care Services<br>Jennifer Kent<br>1501 Capitol Avenue, #71.2048<br>Sacramento, CA 95899<br>Office: (916) 464-4430<br>Email: contactus@dhcs.ca.gov |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**SERVICE LIST (cont'd)**
In re: *Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

***Entities Asserting Liens / Secured Creditors***

| | |
|---|---|
| VFI-SPV IX Corp<br>6340 South 3000 E Ste 400<br>Salt Lake City, UT 84121<br>Office: (801) 733-8100<br>Fax: (801) 733-8900 | Kansas State Bank of Manhattan<br>1010 Westloop Place<br>Manhattan, KS 66502<br>Fax: (785) 587-4040 |
| Diamond Medical Equipment<br>999 N. Tustin Ave<br>Santa Ana, CA 92705<br>Office: (714) 542-8999<br>Fax: (714) 542-0055 | General Electric Capital Corp<br>83 Wooster Heights Rd<br>Danbury, CT 06810 |
| **Fuji Film Medical Systems USA Inc**<br>**419 West Avenue**<br>**Stamford, CT 06902**<br>Office: (800) 385-4666<br>Fax: (973) 633-8818 | Stryker Sales Corporation<br>950 Trade Center Way Ste 200<br>Portage, MI 49002<br>Office: (269) 324-6500<br>Fax: 269-385-1062 |
| US Bancorp Equipment Finance<br>13010 SW 68th Place Suite 100<br>Portland, OR 97223 | Philips Medical Capital<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Office: (610) 386-5000<br>Fax: (866) 351-4762 |
| Cerritos Gardens General Hospital<br>21520 S Pioneer Blvd Ste 205<br>Hawaiian Gardens, CA 90716<br>Office: (562) 924-3709<br>Fax: (562) 924-3809 | CIT Communications Finance<br>1 CIT Drive<br>Livingston, NJ 07039<br>Office: (973) 740-5000 |
| General Electric Capital Corp<br>3333 Hesper Road<br>Billings, MT 59102<br>Office: (888) 212-1380<br>Fax: (866) 529-9303 | Stryker Sales Corporation<br>1901 Romence Road Parkway<br>Portage, MI 49002<br>Office: (269) 324-6500<br>Fax: (269) 385-1062 |
| Olympus America Inc<br>3500 Corporate Parkway<br>Center Valley, PA 18034<br>Office: (484) 896-5000<br>Fax: (484) 896-7126 | Siemens Diagnostic Finance Co<br>1717 Deerfield Road #1<br>Deerfield, IL 60015<br>Office: (847) 267-5300 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 7 -

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Stryker Financial Solutions<br>1901 Romence Road Parkway<br>Portage, MI 49002<br>Office: (503) 225-1761<br>Fax: (269) 385-1062 | Corporation Service Company<br>801 Adlai Stevenson Dr<br>Springfield, IL 62703 |
| Diligenz Inc<br>6500 Harbor Hgts Pkwy Ste 400<br>Mukilteo, WA 98275<br>Office: (425) 609-1700<br>Fax: (800) 345-6059<br><br>UCC Direct Services<br>2727 Allen Parkway<br>Houston, TX 77019<br>Office: (800) 331-3282<br>Fax: (818) 662-4141 | Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Fax: (610) 386-5000<br><br>Myron Meyers Professional Corp<br>11800 E Tahquitz Canyon Way<br>Palm Springs, CA 92262<br>Office: (760) 318-8426<br>Fax: (760) 318-1457<br>Email: mnmpd@aol.com |
| Parasec<br>2804 Gateway Oaks Drive Suite 200<br>Sacramento, CA 95833<br>Office: (800) 533-7272<br>Fax: (800) 603-5868<br><br>CT Lien Solutions<br>2727 Allen Parkway<br>Houston, TX 77019 | Lerman Law Group<br>11400 W Olympic Ste 700<br>Los Angeles, CA 90064<br>Office: (310) 734-8244<br>Email: info@lermanlawgroup.com<br><br>Sycamore Healthcare Services LLC<br>c/o S&W Health Management Services, Inc.<br>12401 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90025<br>Office: (310) 207-1555<br>Fax: (310) 207-3666<br>bweiner@swlawyers.com |
| RollinsNelson Group, LLC<br>Bill Nelson<br>4333 Torrance Blvd<br>Torrance, CA 90503 | Selvin & Weiner, APC<br>Beryl Weiner<br>12401 Wilshire, 2nd Floor<br>Los Angeles, CA 90025-1089<br>Office: (310) 207-1555<br>Fax: (310) 207-3666<br>bweiner@swlawyers.com |
| Stryker Orthopedics<br>CFO<br>325 Corporate Drive<br>Mahwah, NJ 07430<br>Office: (201) 831-4000<br>Fax: (800) 438-1150 | Roxbury Healthcare Services LLC<br>c/o S&W Health Management Services, Inc.<br>12401 Wilshire Blvd Suite 200<br>Los Angeles, CA 90025<br>Office: (310) 207-1555<br>Fax: (310) 207-3666<br>bweiner@swlawyers.com |

- 8 -

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Harbor-Gardens Capital 1, LLC<br>222 N. Sepulveda Blvd Suite 950<br>El Segundo, CA 90245<br>Office: (310) 414-2700<br>Fax: (310) 414-2709 | AmeriSourceBergen Drug Corp.<br>1300 Morris Drive<br>Chesterbrook, PA 19087<br>Office: (610) 727-7000<br>Email: solutions@amerisourcebergen.com |
| Cerritos Gardens General Hospital<br>1800 E Tahquitz Canyon Way<br>Palm Springs, CA 92262<br>Office: (310) 282-2225<br>Fax: (310) 510-6729 | Sycamore Healthcare Services<br>4333 Torrance Blvd.<br>Torrance, CA 90503<br>Office: (818) 224-4534<br>Fax: (323) 297-1554 |

100259597\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 9 -