PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re: | Case No.: 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| Debtor. | |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following two (2) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: July 5, 2016

PETER C. ANDERSON
**UNITED STATES TRUSTEE**

By: _____
Jill M. Sturtevant
Assistant United States Trustee

1

# EXHIBIT A

# EXHIBIT A

|   |   |
|---|---|
| 1 | **EXHIBIT "A"** |
| 2 | In re: GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.; 2:16-bk-17463-ER |

Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017
Telephone: (614) 533-3125
Email: rob.speeney@cardinalhealth.com

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, #721
Sausalito, CA 94965
Telephone: (415) 227-3585
Email: rzadek@buchalter.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*):  __**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**__
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __7/5/16__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
SEE ATTACHED LIST

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __7/5/16__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTOR: Gardens Regional Hospital and Medical Center, Inc., 21530 South Pioneer Boulevard, Hawaiian Gardens, CA 90716

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __7/5/16__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/5/16 | Helen Cruz | */s/ Helen Cruz* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Karl E Block    kblock@loeb.com, plavine@loeb.com
- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
- Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Eve H Karasik    ehk@lnbyb.com
- Yi S Kim    ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
- Gary E Klausner    gek@lnbyb.com
- Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Wendy A Loo    wendy.loo@lacity.org
- Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
- Howard N Madris    hmadris@madrislaw.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com
- Benjamin Nachimson    ben.nachimson@wgfllp.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
- Benjamin Seigel    bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Wayne R Terry    wterry@hemar-rousso.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE