**Fill in this information to identify the case:**

Debtor name __Gardens Regional Hospital and Medical Center, Inc.__

United States Bankruptcy Court for the: __Central__ District of __CA__
                                                                    (State)

Case number (If known): __2:16-bk-17463-ER__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  Creditor's name

__Roxbury Healthcare Services__

Creditor's mailing address

__12401 Wilshile Blvd., 2nd Floor__
__Los Angeles, CA 90025__

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**
__Debtor's Accounts Receivable__
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 675,000.00     $ 6,636,948.00

**2.2**  Creditor's name

__Rollins Nelson Group, LLC__

Creditor's mailing address

__4333 Torrance Blvd__
__Torrance, CA 90503__

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
__Debtor's Accounts Receivable__
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00     $ 6,636,948.00

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 4,291,363.00

Official Form 206D         Schedule D: Creditors Who Have Claims Secured by Property

American LegalNet, Inc.
www.FormsWorkFlow.com

100286315\V-1

Debtor    Gardens Regional Hospital and Medical Center, Inc.

Name

Case number (if known)    2:16-bk-17463-ER

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3

**Creditor's name**

Sycramore Healthcare Services

**Creditor's mailing address**

4333 Torrance Blvd

Torrance, CA 90503

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Debtor's Accounts Receivable    $ 250,000.00    $ 6,636,948.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.4

**Creditor's name**

Harbor Gardens Capital 1

**Creditor's mailing address**

222 N. Sepulveda Blvd, Suite 950

El Segundo, CA 90245

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Debtor's Accounts Receivable    $ 2,500,000.00    $ 6,636,948.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

100286315\V-1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Gardens Regional Hospital and Medical Center, Inc.
_____
Name

Case number (if known)____2:16-bk-17463-ER_____

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Column A** | **Column B** |
|---|---|---|
|  | Amount of claim | Value of collateral |
|  | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2. 5  Creditor's name**

Diamond Medical Equipment

**Creditor's mailing address**

999 N. Tustin Ave., #23

Santa Ana, CA 92705

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Proceeds of collections from Chubb Group

Insurance for patiend

$   42,819.00          $  Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2. 6  Creditor's name**

Stryker Financial Solutions

**Creditor's mailing address**

1111 Old Eagle School Road

Wayne, PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1288 HD Camera

$   19,379.00          $  Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

American LegalNet, Inc.
www.FormsWorkFlow.com

100286315\V-1

Debtor      Gardens Regional Hospital and Medical
            Center, Inc.
            _____
            Name

            Case number (if known) ____2:16-bk-17463-ER____

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

Cerritos Gardens General Hospital

Creditor's mailing address

21520 S. Pioneer Blvd., #205

Hawaiian Gardens, CA 90716

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　　_____
☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Hospital and MOB rent
_____

$ 141,873.00    $ Unknown

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** Creditor's name

Fuji Film Medical Systems

Creditor's mailing address

419 West Avenue

Stamford, CT 06902

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　　_____
☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Radiology Service Agreements
_____

$ 79,900.00    $ Unknown

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

American LegalNet, Inc.
www.FormsWorkFlow.com

100286315\V-1

Debtor    Gardens Regional Hospital and Medical Center, Inc.
_____
Name

Case number (if known)    2:16-bk-17463-ER

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | *Column A* | *Column B* |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.9 Creditor's name

GE Capital Corporation

**Creditor's mailing address**

PO Box 35701

Billings, MT 59107

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Copy Machine

$ 17,315.00       $ Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.10 Creditor's name

Olympus America Inc.

**Creditor's mailing address**

3500 Corporate Parkway

Center Valley, PA 18034

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

GI Scopes

$ 65,077.00       $ Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

American LegalNet, Inc.
www.FormsWorkFlow.com

I00286315\V-1

Debtor  Gardens Regional Hospital and Medical Center, Inc.
_____     Case number (if known) 2:16-bk 17463-ER
Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Karl Block of Loeb & Loeb<br>10100 Santa Monica Blvd, Suite 2200<br>Los Angeles, CA 90067<br>[Counsel for Harbor-Gardens Capital 1] | Line 2. _____ | ___ ___ ___ ___ |
| Beryl Weiner of Selvin & Weiner, APC<br>12401 Wilshire, 2nd Floor<br>Los Angeles, CA 90025-1089<br>[Counsel for Roxbury Healthcare Services, LLC; Sycramore Healthcare Services, LLC] | Line 2. _____ | ___ ___ ___ ___ |
| Gary Torrell of Valensi Rose, PLC<br>1888 Century Park E. Suite 1100<br>Los Angeles, CA 90067 | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |

Form 206D                Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property



American LegalNet, Inc.
www.FormsWorkFlow.com

100286315\V-1