**Fill in this information to identify the case:**

Debtor name  Gardens Regional Hospital and Medical Center, Inc. dba
Gardens Regional Hospital and Medical Center

United States Bankruptcy Court for the: Central    District of CA
(State)

Case number (If known):  2:16-bk-17463-ER

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $607,306.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $11,515,836.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $12,123,142.00

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............ $4,291,363.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $497,485.50

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. + $ 47,797,678.11

4. **Total liabilities**............................................................................................................................. $52,586,526.61
    Lines 2 + 3a + 3b

American LegalNet, Inc.
www.FormsWorkFlow.com