DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**FILED & ENTERED**

**JUL 08 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| Debtor. | ORDER AMENDING COURT'S PREVIOUS ORDER (A) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS; (B) SCHEDULING THE RELATED AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE; (C) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (E) APPROVING BREAK-UP FEE; AND (F) GRANTING RELATED RELIEF |
| | [Relates to Docket No. 153] |

This matter came before the Court on the request of the above-captioned debtor and debtor in possession (the "Debtor") to extend certain deadlines and the scheduling of certain events relating to the pending sale of assets of the Debtor.   The Court has been advised by Counsel for the Debtor that Promise Hospital of East Los Angeles, L.P. (the Stalking Horse Bidder), the Official Committee of Unsecured Creditors appointed in this Case by the United States Trustee, as well as RollinsNelson Grp (sic), LLC, Sycamore Healthcare Services, LLC, Roxbury Healthcare Services, LLC, and Harbor-Gardens Capital I, LLC (collectively, the last four entities are generally referred to as the "Prepetition Secured Creditors") have been informed of the Debtor's request and have no objections to the extensions requested by the Debtor.  After due deliberation, the Court, having determined that the relief requested by the Debtor with respect to proposed bid and sale procedures is in the best interests of the Debtor, its estate, and its creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1.    The Court's *Order (A) Approving Procedures In Connection With The Sale Of Certain Of The Debtor's Assets; (B) Scheduling The Related Auction And Hearing To Consider Approval Of Sale; (C) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases; (D) Approving The Form And Manner Of Notice Thereof; (E) Approving Break-Up Fee; And (F) Granting Related Relief,* entered on July 6,  2016 [Docket No. 153] (the "Bid Procedures Order") is hereby amended as follows:

2.    The Bid Deadline shall be July 11, 2016 at 4:00 p.m. (prevailing Pacific Time);

3.    The deadline for making any Good Faith Deposit shall be July 11, 2016 at 4:00 p.m. (prevailing Pacific Time);

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100285430\V-4

4. The Auction, if necessary, shall be held on July 13, 2016 at 10:00 a.m. (prevailing Pacific Time) at the offices of Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017, or at such other location as shall be identified in a notice filed with the Bankruptcy Court at least 24 hours before the Auction;

5. The Sale Hearing shall be held on July 18, 2016, at 11:00 a.m. ~~July 15, 2016 at ___ a.m. / p.m.~~ (prevailing Pacific Time) before this Court;

6. Any objections to the Sale must be filed with the Court and served as required in the Bid Procedures Order, on or before 4:00 p.m. (prevailing Pacific Time) on July 14, 2016;

7. If any counterparty to an Assumed Executory Contract wishes to file an Assumption Objection as defined in the Bid Procedures Order, such counterparty must file and serve it so as to be actually received by the Notice Parties as defined in the Bid Procedures Order by no later than 12:00 p.m. (prevailing Pacific Time) on July 13, 2016; and

8. The Debtor shall immediately serve a copy of this Order by facsimile or overnight mail on Procedures Notice Parties as described in the Bid Procedures Order, and shall file a proof of service so indicating by no later than July 11, 2016.

###

Date: July 8, 2016

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

- 3 -

100285430\V-4