**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

Proposed Local Co-Counsel to the Official
Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 Case |
| | **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CO-COUNSEL (LOBEL WEILAND GOLDEN FRIEDMAN LLP) PURSUANT TO 11 U.S.C. §§ 330 AND 1103 AND FED. R. BANKR. P. 2014, INCLUDING STATEMENT OF DISINTERESTEDNESS OF JEFFREY I. GOLDEN** |
| Debtor. | |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

**JUDGE:**

The Official Committee of Unsecured Creditors (the "Committee") of Gardens

Regional Hospital and Medical Center, Inc. (the "Debtor") files this *Application of the*

*Official Committee of Unsecured Creditors to Employ Co-Counsel (Lobel Weiland Golden*

*Friedman LLP) Pursuant to 11 U.S.C. §§ 330 and 1103 and Fed. R. Bankr. P. 2014* (the

"Application").  In support of the Application, the Committee submits the Statement of

Disinterestedness of Jeffrey I. Golden (the "Golden Statement").

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  **I.    STATEMENT OF FACTS**

2      **A.    Background**

3  On June 6, 2016, this bankruptcy case was commenced by the filing of a voluntary

4  petition under Chapter 11 of the Title 11 of the United States Code.

5  On July 5, 2016, the Office of the United States Trustee filed a notice of

6  appointment of the Committee.  The Committee consists of the following members:

7  Cardinal Health 200, LLC and Lenders Funding, LLC.

8  The first meeting of the Committee was held on July 5, 2016, and at that meeting,

9  the Committee selected Sills Cummis & Gross P.C. ("Sills") and Lobel Weiland Golden

10  Friedman LLP ("LWGF") as its proposed attorneys in this case.

11      **B.    The Proposed Employment**

12  Pursuant to a separately-filed application, the Committee seeks to employ Sills as

13  its co-counsel in this case.  Pursuant to the instant Application, the Committee seeks

14  authorization to employ LWGF as its co-counsel, in a local capacity, effective July 5, 2016,

15  to perform any and all legal services as may become necessary or advisable in this case,

16  including, but not limited to:

17      1.    Advising the Committee concerning the rights and remedies of

18  creditors and of the Committee in regards to the Debtor's assets;

19      2.    Representing the Committee in any proceeding or hearing, including,

20  without limitation, lien avoidance, preference avoidance, and fraudulent

21  conveyance litigation, in the Bankruptcy Court, and in any action where the rights

22  of the estate or creditors may be litigated or affected;

23      3.    Assisting the Committee in reviewing the sale of assets and any

24  plans of reorganization filed by the Debtor or other interested party and assisting

25  the Committee in its analysis of any plans;

26      4.    Facilitating communication between the Committee and the Debtor;

27      5.    Assisting the Committee with formulating a plan of reorganization, if

28  appropriate; and

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1078290.3

EMPLOYMENT APPLICATION

1      6.      Representing the Committee at hearings in connection with
2  disclosure statements and plan confirmation.

3      Sills and LWGF will make every effort to maximize the value of their services by
4  utilizing the skills and experience of Sills and LWGF, and have structured their rates in
5  conjunction to efficiently represent the Committee without duplicating services.  The
6  reduced rates for Sills are described in the separately-filed application to employ Sills.
7  LWGF has agreed to reduce the rate for Jeffrey I. Golden, one of the two attorneys
8  expected to perform the majority of the work on this case, from $750 per hour to $450 per
9  hour.

10  **C.    LWGF's Qualifications**

11      LWGF's attorneys specialize in insolvency, reorganization, and bankruptcy law and
12  are well qualified to represent the Committee in this case.  All attorneys comprising or
13  associated with LWGF who will render services for the Committee are duly admitted to
14  practice in the courts of the State of California and in the United States District Court for
15  the Central District of California.  LWGF's resume is attached as Exhibit "1" to the Golden
16  Statement.

17  **D.    Terms of the Proposed Employment**

18      LWGF intends to apply for compensation for professional services rendered in
19  connection with this case, subject to approval of the Bankruptcy Court and in compliance
20  with sections 330 and 331 the Bankruptcy Code, the applicable provisions of the Federal
21  Rules of Bankruptcy Rules and the Local Rules, and any orders of the Court, on an hourly
22  basis, plus reimbursement of actual, necessary expenses and other charges incurred by
23  LWGF.

24      The terms of LWGF's employment agreed to by the Committee, subject to approval
25  of the Court, are as follows:

26      1.    <u>Hourly Fees and Expenses</u>.  LWGF will undertake representation of
27  the Committee at hourly rates ranging from $250 to $450, depending on the
28  experience and expertise of the attorney or paralegal performing the work.  The

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1   majority of the work will be performed by Jeffrey I. Golden, whose hourly rate for

2   this matter will be $450, and Christopher J. Green, whose hourly rate is $350.  As

3   noted above, LWGF has agreed to reduce the rate for Jeffrey I. Golden from $750

4   per hour to $450 per hour.   However, LWGF reserves the right to have other

5   attorneys or paralegals of LWGF perform work in this case, as LWGF deems

6   appropriate.  LWGF's hourly rates are subject to periodic adjustment.  If any

7   adjustment is made while LWGF is performing work in this case, the new hourly

8   rates will be effective for this case (subject to the $450 cap).  In addition, LWGF will

9   be reimbursed its out-of-pocket expenses.

10          2.      <u>Monthly Payment Cap</u>.  Interim payment of Sills's and LWGF's fees

11  for their services as co-counsel for the Committee will be capped at a combined

12  $50,000 per month, with payment of any allowed fees in excess of $50,000 per

13  month deferred until confirmation of a plan in this case, dismissal of this case, or

14  approval of a trustee's final report in this case if the case is converted to a case

15  under Chapter 7 of the Bankruptcy Code.  For the avoidance of doubt, the cap is

16  limited to professional fees and does not include incurred expenses.

17          The monthly cap shall be subject to "roll forward" and "roll backward"

18  application – *i.e.*, cap space from months in which the cap is not reached will be

19  applied to amounts in excess of the cap in months in which the cap is exceeded

20  regardless of whether the months in which the cap is exceeded precede or follow

21  the months in which the cap is not met.  For example, if the fees for one month are

22  $60,000 and the next month's fees are $40,000, LWGF can apply the $10,000 in

23  unused cap space from the $40,000 month to the $10,000 overage from the

24  $60,000 month.

25          3.      <u>Retainer</u>.  LWGF will not receive a retainer in this case.

26          4.      <u>No Duplication of Efforts</u>.  As set forth above, LWGF will make every

27  attempt to avoid duplication of efforts between Sills and LWGF.

28

1078290.3

EMPLOYMENT APPLICATION

5.     <u>Court Approval of Compensation</u>.  LWGF will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331 and agrees to accept as compensation such sums as the Court may allow.

**II.     MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to 11 U.S.C. § 1103(a) and (b), a committee may employ attorneys and other professional persons who do not represent any other entity having an adverse interest in connection with the case to represent or perform services for such committee.

To the best of the Committee's knowledge, and based upon the attached Golden Statement, LWGF:

a.     has no connection with the Debtor, the principals of the Debtor, insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b.     is not a pre-petition creditor, an equity security holder or an insider of the Debtor;

c.     is not and was not an investment banker for any outstanding security of the Debtor;

d.     has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor;

e.     does not hold or represent an individual or entity that holds an interest adverse to the estate;

f.     is not related, through its partners or employees, to the United States Trustee or a Bankruptcy Judge in the Central District of California (Los Angeles);

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1078290.3

5

g.    does not hold or represent any other entity having an adverse interest in connection with this case as required by 11 U.S.C. § 1103(b) and is disinterested within the meaning of 11 U.S.C. § 101(14);

h.    will not receive a retainer in this case; and

i.    has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the fees or expenses awarded to LWGF will be paid to any other entity.

The Committee requests approval of LWGF's retention and employment effective as of July 5, 2016, the date LWGF was selected to represent the Committee.  Due to the complex and sensitive nature of this case, there was an immediate need for LWGF to perform services for the Committee, and the Committee has sought to retain and employ LWGF as soon as reasonably practicable.

**III.    <u>CONCLUSION</u>**

The employment of LWGF is in the best interest of the Committee, creditors and the Debtor's estate.

///

///

///

///

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1078290.3

6

EMPLOYMENT APPLICATION

1    **WHEREFORE**, the Committee prays that the Court enter an order approving the

2  Application and authorizing the Committee to employ LWGF as its local co-counsel,

3  effective July 5, 2016, upon the terms and conditions set forth herein and with

4  compensation to be determined and paid as an expense of the estate pursuant to

5  11 U.S.C. §§ 330 and 331 and in accordance with the procedures approved by this Court.

6

7                                          Respectfully submitted,

8  Dated:  July 13, 2016                   LOBEL WEILAND GOLDEN FRIEDMAN LLP

9

10                                         By:  /s/ JEFFREY I. GOLDEN

11                                              JEFFREY I. GOLDEN
                                                Proposed Local Co-Counsel for the
12                                              Official Committee of Unsecured
                                                Creditors of Gardens Regional
13                                              Hospital and Medical Center

14  Dated:  July 13, 2016
                                           CHAIRPERSON OF THE OFFICIAL
15                                         COMMITTEE OF UNSECURED CREDITORS OF
                                           GARDENS REGIONAL HOSPITAL AND
16                                         MEDICAL CENTER

17

18

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| Attorney or Party Name, Address & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **LOBEL WEILAND GOLDEN FRIEDMAN LLP** <br> Jeffrey I. Golden, State Bar No. 133040 <br> jgolden@wgllp.com <br> Christopher J. Green, State Bar No. 295874 <br> cgreen@wgllp.com <br> 650 Town Center Drive, Suite 950 <br> Costa Mesa, CA 92626 <br> Telephone No.: (714) 966-1000; Facsimile No.:  (714) 966-1002 <br><br> *Proposed Local Co-Counsel to the Official Committee of Unsecured* <br> *Creditors  of Gardens Regional Hospital and Medical Center* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re: <br><br> GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, <br> <div align="right">Debtor.</div> | CHAPTER 11 <br><br> CASE NUMBER 2:16-bk-17463-ER |
|---|---|
| | <div align="center">(No Hearing Required)</div> |

<div align="center">

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT**
**OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**
***(File with Application for Employment)***

</div>

1.      Name, address and telephone number of the professional ("LWGF") submitting this Statement:

Lobel Weiland Golden Friedman LLP
Jeffrey I. Golden, Esq.
650 Town Center Drive, Suite 950, Costa Mesa, CA 92626
(714) 966-1000

2.      The services to be rendered by LWGF in this case are *(specify):*

LWGF will:  (a) advise the Committee concerning the rights and remedies of creditors and of the Committee in regard to the Debtor's assets; (b) represent the Committee in any proceeding or hearing, including, without limitation, lien avoidance, preference avoidance, and fraudulent conveyance litigation, in the Bankruptcy Court, and in any action where the rights of the estate or creditors may be litigated or affected; (c) assist the Committee in reviewing the sale of assets and any plans of reorganization filed by the Debtor or other interested party and assisting the Committee in its analysis of any plans; (d) facilitate communication between the Committee and the Debtor; (e) assist the Committee with formulating a plan of reorganization, if appropriate; and (f) represent the Committee at hearings in connection with disclosure statements and plan confirmation.

Sills Cummis  & Gross P.C. ("Sills") and LWGF will make every effort to maximize the value of their services by utilizing the skills and experience of Sills and LWGF, and have structured their rates in conjunction to efficiently represent the Committee without duplicating services.  The reduced rates for Sills are described in the separately-filed application to employ Sills.  LWGF has agreed to reduce my rate from $750 per hour to $450 per hour.

3.      LWGF intends to apply for compensation for professional services rendered in connection with this case, subject to approval of the Bankruptcy Court and in compliance with sections 330 and 331 the Bankruptcy Code, the applicable provisions of the Federal Rules of Bankruptcy Rules and the Local Rules, and any orders of the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by LWGF.

Statement of Disinterestedness for Employment of Professional Person  -  *Page 2*                    **F 2014-1**

| In re<br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., | CHAPTER 11 |
|---|---|
| Debtor. | CASE NO. 2:16-bk-17463-ER |

4.    The terms and source of proposed compensation and reimbursement of LWGF are *(specify):*

      LWGF will undertake representation of the Committee at hourly rates ranging from $250 to $450, depending on the experience and expertise of the attorney or paralegal performing the work.  The majority of the work will be performed by me at an hourly rate of $450 for this matter, and by Christopher J. Green, whose hourly rate is $350.  As noted above, LWGF has agreed to reduce my rate from $750 per hour to $450 per hour.   However, LWGF reserves the right to have other attorneys or paralegals of LWGF perform work in this case, as LWGF deems appropriate.  LWGF's hourly rates are subject to periodic adjustment.  If any adjustment is made while LWGF is performing work in this case, the new hourly rates will be effective for this case (subject to the $450 cap).  In addition, LWGF will be reimbursed its out-of-pocket expenses.

      Interim payment of Sills's and LWGF's fees for their services as co-counsel for the Committee will be capped at a combined $50,000 per month, with payment of any allowed fees in excess of $50,000 per month deferred until confirmation of a plan in this case, dismissal of this case, or approval of a trustee's final report in this case if the case is converted to a case under Chapter 7 of the Bankruptcy Code.  For the avoidance of doubt, the cap is limited to professional fees and does not include incurred expenses.

      The monthly cap shall be subject to "roll forward" and "roll backward" application – *i.e.*, cap space from months in which the cap is not reached will be applied to amounts in excess of the cap in months in which the cap is exceeded regardless of whether the months in which the cap is exceeded precede or follow the months in which the cap is not met.  For example, if the fees for one month are $60,000 and the next month's fees are $40,000, LWGF can apply the $10,000 in unused cap space from the $40,000 month to the $10,000 overage from the $60,000 month.

      LWGF will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331 and agrees to accept as compensation such sums as the Court may allow.

5.    The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by LWGF are *(specify):*

      None.

6.    The investigation of disinterestedness made by LWGF prior to submitting this Statement consisted of *(specify)*:

      Submitted to LWGF's conflicts check system.

7.    The following is a complete description of all of LWGF's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

      None.

8.    LWGF is not a pre-petition creditor, an equity security holder or an insider of the Debtor.

9.    LWGF is not and was not an investment banker for any outstanding security of the Debtor.

10.    LWGF has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

Statement of Disinterestedness for Employment of Professional Person  -  *Page 3*                    **F 2014-1**

| In re<br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 2:16-bk-17463-ER |
|---|---|

11.    LWGF is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

12.    LWGF neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

13.    Name, address and telephone number of the person signing this Statement *(specify)*:

       *See* item 1.

14.    LWGF is not related, through its partners or employees, to the United States Trustee or a Bankruptcy Judge for the Central District of California.

15.    LWGF's resume is attached as Exhibit "1."

16.    Total number of attached pages of supporting documentation: 26

17.    After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the 13 day of July, 2016, at Costa Mesa, California.


JEFFREY I. GOLDEN                                /S/ JEFFREY I. GOLDEN
*Type Name of Professional*                      *Signature of Professional*

 

# William N. Lobel

Partner
Contacts
714-966-1000
wlobel@lwgfllp.com

William N. Lobel specializes in Chapter 11 reorganizations and out-of-court restructurings. He has more than 45 years of experience as one of Southern California, and the nation's, leading bankruptcy lawyers.

Mr. Lobel represents clients in the real estate industry, including home builders, commercial real estate developers and sub-prime lenders. He has also successfully applied his legal expertise in representation of gaming casinos, fast food and casual dining restaurant chains. He also has experience in the fields of hospitality, technology, healthcare and news and entertainment sectors.

Mr. Lobel is currently representing the Orange County Register in its pending Chapter 11 proceedings.

Based in Orange County, Mr. Lobel has been a lecturer at the University of Southern California Gould School of Law and has served as a member of the Board of Visitors for Chapman University Dale E. Fowler School of Law. He formerly taught real estate bankruptcy as an adjunct professor at his alma mater the University of Miami School of Law.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters, Represents Debtors, Trustees and Asset Acquirers

## Professional Associations & Community Involvement

- Fellow of The American College of Bankruptcy
- Orange County Bankruptcy Forum and California Bankruptcy Forum, Founder and Past President
- Ninth Circuit Judicial Council, Lawyer Delegate
- University of Miami Law School Alumni Association, Former Director
- University of Miami International Moot Court Team, Former Coach of National Championship Team

## Thought Leadership

EXHIBIT 1  PAGE  11

- Speaker, *Individual Chapter 11 Cases – Winning Strategies for Debtor and Creditor Counsel* Orange County Bar Association: Commercial Law & Bankruptcy Section May Meeting – May 21, 2014
- Lecturer, University of Southern California Gould School of Law
- Adjunct Professor, University of Miami School of Law

# Recognition & Honors

- Selected among Southern California's "Super Lawyers" in *Los Angeles Magazine* (every year since 2004)
- Chosen for *The Best Lawyers in America* guide in the specialty area of bankruptcy and creditor-debtor rights law (every year since 2006)
- Rated AV® Preeminent™ (5.0 out of 5.0) by Martindale-Hubbell Peer Review
- Named a leading bankruptcy/restructuring lawyer by Chambers & Partners in *Chambers USA: America's Leading Lawyers for Business* guide in 2008
- Inducted into and named Fellow of the American College of Bankruptcy in 2005
- First recipient of the Peter M. Elliott award for "Outstanding Scholarship, Ethics and Service to Orange County Bankruptcy Community" (1999)
- Served as a lawyer delegate to the Ninth Circuit Judicial Council 1990 – 1996, (presently serving 2nd Term)

# Education

University of Miami, Coral Gables, Florida (Bachelor of Arts 1965)
University of Miami School of Law, Coral Gables, Florida (Juris Doctor 1969)

# Admissions

- California State Bar
- United States Supreme Court
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- Florida State Bar
- U.S. District Court of Colorado
- U.S. District Court Southern District of Florida

**Upcoming Speaking Engagements**

- American Bankruptcy Institute –  Caribbean Insolvency Symposium  2/6/2016
- Individual Chapter 11 Confirmation Mock Hearing
  - o This panel will conduct a mock oral argument at the conclusion of a confirmation hearing in an individual chapter 11 bankruptcy case. Issues unique to individuals who file chapter 11 will be explored by counsel for the debtor and an objecting creditor, as well as by the three-judge panel.
- Hon. Laurel M. Isicoff, Moderator
- U.S. Bankruptcy Court (S.D. Fla.); Miami
- Hon. A. Jay Cristol
- U.S. Bankruptcy Court (S.D.Fla.); Miami
- William N. Lobel

EXHIBIT 1  PAGE  12

- Lobel Weiland Golden Friedman; Costa Mesa, Calif.
- Luis C. Marini-Biaggi
- O'Neill & Borges LLC; San Juan
- Hon. Brian K. Tester
- U.S. Bankruptcy Court (D. P.R.); San Juan

**Recent Speaking Engagements**

- National Conference of Bankruptcy Judges 89th Annual Conference – Roundtable Panel: Individual Chapter 11 in Miami, FL – September 29th, 2015
- "Individual Chapter 11 Cases – Winning Strategies for Debtor and Creditor Counsel" Orange County Bar Association: Commercial Law & Bankruptcy Section May Meeting, in Tustin, CA –  May 21, 2015
- American Bankruptcy Institute – Battleground West ConferenceConfirmation Trial Skills Panel in Los Angeles, CA – March 24th, 2015
- American Bankruptcy Institute: The Fourth Hawaii Bankruptcy Workshop: Pre-Bankruptcy Planning: Fraudulent Transfers, the Law of Individual Exemptions and the Law of Successor Corporations, in Maui, Hawaii – August 13-16, 2014
- Orange County Bankruptcy Forum:Negotiations Program, in Santa Ana, CA – September 20, 2014 "Negotiations Panel Discussion"
- "Recent Developments in Ch. 11 – Part 1"Orange County Bar Association: Commercial Law & Bankruptcy Section May Meeting, in Santa Ana, CA – May 22, 2014
- "The Future of the Economy aka Where is our business and when will we see it?"TMA Orange County Event at The Westin, Costa Mesa, CA – April 8, 2014
- "Things That Drive Secured Lenders Crazy" TMA Western Regional Conference at St. Regis Monarch Beach Resort, Dana Point, CA – July 18, 2013
- "Pigs Get Fat, Hogs Get Slaughtered – Pre-Bankruptcy Planning And Dischargeability" American Bankruptcy Institute, Southwest Bankruptcy Conference at Hyatt Regency Lake Tahoe Resort – August 23, 2013
- "Chapter 11 Track: The § 1111(b) Election, Plan Feasibility and Cramdown Issues" American Bankruptcy Institute, Spring Meeting – April 18-21, 2013
- 24th Annual Insolvency Conference: "Advanced Pre-Petition Planning and Exit Strategies for Operating and Single Asset Real Estate Cases", Rancho Mirage, CA – May 18-20, 2012

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  13

 

# Michael J. Weiland

Partner

**Contacts**

714-966-1000
mweiland@lwgfllp.com

Michael J. Weiland received his Bachelor of Arts degree in Economics, in 1974, from the University of California at Los Angeles, and his Juris Doctorate degree, with honors, in 1980, from Loyola Law School in Los Angeles. Mr. Weiland concentrates his practice on transactional real estate and bankruptcy matters. He is highly experienced in the acquisition, financing, development, leasing and sales of real property including common interest subdivisions and commercial office, retail and multi-family residential properties, and in the formation of new business entities. His bankruptcy experience includes private workouts, reorganizations, liquidations and assignments for benefit of creditors, including the representation of debtors, creditors, trustees, receivers and purchasers of distressed assets.

Mr. Weiland is the managing partner of Weiland Golden LLP. Before co-founding the firm in 1995, he was an attorney with the law firms of Sheppard, Mullin, Richter & Hampton, and Buchalter, Nemer, Fields & Younger. He also served as general counsel to a major real estate investment and development group, and taught real property law and legal research and writing in the undergraduate paralegal studies program at the University of Southern California. Between college and law school, Mr. Weiland worked in petrochemical construction, including providing supply logistics support for the Alaska oil pipeline and Valdez terminal facility, and managing a procurement and subcontracts administration office in Dhahran, Saudi Arabia.

# Practice Areas

- Bankruptcy, Workouts and Insolvency Matters
- Transactional Real Property Matters
- Commercial Law and Finance
- Business Entity Formations
- General Business Matters

EXHIBIT 1  PAGE  14

## Professional Associations & Community Involvement

- American Bankruptcy Institute
- Building Industry Association of Southern California
- California Bankruptcy Forum
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Turnaround Management Association

## Education

University of California, Los Angeles (Bachelor of Arts in Economics 1974)
Loyola Law School, Los Angeles (Juris Doctor 1980)

## Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  15



# Jeffrey I. Golden

*Partner*
Contacts
714-966-1000
jgolden@lwgfllp.com

Jeffrey I. Golden is a Receiver, Bankruptcy Trustee and Examiner. He is a founding partner of Lobel Weiland Golden Friedman LLP and a former shareholder of Buchalter, Nemer, Fields & Younger. He also serves as an expert witness in federal and state criminal and civil matters.

He received his undergraduate degree from the University of California at San Diego – Revelle College in 1984, cum laude, and his law degree from the University of Southern California Law School in 1987. After graduation from law school, he served as a law clerk to the Honorable Peter M. Elliott and to the Honorable Calvin K. Ashland, Judges of the United States Bankruptcy Court and the Bankruptcy Appellate Panel. Mr. Golden is adjunct professor of law at the University of California, Irvine School of Law teaching bankruptcy and co-Editor-in-Chief of the *California Bankruptcy Journal*, a national publication. He also has lectured and written various articles regarding insolvency and commercial law matters. Mr. Golden has served as a Co-chair of Ninth Circuit Judicial Conference Lawyer Representative and is a past President of the Orange County Bankruptcy Forum. Since February 2005, Mr. Golden was selected by the publishers of *Los Angeles Magazine* as a Super Lawyer, representing the top 5% of the practicing attorneys in Southern California. Mr. Golden was selected to receive the OCBF's Judge Peter M. Elliott Award for outstanding ethics, scholarship and contribution. He was also the first and only panel trustee to receive the CDCBAA's Judge Calvin Ashland "Trustee of the Year" Award. He also was appointed to serve on the California State Bar Client Security Fund Commission allocating millions of dollars to victims of attorney abuse. He also has been an adjunct faculty member of the University of California at Irvine Extension Program, teaching bankruptcy litigation and currently is an adjunct professor of bankruptcy law at UCI Law School. Mr. Golden is a graduate of the Straus Institute for Alternative Dispute Resolution at Pepperdine University School of Law, and serves on the panel of trained mediators in bankruptcy matters for the United States Bankruptcy Court, Central District of California.

Mr. Golden engages in a variety of charitable services. He has been President of the Huntington Seacliff Elementary School PTA, active with Serving People In Need (SPIN), Laura's House, and other local charities. Mr. Golden was also previously selected to Chair a national committee to develop family programming and family conferences for entrepreneurs for Entrepreneur Organization.

Mr. Golden concentrates his practice in the areas of complex bankruptcy litigation, business reorganizations, and commercial litigation in the state and federal courts. He is available to mediate bankruptcy controversies and other commercial disputes.

# Practice Areas
- Bankruptcy, Workouts and Insolvency Matters

EXHIBIT 1  PAGE  16

## Professional Associations & Community Involvement

- American Bankruptcy Institute
- California Bankruptcy Forum
- Federal Bar Association
- National Association of Bankruptcy Trustees
- Ninth Circuit Judicial Lawyer Representative
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Professional Networks Group
- Turnaround Management Association

## Thought Leadership

- Speaker, *Busting Trusts*, Orange County Bar Association Commercial Law & Bankruptcy Section (March 2015)
- Panelist, *Problems of Dealing with Limited Liability Company Interests*, National Association of Bankruptcy Trustees (2011)
- Speaker, *A Cram Session on Cram Down Interest Rates*, Orange County Bar Association Commercial Law & Bankruptcy Section (2011)
- *Who is the True Borrower? An Analysis of the Sham Guaranty Defense Reveals a Broad, Fact Intensive, and Total Defense to Deficiency Actions*, California Bankruptcy Journal, Volume 32 (Number 1, 2012)
- *Receivership News, A Publication of the California Receivers Forum*, Receiver Profile Jeff Golden: Enriched by Mentors, Issue 47 (Spring 2013)
- *Sports Team Bankruptcies: Home Runs or Strikeouts?* Los Angeles Daily Journal
-

## Recognition & Honors

- AV® Preeminent Rating by Martindale-Hubbell Peer Review
- Included in *The Best Lawyers in America©* list for Bankruptcy and Creditor Rights
- Orange County Bankruptcy Forum Peter M. Elliot Award
- Selected to the Southern California Super Lawyers List

## Education

University of California, San Diego (Bachelor of Arts in Political Science 1984)
University of Southern California (Juris Doctor 1987)

## Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  17




# Alan J. Friedman

Partner

**Contacts**

714-966-1000
afriedman@lwgfllp.com

Alan J. Friedman concentrates his practice in the representation of debtors in connection with financial restructurings both in out-of-court workouts and in Chapter 11 cases.  He also represents creditors' committees in complex Chapter 11 cases.  In addition, Mr. Friedman represents numerous entities in the acquisition of businesses and real estate in connection with both Chapter 11 and Chapter 7 cases.

Current and recent representations include Debtor in the AP Long Beach Property case; Indenture Trustee in the MPM Silcones cases (S.D.N.Y.), Senior Bond Holder in the Molycorp cases; Film Financier in the Relativity Media Chapter 11 cases, the creditors' committee in the SunCal family of Chapter 11 cases, Chapter 11 debtor, Cameo Homes and James Gianulias, and the largest unsecured creditor in the Worldspace (satellite radio) Chapter 11 cases pending in Delaware, as well as numerous out-of-court restructurings for a multitude of California real estate developers.

Mr. Friedman's practice spans many industries, including hospitality, commercial and residential real estate, manufacturing, and high technology, encompassing both publicly and privately held companies.

# Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

# Professional Associations & Community Involvement

- American Bar Association
- Federal Bar Association

# Admissions

- California State Bar
- United States Supreme Court
- United States District Court for the Central District of California

EXHIBIT 1  PAGE  18

- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  19




# Reem J. Bello

Partner

**Contacts**

714-966-1000
rbello@lwgfllp.com

Reem J. Bello is a partner of Lobel Weiland Golden Friedman LLP.  Ms. Bello has over 15 years experience in the practice areas of bankruptcy, insolvency and litigation.  Ms. Bello concentrates her practice on both bankruptcy/insolvency matters and commercial and business litigation. She represents debtors, secured and unsecured creditors, creditors' committees, equity committees, officers and directors, asset purchasers and other parties in chapter 11 reorganization proceedings.  She has led companies in Chapter 11 reorganization proceedings, from the commencement of a case through to plan confirmation proceedings.

Ms. Bello also has extensive experience in Chapter 7 and 11 liquidation proceedings, representing chapter 7 trustees and chapter 11 trustees in the recovery and liquidation of assets.  She has significant bankruptcy-related litigation experience representing trustees and creditors in adversary proceedings.  Her bankruptcy-related litigation experience includes discovery, taking and defending depositions, briefing, settlement negotiations, mediation and trial in connection with preference, fraudulent conveyance, lien avoidance proceedings, and other adversary proceedings.  She has significant experience handling a wide variety of business, commercial and real estate litigation involving discovery, taking and defending depositions, pretrial motions, settlement negotiations and mediation.

Ms. Bello served a judicial clerkship to the Honorable Kathleen P. March, United States Bankruptcy Judge for the Central District of California.  During law school, Ms. Bello served a judicial externship to the Honorable Alan M. Ahart, United States Bankruptcy Judge for the Central District of California, and a judicial externship to the Honorable Kathleen P. March, United States Bankruptcy Judge for the Central District of California.

## Practice Areas

- Chapter 11 Reorganization
- Chapter 11 and Chapter 7 Liquidation
- Trustee and Receiver Representation
- Business and Commercial Litigation

## Professional Associations & Community Involvement

EXHIBIT 1  PAGE  20

- American Bankruptcy Institute
- Federal Bar Association
- California Bankruptcy Forum
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Orange County Women Lawyers' Association

# Recognition & Honors

- Avvo Rating Superb
- Selected to the Southern California Rising Stars

# Languages

- Arabic
- French
- Spanish

# Education

University of California, Irvine (Bachelor of Arts in Political Science and English Literature)
Honors: Campuswide Honors Program, Magna cum laude, Order of Merit (Top 2% of class), and Phi Beta Kappa
University of Southern California Law School (Juris Doctor)
Honors: Hale Moot Court Honors Program

# Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  21




# Beth E. Gaschen

*Partner*

Contacts

714-966-1000

bgaschen@lwgfllp.com

Beth E. Gaschen concentrates her practice on bankruptcy/insolvency matters and business and bankruptcy-related litigation. She represents chapter 11 debtors, committees, secured and unsecured creditors, trustees, and others in chapter 7 and chapter 11 bankruptcy cases. Ms. Gaschen also has experience in representing trustees and creditors in adversary proceedings.

Ms. Gaschen served as a judicial externship to the Honorable Terry J. Hatter, Jr., United States District Court Judge for the Central District of California, and a judicial externship to the Honorable John E. Ryan, United States Bankruptcy Judge for the Central District of California in the Spring of 2006.  Upon graduation, Ms. Gaschen served a judicial clerkship for the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California from August 2006 to August 2009.

Ms. Gaschen has been recognized as a "Rising Star" in Super Lawyers Magazine.  Ms. Gaschen was a Director of the Orange County Bankruptcy Forum from 2010-2014, and its President from 2013-2014, and is also a member of the Orange County Bar Association.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters
- Business and Commercial Litigation

## Professional Associations & Community Involvement

- Orange County Bankruptcy Forum, Former President (2013-2014)
- Orange County Bar Association

## Thought Leadership

- Moderator, *Busting Trusts*, Orange County Bar Association Commercial Law and Bankruptcy Section (2015)
- Panelist, *Are You Still Smarter Than a 5th Year*, California Bankruptcy Forum Annual Insolvency Conference (2010)

## Recognition & Honors

- Selected to the Southern California Super Lawyers 2015 Rising Star List

## Education

University of California, San Diego (Bachelor of Arts in Sociology 2003)

Chapman University School of Law (Juris Doctor 2006)

## Admissions

EXHIBIT 1  PAGE  22

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  23

 

# Christopher J. Green

*Associate*

Contacts

714-966-1000

cgreen@lwgfllp.com

Christopher J. Green received his undergraduate degree in Psychology from the University of California, Los Angeles in 2010, and his law degree from UCLA School of Law in 2013. During law school, Mr. Green was a Member of the UCLA Law Mock Trial Program, Staff Editor of the Journal of International Law and Foreign Affairs, a Law Fellow for the Law Fellows Mentoring Program, and a Board Member of the Technology Committee. During law school, Mr. Green served a judicial externship to the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, and a judicial externship to the Honorable Judge Neil W. Bason, United States Bankruptcy Judge for the Central District of California. Upon graduation, Mr. Green served a judicial clerkship to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- Orange County Bankruptcy Forum
- Orange County Bar Association
- Financial Lawyers Conference

## Admissions

- California State Bar
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  24

 

# Tavi C. Flanagan

Of Counsel
**Contacts**
714-966-1000
tflanagan@lwgfllp.com

Tavi C. Flanagan focuses her practice in the areas of bankruptcy, insolvency, reorganization, and business litigation. Ms. Flanagan represents debtors, trustees, and creditors' committees in connection with bankruptcy cases, adversary proceedings, and related commercial litigation.

Ms. Flanagan has played principal roles in connection with numerous large Chapter 11 reorganization cases, and she has worked with clients to negotiate and implement plans of reorganization, to restructure their financial affairs, to maximize the value obtained through bankruptcy sales of business assets, and to emerge from the bankruptcy process as viable enterprises.

Ms. Flanagan received her undergraduate degree in 1989 from the University of California, Irvine, where she graduated with honors. In 1993, Ms. Flanagan earned her J.D. from the University of Southern California, where she was senior editor of the Southern California Interdisciplinary Law Journal and Major Tax Planning Journal and the recipient of the American Jurisprudence Award in Real Property. From 1993 to 1994, Ms. Flanagan served as the law clerk to the Honorable John E. Ryan, United States Bankruptcy Judge for the Central District of California.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- American Bar Association
- Orange County Bankruptcy Forum
- Orange County Bar Association

## Education

EXHIBIT 1  PAGE  25

University of California, Irvine (Bachelor of Arts 1989)
University of Southern California (Juris Doctorate 1993)

# Thought Leadership

- Contributor, *The 'New Value' Defense in Preference Actions*, Orange County Bar Association, Commercial Law and Bankruptcy Section
- Contributor, *Bankruptcy Litigation: A Workshop in Trial Strategy*, Orange County Bankruptcy Forum Special Projects Committee
- Contributor, *Advanced Evidence in Bankruptcy*, Orange County Bankruptcy Forum Special Projects Committee
- Law Journal, *Southern California Interdisciplinary Law Journal*, Senior Editor
- Law Journal, *Major Tax Planning Journal*, Senior Editor

# Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  26




# Faye C. Rasch

Of Counsel
**Contacts**
714-966-1000
frasch@lwgfllp.com

Faye C. Rasch began her practice in Manhattan focusing on commercial real estate litigation handling complex cases involving rent stabilization and loft law. After three years as a practicing attorney, Ms. Rasch returned to the academic sphere to obtain a Masters of Business Administration with a concentration in finance. Ms. Rasch's current practice emphasizes all components of insolvency law and creditors rights, including commercial litigation at the trial and appellate levels. She represents creditors, debtors, and committees though all phases of Chapter 11, and has significant experience with cases involving complicated tax issues.  In addition, Ms. Rasch has represented a wide array of federal and state court receivers and worked closely with government agencies to recover funds for defrauded customers and investors.

Ms. Rasch earned her B.A. from New York University, New York in 1999, her J.D. from Fordham University School of Law in 2002, and her M.B.A. from Pepperdine University in 2007.  While a student at Fordham, Ms. Rasch served as an Associate Editor of the Journal of Corporate and Financial Law. Ms. Rasch is a member of the State Bar of California, the State Bar of New York, the State Bar of New Jersey, the American Bar Association, and the Los Angeles County Bar Association.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters
- Business and Commercial Litigation

## Professional Associations & Community Involvement

- American Bar Association
- Los Angeles Bar Association

## Education

EXHIBIT 1  PAGE  27

New York University (Bachelor of Arts 1999)
Fordham University School of Law (Juris Doctor 2002)
Pepperdine University (Master Business Administration 2007)

## Admissions

- California State Bar
- State Bar of New Jersey
- State Bar of New York

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  28




# Michael Adele

Of Counsel
Contacts
MAdele@lwgfllp.com

Michael R. Adele has a general commercial litigation practice, with an emphasis on representing clients in bankruptcy litigation, including contested matters, adversary proceedings and other bankruptcy related litigation, as well as intellectual property litigation and business litigation.

Mr. Adele is a former partner of Cooley, Godward, was a founder and head of Cooley Godward's San Diego litigation practice, and was the former head of litigation for Weiland, Golden LLP, a predecessor of Lobel, Weiland, Golden Friedman LLP.  Mr Adele was named a California Super Lawyer for the years 2006 and 2014-2016.

Mr. Adele has tried cases in Southern California for over 25 years in both state and federal courts, including bankruptcy courts, often with astounding results.  Mr. Adele's most notable achievements include:

- Winning a ten day bench trial in bankruptcy court that allowed confirmation of the client's bankruptcy plan, and which resulted in the client's successful bankruptcy reorganization;
- Winning a federal court jury trial on directed verdict, in the middle of cross-examining the other party's first witness, in a case with nearly $1,000,000 at issue;
- Winning a TRO and preliminary injunction, and later obtaining a favorable settlement for his client, in a bet-the-company trademark dispute against the company's founder; and
- Winning an extraordinary order allowing his client to copy defendants' computers immediately upon service of the complaint (i.e., with no prior notice to defendants whatsoever) and executing a raid with federal marshals to implement this order, which ultimately resulted in a favorable settlement.

In addition, Mr. Adele has taught law school at both Chapman Law School and Whittier Law School, served as a judge pro tem and published articles in the Daily Journal.

# Education

University of California, Irvine (Bachelor of Arts in Philosophy 1985)
Harvard Law School (Juris Doctorate 1988)

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  29



# Sean O'Keefe

*Attorney*

Mr. O'Keefe is member of the California (1986) and New York (1983) Bar Associations. He has been accorded the highest peer review rating by Martindale Hubbell (AV).

Mr. O'Keefe was selected for inclusion in the 20th Edition of The Best Lawyers in America, in the practice area of Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law.

He is a past Chairman of the Commercial Law and Bankruptcy Section of the Orange County Bar Association and has written and presented on bankruptcy and insolvency matters for over twenty years.

**Practice Areas**
- Bankruptcy, Workouts and Insolvency Matter
- Corporate
- Bankruptcy Litigation and Appeals

# Thought Leadership

- "Adequate Protection After United Savings v. Timbers of Inwood Forest," 16 Cal. Bankr. J. 8 (1988);
- "Post-Petition Perfection of Assignment of Rent Clauses Under 11 U.S.C. §546(b): A Creative Illusion," 17 Cal. Bankr. J. 123 (1989);
- Panelist: 1990 Annual Conference of the California Bankruptcy Forum, "Converting Rents, Rates and Revenues Into Cash Collateral: New Challenges to an Old Alchemy";
- Orange County Bankruptcy Forum, "What Price Justice: Is There an Exception to The Absolute Priority Rule?" February, 1993;
- National Business Institute Seminar, "How to Protect Secured Interests in Bankruptcy in California," August, 1993;
- Orange County Bar Association, "Bankruptcy Issues Arising From Securitized Loans," February 2002;
- Orange County Bar Association, "Nondischargeability Litigation: Selected Issues," May 2002; and
- Panelist, Orange County Bankruptcy Forum Program: "Recovering the Loot: "Pursuing and Defending Fraud and Other Claims Against Insiders, Investors, and Aiders & Abettors In Bankruptcy Cases," April 2009.
- Panelist, American Bankruptcy Institute, "Failing Lenders: Dueling Bankruptcy Cases", March 2012.
- Panelist, Orange County Bankruptcy Forum and Chapman University School of Law, "Bankruptcy Code Section 523: A Comprehensive Seminar on All Aspects of Nondischargeability and Nondischargeability Litigation Under 11 U.S.C. Section 523", April 2012"

# Recognition & Honors

- Included in *The Best Lawyers in America*© list in the practice area of Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law.
- Professional Associations & Community Involvement
- Orange County Bar Association, Commercial Law and Bankruptcy Section (Former Chair)

EXHIBIT 1  PAGE  30

## Education

Dartmouth College, Bachelor of Arts 1980)
Fordham University School of Law (Juris Doctorate 1983)

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  31

 

# Nancy P.F. Lockwood

Paralegal

## Contacts

714-966-1000

nlockwood@lwgfllp.com

Nancy Lockwood is a Paralegal with over 20 years of experience. Nancy began her legal career as a bankruptcy paralegal for a private law firm in 1988, and she has a thorough knowledge of nearly all aspects of the chapter 11 debtor practice. She is responsible for case management in debtor and creditor committee cases. She performs legal research, prepares and reviews information pertaining to court cases and legal issues. Ms. Lockwood has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  32



# Cynthia B. Meeker

Paralegal

**Contacts**

714-966-1000
cmeeker@lwgfllp.com

Cynthia B. Meeker received her undergraduate degree from California State University at Fullerton in 1982, and obtained her legal assistantship from the University of California at Irvine in 1988.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Education

California State University, Fullerton (Bachelor of Arts 1982)

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  33




# Claudia Yoshonis

Paralegal

**Contacts**

714-966-1000
cyoshonis@lwgfllp.com

Claudia Yoshonis received her undergraduate degree from San Diego State University, and her law degree from Western State University of Law.  She served a judicial clerkship to the Honorable James N. Barr, United States Bankruptcy Judge for the Central District of California, from 1987 through 1989.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- Orange County Bankruptcy Forum

## Education

San Diego State University (Bachelor of Science in Criminology 1978)
California Western School of Law (Juris Doctor 1982)

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  34

 

# Kelly Adele

Paralegal

## Contacts

714-966-1000
krivera@lwgfllp.com

Kelly Adele is a paralegal and legal assistant with Lobel Weiland Golden Friedman LLP. Mrs. Adele has worked in the legal field for more than 15 years. She has provided litigation support to attorneys handling cases in both federal and state court, qualifying her as a paralegal under California law. Mrs. Adele has completed education courses offered by the United States Bankruptcy Court for the Central District of California. Mrs. Adele has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices. She is responsible for case management and debtor and creditor committee cases. She performs legal research, prepares and reviews information pertaining to court cases and legal issues. Mrs. Adele has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

Mrs. Adele was a former Board Member of the Orange County Legal Secretaries Association, a current member of the Orange County Legal Secretaries Association and a current member of the National Notary Association.

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1  PAGE  35



# LOBEL WEILAND GOLDEN FRIEDMAN LLP

## SCHEDULE OF HOURLY BILLING RATES
### EFFECTIVE JANUARY 1, 2016

### Attorneys:

| | |
|---|---|
| William N. Lobel | $850.00 |
| Michael J. Weiland | $750.00 |
| Jeffrey I. Golden | $750.00 |
| Alan J. Friedman | $750.00 |
| Sean A. O'Keefe | $750.00 |
| Tavi C. Flanagan | $650.00 |
| Reem J. Bello | $600.00 |
| Beth E. Gaschen | $550.00 |
| Michael R. Adele | $550.00 |
| Faye C. Rasch | $500.00 |
| Christopher J. Green | $350.00 |

### Paralegal Professionals:

| | |
|---|---|
| Claudia Yoshonis | $250.00 |
| Cynthia B. Meeker | $250.00 |
| Nancy P.F. Lockwood | $250.00 |
| Lori Gauthier | $250.00 |
| Kelly Adele | $250.00 |

### Trustee Case Administrators:

| | |
|---|---|
| All Trustee Case Administrators | $250.00 |

### Law Clerks:

| | |
|---|---|
| All Law Clerks | $200.00 |

**(THESE RATES ARE SUBJECT TO PERIODIC ADJUSTMENT)**

EXHIBIT 1  PAGE  36

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CO-COUNSEL (LOBEL WEILAND GOLDEN FRIEDMAN LLP) PURSUANT TO 11 U.S.C. §§ 330 AND 1103 AND FED. R. BANKR. P. 2014, INCLUDING STATEMENT OF DISINTERESTEDNESS OF JEFFREY I. GOLDEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **July 13, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐&#120169; Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **July 13, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐&#120169; Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 13, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Ernest Robles, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2016 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**VIA U.S. MAIL**
Gardens Regional Hospital and Medical Center, Inc.
21530 South Pioneer Boulevard
Hawaiian Gardens, CA 90716
**Debtor**

Andrew Sherman, Esq.
Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

**CREDITORS COMMITTEE**
Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH  43017

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, #721
Sausalito, CA  94965

**Electronic Mail Notice List**
Karl E Block     kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
Manuel A Boigues     bankruptcycourtnotices@unioncounsel.net
Louis J Cisz     lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
Dawn M Coulson     dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Jerome Bennett Friedman     jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
David Jacobs     cemail@ebglaw.com, djacobs@ebglaw.com
Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
Eve H Karasik     ehk@lnbyb.com
Yi S Kim     ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
Gary E Klausner     gek@lnbyb.com
Stuart I Koenig     Skoenig@cmkllp.com, knielsen@cmkllp.com
John P Kreis     jkreis@kreislaw.com, j.kreis@ca.rr.com
Wendy A Loo     wendy.loo@lacity.org
Stephen A Madoni     stevemadoni@aol.com, nathally@madonilaw.com
Howard N Madris     hmadris@madrislaw.com
Samuel R Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
Amanda L Marutzky     amarutzk@wthf.com, jjensen@watttieder.com
David W. Meadows     david@davidwmeadowslaw.com
John A Moe     john.moe@dentons.com,
glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com
Benjamin Nachimson     ben.nachimson@wnlawyers.com
Kurt Ramlo     kr@lnbyb.com, kr@ecf.inforuptcy.com
David M Reeder     dmr@vrmlaw.com, jle@vrmlaw.com
J. Alexandra Rhim     arhim@hemar-rousso.com
Emily P Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Mary H Rose     mrose@buchalter.com, mrose@buchalter.com
Benjamin Seigel     bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
Leonard M Shulman     lshulman@shbllp.com
Gerald N Sims     jerrys@psdslaw.com, bonniec@psdslaw.com
Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
Wayne R Terry     wterry@hemar-rousso.com

Gary F Torrell      gft@vrmlaw.com
United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov
Hatty K Yip      hatty.yip@usdoj.gov