**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Proposed Local Co-Counsel to the Official
Committee of Unsecured Creditors of Gardens
Regional Hospital and Medical Center

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11 Case<br><br>**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CO-COUNSEL (LOBEL WEILAND GOLDEN FRIEDMAN LLP) PURSUANT TO 11 U.S.C. §§ 330 AND 1103 AND FED. R. BANKR. P. 2014**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

   **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") of Gardens Regional Hospital and Medical Center, Inc. (the "Debtor") has filed the *Application of the Official Committee of Unsecured Creditors to Employ Co-Counsel (Lobel Weiland Golden Friedman LLP) Pursuant to 11 U.S.C. §§ 330 and 1103 and Fed. R. Bankr. P. 2014* (the "Application").

   1.    On June 6, 2016, this bankruptcy case was commenced by the filing of a voluntary petition under Chapter 11 of the Title 11 of the United States Code.

   2.    On July 5, 2016, the Office of the United States Trustee filed a notice of appointment and appointment of a committee of creditors holding unsecured claims (the "Committee").

   3.    The first meeting of the Committee was held on July 5, 2016, and at that meeting, the Committee selected Sills Cummis & Gross P.C. ("Sills") and Lobel Weiland Golden Friedman LLP ("LWGF") as its proposed attorneys in this case.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

4.    Pursuant to a separately-filed application, the Committee seeks to employ Sills as its co-counsel in this case.  Pursuant to the instant Application, the Committee seeks authorization to employ LWGF as its co-counsel, in a local capacity, effective July 5, 2016, to perform any and all legal services as may become necessary or advisable in this case, including, but not limited to:

a.    Advising the Committee concerning the rights and remedies of creditors and of the Committee in regard to the Debtor's assets;

b.    Representing the Committee in any proceeding or hearing, including, without limitation, lien avoidance, preference avoidance, and fraudulent conveyance litigation, in the Bankruptcy Court, and in any action where the rights of the estate or creditors may be litigated or affected;

c.    Assisting the Committee in reviewing the sale of assets and any plans of reorganization filed by the Debtor or other interested party and assisting the Committee in its analysis of any plans;

d.    Facilitating communication between the Committee and the Debtor;

e.    Assisting the Committee with formulating a plan of reorganization, if appropriate; and

f.    Representing the Committee at hearings in connection with disclosure statements and plan confirmation.

5.    Sills and LWGF will make every effort to maximize the value of their services by utilizing the skills and experience of Sills and LWGF, and have structured their rates in conjunction to efficiently represent the Committee without duplicating services.  The reduced rates for Sills are described in the separately-filed application to employ Sills.  LWGF has agreed to reduce the rate for Jeffrey I. Golden, one of the two attorneys expected to perform the majority of the work on this case, from $750 per hour to $450 per hour.

6.    LWGF's attorneys specialize in insolvency, reorganization, and bankruptcy law and are well qualified to represent the Committee in this case.  All attorneys comprising or associated with LWGF who will render services for the Committee are duly admitted to practice in the courts of the State of California and in the United States District Court for the Central District of California.

7.    LWGF intends to apply for compensation for professional services rendered in connection with this case, subject to approval of the Bankruptcy Court and in compliance with sections 330 and 331 the Bankruptcy Code, the applicable provisions of the Federal Rules of Bankruptcy Rules and the Local Rules, and any orders of the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by LWGF.

8.    The terms of LWGF's employment agreed to by the Committee, subject to approval of the Court, are as follows:

a.    Hourly Fees and Expenses.  LWGF will undertake representation of the Committee at hourly rates ranging from $250 to $450, depending on the experience and expertise of the attorney or paralegal performing the work.  The majority of the work will be performed by Jeffrey I. Golden, whose hourly rate for this matter will be $450, and Christopher J. Green, whose hourly rate is $350.  As

noted above, LWGF has agreed to reduce the rate for Jeffrey I. Golden from $750 per hour to $450 per hour.   However, LWGF reserves the right to have other attorneys or paralegals of LWGF perform work in this case, as LWGF deems appropriate.  LWGF's hourly rates are subject to periodic adjustment.  If any adjustment is made while LWGF is performing work in this case, the new hourly rates will be effective for this case (subject to the $450 cap).  In addition, LWGF will be reimbursed its out-of-pocket expenses.

b.    <u>Monthly Payment Cap</u>.  Interim payment of Sills's and LWGF's fees for their services as co-counsel for the Committee will be capped at a combined $50,000 per month, with payment of any allowed fees in excess of $50,000 per month deferred until confirmation of a plan in this case, dismissal of this case, or approval of a trustee's final report in this case if the case is converted to a case under Chapter 7 of the Bankruptcy Code.  For the avoidance of doubt, the cap is limited to professional fees and does not include incurred expenses.

The monthly cap shall be subject to "roll forward" and "roll backward" application – *i.e.*, cap space from months in which the cap is not reached will be applied to amounts in excess of the cap in months in which the cap is exceeded regardless of whether the months in which the cap is exceeded precede or follow the months in which the cap is not met.  For example, if the fees for one month are $60,000 and the next month's fees are $40,000, LWGF can apply the $10,000 in unused cap space from the $40,000 month to the $10,000 overage from the $60,000 month.

c.    <u>Retainer</u>.  LWGF will not receive a retainer in this case.

d.    <u>No Duplication of Efforts</u>.  As set forth above, LWGF will make every attempt to avoid duplication of efforts between Sills and LWGF.

e.    <u>Court Approval of Compensation</u>.  LWGF will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331 and agrees to accept as compensation such sums as the Court may allow.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment of the Firm you need take no further action.  In accordance with Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing on the Application must be made in the form set forth in Local Bankruptcy Rule 9013-1(f) and filed with the Court and served on the Office of the United States Trustee and proposed counsel for the Committee no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  Any objections not timely made may be deemed waived.

///
///
///

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be obtained from Jeffrey I. Golden upon request at (714) 966-1000 or from the Clerk of the Bankruptcy Court.

Dated:  July 13, 2016                    LOBEL WEILAND GOLDEN FRIEDMAN LLP


By:  /s/ JEFFREY I. GOLDEN
       JEFFREY I. GOLDEN
       Proposed Local Co-Counsel for the
       Official Committee of Unsecured
       Creditors of Gardens Regional
       Hospital and Medical Center

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1078348.1

NOTICE OF EMPLOYMENT APPLICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CO-COUNSEL (LOBEL WEILAND GOLDEN FRIEDMAN LLP) PURSUANT TO 11 U.S.C. §§ 330 AND 1103 AND FED. R. BANKR. P. 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **July 13, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **July 13, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 13, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Ernest Robles, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2016 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**VIA U.S. MAIL**
Gardens Regional Hospital and Medical Center, Inc.
21530 South Pioneer Boulevard
Hawaiian Gardens, CA 90716
**Debtor**

Andrew Sherman, Esq.
Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

**CREDITORS COMMITTEE**
Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH  43017

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, #721
Sausalito, CA  94965

**Electronic Mail Notice List**
Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Eve H Karasik    ehk@lnbyb.com
Yi S Kim    ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
Gary E Klausner    gek@lnbyb.com
Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com
John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
Wendy A Loo    wendy.loo@lacity.org
Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
Howard N Madris    hmadris@madrislaw.com
Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com
David W. Meadows    david@davidwmeadowslaw.com
John A Moe    john.moe@dentons.com,
glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com
Benjamin Nachimson    ben.nachimson@wnlawyers.com
Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
J. Alexandra Rhim    arhim@hemar-rousso.com
Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
Benjamin Seigel    bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
Leonard M Shulman    lshulman@shbllp.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
Wayne R Terry    wterry@hemar-rousso.com

Gary F Torrell     gft@vrmlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Hatty K Yip     hatty.yip@usdoj.gov