**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman (*pro hac vice* application to be submitted)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice* application to be submitted)
bmankovetskiy@sillscummis.com
Lucas F. Hammonds (*pro hac vice* application to be submitted)
lhammonds@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 643-7000
Facsimile:    (973) 643-6500

Proposed Co-Counsel to the
Official Committee of Unsecured Creditors

-and-

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Proposed Local Co-Counsel to the
Official Committee of Unsecured Creditors

*Lobel Weiland Golden Friedman LLP*
*650 Town Center Drive, Suite 950*
*Costa Mesa, California 92626*
*Tel 714-966-1000  Fax 714-966-1002*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 Case |
| | **AFFIDAVIT OF ANDREW H. SHERMAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CO-COUNSEL (SILLS CUMMIS & GROSS P.C.) PURSUANT TO 11 U.S.C. §§ 330 AND 1103 AND FED. R. BANKR. P. 2014** |
| Debtor. | [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

1

1  **STATE OF NEW JERSEY**            )
                                      ) ss
2  **COUNTY OF ESSEX**                )

3

4  Andrew H. Sherman, being duly sworn, deposes and says:

5      1.      I am an attorney at law and a Member of the law firm Sills Cummis & Gross

6  P.C. ("Sills") (One Riverfront Plaza, Newark, NJ 07102, (973) 643-7000).  I submit this

7  Affidavit (the "Affidavit") in support of the application (the "Application") of the Official

8  Committee of Unsecured Creditors (the "Committee") of Gardens Regional Hospital and

9  Medical Center, Inc. (the "Debtor") to retain and employ Sills as its co-counsel, effective

10  July 5, 2016, pursuant to 11 U.S.C. §§ 330 and 1103 and Fed. R. Bankr. P. 2014.

11      2.      Unless otherwise stated in this Affidavit, I have personal knowledge of the

12  facts set forth herein.  To the extent any information disclosed herein requires amendment

13  or modification upon completion of further review by Sills or as additional information

14  becomes available, a supplemental affidavit will be submitted to the Court reflecting such

15  amended or modified information.

16                    **Qualifications of Sills Cummis & Gross P.C.**

17      3.      Sills has significant experience representing creditors in complex chapter 11

18  cases, including as committee counsel in complex chapter 11 hospital cases.  Among

19  other representations, Sills has represented the creditors' committees in the bankruptcy

20  cases of *Bayonne Medical Center* (Case No. 07-15195 (MS), Bankr. D.N.J.), *Christ*

21  *Hospital* (Case No. 12-12906 (MS), Bankr. D.N.J.), *Fairmont General Hospital, Inc., et al.*

22  (Case No. 13-01054 (PMF), Bankr. N.D.W. Va.), *Hudson Healthcare, Inc.* (Case No. 11-

23  33014 (DHS), Bankr. D.N.J.), *Union Hospital District* (Case No. 14-03299 (DD), Bankr.

24  D.S.C.), *Ultura (LA) Inc., et al.* (Case No. 14-12382 (KG), Bankr. D. Del.)), and *Saint*

25  *Michael's Medical Center, Inc., et al.* (Case No. 15-24999 (VFP), Bankr. D.N.J.); the

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

2

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

debtor in the bankruptcy case of *Pascack Valley Hospital Association, Inc.* (Case No. 07-23686 (RG), Bankr. D.N.J.); and a secured creditor/plan sponsor in the bankruptcy cases of *Motor Coach Industries International, Inc., et al.* (08-12136 (BLS), Bankr. D. Del.).  Sills is also proposed counsel to the official committee of unsecured creditors in *Progressive Acute Care, LLC, et al.* (Case No. 16-50740), Bankr. W.D. La.).

4.     The three primary Sills attorneys responsible for services in this case – Andrew H. Sherman, Boris I. Mankovetskiy, and Lucas F. Hammonds – concentrate their practices on bankruptcy and corporate restructuring and collectively have over 45 years of experience.  Copies of their firm biographies are attached hereto as <u>Exhibit A</u>.

<u>**Services to Be Rendered**</u>

5.     The professional services Sills will render in this case include, but are not limited to, the following:

(a)     Providing legal advice regarding the Committee's rights, powers, and duties in this case;

(b)     Preparing all necessary applications, answers, responses, objections, orders, reports, and other legal papers;

(c)     Representing the Committee in any and all matters arising in this case, including any dispute or issue with the Debtor or other third parties;

(d)     Assisting the Committee in its investigation and analysis of the Debtor, its capital structure, and issues arising in or related to this case, including but not limited to the review and analysis of all pleadings, claims, and bankruptcy plans that might be filed in this case, and any negotiations or litigation that may arise out of or in connection with such matters, the Debtor's operations, the Debtor's financial affairs, and any proposed disposition of the Debtor's assets;

3

(e)    Representing the Committee in all aspects of any sale and

bankruptcy plan confirmation proceedings; and

(f)    Performing any and all other legal services for the Committee that

may be necessary or desirable in this case.

6.    Sills and its local co-counsel, Lobel Weiland Golden Friedman LLP ("Lobel"),

will make every effort to maximize the value of their services by utilizing their respective

skills and experience, and have structured their rates in conjunction to efficiently represent

the Committee without duplicating services.  The reduced rates for Lobel are described in

the separately-filed application to employ Lobel.  The terms of Sills's retention, including

discounts and other concessions provided to the Committee, are set forth below and in

Application.

### Terms of Employment

7.    The terms of Sills's proposed employment, subject to approval of the Court,

are as follows:

(a)    <u>Hourly Fees</u>.  Sills will undertake representation of the Committee at

the following discounted hourly rates: (i) the hourly rate for Andrew H. Sherman will

be discounted to $525, (ii) the hourly rate for Boris I. Mankovetskiy will be

discounted to $475, (iii) the hourly rate for Lucas F. Hammonds will be discounted

to $350, and (iv) the hourly rates for other attorneys and paraprofessionals at the

firm, which currently range from $400-$740 for Members, $375-$725 for Of

Counsel, $295-$495 for Associates, and $100 to $295 for Paralegals, will be

discounted by 20%.

Sills will seek reimbursement of travel expenses as set forth in

subparagraph (b) below but will not bill for non-working travel time.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

In addition, Sills's fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at the foregoing rates and (y) the amount of its fees at a blended hourly rate of $450.

The foregoing rates are set at a level designed to fairly compensate Sills for its work and to cover fixed and routine overhead expenses and are subject to periodic adjustment.

(b)     Expenses.  It is Sills's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  These expenses include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for working meals, computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff.  Sills will charge the Debtor's estate for these expenses in a manner and at rates consistent with charges made generally to the firm's clients and in compliance with any guidelines promulgated by the Office of the United States Trustee, subject to approval of the Court.

(c)     Monthly Payment Cap.  Interim payment of Sills's and Lobel's fees for their services as co-counsel for the Committee will be capped at a combined $50,000 per month, with payment of any allowed fees in excess of $50,000 per month deferred until confirmation of a plan in this case, dismissal of this case, or approval of a trustee's final report in this case if the case is converted to a case

under Chapter 7 of the Bankruptcy Code. For the avoidance of doubt, the cap is limited to professional fees and does not include incurred expenses.

The monthly cap shall be subject to "roll forward" and "roll backward" application – *i.e.*, cap space from months in which the cap is not reached will be applied to amounts in excess of the cap in months in which the cap is exceeded regardless of whether the months in which the cap is exceeded precede or follow the months in which the cap is not met. For example, if the fees for one month are $60,000 and the next month's fees are $40,000, Sills can apply the $10,000 in unused cap space from the $40,000 month to the $10,000 overage from the $60,000 month.

(d)    <u>Retainer</u>. Sills will not receive a retainer in this case.

(e)    <u>No Shared Compensation</u>. Other than as set forth herein, there is no proposed arrangement to compensate Sills. Sills has not shared, nor agreed to share (i) any compensation it has received or may receive with any other party or person, other than with the Members, Of Counsel, and Associates of the firm or (ii) any compensation another person or party has received or may receive.

(f)    <u>No Duplication of Efforts</u>. As set forth above, Sills will make every attempt to avoid duplication of efforts between Sills and Lobel.

### Disinterestedness

8.    Except as disclosed herein, to the best of my knowledge and information, Sills has no connection with the Debtor, its major creditors, other relevant parties-in-interest, or the Debtor's professionals in this case, and does not have or represent any other entity having any adverse interest in connection with this case.

6

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

9.      Sills maintains a computer client database (the "Database") containing the names of all of the firm's current and former clients, parties adverse to those clients, and where practicable, known affiliates of and connections to those clients.  The Database is systematically updated in the firm's ordinary course of business and as the firm receives new matters.  In connection with the preparation of this Affidavit, I caused checks against the Database to be performed for the following people and entities, among others: (i) the Debtor; (ii) known officers and directors of the Debtor; (iii) the Debtor's professionals; (iv) the proposed post-petition lender and stalking horse purchaser; (v) the Debtor's purported secured lenders and other secured creditors; (vi) the members of the Committee; (vii) the parties identified on the Debtor's lists of 20 largest unsecured creditors; and (viii) certain other potentially interested parties (collectively, the "Conflicts Check Parties").  A schedule of the Conflicts Check Parties is attached hereto as Exhibit B.

10.      Sills has a large and diverse practice, and as a result, the foregoing inquiry revealed the following:

(a)      Sills has identified the following connections with Conflicts Check Parties:

(i)      Sills represents Bank of America in matters unrelated to this case.

(ii)      Sills represents Wells Fargo Bank in matters unrelated to this case.

(iii)      Sills represents US Bank in a matter unrelated to this case.

(iv)      Olympus America is a co-defendant of a Sills client in a matter unrelated to this case.

7

(b)    In addition, Sills has previously represented and/or represents official committees of unsecured creditors including Cardinal Health 200, LLC.

11.    If any contested matter, adversary proceeding, other litigation, or other matter arising in the Debtor's Chapter 11 case presents a conflict of interest such that Sills cannot represent the Committee based on the connections identified in paragraph 10 above, the Committee will be represented by other counsel with respect to such mater unless the Committee and the other relevant party consent to Sills's representation of the Committee in such matter.

12.    In addition to the foregoing, in anticipation of the potential formation of an official committee of unsecured creditors, Sills spoke with representatives of Cardinal Health 200, LLC, Lenders Funding, LLC, and Paladin-Gardens Management, LLC regarding their interest in serving on a committee and Sills's qualifications to serve as committee counsel in the event of a committee's formation.

13.    To the best of my knowledge, information, and belief, Sills: (i) is not a pre-petition creditor, an equity security holder or an insider of the Debtor; (ii) is not and was not an investment banker for any outstanding security of the Debtor; (iii) has not been within 3 years before the date of the filing of the petition in this case, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor; (iv) is not and was not, within 2 years before the date of the filing of the petition in this case, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor; (v) neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

security of the Debtor, or for any other reason; and (vi) is not a relative or employee of the United States Trustee or a bankruptcy judge in the Central District of California (Los Angeles).

14.    In addition, to the best of my knowledge, information, and belief, no attorney at Sills: (i) holds a direct or indirect equity interest in any of the Debtor or has a right to acquire such an interest; (ii) is or has served as an officer, director, or employee of any of the Debtor; (iii) is in control of the Debtor or is a relative of a general partner, director, officer, or person in control of the Debtor; (iv) is a general or limited partner of a partnership in which the Debtor is also a general or limited partner; (v) is a relative of or has any connection with the bankruptcy judge approving the employment of Sills as the Committee's counsel that would render retention and employment improper; or (vi) is connected to the United States Trustee or any employee of that office.

15.    Based on the foregoing, and except as set forth herein, neither I, Sills, nor any Member, Of Counsel, or Associate thereof, insofar as I have been able to ascertain based on the information currently available to me, represents any interest adverse to the Debtor or the Committee in this bankruptcy case.  To the best of my knowledge, information, and belief, Sills is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

16.    I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness.  Sills will from time to time review its disclosures in this case, and in the event that additional material connections are discovered, the firm will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

17.     Sills intends to apply for compensation for professional services rendered in connection with this case, subject to approval of the Bankruptcy Court and in compliance with sections 330 and 331 the Bankruptcy Code, the applicable provisions of the Federal Rules of Bankruptcy Rules and the Local Rules, and any orders of the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the firm.

### Approval of Employment as of July 5, 2016

18.     For the reasons set forth in the Application, Sills has requested, and the Committee has agreed, that the firm's retention and employment be approved effective as of July 5, 2016 in order to allow it to be compensated for the work it has performed for the Committee on and after that date but prior to the Court's consideration of the Application.

For the foregoing reasons, I believe that Sills is eligible for employment and retention by the Committee pursuant to section 1103 of the Bankruptcy Code.

Dated: July _13_, 2016

Andrew H. Sherman

Sworn to before me this
_13_ day of July 2016

Maria S. Kraft

MARIA S. KRAFT
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/6/2019

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# **EXHIBIT A**



# ANDREW H. SHERMAN

*member of the firm*
*co-chair of the creditors' rights/bankruptcy reorganization*
  *practice group*

SPECIALTY:        Creditors' Rights/Bankruptcy Reorganization

## AREAS OF EMPHASIS

Bankruptcy Litigation and Counseling
Commercial Asset Recovery
Representation of Chapter 11 and Chapter 7 Debtors
Representation of Official and Unofficial Committees in Bankruptcy Cases
Debt Restructuring and Out of Court Workouts
Commercial Lending Litigation
Guarantor Lawsuits (defense and prosecution)
Prosecution and Defense of Various Avoidance Actions
Bankruptcy Appeals

## EDUCATION

- J.D., Cardozo School of Law, 1991
- A.B., Cornell University, 1988

ANDREW H. SHERMAN is Co-Chair of the Firm's Creditors' Rights/Bankruptcy Reorganization Practice Group. He has represented clients in a broad range of complex business reorganizations, debt restructurings and insolvency matters throughout the country. In addition to advising companies experiencing financial difficulties, Mr. Sherman routinely represents lenders and other parties in financings and acquisitions involving troubled companies. He has recently focused his practice on representing investment management firms in debt restructuring matters, commercial workouts and Chapter 11 cases in such cases as *Motor Coach Industries Int'l, Inc.* and *Marcal Paper Mills, Inc.* He has also recently represented the Official Committee of Unsecured Creditors in six recent hospital bankruptcy

Sills Cummis & Gross P.C.

cases, *Saint Michael's Medical Center*, *Union Hospital District*, *Bayonne Medical Center*, *Christ Hospital*, *Hudson Healthcare, Inc.*, the manager of Hoboken University Medical Center, and *Fairmont General Hospital, Inc., et al.* In addition to his bankruptcy experience, he has represented parties in significant commercial litigation in the New York and New Jersey federal and state courts.

Prior to coming to the Firm, Mr. Sherman was associated with Parker Chapin Flattau & Klimpl, LLP in New York City.

Mr. Sherman has been selected for inclusion in the 2012-2016 editions of *Chambers USA*®* published by Chambers & Partners under New Jersey Bankruptcy/Restructuring, the 2007-2016 editions of *The Best Lawyers in America*®* published by Woodard/White under Bankruptcy and Creditor-Debtor Rights/Insolvency and Reorganization Law; Litigation – Bankruptcy, and the 2006-2016 editions of *New Jersey Super Lawyers*®* published by Thompson Reuters under Creditor Debtor Rights: Business and Bankruptcy: Business.

*For ranking methodologies, please see www.chambersandpartners.com, www.bestlawyers.com and www.superlawyers.com.

REPRESENTATIVE PUBLISHED DECISIONS

- *TW Telecom Holdings Inc. v. Carolina Internet Ltd.,* 2011 U.S. App. LEXIS 22833 (10th Cir. Nov 15, 2011)
- *In re Marcal Paper Mills, Inc.,* 2011 U.S. App. LEXIS 12109 (3d Cir. Jun 16, 2011)
- *In re Bernard L. Madoff Inv. Secs. LLC,* 445 B.R. 206 (Bankr. S.D.N.Y. 2011)
- *In re Bernard L. Madoff Inv. Secs. LLC,* 440 B.R. 274 (Bankr. S.D.N.Y. 2010)
- *In re Bayonne Med. Ctr.,* 2010 U.S. Dist. LEXIS 77435 (D.N.J. Jul 30, 2010)
- *In re Bayonne Med. Ctr.,* 429 B.R. 152 (D.N.J. 2010)
- *Trucking Emples. of North Jersey Welfare Fund, Inc. v. Marcal Paper Mills, Inc.,* 2009 U.S. Dist LEXIS 101695 (D.N.J. Nov 2, 2009)
- *Thomason Auto Group, LLC v. China Am. Coop. Auto., Inc.,* 2009 U.S. Dist. LEXIS 22669 (D.N.J. Feb 27, 2009)
- *In re Summit Global Logistics, Inc.,* 2008 Bankr. LEXIS 896 (Bankr. D.N.J. Mar 26, 2008)
- *Orius Corp. v. Qwest Corp.,* 373 B.R. 555 (N.D. Ill. 2007)
- *In re JS Mktg. & Communs., Inc.,* 2007 Bankr. LEXIS 1025 (Bankr. D.Mont. Mar 26, 2007)
- *In re DiLoreto,* 2006 U.S. Dist. LEXIS 74927 (E.D.P.A. Oct 13, 2006)
- *In re American Family Enters.*, 256 B.R. 377 (D.N.J. 2000)
- *In re DiLoreto,* 277 B.R. 607 (Bankr. E.D.P.A. 2000)
- *In re First Interregional Equity Corporation*, 218 B.R. 731 (Bankr. D.N.J. 1997)
- *In re United Healthcare System, Inc.,* 1997 WL 176574; (D.N.J. 1997)
- *In re Lazarus Burman Associates,* 161 B.R. 891 (Bankr. E.D.N.Y. 1994)

Sills Cummis & Gross P.C.

- *In re Arts des Provinces de France, Inc.,* 153 B.R. 144 (Bankr. S.D.N.Y. 1993)
- *In re Masters, Inc.,* 149 B.R. 289 (E.D.N.Y. 1992)
- *In re Kenston Management, Inc.,* 141 B.R. 13 (Bankr. E.D.N.Y. 1992)

## RELATED AFFILIATIONS

- *Member,* American Bar Association
- *Member,* New York State Bar Association
- *Member,* Essex County Bar Association
- *Member,* American Bankruptcy Institute
- *Co-Chair,* Health Care Committee, American Bankruptcy Institute
- *Former Education Director,* Health Care Committee, American Bankruptcy Institute
- *Former Master,* Bankruptcy Inn of Court

## RELATED PUBLICATIONS AND MEDIA

- "*In Re Bayou Shores SNF, LLC*:  Another Limitation on the Limited Jurisdiction of the Bankruptcy Courts?" *Metropolitan Corporate Counsel* (September 2015)
- "Medicare and Medicaid Issues in Insolvency Cases," *The Bankruptcy Strategist* (June 2011)
- "Deepening Insolvency Is Alive And Relevant in New Jersey," *New Jersey Law Journal* (January 24, 2011)
- Coordinating Editor, *Hospital Closure Guidelines:  A Bankruptcy Primer,* published by the New Jersey Hospital Association, February 2009
- NJ Channel 9 Nightly News segment on corporate bankruptcy issues related to current economic conditions (November 10, 2008)
- "Is Bankruptcy The Cure For Distressed Hospitals?" *The Metropolitan Corporate Counsel* (March 2008)
- "Prognosis Negative," *New Jersey Law Journal* (January 2008)
- Co-Author, *Bankruptcy and Financial Restructuring Law 2008,* from the Thought Leadership book series, published by Aspatore Books
- "Retaining Rights When Contractors Go Bankrupt," *New York Construction* (June 2007)
- "What If Bankruptcy Happens?," *Real Estate New Jersey* (April 2007)
- "Can the Enron Claims Trading Issues Be Avoided?  Should You Consider Acquiring a Distribution Right," *The Bankruptcy Strategist* (March 2007)
- "Planning for a Grim Reality: In a Real Estate Slowdown, the Key to a Reorganization Is Proper Preparation," *New Jersey Law Journal* (January 15, 2007)
- "Why Buy A Bankruptcy Claim When You Can Acquire A Distribution Right," *The Metropolitan Corporate Counsel* (January 2007)

Sills Cummis & Gross P.C.

- Co-Author, *Understanding the Legal Issues Behind Executory Contracts in Bankruptcy,* from the Inside the Minds book series, published by Aspatore Books
- "'Untouchable?' Treatment of Tariff-Based Claims," *American Bankruptcy Institute Journal* (November 2006)
- "Health Care Bankruptcy Prescription for 2006," *New Jersey Law Journal* (March 6, 2006)
- "Highlights of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005," *New Jersey Lawyer Magazine* (June 2005)
- "The Preference Problem," *New Jersey Law Journal* (March 21, 2005)

## BAR ADMISSIONS

- New York, 1992
- New Jersey, 1991
- U.S. District Court, District of New Jersey, 1991
- U.S. District Court, Southern District of New York, 1992
- U.S. District Court, Eastern District of New York, 1992
- U.S. Court of Appeals, Third Circuit, 1996
- U.S. District Court, Northern District of New York, 2004
- U.S. Supreme Court, 2011



# BORIS I. MANKOVETSKIY
*member of the firm*

**SPECIALTY:**        Creditors' Rights/Bankruptcy Reorganization

**AREAS OF EMPHASIS**

Corporate Reorganization

**EDUCATION**

- J.D., Seton Hall University School of Law, *cum laude,* 2001
- B.A., Montclair State University, *summa cum laude,* 1998

**BORIS I. MANKOVETSKIY** is a Member of the Firm's Creditors' Rights/Bankruptcy Reorganization Practice Group.  He focuses his practice on representation of creditors in health care insolvencies and bankruptcies.  Mr. Mankovetskiy has also represented a variety of major stakeholders in many complex Chapter 11 and Chapter 7 cases in a number of other industries, including telecommunications, commercial real estate, retail, manufacturing, securities, transportation and construction.  In addition to Mr. Mankovetskiy's bankruptcy expertise, he also represents parties in complex commercial litigation in federal and state courts.

Mr. Mankovetskiy has been included in the 2013-2016 editions of *The Best Lawyers in America*®* published by Woodard/White under Bankruptcy and Creditor-Debtor Rights/Insolvency and Reorganization Law and has been identified as one of "New Jersey's Rising Stars" since 2006 by *New Jersey Super Lawyers.*  He was named to the *New Jersey Law Journal's*®* "New Leaders of the Bar" list in 2012 for his achievements in the legal profession.

*For ranking methodologies, please see www.bestlawyers.com, www.superlawyers.com and www.law.com.

Sills Cummis & Gross P.C.

## RELATED AFFILIATIONS

- *Member,* American Bar Association
- *Member,* American Bankruptcy Institute

## RELATED SEMINARS

- "Restructuring of Continuing Care Retirement Communities," sponsored by the American Bankruptcy Institute's Health Care and Secured Credit Committees, February 3, 2016, Webinar

## RELATED PUBLICATIONS

- "*In Re Bayou Shores SNF, LLC*:  Another Limitation on the Limited Jurisdiction of the Bankruptcy Courts?" *Metropolitan Corporate Counsel* (September 2015)

- Author of Chapter, "Creditor Issues in Chapter 11 Filings" included in *Creditors' Rights in Chapter 11 Cases*, a book published by Aspatore Books (2013 Edition)

- "Trademarks and Bankruptcy: Seventh Circuit Provides Lifeline for Trademark Licensees Confronting Licensor Bankruptcy," *The Metropolitan Corporate Counsel* (October 2012)

- "Intellectual Property and Bankruptcy: Strategies for Intellectual Property Licensees Who Depend Upon the Use of Complementary Trademarks When a Licensor Files for Bankruptcy," *The Metropolitan Corporate Counsel* (December 2011)

- "The Nuts And Bolts Of Credit Bidding:  A Primer For Traditional Lenders And Distressed Debt Investors," *The Metropolitan Corporate Counsel* (March 2011)

- "Deepening Insolvency Is Alive And Relevant in New Jersey," *New Jersey Law Journal* (January 24, 2011)

- Contributor, *Hospital Closure Guidelines:  A Bankruptcy Primer,* published by the New Jersey Hospital Association (February 2009)

- "Licensee Beware: Life Sciences, Intellectual Property and Licensor's Bankruptcy," *New Jersey Law Journal* (October 13, 2008)

- "Is Bankruptcy The Cure For Distressed Hospitals?" *The Metropolitan Corporate Counsel* (March 2008)

- "Prognosis Negative," *New Jersey Law Journal* (January 2008)

- "What Every Licensee of Life Sciences Intellectual Property Should Know About Licensor's Bankruptcy – Part II," *The Metropolitan Corporate Counsel* (June 2007)

- "What Every Licensee of Life Sciences Intellectual Property Should Know About Licensor's Bankruptcy – Part I," *The Metropolitan Corporate Counsel* (May 2007)

- "Untouchable Treatment of Tariff-Based Claims," *American Bankruptcy Journal* (November 2006)

- "Licensee Beware: How Bankruptcy Can Strip a Licensee of the Right to Use Its Software," *American Bankruptcy Institute Journal* (November 2005)

- "Highlights of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005," *New Jersey Lawyer Magazine* (June 2005)

## BAR ADMISSIONS

- New Jersey, 2001
- New York, 2008
- District of Columbia, 2007
- U.S. Supreme Court, 2011



# LUCAS F. HAMMONDS
*associate of the firm*

SPECIALTY:        Creditors' Rights/Bankruptcy Reorganization

## EDUCATION

- J.D., Benjamin N. Cardozo School of Law, Yeshiva University, 2008
- B.A., University of North Carolina at Chapel Hill, *with distinction*, 2005

LUCAS F. HAMMONDS is an Associate in the Firm's Creditors' Rights/Bankruptcy Reorganization Practice Group. He represents creditors and creditors' committees in large Chapter 11 cases and related proceedings. Mr. Hammonds has represented banks, investment funds, manufacturers, telecommunications providers, real estate developers and other entities as creditors in major Chapter 11 cases and parties in related adversary proceedings and appeals, including actions to recover preferential and fraudulent transfers. He has additional experience working with liquidating trustees and Chapter 11 debtors. Representative matters include the representation of secured creditors in the *Motor Coach Industries International, Inc.*, *Marcal Paper Mills, Inc.*, *Erickson Retirement Communities, LLC*, and *Raritan Hospitality* cases, and the official committees of unsecured creditors in the *Bayonne Medical Center*, *Hudson Healthcare, Inc.*, *Christ Hospital*, *Fairmont General Hospital, Inc.*, *Union Hospital District*, *Ultura (LA), Inc.*, and *Saint Michael's Medical Center, Inc.* cases.

Before joining the Firm, Mr. Hammonds was an intern with the United States Department of Justice and the Honorable Barbara R. Kapnick of the New York State Supreme Court, and served as an Alexander Fellow in the chambers of the Honorable Joseph A. Greenaway, Jr., then United States District Judge for the District of New Jersey, (subsequently appointed to the United States Court of Appeals for the Third Circuit).

Sills Cummis & Gross P.C.

RELATED PUBLICATIONS

- "*In Re Bayou Shores SNF, LLC*:  Another Limitation on the Limited Jurisdiction of the Bankruptcy Courts?" *Metropolitan Corporate Counsel*, September 2015

- "Trademarks and Bankruptcy: Seventh Circuit Provides Lifeline for Trademark Licensees Confronting Licensor Bankruptcy," *The Metropolitan Corporate Counsel*, October 2012

- "Intellectual Property and Bankruptcy: Strategies for Intellectual Property Licensees Who Depend Upon the Use of Complementary Trademarks When a Licensor Files for Bankruptcy," *The Metropolitan Corporate Counsel*, December 2011

- Contributor, *Hospital Closure Guidelines:  A Bankruptcy Primer,* published by the New Jersey Hospital Association, February 2009

AFFILIATIONS

- *Member*, American Bankruptcy Institute
- *Member,* District VA Ethics Committee

BAR ADMISSIONS

- New Jersey, 2008
- New York, 2009
- U.S. District Court, District of New Jersey, 2008
- U.S. District Court, Southern District of New York, 2010
- U.S. District Court, Eastern District of New York, 2010

# EXHIBIT B

**DEBTOR**
Gardens Regional Hospital and Medical Center, Inc.

**DEBTOR FKA**
Tri-City Regional Medical Center

**DEBTOR BOARD OF DIRECTORS**
Brian Walton
Hassney Hamood, M.D.
Jonathan W. Pastor
David Herskovitz

**DEBTOR OFFICERS**
Stan Otake
Charles Natcher
Aileen Tamares
Gregg Yost

**FORMER DEBTOR OFFICERS**
Arthur Gerrick
James Sherman
Kenneth Strople
Edmund King

**MANAGEMENT COMPANIES**
Paladin-Gardens Management, LLC
Genesis Healthcare Management, LLC
Rollins Nelson
Sycamore Health Care

**PROFESSIONALS**
Dentons US LLP
Wilshire Pacific Capital Advisors, LLC

**PROPOSED POST-PETITION LENDER**
Promise Gardens Lending Company, Inc.

**STALKING HORSE PURCHASER**
Promise Hospital of East Los Angeles, L.P.

**SECURED LENDERS (PURPORTED)**
Harbor-Gardens Capital 1, LLC (aka Harbor-Gardens Capital I, LLC)
Rollins Nelson Group, LLC (aka RollinsNelson Grp, LLC)

Sycamore Healthcare Services, LLC
Roxbury Healthcare Services, LLC

**OTHER SECURED CREDITORS (PURPORTED)**
Diamond Medical Equipment
Stryker Financial Solutions
Cerritos Gardens General Hospital
Fuji Film Medical Systems
GE Capital Corporation
Olympus America Inc.

**OFFICIAL COMMITTEE OF
UNSECURED CREDITORS**
Cardinal Health 200, LLC
Lenders Funding, LLC

**PARTIES IDENTIFIED ON DEBTOR'S LIST
OF 20 LARGEST UNSECURED CREDITORS**
Siemens (Cerner Health Services)
DeLage Landen Financial Services, Inc.
Spinal Solutions LLC/Orthopedic Alliance
Anthem Blue Cross
Noridian Healthcare Solutions LLC
Cardinal health
LAC Harbor UCLA Medical Center
Rollins Nelson
Dept. of Health Care Serv. (CA)
Long Beach Memorial Medical Center
Signal Health Solutions
Regency Surgical Devices LLC
Paladin-Gardens Mgmt.
Starbase, Inc.
UCLA Medical Center
Spine Surgical Implants, Inc.
Gardea Hospital, LP
St. Mary Medical Center
County of Los Angeles
Advance Bariatric Center

**ORDINARY COURSE PROFESSIONALS**
Green & Associates
Kathryn M. Stanton, APC
Biel Consulting, Inc.
Miller Greer & Associates
YHA Advisors
Sheppard, Mullin, Richter & Hampton, LLP

Law Offices of Jason L. Barbanell

**UTILITIES**
Southern California Edison
Southern California Gas
Golden State Water Company
Republic Services
Sparkletts Water of America
WM Healthcare Solutions
Verizon California
AT&T Mobility
MPower communication
Paetec Communications Inc.
Time Warner Cable
DirecTV
Matheson Tri Gas

**BANKS**
Bank of America
Wells Fargo Bank
U.S. Bank

**LANDLORD**
Cerritos Gardens General Hospital Company

**UNION**
Service Employees International Union (SEIU) Local 121RN

**ADDITIONAL POTENTIALLY
INTERESTED PARTIES**
The Medical Staff of Gardens Regional Hospital and Medical Center
NAEROK Group International, Inc.
Reva Swadener

**UNITED STATES TRUSTEE**
Peter Anderson

**OFFICE OF THE UNITED STATES TRUSTEE
(LOS ANGELES, CA)**
Jill Sturtevant (Assistant U.S. Trustee)
Kenneth Lau (Attorney)
Dare Law (Attorney)
Alvin P. Mar (Attorney)
Ron Maroko (Attorney)
Kelly Morrison (Attorney)
Queenie Ng (Attorney)

Melanie S. Green (Attorney)
Hatty Yip (Attorney)
Patti Brundige (Supervisory Paralegal)
Karen Polk (Paralegal)
Jason Russell (Paralegal)
Tayo A. Agboke (Analyst)
Jack Arutyunyan (Analyst)
Gary B. Baddin (Analyst)
Yolanda J. Cannon (Analyst)
Terry B. Norris (Analyst)
Wendy Sadovnick (Analyst)
Helen Cruz (Support Staff)
Sonny Flores (Support Staff)
Stephanie J. Hill (Support Staff)
Lawrence Pleasant (Support Staff)
Maria A. Ramos (Support Staff)

**UNITED STATES BANKRUPTCY JUDGES**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)**
Hon. Neil W. Bason
Hon. Sheri Bluebond (Chief Judge)
Hon. Julia W. Brand
Hon. Thomas B. Donovan
Hon. Sandra R. Klein
Hon. Robert N. Kwan
Hon. Richard M. Neiter
Hon. Ernest M. Robles
Hon. Barry Russell
Hon. Deborah J. Saltzman
Hon. Gregg W. Zive

**UNITED STATES DISTRICT COURT JUDGES**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)**
Hon. Percy Anderson
Hon. Andre Birotte Jr.
Hon. Valerie Baker Fairbank
Hon. Dale S. Fisher
Hon. Michael W. Fitzgerald
Hon. Dolly M. Gee
Hon. Philip S. Gutierrez
Hon. Terry J. Hatter Jr.
Hon. William D. Keller
Hon. George H. King
Hon. R. Gary Klausner
Hon. John A. Kronstadt
Hon. Ronald S.W. Lew

Hon. Conseulo B. Marshall
Hon. Beverly Reid O'Connell
Hon. Fernando M. Olguin
Hon. S. James Otero
Hon. Virginia A. Phillips (Chief Judge)
Hon. Dean D. Pregerson
Hon. Manuel L. Real
Hon. Christina A. Snyder
Hon. John F. Walter
Hon. Stephen V. Wilson
Hon. Otis D. Wright II
Hon. Georg H. Wu
Hon. William G. Young

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **AFFIDAVIT OF ANDREW H. SHERMAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CO-COUNSEL (SILLS CUMMIS & GROSS P.C.) PURSUANT TO 11 U.S.C. §§ 330 AND 1103 AND FED. R. BANKR. P. 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **July 13, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **July 13, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 13, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Ernest Robles, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2016 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**VIA U.S. MAIL**
Gardens Regional Hospital and Medical Center, Inc.
21530 South Pioneer Boulevard
Hawaiian Gardens, CA 90716
**Debtor**

Andrew Sherman, Esq.
Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

**CREDITORS COMMITTEE**
Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH  43017

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, #721
Sausalito, CA  94965

**Electronic Mail Notice List**
Karl E Block     kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
Manuel A Boigues     bankruptcycourtnotices@unioncounsel.net
Louis J Cisz     lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
Dawn M Coulson     dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Jerome Bennett Friedman     jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
David Jacobs     cemail@ebglaw.com, djacobs@ebglaw.com
Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
Eve H Karasik     ehk@lnbyb.com
Yi S Kim     ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
Gary E Klausner     gek@lnbyb.com
Stuart I Koenig     Skoenig@cmkllp.com, knielsen@cmkllp.com
John P Kreis     jkreis@kreislaw.com, j.kreis@ca.rr.com
Wendy A Loo     wendy.loo@lacity.org
Stephen A Madoni     stevemadoni@aol.com, nathally@madonilaw.com
Howard N Madris     hmadris@madrislaw.com
Samuel R Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
Amanda L Marutzky     amarutzk@wthf.com, jjensen@watttieder.com
David W. Meadows     david@davidwmeadowslaw.com
John A Moe     john.moe@dentons.com,
glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com
Benjamin Nachimson     ben.nachimson@wnlawyers.com
Kurt Ramlo     kr@lnbyb.com, kr@ecf.inforuptcy.com
David M Reeder     dmr@vrmlaw.com, jle@vrmlaw.com
J. Alexandra Rhim     arhim@hemar-rousso.com
Emily P Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Mary H Rose     mrose@buchalter.com, mrose@buchalter.com
Benjamin Seigel     bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
Leonard M Shulman     lshulman@shbllp.com
Gerald N Sims     jerrys@psdslaw.com, bonniec@psdslaw.com
Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
Wayne R Terry     wterry@hemar-rousso.com

Gary F Torrell     gft@vrmlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Hatty K Yip     hatty.yip@usdoj.gov