**FILED & ENTERED**

**JUL 14 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| Debtor. | ORDER AMENDING COURT'S PREVIOUS ORDER (A) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS; (B) SCHEDULING THE RELATED AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE; (C) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (E) APPROVING BREAK-UP FEE; AND (F) GRANTING RELATED RELIEF; **AND RESCHEDULING FINAL HEARING ON THE MOTION (A) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING AND (B) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL** |
| | [Relates to Docket Nos. 142, 153, 164] |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

This matter came before the Court on the request of the above-captioned debtor and debtor in possession (the "Debtor") to extend a deadline and the scheduling of a hearing relating to the pending sale of assets of the Debtor.  The Court has been advised by Counsel for the Debtor that (a) the auction of the Debtor's assets was held on July 13, 2016, but not completed, and is being continued, and should be completed, on July 14, 2016; and (b) Promise Hospital of East Los Angeles, L.P. (the Stalking Horse Bidder), the Official Committee of Unsecured Creditors appointed in this Case by the United States Trustee, as well as RollinsNelson Grp (sic), LLC, Sycamore Healthcare Services, LLC, Roxbury Healthcare Services, LLC, and Harbor-Gardens Capital I, LLC (collectively, the last four entities are generally referred to as the "Prepetition Secured Creditors") have been informed of the Debtor's request and have no objections to extending the deadline and continuing the hearing.  After due deliberation, the Court, having determined that the relief requested by the Debtor with respect to proposed bid and sale procedures is in the best interests of the Debtor, its estate, and its creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Court's *Order (A) Approving Procedures In Connection With The Sale Of Certain Of The Debtor's Assets; (B) Scheduling The Related Auction And Hearing To Consider Approval Of Sale; (C) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases; (D) Approving The Form And Manner Of Notice Thereof; (E) Approving Break-Up Fee; And (F) Granting Related Relief,* entered on July 6, 2016 [Docket No. 153] (the "Bid Procedures Order") is hereby amended as follows:

2. The Sale Hearing shall be held on July 20, 2016 at 10:00 a.m. (prevailing Pacific Time) before this Court;

3. Any objections to the Sale must be filed with the Court and served as required in the Bid Procedures Order, on or before 4:00 p.m. (prevailing Pacific Time) on July 16 ~~18~~, 2016;

4. If any counterparty to an Assumed Executory Contract wishes to file an Assumption Objection as defined in the Bid Procedures Order, such counterparty must file and

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100285430\V-4

1  serve it so as to be actually received by the Notice Parties as defined in the Bid Procedures Order

2  by no later than 4:00 p.m. ~~12:00 p.m.~~ (prevailing Pacific Time) on July 16 ~~18~~, 2016;

3      5.    The Final Hearing on the Motion (A) Authorizing the Debtor to Obtain Post-

4  Petition Financing and (B) Authorizing the Debtor to Use Cash Collateral ("Financing Motion")

5  is rescheduled from July 18, 2016 at 11:00 a.m. to July 20, 2016 at 10:00 a.m., to take place

6  concurrently with the Sale Hearing.

7      6.    The Debtor shall immediately serve a copy of this Order by facsimile or overnight

8  mail on Procedures Notice Parties as described in the Bid Procedures Order. The Debtor shall

9  immediately provide notice of the continued hearing on the Financing Motion, by first-class mail,

10  to parties who are not Procedures Notice Parties but who are entitled to notice of the Final

11  Hearing on the Financing Motion, if any. The Debtor shall file a proof of service establishing that

12  service was accomplished in accordance with this Order by no later than July 16, 2016.

###

Date: July 14, 2016

Ernest M. Robles
United States Bankruptcy Judge

- 3 -

100285430\V-4