FILED & ENTERED

JUL 15 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>ORDER AMENDING COURT'S PREVIOUS ORDER (A) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS; (B) SCHEDULING THE RELATED AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE; (C) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (E) APPROVING BREAK-UP FEE; AND (F) GRANTING RELATED RELIEF; AND RESCHEDULING FINAL HEARING ON THE MOTION (A) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING AND (B) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL<br><br>[Relates to Docket Nos. 142, 153, 164] |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1   This matter came before the Court on the request of the above-captioned debtor and
2   debtor in possession (the "Debtor") to extend a deadline and the scheduling of a hearing relating
3   to the pending sale of assets of the Debtor.  The Court has been advised by Counsel for the
4   Debtor that (a) the auction of the Debtor's assets commenced July 13, 2016 and continued on July
5   14, 2016, for a total of approximately 20 hours, with significant improvement in the value to be
6   received for the Estate and three qualified bidders still participating in the auction, but that the
7   auction is not yet complete and has been continued to July 18, 2016, commencing at 10:00 a.m.
8   Pacific Time; and (b) the Official Committee of Unsecured Creditors (the "Committee"), as well
9   as the remaining bidders (which includes Harbor-Gardens Capital I, LLC, one of the Prepetition
10  Secured Creditors), have been informed of the Debtor's request and have no objections to
11  extending the deadline and continuing the hearing.  Additionally, the Court has been advised by
12  Counsel for the Debtor that it requests additional procedures be added to the Bid Procedures
13  Order to allow for a process to finish the auction (and that the Committee and one of the bidders
14  supports this modification, although the other two bidders do not).   After due deliberation, the
15  Court, having determined that the relief requested by the Debtor with respect to proposed bid and
16  sale procedures is in the best interests of the Debtor, its estate, and its creditors; and good and
17  sufficient cause having been shown;
18      IT IS HEREBY ORDERED THAT:
19      1.  The Court's *Order (A) Approving Procedures In Connection With The Sale Of*
20  *Certain Of The Debtor's Assets; (B) Scheduling The Related Auction And Hearing To Consider*
21  *Approval Of Sale; (C) Approving Procedures Related To The Assumption Of Certain Executory*
22  *Contracts And Unexpired Leases; (D) Approving The Form And Manner Of Notice Thereof; (E)*
23  *Approving Break-Up Fee; And (F) Granting Related Relief,* entered on July 6, 2016 [Docket No.
24  153] (the "Bid Procedures Order") is hereby amended as follows:
25      2.  The Sale Hearing shall be held on July 26 ~~22~~, 2016 at  10:00 a.m. (prevailing
26  Pacific Time) before this Court;
27      3.  Any objections to the Sale must be filed with the Court and served as required in
28  the Bid Procedures Order, on or before 4:00 p.m. (prevailing Pacific Time) on July 22 ~~20~~, 2016;

- 2 -

100285430\V-4

1      4.      If any counterparty to an Assumed Executory Contract wishes to file an

2  Assumption Objection as defined in the Bid Procedures Order, such counterparty must file and

3  serve it so as to be actually received by the Notice Parties as defined in the Bid Procedures Order

4  by no later than 4:00 p.m. ~~12:00 p.m.~~ (prevailing Pacific Time) on July 22 ~~20~~, 2016;

5      5.      The final hearing on the Motion (A) Authorizing the Debtor to Obtain Post-

6  Petition Financing and (B) Authorizing the Debtor to Use Cash Collateral ("Financing Motion")

7  shall be held on July 26 ~~22~~, 2016, at 10:00 a.m., to take place concurrently with the Sale Hearing.

8  Opposition to the Financing Motion must be filed and served on or before 4:00 p.m. on July 22,

9  2016 (prevailing Pacific Time).

10      ~~6.      The Bid Procedures Order is hereby amended to include the following text: "The~~

11  ~~Debtor, with the agreement of a majority of the remaining qualified bidders, may require the~~

12  ~~bidders to submit sealed, best, and final bids."~~

13      7.      The Debtor must conclude the auction by July 19, 2016, at 11:00 p.m.

14      8.      By no later than July 20, 2016, the Debtor shall submit a report on the results of

15  the auction, further briefing explaining why the auction results should be approved by the Court,

16  and further briefing in support of the Financing Motion. The report on the results of the auction

17  should provide an estimate as to the closing date of the sale; provide an itemization of the assets

18  that were sold; and provide an itemization of the assets that were offered for sale but did not sell,

19  if any. The briefing in support of the Financing Motion should explain the Debtor's continuing

20  need for financing in the event the asset sale is approved.

21      9.      The Debtor shall immediately serve a copy of this Order by facsimile or overnight

22  mail on Procedures Notice Parties as described in the Bid Procedures Order.  The Debtor shall

23  immediately provide notice of the continued hearing on the Financing Motion, by first-class mail,

24  to parties who are not Procedures Notice Parties but who are entitled to notice of the Final

25  Hearing on the Financing Motion, if any.  The Debtor shall file a proof of service establishing that

26  service was accomplished in accordance with this Order by no later than July 18, 2016.

27

28

100285430\V-4

# # #

Date: July 15, 2016

Ernest M. Robles
United States Bankruptcy Judge

100285430\V-4