

**FILED & ENTERED**

**AUG 16 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Gardens Regional Hospital and Medical Center, Inc.,<br>Debtor. | Case No.:  2:16-bk-17463-ER<br><br>Chapter:  11<br>**ORDER GRANTING MOTION OF DEBTOR TO EMPLOY WILSHIRE PACIFIC CAPITAL ADVISORS**<br><br>Date:       August 15, 2016<br>Time:      10:00 a.m.<br>Location: Courtroom 1568<br>                Roybal Federal Building<br>                255 East Temple Street<br>                Los Angeles, CA 90012 |

For the reasons set forth in the Court's tentative ruling [Doc. No. 316], which the Court adopts as its final ruling, the Court HEREBY ORDERS as follows:

1) The Debtor's Application to Employ Wilshire Pacific Capital Advisors as Financial Advisors, Nunc Pro Tunc ("Motion") [Doc. No. 134] is GRANTED in its entirety.
2) The Court approves the employment of Wilshire Pacific Capital Advisors ("WPCA") on the terms proposed in the Motion, pursuant to §§327(a) and 328(a). WPCA's employment is effective as of the date of the petition.
3) WPCA shall seek approval of its compensation pursuant to §328(a).

IT IS SO ORDERED.

###

Date: August 16, 2016

Ernest M. Robles
United States Bankruptcy Judge