1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  Dare Law, State Bar No. 155714
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Boulevard, Suite 1850
5  Los Angeles, California 90017-3560
   (213) 894-4925 telephone
6  (213) 894-2603 facsimile
   Email: dare.law@usdoj.gov
7

8              UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

10

11 | In re:                                      ) Case No.: 2:16-bk-17463-ER
                                                 )
12 | GARDENS REGIONAL HOSPITAL AND                ) Chapter 11
   | MEDICAL CENTER, INC., dba GARDENS            )
13 | REGIONAL HOSPITAL AND MEDICAL                ) AMENDED NOTICE OF APPOINTMENT
   | CENTER,                                      ) AND APPOINTMENT OF TWO
14 |                                              ) ADDITIONAL MEMBERS TO THE
   |         Debtor.                              ) COMMITTEE OF CREDITORS HOLDING
15 |                                              ) UNSECURED CLAIMS
                                                 )
16                                               )

17        Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

18 two (2) additional Creditors to serve on the Committee of Creditors holding unsecured claims:

19                         SEE ATTACHED EXHIBIT A

20      The Official Committee of unsecured creditors now consists of the following members:

21                         SEE ATTACHED EXHIBT B

22

23 DATED: August 23, 2016        PETER C. ANDERSON
                                 UNITED STATES TRUSTEE
24

25

26                               By: _____
                                     Jill M. Sturtevant
27                                   Assistant United States Trustee

28

                                         1

# EXHIBIT A

EXHIBIT A

| | |
|---|---|
| 1 | **EXHIBIT "A"** |
| 2 | In re: GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.; 2:16-bk-17463-ER |

Creditor and Committee Member
Spine Surgical Implants, Inc.
Andy Navid
9445 Fairway View Place
Rancho Cucamonga, CA 91730
Telephone: (909) 484-2328
Fax: (949) 723-7601
Email: AndyNavid@yahoo.com

Attorney for Spine Surgical Implants, Inc. for Notice Only
Stephen A. Madoni
Law Office of Stephen A. Madoni
3700 Newport Blvd., Suite 206
Newport Beach, CA 92663
Telephone: (949) 723-7600
Fax: (949) 723-7601
Email: Stevemadoni@aol.com

Creditor and Committee Member
Gardena Hospital, L.P.
1145 W Redondo Beach Blvd
Gardens, CA 90247
Attn: Kathy Wojno, CEO
Telephone: (310) 538-6500
Fax: (310) 510-6729
Email: bwhitman@avantihospitals.com

Attorney for Gardena Hospital LP for Notice Only
Karl E. Block
Loeb & Loeb
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Fax: (310) 510-6729
Email: Kblock@loeb.com

# EXHIBIT B

# EXHIBIT B

**EXHIBIT "B"**

In re: GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.; 2:16-bk-17463-ER

Committee Members

Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017
Telephone: (614) 533-3125
Email: rob.speeney@cardinalhealth.com

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, #721
Sausalito, CA 94965
Telephone: (415) 227-3585
Email: rzadek@buchalter.com

Andy Navid
Spine Surgical Implants, Inc.
9445 Fairway View Place
Rancho Cucamonga, CA 91730
Telephone: (909) 484-2328
Email: AndyNavid@yahoo.com

Attorney for Spine Surgical Implants, Inc. for Notice Only
Stephen A. Madoni
Law Office of Stephen A. Madoni
3700 Newport Blvd., Suite 206
Newport Beach, CA 92663
Telephone: (949) 723-7600
Email: Stevemadoni@aol.com

Attn: Kathy Wojno, CEO
Gardena Hospital, L.P.
1145 W Redondo Beach Blvd
Gardens, CA 90247
Telephone: (310) 538-6500
Email: bwhitman@avantihospitals.com

3

1 | Attorney for Gardena Hospital LP for Notice Only
Karl E. Block
2 | Loeb & Loeb
10100 Santa Monica Blvd., #2200
3 | Los Angeles, CA 90067
Telephone: (310) 282-2000
4 | Email: Kblock@loeb.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF TWO ADDITIONAL MEMBERS TO THE COMMITTEE OF CREIDTORS HOLDING UNSECURED CLAIMS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/23/16**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **8/23/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTOR: Gardens Regional Hospital and Medical Center, Inc., 21530 South Pioneer Boulevard, Hawaiian Gardens, CA 90716
Spine Surgical Implants, Inc.; Andy Navid, 9445 Fairway View Place, Rancho Cucamonga, CA 91730
Stephen A. Madoni, Law Office of Stephen A. Madoni, 3700 Newport Blvd, Suite 206, Newport Beach, CA 92663
Gardena Hospital, L.P.; 1145 W Redondo Beach Blvd, Gardens, CA 90247
Karl E. Block; Loeb & Loeb, 10100 Santa Monica Blvd., #2200, Los Angeles, CA 90067
Rob Speeney; Cardinal Health 200, LLC, 7000 Cardinal Place, Dublin, OH 43017
Robert Zadek; Lenders Funding, LLC; 1001 Bridgeway, #721, Sausalito, CA 94965

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **8/23/2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/23/16 | Helen Cruz | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
- Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Eve H Karasik    ehk@lnbyb.com
- Yi S Kim    ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
- Gary E Klausner    gek@lnbyb.com
- Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Wendy A Loo    wendy.loo@lacity.org
- Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
- Howard N Madris    hmadris@madrislaw.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com
- Benjamin Nachimson    ben.nachimson@wnlawyers.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
- Benjamin Seigel    bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Wayne R Terry    wterry@hemar-rousso.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov;dare.law@usdoj.gov; queenie.k.ng@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE