**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Local Co-Counsel to the Official
Committee of Unsecured Creditors of Gardens
Regional Hospital and Medical Center

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] <br><br> Debtor. | Chapter 11 <br><br> **LOBEL WEILAND GOLDEN FRIEDMAN LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 5, 2016 - AUGUST 31, 2016** <br><br> [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE:**

1.     Lobel Weiland Golden Friedman LLP (the "Firm") submits its Monthly Fee Application (the "Application) for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period July 5, 2016 – August 31, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307.  The Debtor's mailing address is:  21530 Pioneer Blvd., Hawaiian Gardens, California 90726.

*Lobel Weiland Golden Friedman LLP*
*650 Town Center Drive, Suite 950*
*Costa Mesa, California 92626*
*Tel 714-966-1000  Fax 714-966-1002*

(the "Committee") of Gardens Regional Hospital and Medical Center (the "Debtor").  In support of the Application, the Firm respectfully represents as follows:

2.       The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.       The Firm billed a total of $68,860.03 in fees and expenses during the Application Period.  For this engagement the Firm reduced to $450 the hourly rates of all of its billers whose normal hourly rates are above $450, which resulted in a blended hourly rate of $419.61 for this Application Period.  The total fees represent 157.30 hours expended during Application Period.  These fees and expenses are itemized as follows:

| Period | Hours | Fees | Expenses | Total |
|--------|-------|------|----------|-------|
| 7/5/16 – 7/31/16 | 143.10 | $60,875.00 | $2,855.03 | $63,730.03 |
| 8/1/16 – 8/31/16 | 14.20 | $ 5,130.00 | N/A | $ 5,130.00 |
| Total | 157.30 | $66,005.00 | $2,855.03 | $68,860.03 |

4.       Accordingly, the Firm seeks allowance of interim compensation in the amount of $55,659.03 at this time.  This total is comprised as follows:  $52,804.00 (80% of the fees for services rendered) plus $2,855.03 (100% of the expenses incurred).  To the extent that the combined fees of the Firm, Sills Cummis & Gross P.C., and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee) exceed the $50,000 per month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000 per month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the firm's fees for the Application Period deferred as set forth in its retention application.

5.       The Firm has not been paid any amounts in this case to date.

6.       Other than the amounts owed pursuant to this Application, the Firm is not owed any amounts.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

7.    Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the Application Period, and the actual and adjusted hourly rate for each such professional.  Attached hereto as **Exhibit B** is the Firm's July 2016 billing statement.  Attached hereto as **Exhibit C** is the Firm's August 2016 billing statement.

8.    The Firm has served a copy of this Application on the Office of the United States Trustee, the Debtor, counsel to the Debtor, and co-counsel to the Committee.  The Application was served either by ECF or by first class mail, postage prepaid, on or about September 26, 2016.

9.    Notice of the filing of this Application will be served on the foregoing parties as well as any party that has requested special notice in this chapter 11 case as of the date the Notice was served on September 27, 2016.

10.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

11.    The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1    **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to

2    the Firm as requested herein pursuant to and in accordance with the terms of the *Order*

3    *Authorizing Interim Fee Procedures* and prior orders of this Court.

4                                                          Respectfully submitted,

5    Dated:  September 26, 2016               LOBEL WEILAND GOLDEN FRIEDMAN LLP

6
                                                          By: _____
7                                                                Jeffrey I. Golden,
                                                                 Co-Counsel for the Official Committee of
8                                                                Unsecured Creditors

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

# EXHIBIT A

# EXHIBIT A

| Professional | Actual Hourly Rate | Adjusted Hourly Rate |
|---|---|---|
| Jeffrey I. Golden, Attorney | $750 | $450 |
| William N. Lobel, Attorney | $850 | $450 |
| Beth E. Gaschen, Attorney | $550 | $450 |
| Nancy P.F. Lockwood, Paralegal | $250 | $250 |
| Claudia Yoshonis, Paralegal | $250 | $250 |
| Cynthia B. Meeker, Paralegal | $250 | $250 |
| Kelly Adele, Paralegal | $250 | $250 |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1087567.1

MONTHLY FEE APPLICATION

# EXHIBIT B

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
**650 TOWN CENTER DRIVE - SUITE 950**
**COSTA MESA, CALIFORNIA 92626**
**TELEPHONE: 714-966-1000**
**FEDERAL TAX I.D. 47-1879250**

SEPTEMBER 1, 2016

OFFICIAL COMMITEE OF UNSECURED CREDITORS                    OUR FILE:  OCC01.0060


RE:    GARDENS REGIONAL HOSPITAL AND MEDICAL
       CENTER, INC.
       INVOICE # 772
       RESPONSIBLE ATTY:  JEFFREY GOLDEN

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JULY 31, 2016

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/05/16 | JIG | ANALYSIS OF BYLAWS AND COMMITTEE STRUCTURAL ISSUES | 0.70 | @450 | 315.00 |
| 07/05/16 | JIG | REVIEW OF OPERATION REPORTS AND SALES INFO | 0.60 | @450 | 270.00 |
| 07/06/16 | CMY | PREPARATION OF APPLICATION FOR ADMISSION PRO HAC VICE FOR ANDREW SHERMAN | 0.80 | @250 | 200.00 |
| 07/06/16 | BEG | REVIEW AND ANALYSIS OF TERMS OF EMPLOYMENT FOR APPLICATION | 0.20 | @450 | 90.00 |
| 07/06/16 | CBM | PREPARATION OF COMMITTEE'S APPLICATION TO EMPLOY LWGF AS CO-COUNSEL | 1.50 | @250 | 375.00 |
| 07/06/16 | CBM | PREPARATION OF APPLICATION TO EMPLOY LWGF AS CO-COUNSEL | 1.10 | @250 | 275.00 |
| 07/06/16 | CBM | PREPARATION OF E-MAIL TO ANDREW SHERMAN RE LWGF DRAFT APPLICATION AND FORM STATEMENT OF DISINTERESTEDNESS | 0.10 | @250 | 25.00 |
| 07/06/16 | JIG | REVIEW AND ANALYSIS OF SALE AND FINANCE MOTION | 1.90 | @450 | 855.00 |
| 07/06/16 | JIG | CONFERENCE WITH AS RE SALE AND BID | 0.20 | @450 | 90.00 |
| 07/06/16 | JIG | CONFERENCE CALL WITH DIP AND IB RE SALE AND FINANCE | 0.70 | @450 | 315.00 |
| 07/06/16 | JIG | ANALYSIS OF DOCUMENTS AND PREPARATION RE SALE HEARING | 1.70 | @450 | 765.00 |
| 07/06/16 | JIG | STRATEGIZE RE BIG PICTURE IN CASE AND CLAIMS BY INSIDERS | 2.10 | @450 | 945.00 |
| 07/07/16 | JIG | REVIEW OF PLEADINGS AND DOCUMENTS | 2.50 | @450 | 1,125.00 |
| 07/07/16 | JIG | CONFERENCE CALL WITH ANDREW SHERMAN RE STATUS AND STRATEGY | 0.20 | @450 | 90.00 |

PAGE 2
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JULY 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/16 | JIG | CONFERENCE CALL WITH DEBTORS COUNSEL | 0.30 | @450 | 135.00 |
| 07/07/16 | JIG | PREPARATION RE AUCTION | 0.70 | @450 | 315.00 |
| 07/07/16 | JIG | ANALYSIS OF SECURED CREDITOR POSITIONS AND PRIORITIES | 1.90 | @450 | 855.00 |
| 07/07/16 | CBM | PREPARATION OF NOTICE OF COMMITTEE'S APPLICATION TO EMPLOY LWGF AS CO-COUNSEL | 1.00 | @250 | 250.00 |
| 07/07/16 | CBM | PREPARATION OF E-MAIL TO ANDREW SHERMAN RE RETENTION FORMS | 0.10 | @250 | 25.00 |
| 07/07/16 | CBM | PREPARATION OF E-MAIL TO LUCAS HAMMONDS AND BORIS MANKOVETSKIY RE RETENTION FORMS | 0.10 | @250 | 25.00 |
| 07/07/16 | CBM | PREPARATION OF J. GOLDEN STATEMENT OF DISINTERESTEDNESS | 0.60 | @250 | 150.00 |
| 07/08/16 | JIG | ANALYSIS OF CURRENT PROPOSED BIDS | 0.60 | @450 | 270.00 |
| 07/08/16 | JIG | RESEARCH RE CLAIMS ASSIGNMENT MOTION | 1.30 | @450 | 585.00 |
| 07/08/16 | JIG | PREPARATION RE AUCTION AND REVIEW OF BIDS AND VARIABLES BEING USED FOR DIFFERENT FACTORS AND CONFERENCES RE SAME | 3.40 | @450 | 1,530.00 |
| 07/11/16 | NL | RESEARCH AND ANALYSIS OF ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 2.40 | @250 | 600.00 |
| 07/11/16 | JIG | REVIEW OF EMPLOYMENT APPLICATION ISSUES | 0.40 | @450 | 180.00 |
| 07/11/16 | JIG | REVIEW OF SALE AND FINANCING MOTION | 2.80 | @450 | 1,260.00 |
| 07/11/16 | JIG | RESEARCH RE ABILITY TO SELL CLAIMS | 1.90 | @450 | 855.00 |
| 07/11/16 | JIG | CONFERENCE WITH SAM RE PROTOCOL AND STRATEGY | 0.50 | @450 | 225.00 |
| 07/11/16 | JIG | PREPARATION RE SALE OPPOSITION | 0.50 | @450 | 225.00 |
| 07/11/16 | JIG | COMMITTEE MEETING | 0.20 | @450 | 90.00 |
| 07/11/16 | CBM | PREPARATION OF LWGF EMPLOYMENT APPLICATION | 1.00 | @250 | 250.00 |
| 07/11/16 | CBM | PREPARATION OF NOTICE OF APPLICATION TO EMPLOY LWGF | 0.90 | @250 | 225.00 |
| 07/11/16 | CBM | PREPARATION OF J. GOLDEN STATEMENT OF DISINTERESTEDNESS | 0.60 | @250 | 150.00 |
| 07/11/16 | NL | CONFER WITH C. GREEN REGARDING ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 0.20 | @250 | 50.00 |

PAGE 3
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JULY 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE: OCC01.0060

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/16 | NL | E-MAILS TO C. GREEN REGARDING ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 0.20 | @250 | 50.00 |
| 07/12/16 | NL | RESEARCH AND ANALYSIS OF REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 1.20 | @250 | 300.00 |
| 07/12/16 | NL | REVIEW ALL UCC LIENS AND JUDGMENTS RECORDED AGAINST GARDENS REGIONAL HOSPITAL AND MEDICAL AND TRI-CITY REGIONAL | 2.20 | @250 | 550.00 |
| 07/12/16 | NL | DRAFT EMAIL TO J. GOLDEN REGARDING ADVERSE FILINGS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL | 0.10 | @250 | 25.00 |
| 07/12/16 | JIG | REVIEW SPREADSHEETS RE COMPARISON RE AUCTION | 0.90 | @450 | 405.00 |
| 07/12/16 | JIG | PREPARATION RE AUCTION | 1.90 | @450 | 855.00 |
| 07/12/16 | JIG | CONFERENCE WITH HARBOR, KARL BOCK | 1.20 | @450 | 540.00 |
| 07/12/16 | JIG | CONFERENCE WITH COMMITTEE | 0.20 | @450 | 90.00 |
| 07/12/16 | JIG | CONFERENCE RE AUCTION STRATEGY AND CLAIMS ISSUES | 0.30 | @450 | 135.00 |
| 07/12/16 | JIG | REVIEW OF PLEADINGS AND DOCUMENTS | 2.80 | @450 | 1,260.00 |
| 07/12/16 | CBM | PREPARATION OF LWGF NOTICE OF EMPLOYMENT | 0.40 | @250 | 100.00 |
| 07/12/16 | CBM | PREPARATION OF J. GOLDEN STATEMENT OF DISINTERESTEDNESS | 0.40 | @250 | 100.00 |
| 07/12/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE DRAFT LWGF EMPLOYMENT DOCUMENTS | 0.10 | @250 | 25.00 |
| 07/12/16 | NL | CONFER WITH FIRST AMERICAN TITLE REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/12/16 | NL | REVIEW AND REPLY TO MULTIPLE EMAILS FROM FIRST AMERICAN TITLE REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/12/16 | NL | CONFER WITH C. GREEN REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/12/16 | NL | REVIEW AND REPLY TO EMAIL FROM C. GREEN REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |

PAGE 4
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JULY 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/16 | NL | PREPARATION OF SPREADSHEET REGARDING ALL UCC LIENS AND JUDGMENTS RECORDED AGAINST GARDENS REGIONAL HOSPITAL AND MEDICAL AND TRI-CITY REGIONAL | 0.90 | @250 | 225.00 |
| 07/13/16 | NL | REVIEW AND REPLY TO EMAIL FROM FIRST AMERICAN TITLE REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/13/16 | JIG | STRATEGIZE RE AUCTION | 1.10 | @450 | 495.00 |
| 07/13/16 | JIG | ATTENDANCE AT AUCTION FOR SALE OF ASSETS; NEGOTIATIONS; MULTIPLE CONFERENCES RE SAME | 15.00 | @450 | 6,750.00 |
| 07/13/16 | JIG | CONFERENCE RE AUCTION STRATEGY | 0.50 | @450 | 225.00 |
| 07/13/16 | CBM | PREPARATION OF LWGF EMPLOYMENT APPLICATION | 0.30 | @250 | 75.00 |
| 07/13/16 | KA | PREPARE APPLICATION AND NOTICE TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP, APPLICATION TO EMPLOY SILLS CUMMIS, STATEMENT OF RESERVATION OF RIGHTS REGARDING DEBTOR'S MEMORANDUM FOR EFILING; EFILE SAME | 0.40 | @250 | 100.00 |
| 07/13/16 | NL | CONFER WITH C. GREEN REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.20 | @250 | 50.00 |
| 07/13/16 | NL | DRAFT EMAIL TO J. GOLDEN REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/13/16 | NL | CONFER WITH B. HARRIS OF FIRST AMERICAN TITLE REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.20 | @250 | 50.00 |
| 07/14/16 | JIG | ATTENDANCE AT AUCTION | 14.90 | @450 | 6,705.00 |
| 07/14/16 | JIG | CONFERENCE RE AUCTION EVENTS | 0.20 | @450 | 90.00 |
| 07/15/16 | BEG | REVIEW AND ANALYSIS OF BID OUTCOME FROM SECOND DAY OF AUCTION | 0.10 | @450 | 45.00 |
| 07/15/16 | BEG | REVIEW AND ANALYSIS OF 363N ISSUE | 0.10 | @450 | 45.00 |
| 07/15/16 | JIG | CONFERENCE RE OPPOSITION AND STRATEGY WITH ANDREW SHERMAN | 0.30 | @450 | 135.00 |
| 07/15/16 | JIG | REVIEW OF AGREEMENTS WITH SYCAMORE AND ROXBURY | 0.90 | @450 | 405.00 |
| 07/15/16 | JIG | ANALYSIS OF VOID ABILITY OF AGREEMENTS AND RELEASES | 2.90 | @450 | 1,305.00 |
| 07/17/16 | JIG | PREPARE FOR AUCTION | 2.00 | @450 | 900.00 |
| 07/18/16 | BEG | REVIEW AND ANALYSIS OF INFORMATION ON AUCTION STATUS | 0.50 | @450 | 225.00 |
| 07/18/16 | JIG | ATTENDANCE AT AUCTION | 9.50 | @450 | 4,275.00 |

PAGE 5
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JULY 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 07/18/16 | JIG | CONFERENCE WITH CO-COUNSEL RE STRATEGY | 0.20 | @450 | 90.00 |
| 07/18/16 | JIG | STRATEGIZE RE PROMISE | 0.70 | @450 | 315.00 |
| 07/18/16 | JIG | STRATEGIZE RE BIDDING ISSUES | 0.40 | @450 | 180.00 |
| 07/18/16 | JIG | STRATEGIZE RE OPPOSITION TO PROPOSAL TO PURCHASE CLAIMS AND RESEARCH RE ACQUISITION OF CLAIMS/ CURRY & SORENSON | 0.90 | @450 | 405.00 |
| 07/18/16 | BEG | REVIEW AND ANALYSIS OF EMAIL RE CONCERN AS TO OVERBIDS | 0.10 | @450 | 45.00 |
| 07/18/16 | JIG | ANALYSIS OF OVERBID ISSUES AND PREPARE FOR AUCTION | 0.80 | @450 | 360.00 |
| 07/19/16 | BEG | REVIEW AND ANALYSIS OF STATUS OF BIDS | 0.10 | @450 | 45.00 |
| 07/19/16 | BEG | REVIEW AND ANALYSIS OF BID | 0.10 | @450 | 45.00 |
| 07/19/16 | JIG | ATTENDANCE AT AUCTION | 15.40 | @450 | 6,930.00 |
| 07/20/16 | BEG | REVIEW AND ANALYSIS OF BID UPDATE AND SUCCESSSFUL BID AT AUCTION; RESERVATION OF RIGHTS PLACED ON RECORD | 0.20 | @450 | 90.00 |
| 07/20/16 | JIG | REVIEW OF PLEADINGS RE SALE | 1.50 | @450 | 675.00 |
| 07/20/16 | JIG | REVIEW OF ISSUES RE OPERATIONS AND FINANCIALS | 0.60 | @450 | 270.00 |
| 07/20/16 | JIG | REVIEW AND ANALYSIS OF PROPOSED APA | 2.50 | @450 | 1,125.00 |
| 07/20/16 | JIG | CONFERENCE WITH ERIC RE ADMINS FOR PROJECTIONS | 0.20 | @450 | 90.00 |
| 07/20/16 | JIG | ATTENDANCE AT COMMITTEE MEETING | 0.90 | @450 | 405.00 |
| 07/21/16 | BEG | REVIEW AND ANALYSIS OF EXCHANGE RE CALL TO DISCUSS PSA | 0.10 | @450 | 45.00 |
| 07/21/16 | JIG | NEGOTIATIONS OVER APA AND MANAGEMENT AGREEMENT | 2.50 | @450 | 1,125.00 |
| 07/22/16 | BEG | REVIEW AND ANALYSIS OF BACKGROUND FACTS | 0.10 | @450 | 45.00 |
| 07/22/16 | BEG | REVIEW AND ANALYSIS OF DEBTOR'S REPORT ON AUCTION | 0.10 | @450 | 45.00 |
| 07/22/16 | JIG | PREPARATION RE SALE HEARING AND NEGOTIATIONS RE SALE AGREEMENT AND CLAIM ISSUE | 1.90 | @450 | 855.00 |
| 07/22/16 | JIG | REVIEW AND ANALYSIS AND STRATEGIZE RE APA | 1.80 | @450 | 810.00 |
| 07/22/16 | JIG | REVIEW OF MANAGEMENT AGREEMENT ISSUES | 1.30 | @450 | 585.00 |
| 07/24/16 | WNL | TELEPHONE CONFERENCE WITH JEFF GOLDEN RE INTERIM MANAGEMENT AGREEMENT ANDD RELATED ISSUES | 0.30 | @450 | 135.00 |
| 07/24/16 | WNL | REVIEW CORRESPONDENCE REGARDING POST SALE DISBURSING AGENT | 0.10 | @450 | 45.00 |

PAGE 6
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JULY 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/25/16 | WNL | REVIEW DRAFT INTERIM MANAGEMENT AGREEMENT | 0.40 | @450 | 180.00 |
| 07/25/16 | WNL | REVIEW DRAFT SALE ORDER | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF EMAIL RE WITHDRAWAL OF OFFER TO PURCHASE CLAIMS | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF PROPOSED SALE ORDER | 0.20 | @450 | 90.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF EXPENSES INCURRED BY ATTORNEYS FOR DIP LENDER AND A/R AUDITOR | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF ORDER ON DIP LENDING | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF PROGRESS MADE ON MANAGEMENT AGREEMENT | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF APA AND SCHEDULES | 0.10 | @450 | 45.00 |
| 07/25/16 | WNL | TELEPHONE CONFERENCE WITH JEFF GOLDEN RE: COMMENTS ON DRAFT MANAGEMENT AGGREEMENT | 0.20 | @450 | 90.00 |
| 07/25/16 | JIG | REVIEW PLEADINGS RE MANAGEMENT AGREEMENT | 0.50 | @450 | 225.00 |
| 07/25/16 | JIG | REVIEW OF DOCUMENTS AND PLEADINGS REGARDING SALE/SETTLEMENT | 0.20 | @450 | 90.00 |
| 07/26/16 | JIG | ATTENDANCE AT SALE HEARING | 5.10 | @450 | 2,295.00 |
| 07/26/16 | JIG | PREPARATION RE SALE HEARING | 1.50 | @450 | 675.00 |
| 07/26/16 | JIG | MEETINGS RE SALE AND STRATEGY | 1.50 | @450 | 675.00 |
| 07/27/16 | JIG | REVIEW OF ORDER AND CHANGES AND CONFERENCE RE SAME | 0.80 | @450 | 360.00 |
| 07/27/16 | JIG | STRATEGIZE RE LITIGATION AND LIQUIDATION GOING FORWARD | 0.30 | @450 | 135.00 |
| 07/27/16 | JIG | STRATEGIZE RE POST HOSPITAL CLOSING ISSUES ANALYSIS | 0.60 | @450 | 270.00 |
| 07/30/16 | JIG | REVIEW OF PLEADINGS RE SALE AND RELATED TRANSACTIONS | 0.20 | @450 | 90.00 |

## SUMMARY OF SERVICES

| | | | | | |
|---|---|---|---|---|---|
| BEG | BETH E. GASCHEN | 2.40 hr | @ 450.00 | $ | 1080.00 |
| CBM | CYNTHIA B. MEEKER | 8.20 hr | @ 250.00 | $ | 2050.00 |
| CMY | CLAUDIA YOSHONIS | 0.80 hr | @ 250.00 | $ | 200.00 |
| JIG | JEFFREY I. GOLDEN | 122.00 hr | @ 450.00 | $ | 54900.00 |
| KA | KELLY ADELE | 0.40 hr | @ 250.00 | $ | 100.00 |
| NL | NANCY P.F. LOCKWOOD | 8.20 hr | @ 250.00 | $ | 2050.00 |
| WNL | WILLIAM N. LOBEL | 1.10 hr | @ 450.00 | $ | 495.00 |

TOTAL PROFESSIONAL SERVICES             143.10          $ 60,875.00

PAGE 7
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JULY 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11/16 | WESTLAW ONLINE RESEARCH CHARGES RE ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 676.50 |
| 07/11/16 | WESTLAW ONLINE RESEARCH CHARGES RE REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 365.26 |
| 07/12/16 | WESTLAW ONLINE RESEARCH CHARGES RE ALL UCC LIENS AND JUDGMENTS RECORDED AGAINST GARDENS REGIONAL HOSPITAL AND MEDICAL AND TRI-CITY REGIONAL | 460.02 |
| 07/22/16 | WESTLAW ONLINE RESEARCH CHARGES | 338.25 |
| 07/26/16 | ATTORNEY/MESSENGER SERVICE CHARGES ADVANCE FEES OF 325.00 PLUS MESSENGER SERVICES FOR COURT FILING | 507.50 |
| 07/27/16 | ATTORNEY/MESSENGER SERVICE CHARGES FOR ADVANCE FEES FOR ADDITIONAL FILING $325.00 AND MESSENGER FEES FOR COURT FILING | 507.50 |

| | | |
|---|---|---|
| | TOTAL COSTS AND DISBURSEMENTS | $ 2,855.03 |

TOTAL CURRENT CHARGES                                                  $ 63,730.03

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $     0.00 |
| TOTAL CURRENT CHARGES | 63,730.03 |
| LESS PAYMENTS AND CREDITS | 0.00 |

BALANCE DUE AND PAYABLE UPON RECEIPT                    $ 63,730.03

THIS INVOICE IS DUE AND PAYABLE IN FULL UPON DELIVERY.  IF NOT PAID WITHIN 30 DAYS OF DELIVERY, THIS INVOICE WILL BE DEEMED DELINQUENT AND WILL THEREAFTER BEAR INTEREST AT A DEFAULT RATE OF 1.50% PER MONTH, COMPOUNDED MONTHLY.  THE CLIENT MUST GIVE WRITTEN NOTICE TO THE FIRM OF ANY DISPUTE REGARDING THIS INVOICE WITHIN 30 DAYS OF DELIVERY, OR THIS INVOICE WILL BE DEEMED APPROVED.  PLEASE CALL US IF YOU HAVE ANY QUESTIONS OR CONCERNS REGARDING THIS INVOICE.  THANK YOU.

# EXHIBIT C

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
**650 TOWN CENTER DRIVE - SUITE 950**
**COSTA MESA, CALIFORNIA 92626**
**TELEPHONE: 714-966-1000**
**FEDERAL TAX I.D. 47-1879250**

SEPTEMBER 1, 2016

OFFICIAL COMMITEE OF UNSECURED CREDITORS                OUR FILE:  OCC01.0060

RE:   GARDENS REGIONAL HOSPITAL AND MEDICAL
      CENTER, INC.
      INVOICE # 772
      RESPONSIBLE ATTY:  JEFFREY GOLDEN

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2016

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/16 | BEG | REVIEW AND ANALYSIS OF LIENS AND UCCS FOUND THROUGH SEARCH | 1.70 | @450 | 765.00 |
| 08/01/16 | NL | REVIEW AND REPLY TO EMAIL FROM K. ADELE REGARDING UCC SEARCH; REVIEW SAME; CONFER WITH K. ADELE REGARDING SAME | 0.20 | @250 | 50.00 |
| 08/01/16 | CBM | PREPARATION OF DECLARATION RE NON-OPPOSITION TO LWGF EMPLOYMENT APPLICATION | 0.60 | @250 | 150.00 |
| 08/01/16 | CBM | PREPARATION OF LWGF PROPOSED EMPLOYMENT ORDER | 0.70 | @250 | 175.00 |
| 08/02/16 | JIG | ATTENDANCE AT IMA HEARING | 0.30 | @450 | 135.00 |
| 08/02/16 | JIG | CONFERENCE WITH JOHN MOE RE OMBUDSMAN | 0.20 | @450 | 90.00 |
| 08/02/16 | JIG | CONFERENCE WITH ANDREW SHERMAN RE STATUS AND UPCOMING ISSUES | 0.10 | @450 | 45.00 |
| 08/02/16 | CBM | PREPARATION OF DECLARATION RE NON-OPPOSITION TO LWGF EMPLOYMENT APPLICATION | 0.50 | @250 | 125.00 |
| 08/02/16 | CBM | PREPARATION OF LWGF PROPOSED EMPLOYMENT ORDER | 0.80 | @250 | 200.00 |
| 08/02/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE DRAFT DECLARATION AND ORDER FOR LWGF | 0.10 | @250 | 25.00 |
| 08/02/16 | CBM | PREPARATION OF A. SHERMAN DECLARATION RE NON-OPPOSITION TO SILLS CUMMIS EMPLOYMENT | 0.50 | @250 | 125.00 |
| 08/02/16 | CBM | PREPARATION OF SILLS CUMMIS PROPOSED EMPLOYMENT ORDER | 0.90 | @250 | 225.00 |

EXHIBIT C PAGE 13

PAGE 2
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 08/02/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE DRAFT DECLARATION AND ORDER FOR SILLS CUMMIS | 0.10 | @250 | 25.00 |
| 08/02/16 | CBM | REVIEW SIGNED DECLARATION AND REVISED ORDER FROM A. SHERMAN | 0.20 | @250 | 50.00 |
| 08/03/16 | BEG | REVIEW AND ANALYSIS OF EXCHANGE WITH SECURED CREDITORS | 0.10 | @450 | 45.00 |
| 08/03/16 | CBM | PREPARATION OF DECLARATION RE NON-OPPOSITION TO LWGF EMPLOYMENT APPLICATION | 0.30 | @250 | 75.00 |
| 08/03/16 | CBM | PREPARATION OF LWGF PROPOSED EMPLOYMENT ORDER | 0.30 | @250 | 75.00 |
| 08/03/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE WHETHER TO LODGE ORDERS | 0.10 | @250 | 25.00 |
| 08/03/16 | CBM | REVIEW E-MAIL FROM A. SHERMAN RE APPROVAL TO FILE DECLARATIONS AND LODGE ORDERS | 0.10 | @250 | 25.00 |
| 08/08/16 | CBM | REVIEW ENTERED EMPLOYMENT ORDERS FOR LWGF AND SILLS CUMMIS | 0.10 | @250 | 25.00 |
| 08/08/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE ENTERED ORDERS | 0.10 | @250 | 25.00 |
| 08/09/16 | CBM | REVIEW CASE PLEADINGS AND PROCEDURES ORDER RE COMPENSATION OF PROFESSIONALS | 0.50 | @250 | 125.00 |
| 08/10/16 | KA | PREPARATION OF DECLARATION RE STATEMENT IN SUPPORT OF DEBTOR'S OPPOSITION TO RENEWED MOTION FOR ENTRY OF ORDER FOR EFILING WITH COURT; EFILE SAME | 0.20 | @250 | 50.00 |
| 08/12/16 | JIG | REVIEW OF DOCUMENTS AND PREPARE FOR HEARING | 0.10 | @450 | 45.00 |
| 08/15/16 | BEG | REVIEW AND ANALYSIS OF COURT'S TENTATIVE RULINGS TO DETERMINE LENGTH OF OBJECTION PERIOD TO OCP DECLARATION | 0.10 | @450 | 45.00 |
| 08/15/16 | JIG | ATTENDANCE AT COURT HEARINGS RE PROFESSIONALS AND RELATED MATTERS | 0.30 | @450 | 135.00 |
| 08/16/16 | JIG | ATTENDANCE AT COURT HEARING RE OMBUDSMAN | 0.40 | @450 | 180.00 |
| 08/16/16 | JIG | CONFERENCE CALL WITH ANDREW SHERMAN | 0.10 | @450 | 45.00 |
| 08/16/16 | JIG | REVIEW OF KLAUSNER LOAN DOCUMENTS AND PLEDGE AGREEMENT | 0.30 | @450 | 135.00 |
| 08/18/16 | BEG | REVIEW AND ANALYSIS OF BACK UP INFORMATION | 0.10 | @450 | 45.00 |
| 08/22/16 | WNL | REVIEW JULY'S MONTHLY OPERATING REPORT | 0.10 | @450 | 45.00 |

EXHIBIT C PAGE 14

PAGE 3
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| Date | Atty | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 08/23/16 | BEG | REVIEW AND ANALYSIS OF CLAIMS NOTICE TO CONFIRM 503B9 DEADLINE; PREPARE EMAIL RE SAME | 0.20 | @450 | 90.00 |
| 08/23/16 | BEG | REVIEW AND ANALYSIS OF ISSUES REGARDING CONVERSION OF CASE, MEDIATION, SALE OF PROPERTY, AND NON-DISCHARGEABILITY ADVERSARY | 0.30 | @450 | 135.00 |
| 08/23/16 | BEG | REVIEW AND ANALYSIS OF ISSUE RELATED TO SECURED CREDITORS | 0.10 | @450 | 45.00 |
| 08/23/16 | JIG | REVIEW LETTER RE COMMITTEE ADDITION | 0.20 | @450 | 90.00 |
| 08/23/16 | JIG | CONFERENCE WITH ANDREW SHERMAN RE COMMITTEE ADDITION ISSUES | 0.20 | @450 | 90.00 |
| 08/23/16 | WNL | REVIEW AND RESPOND TO LITIGATION REGARDING POTENTIAL REMOVAL OF CREDITOR FROM COMMITTEE | 0.10 | @450 | 45.00 |
| 08/24/16 | JIG | CONFERENCE WITH OFFICE OF THE U.S. TRUSTEE | 0.30 | @450 | 135.00 |
| 08/24/16 | WNL | REVIEW AND COMMENT ON LETTER TO US TRUSTEE | 0.50 | @450 | 225.00 |
| 08/25/16 | BEG | REVIEW BYLAWS | 0.10 | @450 | 45.00 |
| 08/25/16 | JIG | CONFERENCE WITH WITH ANDREW SHERMAN AND WITH OFFICE OF THE U.S. TRUSTEE RE COMMITTEE MEMBERSHIP ISSUES | 0.40 | @450 | 180.00 |
| 08/26/16 | JIG | CONFERENCE CALL WITH OFFICE OF THE U.S. TRUSTEE AND ANDREW SHERMAN RE COMMITTEE MEMBERSHIP ISSUES | 0.50 | @450 | 225.00 |
| 08/29/16 | JIG | ANALYSIS OF UPCOMING MOTIONS AND STRATEGY | 0.20 | @450 | 90.00 |
| 08/30/16 | JIG | STRATEGIZE RE KATZMAN EMPLOYMENT ISSUES | 0.20 | @450 | 90.00 |
| 08/31/16 | JIG | CONFERENCE RE COMMITTEE ISSUES | 0.20 | @450 | 90.00 |
| 08/31/16 | JIG | STRATEGIZE RE COMMITTEE ISSUES | 0.50 | @450 | 225.00 |

## SUMMARY OF SERVICES

| | | | | | |
|---|---|---|---|---|---|
| BEG | BETH E. GASCHEN | 2.70 hr | @ 450.00 | $ | 1215.00 |
| CBM | CYNTHIA B. MEEKER | 5.90 hr | @ 250.00 | $ | 1475.00 |
| JIG | JEFFREY I. GOLDEN | 4.50 hr | @ 450.00 | $ | 2025.00 |
| KA | KELLY ADELE | 0.20 hr | @ 250.00 | $ | 50.00 |
| NL | NANCY P.F. LOCKWOOD | 0.20 hr | @ 250.00 | $ | 50.00 |
| WNL | WILLIAM N. LOBEL | 0.70 hr | @ 450.00 | $ | 315.00 |

TOTAL PROFESSIONAL SERVICES          14.20          $ 5,130.00

TOTAL CURRENT CHARGES                              $ 5,130.00

EXHIBIT C PAGE 15

PAGE 4
SEPTEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $      0.00 |
| TOTAL CURRENT CHARGES | 5,130.00 |
| LESS PAYMENTS AND CREDITS | 0.00 |
| BALANCE DUE AND PAYABLE UPON RECEIPT | $  5,130.00 |

THIS INVOICE IS DUE AND PAYABLE IN FULL UPON DELIVERY.  IF NOT PAID
WITHIN 30 DAYS OF DELIVERY, THIS INVOICE WILL BE DEEMED DELINQUENT AND
WILL THEREAFTER BEAR INTEREST AT A DEFAULT RATE OF 1.50% PER MONTH,
COMPOUNDED MONTHLY.  THE CLIENT MUST GIVE WRITTEN NOTICE TO THE FIRM
OF ANY DISPUTE REGARDING THIS INVOICE WITHIN 30 DAYS OF DELIVERY, OR
THIS INVOICE WILL BE DEEMED APPROVED.  PLEASE CALL US IF YOU HAVE ANY
QUESTIONS OR CONCERNS REGARDING THIS INVOICE.  THANK YOU.

EXHIBIT C PAGE 16

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing documents entitled (*specify*): **LOBEL WEILAND GOLDEN FRIEDMAN LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 5, 2016 - AUGUST 31, 2016** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 26, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 26, 2016,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Personal Delivery
The Honorable Ernest Robles, U.S. Bankruptcy Courtroom 1568, 255 E. Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/26/16 | Lindsay Fisk | /s/ Lindsay Fisk |
|---------|--------------|------------------|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
W. Jeffery Fulton    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
Lawrence J Hilton    lhilton@onellp.com,
lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Eve H Karasik    ehk@lnbyb.com
Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
Gary E Klausner    gek@lnbyb.com
Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com
John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov
Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Wendy A Loo    wendy.loo@lacity.org
Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
Howard M Madris    hmadris@madrislaw.com
Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
Boris I Mankovetskiy    bmankovetskiy@sillscummis.com
Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com
Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com
David W. Meadows    david@davidwmeadowslaw.com
John A Moe    john.moe@dentons.com,
glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
Benjamin Nachimson    ben.nachimson@wnlawyers.com
Steven G Polard    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
J. Alexandra Rhim    arhim@hemar-rousso.com
Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
Andrew H Sherman    asherman@sillscummis.com
Leonard M Shulman    lshulman@shbllp.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
Tiffany Strelow Cobb    tscobb@vorys.com
Wayne R Terry    wterry@hemar-rousso.com
Gary F Torrell    gft@vrmlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Kenneth K Wang    kenneth.wang@doj.ca.gov,
Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
Hatty K Yip    hatty.yip@usdoj.gov,
dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
Matthew Zandi    mzandi@kbrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

Gardens Regional Hospital and Medical Center, Inc.
21530 South Pioneer Boulevard
Hawaiian Gardens, CA 90716
**Debtor**

**CREDITORS COMMITTEE**
Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, #721
Sausalito, CA 94965

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**