Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| Debtor. | **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016** |
| | [No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1.     Sills Cummis & Gross P.C. (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period September 1, 2016 – September 30, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.     The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.     The Firm billed a total of $60,719.35[1] in fees and expenses during the Application Period. The total fees represent 141.4 hours expended during the period covered by this Application at the Firm's discounted hourly rates pursuant the Firm's retention application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 9/1/2016 – 9/30/2016 | $59,949.20 | $738.15 | $60,687.35 |

4.     Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $48,697.51 at this time.  This total is comprised as follows: $47,959.36 (80% of the fees for services rendered) plus $738.15 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm; Lobel Weiland Golden Friedman LLP; and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

5.     For the postpetition period, the Firm has been paid to date as follows:

---

[1] These amounts include fees and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation"), invoices for which are attached hereto as Exhibits C and D.

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

1

2

| Application Period | Amount | Description |
| --- | --- | --- |
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $0 | No amounts paid |
| **Total Paid to the Firm to Date** | $0 | |

5    6.    To date, the Firm is owed as follows (excluding amounts owed pursuant to this

6  Application):

| Application Period | Amount | Description |
| --- | --- | --- |
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $153,336.44 | Fees and expenses set forth in application filed September 26, 2016 [Docket No. 417] |
| **Total Owed to the Firm to Date** | $153,336.44 | |

10    7.    Attached as **Exhibit A** hereto is the name of each professional who performed services in

11  connection with this case during the period covered by this Application and the hourly rate for each such

12  professional.  Attached as **Exhibit B** hereto are the detailed time and expense statements for the

13  Application Period.  Attached hereto as **Exhibits C and D** are the Firm's invoices for the Application

14  Period.

15    8.    The Firm has served a copy of this Application on the Office of the United States Trustee

16  the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee

17  appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about

18  October 25, 2016.  Notice of the filing of this Application was also served on the foregoing parties as

19  well as any party who has requested special notice in this chapter 11 case as of the date of the Notice.

20  The Notice was mailed by first class mail, postage prepaid, on or about October 25, 2016.

21    9.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or

22  about September 20, 2016, the Debtor is authorized to make the payment requested herein without

23  further hearing or order of this Court unless an objection to this Application is filed with the Court and

24  served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this

25  Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and

26  100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor

27  is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses

28  without further order of the Court.

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

10.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures* and prior orders of this Court.

Dated:  October 25, 2016                          SILLS CUMMIS & GROSS P.C.

By:   /s/ Andrew H. Sherman
      Andrew H. Sherman
      Boris I. Mankovetskiy
      Co-Counsel to the Official Committee
      of Unsecured Creditors of Gardens Regional
      Hospital and Medical Center

-and-

BIENERT, MILLER & KATZMAN, PLC

By:   /s/ Anthony R. Bisconti
      Steven Jay Katzman
      Anthony R. Bisconti
      Co-Counsel to the Official Committee
      of Unsecured Creditors of Gardens Regional
      Hospital and Medical Center

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

# EXHIBIT A

**SILLS CUMMIS & GROSS P.C.'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Andrew H. Sherman | Member | $525.00 |
| Herve Gouraige | Member | $556.00 |
| Brian S. Coven | Member | $476.00 |
| Boris Mankovetskiy | Member | $475.00 |
| Charles H. Newman | Of Counsel | $420.00 |
| Lucas F. Hammonds | Associate | $350.00 |
| Laura M Kessler | Associate | $248.00 |

# EXHIBIT B

## SILLS CUMMIS & GROSS P.C.'S TIME AND EXPENSES[1]

**Fees:**

| Project Category | Task Code | Hours | Fees |
|---|---|---|---|
| Asset Disposition | 102 | 17.4 | $8,054.00 |
| Business Operations | 103 | .3 | $142.50 |
| Case Administration | 104 | 47.5 | $23,007.50 |
| Claims Administration and Objections | 105 | 14.4 | $7,205.00 |
| Employee Benefits/Pensions | 106 | 1.0 | $525.00 |
| Fee/Employment Applications | 107 | 8.1 | $3,585.00 |
| Financing | 109 | 11.2 | $5,880.00 |
| Litigation (Other than Avoidance Action Litigation) | 110 | 29.4 | $7,762.10 |
| Relief from Stay Proceedings | 114 | .9 | $472.50 |
| Litigation Consulting | 121 | 11.2 | $3,315.60 |
| **Totals:** | | **141.4** | **$59,949.20**[2] |
| **Total at Blended Rate of $450/Hour:** | | | **$63,630.00** |

**Expenses:**

| Expense Category | Code | Expenses |
|---|---|---|
| Copying | E101 | $234.45 |
| Telephone (Court Call Appearance) | E105 | $25.76 |
| Online Research | E106 | $477.94 |
| **Totals:** | | **$738.15** |

---

[1] The hours, fees, and expenses on this exhibit include the hours, fees, and expenses for both matter 000001 ("Creditors' Committee) and matter 000002 ("Lien Investigation").

[2] Applicable rate per retention application.

# **<u>EXHIBIT C</u>**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1689137 |
| Date | 10/21/16 |
| 08650096.000001 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Creditor's Committee

For legal services rendered through September 30, 2016.

**HOURS**

## 102 - ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 09/06/16 | BSC | 102 | Review UCC reports. | 0.50 | |
| 09/15/16 | BM | 102 | Analysis regarding AG's supplemental requests for information. | 0.80 | |
| 09/29/16 | LFH | 102 | Research and analyze executory contract issues. | 1.30 | |
| | | 102 | Confer with J. Moe regarding executory contract issues. | 0.10 | |
| | | 102 | Review and analyze EMS contract. | 0.40 | |
| 09/30/16 | BM | 102 | Attend to sale closing issues. | 0.80 | |
| | | **TASK TOTAL 102** | | **3.90** | **1,628.00** |

## 103 - BUSINESS OPERATIONS

| | | | | | |
|---|---|---|---|---|---|
| 09/28/16 | BM | 103 | Review debtor's monthly operating report, | 0.30 | |
| | | **TASK TOTAL 103** | | **0.30** | **142.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 2 |
| Inv# | 1689137 |
| Date | 10/21/16 |
| 08650096.000001   - AHS | |

## 104 - CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 09/01/16 | BM | 104 | Review debtor's monthly operating report. | 0.30 |
| | | 104 | Analysis of issues regarding CBA and potential settlement with SEIU. | 1.40 |
| | | 104 | Attend to issues regarding retention of Bienert special counsel. | 0.70 |
| | | 104 | Review pleadings and attend to issues regarding proposed settlement with City Attorney. | 0.80 |
| 09/02/16 | BM | 104 | Attend to issues regarding debtor's cash flow and draws on the DIP loan. | 0.40 |
| 09/06/16 | BM | 104 | Attend to issues raised by parties regarding Committee's retention of Bienert and draft correspondence to UST's office regarding same. | 1.30 |
| | | 104 | Attend to stipulation regarding extension of time to provide notice of assumption of provider agreements. | 0.40 |
| | | 104 | Attend to issues regarding committee membership. | 0.70 |
| | | 104 | Analysis regarding debtor's motion to enter into a new CBA. | 1.20 |
| 09/07/16 | AHS | 104 | Review of AG application and analysis re: same. | 3.20 |
| | | 104 | Review of emails and documents re: Committee formation/termination issues and calls. | 0.60 |
| | | 104 | Calls with counsel for Debtor and Committee members re: formation issues. | 0.50 |
| 09/07/16 | BM | 104 | Review WARN notices issues by debtor. | 0.30 |
| 09/09/16 | AHS | 104 | Calls and follow up on resolution of dialysis center issues. | 0.30 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 1689137 |
| Date | | 10/21/16 |
| 08650096.000001 | | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 09/09/16 | BM | 104 | Analysis regarding Debtor's settlement of alleged patient dumping claims. | 0.70 |
| | | 104 | Analysis regarding collective bargaining agreement and settlement with the Union. | 1.30 |
| | | 104 | Prepare an update report to the Committee. | 0.60 |
| | | 104 | Analysis of court's tentative ruling for upcoming hearing. | 0.30 |
| 09/12/16 | AHS | 104 | Address Committee composition issues and revised application to retain S. Katzman. | 0.60 |
| 09/12/16 | BM | 104 | Attend to revisions of proposed order approving CBA and settlement with SEIU. | 0.70 |
| 09/14/16 | AHS | 104 | Call and follow up on Union motion and hearing. | 0.20 |
| 09/14/16 | BM | 104 | Attend to administrative order regarding interim compensation. | 0.40 |
| | | 104 | Review declarations and notices of lodgment of orders on pending motions. | 0.40 |
| 09/15/16 | BM | 104 | Analysis regarding Debtor's proposed rejection of contract for ER doctors and entry into new contract. | 0.60 |
| 09/20/16 | AHS | 104 | Calls and emails re: AG application, sale closing issues. | 0.40 |
| 09/23/16 | BM | 104 | Analysis regarding proposed settlement with Kindred. | 0.60 |
| 09/28/16 | AHS | 104 | Call with J. Moe re: contract rejection and upcoming meetings. | 0.30 |
| 09/29/16 | AHS | 104 | Prepare for and attend call with J. Moe and counsel for ER doctors re: contract rejection issue. | 0.40 |
| | | 104 | Research and follow up on contract rejection issues and request for tail coverage including follow up call with counsel for Debtor. | 0.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 1689137 |
| Date | | 10/21/16 |
| 08650096.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 09/29/16 | BM | 104 | Analysis of issues regarding rejection of ER doctors contract. | 0.60 | |
| 09/30/16 | AHS | 104 | Emails with Committee re: ex officio member joining Committee. | 0.40 | |
| | | **TASK TOTAL 104** | | **21.40** | **10,550.00** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 09/01/16 | BM | 105 | Analysis regarding potential settlement of claims of Medical and Medicare and assignment of provider agreements. | 0.80 | |
| 09/30/16 | AHS | 105 | Calls and emails re: document requests regarding upcoming meeting and meeting logistics. | 0.80 | |
| | | **TASK TOTAL 105** | | **1.60** | **800.00** |

**106 - EMPLOYEE BENEFITS/PENSIONS**

| | | | | | |
|---|---|---|---|---|---|
| 09/12/16 | AHS | 106 | Revisions to order for SEIU agreement and emails re: same. | 0.60 | |
| 09/13/16 | AHS | 106 | Review of tentative re: Union motion. | 0.20 | |
| 09/23/16 | AHS | 106 | Review of email re: Union issues. | 0.20 | |
| | | **TASK TOTAL 106** | | **1.00** | **525.00** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 09/06/16 | AHS | 107 | Emails and calls to finalize retention papers for S. Katzman. | 0.30 | |
| 09/09/16 | AHS | 107 | Calls and emails to address objections to retention of Beinert Miller. | 0.40 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1689137 |
| Date | 10/21/16 |
| 08650096.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | | 107 | Follow up with Committee and parties to address concerns. | 0.50 | |
| | | 107 | Calls with US Trustee and law firms to address resolution of issues. | 0.40 | |
| 09/09/16 | BM | 107 | Attend to issues regarding resignation of Lobel and retention of Bienert. | 0.40 | |
| 09/12/16 | BM | 107 | Draft supplemental application to retain Bienert. | 0.80 | |
| 09/13/16 | AHS | 107 | Emails and calls with Committee members re: supplemental application to modify terms of retention of Bienert Miller and send to have filed. | 0.50 | |
| 09/14/16 | AHS | 107 | Review and circulate revised retention order for S. Katzman. | 0.30 | |
| | | 107 | Review of revised fee order as circulated by counsel to Debtor. | 0.20 | |
| 09/14/16 | BM | 107 | Attend to application to replace Lobel with Bienert. | 0.30 | |
| 09/14/16 | LFH | 107 | Analyze Bienert retention papers and issues relating to same. | 0.40 | |
| | | 107 | Prepare and revise Bienert retention order. | 0.70 | |
| 09/16/16 | BM | 107 | Attend to proposed order establishing procedures for interim payment of professional fees. | 0.30 | |
| 09/26/16 | LFH | 107 | Prepare first fee application and supporting materials. | 2.20 | |
| 09/27/16 | AHS | 107 | Emails and calls to follow up on fee application issues and Debtor's fee application notice, including emails with Committee members. | 0.40 | |

**TASK TOTAL 107**                    **8.10**        **3,585.00**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1689137 |
| Date | 10/21/16 |
| 08650096.000001 | - AHS |

## 109 - FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 09/28/16 | AHS | 109 | Calls and emails re: meetings in LA, document request. | 0.40 | |
| | | | **TASK TOTAL 109** | **0.40** | **210.00** |

## 114 - RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 09/08/16 | AHS | 114 | Call with dialysis center and Debtor to work out arrangement for continuation of services. | 0.60 | |
| | | 114 | Review of emails and letters regarding dialysis center issues. | 0.30 | |
| | | | **TASK TOTAL 114** | **0.90** | **472.50** |
| | | | **TOTAL FEES at Discounted Rates** | **37.60** | **$17,913.00** |
| | | | **TOTAL FEES at Blended Rate of $450** | **37.60** | **$16,920.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 102 | Asset Disposition | 3.90 | 1,628.00 |
| | 103 | Business Operations | 0.30 | 142.50 |
| | 104 | Case Administration | 21.40 | 10,550.00 |
| | 105 | Claims Administration and Objections | 1.60 | 800.00 |
| | 106 | Employee Benefits/Pensions | 1.00 | 525.00 |
| | 107 | Fee/Employment Applications | 8.10 | 3,585.00 |
| | 109 | Financing | 0.40 | 210.00 |
| | 114 | Relief from Stay Proceedings | 0.90 | 472.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1689137 |
| Date | 10/21/16 |
| 08650096.000001 | - AHS |

| | | | |
|---|---|---|---|
| **TOTAL FEES at Discounted Rates** | | 37.60 | $17,913.00 |
| **TOTAL FEES at Blended Rate of $450** | | 37.60 | $16,920.00 |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | $475.00 | 18.20 | 8,645.00 |
| AHS | Andrew H. Sherman | $525.00 | 13.80 | 7,245.00 |
| LFH | Lucas F. Hammonds | $350.00 | 5.10 | 1,785.00 |
| BSC | Brian S. Coven | $476.00 | 0.50 | 238.00 |

| | | | |
|---|---|---|---|
| **TOTAL FEES at Discounted Rates** | | 37.60 | $17,913.00 |
| **TOTAL FEES at Blended Rate of $450** | | 37.60 | $16,920.00 |

**DISBURSEMENT DETAIL**

E101

| | | | |
|---|---|---|---|
| 09/06/16 | E101 | Copying | 0.15 |
| 09/06/16 | E101 | Copying | 7.50 |
| 09/15/16 | E101 | Copying | 34.05 |
| 09/15/16 | E101 | Copying | 56.70 |
| 09/19/16 | E101 | Copying | 25.20 |
| 09/23/16 | E101 | Copying | 106.05 |
| 09/27/16 | E101 | Copying | 4.50 |
| 09/29/16 | E101 | Copying | 0.30 |

E105

| | | | |
|---|---|---|---|
| 06/21/16 | E105 | Telephone | 17.48 |
| 06/21/16 | E105 | Telephone | 5.70 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1689137 |
| Date | 10/21/16 |
| 08650096.000001 | - AHS |

| | | | |
|---|---|---|---:|
| 06/22/16 | E105 | Telephone | 2.58 |
| E106 | | | |
| 09/29/16 | E106 | Online research | 3.62 |
| 09/29/16 | E106 | Online research | 18.54 |
| 09/29/16 | E106 | Online research | 3.88 |
| | **TOTAL DISBURSEMENTS** | | **$286.25** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---:|---:|
| E101 | Copying | 1,563.00 | 234.45 |
| E105 | Telephone | 3.00 | 25.76 |
| E106 | Online research | 3.00 | 26.04 |
| | **TOTAL DISBURSEMENTS** | | **$286.25** |
| | **TOTAL THIS INVOICE** | | **$18,199.25*** |

*Total includes fees at *Discounted Rates*. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$59,949.20**) and combined fees at *Blended Rate* of $450 (**$63,630.00**) applies.

# **EXHIBIT D**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Lien Investigation

For legal services rendered through September 30, 2016.

HOURS

## 102 - ASSET DISPOSITION

| | | | | HOURS | |
|---|---|---|---|---|---|
| 09/07/16 | BSC | 102 | Legal research regarding UCC requirements applicable to authenticated security agreement. | 3.40 | |
| 09/08/16 | BSC | 102 | Legal research and analysis regarding authenticated security interest, and UCC issues. | 2.80 | |
| | | 102 | Legal research regarding attachment of security interest to after-acquired property. | 2.60 | |
| 09/09/16 | BSC | 102 | Research and evaluation regarding intent to grant security interest and requirements thereof. | 4.70 | |
| | | **TASK TOTAL 102** | | **13.50** | **6,426.00** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002 | - AHS |

## 104 - CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 09/08/16 | BM | 104 | Research and analysis of issues regarding investigation of alleged secured claims and the estate's potential causes of action against alleged secured creditors and their affiliates. | 2.30 |
| 09/09/16 | BM | 104 | Analysis regarding lien investigation and potential causes of action against alleged secured creditors. | 0.70 |
| 09/12/16 | BM | 104 | Analysis of information provided in response to Committee's requests in connection with investigation of claims. | 1.30 |
| 09/13/16 | BM | 104 | Analysis of issues in connection with investigation of claims of alleged secured creditors. | 1.20 |
| 09/14/16 | BM | 104 | Draft requests for additional document productions to alleged secured creditors. | 1.20 |
| 09/15/16 | AHS | 104 | Call with K. Block re: documents send by K. Block and questions re: same. | 0.30 |
| | | 104 | Call with S. Maizel re: documents send by K. Block and questions re: same. | 0.30 |
| 09/15/16 | BM | 104 | Draft letter to debtors and alleged secured creditors regarding requests for documents and information and reservation of rights. | 1.20 |
| | | 104 | Analysis of Paladin's document production. | 0.90 |
| | | 104 | Prepare document and information requests to the Debtor. | 1.30 |
| 09/20/16 | BM | 104 | Review and analysis of documents in connection with investigation of alleged secured claims and potential causes of action against alleged secured creditors and their affiliates. | 1.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 1689138 |
| Date | | 10/21/16 |
| 08650096.000002 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | | 104 | Research and analysis regarding potential causes of action against alleged secured creditors and their affiliates. | 1.60 | |
| 09/21/16 | BM | 104 | Review and analysis of documents in connection with lien investigation. | 1.70 | |
| 09/22/16 | BM | 104 | Review and analysis of minutes of Debtor's board and accompanying financial reports in connection with investigation of liens and settlements between the Debtor and alleged secured creditors. | 1.70 | |
| 09/27/16 | BM | 104 | Review documents and analysis of issues regarding lien investigation and potential claims against alleged secured creditors. | 1.60 | |
| | | 104 | Analysis regarding potential causes of action in connection with lien investigation. | 1.40 | |
| | | 104 | Prepare document requests to the Debtor. | 0.80 | |
| 09/29/16 | AHS | 104 | Calls and email to address upcoming meetings and document requests. | 0.60 | |
| 09/29/16 | BM | 104 | Attend to preparation for interviews of Debtor's board members in connection with claims investigation. | 1.80 | |
| 09/30/16 | BM | 104 | Draft an outline of questions/issues for discussion with representatives of the Debtor and alleged secured creditors. | 2.40 | |

|  | | **TASK TOTAL 104** | | **26.10** | **12,457.50** |
|---|---|---|---|---|---|

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 09/06/16 | AHS | 105 | Analysis regarding potential claims and defenses to secured creditor claims. | 0.80 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

|  |  |
|---|---|
| Page | 4 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002 | - AHS |

| Date | Init | Task | Description | Hours |
|---|---|---|---|---|
| 09/06/16 | BM | 105 | Review of documents and analysis of issues in connection with investigation of alleged liens and UCC issues. | 2.80 |
| 09/07/16 | BM | 105 | Research and analysis of issues regarding investigation of alleged secured claims and potential causes of action against former management companies and their affiliates. | 2.70 |
|  |  | 105 | Prepare information requests to the debtors in connection with investigation of alleged secured claims. | 0.80 |
| 09/12/16 | AHS | 105 | Call with S. Maizel re: upcoming meetings and secured creditor issues. | 0.40 |
|  |  | 105 | Address issues and review of document re: payments to management companies. | 0.40 |
| 09/14/16 | AHS | 105 | Review and revise letter to G. Klausner and G. Torrell re: documents to be produced. | 0.60 |
| 09/15/16 | AHS | 105 | Review and revise letter to G. Klausner and G. Torrell re: documents and send out same. | 1.20 |
|  |  | 105 | Review, revise and send out email to S. Maizel re: additional documents to be produced. | 0.80 |
| 09/26/16 | AHS | 105 | Call from G. Klausner and review of documents re: same. | 0.40 |
|  |  | 105 | Call with E. Weissman and J. Moe re: case background and secured creditor issues. | 1.10 |
|  |  | 105 | Analysis after call and review of documents re: same. | 0.40 |
| 09/30/16 | AHS | 105 | Review of email and documents provided by G. Torrell and respond to same. | 0.40 |

**TASK TOTAL 105**                    **12.80**        **6,405.00**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002 | - AHS |

## 109 - FINANCING

| | | | | |
|---|---|---|---|---|
| 09/08/16 | AHS | 109 | Address potential claim issues and research re: same. | 1.20 |
| 09/09/16 | AHS | 109 | Address and research alleged secured creditor claim issues. | 0.80 |
| 09/15/16 | AHS | 109 | Emails to Committee re: recent documents. | 0.30 |
| | | 109 | Review and analysis of documents as forwarded by K. Block. | 1.30 |
| 09/16/16 | AHS | 109 | Further review of documents and AG application in light of recent calls with counsel for Debtor and counsel for Harbor Gardens. | 2.30 |
| 09/19/16 | AHS | 109 | Prepare for and attend call with E. Weissman re: case background and review of documents based on call. | 1.20 |
| 09/20/16 | AHS | 109 | Review and analysis of potential claims and causes of action. | 0.80 |
| 09/21/16 | AHS | 109 | Review of supplemental AG application and associated documents. | 1.30 |
| | | 109 | Review of schedules and statement of financial affairs. | 0.40 |
| 09/27/16 | AHS | 109 | Address potential claims regarding secured creditor issues. | 1.20 |

|  | | |
|---|---|---|
| **TASK TOTAL 109** | **10.80** | **5,670.00** |

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| | | | | |
|---|---|---|---|---|
| 09/07/16 | LMK | 110 | Legal research and analysis into possible claims and defenses. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002 | - AHS |

| | | | | |
|---|---|---|---|---|
| 09/08/16 | LMK | 110 | Review and analyze briefing related to potential claims and defenses. | 0.70 |
| 09/09/16 | LMK | 110 | Review and analyze case law to support claims and defenses. | 0.60 |
| 09/12/16 | LMK | 110 | Research case law to evaluate possible claims and defenses. | 4.80 |
| | | 110 | Research secondary sources to evaluate possible claims and defenses. | 1.10 |
| | | 110 | Review and analyze research results to evaluate possible claims and defenses. | 3.90 |
| | | 110 | Prepare email memoranda summarizing research and analysis into possible claims and defenses. | 1.70 |
| 09/13/16 | LMK | 110 | Review and analyze case law to analyze possible claims and defenses. | 0.90 |
| 09/22/16 | AHS | 110 | Further review of minutes and financials re: alleged secured creditor issues and Debtor's settlement of claims. | 1.70 |
| 09/23/16 | LMK | 110 | Research case law to support claims and defenses. | 3.20 |
| 09/27/16 | LMK | 110 | Research and analysis regarding possible claims and defenses. | 1.90 |
| 09/30/16 | LMK | 110 | Research secondary sources to support claims and defenses. | 2.10 |
| | | 110 | Research case law to support claims and defenses. | 3.40 |
| | | 110 | Review, analyze, and summarize research results to support claims and defenses. | 3.10 |

| | | | |
|---|---|---|---|
| **TASK TOTAL 110** | | **29.40** | **7,762.10** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 7 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002 | - AHS |

## 121 - LITIGATION CONSULTING

| Date | Init | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/09/16 | HG | 121 | Reviewed additional legal briefs in Ninth Circuit cases re: potential claims and emails with A. Sherman re: same. | 1.30 | |
| 09/26/16 | LMK | 121 | Research and analyze case law to support possible claims and defenses. | 6.10 | |
| | | 121 | Research and analyze secondary sources to support possible claims and defenses. | 1.30 | |
| | | 121 | Draft memorandum summarizing research related to possible claims and defenses. | 1.70 | |
| 09/27/16 | CHN | 121 | Conference with A. Sherman and B. Mankovetskiy regarding regulatory issues involving management arrangements with Gardens Regional Hospital and Medical Center. | 0.80 | |
| | | **TASK TOTAL 121** | | **11.20** | **3,315.60** |
| | | **TOTAL FEES at Discounted Rates** | | **103.80** | **$42,036.20** |
| | | **TOTAL FEES at Blended Rate of $450** | | **103.80** | **$46,710.00** |

## TASK CODE SUMMARY

| Code | Description | Hours | Amount |
|---|---|---|---|
| 102 | Asset Disposition | 13.50 | 6,426.00 |
| 104 | Case Administration | 26.10 | 12,457.50 |
| 105 | Claims Administration and Objections | 12.80 | 6,405.00 |
| 109 | Financing | 10.80 | 5,670.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 29.40 | 7,762.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 8 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002   - AHS | |

| 121 | Litigation Consulting | | 11.20 | 3,315.60 |
|---|---|---|---|---|
| | **TOTAL FEES at Discounted Rates** | | **103.80** | **$42,036.20** |
| | **TOTAL FEES at Blended Rate of $450** | | **103.80** | **$46,710.00** |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| LMK | Laura M. Kessler | $248.00 | 36.80 | 9,126.40 |
| BM | Boris Mankovetskiy | $475.00 | 31.20 | 14,820.00 |
| AHS | Andrew H. Sherman | $525.00 | 20.20 | 10,605.00 |
| BSC | Brian S. Coven | $476.00 | 13.50 | 6,426.00 |
| HG | Herve Gouraige | $556.00 | 1.30 | 722.80 |
| CHN | Charles H. Newman | $420.00 | 0.80 | 336.00 |
| | **TOTAL FEES at Discounted Rates** | | **103.80** | **$42,036.20** |
| | **TOTAL FEES at Blended Rate of $450** | | **103.80** | **$46,710.00** |

## DISBURSEMENT DETAIL

E106

| | | | |
|---|---|---|---|
| 09/07/16 | E106 | Online research | 14.84 |
| 09/09/16 | E106 | Online research | 1.86 |
| 09/12/16 | E106 | Online research | 7.66 |
| 09/12/16 | E106 | Online research | 89.00 |
| 09/12/16 | E106 | Online research | 4.04 |
| 09/13/16 | E106 | Online research | 15.19 |
| 09/22/16 | E106 | Online research | 11.14 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1689138 |
| Date | 10/21/16 |
| 08650096.000002 | - AHS |

| | | | |
|---|---|---|---:|
| 09/23/16 | E106 | Online research | 44.52 |
| 09/23/16 | E106 | Online research | 39.51 |
| 09/26/16 | E106 | Online research | 4.02 |
| 09/26/16 | E106 | Online research | 121.19 |
| 09/26/16 | E106 | Online research | 8.07 |
| 09/27/16 | E106 | Online research | 5.56 |
| 09/28/16 | E106 | Online research | 85.30 |
| | **TOTAL DISBURSEMENTS** | | **$451.90** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---:|---:|
| E106 | Online research | 14.00 | 451.90 |
| | **TOTAL DISBURSEMENTS** | | **$451.90** |
| | **TOTAL THIS INVOICE** | | **$42,488.10\*** |

\*Total includes fees at *Discounted Rates*. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$59,949.20**) and combined fees at *Blended Rate* of $450 (**$63,630.00**) applies.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 3O, 2016; DECLARATION OF STEVEN JAY KATZMAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/25/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/25/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/25/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/25/16 | Anthony R. Bisconti | /s/ Anthony R. Bisconti |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Karl E Block**    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- **Manuel A Boigues**    bankruptcycourtnotices@unioncounsel.net
- **Louis J Cisz**    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- **Dawn M Coulson**    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- **Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **W. Jeffery Fulton**    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Barry S Glaser**    bglaser@swesq.com, erhee@swesq.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Rhonda S Goldstein**    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- **Lawrence J Hilton**    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- **David Jacobs**    cemail@ebglaw.com, djacobs@ebglaw.com
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Gary E Klausner**    gek@lnbyb.com
- **Stuart I Koenig**    Skoenig@cmkllp.com, knielsen@cmkllp.com
- **John P Kreis**    jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Wendy A Loo**    wendy.loo@lacity.org
- **Stephen A Madoni**    stevemadoni@aol.com, nathally@madonilaw.com
- **Howard N Madris**    hmadris@madrislaw.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- **Boris I Mankovetskiy**    bmankovetskiy@sillscummis.com
- **Amanda L Marutzky**    amarutzk@wthf.com, jjensen@watttieder.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
- **Benjamin Nachimson**    ben.nachimson@wnlawyers.com
- **Steven G Polard**    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**    dmr@vrmlaw.com, jle@vrmlaw.com
- **J. Alexandra Rhim**    arhim@hemar-rousso.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Mary H Rose**    mrose@buchalter.com, mrose@buchalter.com
- **Andrew H Sherman**    asherman@sillscummis.com
- **Leonard M Shulman**    lshulman@shbllp.com
- **Gerald N Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
- **Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **Wayne R Terry**    wterry@hemar-rousso.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- **Matthew Zandi**    mzandi@kbrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley PC
707 Grant St Ste 220
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**