Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facximile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| Debtor. | **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**  [No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1. Bienert, Miller & Katzman, PLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period September 1, 2016 through September 30, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, the Firm respectfully represents as follows:

2. The Firm is special counsel to the Committee. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. The Firm billed a total of $6,585.17 in fees and expenses during the Application Period. The total fees represent 12.9 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 9/1/16 – 9/30/16 | $6,450.00[1] | $135.17 | $6,585.17 |

4. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $5,295.17 at this time. This total is comprised as follows: $5,160.00 (80% of the fees for services rendered) plus $135.17 (100% of the expenses incurred). **To the extent that the combined fees of the Firm; Lobel Weiland Golden Friedman LLP; and Sills Cummis & Gross P.C. (the collective co-counsel to the Committee) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

//

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." *See* Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($6,630.00) are more than the Firm's fees calculated at the blended rate of $500 ($500 x 12.9 hours = $6,450.00). Accordingly, for purposes of the Application, the Firm is applying the blended rate.

5. For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 6/6/16 – 8/31/16 | $0.00 | N/A |
| **Total Paid to the Firm to Date** | $0.00 | |

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 6/6/16 – 8/31/16 | $1,685.76 | Fees and expenses set forth in application filed September 26, 2016 [Doc. 418] |
| **Total Owed to the Firm to Date** | $1,685.76 | |

7. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached. as **Exhibit B** to this Application is the detailed time and expense statements for the Application Period by category. Attached as **Exhibit C** to this Application is the Firm's August 2016 billing statement.

8. The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case. The Application was mailed by first class mail, postage prepaid, on or about October 25, 2016. Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about October 25, 2016.

9. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10. The interim compensation and reimbursement of expenses sought in this Application is

3

not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee* Procedures.

Dated: October 25, 2016                     BIENERT, MILLER & KATZMAN, PLC

By:  /s/ Anthony R. Bisconti
    Steven Jay Katzman
    Anthony R. Bisconti
    Special Counsel to the
    Official Committee of Unsecured Creditors of
    Gardens Regional Hospital and Medical Center

-and-

SILLS CUMMIS & GROSS P.C.

By:  /s/ Andrew H. Sherman
    Andrew H. Sherman
    Boris I. Mankovetskiy
    Co-Counsel to the Official Committee
    of Unsecured Creditors of Gardens Regional
    Hospital and Medical Center

345573-1

# Exhibit A

## BIENERT, MILLER & KATZMAN, PLC'S PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Steven Jay Katzman | Partner | $725 |
| Anthony R. Bisconti | Associate | $450 |

# Exhibit B

## EXHIBIT B

## TIME AND EXPENSE STATEMENT

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Fee/Employment Applications | B160 | 5.6 | $2,877.50 | $0.00 |
| Meetings of and Communications with Creditors | B150 | 0.9 | $405.00 | $0.00 |
| Case Administration | B110 | 3.9 | $2,222.50 | $0.00 |
| Asset Analysis and Recovery | B120 | 2.1 | $945.00 | $0.00 |
| Claims Administration and Objections | B310 | 0.1 | $45.00 | $0.00 |
| Administration | B100 | 0.3 | $135.00 | $0.00 |
| Case Assessment, Development and Administration | L100 | N/A | $0.00 | $135.17 |
| **TOTAL** | | **12.9** | **$6,630.00[1]** | **$135.17** |

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." See Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($6,630.00) are more than the Firm's fees calculated at the blended rate of $500 ($500 x 12.9 hours = $6,450.00). Accordingly, for purposes of the Application, the Firm is applying the blended rate.

# Exhibit C

# BIENERT, MILLER & KATZMAN, PLC
## ATTORNEYS AT LAW

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

Statement Date: September 30, 2016
Statement No.: 38409

Page: 1

Account No. 31615.001000

RE:
Special Counsel to Cred. Comm.

**ANY PAYMENTS APPLIED AFTER 09/30/2016**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| | | | | Previous Balance | | $1,685.76 |
| | | | | *Fees* | | |
| 09/02/2016 | TRB | B160 | A107 | Telephone call with Andrew Sherman re employment application | 0.10 | 45.00 |
| 09/06/2016 | TRB | B160 | A108 | Review/analyze proposed email to UST re committee professionals | 0.10 | 45.00 |
| | TRB | B150 | A108 | Review voice message from creditor counsel | 0.10 | 45.00 |
| | TRB | B150 | A108 | Multiple communications re creditor outreach | 0.20 | 90.00 |
| | SJK | B110 | A107 | Confer with co-counsel re inquiry from UST on employment app | 0.20 | 145.00 |
| | SJK | B110 | A107 | Confer with co-counsel re call from Madroni. | 0.10 | 72.50 |
| 09/07/2016 | TRB | B110 | A104 | Review/analyze notice of removal of creditors from creditors committee | 0.10 | 45.00 |
| | TRB | B120 | A104 | Telephone call with Andrew Sherman re research regarding potential causes of action | 0.10 | 45.00 |
| | TRB | B120 | A107 | Draft email to Andrew Sherman re potential causes of action and briefing re same | 0.20 | 90.00 |
| 09/08/2016 | TRB | B120 | A102 | Additional research re potential causes of action and provide sample briefing to committee general counsel | 0.50 | 225.00 |
| 09/09/2016 | TRB | B160 | A107 | Telephone call with Andrew Sherman re employment application | 0.10 | 45.00 |
| | SJK | B110 | A107 | Confer with co-counsel re revising employment app to remove LWG and expand scope of firm as local counsel to address concerns raised by Debtor and UST. . | 0.20 | 145.00 |

Gardens Regional Hospital  
Account No.  31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date:  09/30/2016  
Statement No. 38409  
Page No.    2

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/12/2016 | TRB | B160 | A107 | Telephone call with Andrew Sherman re modification to employment application | 0.20 | 90.00 |
| | TRB | B160 | A103 | Draft/revise supplement to employment application | 0.70 | 315.00 |
| | SJK | B160 | A107 | Review proposed modified employment application; confer with co-counsel re format and process for same. | 0.30 | 217.50 |
| | SJK | B160 | A104 | Review and approve supplement to employment app. | 0.20 | 145.00 |
| 09/13/2016 | TRB | B150 | A108 | Review voice message from Steve Madoni | 0.10 | 45.00 |
| | TRB | B160 | A103 | Finalize supplement to employment application for filing | 0.30 | 135.00 |
| | TRB | B160 | A107 | Review email from Andrew Sherman re executed supplement to employment application (.1); draft response re same (.1) | 0.20 | 90.00 |
| | SJK | B110 | A104 | Review correspondence with committee re revision of terms of retention. | 0.20 | 145.00 |
| 09/14/2016 | TRB | B150 | A108 | Telephone call with Steve Madoni re removal of client from committee | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze declarations of non-opposition to motions to extend exclusivity, enlarge time re executory contracts, enlarge time to remove actions, and expand scope of Dentons employment | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze order granting 9019 motion | 0.10 | 45.00 |
| | TRB | B160 | A104 | Review draft order approving BMK employment application and draft email to Committee counsel re same | 0.20 | 90.00 |
| | TRB | B110 | A104 | Review/analyze notices of lodgment of orders granting application to expand scope of Dentons employment, extending exclusivity, enlarging removal time, and approving settlement | 0.20 | 90.00 |
| 09/15/2016 | TRB | B160 | A104 | Review email from Jeff Golden re order approving BMK employment | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze orders granting application to expand Denton's scope of employment, extending exclusivity, extending time to accept/reject executory contracts, extending time to remove actions, and approve CBA | 0.30 | 135.00 |
| | TRB | B150 | A104 | Review letter to counsel for secured creditors re information requests | 0.10 | 45.00 |
| | TRB | B120 | A102 | Legal research re potential causes of action | 1.20 | 540.00 |
| | TRB | B120 | A104 | Review letter from Paldin Gardens management to debtor re conduct issues | 0.10 | 45.00 |
| | SJK | B110 | A107 | Confer with co-counsel re status of investigation. | 0.30 | 217.50 |
| 09/16/2016 | TRB | B110 | A104 | Review/analyze notice of lodgment re order regarding monthly fee applications | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze motion to reject executory contract with with JSE and declaration/exhibits supporting same | 0.30 | 135.00 |
| 09/19/2016 | TRB | B160 | A103 | Draft/revise declaration of no request for hearing regarding employment application | 0.20 | 90.00 |
| | TRB | B160 | A103 | Draft/revise notice of lodgment and proposed order regarding employment application | 0.20 | 90.00 |

Gardens Regional Hospital  
Account No. 31615.001000  
RE: Special Counsel to Cred. Comm.

Statement Date: 09/30/2016  
Statement No. 38409  
Page No. 3

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/20/2016 | TRB | B160 | A104 | Review/analyze order granting application to employ BMK | 0.10 | 45.00 |
|  | TRB | B110 | A104 | Review/analyze order setting procedures for monthly fee applications of professionals and strategize re same | 0.20 | 90.00 |
|  | SJK | B160 | A107 | Confer with co-counsel re issues in case with respect to ▮▮▮▮ and assessment of potential claims related to same. | 0.60 | 435.00 |
| 09/21/2016 | TRB | B110 | A108 | Draft email to Andrew Sherman re order regarding monthly fee applications | 0.10 | 45.00 |
|  | TRB | B110 | A104 | Review/analyze stipulation re provider agreements and notice of lodgment re order re same | 0.10 | 45.00 |
| 09/22/2016 | TRB | B110 | A104 | Review/analyze order granting stipulation with US and State of California | 0.10 | 45.00 |
| 09/23/2016 | TRB | B110 | A104 | Review/analyze Moe declaration in support of settlement with Kindred | 0.10 | 45.00 |
|  | TRB | B110 | A104 | Review/analyze notice of lodgment of order approving settlement with Kindred | 0.10 | 45.00 |
| 09/26/2016 | TRB | B160 | A103 | Draft/revise fee application and declaration re same; communications with co-counsel re fee applications and filing of same | 1.30 | 585.00 |
|  | TRB | B110 | A104 | Review email to Committee chair re fee applications and ex officio committee member request | 0.10 | 45.00 |
|  | TRB | B110 | A104 | Review/analyze notice of assumption of executory contracts and cure amounts re same | 0.10 | 45.00 |
|  | TRB | B310 | A101 | Strategize re meeting with secured creditors | 0.10 | 45.00 |
|  | TRB | B100 | A104 | Review/analyze debtor's fee application | 0.20 | 90.00 |
|  | SJK | B160 | A104 | Review and approve fee app and declaration | 0.20 | 145.00 |
| 09/27/2016 | TRB | B160 | A108 | Draft email to John Moe re fee application | 0.10 | 45.00 |
|  | TRB | B160 | A108 | Review email from Dare Law re fee application and employment order | 0.10 | 45.00 |
|  | TRB | B160 | A108 | Draft email to Dare Law re employment order | 0.10 | 45.00 |
|  | TRB | B160 | A108 | Review/analyze notice of monthly fee applications | 0.10 | 45.00 |
|  | TRB | B110 | A104 | Review/analyze amended notice of assumed contracts | 0.10 | 45.00 |
| 09/28/2016 | TRB | B160 | A108 | Review email from Dare Law re employment order | 0.10 | 45.00 |
| 09/29/2016 | TRB | B100 | A104 | Review/anlayze order on stipulation between Debtor and US Bank | 0.10 | 45.00 |
| 09/30/2016 | TRB | B150 | A107 | Conference call regarding meeting with and documents from secured creditor | 0.30 | 135.00 |
|  | SJK | B110 | A200 | Strategy with co-counsel on ▮▮▮▮ and analysis re recourse thought 2004 exam; strategy re ▮▮▮▮ | 0.70 | 507.50 |

Gardens Regional Hospital  
Account No. 31615.001000  
RE: Special Counsel to Cred. Comm.

Statement Date: 09/30/2016  
Statement No. 38409  
Page No. 4

|  | Hours |  |
|---|---:|---:|
| For Current Services Rendered | 12.90 | 6,630.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Steven J. Katzman | 3.00 | $725.00 | $2,175.00 |
| Tony Bisconti | 9.90 | 450.00 | 4,455.00 |

### Expenses

| | | | | |
|---|---|---|---|---:|
| 08/31/2016 | L100 | E107 | Delivery services - Fed Ex delivery to USBK Court in Los Angeles | 21.80 |
| 09/13/2016 | L100 | E108 | Postage - service of pleadings | 30.26 |
| 09/19/2016 | L100 | E107 | GSO courier fee for delivery to US BK Court in Los Angeles, CA | 21.22 |
| 09/26/2016 | L100 | E108 | Postage | 21.89 |
| 09/27/2016 | L100 | E107 | Courier fee from ASAP Legal for delivery to USBC in Los Angeles, CA | 40.00 |

Total Expenses    135.17

Total Current Work    6,765.17

Balance Due    $8,450.93

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---:|---:|
| B100 | Administration | 135.00 | 0.00 |
| B110 | Case Administration | 2222.50 | 0.00 |
| B120 | Asset Analysis and Recovery | 945.00 | 0.00 |
| B150 | Meetings of and Communications with Creditors | 405.00 | 0.00 |
| B160 | Fee/Employment Applications | 2877.50 | 0.00 |
| B100 | Administration | 6,585.00 | 0.00 |
| B310 | Claims Administration and Objections | 45.00 | 0.00 |
| B300 | Claims and Plan | 45.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 0.00 | 135.17 |
| L100 | Case Assessment, Development and Administration | 0.00 | 135.17 |

# BIENERT, MILLER & KATZMAN, PLC

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

**Please include this page with your remittance.**

**ANY PAYMENTS APPLIED AFTER  09/30/2016**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 31615-001000 Special Counsel to Cred. Comm. | | | | | |
| 1,685.76 | 6,630.00 | 135.17 | 0.00 | 0.00 | $8,450.93 |

www.bmkattorneys.com

Please Charge $_____ on the following:

☐ Visa    ☐ MasterCard    ☐ Discover    ☐ American Express

Name on Card: _____

Address on Card: _____

Card Number / Exp. Date (required)

Card Holder Signature / Security Code

Amount Remitted: _____
Check No.: _____
Statement Date: 09/30/2016
Account No. 31615.001000

INTEREST CHARGED ON UNPAID BALANCE AFTER THIRTY DAYS - 1% PER MONTH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 3O, 2016;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/25/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 10/25/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/25/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/25/16 | Anthony R. Bisconti | /s/ Anthony R. Bisconti |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Karl E Block**    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- **Manuel A Boigues**    bankruptcycourtnotices@unioncounsel.net
- **Louis J Cisz**    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- **Dawn M Coulson**    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- **Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **W. Jeffery Fulton**    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Barry S Glaser**    bglaser@swesq.com, erhee@swesq.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Rhonda S Goldstein**    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- **Lawrence J Hilton**    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- **David Jacobs**    cemail@ebglaw.com, djacobs@ebglaw.com
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Gary E Klausner**    gek@lnbyb.com
- **Stuart I Koenig**    Skoenig@cmkllp.com, knielsen@cmkllp.com
- **John P Kreis**    jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Wendy A Loo**    wendy.loo@lacity.org
- **Stephen A Madoni**    stevemadoni@aol.com, nathally@madonilaw.com
- **Howard N Madris**    hmadris@madrislaw.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- **Boris I Mankovetskiy**    bmankovetskiy@sillscummis.com
- **Amanda L Marutzky**    amarutzk@wthf.com, jjensen@watttieder.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
- **Benjamin Nachimson**    ben.nachimson@wnlawyers.com
- **Steven G Polard**    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**    dmr@vrmlaw.com, jle@vrmlaw.com
- **J. Alexandra Rhim**    arhim@hemar-rousso.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Mary H Rose**    mrose@buchalter.com, mrose@buchalter.com
- **Andrew H Sherman**    asherman@sillscummis.com
- **Leonard M Shulman**    lshulman@shbllp.com
- **Gerald N Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
- **Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **Wayne R Terry**    wterry@hemar-rousso.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- **Matthew Zandi**    mzandi@kbrlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley PC
707 Grant St Ste 220
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**