Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facximile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Case No. 2:16-bk-17463-ER |
|---|---|
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| Debtor. | **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016

1.      Sills Cummis & Gross P.C. (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period October 1, 2016 – October 31, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $60,387.72[1] in fees and expenses during the Application Period. The total fees represent 125.7 hours expended during the period covered by this Application at a blended hourly rate of $450 pursuant the Firm's retention application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 10/1/2016 – 10/31/2016 | $56,565.00 | $3,822.72 | $60,387.72 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $49,074.72 at this time.  This total is comprised as follows: $45,252.00 (80% of the fees for services rendered) plus $3,822.72 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm; Lobel Weiland Golden Friedman LLP; and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

5.      For the postpetition period, the Firm has been paid to date as follows:

---

[1] These amounts include fees and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation"), invoices for which are attached hereto as Exhibits C and D.

| Application Period | Amount | Description |
| --- | --- | --- |
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $0 | No amounts paid |
| 9/1/2016-9/30/2016 | $0 | No amounts paid |
| **Total Paid to the Firm to Date** | $0 | |

6.    To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
| --- | --- | --- |
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $153,336.44 | Fees and expenses set forth in application filed September 26, 2016 [Docket No. 417] |
| 9/1/2016-9/30/2016 | $60,687.35 | Fees and expenses set forth in application filed October 25, 2016 [Docket No. 476] |
| **Total Owed to the Firm to Date** | $214,023.79 | |

7.    Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached as **Exhibit B** hereto are the detailed time and expense statements for the Application Period.  Attached hereto as **Exhibits C and D** are the Firm's invoices for the Application Period.

8.    The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "<u>Debtor</u>"), counsel to the Debtor, and counsel to the Committee appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about November 22, 2016.  Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about November 22, 2016.

9.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016

is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10.    The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures* and prior orders of this Court.

Dated:  November 22, 2016

SILLS CUMMIS & GROSS P.C.

By:   /s/ Andrew H. Sherman
        Andrew H. Sherman
        Boris I. Mankovetskiy
        Co-Counsel to the Official Committee
        of Unsecured Creditors of Gardens Regional
        Hospital and Medical Center

-and-

BIENERT, MILLER & KATZMAN, PLC

By:   /s/ Anthony R. Bisconti
        Steven Jay Katzman
        Anthony R. Bisconti
        Co-Counsel to the Official Committee
        of Unsecured Creditors of Gardens Regional
        Hospital and Medical Center

# EXHIBIT A

**SILLS CUMMIS & GROSS P.C.'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Andrew H. Sherman | Member | $525.00 |
| Boris Mankovetskiy | Member | $475.00 |
| Lucas F. Hammonds | Associate | $350.00 |
| Laura M. Kessler | Associate | $248.00 |

# EXHIBIT B

### SILLS CUMMIS & GROSS P.C.'S TIME AND EXPENSES[1]

**Fees:**

| Project Category | Task Code | Hours | Fees |
|---|---|---|---|
| Asset Analysis and Recovery | 101 | 1.4 | $665.00 |
| Asset Disposition | 102 | 14.3 | $6,427.50 |
| Business Operations | 103 | .7 | $347.50 |
| Case Administration | 104 | 73.2 | $35,570.00 |
| Claims Administration and Objections | 105 | 29.2 | $15,127.50 |
| Fee/Employment Applications | 107 | 1.1 | $385.00 |
| Litigation (Other than Avoidance Action Litigation) | 110 | 3.2 | $1,139.10 |
| Relief from Stay Proceedings | 114 | 2.6 | $1,235.00 |
| **Totals:** | | **125.7** | **$60,896.60** |
| **Total at Blended Rate of $450/Hour:** | | | **$56,565.00**[2] |

**Expenses:**

| Expense Category | Code | Expenses |
|---|---|---|
| Copying | E101 | $75.00 |
| Telephone | E105 | $15.71 |
| Online Research | E106 | $44.93 |
| Travel (taxi) | E109 | $128.24 |
| Out-of-town travel (airfare, lodging) | E110 | $3,382.23 |
| Meals (travel/meeting) | E111 | $176.61 |
| **Totals:** | | **$3,822.72** |

---

[1] The hours, fees, and expenses on this exhibit include the hours, fees, and expenses for both matter 000001 ("Creditors' Committee) and matter 000002 ("Lien Investigation").

[2] Applicable rate per retention application.

# **EXHIBIT C**

# SILLS CUMMIS & GROSS
#### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Creditor's Committee

For legal services rendered through October 31, 2016.

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|

## 101 - ASSET ANALYSIS AND RECOVERY

| 10/14/16 | BM | 101 | Analysis of issues regarding debtor's relationships with Moskowitz Foundation and potential claims that may arise therefrom. | 1.40 | |
|---|---|---|---|---|---|
| | | **TASK TOTAL 101** | | **1.40** | **665.00** |

## 102 - ASSET DISPOSITION

| 10/06/16 | BM | 102 | Attend to issues regarding closing of the sale of the debtor's assets. | 0.80 |
|---|---|---|---|---|
| 10/07/16 | BM | 102 | Analysis regarding Health Care Impact Statement and Deal Breaker Letter in connection with AG review. | 1.20 |
| 10/11/16 | LFH | 102 | Review and analyze motion to reject JSE contract and response. | 0.40 |
| | | 102 | Analyze issues relating to motion to reject JSE contract. | 0.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1691299 |
| Date | | 11/21/16 |
| 08650096.000001 | | - AHS |

| Date | Init | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/16 | BM | 102 | Analysis regarding debtor's stipulation regarding amended cure amounts for leases with Moskowitz Foundation. | 0.70 | |
| 10/16/16 | LFH | 102 | Prepare response to objection to motion to reject JSE contract. | 1.40 | |
| | | 102 | Review JSE contract rejection documents. | 0.90 | |
| 10/17/16 | LFH | 102 | Revise response to objection to motion to reject JSE contract. | 0.30 | |
| 10/18/16 | AHS | 102 | Review of letters and analysis regarding QAF issues, recoupment/setoff and review of briefs re: same. | 1.20 | |
| 10/20/16 | AHS | 102 | Calls with J. Moe and S. Polard re: closing issues and public meeting issues to address any closing concerns. | 0.80 | |
| 10/20/16 | BM | 102 | Analysis regarding sale closing issues. | 1.30 | |
| 10/21/16 | BM | 102 | Analysis regarding debtor's response to AG's list of conditions for the approval of the sale transaction. | 0.70 | |
| 10/27/16 | BM | 102 | Attend to issues regarding amended order regarding assumption and assignment of contracts. | 0.40 | |
| 10/28/16 | BM | 102 | Attend to issues regarding satisfaction of conditions precedent to closing of the sale. | 1.80 | |
| 10/31/16 | BM | 102 | Attend to sale closing issues. | 1.40 | |
| | | **TASK TOTAL 102** | | **14.10** | **6,322.50** |

## 103 - BUSINESS OPERATIONS

| Date | Init | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/06/16 | AHS | 103 | Address issues concerning rejection of emergency room doctor's agreement. | 0.30 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

| 10/11/16 | BM | 103 | Analysis regarding debtor's financial reporting. | 0.40 | |
|---|---|---|---|---|---|
| | | **TASK TOTAL 103** | | **0.70** | **347.50** |

## 104 - CASE ADMINISTRATION

| 10/03/16 | BM | 104 | Analysis regarding motion to reject executor contract with J.S.E. Emergency Medical Group, Inc. | 0.80 |
|---|---|---|---|---|
| 10/06/16 | AHS | 104 | Calls and email with US Trustee re: PCO issues and email to counsel for Debtor re: same. | 0.30 |
| 10/06/16 | BM | 104 | Analysis regarding filed objection to debtor's motion to reject emergency department doctors' contract. | 0.70 |
| 10/07/16 | AHS | 104 | Email to Committee re: case status and upcoming meeting. | 0.40 |
| 10/14/16 | AHS | 104 | Call with Debtor's counsel re: AG application issues and closing issues. | 0.30 |
| | | 104 | Review of audit and financial information regarding alleged loan due to Moskowitz foundation. | 0.40 |
| | | 104 | Call with US Trustee re: PCO issues. | 0.40 |
| | | 104 | Review of valuation report and email to Debtor's counsel re: loans alleged due from Moskowitz Foundation and payments. | 0.60 |
| 10/14/16 | BM | 104 | Analysis regarding debtor's reply to JSE's objection to motion to reject. | 0.80 |
| 10/17/16 | AHS | 104 | Calls and emails re: resolution of JSE motion to reject. | 0.40 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 10/17/16 | BM | 104 | Attend to Committee's response to JSE's objection to motion to reject. | 0.40 |
| 10/18/16 | BM | 104 | Analysis of issues regarding QAF fees and debtor's proposed response to AG's rejection of settlement offer. | 1.10 |
| 10/19/16 | AHS | 104 | Emails re: PCO issues. | 0.20 |
| 10/19/16 | BM | 104 | Attend to issues regarding UST's request for the appointment of PCO. | 0.60 |
| 10/20/16 | BM | 104 | Attend to Committee's response to JSE objection to motion to reject. | 0.70 |
| 10/21/16 | AHS | 104 | Call with counsel for Strategic re: closing issues. | 0.30 |
| | | 104 | Calls with J. Moe re: closing issues and JSE issues. | 0.30 |
| | | 104 | Review of response filed by JSE. | 0.20 |
| 10/25/16 | AHS | 104 | Review and execute PCO stipulation and send same to UST for filing. | 0.20 |
| | | 104 | Email to Committee re: PCO issues, RNG 2004 and CMS/Medical issues. | 0.40 |
| 10/25/16 | BM | 104 | Attend to issues regarding appointment of patient care ombudsman. | 0.70 |
| 10/26/16 | BM | 104 | Attend to issues regarding JSE's objection to motion to reject. | 0.60 |
| 10/27/16 | BM | 104 | Review and analysis of debtor's monthly operating report. | 0.40 |
| 10/31/16 | AHS | 104 | Calls re: hearing on JSE rejection with S. Katzman and address possible closing issues. | 0.40 |
| 10/31/16 | BM | 104 | Review and analysis of tentative decision regarding rejection of JSE contract. | 0.60 |

**TASK TOTAL 104**                    **12.20**        **6,035.00**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/11/16 | AHS | 105 | Call with Committee re: status update and follow up on RNG issues. | 0.60 | |
| 10/14/16 | AHS | 105 | Review of response to JSE rejection motion. | 0.30 | |
| 10/20/16 | AHS | 105 | Review of letter re: Medicare and Medical possible settlements and call to S. Maizel re: same. | 0.80 | |
| | | 105 | Finalize response to JSE motion. | 0.30 | |
| 10/24/16 | BM | 105 | Analysis of issues regarding alleged notes payable to Moskowitz Foundation. | 0.70 | |
| 10/25/16 | BM | 105 | Attend to issues regarding potential settlement of claims of MediCal and QAF. | 1.60 | |
| | | **TASK TOTAL 105** | | **4.30** | **2,142.50** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/25/16 | LFH | 107 | Prepare September fee application. | 1.10 | |
| | | **TASK TOTAL 107** | | **1.10** | **385.00** |

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| | | | | | |
|---|---|---|---|---|---|
| 10/31/16 | LFH | 110 | Analyze Rule 2004 document request issues. | 0.40 | |
| | | **TASK TOTAL 110** | | **0.40** | **140.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

## 114 - RELIEF FROM STAY PROCEEDINGS

| 10/05/16 | BM | 114 | Attend to pending stay relief motions. | 0.70 | |
|---|---|---|---|---|---|
| 10/18/16 | BM | 114 | Attend to pending stay relief motions. | 0.70 | |
| 10/24/16 | BM | 114 | Attend to pending motions for relief from stay. | 0.60 | |
| 10/28/16 | BM | 114 | Attend to pending motions for stay relief. | 0.60 | |
| | | | **TASK TOTAL 114** | **2.60** | **1,235.00** |
| | | | **TOTAL FEES** | **36.80** | **$17,272.50** |
| | | | **TOTAL FEES at Blended Rate of $450** | **36.80** | **$16,560.00** |

## TASK CODE SUMMARY

| 101 | Asset Analysis and Recovery | 1.40 | 665.00 |
|---|---|---|---|
| 102 | Asset Disposition | 14.10 | 6,322.50 |
| 103 | Business Operations | 0.70 | 347.50 |
| 104 | Case Administration | 12.20 | 6,035.00 |
| 105 | Claims Administration and Objections | 4.30 | 2,142.50 |
| 107 | Fee/Employment Applications | 1.10 | 385.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 0.40 | 140.00 |
| 114 | Relief from Stay Proceedings | 2.60 | 1,235.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| **TOTAL FEES** | | | **36.80** | **$17,272.50** |
| **TOTAL FEES at Blended Rate of $450** | | | **36.80** | **$16,560.00** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | $475.00 | 22.40 | 10,640.00 |
| AHS | Andrew H. Sherman | $525.00 | 9.10 | 4,777.50 |
| LFH | Lucas F. Hammonds | $350.00 | 5.30 | 1,855.00 |
| | | | | |
| **TOTAL FEES** | | | **36.80** | **$17,272.50** |
| **TOTAL FEES at Blended Rate of $450** | | | **36.80** | **$16,560.00** |

**DISBURSEMENT DETAIL**

E101

| | | | |
|---|---|---|---|
| 09/21/16 | E101 | Copying | 50.00 |
| 09/30/16 | E101 | Copying | 25.00 |

E105

| | | | |
|---|---|---|---|
| 07/20/16 | E105 | Telephone | 15.50 |
| 07/21/16 | E105 | Telephone | 0.21 |

E106

| | | | |
|---|---|---|---|
| 08/02/16 | E106 | Online research | 3.00 |
| 08/11/16 | E106 | Online research | 3.00 |
| 08/12/16 | E106 | Online research | 3.00 |
| 08/12/16 | E106 | Online research | 1.10 |
| 08/12/16 | E106 | Online research | 2.80 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

| | | | |
|---|---|---|---:|
| 08/12/16 | E106 | Online research | 1.10 |
| 08/24/16 | E106 | Online research | 3.00 |
| 08/24/16 | E106 | Online research | 3.00 |
| 08/24/16 | E106 | Online research | 3.00 |
| 08/24/16 | E106 | Online research | 3.00 |
| 08/25/16 | E106 | Online research | 3.00 |
| 08/25/16 | E106 | Online research | 1.30 |
| 09/12/16 | E106 | Online research | 1.00 |
| 09/12/16 | E106 | Online research | 0.10 |
| 09/12/16 | E106 | Online research | 0.10 |
| 09/12/16 | E106 | Online research | 0.10 |
| 09/12/16 | E106 | Online research | 0.10 |
| 09/12/16 | E106 | Online research | 1.30 |
| 09/12/16 | E106 | Online research | 1.40 |
| 09/14/16 | E106 | Online research | 1.20 |
| 09/14/16 | E106 | Online research | 3.00 |
| 09/14/16 | E106 | Online research | 0.70 |
| 09/14/16 | E106 | Online research | 3.00 |
| 09/14/16 | E106 | Online research | 0.20 |
| 09/14/16 | E106 | Online research | 0.10 |
| 09/14/16 | E106 | Online research | 0.10 |
| 09/14/16 | E106 | Online research | 0.20 |
| 09/14/16 | E106 | Online research | 0.10 |
| 10/05/16 | E106 | Online research | 1.93 |
| | | | |
| E109 | | | |
| 10/04/16 | E109 | Travel (taxi) | 10.02 |
| 10/04/16 | E109 | Travel (taxi) | 26.69 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

| | | | |
|---|---|---|---|
| 10/04/16 | E109 | Travel (taxi) | 7.11 |
| 10/04/16 | E109 | Travel (taxi) | 7.18 |
| 10/05/16 | E109 | Travel (taxi) | 17.80 |
| 10/05/16 | E109 | Travel (taxi) | 15.56 |
| 10/05/16 | E109 | Travel (taxi) | 8.85 |
| 10/06/16 | E109 | Travel (taxi) | 25.90 |
| 10/07/16 | E109 | Travel (taxi) | 9.13 |
| E110 | | | |
| 10/04/16 | E110 | Out-of-town travel (airfare) | 1,104.40 |
| 10/06/16 | E110 | Out-of-town travel (lodging BM) | 1,146.73 |
| 10/06/16 | E110 | Out-of-town travel (lodging AHS) | 1,131.10 |
| E111 | | | |
| 10/04/16 | E111 | Meals (travel) | 11.57 |
| 10/05/16 | E111 | Meals (travel) | 8.35 |
| 10/06/16 | E111 | Meals (travel) (meeting) | 131.36 |
| 10/06/16 | E111 | Meals (travel) | 25.33 |

**TOTAL DISBURSEMENTS** **$3,822.72**

## DISBURSEMENT RECAP

| Code | Description | Units | Total |
|---|---|---|---|
| E101 | Copying | 3.00 | 75.00 |
| E105 | Telephone | 2.00 | 15.71 |
| E106 | Online research | 431.00 | 44.93 |
| E109 | Travel (taxi) | 9.00 | 128.24 |
| E110 | Out-of-town travel (airfare/lodging) | 3.00 | 3,382.23 |
| E111 | Meals (travel) | 4.00 | 176.61 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1691299 |
| Date | 11/21/16 |
| 08650096.000001 | - AHS |

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | **$3,822.72** |
| **TOTAL THIS INVOICE** | **$20,382.72*** |

*Total includes fees at ***Blended Rate***. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$64,719.32**) and combined fees at *Blended Rate* of $450 (**$56,565.00**) applies.

# **EXHIBIT D**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 1 |
| Inv# | 1691300 |
| Date | 11/21/16 |
| 08650096.000002 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Lien Investigation

For legal services rendered through October 31, 2016.

**HOURS**

## 102 - ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 10/25/16 | AHS | 102 | Email to Debtor's counsel re: 2004 application to Sheppard Mullin. | 0.20 | |
| | | | **TASK TOTAL 102** | **0.20** | **105.00** |

## 104 - CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 10/03/16 | BM | 104 | Analysis regarding potential causes of action in connection with the Committee's investigation. | 1.20 |
| 10/04/16 | BM | 104 | Analysis of document productions in connection with the Committee's investigation. | 1.40 |
| | | 104 | Prepare for interviews of representatives of the debtor and alleged secured creditors. | 4.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1691300 |
| Date | 11/21/16 |
| 08650096.000002 | - AHS |

| Date | Init | Code | Description | Hours |
|---|---|---|---|---|
| 10/05/16 | BM | 104 | Attend meetings with representatives of the debtor, Roxbury/Sycamore and Paladin/Harbor Gardens in connection with the Committee's investigation. | 7.80 |
| 10/06/16 | AHS | 104 | Meeting with counsel for Debtor re: alleged secured creditor issues and AG approval process. | 0.90 |
| 10/06/16 | BM | 104 | Attend interviews of the debtor's board members in connection with the Committee's investigation. | 4.20 |
| | | 104 | Analysis regarding results of interviews of representatives of the debtor and certain alleged secured creditors and the next steps. | 2.20 |
| 10/07/16 | BM | 104 | Analysis regarding memorandum and additional documents provided by Roxbury/Sycamore. | 1.40 |
| 10/10/16 | BM | 104 | Prepare background section of application for 2004 examination and document requests to RNG. | 2.30 |
| 10/11/16 | BM | 104 | Prepare document demands to Sheppard Mullin. | 1.20 |
| 10/13/16 | AHS | 104 | Review and revise letter to K. Yood and send out same. | 0.70 |
| | | 104 | Review and send out stipulation to K. Block re: confidentiality of documents. | 0.30 |
| | | 104 | Review of email from G. Torrell re: document production. | 0.20 |
| | | 104 | Calls with S. Katzman re: 2004 examination for RNG. | 0.30 |
| | | 104 | Review of draft 2004 application and list of requested documents. | 0.60 |
| | | 104 | Draft and revise response. | 0.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1691300 |
| Date | 11/21/16 |
| 08650096.000002 | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 10/13/16 | BM | 104 | Attend to issues regarding outstanding document requests to alleged secured creditors. | 0.80 |
| | | 104 | Attend to motion for R. 2004 examination of RNG. | 1.20 |
| | | 104 | Draft stipulation regarding Paladin's and Harbor Gardens' voluntary productions of documents. | 0.80 |
| | | 104 | Review and analysis of documents in connection with investigation. | 1.70 |
| 10/18/16 | AHS | 104 | Draft and revise declaration of good faith in support of request for 2004 application for RNG. | 2.20 |
| 10/18/16 | BM | 104 | Attend to issues regarding obtaining responsive documents from alleged secured creditors in connection with the Committee's outstanding requests. | 1.20 |
| 10/19/16 | BM | 104 | Attend to motion for R. 2004 examination and RNG and supporting declaration. | 1.20 |
| | | 104 | Attend to stipulation regarding production of documents by Paladin/Harbor-Gardens. | 0.40 |
| 10/20/16 | BM | 104 | Attend to issues regarding document requests to Roxbury/Sycamore. | 0.80 |
| | | 104 | Analysis of issues in connection with committee's investigation. | 1.40 |
| 10/21/16 | AHS | 104 | Review of Order from court and send same to counsel for RNG; call from counsel to RNG and to S. Katzman re: same regarding protective order issues. | 0.60 |
| 10/21/16 | BM | 104 | Attend to issues regarding Roxbury and Sycamore's productions. | 0.70 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 4 |
| | | | Inv# | 1691300 |
| | | | Date | 11/21/16 |
| | | | 08650096.000002 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 104 | Draft correspondence to A. Gerrick's counsel regarding document requests and interview. | 0.40 |
| | | 104 | Attend to issues regarding 2004 examination of RNG. | 0.70 |
| 10/24/16 | AHS | 104 | Emails to K. Yood to follow up and respond to letter regarding 2004 examination and production of Debtor's documents. | 0.70 |
| 10/24/16 | BM | 104 | Attend to issues regarding Sheppard Mullin's refusal to cooperate with the Committee's investigation. | 0.70 |
| 10/25/16 | AHS | 104 | Drafting and revision to application to compel examination of Sheppard Mullin and drafting of declaration of good faith efforts to resolve issues | 2.60 |
| | | 104 | Review and revise document requests to Sheppard Mullin and send same in good faith effort to address 2004 application. | 0.40 |
| 10/25/16 | BM | 104 | Analysis of issues regarding obtaining regulatory approvals in connection with sale closing. | 1.70 |
| | | 104 | Draft document requests to Sheppard Mullin. | 1.80 |
| 10/26/16 | AHS | 104 | Calls with counsel for Debtor and Sheppard Mullin re: 2004 application and potential resolution of issues. | 0.70 |
| 10/26/16 | BM | 104 | Attend to issues regarding Sheppard Mullin's opposition to Committee's requests for production of documents and witness. | 1.30 |
| | | 104 | Attend to motion for R. 2004 examination of Sheppard Mullin and related documents. | 2.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1691300 |
| Date | 11/21/16 |
| 08650096.000002 | - AHS |

| Date | Init | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/27/16 | BM | 104 | Attend to issues regarding R. 2004 examination of RNG and proposed protective order. | 1.60 | |
| | | 104 | Attend to issues regarding resolution of discovery dispute with Sheppard Mullin. | 0.80 | |
| | | 104 | Analysis regarding proposed stipulated protective order with RNG. | 0.70 | |
| 10/28/16 | BM | 104 | Attend to issues regarding protective order and extension of challenge period as to RNG. | 1.80 | |
| 10/31/16 | AHS | 104 | Calls and emails re: challenge period issues and extension thereof. | 0.40 | |
| | | **TASK TOTAL 104** | | **61.00** | **29,535.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| Date | Init | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/16 | AHS | 105 | Review of financial data and meeting minutes in preparation for meetings with Debtor and other alleged secured creditors. | 3.80 | |
| 10/05/16 | AHS | 105 | Prepare for and attend meeting with D. Herskowitz and B. Walton re: alleged secured creditor issues. | 3.40 | |
| | | 105 | Prepare for and attend meeting with G. Klausner re: Roxbury and Sycamore issues. | 1.40 | |
| | | 105 | Prepare for and attend meeting with K. Block and J. Friedman re: Harbor and Palladin issues. | 2.80 | |
| 10/06/16 | AHS | 105 | Meeting with D. Herskowitz and B. Walton re: case background and alleged secured creditor issues. | 3.70 | |
| | | 105 | Review of documents and sent by D. Herskowitz and G. Klausner. | 0.70 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1691300 |
| Date | 11/21/16 |
| 08650096.000002 | - AHS |

| | | | | |
|---|---|---|---|---|
| 10/10/16 | AHS | 105 | Calls with S. Katzman and address issues regarding 2004 application for RollinsNelson. | 0.80 |
| 10/11/16 | AHS | 105 | Review and revise letter to K. Yood. | 0.40 |
| | | 105 | Send out letter and send copy to Committee. | 0.20 |
| | | 105 | Review of additional documents provided to AG. | 0.80 |
| 10/16/16 | AHS | 105 | Review of email from counsel to RNG and respond to same. | 0.40 |
| 10/18/16 | LFH | 105 | Analyze asserted RollinsNelson claims. | 0.50 |
| 10/19/16 | AHS | 105 | Revise and finalize 2004 application and supporting declaration. | 1.40 |
| | | 105 | Review of Paladin stipulation and emails re: same. | 0.40 |
| | | 105 | Calls and emails with T. Bisconti to coordinate filing and service of motion. | 0.40 |
| 10/20/16 | AHS | 105 | Call with counsel for Roxbury and Sycamore and follow up re: same re: production issues and timing. | 0.60 |
| 10/24/16 | AHS | 105 | Review of letter from K. Yood re: Sheppard Mullin document production and follow up with Debtor's counsel re: same. | 0.40 |
| 10/26/16 | AHS | 105 | Further drafting and revisions to application to compel 2004 examination for Sheppard Mullin. | 1.30 |
| 10/27/16 | AHS | 105 | Follow up email re: agreement on call. | 0.40 |
| | | 105 | Prepare for and attend call with K. Yood and Debtor's representatives re: Sheppard Mullin production. | 0.40 |
| | | 105 | Review of correspondence re: RNG protective order. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1691300 |
| Date | 11/21/16 |
| 08650096.000002 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/28/16 | AHS | 105 | Calls and emails re: RNG protective order issues. | 0.40 | |
| | | | **TASK TOTAL 105** | **24.90** | **12,985.00** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| | | | | | |
|---|---|---|---|---|---|
| 10/03/16 | AHS | 110 | Review of document and outline to prepare for meetings with alleged secured creditors. | 1.10 | |
| 10/03/16 | LMK | 110 | Prepare email memorandum summarizing case law to support possible claims and defenses. | 1.70 | |
| | | | **TASK TOTAL 110** | **2.80** | **999.10** |
| | | | **TOTAL FEES at Discounted Rates** | **88.90** | **$43,624.10** |
| | | | **TOTAL FEES at Blended Rate of $450** | **88.90** | **$40,005.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 102 | Asset Disposition | | 0.20 | 105.00 |
| 104 | Case Administration | | 61.00 | 29,535.00 |
| 105 | Claims Administration and Objections | | 24.90 | 12,985.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 2.80 | 999.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1691300 |
| Date | 11/21/16 |
| 08650096.000002   - AHS | |

| | | | |
|---|---|---:|---:|
| **TOTAL FEES at Discounted Rates** | | **88.90** | **$43,624.10** |
| **TOTAL FEES at Blended Rate of $450** | | **88.90** | **$40,005.00** |

**FEE RECAP**

| | | | | |
|---|---|---|---:|---:|
| BM | Boris Mankovetskiy | $475.00 | 49.80 | 23,655.00 |
| AHS | Andrew H. Sherman | $525.00 | 36.90 | 19,372.50 |
| LMK | Laura M. Kessler | $248.00 | 1.70 | 421.60 |
| LFH | Lucas F. Hammonds | $350.00 | 0.50 | 175.00 |

| | | | |
|---|---|---:|---:|
| **TOTAL FEES at Discounted Rates** | | **88.90** | **$43,624.10** |
| **TOTAL FEES at Blended Rate of $450** | | **88.90** | **$40,005.00** |
| **TOTAL THIS INVOICE** | | | **$40,005.00*** |

*Total includes fees at ***Blended Rate***. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$64,719.32**) and combined fees at *Blended Rate* of $450 (**$56,565.00**) applies.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/22/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 11/22/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/22/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/22/16 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Karl E Block**    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- **Manuel A Boigues**    bankruptcycourtnotices@unioncounsel.net
- **Louis J Cisz**    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- **Dawn M Coulson**    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- **Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **W. Jeffery Fulton**    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Barry S Glaser**    bglaser@swesq.com, erhee@swesq.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Rhonda S Goldstein**    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- **Lawrence J Hilton**    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- **David Jacobs**    cemail@ebglaw.com, djacobs@ebglaw.com
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Gary E Klausner**    gek@lnbyb.com
- **Stuart I Koenig**    Skoenig@cmkllp.com, knielsen@cmkllp.com
- **John P Kreis**    jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Wendy A Loo**    wendy.loo@lacity.org
- **Stephen A Madoni**    stevemadoni@aol.com, nathally@madonilaw.com
- **Howard N Madris**    hmadris@madrislaw.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- **Boris I Mankovetskiy**    bmankovetskiy@sillscummis.com
- **Amanda L Marutzky**    amarutzk@wthf.com, jjensen@watttieder.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
- **Benjamin Nachimson**    ben.nachimson@wnlawyers.com
- **Steven G Polard**    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**    dmr@vrmlaw.com, jle@vrmlaw.com
- **J. Alexandra Rhim**    arhim@hemar-rousso.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Mary H Rose**    mrose@buchalter.com, mrose@buchalter.com
- **Andrew H Sherman**    asherman@sillscummis.com
- **Leonard M Shulman**    lshulman@shbllp.com
- **Gerald N Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
- **Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **Wayne R Terry**    wterry@hemar-rousso.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- **Matthew Zandi**    mzandi@kbrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2.  <u>SERVED BY UNITED STATES MAIL</u>**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley
PC 707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**