Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facximile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Special Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>            Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1

1. Bienert, Miller & Katzman, PLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period October 1, 2016 through October 31, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, the Firm respectfully represents as follows:

2. The Firm is special counsel to the Committee. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. The Firm billed a total of $19,214.15 in fees and expenses during the Application Period. The total fees represent 33.7 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 10/01/16 – 10/31/16 | $16,850.00[1] | $169.15 | $17,019.15 |

4. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $13,649.15 at this time. This total is comprised as follows: $13,480.00 (80% of the fees for services rendered) plus $169.15 (100% of the expenses incurred). **To the extent that the combined fees of the Firm; Lobel Weiland Golden Friedman LLP; and Sills Cummis & Gross P.C. (the collective co-counsel to the Committee) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." *See* Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($19,045.00) are more than the Firm's fees calculated at the blended rate of $500 ($500 x 33.7 hours = $16,850.00). Accordingly, for purposes of the Application, the Firm is applying the blended rate.

5. For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $0.00 | N/A |
| 09/01/16 – 09/30/16 | $0.00 | N/A |
| **Total Paid to the Firm to Date** | $0.00 | N/A |

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $1,685.76 | Fees and expenses set forth in application filed September 26, 2016 [Doc. 418] |
| 09/01/16 – 09/30/16 | $6,585.17 | Fees and expenses set forth in application filed October 25, 2016 [Doc. 477] |
| **Total Owed to the Firm to Date** | $8,270.93 | |

7. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application is the detailed time and expense statements for the Application Period by category. Attached as **Exhibit C** to this Application is the Firm's October 2016 billing statement.

8. The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case. The Application was mailed by first class mail, postage prepaid, on or about November 22, 2016. Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about November 22, 2016.

9. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor

is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee* Procedures.

Dated:  November 22, 2016                          BIENERT, MILLER & KATZMAN, PLC

By:  /s/ Anthony R. Bisconti
       Steven Jay Katzman
       Anthony R. Bisconti
       Special Counsel to the
       Official Committee of Unsecured Creditors of
       Gardens Regional Hospital and Medical Center

-and-

SILLS CUMMIS & GROSS P.C.

By: /s/ Andrew H. Sherman
Andrew H. Sherman
Boris I. Mankovetskiy
Co-Counsel to the Official Committee
of Unsecured Creditors of Gardens Regional
Hospital and Medical Center

356162-1

# Exhibit A

## BIENERT, MILLER & KATZMAN, PLC'S PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Steven J. Katzman | Partner | $725 |
| Anthony R. Bisconti | Associate | $450 |
| Carolyn K. Howland | Paralegal | $200 |

# Exhibit B

## TIME AND EXPENSE STATEMENT

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Case Administration | B110 | 0.5 | $225.00 | $0.00 |
| Asset Analysis and Recovery | B120 | 0.2 | $90.00 | $0.00 |
| Asset Disposition | B130 | 0.2 | $90.00 | $0.00 |
| Relief from Stay/Adequate Protection Proceedings | B140 | 0.4 | $180.00 | $0.00 |
| Fee/Employment Applications | B160 | 0.8 | $360.00 | $0.00 |
| Assumption/Rejection of Leases and Contracts | B185 | 2.3 | $1,035.00 | $0.00 |
| Claims and Plan | B300 | 0.1 | $45.00 | $0.00 |
| Claims Administration and Objections | B310 | 0.8 | $360.00 | $0.00 |
| Case Assessment, Development and Administration | L100 | N/A | $0.00 | $169.15 |
| Fact Investigation/Development | L110 | 0.3 | $135.00 | $0.00 |
| Other Case Assessment, Development and Administration | L190 | 12.9 | $8,145.00 | $0.00 |
| Other Written Motions and Submissions | L250 | 4.5 | $3,262.50 | $0.00 |
| Discovery | L300 | 9.6 | $4,320.00 | $0.00 |
| Document Production | L320 | 0.9 | $652.50 | $0.00 |
| Other Trial Preparation and Support | L440 | 0.2 | $145.00 | $0.00 |
| **TOTALS** | | **33.7** | **$19,045.00**[1] | **$169.15** |

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." *See* Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($19,045.00) are more than the Firm's fees calculated at the blended rate of $500 ($500 x 33.7 hours = $16,850.00). Accordingly, for purposes of the Application, the Firm is applying the blended rate.

# Exhibit C

**BIENERT, MILLER & KATZMAN, PLC**
ATTORNEYS AT LAW

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

Statement Date: October 31, 2016
Statement No.:  38484

Page:  1

Account No. 31615.001000

RE:
Special Counsel to Cred. Comm.

**ANY PAYMENTS APPLIED AFTER  10/31/2016**
**MAY NOT BE <u>INCLUDED</u> ON THIS STATEMENT**

Previous Balance $8,450.93

### Fees

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/01/2016 | TRB | B185 | A104 | Review/analyze opposition to motion to reject executory contract | 0.20 | 90.00 |
| 10/06/2016 | SJK | L190 | A109 | Travel to/from and attendance at meeting with counsel for Debtor and Debtor Board re transactions with Management Companies and counsel for Debtor (actual time 10.0). | 8.00 | 5,800.00 |
| | TRB | B185 | A104 | Review/analyze order granting request for hearing on motion to reject executory contract | 0.10 | 45.00 |
| 10/09/2016 | SJK | L320 | A107 | Correspond with co-counsel re 2004 request for production of documents on management company | 0.20 | 145.00 |
| 10/10/2016 | SJK | L190 | A104 | Review email correspondence from co-counsel re documents supporting 2004 application, review proposed scope of 2004 application and strategy in light of prior requests | 0.40 | 290.00 |
| | SJK | L190 | A104 | Review rules re meet and confer for 2004 Application | 0.20 | 145.00 |
| | SJK | L190 | A107 | Confer with co-counsel re information and process for 2004 application | 0.20 | 145.00 |
| | TRB | B110 | A104 | Review/analyze debtor's request to continue status conference | 0.10 | 45.00 |
| | TRB | L300 | A107 | Telephone call with Andrew Sherman re committee call and Rule 2004 examination | 0.20 | 90.00 |
| | TRB | B300 | A107 | Review email from Andrew Sherman re summary of meetings with various constituencies and potential claims | 0.10 | 45.00 |
| 10/11/2016 | SJK | L190 | A107 | Attendance at Conference call with Committee to discuss recap of meetings and course of action | 0.50 | 362.50 |
| | TRB | B310 | A106 | Attend committee conference call re summary of meetings and potential claims to pursue | 0.50 | 225.00 |

Gardens Regional Hospital  
Account No. 31615.001000  
RE: Special Counsel to Cred. Comm.

Statement Date: 10/31/2016  
Statement No. 38484  
Page No. 2

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
|  | TRB | B120 | A107 | Review letter from A. Sherman to Ken Yood re prior representation | 0.10 | 45.00 |
|  | TRB | B110 | A104 | Review/analyze order continuing status conference | 0.10 | 45.00 |
| 10/12/2016 | TRB | L300 | A103 | Draft/revise 2004 application, notice, and supporting declaration; review/analyze relevant correspondence and documentation re same | 3.00 | 1,350.00 |
| 10/13/2016 | CH | L190 | A103 | Draft fee application and prepare exhibits | 1.70 | 340.00 |
|  | SJK | L190 | A107 | Confer with co-counsel re meet and confer requirements and process for RNG application | 0.20 | 145.00 |
|  | SJK | L190 | A104 | Review and revise meet and confer email to RNG | 0.20 | 145.00 |
|  | SJK | L190 | A104 | Review and revise 2004 application against RNG. | 0.40 | 290.00 |
|  | TRB | L300 | A108 | Review correspondence with counsel for secured creditor and strategize re response to same in light of FRBP 2004 motion | 0.20 | 90.00 |
|  | TRB | L300 | A103 | Revise FRBP 2004 motion, supporting declaration, document request, and 30(b)(6) topics | 1.10 | 495.00 |
|  | TRB | B185 | A104 | Review/analyze stipulation re cure amounts on executory contracts | 0.10 | 45.00 |
|  | TRB | B130 | A104 | Review/analyze 3rd stipulation re provider agreements | 0.10 | 45.00 |
| 10/14/2016 | CH | L190 | A103 | Draft September Fee Application | 0.60 | 120.00 |
|  | TRB | B130 | A104 | Review/analyze order on stipulation regarding provider agreements | 0.10 | 45.00 |
|  | TRB | B185 | A104 | Review/analyze reply in support of motion to reject executory contract | 0.10 | 45.00 |
|  | TRB | L110 | A104 | Review email from Kenneth Yood re letter | 0.10 | 45.00 |
|  | TRB | B310 | A107 | Review email from co-counsel with case law related to creditor claims | 0.30 | 135.00 |
|  | TRB | L110 | A104 | Review notes re financial statements and emails related to same | 0.10 | 45.00 |
| 10/17/2016 | TRB | L300 | A107 | Review correspondence regarding informal discovery and FRBP 2004 motion | 0.10 | 45.00 |
| 10/18/2016 | TRB | B140 | A104 | Review/analyze MFRS | 0.10 | 45.00 |
|  | TRB | B140 | A104 | Review/analyze Debtor's objection to MFRS | 0.10 | 45.00 |
| 10/19/2016 | TRB | L300 | A103 | Revise, finalize and file FRBP 2004 motion and supporting exhibits/declaration; draft/revise notice of lodgment and proposed order re same | 1.00 | 450.00 |
| 10/20/2016 | SJK | L190 | A107 | Confer with co-counsel re timing of RN 2004 and potential additional 2004 exams, including Gerrick. | 0.30 | 217.50 |
|  | TRB | B185 | A104 | Review draft joinder to Debtor's reply in support of motion to reject executory contracts; finalize and file same | 0.20 | 90.00 |
|  | TRB | L300 | A108 | Review correspondence re production and protective order and strategize re same | 0.20 | 90.00 |
| 10/21/2016 | SJK | L250 | A204 | Confer on threatened protective order on RN in response to 2004 Examination | 0.30 | 217.50 |

Case 2:16-bk-17463-ER   Doc 545   Filed 11/22/16   Entered 11/22/16 14:50:17   Desc
Main Document    Page 12 of 19

Gardens Regional Hospital                                                    Statement Date: 10/31/2016
Account No. 31615.001000                                                     Statement No. 38484
RE: Special Counsel to Cred. Comm.                                           Page No.          3

|            |     |      |      |                                                                                                                                   | Hours |        |
|------------|-----|------|------|-----------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            | TRB | L300 | A104 | Review/analyze order granting FRBP 2004 motion re RollinsNelson Grp                                                               | 0.10  | 45.00  |
|            | TRB | L300 | A107 | Confer with co-counsel re potential motion for protective order re FRBP 2004 examination                                          | 0.20  | 90.00  |
|            | TRB | L300 | A103 | Prepare subpoena re FRBP 2004 production and deposition and draft email to RollinsNelson Grp counsel re same                      | 0.30  | 135.00 |
|            | TRB | B185 | A104 | Review/analyze emergency motion to continue hearing on motion to reject executory contract and proposed order re same; strategize re hearing | 0.20 | 90.00 |
| 10/24/2016 | SJK | L190 | A104 | Review and revise fee app                                                                                                         | 0.20  | 145.00 |
|            | SJK | L440 | A101 | Strategy re preparation for hearing on motion to reject contract                                                                  | 0.20  | 145.00 |
| 10/25/2016 | SJK | L320 | A107 | Review correspondence with SM re demands for documents and confer with co-counsel re need for 2004 exam to produce same           | 0.30  | 217.50 |
|            | TRB | B185 | A101 | Coordinate and prepare re hearing on motions related to executory contracts                                                       | 0.40  | 180.00 |
|            | TRB | B185 | A104 | Review/analyze order continuing hearing on motion to reject executory contract                                                    | 0.10  | 45.00  |
|            | TRB | B185 | A107 | Telephone call with Andrew Sherman re hearing on motion to reject and claims investigation                                        | 0.30  | 135.00 |
|            | TRB | B160 | A103 | Review, revise and finalize BMK's monthly fee application                                                                         | 0.30  | 135.00 |
|            | TRB | B160 | A103 | Review email from co-counsel re fee application (.1); finalize and file monthly fee requests for Committee counsel (.4)           | 0.50  | 225.00 |
|            | TRB | B120 | A104 | Review/analyze stipulation and notice of lodgment re appointment of patient care ombudsman                                        | 0.10  | 45.00  |
|            | TRB | L110 | A108 | Multiple communications re documents and production from Shepard Mullin                                                           | 0.10  | 45.00  |
| 10/26/2016 | TRB | L300 | A103 | Review/revise draft 2004 motion and supporting declaration directed toward Shepard Mullin                                         | 0.40  | 180.00 |
|            | TRB | L300 | A107 | Draft email to co-counsel re revisions to Shepard Mullin 2004 Motion                                                              | 0.10  | 45.00  |
|            | TRB | B185 | A104 | Review stipulation to change hearing time re motion to reject JSE executory contract                                              | 0.10  | 45.00  |
|            | TRB | B110 | A104 | Review/analyze order appointing PCO                                                                                               | 0.10  | 45.00  |
| 10/27/2016 | SJK | L320 | A107 | Conference call with counsel for Debtor, board members and SM re production of records from SM and potential issues related to the same | 0.40 | 290.00 |
|            | TRB | B185 | A104 | Review/analyze order changing hearing time on motion to reject executory contract                                                 | 0.10  | 45.00  |
|            | TRB | B185 | A104 | Review/analyze order on amended notice of assumed contracts                                                                       | 0.10  | 45.00  |
|            | TRB | L300 | A108 | Review email from David Reeder re protective order for RNG production                                                             | 0.10  | 45.00  |
|            | TRB | L300 | A108 | Review/analyze letter from David Reeder and proposed protective order; assess potential responses and confer with co-counsel re same | 0.60 | 270.00 |
|            | TRB | L300 | A107 | Telephone call with Boris Mankovetskiy re stipulated protective order                                                             | 0.10  | 45.00  |

Gardens Regional Hospital  
Account No.   31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date: 10/31/2016  
Statement No. 38484  
Page No.    4

|  |  |  |  | | Hours |  |
|---|---|---|---|---|---|---|
|  | TRB | L300 | A107 | Review voice message from Andrew Sherman re stipulated protective order (.1); review email from Andrew Sherman re same (.1) | 0.20 | 90.00 |
| 10/28/2016 | SJK | L250 | A104 | Review correspondence on protective order for 2004 exam with RNL, strategy re date of examination | 0.30 | 217.50 |
|  | TRB | L300 | A108 | Review email from David Reeder re protective order (.1); draft response re same (.1) | 0.20 | 90.00 |
|  | TRB | L300 | A108 | Telephone call with David Reeder re proposed stipulated protective order | 0.10 | 45.00 |
|  | TRB | L300 | A108 | Further call with David Reeder re revisions to stipulated protective order | 0.10 | 45.00 |
|  | TRB | L300 | A108 | Multiple communications with RNG counsel re stipulated protective order and revisions to stipulated protective order | 0.60 | 270.00 |
|  | TRB | L300 | A108 | Review email from Jessica Evans re stipulated protective order | 0.10 | 45.00 |
|  | TRB | L300 | A107 | Telephone call with Boris M. re stipulated protective order | 0.20 | 90.00 |
|  | TRB | L300 | A107 | Confer with co-counsel re deposition date and potential stipulation for extension of time | 0.10 | 45.00 |
|  | TRB | L300 | A103 | Revise stipulated protective order; confer with co-counsel re same | 0.30 | 135.00 |
|  | TRB | B140 | A104 | Review/analyze limited opposition to motion for relief from stay | 0.10 | 45.00 |
|  | TRB | B185 | A104 | Review/analyze notice of lodgment re motion to reject executory contract with JSE | 0.10 | 45.00 |
|  | TRB | B110 | A108 | Review email from Mary Nazareno re case (.1); telephone call to Mary Nazareno re same (.1) | 0.20 | 90.00 |
|  | CH | L100 | A108 | Telephone call with ECF Help Desk re removal from Courtesy NEF and required documentation | 0.50 | n/c |
|  | CH | L100 | A207 | Draft Request to be removed from electonic service list (0.4); Finalize and file request to be removed from electronic service list; prepare courtesy copies of the same | 0.40 | n/c |
|  | CH | L100 | A207 | Finalize and file request to be removed from electronic service list; prepare courtesy copies of the same | 1.00 | n/c |
| 10/31/2016 | SJK | L250 | A104 | Review tentative on ruling on motion to reject contract, confer with counsel for debtor and co-counsel re same | 0.40 | 290.00 |
|  | SJK | L250 | A109 | Travel to/from and attend hearing on motion to reject contract | 3.50 | 2,537.50 |
|  | TRB | B185 | A104 | Review tentative ruling granting motion to reject JSE contract | 0.10 | 45.00 |
|  | TRB | B185 | A105 | Review update re hearing on motion to reject contract | 0.10 | 45.00 |
|  | TRB | B140 | A104 | Review/analyze notice of lodgment re MFRS | 0.10 | 45.00 |
|  |  |  |  | For Current Services Rendered | 33.70 | 19,045.00 |
|  |  |  |  | Total Non-billable Hours | 1.90 |  |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Steven J. Katzman | 16.20 | $725.00 | $11,745.00 |
| Tony Bisconti | 15.20 | 450.00 | 6,840.00 |
| Carolyn Howland | 2.30 | 200.00 | 460.00 |

Gardens Regional Hospital  
Account No.   31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date: 10/31/2016  
Statement No. 38484  
Page No.        5

## Expenses

| Date | | Code | Description | Amount |
|---|---|---|---|---|
| 10/06/2016 | L100 | E110 | Lyft receipt for SJK form train station to office following meeting with co-counsel for debtor and board | 8.57 |
| 10/06/2016 | L100 | E110 | Amtrak train cost for SJK to Los Angeles and return | 42.00 |
| 10/19/2016 | L100 | E108 | Postage - service | 19.90 |
| 10/19/2016 | L100 | E107 | GSO Courier Fee for delivery to USBK Court in Los Angeles, CA | 13.85 |
| 10/24/2016 | L100 | E107 | GSO Courier Fee for delivery to Valensi Rose PLC in Los Angeles, CA | 13.85 |
| 10/31/2016 | L100 | E110 | Amtrak train ticket for SJK from Los Angeles to San Juan Capistrano for motion hearing (return) | 21.00 |
| 10/31/2016 | L100 | E110 | Amtrak train ticket for SJK from San Juan Capistrano to Los Angeles re motion hearing (departure) | 21.00 |
| 10/31/2016 | L100 | E106 | Online research - Westlaw | 28.98 |

Total Expenses                169.15

Total Current Work         19,214.15

Balance Due                   $27,665.08

## Task Code Recapitulation

| Code | Description | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 225.00 | 0.00 |
| B120 | Asset Analysis and Recovery | 90.00 | 0.00 |
| B130 | Asset Disposition | 90.00 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 180.00 | 0.00 |
| B160 | Fee/Employment Applications | 360.00 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 1035.00 | 0.00 |
| B100 | Administration | 1,980.00 | 0.00 |
| B300 | Claims and Plan | 45.00 | 0.00 |
| B310 | Claims Administration and Objections | 360.00 | 0.00 |
| B300 | Claims and Plan | 405.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 0.00 | 169.15 |
| L110 | Fact Investigation/Development | 135.00 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 8145.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 8,280.00 | 169.15 |
| L250 | Other Written Motions and Submissions | 3262.50 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 3,262.50 | 0.00 |
| L300 | Discovery | 4320.00 | 0.00 |
| L320 | Document Production | 652.50 | 0.00 |
| L300 | Discovery | 4,972.50 | 0.00 |
| L440 | Other Trial Preparation and Support | 145.00 | 0.00 |
| L400 | Trial Preparation and Trial | 145.00 | 0.00 |

Gardens Regional Hospital  
Account No.   31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date:  10/31/2016  
Statement No. 38484  
Page No.    6

# BIENERT, MILLER & KATZMAN, PLC

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

**Please include this page with your remittance.**

**ANY PAYMENTS APPLIED AFTER  10/31/2016**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 31615-001000 Special Counsel to Cred. Comm. | | | | | |
| 8,450.93 | 19,045.00 | 169.15 | 0.00 | 0.00 | $27,665.08 |

www.bmkattorneys.com

---

Please Charge $_____ on the following:

☐ Visa    ☐ MasterCard    ☐ Discover    ☐ American Express

Name on Card: _____

Address on Card: _____

Card Number _____  Exp. Date (required) _____

Card Holder Signature _____  Security Code _____

Amount Remitted: _____

Check No.: _____

Statement Date:    10/31/2016

Account No.    31615.001000

INTEREST CHARGED ON UNPAID BALANCE AFTER THIRTY DAYS - 1% PER MONTH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/22/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/22/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/22/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/22/16 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- **Karl E Block**     kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- **Manuel A Boigues**     bankruptcycourtnotices@unioncounsel.net
- **Louis J Cisz**     lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- **Dawn M Coulson**     dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- **Jerome Bennett Friedman**     jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **W. Jeffery Fulton**     jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Barry S Glaser**     bglaser@swesq.com, erhee@swesq.com
- **Jeffrey I Golden**     jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Rhonda S Goldstein**     rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- **Lawrence J Hilton**     lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- **David Jacobs**     cemail@ebglaw.com, djacobs@ebglaw.com
- **Ivan L Kallick**     ikallick@manatt.com, ihernandez@manatt.com
- **Eve H Karasik**     ehk@lnbyb.com
- **Gary E Klausner**     gek@lnbyb.com
- **Stuart I Koenig**     Skoenig@cmkllp.com, knielsen@cmkllp.com
- **John P Kreis**     jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Dare Law**     dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Elan S Levey**     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Wendy A Loo**     wendy.loo@lacity.org
- **Stephen A Madoni**     stevemadoni@aol.com, nathally@madonilaw.com
- **Howard N Madris**     hmadris@madrislaw.com
- **Samuel R Maizel**     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- **Boris I Mankovetskiy**     bmankovetskiy@sillscummis.com
- **Amanda L Marutzky**     amarutzk@wthf.com, jjensen@watttieder.com
- **David W. Meadows**     david@davidwmeadowslaw.com
- **John A Moe**     john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
- **Benjamin Nachimson**     ben.nachimson@wnlawyers.com
- **Steven G Polard**     stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- **Kurt Ramlo**     kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**     dmr@vrmlaw.com, jle@vrmlaw.com
- **J. Alexandra Rhim**     arhim@hemar-rousso.com
- **Emily P Rich**     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Mary H Rose**     mrose@buchalter.com, mrose@buchalter.com
- **Andrew H Sherman**     asherman@sillscummis.com
- **Leonard M Shulman**     lshulman@shbllp.com
- **Gerald N Sims**     jerrys@psdslaw.com, bonniec@psdslaw.com
- **Alan Stomel**     alan.stomel@gmail.com, astomel@yahoo.com
- **Tiffany Strelow Cobb**     tscobb@vorys.com
- **Wayne R Terry**     wterry@hemar-rousso.com
- **Gary F Torrell**     gft@vrmlaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Kenneth K Wang**     kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Hatty K Yip**     hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- **Matthew Zandi**     mzandi@kbrlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley
PC 707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**