RICHARD W. BRUNETTE (Cal. Bar No. 81621)
rbrunette@smrh.com
KENNETH YOOD (Cal. Bar No. 153758)
kyood@smrh.com
M. REED MERCADO (Cal. Bar No. 247318)
rmercado@smrh.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398

Special Counsel for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1]<br><br>Debtor | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>[Voluntary Petition Filed: June 6, 2016]<br><br>**SHEPPARD MULLIN RICHTER & HAMPTON'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is: 21530 Pioneer Blvd., Hawaiian Gardens, California 90716.

101912477\V-1

1    1.    Sheppard Mullin Richter & Hampton LLP (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period from October 1, 2016 through October 31, 2016 (the "Application Period") for work performed for Gardens Regional Hospital and Medical Center, Inc. (the "Debtor") In support of the Application, the Firm respectfully represents as follows:

2.    The Firm is special counsel to the Debtor. The Debtor is authorized to pay the Firm up to $17,000 for the Application Period in accordance with the *Order Granting Motion of Debtor for an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business* [Docket No. 320] (the "Ordinary Course Order"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period in excess of such amount.

3.    The Firm billed a total in excess of $17,000 of $24,295.00 in fees and expenses during the Application Period. The total fees represent 30.9 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2016 through October 31, 2016 | $24,172.00 | $123.00 | $24,295.00 |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $19,460.60 at this time. This total is comprised as follows: $19,337.60 (80% of the fees for services rendered) plus $123.00 (100% of the expenses incurred).

5.    For the postpetition period, the Firm has been paid in accordance with the Ordinary Course Order, and prior to the current Application Period, had not incurred monthly fees and expenses in excess of the $17,000 monthly cap. As such, this is the first such monthly fee application the Firm has submitted in this case.

6. Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached hereto as **Exhibit B** are the time and expense statements for the Application Period.

7. The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case. The Application was mailed by first class mail, postage prepaid, on or about November 22, 2016. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about November 22, 2016.

8. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

9. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures*.

101912477\V-1

Dated: November 22, 2016          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ M. Reed Mercado
RICHARD W. BRUNETTE
KENNETH YOOD
M. REED MERCADO

Special Counsel for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

-4-

101912477\V-1

# EXHIBIT A

| Professional | Hourly Rate |
|---|---|
| Kenneth Yood | $780 |
| Carren Shulman | $850 |

101912477\V-1

EXHIBIT B

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
213.620.1780 main
213.620.1398 main fax

David Herskovitz
Gardens Regional Hospital and Medical Center
davidherskovitz@gmail.com
brianwaltonia@aol.com

SMRH Tax ID 95-1463164
November 11, 2016
Invoice 250015943

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2016

| Matter Number | Matter Name | Fee Amount | Cost Amount | Total Amount |
|---|---|---|---|---|
| 25NE-156845 | Gardens Regional Hospital and Medical Ce | $ 24,172.00 | $ 123.00 | $ 24,295.00 |
| | CURRENT MATTER TOTALS | $ 24,172.00 | $ 123.00 | $ 24,295.00 |

Total Current Activity                                                             $ 24,295.00

Total Due For This Invoice                                                         $ 24,295.00

Payment Terms: Balance due upon receipt of this statement.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422**

A true and correct copy of the foregoing document entitled (*specify*): **SHEPPARD MULLIN RICHTER & HAMPTON LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 22, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 22, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 22, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Judge's Copy*
U.S. Bankruptcy Court **(By Overnight Mail)**
Judge Ernest M. Robles
255 E. Temple St, Ste 1560/Ctrm 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 22, 2016 | Virginia Miller | /s/ Virginia Miller |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

*In re:* GARDENS REGIONAL HOSPITAL AND
MEDICAL CENTER, INC. dba GARDENS
REGIONAL HOSPITAL AND MEDICAL
CENTER - U.S.B.C. Case No. 2:16-bk-17463-ER

## SERVICE LIST

### *By ECF*

- **Anthony Bisconti**  tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- **Karl E Block**  kblock@loeb.com, klyles@loeb.com, ladocket@loeb.com
- **Manuel A Boigues**  bankruptcycourtnotices@unioncounsel.net
- **Bruce M Bunch**  pam@bunchlawyers.com
- **Louis J Cisz**  lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- **Dawn M Coulson**  dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- **Jerome Bennett Friedman**  jfriedman@flg-law.com, msobkowiak@flg-law.com, jmartinez@flg-law.com, sbiegenzahn@flg-law.com
- **W. Jeffery Fulton**  jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Barry S Glaser**  bglaser@swesq.com, erhee@swesq.com
- **Jeffrey I Golden**  jgolden@wgllp.com, kadele@wgllp.com, lfisk@wgllp.com, tziemann@wgllp.com
- **Rhonda S Goldstein**  rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- **Lawrence J Hilton**  lhilton@onellp.com, lthomas@onellp.com, info@onellp.com, evescance@onellp.com, crodriguez@onellp.com, rwenzel@onellp.com
- **David Jacobs**  cemail@ebglaw.com, djacobs@ebglaw.com
- **Ivan L Kallick**  ikallick@manatt.com, ihernandez@manatt.com
- **Eve H Karasik**  ehk@lnbyb.com
- **Steven J. Katzman**  SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- **Michael D Kibler**  Mkibler@stblaw.com, Queenie.Wong@stblaw.com, jmarek@stblaw.com, tyler.bernstein@stblaw.com
- **Gary E Klausner**  gek@lnbyb.com
- **Stuart I Koenig**  Skoenig@leechtishman.com, knielsen@leechtishman.com
- **John P Kreis**  jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Dare Law**  dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Elan S Levey**  elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Wendy A Loo**  wendy.loo@lacity.org
- **Stephen A Madoni**  stevemadoni@aol.com, nathally@madonilaw.com
- **Howard N Madris**  hmadris@madrislaw.com
- **Samuel R Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com, docket.general.lit.LOS@dentons.com
- **Boris I Mankovetskiy**  bmankovetskiy@sillscummis.com
- **Amanda L Marutzky**  amarutzk@wthf.com, bnavarro@watttieder.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **John A Moe**  john.moe@dentons.com, glenda.spratt@dentons.com, laurie.soledad@dentons.com, jennifer.wall@dentons.com, andy.jinnah@dentons.com
- **Benjamin Nachimson**  ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
- **Steven G Polard**  stevenpolard@dwt.com, melissastrobel@dwt.com, Linapearmain@dwt.com
- **Kurt Ramlo**  kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**  dmr@vrmlaw.com, jle@vrmlaw.com
- **J. Alexandra Rhim**  arhim@hemar-rousso.com
- **Emily P Rich**  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net, cak@blake-uhlig.com

SMRH:479962299.1

-2-

- **Mary H Rose**    mrose@buchalter.com, mrose@buchalter.com
- **Andrew H Sherman**    asherman@sillscummis.com
- **Leonard M Shulman**    lshulman@shbllp.com
- **Gerald N Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
- **Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **Wayne R Terry**    wterry@hemar-rousso.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov, susan.lincoln@doj.ca.gov, yesenia.caro@doj.ca.gov
- **Johnny White**    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- **Hatty K Yip**    hatty.yip@usdoj.gov, dare.law@usdoj.gov, melanie.scott@usdoj.gov, queenie.k.ng@usdoj.gov, ron.maroko@usdoj.gov
- **Matthew Zandi**    asayle@kbrlaw.com

### By U.S. MAIL

*Debtor*
Gardens Regional Hospital and
  Medical Center, Inc.
21530 S Pioneer Blvd.
Hawaiian Gardens, CA 90716

*Counsel to Debtor*
Steven J. Katzman, Esq.
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Ste 350
San Clemente, CA 92672

Samuel R. Maizel, Esq.
John A. Moe, Esq.
DENTONS US LLP
601 S. Figueroa St., 25th Floor
Los Angeles, CA 90017

*U.S. Trustee*
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

*Counsel to U.S. Trustee*
Dare Law
Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

### Request for Special Notice:

*Counsel to LE' Summit HealthCare, LLC*
Steven G. Polard
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, CA 90017-2566

*Counsel to Nuance Communications, Inc.*
Tiffany Strelow Cobb, Esq.
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

*Counsel for Creditor*
*The Regents of the University of California*
Charles F. Robinson, Esq.
Karen Petrulakis, Esq.
Margaret L. Wu, Esq.
Rhonda Stewart Goldstein, Esq.
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin St., 8th Floor
Oakland, CA 94607-5200

*Counsel to*
*OFFICIAL COMMITTEE OF UNSECURED CREDITORS*
Anthony R. Bisconti, Esq.
Steven Jay Katzman, Esq.
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Ste 350
San Clemente, CA 92672