# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 30, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*SEE ATTACHED SERVICE LIST NO. 1*

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On (*date*) November 30, 2016, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST NO. 2**.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 30, 2016, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Hand Delivery by Noon 12/1/16**
Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2016 | ALICIA AGUILAR | /s/ Alicia Aguilar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                                                                **F 9013-3.1.PROOF.SERVICE**
99446543\V-1

# SERVICE LIST

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Anthony R. Bisconti on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

Manuel A Boigues on behalf of Interested Party Courtesy NEF
bankruptcycourtnotices@unioncounsel.net

Bruce M Bunch - pam@bunchlawyers.com

Louis J Cisz, III on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Jerome Bennett Friedman on behalf of Interested Party Courtesy NEF
jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com

W. Jeffery Fulton on behalf of Creditor U.S. Bank National Association
jeff@jeffultonlaw.com; Yvonne@jeffultonlaw.com

Barry S. Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

Jeffrey I Golden on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Rhonda S. Goldstein on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

Lawrence J. Hilton on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com; crodriguez@onellp.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Steven J. Katzman on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC
gek@lnbyb.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Gary E Klausner on behalf of Creditor Sycamore Health Care Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

Stuart I. Koenig on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

John P Kreis on behalf of Interested Party John P. Kreis, PC
jkreis@kreislaw.com, j.kreis@ca.rr.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

Elan S. Levey on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

Boris I. Mankovetskiy on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

David W. Meadows on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

Reed M Mercado - rmercado@sheppardmullin.com

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

Steven G. Polard on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@dwt.com, melissatrobel@dwt.com; Linapearmain@dwt.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

David M Reeder on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

J. Alexandra Rhim on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

J. Alexandra Rhim on behalf of Respondent De Lage Landen Financial Services, Inc.
arhim@hemar-rousso.com

Emily P Rich on behalf of Interested Party Courtesy NEF
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Mary H Rose on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.
mrose@buchalter.com, mrose@buchalter.com

Andrew H. Sherman on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Leonard M Shulman on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kenneth K. Wang on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

Matthew Zandi on behalf of Creditor Kaufman Borgeest & Ryan, LLP
mzandi@kbrlaw.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**TO BE SERVED BY U.S. MAIL:**

| *Regulatory Agencies* | |
|---|---|
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| Wendi A. Horwitz<br>Deputy Attorney General<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-2178<br>Email: wendi.horwitz@doj.ca.gov | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430<br>Fax: None |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 |
| Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| *List of Creditors Holding 20 Largest Unsecured Claims* | |
|---|---|
| Paladin-Gardens Management<br>222 N. Sepulveda Blvd., Suite 950<br>El Segundo, CA 90245<br>Office: (310) 414-2700<br>Fax: (310) 414-2709 | UCLA Medical Center<br>Paul Staton<br>757 Westwood Place<br>Los Angeles, CA 90095<br>Office: (310) 825-9111<br>Fax: (310) 267-3671 |
| Cardinal Health<br>c/o Patricia Benson<br>Mitchell Silberberg<br>11377 West Olympic<br>Los Angeles, CA 90064<br>Office: (310) 312-2000<br>Email: phb@msk.com | Regency Surgical Devices LLC<br>Pam Patterson<br>21500 Pioneer Blvd #208<br>Hawaiian Gardens CA 90716<br>Office: (310) 995-3799<br>Fax: (310) 540-2344 |
| St. Mary Medical Center<br>Leon Choiniere<br>1050 Linden Avenue<br>Long Beach, CA 90813<br>Office: (562) 491-9000<br>Fax: (562 436-6378 | Signal Health Solution<br>George Jayatilaka<br>2525 Cherry Ave., #225<br>Signal Hill, CA 90755<br>Office: (562) 435-3333<br>Fax: (562) 981-7431 |
| Starbase, Inc.<br>Ismael Silva<br>2034 E. Lincoln PMB321<br>Anaheim, CA 92806<br>Office: (949) 500-5513<br>Email: drsilva@orthosportsmedicine.com | Long Beach Memorial Medical Center<br>Yiers Katz<br>2801 Atlantic Avenue<br>Long Beach, CA 90806<br>Office: (562) 933-2000<br>Fax: (562) 933-1107 |
| County of Los Angeles<br>Don Knabe<br>Kenneth Hahn Hall of Administration<br>500 W. Temple Street, Room 358<br>Los Angeles, CA 90012<br>Office: (213) 974-4444<br>Fax: (213) 626-6941 | Brittany M. Whitman, Esq.<br>Corporate Counsel<br>Avanti Hospitals<br>222 N. Sepulveda Blvd., Suite 950<br>El Segundo, CA 90245<br>Office: (310) 356-0501<br>Fax: (310) 200-5961<br>bwhitman@avantihospitals.com<br>[counsel for Gardena Hospital, LP] |
| Advance Bariatric Center<br>Houshmand Naim MD<br>321 N. Larchmont Blvd Suite 505<br>Los Angeles, CA 90004<br>Office: (310) 975-9546<br>Fax: (310) 807-8345 | Anthem Blue Cross<br>Sean Forrester<br>21555 Oxnard Street, #8B<br>Woodland Hills, CA 91367 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| LAC Harbor UCLA Medical Center<br>Ellie Kanjian<br>313 North Figueroa Street, Suite 534<br>Los Angeles, CA 90012<br>Office: (213) 240-7918 | Noridian Healthcare Solutions LLC<br>Andrew Wegman<br>900 42nd Street<br>Fargo, ND 58108<br>Office: (701) 277-6500 |

| | |
|---|---|
| *Entities Asserting Liens / Secured Creditors* | |
| VFI-SPV IX Corp<br>6340 South 3000 E Ste 400<br>Salt Lake City, UT 84121<br>Office: (801) 733-8100<br>Fax: (801) 733-8900 | Kansas State Bank of Manhattan<br>1010 Westloop Place<br>Manhattan, KS 66502<br>Fax: (785) 587-4040 |
| Diamond Medical Equipment<br>999 N. Tustin Ave<br>Santa Ana, CA 92705<br>Office: (714) 542-8999<br>Fax: (714) 542-0055 | General Electric Capital Corp<br>83 Wooster Heights Rd<br>Danbury, CT 06810 |
| Fuji Film Medical Systems USA Inc<br>419 West Avenue<br>Stamford, CT 06902<br>Office: (800) 385-4666<br>Fax: (973) 633-8818 | Stryker Sales Corporation<br>950 Trade Center Way Ste 200<br>Portage, MI 49002<br>Office: (269) 324-6500<br>Fax: 269-385-1062 |
| US Bancorp Equipment Finance<br>13010 SW 68th Place Suite 100<br>Portland, OR 97223 | Philips Medical Capital<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Office: (610) 386-5000<br>Fax: (866) 351-4762 |
| General Electric Capital Corp<br>3333 Hesper Road<br>Billings, MT 59102<br>Office: (888) 212-1380<br>Fax: (866) 529-9303 | CIT Communications Finance<br>1 CIT Drive<br>Livingston, NJ 07039<br>Office: (973) 740-5000 |
| Siemens Diagnostic Finance Co<br>1717 Deerfield Road #1<br>Deerfield, IL 60015<br>Office: (847) 267-5300 | Stryker Sales Corporation<br>1901 Romence Road Parkway<br>Portage, MI 49002<br>Office: (269) 324-6500<br>Fax: (269) 385-1062 |
| Stryker Financial Solutions<br>1901 Romence Road Parkway<br>Portage, MI 49002<br>Office: (503) 225-1761<br>Fax: (269) 385-1062 | AmeriSourceBergen Drug Corp.<br>1300 Morris Drive<br>Chesterbrook, PA 19087<br>Office: (610) 727-7000<br>Email: solutions@amerisourcebergen.com |

**SERVICE LIST** *(cont'd)*
In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center

| | |
|---|---|
| Diligenz Inc<br>6500 Harbor Hgts Pkwy Ste 400<br>Mukilteo, WA 98275<br>Office: (425) 609-1700<br>Fax: (800) 345-6059 | Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Fax: (610) 386-5000 |
| Parasec<br>2804 Gateway Oaks Drive Suite 200<br>Sacramento, CA 95833<br>Office: (800) 533-7272<br>Fax: (800) 603-5868 | Myron Meyers Professional Corp<br>11800 E Tahquitz Canyon Way<br>Palm Springs, CA 92262<br>Office: (760) 318-8426<br>Fax: (760) 318-1457<br>Email: mnmpd@aol.com |
| Sycamore Healthcare Services LLC<br>c/o S&W Health Management Services, Inc.<br>12401 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90025<br>Office: (310) 207-1555<br>Fax: (310) 207-3666<br>bweiner@swlawyers.com | Lerman Law Group<br>11400 W Olympic Ste 700<br>Los Angeles, CA 90064<br>Office: (310) 734-8244<br>Email: info@lermanlawgroup.com |
| Stryker Orthopedics<br>CFO<br>325 Corporate Drive<br>Mahwah, NJ 07430<br>Office: (201) 831-4000<br>Fax: (800) 438-1150 | Selvin & Weiner, APC<br>Beryl Weiner<br>12401 Wilshire, 2nd Floor<br>Los Angeles, CA 90025-1089<br>Office: (310) 207-1555<br>Fax: (310) 207-3666<br>bweiner@swlawyers.com |

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211<br>eweissman@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office: (619) 940-0553 Ext. 3<br>Fax: (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Daniel R. Schimizzi<br>Bernstein-Burkley, PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219<br>Office: (412) 456-8121<br>Fax: (412) 456-8135<br>Email: dschmizzi@bernsteinlaw.com<br>[Counsel for Beckman Coulter, Inc.] | Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office: (202) 785-9100<br>Fax: (202) 785-9163<br>[Counsel for Cerner Health Services] |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 7 -

**SERVICE LIST (cont'd)**
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Louis J. Cisz III (NEF above)<br>Nixon Peabody LLP | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn:   Pioneer Carson Corp., General Partner<br>            Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA  18101 | |
| **Creditor's Committee** | |
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office:  (614) 533-3125<br>Email:  rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office:  (415) 227-3585<br>Email:  rzadek@buchalter.com |
| Jeffrey Golden (NEF)<br>Lobel Weiland Golden & Friedman LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Office:  (714) 966-1000<br>Fax:  (714) 966-1002<br>Email:  jgolden@wgllp.com | Andrew H. Sherman (NEF)<br>Sills Cummis & Gross, P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Office:  (973) 643-6982<br>Fax:  (973) 643-6500<br>Email  asherman@sillscummis.com |
| Anthony R. Bisconti (NEF)<br>Steven Jay Katzman<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92672<br>Office:  (949) 369-3700<br>Fax:  (949) 369-3701 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

101603950\V-1