**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Local Co-Counsel to the Official
Committee of Unsecured Creditors of Gardens
Regional Hospital and Medical Center

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] | Chapter 11 |
| Debtor. | **LOBEL WEILAND GOLDEN FRIEDMAN LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2016 – OCTOBER 31, 2016** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

**JUDGE:**

1.    Lobel Weiland Golden Friedman LLP (the "Firm") submits its Monthly Fee

Application (the "Application") for Allowance and Payment of Interim Compensation and

Reimbursement of Expenses for the Period September 1, 2016 – October 31, 2016 (the

"Application Period") for work performed for the Official Committee of Unsecured Creditors

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307.  The Debtor's mailing address is:  21530 Pioneer Blvd., Hawaiian Gardens, California 90726.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

(the "Committee") of Gardens Regional Hospital and Medical Center (the "Debtor").  In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $5,120.00 in fees and expenses during the Application Period.  For this engagement the Firm reduced to $450 the hourly rates of all of its billers whose normal hourly rates are above $450, which resulted in a blended hourly rate of $307.83 for this Application Period.  The total fees represent 16.60 hours expended during Application Period.  These fees and expenses are itemized as follows:

| Period | Hours | Fees | Expenses | Total |
|---|---|---|---|---|
| 9/1/16 – 10/31/16 | 16.60 | $5,110.00 | $10.00 | $5,120.00 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of $4,098.00 at this time.  This total is comprised as follows:  $4,088.00 (80% of the fees for services rendered) plus $10.00 (100% of the expenses incurred).  To the extent that the combined fees of the Firm, Sills Cummis & Gross P.C., and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee) exceed the $50,000 per month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000 per month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the firm's fees for the Application Period deferred as set forth in its retention application.

5.      To date, the Firm has been paid $0 in fees and $0 in expenses in this case.

6.      In addition to the amounts owed pursuant to this Application, the Firm is owed $52,804.00 in fees (80% of the $66,005.00 in fees incurred) and $2,855.03 in expenses on account of the Firm's prior monthly fee application filed on September 26, 2016, as Docket No. 420.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

7.    Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the Application Period, and the actual and adjusted hourly rate for each such professional.  Attached hereto as **Exhibit B** are the Firm's September and October 2016 billing statements.

8.    The Firm has served a copy of this Application on the Office of the United States Trustee, the Debtor, counsel to the Debtor, and co-counsel to the Committee.  The Application was served either by ECF or by first class mail, postage prepaid, on November 30, 2016.

9.    Notice of the filing of this Application will be served on the foregoing parties as well as any party that has requested special notice in this chapter 11 case as of the date the Notice was served on or about December 1, 2016.

10.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

11.    The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1    **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to

2  the Firm as requested herein pursuant to and in accordance with the terms of the *Order*

3  *Authorizing Interim Fee Procedures* and prior orders of this Court.

4                                        Respectfully submitted,

5  Dated:  November 30, 2016            LOBEL WEILAND GOLDEN FRIEDMAN LLP

6                                        By:  /s/ JEFFREY I. GOLDEN
                                            _____
7                                            JEFFREY I. GOLDEN,
                                            Co-Counsel for the Official Committee of
8                                            Unsecured Creditors

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

**EXHIBIT A**

| Professional | Actual Hourly Rate | Adjusted Hourly Rate |
|---|---|---|
| Jeffrey I. Golden, Attorney | $750 | $450 |
| Beth E. Gaschen, Attorney | $550 | $450 |
| Nancy P.F. Lockwood, Paralegal | $250 | $250 |
| Cynthia B. Meeker, Paralegal | $250 | $250 |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002



# Jeffrey I. Golden

*Partner*
**Contacts**
714-966-1000
jgolden@lwgfllp.com

Jeffrey I. Golden is a Receiver, Bankruptcy Trustee and Examiner. He is a founding partner of Lobel Weiland Golden Friedman LLP and a former shareholder of Buchalter, Nemer, Fields & Younger. He also serves as an expert witness in federal and state criminal and civil matters.

He received his undergraduate degree from the University of California at San Diego – Revelle College in 1984, cum laude, and his law degree from the University of Southern California Law School in 1987. After graduation from law school, he served as a law clerk to the Honorable Peter M. Elliott and to the Honorable Calvin K. Ashland, Judges of the United States Bankruptcy Court and the Bankruptcy Appellate Panel. Mr. Golden is adjunct professor of law at the University of California, Irvine School of Law teaching bankruptcy and co-Editor-in-Chief of the *California Bankruptcy Journal*, a national publication. He also has lectured and written various articles regarding insolvency and commercial law matters. Mr. Golden has served as a Co-chair of Ninth Circuit Judicial Conference Lawyer Representative and is a past President of the Orange County Bankruptcy Forum. Since February 2005, Mr. Golden was selected by the publishers of *Los Angeles Magazine* as a Super Lawyer, representing the top 5% of the practicing attorneys in Southern California. Mr. Golden was selected to receive the OCBF's Judge Peter M. Elliott Award for outstanding ethics, scholarship and contribution. He was also the first and only panel trustee to receive the CDCBAA's Judge Calvin Ashland "Trustee of the Year" Award. He also was appointed to serve on the California State Bar Client Security Fund Commission allocating millions of dollars to victims of attorney abuse. He also has been an adjunct faculty member of the University of California at Irvine Extension Program, teaching bankruptcy litigation and currently is an adjunct professor of bankruptcy law at UCI Law School. Mr. Golden is a graduate of the Straus Institute for Alternative Dispute Resolution at Pepperdine University School of Law, and serves on the panel of trained mediators in bankruptcy matters for the United States Bankruptcy Court, Central District of California.

Mr. Golden engages in a variety of charitable services. He has been President of the Huntington Seacliff Elementary School PTA, active with Serving People In Need (SPIN), Laura's House, and other local charities. Mr. Golden was also previously selected to Chair a national committee to develop family programming and family conferences for entrepreneurs for Entrepreneur Organization.

Mr. Golden concentrates his practice in the areas of complex bankruptcy litigation, business reorganizations, and commercial litigation in the state and federal courts. He is available to mediate bankruptcy controversies and other commercial disputes.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- American Bankruptcy Institute
- California Bankruptcy Forum
- Federal Bar Association
- National Association of Bankruptcy Trustees
- Ninth Circuit Judicial Lawyer Representative
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Professional Networks Group
- Turnaround Management Association

## Thought Leadership

- Speaker, *Busting Trusts*, Orange County Bar Association Commercial Law & Bankruptcy Section (March 2015)
- Panelist, *Problems of Dealing with Limited Liability Company Interests*, National Association of Bankruptcy Trustees (2011)
- Speaker, *A Cram Session on Cram Down Interest Rates*, Orange County Bar Association Commercial Law & Bankruptcy Section (2011)
- *Who is the True Borrower? An Analysis of the Sham Guaranty Defense Reveals a Broad, Fact Intensive, and Total Defense to Deficiency Actions*, California Bankruptcy Journal, Volume 32 (Number 1, 2012)
- *Receivership News, A Publication of the California Receivers Forum,* Receiver Profile Jeff Golden: Enriched by Mentors, Issue 47 (Spring 2013)
- *Sports Team Bankruptcies: Home Runs or Strikeouts?* Los Angeles Daily Journal

## Recognition & Honors

- AV® Preeminent Rating by Martindale-Hubbell Peer Review
- Included in *The Best Lawyers in America*® list for Bankruptcy and Creditor Rights
- Orange County Bankruptcy Forum Peter M. Elliot Award
- Selected to the Southern California Super Lawyers List

## Education

University of California, San Diego (Bachelor of Arts in Political Science 1984)
University of Southern California (Juris Doctor 1987)

## Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

 

# Beth E. Gaschen

*Partner*

**Contacts**

714-966-1000

bgaschen@lwgfllp.com

Beth E. Gaschen concentrates her practice on bankruptcy/insolvency matters and business and bankruptcy-related litigation. She represents chapter 11 debtors, committees, secured and unsecured creditors, trustees, and others in chapter 7 and chapter 11 bankruptcy cases. Ms. Gaschen also has experience in representing trustees and creditors in adversary proceedings.

Ms. Gaschen served as a judicial externship to the Honorable Terry J. Hatter, Jr., United States District Court Judge for the Central District of California, and a judicial externship to the Honorable John E. Ryan, United States Bankruptcy Judge for the Central District of California in the Spring of 2006. Upon graduation, Ms. Gaschen served a judicial clerkship for the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California from August 2006 to August 2009.

Ms. Gaschen has been recognized as a "Rising Star" in Super Lawyers Magazine. Ms. Gaschen was a Director of the Orange County Bankruptcy Forum from 2010-2014, and its President from 2013-2014, and is also a member of the Orange County Bar Association.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters
- Business and Commercial Litigation

## Professional Associations & Community Involvement

- Orange County Bankruptcy Forum, Former President (2013-2014)
- Orange County Bar Association

## Thought Leadership

- Moderator, *Busting Trusts*, Orange County Bar Association Commercial Law and Bankruptcy Section (2015)
- Panelist, *Are You Still Smarter Than a 5th Year*, California Bankruptcy Forum Annual Insolvency Conference (2010)

## Recognition & Honors

- Selected to the **Southern California Super Lawyers** 2015 Rising Star List

## Education

University of California, San Diego (Bachelor of Arts in Sociology 2003)
Chapman University School of Law (Juris Doctor 2006)

## Admissions

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.



# Cynthia B. Meeker

Paralegal

**Contacts**
714-966-1000
cmeeker@lwgfllp.com

Cynthia B. Meeker received her undergraduate degree from California State University at Fullerton in 1982, and obtained her legal assistantship from the University of California at Irvine in 1988.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Education

California State University, Fullerton (Bachelor of Arts 1982)

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.



# Nancy P.F. Lockwood

Paralegal
**Contacts**
714-966-1000
nlockwood@lwgfllp.com

Nancy Lockwood is a Paralegal with over 20 years of experience. Nancy began her legal career as a bankruptcy paralegal for a private law firm in 1988, and she has a thorough knowledge of nearly all aspects of the chapter 11 debtor practice. She is responsible for case management in debtor and creditor committee cases. She performs legal research, prepares and reviews information pertaining to court cases and legal issues. Ms. Lockwood has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

LWGF is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
**650 TOWN CENTER DRIVE - SUITE 950**
**COSTA MESA, CALIFORNIA 92626**
**TELEPHONE: 714-966-1000**
**FEDERAL TAX I.D. 47-1879250**

NOVEMBER 1, 2016

OFFICIAL COMMITEE OF UNSECURED CREDITORS                    OUR FILE:  OCC01.0060

RE:   GARDENS REGIONAL HOSPITAL AND MEDICAL
      CENTER, INC.
      INVOICE # 772
      RESPONSIBLE ATTY:  JEFFREY GOLDEN

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH OCTOBER 31, 2016

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/16 | JIG | REVIEW OF STRATEGY RE SALE/ LITIGATION ISSUES/UPCOMING ISSUES | 0.90 | @450 | 405.00 |
| 09/04/16 | JIG | STRATEGIZE RE CLOSING ISSUES AND POTENTIAL L ITIGATION | 0.50 | @450 | 225.00 |
| 09/12/16 | JIG | ATTENDANCE AT HEARING ON COMPROMISE | 0.80 | @450 | 360.00 |
| 09/12/16 | JIG | PREPARATION RE HEARING ON COMPROMISE | 0.20 | @450 | 90.00 |
| 09/12/16 | JIG | STRATEGIZE RE CLOSING/LITIGATION/EXIT ISSUE CONCERNS | 0.10 | @450 | 45.00 |
| 09/13/16 | JIG | PREPARATION RE HEARING | 0.20 | @450 | 90.00 |
| 09/14/16 | CBM | REVIEW DRAFT ORDER RE DEBTOR'S MOTION TO ESTABLISH MONTHLY FEE PROCEDURE AND UNDERLYING MOTION FILED ON 8/23 | 1.00 | @250 | 250.00 |
| 09/14/16 | CBM | ATTENTION TO CALENDARING FILING DEADLINES IMPOSED BY MONTHLY FEE PROCEDURE ORDER | 0.20 | @250 | 50.00 |
| 09/14/16 | CBM | REVIEW AND REVISE INVOICE FOR PREPARATION OF FIRST MONTHLY FEE STATEMENT | 0.60 | @250 | 150.00 |
| 09/14/16 | JIG | CONFERENCE WITH ATTORNEY RE CLOSING OF SALE | 0.30 | @450 | 135.00 |
| 09/14/16 | JIG | REVIEW & ANALYSIS OF EMPLOYMENT ISSUES | 0.20 | @450 | 90.00 |
| 09/14/16 | JIG | STRATEGIZE RE SALE CLOSING ISSUES | 0.10 | @450 | 45.00 |
| 09/15/16 | CBM | REVIEW SAMPLE MONTHLY FEE STATEMENT PREPARED BY DENTONS | 0.20 | @250 | 50.00 |

EXHIBIT B  PAGE  12

PAGE 2
NOVEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH OCTOBER 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE: OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 09/15/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.40 | @250 | 350.00 |
| 09/16/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.10 | @250 | 275.00 |
| 09/22/16 | NL | REVIEW AND REPLY TO EMAIL FROM C. MEEKER REGARDING PROFESSIONAL FEES; REVIEW SAME | 0.20 | @250 | 50.00 |
| 09/22/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.40 | @250 | 350.00 |
| 09/22/16 | CBM | REVIEW AND REVISE INVOICE FOR FIRST MONTHLY FEE STATEMENT | 0.50 | @250 | 125.00 |
| 09/22/16 | JIG | REVIEW INVOICES RE FEE STATEMENT | 0.50 | @450 | 225.00 |
| 09/22/16 | JIG | STRATEGIZE RE FEE STATEMENT | 0.20 | @450 | 90.00 |
| 09/23/16 | BEG | REVIEW FEE STATEMENT | 0.20 | @450 | 90.00 |
| 09/23/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.30 | @250 | 325.00 |
| 09/26/16 | CBM | PREPARATION OF LWGF FIRST MONTHLY FEE STATEMENT | 1.10 | @250 | 275.00 |
| 09/26/16 | CBM | REVIEW DENTONS' FILED MONTHLY FEE STATEMENT AND EXHIBITS | 0.40 | @250 | 100.00 |
| 09/26/16 | CBM | REVIEW SILLS CUMMIS'S FILED MONTHLY FEE STATEMENT AND EXHIBITS | 0.30 | @250 | 75.00 |
| 09/26/16 | CBM | PREPARATION OF LWGF FIRST MONTHLY FEE STATEMENT | 0.90 | @250 | 225.00 |
| 09/26/16 | CBM | PREPARATION OF EXHIBITS TO FEE STATEMENT | 0.30 | @250 | 75.00 |
| 09/26/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE FEE STATEMENT | 0.10 | @250 | 25.00 |
| 09/26/16 | CBM | PREPARATION OF E-MAIL TO S. MAIZEL RE FEE STATEMENT | 0.10 | @250 | 25.00 |
| 09/26/16 | JIG | PREPARATION/ STRATEGIZE RE TRANSITION ISSUES | 0.60 | @450 | 270.00 |
| 09/27/16 | CBM | PREPARATION OF E-MAIL TO JOHN MOE RE FEE STATEMENT | 0.10 | @250 | 25.00 |
| 09/28/16 | CBM | REVIEW NOTICE OF MONTHLY FEE APPLICATIONS PREPARED BY DENTONS | 0.20 | @250 | 50.00 |
| 10/07/16 | CBM | PREPARATION OF SEPTEMBER MONTHLY FEE STATEMENT | 0.40 | @250 | 100.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| BEG | BETH E. GASCHEN | 0.20 hr @ 450.00 | $ | 90.00 |
| CBM | CYNTHIA B. MEEKER | 11.60 hr @ 250.00 | $ | 2900.00 |
| JIG | JEFFREY I. GOLDEN | 4.60 hr @ 450.00 | $ | 2070.00 |
| NL | NANCY P.F. LOCKWOOD | 0.20 hr @ 250.00 | $ | 50.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | 16.60 | $ 5,110.00 |

EXHIBIT B  PAGE  13

PAGE 3
NOVEMBER 1, 2016
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH OCTOBER 31, 2016
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE: OCC01.0060

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/03/16 | JANNEY & JANNEY MESSENGER SERVICES FOR EMPLOYMENT APPLICATION (7/15/16) | 10.00 |
| | TOTAL COSTS AND DISBURSEMENTS | $ 10.00 |

TOTAL CURRENT CHARGES                                    $ 5,120.00

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $ 0.00 |
| TOTAL CURRENT CHARGES | 5,120.00 |
| LESS PAYMENTS AND CREDITS | 0.00 |
| BALANCE DUE AND PAYABLE UPON RECEIPT | $ 5,120.00 |

THIS INVOICE IS DUE AND PAYABLE IN FULL UPON DELIVERY. IF NOT PAID
WITHIN 30 DAYS OF DELIVERY, THIS INVOICE WILL BE DEEMED DELINQUENT AND
WILL THEREAFTER BEAR INTEREST AT A DEFAULT RATE OF 1.50% PER MONTH,
COMPOUNDED MONTHLY. THE CLIENT MUST GIVE WRITTEN NOTICE TO THE FIRM
OF ANY DISPUTE REGARDING THIS INVOICE WITHIN 30 DAYS OF DELIVERY, OR
THIS INVOICE WILL BE DEEMED APPROVED. PLEASE CALL US IF YOU HAVE ANY
QUESTIONS OR CONCERNS REGARDING THIS INVOICE. THANK YOU.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **LOBEL WEILAND GOLDEN FRIEDMAN LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2016 – OCTOBER 31, 2016**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 30, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 30, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 30, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest Robles, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2016 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL:**
Gardens Regional Hospital and Medical Center, Inc.
21530 South Pioneer Boulevard
Hawaiian Gardens, CA 90716
Debtor

**CREDITORS COMMITTEE**
Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, #721
Sausalito, CA 94965

**Electronic Mail Notice List**
Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
Bruce M Bunch    , pam@bunchlawyers.com
Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
W. Jeffery Fulton    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
Lawrence J Hilton    lhilton@onellp.com,
lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Eve H Karasik    ehk@lnbyb.com
Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
Michael D Kibler    Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com
Gary E Klausner    gek@lnbyb.com
Stuart I Koenig    Skoenig@leechtishman.com, knielsen@leechtishman.com
John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
Dare Law    dare.law@usdoj.gov
Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Wendy A Loo    wendy.loo@lacity.org
Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
Howard N Madris    hmadris@madrislaw.com
Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
Boris I Mankovetskiy    bmankovetskiy@sillscummis.com
Amanda L Marutzky    amarutzk@wthf.com, bnavarro@watttieder.com
David W. Meadows    david@davidwmeadowslaw.com
Reed M Mercado    rmercado@sheppardmullin.com
John A Moe    john.moe@dentons.com,
glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
Benjamin Nachimson    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
Steven G Polard    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
J. Alexandra Rhim    arhim@hemar-rousso.com
Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net;cak@blake-uhlig.com

Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
Andrew H Sherman    asherman@sillscummis.com
Leonard M Shulman    lshulman@shbllp.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
Tiffany Strelow Cobb    tscobb@vorys.com
Wayne R Terry    wterry@hemar-rousso.com
Gary F Torrell    gft@vrmlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Kenneth K Wang    kenneth.wang@doj.ca.gov,
Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
Hatty K Yip    hatty.yip@usdoj.gov
Matthew Zandi    asayle@kbrlaw.com