Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facximile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| Debtor. | **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016

1.      Sills Cummis & Gross P.C. (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period November 1, 2016 – November 30, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $95,355.00[1] in fees and expenses during the Application Period. The total fees represent 211.9 hours expended during the period covered by this Application at a blended hourly rate of $450 pursuant the Firm's retention application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 11/1/2016 – 11/30/2016 | $95,355.00 | $1,020.82 | $96,375.82 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $77,304.82 at this time.  This total is comprised as follows: $76,284.00 (80% of the fees for services rendered) plus $1,020.82 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

5.      For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $0 | No amounts paid |
| 9/1/2016-9/30/2016 | $0 | No amounts paid |

---

[1] These amounts include fees and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation"), invoices for which are attached hereto as Exhibits C and D.

| 10/1/2016 – 10/31/2016 | $0 | No amounts paid |
|---|---|---|
| **Total Paid to the Firm to Date** | $0 | |

6.    To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $153,336.44 | Fees and expenses set forth in application filed September 26, 2016 [Docket No. 417] |
| 9/1/2016-9/30/2016 | $60,687.35 | Fees and expenses set forth in application filed October 25, 2016 [Docket No. 476] |
| 10/1/2016 – 10/31/2016 | $60,387.72 | Fees and expenses set forth in application filed  [Docket No. 544] |
| **Total Owed to the Firm to Date** | $274,411.51 | |

7.    Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached as **Exhibit B** hereto are the detailed time and expense statements for the Application Period.  Attached hereto as **Exhibits C and D** are the Firm's invoices for the Application Period.

8.    The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about December 27, 2016.  Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about December 27, 2016.

9.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016

1   is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses

2   without further order of the Court.

3        10.    The interim compensation and reimbursement of expenses sought in this Application is

4   not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses

5   incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of

6   expenses approved by this Court and received by the Firm (along with any retainer) will also be credited

7   against such final fees and expenses as may be allowed by this Court.

8        In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the

9   Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

10  *Fee Procedures* and prior orders of this Court.

11  Dated:  December 27, 2016                    SILLS CUMMIS & GROSS P.C.

12                                               By:  /s/ Andrew H. Sherman
13                                                    Andrew H. Sherman
                                                     Boris I. Mankovetskiy
14                                                   Co-Counsel to the Official Committee
                                                     of Unsecured Creditors of Gardens Regional
15                                                   Hospital and Medical Center

16                                               -and-

17                                               BIENERT, MILLER & KATZMAN, PLC

18
                                                 By:  /s/ Anthony R. Bisconti
19                                                    Steven Jay Katzman
                                                     Anthony R. Bisconti
20                                                   Co-Counsel to the Official Committee
                                                     of Unsecured Creditors of Gardens Regional
21                                                    Hospital and Medical Center

22

23

24

25

26

27

28

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016

# EXHIBIT A

**SILLS CUMMIS & GROSS P.C.'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Andrew H. Sherman | Member | $525.00 |
| Brian S. Coven | Member | $476.00 |
| Brian A. Haskel | Member | $520.00 |
| Boris Mankovetskiy | Member | $475.00 |
| Thomas S. Novak | Member | $476.00 |
| Valerie Hamilton | Of Counsel | $476.00 |
| Marc D. Leve | Of Counsel | $420.00 |
| Charles H. Newman | Of Counsel | $420.00 |
| Lucas F. Hammonds | Associate | $350.00 |

# EXHIBIT B

## SILLS CUMMIS & GROSS P.C.'S TIME AND EXPENSES[1]

**Fees:**

| Project Category | Task Code | Hours | Fees |
|---|---|---|---|
| Asset Analysis and Recovery | 101 | 26.0 | $10,282.10 |
| Asset Disposition | 102 | 98.0 | $47,324.10 |
| Business Operations | 103 | 1.5 | $712.50 |
| Case Administration | 104 | 29.0 | $13,832.70 |
| Claims Administration and Objections | 105 | 44.2 | $22,337.40 |
| Fee/Employment Applications | 107 | 1.8 | $705.00 |
| Fee/Employment Objections | 108 | 2.1 | $1,028.30 |
| Financing | 109 | 1.1 | $577.50 |
| Litigation (Other than Avoidance Action Litigation) | 110 | 6.6 | $3,231.90 |
| Relief from Stay Proceedings | 114 | .6 | $295.00 |
| Litigation Consulting | 121 | 1.0 | $476.00 |
| **Totals:** | | **211.9** | **$100,802.50** |
| **Total at Blended Rate of $450/Hour:** | | | **$95,355.00**[2] |

**Expenses:**

| Expense Category | Code | Expenses |
|---|---|---|
| Copying | E101 | $773.25 |
| Online Research | E106 | $19.57 |
| Other (Relativity Data Storage Fee) | E124 | $228.00 |
| **Totals:** | | **$1,020.82** |

---

[1] The hours, fees, and expenses on this exhibit include the hours, fees, and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation").

[2] Applicable rate per retention application.

# **EXHIBIT C**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Creditor's Committee

For legal services rendered through November 30, 2016.

**HOURS**

## 101 - ASSET ANALYSIS AND RECOVERY

| | | | | |
|---|---|---|---|---|
| 11/02/16 | BM | 101 | Analysis regarding debtor's payments to Moskowitz Foundation and potential avoidance actions. | 1.60 |
| 11/15/16 | AHS | 101 | Review of information regarding Moskowitz note and emails re: same. | 0.60 |
| 11/15/16 | BM | 101 | Analysis of issues regarding certain promissory notes issued by the debtor to the Moskowitz Foundation. | 0.80 |
| 11/16/16 | BM | 101 | Analysis regarding debtor's D&O policy and issues regarding providing notice of circumstances to the carrier. | 0.70 |
| | | 101 | Analysis and revision of the notice of circumstances to debtor's D&O insurer. | 0.80 |
| 11/16/16 | LFH | 101 | Prepare letter regarding potential claims and insurance issues. | 3.30 |
| | | 101 | Review and analyze materials relating to management history in preparation for letter regarding insurance issues. | 0.90 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1692916 |
| Date | | 12/27/16 |
| 08650096.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 11/16/16 | VH | 101 | Review reparting period for insurance coverage of D&O claims and requirements for obtaining potential extension. | 0.30 | |
| | | 101 | Review notice of claim and revised version. | 0.40 | |
| 11/17/16 | BM | 101 | Attend to notice of circumstances to the debtor's D&O carrier. | 0.70 | |
| 11/17/16 | LFH | 101 | Revise letter regarding potential claims and insurance issues. | 1.10 | |
| | | 101 | Finalize letter regarding insurance issues and forward to Debtor's counsel. | 0.40 | |
| | | 101 | Analyze issues relating to letter regarding potential claims and insurance issues. | 0.60 | |
| | | 101 | Review revised letter regarding potential claims and insurance issues. | 0.40 | |
| 11/17/16 | VH | 101 | Review and revise Notice of Claim. | 0.30 | |
| 11/18/16 | VH | 101 | Conference call with T. Swanson and S. Maizel regarding Attorney General's decision regarding approval of assignment. | 0.30 | |
| | | 101 | Review Attorney General's decision for conditional approval of assignment. | 0.60 | |
| 11/21/16 | BM | 101 | Attend to issues regarding Moskowitz Foundation notes. | 0.70 | |
| 11/25/16 | VH | 101 | Review status of open issues regarding closing. | 0.20 | |
| | | **TASK TOTAL 101** | | **14.70** | **6,177.10** |

## 102 - ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 11/03/16 | AHS | 102 | Call with S. Pollard re: closing issues and sale to backup bidder and call to S. Maizel re: same. | 0.40 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 1692916 |
| Date | | 12/27/16 |
| 08650096.000001 | - AHS | |

| | | | | |
|---|---|---|---|---|
| 11/03/16 | BM | 102 | Attend to issues regarding satisfaction of conditions precedent to sale closing. | 1.80 |
| 11/05/16 | BM | 102 | Attend to sale closing issues. | 0.70 |
| 11/07/16 | AHS | 102 | Initial review of closing documents as provided by counsel for Debtor. | 1.20 |
| 11/07/16 | BM | 102 | Analysis regarding seller financing documents in connection with sale closing. | 1.30 |
| 11/07/16 | BSC | 102 | Review as-filed APA regarding closing deliverables; begin review of draft APA amendment and closing documents. | 3.80 |
| 11/08/16 | BM | 102 | Attend to issues regarding satisfaction of conditions to sale closing. | 1.40 |
| | | 102 | Attend to notes, security agreements and related documents deliverable by purchaser at closing. | 1.60 |
| | | 102 | Attend to the amendment to the APA, interim post-closing management agreement, billing and collection agreement, leaseback agreement and related closing documents. | 2.20 |
| 11/08/16 | BSC | 102 | Review APA amendment and closing documents, including security agreement, promissory notes, subordination agreement and interim management, billing and leaseback agreements. | 3.70 |
| 11/09/16 | AHS | 102 | Calls re: closing issues and address timing issues and email to Committee re: same. | 0.70 |
| 11/09/16 | BM | 102 | Analysis regarding final schedules to the APA. | 0.70 |
| | | 102 | Call with Debtor's and purchaser's counsel regarding closing documents. | 1.20 |
| | | 102 | Analysis and revisions of closing documents. | 2.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

| Date | Init | Code | Description | Hours |
|---|---|---|---|---|
| 11/09/16 | BSC | 102 | Prepare for and participate in conference calls and attorney conference regarding closing documents. | 1.30 |
| | | 102 | Review and revise closing documents. | 2.70 |
| 11/10/16 | AHS | 102 | Closing update to Committee and emails re: same. | 0.30 |
| 11/10/16 | BAH | 102 | Draft revisions to Interim Management and lease agreement and distribute internally and revise as per comments, conference call to discuss, revise billing and collection services agreement. | 2.60 |
| 11/10/16 | BM | 102 | Calls with Debtor's and purchaser's counsel regarding closing documents. | 1.40 |
| | | 102 | Attend to issues regarding satisfaction of sale closing conditions. | 0.80 |
| | | 102 | Analysis and revisions of proposed amendment to the APA, interim post-closing management agreement, billing and collection agreement, leaseback agreement and related closing documents. | 2.60 |
| 11/10/16 | BSC | 102 | Prepare for and participate in conference call regarding closing documents. | 1.60 |
| | | 102 | Review and revise closing document. | 2.90 |
| 11/11/16 | BAH | 102 | Revise Amendment to APA, post closing interim management agreement, billing and collection services agreement and interim leaseback; conference call to discuss subordination agreement. | 1.70 |
| 11/11/16 | BM | 102 | Analysis regarding subordination issues in connection with potential working capital facility that may be obtained by the purchaser. | 0.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 5 |
| Inv# | | 1692916 |
| Date | | 12/27/16 |
| 08650096.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 102 | Calls with purchaser's counsel regarding closing documents. | 1.20 |
| | | 102 | Analysis and revisions of closing documents. | 1.80 |
| | | 102 | Attend to notice of the debtor's intent to transfer provider agreements. | 0.70 |
| 11/11/16 | MDL | 102 | Complete revised draft of subordination agreement. | 0.80 |
| | | 102 | E-mail to B. Mankovetskiy and B. Haskel. | 0.50 |
| 11/14/16 | AHS | 102 | Calls and emails to address documents and amendment for closing of sale. | 0.80 |
| 11/14/16 | BM | 102 | Calls with debtor's and purchaser's counsel regarding closing issues. | 1.40 |
| | | 102 | Analysis and revisions of closing documents. | 0.80 |
| | | 102 | Attend to issues regarding assumption/rejection of contracts. | 1.30 |
| 11/14/16 | BSC | 102 | Prepare for and participate in conference call discussion regarding closing matters. | 1.30 |
| | | 102 | Review precedent subordination terms and revise subordination agreement; revise other closing documents. | 1.60 |
| 11/15/16 | BM | 102 | Analysis and revisions of proposed closing documents. | 0.80 |
| | | 102 | Calls with purchaser's counsel regarding agreements for the post-closing interim management period and licensure issues. | 1.20 |
| 11/15/16 | BSC | 102 | Review and revise closing documents. | 2.40 |
| | | 102 | Conference calls regarding closing documents and related preparation. | 1.10 |
| 11/15/16 | LFH | 102 | Analyze closing and related executory contract issues. | 0.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 6 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 11/16/16 | BM | 102 | Analysis of purchaser's memo regarding key open issues on the closing documents. | 0.80 |
| | | 102 | Attend to sale closing documents. | 0.70 |
| 11/16/16 | BSC | 102 | Review, revise and transmit closing documents. | 1.80 |
| | | 102 | Review and evaluate buyer's open issues memo. | 1.30 |
| 11/17/16 | AHS | 102 | Prepare for and attend call with purchaser re: closing documents and open issues. | 0.80 |
| 11/17/16 | BM | 102 | Attend to proposed revisions of closing documents. | 1.20 |
| 11/17/16 | BSC | 102 | Review open issues in preparation for conference call and participate in same. | 1.60 |
| 11/18/16 | AHS | 102 | Calls with purchaser and Debtor re: QAF fees and addressing concerns of AG office and analysis re: same. | 1.10 |
| | | 102 | Review and analysis of AG decision, including call with S. Maizel re: same. | 1.20 |
| | | 102 | Calls with S. Maizel re: response from AG's office re: no settlement. | 0.80 |
| | | 102 | Review of emergency motion re: CA AG issues and comment re: same. | 0.40 |
| | | 102 | Calls and emails with K. Wang from AG's office. | 0.50 |
| 11/18/16 | BM | 102 | Attend to revisions of closing documents. | 1.30 |
| | | 102 | Analysis regarding emergency motion with respect to transfer of Medical provider agreement. | 0.80 |
| 11/18/16 | BSC | 102 | Review APA amendment and interim document drafts received from buyer's counsel; revise and transmit reply drafts. | 2.70 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 11/21/16 | AHS | 102 | Calls with S. Polard re: bidding issues and opportunity to purchase and emails with S. Maizel re: same. | 0.80 |
| | | 102 | Calls and emails with counsel for Debtor and purchaser re: sale closing issues, QAF fees and AG settlement issues. | 0.70 |
| 11/21/16 | BM | 102 | Attend to issues regarding potential resolution of CA AG's conditions to sale approval and closing issues. | 1.40 |
| | | 102 | Attend to issues regarding CA AG's conditional consent to the sale transaction and impact on ability to close. | 1.40 |
| 11/22/16 | BM | 102 | Analysis regarding alternative courses for the estate in light of the conditions imposed by CA AG on the approval of the sale transaction and transfer of provider agreements. | 1.70 |
| 11/23/16 | AHS | 102 | Prepare for and attend call with Debtor's counsel, buyer and buyer's counsel re: sale closing issues and timing issues. | 0.80 |
| 11/23/16 | BM | 102 | Attend to issues regarding potential paths to achieve a closing of the sale based on CA AG's conditions and purchaser's refusal to proceed based on same. | 1.30 |
| | | 102 | Analysis regarding proposed amendments to the DIP financing order and the APA. | 1.40 |
| 11/25/16 | AHS | 102 | Calls and emails re: sales status issues and response of buyer to AG conditions. | 0.80 |
| 11/28/16 | AHS | 102 | Calls and emails with Debtor's counsel re: sale issues and calls emails to K. Wang (state AG) re: conditions for sale and whether settlement can be reached. | 0.80 |
| 11/28/16 | BM | 102 | Analysis regarding potential resolution of issues regarding AG's conditions to closing. | 1.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | | 102 | Analysis of issues regarding potential modifications of the APA based on the state's conditions relating to charity care and Medical successor liability. | 1.40 | |
| 11/29/16 | AHS | 102 | Revise and redraft status report and send to counsel for Debtor re: same. | 0.80 | |
| 11/30/16 | AHS | 102 | Status call with Debtor and purchaser re: sales process and upcoming meeting with AG. | 0.70 | |
| | | 102 | Calls with Union and Debtor re: meeting with AG re: sale issues. | 0.80 | |
| 11/30/16 | BM | 102 | Attend to issues regarding potential resolution of certain conditions to sale approval imposed by CAAG. | 0.80 | |
| | | 102 | Attend to revisions of closing documents. | 1.10 | |
| 11/30/16 | BSC | 102 | Review and revise subordination agreement and related research. | 2.30 | |
| | | | **TASK TOTAL 102** | **98.00** | **47,324.10** |

## 103 - BUSINESS OPERATIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/10/16 | BM | 103 | Attend to issues regarding cash flow projections and potential need for additional bridge financing to closing. | 1.20 | |
| 11/28/16 | BM | 103 | Review debtor's monthly operating report. | 0.30 | |
| | | | **TASK TOTAL 103** | **1.50** | **712.50** |

## 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 11/04/16 | AHS | 104 | Email to Committee re: status update and secured creditor negotiations. | 0.70 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 9 |
| Inv# | | 1692916 |
| Date | | 12/27/16 |
| 08650096.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| 11/04/16 | BM | 104 | Analysis regarding debtor's financial condition and financing to bridge to sale closing. | 0.80 |
| | | 104 | Analysis regarding filed proofs of claims against debtor's estate. | 0.30 |
| 11/05/16 | BM | 104 | Analysis of issues regarding Union's NLRB petition. | 0.60 |
| 11/06/16 | LFH | 104 | Attention to claim allowance procedure issues. | 0.30 |
| 11/10/16 | BM | 104 | Attend to issues regarding debtor's potential settlement with CMS. | 0.60 |
| 11/11/16 | AHS | 104 | Calls and emails re: closing issues. | 0.40 |
| | | 104 | Review of notice of intent to assume and provide comments re: closing issues. | 0.60 |
| 11/11/16 | BM | 104 | Attend to issues regarding settlement of alleged liabilities with Medical. | 0.60 |
| 11/14/16 | BM | 104 | Attend to settlement with SEIU-UHW to avoid NLRB hearing. | 0.40 |
| 11/16/16 | AHS | 104 | Call with Debtor's counsel re: sale issues and D&O policy issues. | 0.40 |
| | | 104 | Analysis regarding D&O policy issues and extension and notice of claim/circumstance issues. | 1.10 |
| | | 104 | Call from Committee member and party in interest re: pre-petition billing conduct. | 0.60 |
| 11/17/16 | AHS | 104 | Revise and finalize letter to Debtor re: D&O notice of circumstance. | 1.40 |
| 11/17/16 | BM | 104 | Attend to issues regarding funding the debtor's operations through closing. | 0.80 |
| 11/22/16 | AHS | 104 | Calls and emails re: sales update issues and potential for DIP financing. | 0.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | | | | | |
|---|---|---|---|---|---|
| | | | | Page | 10 |
| | | | | Inv# | 1692916 |
| | | | | Date | 12/27/16 |
| | | | | 08650096.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | | 104 | Review and analysis of documents re: alleged loan from Moskowitz foundation. | 0.80 | |
| 11/29/16 | BM | 104 | Analysis regarding debtor's status report. | 0.70 | |
| 11/30/16 | VH | 104 | Review status report to Court regarding open issues and delayed sale closing. | 0.20 | |
| | | | **TASK TOTAL 104** | **11.90** | **5,945.20** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/04/16 | AHS | 105 | Review of claims register and emails with S. Maizel re: same. | 0.40 | |
| | | 105 | Email to Committee re: claims register issues. | 0.30 | |
| 11/04/16 | BM | 105 | Analysis of issues regarding potential settlement with Harbor/Paladin. | 1.40 | |
| 11/07/16 | BM | 105 | Attend to issues regarding potential settlement proposal to Harbor Gardens. | 1.20 | |
| 11/16/16 | VH | 105 | Legal research regarding equitable subordination. | 1.60 | |
| 11/17/16 | VH | 105 | Legal research regarding re-characterization of debt in 9th Circuit. | 0.80 | |
| 11/18/16 | BM | 105 | Analysis of issues regarding potential QAF program settlement. | 0.60 | |
| | | 105 | Analysis of alternatives in light of State of California's refusal to settle Medical issues. | 1.20 | |
| 11/23/16 | BM | 105 | Analysis of issues regarding objection to claims filed by certain insurance companies. | 0.70 | |
| | | | **TASK TOTAL 105** | **8.20** | **3,932.40** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001   - AHS | |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| 11/21/16 | LFH | 107 | Prepare October monthly fee application and supporting materials. | 1.20 | |
|---|---|---|---|---|---|
| 11/22/16 | BM | 107 | Review fee requests of debtor's ordinary course professionals. | 0.60 | |
| | | **TASK TOTAL 107** | | **1.80** | **705.00** |

## 108 - FEE/EMPLOYMENT OBJECTIONS

| 11/23/16 | AHS | 108 | Emails with K. Yood re: Sheppard Mullin fees. | 0.30 | |
|---|---|---|---|---|---|
| 11/28/16 | BM | 108 | Attend to potential resolution of the committee's objection to Sheppard Mullin's fee request. | 0.30 | |
| 11/28/16 | VH | 108 | Draft objection to Sheppard Mullin's October fee statement. | 0.80 | |
| 11/29/16 | AHS | 108 | Emails with Sheppard Mullin re: fee application issues. | 0.30 | |
| 11/29/16 | BM | 108 | Draft proposal to Sheppard Mullin regarding resolution of dispute regarding its fee request. | 0.40 | |
| | | **TASK TOTAL 108** | | **2.10** | **1,028.30** |

## 109 - FINANCING

| 11/30/16 | AHS | 109 | Review of status report as filed and circulate same to Committee. | 0.30 | |
|---|---|---|---|---|---|
| | | **TASK TOTAL 109** | | **0.30** | **157.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 12 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

---

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| | | | | | |
|---|---|---|---|---|---|
| 11/16/16 | TSN | 110 | Analyze D&O policy. | 1.90 | |
| 11/17/16 | TSN | 110 | Review policy; review notice of circumstances letter; prepare e-mail to A. Sherman regarding revisions to same | 1.40 | |
| 11/18/16 | VH | 110 | Drafting motion to compel discovery. | 0.60 | |
| | | **TASK TOTAL 110** | | **3.90** | **1,856.40** |

## 114 - RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 11/08/16 | BM | 114 | Attend to pending stay relief motions. | 0.40 | |
| 11/14/16 | AHS | 114 | Address issues regarding Cardinal lift stay stipulation. | 0.20 | |
| | | **TASK TOTAL 114** | | **0.60** | **295.00** |

## 121 - LITIGATION CONSULTING

| | | | | | |
|---|---|---|---|---|---|
| 11/16/16 | TSN | 121 | E-mails with A. Sherman regarding D&O policy. | 0.20 | |
| | | 121 | E-mail to A. Sherman regarding change in control, tail endorsement, coverage parameters. | 0.70 | |
| 11/18/16 | TSN | 121 | Review A. Sherman e-mails regarding possible shut down of hospital, status of sale. | 0.10 | |
| | | **TASK TOTAL 121** | | **1.00** | **476.00** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 13 |
| Inv# | | 1692916 |
| Date | | 12/27/16 |
| 08650096.000001 | | - AHS |

| | | |
|---|---|---|
| **TOTAL FEES at Discounted Rates** | **144.00** | **$68,609.50** |
| **TOTAL FEES at Blended Rate of $450** | **144.00** | **$64,800.00** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 14.70 | 6,177.10 |
| 102 | Asset Disposition | 98.00 | 47,324.10 |
| 103 | Business Operations | 1.50 | 712.50 |
| 104 | Case Administration | 11.90 | 5,945.20 |
| 105 | Claims Administration and Objections | 8.20 | 3,932.40 |
| 107 | Fee/Employment Applications | 1.80 | 705.00 |
| 108 | Fee/Employment Objections | 2.10 | 1,028.30 |
| 109 | Financing | 0.30 | 157.50 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 3.90 | 1,856.40 |
| 114 | Relief from Stay Proceedings | 0.60 | 295.00 |
| 121 | Litigation Consulting | 1.00 | 476.00 |

| | | |
|---|---|---|
| **TOTAL FEES at Discounted Rates** | **144.00** | **$68,609.50** |
| **TOTAL FEES at Blended Rate of $450** | **144.00** | **$64,800.00** |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | $475.00 | 63.50 | 30,162.50 |
| BSC | Brian S. Coven | $476.00 | 32.10 | 15,279.60 |
| AHS | Andrew H. Sherman | $525.00 | 23.40 | 12,285.00 |
| LFH | Lucas F. Hammonds | $350.00 | 9.00 | 3,150.00 |
| VH | Valerie Hamilton | $476.00 | 6.10 | 2,903.60 |
| TSN | Thomas S. Novak | $476.00 | 4.30 | 2,046.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| Page | 14 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| BAH | Brian A. Haskel | $520.00 | 4.30 | 2,236.00 |
| MDL | Marc D. Leve | $420.00 | 1.30 | 546.00 |
| | **TOTAL FEES at Discounted Rates** | | **144.00** | **$68,609.50** |
| | **TOTAL FEES at Blended Rate of $450** | | **144.00** | **$64,800.00** |

## DISBURSEMENT DETAIL

E101

| | | | |
|---|---|---|---|
| 11/08/16 | E101 | Copying | 118.50 |
| 11/09/16 | E101 | Copying | 57.90 |
| 11/10/16 | E101 | Copying | 33.15 |
| 11/10/16 | E101 | Copying | 41.55 |
| 11/10/16 | E101 | Copying | 10.35 |
| 11/10/16 | E101 | Copying | 58.05 |
| 11/10/16 | E101 | Copying | 16.05 |
| 11/10/16 | E101 | Copying | 20.00 |
| 11/10/16 | E101 | Copying | 33.00 |
| 11/10/16 | E101 | Copying | 12.00 |
| 11/10/16 | E101 | Copying | 45.00 |
| 11/10/16 | E101 | Copying | 39.00 |
| 11/10/16 | E101 | Copying | 45.00 |
| 11/14/16 | E101 | Copying | 8.00 |
| 11/14/16 | E101 | Copying | 8.00 |
| 11/15/16 | E101 | Copying | 3.60 |
| 11/15/16 | E101 | Copying | 183.00 |
| 11/17/16 | E101 | Copying | 7.20 |
| 11/17/16 | E101 | Copying | 33.90 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 15 |
| Inv# | 1692916 |
| Date | 12/27/16 |
| 08650096.000001 | - AHS |

| E106 | | | |
|---|---|---|---|
| 11/16/16 | E106 | Online research | 3.74 |
| 11/16/16 | E106 | Online research | 5.23 |
| 11/16/16 | E106 | Online research | 1.98 |
| 11/17/16 | E106 | Online research | 7.98 |
| 11/17/16 | E106 | Online research | 0.64 |
| E119 | | | |
| 10/31/16 | E124 | Other (Relativity Data Storage Fee) | 228.00 |
| | **TOTAL DISBURSEMENTS** | | **$1,020.82** |

## DISBURSEMENT RECAP

| Code | Description | Units | Total |
|---|---|---|---|
| E101 | Copying | 3,965.00 | 773.25 |
| E106 | Online research | 5.00 | 19.57 |
| E124 | Other (Relativity Data Storage Fee) | 1.00 | 228.00 |
| | **TOTAL DISBURSEMENTS** | | **$1,020.82** |
| | **TOTAL THIS INVOICE** | | **$65,820.82*** |

*Total includes fees at *Blended Rate*. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$100,802.50**) and combined fees at *Blended Rate* of $450 (**$95,355.00**) applies.

# **<u>EXHIBIT D</u>**

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1692917 |
| Date | 12/27/16 |
| 08650096.000002 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Lien Investigation

For legal services rendered through November 30, 2016.

HOURS

## 101 - ASSET ANALYSIS AND RECOVERY

| | | | | HOURS |
|---|---|---|---|---|
| 11/01/16 | LFH | 101 | Analyze Gerrick Rule 2004 and document production issues. | 1.60 |
| 11/03/16 | LFH | 101 | Prepare Gerrick document demands. | 0.30 |
| 11/04/16 | LFH | 101 | Review and analyze materials relating to claims by and against secured creditors/managers, including prior document requests, qui tam complaint, and state court litigation materials. | 2.80 |
| | | 101 | Analyze Gerrick document request issues. | 1.20 |
| 11/07/16 | LFH | 101 | Revise Gerrick document requests. | 1.40 |
| | | 101 | Review and analyze relevant documents, including state court litigation documents, in preparation for Gerrick document requests. | 1.40 |
| 11/16/16 | BM | 101 | Analysis regarding potential causes of action against alleged secured creditors and certain of their affiliates. | 1.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1692917 |
| Date | 12/27/16 |
| 08650096.000002 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 11/17/16 | LFH | 101 | Review document production materials. | 0.90 | |
| 11/18/16 | LFH | 101 | Review document production documents. | 0.50 | |
| | | **TASK TOTAL 101** | | **11.30** | **4,105.00** |

## 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 11/04/16 | BM | 104 | Attend to revisions of stipulations with alleged secured creditors regarding informal discovery. | 0.90 | |
| | | 104 | Draft a status report to the committee. | 0.80 | |
| 11/07/16 | BM | 104 | Review and analysis of document productions in connection with Committee's investigation. | 1.80 | |
| 11/08/16 | BM | 104 | Attend to issues regarding informal discovery with alleged secured creditors. | 0.70 | |
| | | 104 | Attend to issues regarding potential settlement with Harbor/Paladin. | 0.70 | |
| 11/09/16 | BM | 104 | Draft a settlement term sheet to Harbor. | 0.80 | |
| | | 104 | Review and analysis of document productions in connection with Committee's investigation. | 1.40 | |
| 11/10/16 | BM | 104 | Attend to stipulations regarding extensions of committee's time to dispute alleged secured claims. | 0.60 | |
| 11/11/16 | BM | 104 | Review and analysis of documents in connection with Committee's investigation. | 1.70 | |
| 11/14/16 | BM | 104 | Attend to issues regarding status of responses to Committee's discovery requests and outstanding items. | 0.80 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 3 |
| Inv# | 1692917 |
| Date | 12/27/16 |
| 08650096.000002 | - AHS |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/15/16 | BM | 104 | Analysis regarding RNG's assertions of attorney-client privilege with respect to certain communications sought by the Committee. | 0.70 | |
| | | 104 | Attend to issues regarding obtaining document productions from A. Gerrick. | 0.30 | |
| | | 104 | Analysis of document productions in connection with Committee's investigation. | 1.70 | |
| 11/16/16 | LFH | 104 | Prepare stipulation extending challenge period. | 1.10 | |
| | | 104 | Analyze lien issues. | 0.90 | |
| 11/23/16 | BM | 104 | Attend to issues regarding discovery dispute with RNG. | 0.60 | |
| 11/28/16 | BM | 104 | Analysis regarding RNG's letter seeking stay of discovery. | 0.70 | |
| 11/29/16 | BM | 104 | Attend to response to RNG's letter seeking stay of discovery. | 0.60 | |
| 11/30/16 | AHS | 104 | Call with US Attorney re: claims against the estate. | 0.30 | |
| | | **TASK TOTAL 104** | | **17.10** | **7,887.50** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/16 | AHS | 105 | Review and revise stipulations for extension of dispute deadlines for RNG and Sycamore. | 0.80 | |
| 11/01/16 | BM | 105 | Draft stipulation regarding extension of challenge period regarding Roxbury/Sycamore claims. | 0.70 | |
| 11/02/16 | AHS | 105 | Calls and follow up regarding Paladin stipulation. | 0.30 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 1692917 |
| Date | | 12/27/16 |
| 08650096.000002 | | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 11/02/16 | BM | 105 | Attend to issues regarding extensions of challenge periods. | 0.60 |
| | | 105 | Attend to stipulation regarding privilege and confidentiality issues in connection with Paladin's document productions. | 0.40 |
| 11/03/16 | AHS | 105 | Call with K. Block re: secured creditor issues. | 0.40 |
| 11/04/16 | AHS | 105 | Review of initial documents produced by Sheppard Mullin and emails re: same. | 1.10 |
| 11/07/16 | AHS | 105 | Review and analysis of documents provided by K. Yood. | 1.20 |
| | | 105 | Draft and review email to Harbor Gardens re: lien investigation and possible resolution. | 0.80 |
| | | 105 | Emails with K. Yood re: documents provided and investigation issues. | 0.40 |
| 11/08/16 | AHS | 105 | Address issues re: Gerrick 2004 application. | 0.40 |
| | | 105 | Address response by Harbor Gardens to email proposal and call with K. Block re: same. | 0.90 |
| | | 105 | Address issues re: stipulations re: Harbor Garden and RNG. | 0.40 |
| | | 105 | Review of documents as provided by Sheppard Mullin. | 1.30 |
| 11/09/16 | AHS | 105 | Draft and revise settlement proposal to Harbor Gardens and circulate same to Harbor and Committee. | 0.80 |
| | | 105 | Calls and negotiation of stipulation with Roxbury, Sycamore. | 0.70 |
| | | 105 | Review of case law re: disputes with Roxbury. | 0.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | Page | | 5 |
| | | Inv# | | 1692917 |
| | | Date | | 12/27/16 |
| | | 08650096.000002 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 105 | Emails with Committee re: proposal issues. | 0.30 |
| 11/10/16 | AHS | 105 | Address issues with Paladin. | 0.20 |
| | | 105 | Follow up on Sheppard Mullin documents. | 0.20 |
| | | 105 | Review and revise stipulation with Roxbury and send out. | 0.30 |
| 11/11/16 | AHS | 105 | Review of documents as produced by RNG and emails re: same. | 2.20 |
| 11/14/16 | AHS | 105 | Emails to counsel for Harbor re: lien dispute and stipulation to obtain documents. | 0.70 |
| 11/15/16 | AHS | 105 | Initial review and analysis of proposal from Harbor and emails re: same. | 0.70 |
| | | 105 | Review of emails as produced by RNG and analysis re: same. | 2.20 |
| 11/15/16 | BM | 105 | Analysis regarding Harbor Garden's counter-proposal regarding potential settlement. | 0.70 |
| 11/16/16 | AHS | 105 | Initial review of case law re: equitable subordination issues and analysis re: same. | 0.80 |
| 11/17/16 | AHS | 105 | Review of 9th Circuit law on recharacterization. | 0.20 |
| | | 105 | Review of documents as produced by counsel to Roxbury/Sycamore. | 1.80 |
| | | 105 | Emails to counsel for RNG re: deficiency and lack of production. | 0.70 |
| | | 105 | Calls and emails with counsel for Harbor re: claims and possible settlement issues. | 0.60 |
| | | 105 | Further review and analysis of documents provided by RNG. | 1.10 |
| 11/17/16 | BM | 105 | Analysis regarding grounds for potential challenges to Harbor-Gardens' alleged secured claim. | 0.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1692917 |
| Date | | 12/27/16 |
| 08650096.000002 | | - AHS |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | 105 | Attend to issues regarding deficiencies in RNG's productions of documents in accordance with prior court order. | 0.70 | |
| 11/18/16 | AHS | 105 | Review and analysis of Roxbury/Sycamore documents. | 2.10 | |
| | | 105 | Email to counsel for RNG re: deficiencies in production. | 0.40 | |
| 11/18/16 | BM | 105 | Analysis of document productions in connection with committee's investigation. | 2.20 | |
| 11/21/16 | AHS | 105 | Calls and emails re: Harbor stipulation and filing of same. | 0.60 | |
| 11/21/16 | BM | 105 | Attend to issues regarding potential settlement with Harbor/Paladin. | 0.80 | |
| 11/21/16 | LFH | 105 | Review Harbor Gardens claims. | 0.40 | |
| 11/22/16 | AHS | 105 | Calls and emails with counsel for RNG re: document production (meet and confer). | 0.30 | |
| | | 105 | Calls and emails with G. Torrell re: fixing claim and possible resolution of disputes. | 0.30 | |
| | | 105 | Further analysis re: missing documents. | 0.20 | |
| 11/28/16 | AHS | 105 | Initial review of letter from G. Torrell re: meet and confer. | 0.30 | |
| 11/29/16 | AHS | 105 | Draft and revise letter in response to letter sent by G. Torrell. | 0.80 | |
| 11/30/16 | BM | 105 | Analysis regarding objections to Harbor's alleged secured claim. | 1.60 | |
| | | **TASK TOTAL 105** | | **36.00** | **18,405.00** |

## 109 - FINANCING

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/03/16 | AHS | 109 | Calls and emails re: Paladin stipulation and documents. | 0.40 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 7 |
| Inv# | 1692917 |
| Date | 12/27/16 |
| 08650096.000002 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 11/30/16 | AHS | 109 | Calls and emails with counsel for Harbor re: lien and dispute issues. | 0.40 | |
| | | | **TASK TOTAL 109** | **0.80** | **420.00** |

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| | | | | | |
|---|---|---|---|---|---|
| 11/13/16 | CHN | 110 | Review 2014 PowerPoint presentation regarding RollinsNelson management proposal; email correspondence with a. Sherman and B. Mankovetskiy regarding same. | 0.20 | |
| 11/15/16 | AHS | 110 | Review of RNG privilege logs and emails re: same. | 0.80 | |
| 11/16/16 | AHS | 110 | Internal meetings regarding possible claims and causes of action. | 0.80 | |
| 11/17/16 | CHN | 110 | Email correspondence with A. Sherman regarding review of emails produced in discovery indicating possible improper referrals. | 0.20 | |
| 11/30/16 | AHS | 110 | Finalize and circulate letter to G. Torrell re: RNG document production and meet and confer. | 0.70 | |
| | | | **TASK TOTAL 110** | **2.70** | **1,375.50** |
| | | | **TOTAL FEES at Discounted Rates** | **67.90** | **$32,193.00** |
| | | | **TOTAL FEES at Blended Rate of $450** | **67.90** | **$30,555.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 11.30 | 4,105.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 8 |
| Inv# | 1692917 |
| Date | 12/27/16 |
| 08650096.000002 | - AHS |

| | | | | |
|---|---|---|---|---|
| 104 | Case Administration | | 17.10 | 7,887.50 |
| 105 | Claims Administration and Objections | | 36.00 | 18,405.00 |
| 109 | Financing | | 0.80 | 420.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 2.70 | 1,375.50 |
| | **TOTAL FEES at Discounted Rates** | | **67.90** | **$32,193.00** |
| | **TOTAL FEES at Blended Rate of $450** | | **67.90** | **$30,555.00** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | $525.00 | 30.50 | 16,012.50 |
| BM | Boris Mankovetskiy | $475.00 | 24.50 | 11,637.50 |
| LFH | Lucas F. Hammonds | $350.00 | 12.50 | 4,375.00 |
| CHN | Charles H. Newman | $420.00 | 0.40 | 168.00 |
| | **TOTAL FEES at Discounted Rates** | | **67.90** | **$32,193.00** |
| | **TOTAL FEES at Blended Rate of $450** | | **67.90** | **$30,555.00** |
| | **TOTAL THIS INVOICE** | | | **$30,555.00\*** |

\*Total includes fees at *Blended Rate*. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$100,802.50**) and combined fees at *Blended Rate* of $450 (**$95,355.00**) applies.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/27/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 12/27/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will</u> be <u> completed no</u> later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/27/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/27/16 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- **Karl E Block**   kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- **Manuel A Boigues**   bankruptcycourtnotices@unioncounsel.net
- **Louis J Cisz**   lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- **Dawn M Coulson**   dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- **Jerome Bennett Friedman**   jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **W. Jeffery Fulton**   jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Barry S Glaser**   bglaser@swesq.com, erhee@swesq.com
- **Jeffrey I Golden**   jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Rhonda S Goldstein**   rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- **Lawrence J Hilton**   lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- **David Jacobs**   cemail@ebglaw.com, djacobs@ebglaw.com
- **Ivan L Kallick**   ikallick@manatt.com, ihernandez@manatt.com
- **Eve H Karasik**   ehk@lnbyb.com
- **Gary E Klausner**   gek@lnbyb.com
- **Stuart I Koenig**   Skoenig@cmkllp.com, knielsen@cmkllp.com
- **John P Kreis**   jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Elan S Levey**   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Wendy A Loo**   wendy.loo@lacity.org
- **Stephen A Madoni**   stevemadoni@aol.com, nathally@madonilaw.com
- **Howard N Madris**   hmadris@madrislaw.com
- **Samuel R Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- **Boris I Mankovetskiy**   bmankovetskiy@sillscummis.com
- **Amanda L Marutzky**   amarutzk@wthf.com, jjensen@watttieder.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
- **Benjamin Nachimson**   ben.nachimson@wnlawyers.com
- **Steven G Polard**   stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- **Kurt Ramlo**   kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**   dmr@vrmlaw.com, jle@vrmlaw.com
- **J. Alexandra Rhim**   arhim@hemar-rousso.com
- **Emily P Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Mary H Rose**   mrose@buchalter.com, mrose@buchalter.com
- **Andrew H Sherman**   asherman@sillscummis.com
- **Leonard M Shulman**   lshulman@shbllp.com
- **Gerald N Sims**   jerrys@psdslaw.com, bonniec@psdslaw.com
- **Alan Stomel**   alan.stomel@gmail.com, astomel@yahoo.com
- **Tiffany Strelow Cobb**   tscobb@vorys.com
- **Wayne R Terry**   wterry@hemar-rousso.com
- **Gary F Torrell**   gft@vrmlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Kenneth K Wang**   kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- **Matthew Zandi**   mzandi@kbrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley
PC 707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**