Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

-and-

Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facximile: (973) 643-6500

Co-Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1

1. Bienert, Miller & Katzman, PLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period November 1, 2016 through November 30, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, the Firm respectfully represents as follows:

2. The Firm is special counsel to the Committee. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. The Firm billed a total of $6,079.91 in fees and expenses during the Application Period. The total fees represent 13.8 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
| --- | --- | --- | --- |
| 11/01/16 – 11/30/16 | $5,980.00[1] | $99.91 | $6,079.91 |

4. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $4,883.91 at this time. This total is comprised as follows: $4,784.00 (80% of the fees for services rendered) plus $99.91 (100% of the expenses incurred). **To the extent that the combined fees of the Firm and Sills Cummis & Gross P.C. (the collective co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

5. For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
| --- | --- | --- |

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." *See* Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($5,980.00) are less than the Firm's fees calculated at the blended rate of $500 ($500 x 13.8 hours = $6,900.00). Accordingly, for purposes of the Application, the Firm is not applying the blended rate.

| | | |
|---|---|---|
| 06/06/16 – 08/31/16 | $0.00 | N/A |
| 09/01/16 – 09/30/16 | $0.00 | N/A |
| 10/01/16 – 10/31/16 | $0.00 | N/A |
| **Total Paid to the Firm to Date** | $0.00 | N/A |

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $1,685.76 | Fees and expenses set forth in application filed September 26, 2016 [Doc. 418] |
| 09/01/16 – 09/30/16 | $6,585.17 | Fees and expenses set forth in application filed October 25, 2016 [Doc. 477] |
| 10/01/16 – 10/31/16 | $19,214.15 | Fees and expenses set forth in application filed November 22, 2016 [Doc. 545] |
| **Total Owed to the Firm to Date** | $27,485.08 | |

7. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application is the detailed time and expense statements for the Application Period by category. Attached as **Exhibit C** to this Application is the Firm's November 2016 billing statement.

8. The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case. The Application was mailed by first class mail, postage prepaid, on or about December 27, 2016. Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about December 27, 2016.

9. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor

1 | is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee* Procedures.

Dated: December 27, 2016

BIENERT, MILLER & KATZMAN, PLC

By: /s/ Anthony R. Bisconti
    Steven Jay Katzman
    Anthony R. Bisconti
    Co-Counsel to the Official Committee
    of Unsecured Creditors of Gardens Regional
    Hospital and Medical Center

-and-

SILLS CUMMIS & GROSS P.C.

By: /s/ Andrew H. Sherman
    Andrew H. Sherman
    Boris I. Mankovetskiy
    Co-Counsel to the Official Committee
    of Unsecured Creditors of Gardens Regional
    Hospital and Medical Center

345573-1

# Exhibit A

## BIENERT, MILLER & KATZMAN, PLC'S PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Steven J. Katzman | Partner | $725 |
| Anthony R. Bisconti | Associate | $450 |
| Carolyn K. Howland | Paralegal | $200 |

# Exhibit B

**TIME AND EXPENSE STATEMENT**

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Case Administration | B110 | 1.1 | $495.00 | $0.00 |
| Asset Disposition | B130 | 0.3 | $135.00 | $0.00 |
| Relief from Stay/Adequate Protection Proceedings | B140 | 0.4 | $180.00 | $0.00 |
| Fee/Employment Applications | B160 | 1.5 | $675.00 | $0.00 |
| Claims Administration and Objections | B310 | 4.4 | $1,980.00 | $0.00 |
| Fact Gathering | C100 | 0.5 | $225.00 | $0.00 |
| Case Assessment, Development and Administration | L100 | 0.8 | $580.00 | $99.91 |
| Fact Investigation/Development | L110 | 0.3 | $135.00 | $0.00 |
| Discovery | L300 | 2.7 | $1,215.00 | $0.00 |
| Written Motions and Submissions | L430 | 1.8 | $360.00 | $0.00 |
| **TOTALS** | | 13.8 | $5,980.00 | $99.91 |

# Exhibit C

## BIENERT, MILLER & KATZMAN, PLC
### ATTORNEYS AT LAW

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

Statement Date: November 30, 2016
Statement No.: 38534

Page: 1

Account No. 31615.001000

RE:
Special Counsel to Cred. Comm.

**ANY PAYMENTS APPLIED AFTER 11/30/2016
MAY NOT BE INCLUDED ON THIS STATEMENT**

Previous Balance                                                                $27,665.08

### Fees

|            |     |      |      |                                                                                                                                                                                    | Hours |        |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/01/2016 | TRB | B310 | A103 | Draft/revise stipulation regarding extension of time to submit disputes to RNG's claims                                                                                            | 0.70  | 315.00 |
| 11/02/2016 | TRB | B310 | A103 | Revise stipulation with RNG re extension of dispute deadline (.2); revise stipulation with Sycamore/Roxbury re extension of dispute deadline (.1); draft proposed orders re same (.3). | 0.60  | 270.00 |
|            | TRB | B160 | A104 | Review/analyze notice of monthly fee applications                                                                                                                                  | 0.10  | 45.00  |
|            | TRB | B110 | A104 | Review/analyze notice of acceptance of appointment as patient care ombudsman                                                                                                       | 0.10  | 45.00  |
| 11/03/2016 | TRB | C100 | A103 | Review email from co-counsel re Paladin stipulation (.1); revise Paladin stipulation (.2); draft email to co-counsel re same (.1)                                                  | 0.40  | 180.00 |
|            | TRB | C100 | A103 | Finalize revised stipulation and draft email to counsel for Debtor and Paladin                                                                                                     | 0.10  | 45.00  |
|            | SW  | B110 | A104 | Retrieve and organize proofs of claims.                                                                                                                                            | 0.60  | n/c    |
|            | CH  | B110 | A108 | Telephone call with ECF help desk re status of A. Matin's removal from courtesy NEF                                                                                                | 0.30  | n/c    |
| 11/04/2016 | TRB | B310 | A107 | Review email from co-counsel re stipulations extending time to dispute claims                                                                                                      | 0.10  | 45.00  |
|            | TRB | B310 | A108 | Draft email to counsel for Debtor and RollinsNelson Grp re extension of time to dispute claims                                                                                     | 0.10  | 45.00  |
|            | TRB | B310 | A108 | Review email from David Reeder re stipulation for extension of time to dispute claims                                                                                              | 0.10  | 45.00  |

Gardens Regional Hospital  
Account No. 31615.001000  
RE: Special Counsel to Cred. Comm.

Statement Date: 11/30/2016  
Statement No. 38534  
Page No. 2

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 11/07/2016 | TRB | B310 | A108 | Revise stipulation re extension of dispute deadline as to RNG per request of RNG counsel (.1); draft email to counsel for RNG and Debtor re revised stipulation (.1) | 0.20 | 90.00 |
|  | TRB | B310 | A108 | Review correspondence re settlement communication | 0.10 | 45.00 |
|  | TRB | B140 | A104 | Review/analyze stipulation re continuance of MFRS hearing and notice of lodgment re order on same | 0.10 | 45.00 |
| 11/08/2016 | TRB | B310 | A107 | Review email from secured creditor's counsel with revised stipulation (.1); finalize stipulation (.1) and draft email to debtor's counsel (.1) | 0.30 | 135.00 |
|  | TRB | B310 | A107 | Review email from Karl Block re proposed resolution | 0.10 | 45.00 |
|  | TRB | B140 | A104 | Review/analyze order granting stipulation re motion for relief from stay | 0.10 | 45.00 |
|  | TRB | B140 | A104 | Review/analyze order granting MFRS | 0.10 | 45.00 |
|  | SJK | L100 | A107 | Confer with co-counsel re potential additional claims against SM; review memo analysis re conduct of management company | 0.50 | 362.50 |
| 11/09/2016 | TRB | B310 | A107 | Review email from RNG counsel re proposed order on stipulation | 0.10 | 45.00 |
|  | TRB | B310 | A107 | Draft email to counsel for RNG re corrected order | 0.10 | 45.00 |
|  | TRB | B310 | A107 | Telephone call with Courtroom deputy re lodged order on stipulation | 0.20 | 90.00 |
|  | TRB | B310 | A103 | Draft revised order re stipulation with RNG and amended notice of lodgment, and file same | 0.20 | 90.00 |
|  | TRB | B310 | A104 | Review/analyze proposed term sheet re settlement with secured creditor | 0.10 | 45.00 |
| 11/10/2016 | TRB | B310 | A104 | Review/analyze entered order on stipulation with RNG re claim dispute deadline |  |  |
|  | TRB | B130 | A107 | Review correspondence from Debtor's counsel re sale closing | 0.10 | 45.00 |
| 11/11/2016 | TRB | B310 | A103 | Review email from Andrew Sherman re executed stipulation with Roxbury/Sycamore (.1); draft proposed order on stipulation (.2) | 0.30 | 135.00 |
|  | TRB | B110 | A104 | Review/analyze notice re transfer of Medicare and Medi-Cal provider agreements | 0.10 | 45.00 |
|  | TRB | L300 | A104 | Review email from G. Klausner re status of voluntary production | 0.10 | 45.00 |
|  | TRB | L300 | A104 | Initial review of production from RNG | 0.60 | 270.00 |
|  | TRB | L300 | A107 | Communicate (other outside counsel) | 0.20 | 90.00 |
| 11/13/2016 | TRB | L300 | A107 | Communications with co-counsel regarding Rule 2004 deposition of secured creditor PMK | 0.20 | 90.00 |
| 11/14/2016 | TRB | B140 | A104 | Review/analyze draft stipulation re MFRS for Cardinal health | 0.10 | 45.00 |
|  | TRB | L300 | A104 | Review email from RNG re email production (.1); initial review of production (.3) | 0.40 | 180.00 |
| 11/15/2016 | TRB | L300 | A108 | Review email from David Reeder re privilege logs and documents to be produced | 0.10 | 45.00 |

Gardens Regional Hospital  
Account No.  31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date: 11/30/2016  
Statement No. 38534  
Page No.        3

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | TRB | B310 | A108 | Review correspondences with secured creditor re settlement proposals and extension of claim dispute deadline | 0.20 | 90.00 |
| | TRB | B310 | A103 | Draft proposed order on stipulation with Paladin/Harbor and coordinate re filing of stipulation and submission of proposed order | 0.20 | 90.00 |
| | TRB | L110 | A104 | Review/analyze documents re note from hospital and assess potential claims re same | 0.30 | 135.00 |
| 11/16/2016 | CH | L320 | A104 | Finalize and file Stipulation Regarding Production of Documents and Sharing of Information, lodge proposed order, finalize and file notice of lodgment | 1.10 | n/c |
| | CH | L430 | A104 | Prepare copies of stipulation, notice of lodgment and proposed order to be delivered to court and required parties | 1.00 | n/c |
| | CH | L430 | A104 | Finalize and file Stipulation Extending the Deadline for the Official Committee of Unsecured Creditors to Submit Disputes to Secured Claims, lodge proposed order, finalize and file notice of lodgment; Prepare copies of stipulation, notice of lodgment and proposed order to be delivered to court and required parties | 1.10 | n/c |
| 11/17/2016 | TRB | B110 | A107 | Review email re status of consent order | 0.10 | 45.00 |
| | TRB | L300 | A107 | Communicate with co-counsel re motion to compel discovery responses and procedures re same | 0.30 | 135.00 |
| | TRB | L300 | A108 | Review email from David Reeder re document production | 0.10 | 45.00 |
| 11/18/2016 | TRB | B310 | A104 | Review/analyze order granting stipulation extending time for Committee to dispute claims of Roxbury/Sycamore | 0.10 | 45.00 |
| | TRB | B310 | A104 | Review/analyze order granting stipulation approving document sharing with Paladin | 0.10 | 45.00 |
| | TRB | B130 | A104 | Review/analyze emergency motion of debtor for transfer of provider agreements | 0.10 | 45.00 |
| | TRB | L300 | A108 | Communications re document production and discovery efforts | 0.20 | 90.00 |
| | TRB | B110 | A104 | Review/analyze AG report re sale | 0.50 | 225.00 |
| 11/21/2016 | TRB | B130 | A104 | Review/analyze order denying motion for order shortening time for emergency motion re provider agreements | 0.10 | 45.00 |
| | TRB | L300 | A107 | Review correspondence from counsel for secured creditor re status of document production | 0.10 | 45.00 |
| | TRB | B310 | A103 | Review fully executed stipulation re Harbor Gardens dispute (.1); draft/revise proposed order and notice of lodgment re same (.3) | 0.40 | 180.00 |
| 11/22/2016 | CH | L430 | A103 | Draft October fee application | 1.80 | 360.00 |
| | CH | L430 | A101 | Finalize and file Sills Cummis's and BMK's Application for Compensation; prepare courtesy copies of same | 1.10 | n/c |
| | TRB | B310 | A104 | Review/analyze order approving stipulation regarding dispute of Harbor-Hardens claim | 0.10 | 45.00 |
| | TRB | B160 | A104 | Review/analyze fee application by Sheppard Mullin | 0.10 | 45.00 |
| | TRB | B160 | A107 | Communications with co-counsel re fee applications; review, revise, and finalize fee application for filing | 0.40 | 180.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Gardens Regional Hospital | | | | | Statement Date: | 11/30/2016 |
| Account No. 31615.001000 | | | | | Statement No. | 38534 |
| RE: Special Counsel to Cred. Comm. | | | | | Page No. | 4 |

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | TRB | B160 | A104 | Telephone call with Andew Sherman re SH fee application (.1) analysis of ordinary course professionals motion, order, declaration, and confer re same (.4) | 0.50 | 225.00 |
| 11/23/2016 | TRB | B160 | A108 | Review correspondence to Ken Yood re fee application and document production | 0.10 | 45.00 |
|  | TRB | L300 | A108 | Review email from secured creditor's counsel re claims and discovery | 0.10 | 45.00 |
|  | SJK | L100 | A107 | Review correspondence from counsel for secured creditor re scope of investigation and correspond with co-counsel re | 0.30 | 217.50 |
| 11/28/2016 | TRB | L300 | A108 | Review correspondence from secured creditor's counsel re discovery disputes | 0.20 | 90.00 |
| 11/29/2016 | TRB | B160 | A104 | Review/analyze fee application of debtor's counsel | 0.20 | 90.00 |
| 11/30/2016 | TRB | B160 | A104 | Review/analyze fee application for LWGF | 0.10 | 45.00 |
|  | TRB | B110 | A104 | Review/analyze status report | 0.30 | 135.00 |
|  | TRB | L300 | A107 | Review letter from co-counsel to secured creditor re Rule 2004 discovery meet and confer | 0.10 | 45.00 |
|  |  |  |  | For Current Services Rendered | 13.80 | 5,980.00 |
|  |  |  |  | Total Non-billable Hours | 5.20 |  |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Steven J. Katzman | 0.80 | $725.00 | $580.00 |
| Tony Bisconti | 11.20 | 450.00 | 5,040.00 |
| Carolyn Howland | 1.80 | 200.00 | 360.00 |

Expenses

| 10/28/2016 | L100 | E107 | Delivery services/Certified mail - FedEx delivery to USBK Court in Los Angeles | 26.95 |
|---|---|---|---|---|
| 11/01/2016 | L100 | E107 | Courier fee from GSO for delivery to US BK Court in Los Angeles | 13.88 |
| 11/16/2016 | L100 | E108 | Postage | 10.57 |
| 11/16/2016 | L100 | E107 | Courier fee from Golden State Overnight for delivery to USBK Court in Los Angeles | 7.36 |
| 11/17/2016 | L100 | E107 | Courier fee from Golden State Overnight for delivery to USBK Court in Los Angeles | 13.88 |
| 11/22/2016 | L100 | E107 | Courier fee from Golden State Overnight for delivery to USBK Court in Los Angeles | 19.77 |
| 11/30/2016 | L100 | E106 | Online research - Pacer | 7.50 |
|  |  |  | Total Expenses | 99.91 |
|  |  |  | Total Current Work | 6,079.91 |
|  |  |  | Balance Due | $33,744.99 |

Gardens Regional Hospital  
Account No. 31615.001000  
RE: Special Counsel to Cred. Comm.

Statement Date: 11/30/2016  
Statement No. 38534  
Page No. 5

## Task Code Recapitulation

|      |                                               | Fees     | Expenses |
|------|-----------------------------------------------|---------:|---------:|
| B110 | Case Administration                           | 495.00   | 0.00     |
| B130 | Asset Disposition                             | 135.00   | 0.00     |
| B140 | Relief from Stay/Adequate Protection Proceedings | 180.00 | 0.00     |
| B160 | Fee/Employment Applications                   | 675.00   | 0.00     |
| B100 | Administration                                | 1,485.00 | 0.00     |
|      |                                               |          |          |
| B310 | Claims Administration and Objections          | 1980.00  | 0.00     |
| B300 | Claims and Plan                               | 1,980.00 | 0.00     |
|      |                                               |          |          |
| C100 | Fact Gathering                                | 225.00   | 0.00     |
| C100 | Fact Gathering                                | 225.00   | 0.00     |
|      |                                               |          |          |
| L100 | Case Assessment, Development and Administration | 580.00 | 99.91    |
| L110 | Fact Investigation/Development                | 135.00   | 0.00     |
| L100 | Case Assessment, Development and Administration | 715.00 | 99.91    |
|      |                                               |          |          |
| L300 | Discovery                                     | 1215.00  | 0.00     |
| L300 | Discovery                                     | 1,215.00 | 0.00     |
|      |                                               |          |          |
| L430 | Written Motions and Submissions               | 360.00   | 0.00     |
| L400 | Trial Preparation and Trial                   | 360.00   | 0.00     |

**BIENERT, MILLER & KATZMAN, PLC**

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

**Please include this page with your remittance.**

**ANY PAYMENTS APPLIED AFTER  11/30/2016**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 31615-001000 Special Counsel to Cred. Comm. | | | | | |
| 27,665.08 | 5,980.00 | 99.91 | 0.00 | 0.00 | $33,744.99 |

www.bmkattorneys.com

Please Charge $_____ on the following:

☐ Visa   ☐ MasterCard   ☐ Discover   ☐ American Express

Name on Card: _____

Address on Card: _____

Card Number _____   Exp. Date (required) _____

Card Holder Signature _____   Security Code _____

Amount Remitted: _____
Check No.: _____
Statement Date:   11/30/2016
Account No.    31615.001000

INTEREST CHARGED ON UNPAID BALANCE AFTER THIRTY DAYS - 1% PER MONTH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/27/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 12/27/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/27/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/27/16 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Karl E Block**    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- **Manuel A Boigues**    bankruptcycourtnotices@unioncounsel.net
- **Louis J Cisz**    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- **Dawn M Coulson**    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- **Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- **W. Jeffery Fulton**    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Barry S Glaser**    bglaser@swesq.com, erhee@swesq.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Rhonda S Goldstein**    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- **Lawrence J Hilton**    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- **David Jacobs**    cemail@ebglaw.com, djacobs@ebglaw.com
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Gary E Klausner**    gek@lnbyb.com
- **Stuart I Koenig**    Skoenig@cmkllp.com, knielsen@cmkllp.com
- **John P Kreis**    jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Wendy A Loo**    wendy.loo@lacity.org
- **Stephen A Madoni**    stevemadoni@aol.com, nathally@madonilaw.com
- **Howard N Madris**    hmadris@madrislaw.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- **Boris I Mankovetskiy**    bmankovetskiy@sillscummis.com
- **Amanda L Marutzky**    amarutzk@wthf.com, jjensen@watttieder.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com
- **Benjamin Nachimson**    ben.nachimson@wnlawyers.com
- **Steven G Polard**    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**    dmr@vrmlaw.com, jle@vrmlaw.com
- **J. Alexandra Rhim**    arhim@hemar-rousso.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Mary H Rose**    mrose@buchalter.com, mrose@buchalter.com
- **Andrew H Sherman**    asherman@sillscummis.com
- **Leonard M Shulman**    lshulman@shbllp.com
- **Gerald N Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
- **Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **Wayne R Terry**    wterry@hemar-rousso.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- **Matthew Zandi**    mzandi@kbrlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley
PC 707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**