# EXHIBIT B

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 897-2000
Telephone: (213) 897-0218
Facsimile: (213) 897-7605
E-Mail: tania.ibanez@doj.ca.gov

December 16, 2016

Samuel R. Maizel
Khoi Ta, Esq.
Dentons US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105

RE: Proposed Sale of Gardens Regional Hospital and Medical Center

Dear Mr. Maizel and Mr. Ta:

It was pleasure meeting with you and your colleagues on December 5, 2016. I have communicated the concerns expressed at our meeting to the Attorney General's Executive Staff. The Attorney General's Decision is final. We hope the parties are able to resolve their outstanding matters and that the transaction closes.

Sincerely,

TANIA M. IBANEZ
Senior Assistant Attorney General

For    KAMALA D. HARRIS
Attorney General

TMI:
cc: Todd E. Swanson