# EXHIBIT C



**KATHLEEN A. KENEALY**
*Acting Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 897-2000
Telephone: (213) 897-0218
Facsimile: (213) 897-7605
E-Mail: tania.ibanez@doj.ca.gov

January 11, 2017

Samuel R. Maizel
Khoi Ta, Esq.
Dentons US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105

RE:   Proposed Sale of Gardens Regional Hospital and Medical Center

Dear Mr. Maizel and Mr. Ta:

This letter is in response to your email dated January 9, 2017, in which you indicated that KPC Global Management, LLC and KPC Gardens Medical Center, Inc., would only finalize the sale transaction if the Attorney General's condition VI imposing charity care of $2,250,178 for six fiscal years was reduced to $500,000 for six years. This office does not have authority to retract its approval of the sale, or the conditions that were imposed in the transaction on November 18, 2016.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

TANIA M. IBANEZ
Senior Assistant Attorney General

For   KATHLEEN A. KENEALY,
Chief Deputy Attorney General

TMI: tdp
cc: Todd E. Swanson