# EXHIBIT D

ROBERT W. LUNDY, JR.
PATRIC HOOPER
LLOYD A. BOOKMAN
W. BRADLEY TULLY
JOHN R. HELLOW
LAURENCE D. GETZOFF
DAVID P. HENNINGER
TODD E. SWANSON
LINDA RANDLETT KOLLAR
MARK E. REAGAN
DARON L. TOOCH
GLENN E. SOLOMON
CRAIG J. CANNIZZO
SCOTT J. KIEPEN
MARK A. JOHNSON
STEPHEN K. PHILLIPS
HOPE R. LEVY-BIEHL
JODI P. BERLIN
STACIE K. NERONI
CHARLES B. OPPENHEIM
ROBERT L. ROTH*
DEVIN M. SENELICK
DAVID A. HATCH
M. STEVEN LIPTON
HARRY SHULMAN
PAUL T. SMITH
MATTHEW CLARK

ALL ATTORNEYS ADMITTED IN CALIFORNIA
AND NOT D.C. UNLESS NOTED

* ADMITTED IN WASHINGTON, D.C.,
MARYLAND & PENNSYLVANIA ONLY
** ADMITTED IN WASHINGTON, D.C.,
& MARYLAND ONLY
*** ADMITTED IN WASHINGTON, D.C.
& PENNSYLVANIA ONLY
**** ADMITTED IN WASHINGTON D.C.
***** OF COUNSEL
****** ADMITTED IN CALIFORNIA
& MASSACHUSETTS ONLY

HOOPER, LUNDY & BOOKMAN, P.C.
HEALTH CARE LAWYERS & ADVISORS
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TELEPHONE (310) 551-8111
FACSIMILE (310) 551-8181
WEB SITE: WWW.HEALTH-LAW.COM

OFFICES ALSO LOCATED IN
SAN DIEGO
SAN FRANCISCO
WASHINGTON, D.C.
BOSTON

KARL A. SCHMITZ
FELICIA Y SZE
JENNIFER A. HANSEN
**JAMES F. SEGROVES
ROSS E. CAMPBELL
**PRECIOUS MURCHISON GITTENS
******JOSEPH R. LAMAGNA
AMANDA L. HAYES-KIBREAB
*****W. CLARK STANTON
NINA ADATIA MARSDEN
TRACY A. JESSNER HALE
KATHERINE M. DRU
******AMY M. JOSEPH
KATRINA A. PAGONIS
BEN A. DURIE
ERIC D. CHAN
SANDI KRUL
****DAVID J. VERNON
STANTON J STOCK
YANYAN ZHOU
*****MICHAEL A. ZABLOCKI
***KELLY A. CARROLL
RUBY W. WOOD
SANSAN LIN
BRIDGET A. GORDON
JONATHAN H. SHIN
JORDAN KEARNEY
BRETT MOODIE
MELISSA R. MORRISON-REYES
VINAY KOHLI
KEVIN N. ROYER
ANDREA L. FREY

WRITER'S DIRECT DIAL NUMBER
(310) 551-8195

WRITER'S E-MAIL ADDRESS
TSWANSON@HEALTH-LAW.COM

FILE NO. 81318.904

January 6, 2017

**VIA EMAIL AND FEDERAL EXPRESS**

Gardens Regional Hospital and Medical
Center, Inc.
3719 Meadville Drive Center
Sherman Oaks, CA 91403
Attention: Brian Walton, Chairman of the
Board

Gardens Regional Hospital and Medical
Center, Inc.
21530 S. Pioneer Blvd.
Hawaiian Gardens, CA 90716
Attention: Stan Otake, CEO

Re:   Gardens Regional Hospital and Medical Center, Inc. Asset Purchase Agreement

Dear Gentlemen:

We are writing in connection with that certain Asset Purchase Agreement, dated July 25th, 2016 between Gardens Regional Hospital and Medical Center, Inc. ("Seller") and Strategic Global Management, Inc. ("SGM"), as amended pursuant to that certain Amendment To Asset Purchase Agreement Regarding Dip Loan Extension Dated As Of November 28, 2016 (collectively, the "APA").

This letter is sent on behalf SGM, as the original purchaser pursuant to the APA, and KPC Gardens Medical Center, Inc. ("KPC Gardens"), as successor in interest and assignee to the rights of SGM pursuant to the APA (with SGM and Gardens referred to collectively as the "Purchaser"). This is being delivered to memorialize, and provide Seller with formal notice of,

1220945.2

**HOOPER, LUNDY & BOOKMAN, P.C.**
HEALTH CARE LAWYERS & ADVISORS

Gardens Regional Hospital and Medical Center, Inc.
January 6, 2017
Page 2

Purchaser's election to immediately terminate the APA, in accordance with Section 9.1(d) of the APA. Such termination is based upon Purchaser's disapproval of the terms on which the California Attorney General ("AG") conditioned its approval of the APA transactions, in its letter to Seller dated November 18, 2016 ("AG Consent Letter"), including in particular:

(a) The charity care requirement set forth as Condition VI in the AG Consent Letter; and

(b) The requirement set forth as Condition XIV in the AG Consent Letter that Garden Regional Hospital and Medical Center ("Hospital") must continue to participate in the Hospital Quality Assurance Fee Program and, in connection therewith, Purchaser must assume all the Hospital's known and unknown Medi-Cal liabilities, including pre-closing Medical-Cal liabilities.

As you know, these are requirements that the Purchaser had formally objected to in correspondence to the AG prior to the issuance of the AG Consent Letter and which have never been accepted by Purchaser. Furthermore, despite the parties' collective efforts to convince the AG to reconsider these conditions, the AG, in a letter to Seller dated December 16, 2016, refused to change her position on these conditions. In addition, although Purchaser very much appreciates the Seller's efforts to explore possible adjustments to the proposed transaction to mitigate the impact of the AG conditions, due to constraints presented by the bankruptcy case, including in particular the secured creditors' claims, Purchaser has concluded that no feasible adjustments can sufficiently resolve Purchaser's concerns with the above AG conditions. Accordingly, it has become impossible to satisfy the closing condition at Section 8.6 and, therefore, this termination is timely and permitted pursuant to Section 9.1(d) of the APA.

In connection with this permissible termination of the APA, any remaining Deposit funds, which have not been used to fund advances under the DIP Loan, are required to be returned to Purchaser within 10 days of this termination.

Finally, this letter also constitutes Purchaser's notice of Purchaser's election to immediately terminate the Interim Management Agreement entered into in connection with the APA, in accordance with Section 7.2(c) of the Interim Management Agreement. However, as discussed, Purchaser is willing to cooperate with Seller in developing a mutually acceptable transition services arrangement.

1220945.2

HOOPER, LUNDY & BOOKMAN, P.C.
HEALTH CARE LAWYERS & ADVISORS

Gardens Regional Hospital and Medical Center, Inc.
January 6, 2017
Page 3


    Please feel free to contact us to discuss any issues and items that may need to be coordinated or addressed in connection with this termination.

                          Very truly yours,

                          Todd E. Swanson

TES/TED
cc:    Sam Maizel. Esq. (via email and overnight delivery)
       William Thomas, Esq. (via email)
       Leonard Shulman, Esq. (via email)

1220945.2