| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SAMUEL R. MAIZEL (SBN 189301)<br>samuel.maizel@dentons.com<br>JOHN A. MOE, II (SBN 066893)<br>john.moe@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, 25th Floor<br>Los Angeles, CA  90017-5704<br>Telephone:  213.623.9300<br>Facsimile:   213.623.9924<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER<br><br>Debtor(s) | CASE NO.: 2:16-bk-17463-ER<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>DEBTOR'S EMERGENCY MOTION TO AUTHORIZE CLOSURE OF HOSPITAL; DECLARATION OF ERIC WEISSMAN |

PLEASE TAKE NOTE that the order titled ORDER ON DEBTOR'S EMERGENCY MOTION TO AUTHORIZE CLOSURE OF HOSPITAL; DECLARATION OF ERIC WEISSMAN

was lodged on (*date*) 01/17/2017 and is attached. This order relates to the motion which is docket number 621.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT
102334609\V-1

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC., dba
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>(Voluntary Petition Filed: June 6, 2016)<br><br>**ORDER ON DEBTOR'S EMERGENCY MOTION TO AUTHORIZE CLOSURE OF HOSPITAL; DECLARATION OF ERIC WEISSMAN**<br><br>Date:    January ___, 2017 [To Be Set]<br>Time:    10:00 a.m.<br>Place:   Courtroom 1568<br>         Edward R. Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, California 90012<br>Judge:   Hon. Ernest M. Robles<br><br>[Local Bankruptcy Rule 9075-1(a)] |

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, THIS _____ DAY OF JANUARY, 2017:**

Having read *Debtor's Emergency Motion To Authorize Closure Of Hospital* (the "Emergency Motion") and the *Declaration Of Eric Weissman* in support of the Motion, and in accordance with the record in these proceedings, and good cause appearing therefor,

- 1 -

102334433\V-1

**IT IS HEREBY ORDERED** that a hearing shall be held on the Emergency Motion at _____ a.m. on January \_\_\_, 2017, in Courtroom 1568, United States Bankruptcy Court, Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012.

**IT IS FURTHER ORDERED** that any party opposing or objecting to the Emergency Motion can do so at any time up to and including the hearing on the Emergency Motion.

**IT IS FURTHER ORDERED** that Debtor's counsel shall give telephonic Notice to the following parties on or before 5:00 p.m. on January \_\_\_, 2017: (1) the Office of the United States Trustee; (2) Counsel for the Creditors Committee; (3) the Attorney General for the State of California, (4) the United States Attorney; (5) the five Prepetition Secured Creditors; (6) counsel for Strategic, (7) counsel for Promise Healthcare of East Los Angeles, L.P.; (8) Summit Healthcare; (9) Harbor Gardens Capital One, LLC; and, (10) Vista/Silverpoint Capital. All other parties shall be given notice of the hearing by NEF or overnight delivery service. Counsel shall file a proof of service no later 5:00 p.m. on January \_\_\_, 2017, on notice of the hearing.

# # #

102334433\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
601 S. Figueroa Street, 25th Floor, Los Angeles, CA 90017-5704.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 17, 2017 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*SEE ATTACHED SERVICE LIST NO. 1*

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) January 17, 2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*SEE ATTACHED SERVICE LIST NO. 2*

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 17, 2017 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT
102334609\V-1

**SERVICE LIST**

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony R. Bisconti on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

Bruce M Bunch - pam@bunchlawyers.com

Louis J Cisz, III on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Jerome Bennett Friedman on behalf of Interested Party Courtesy NEF
jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com

W. Jeffery Fulton on behalf of Creditor U.S. Bank National Association
jeff@jeffultonlaw.com; Yvonne@jeffultonlaw.com

Barry S. Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

Jeffrey I Golden on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Rhonda S. Goldstein on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

Lawrence J. Hilton on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com; crodriguez@onellp.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Steven J. Katzman on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

Michael D Kibler -- Mkibler@stblaw.com, Queenie.Wong@stblaw.com; jmarek@stblaw.com; tyler.bernstein@stblaw.com

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC,
gek@lnbyb.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Gary E Klausner on behalf of Creditor Sycamore Health Care Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

Stuart I. Koenig on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

Elan S. Levey on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

Boris I. Mankovetskiy on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

David W. Meadows on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

Reed M Mercado - rmercado@sheppardmullin.com

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

Steven G. Polard on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@dwt.com, melissatrobel@dwt.com; Linapearmain@dwt.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

David M Reeder on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

J. Alexandra Rhim on behalf of Respondent De Lage Landen Financial Services, Inc.
arhim@hemar-rousso.com

Mary H Rose on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.
mrose@buchalter.com, mrose@buchalter.com

- 2 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Daniel Robert Schimizzi    dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com

Andrew H. Sherman on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Leonard M Shulman  on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kenneth K. Wang on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

Matthew Zandi on behalf of Creditor Kaufman Borgeest & Ryan, LLP
mzandi@kbrlaw.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**TO BE SERVED BY U.S. MAIL:**

| *Regulatory Agencies* | |
|---|---|
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| Wendi A. Horwitz<br>Deputy Attorney General<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-2178<br>Email: wendi.horwitz@doj.ca.gov | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430<br>Fax: None |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 |
| Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA  90211<br>eweissman@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office:  (619) 940-0553 Ext. 3<br>Fax:  (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Daniel R. Schimizzi (NEF above)<br>Bernstein-Burkley, PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219<br>Office:  (412) 456-8121<br>Fax:  (412) 456-8135<br>Email: dschmizzi@bernsteinlaw.com<br>[Counsel for Beckman Coulter, Inc.] | Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office:  (202) 785-9100<br>Fax:  (202) 785-9163<br>[Counsel for Cerner Health Services] |
| Louis J. Cisz III (NEF above)<br>Nixon Peabody LLP | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn:   Pioneer Carson Corp., General Partner<br>         Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA  18101 | Constance R. Doyle<br>Constance Doyle, LLC<br>21509 Anza Avenue<br>Torrance, CA  90503 |
| Jeffrey Golden (NEF)<br>Lobel Weiland Golden & Friedman LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Office:  (714) 966-1000<br>Fax:  (714) 966-1002<br>Email:  jgolden@wgllp.com | Andrew H. Sherman (NEF)<br>Sills Cummis & Gross, P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Office:  (973) 643-6982<br>Fax:  (973) 643-6500<br>Email  asherman@sillscummis.com |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA  90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Anthony R. Bisconti (NEF)<br>Steven Jay Katzman<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92672<br>Office: (949) 369-3700<br>Fax: (949) 369-3701 | |

100259597\V-3

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 6 -