| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | SAMUEL R. MAIZEL (Bar No. 189301)<br>samuel.maizel@dentons.com<br>JOHN A. MOE, II (Bar No. 066893)<br>john.moe@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Telephone:   (213) 623-9300<br>Facsimile:   (213) 623-9924<br><br>Attorneys for Debtor,<br>GARDENS REGIONAL HOSPITAL<br>AND MEDICAL CENTER, INC., dba<br>GARDENS REGIONAL HOSPITAL<br>AND MEDICAL CENTER |



**FILED & ENTERED**

**JAN 18 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>           Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>(Voluntary Petition Filed:  June 6, 2016)<br><br>**ORDER ON DEBTOR'S EMERGENCY MOTION TO AUTHORIZE CLOSURE OF HOSPITAL; DECLARATION OF ERIC WEISSMAN**<br><br>Date:     January 19, 2017<br>Time:    1:00 p.m. ~~10:00 a.m.~~<br>Place:    Courtroom 1568<br>            Edward R. Roybal Federal Building<br>            255 East Temple Street<br>            Los Angeles, California  90012<br>Judge:   Hon. Ernest M. Robles<br><br>[Local Bankruptcy Rule 9075-1(a)] |

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, THIS 17TH DAY OF JANUARY, 2017:**

Having read *Debtor's Emergency Motion To Authorize Closure Of Hospital* (the "Emergency Motion") and the *Declaration Of Eric Weissman* in support of the Motion, and in accordance with the record in these proceedings, and good cause appearing therefor,

- 1 -

C:\Users\gspratt\Desktop\ATTORNEYS\JMOE\GARDENS\Gardens - Order on Motion to Close Hospital.doc

**IT IS HEREBY ORDERED** that a hearing shall be held on the Emergency Motion at 1:00 p.m. on January 19, 2017, in Courtroom 1568, United States Bankruptcy Court, Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012.

**IT IS FURTHER ORDERED** that any party opposing or objecting to the Emergency Motion can do so at any time up to and including the hearing on the Emergency Motion.

**IT IS FURTHER ORDERED** that Debtor's counsel shall give telephonic Notice to the following parties on or before 2:00 p.m. ~~5:00 p.m.~~ on January 18, 2017: (1) the Office of the United States Trustee; (2) Counsel for the Creditors Committee; (3) the Attorney General for the State of California, (4) the United States Attorney; (5) the five Prepetition Secured Creditors; (6) counsel for Strategic, (7) counsel for Promise Healthcare of East Los Angeles, L.P.; (8) Summit Healthcare; (9) Harbor Gardens Capital One, LLC; and, (10) Vista/Silverpoint Capital. All other parties shall be given notice of the hearing by NEF or overnight delivery service. Counsel shall file a proof of service no later 5:00 p.m. on January 18, 2017, on notice of the hearing.

###

Date: January 18, 2017

Ernest M. Robles
United States Bankruptcy Judge

C:\Users\gspratt\Desktop\ATTORNEYS\JMOE\GARDENS\Gardens - Order on Motion to Close Hospital.doc