SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**DECLARATION OF JOHN A. MOE, II ON NOTICE GIVEN OF HEARING ON DEBTOR'S EMERGENCY MOTION TO AUTHORIZE CLOSURE OF HOSPITAL**<br><br>Hearing:<br>Date: January 19, 2017<br>Time: 1:00 P.M.<br>Courtroom: 1568<br>Place: U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, California 90012<br><br>Judge: Hon. Ernest M. Robles |

102342004\V-1

## DECLARATION OF JOHN A. MOE, II

I, John A. Moe, II, declare, that if called as a witness I would and could competently testify thereto, based on my own personal knowledge on the basis of information and belief.

1. On Wednesday, January 18, 2016, the United States Bankruptcy Court for the Central District of California issued an Order On Debtor's Emergency Motion To Authorize Closure Of Hospital [Docket #623].

2. In accordance with the Court's Order, between approximately 10:25 a.m. and 11:45 a.m., on Wednesday morning, January 18, 2017, I placed telephone calls to the individuals, at the telephone numbers, set forth hereinbelow, giving each of them notice of the hearing at 1:00 p.m. on Thursday, January 19, 2017, on the Debtor's Emergency Motion To Authorize Closure Of Hospital (the "Emergency Motion") [Docket #621]:

| PERSON | AGENCY | TELEPHONE # | SPOKE TO OR VOICE MAIL |
|---|---|---|---|
| Hatty Yip | U.S. Trustee | 213.894.1507 | ✓ |
| Elan Leavey | U.S. Attorney | 213.894.3997 | ✓ |
| Tania Ibanez | CA Attorney General | 213.897.0218 | Ms. Ibanez |
| Ken Wang | CA Attorney General | 213.897.2451 | ✓ |
| Karl Block | Harbor Gardens | 310.282.2000 | ✓ |
| Wendi Horwitz | CA Attorney General | 310.897.2178 | ✓ |
| James Toma | CA Attorney General | 213.897.2128 | ✓ |
| Gary Torrell | RollinsNelson | 310.277.8011 | ✓ |
| Alex Rhim | DeLage Landen | 818.501.3800 | ✓ |
| Gary Klausner | Sycamore Healthcare & Roxbury Healthcare | 310.229.1234 | Mr. Klausner |
| Andrew Sherman | Creditors Committee | 973.643.6982 | Mr. Sherman |
| Leonard Shulman | Strategic | 949.340.3400 | Mr. Shulman |
| Eric Stone | CDDH | 626.312.1142 | Mr. Stone |
| Steve Polard | Lé Summit | 310.855.3200 | Mr. Polard |
| Mary Rose | Promise Healthcare | 310.891.5727 | Mary Rose |
| Gerry Kosai | Verity Health System | 310.701.1665 | ✓ |
| Marc Ferrell | Silverpoint Capital | 202.741.4172 | ✓ |

3. In addition to giving telephonic notice, I had prepared, filed and served (by NEF or Federal Express overnight delivery) a Notice Of Hearing On Debtor's Emergency Motion To

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

102342004\V-1

2

Authorize Closure Of Hospital [Docket #625], giving all parties who receive electronic notice or overnight delivery notice, the date and time for the hearing on the Debtor's Emergency Motion.

4. I served by Federal Express, overnight delivery, the parties listed on the service list, designated to receive service by Federal Express, attached as Exhibit "A," copies of the following:

    a. Debtor's Emergency Motion To Authorize Closure Of Hospital [Docket #621];

    b. Order On Debtor's Emergency Motion To Authorize Closure Of Hospital [Docket #623] ; and,

    c. Notice Of Hearing On Emergency Motion To Authorize Closure Of Hospital [Docket #625].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2017.

/s/John A. Moe, II
JOHN A. MOE, II

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# EXHIBIT A

**SERVICE LIST**

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony R. Bisconti on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

Bruce M Bunch - pam@bunchlawyers.com

Louis J Cisz, III on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Jerome Bennett Friedman on behalf of Interested Party Courtesy NEF
jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com

W. Jeffery Fulton on behalf of Creditor U.S. Bank National Association
jeff@jeffultonlaw.com; Yvonne@jeffultonlaw.com

Barry S. Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

Jeffrey I Golden on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Rhonda S. Goldstein on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

Lawrence J. Hilton on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com; crodriguez@onellp.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Steven J. Katzman on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

Michael D Kibler -- Mkibler@stblaw.com, Queenie.Wong@stblaw.com; jmarek@stblaw.com; tyler.bernstein@stblaw.com

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC,
gek@lnbyb.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Gary E Klausner on behalf of Creditor Sycamore Health Care Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

Stuart I. Koenig on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

Elan S. Levey on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

Boris I. Mankovetskiy on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

David W. Meadows on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

Reed M Mercado - rmercado@sheppardmullin.com

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

Steven G. Polard on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@dwt.com, melissatrobel@dwt.com; Linapearmain@dwt.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

David M Reeder on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

J. Alexandra Rhim on behalf of Respondent De Lage Landen Financial Services, Inc.
arhim@hemar-rousso.com

Mary H Rose on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.
mrose@buchalter.com, mrose@buchalter.com

- 2 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Daniel Robert Schimizzi    dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com

Andrew H. Sherman on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Leonard M Shulman on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kenneth K. Wang on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

Matthew Zandi on behalf of Creditor Kaufman Borgeest & Ryan, LLP
mzandi@kbrlaw.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**2 TO BE SERVED BY FEDERAL EXPRESS-OVERNIGHT:**

| *Regulatory Agencies* | |
|---|---|
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| Wendi A. Horwitz<br>Deputy Attorney General<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-2178<br>Email: wendi.horwitz@doj.ca.gov | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 |
| Tania M. Ibanez<br>Senior Assistant Attorney General<br>California Attorney General's Office<br>Charitable Trusts Section<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-0218<br>Email: tania.ibanez@doj.ca.gov | Eric Stone, Program Manager<br>Health Facilities Inspection Division<br>L.A. County Department of Public Health<br>3400 Aerojet Avenue, Suite #323<br>El Monte, California 91731<br>Offoce: (626) 312-1142<br>Fax: (626) 927-9293<br>E-mail: Eric.Stone@cdph.ca.gov |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430<br>Fax: None |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center

| | |
|---|---|
| Office of the Attorney General<br>Consumer Law Section<br>Attn:  Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office:  (415) 703-5500<br>Fax:  (415) 703-5480 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office:  (415) 437-8156<br>Fax:  (415) 437-8188 |

**Request for Special Notice**

| | |
|---|---|
| Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office:  (619) 940-0553 Ext. 3<br>Fax:  (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] | Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office:  (202) 785-9100<br>Fax:  (202) 785-9163<br>[Counsel for Cerner Health Services] |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>  Attn:   Pioneer Carson Corp., General Partner<br>         Attn: Cherna Moskowitz, President | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA  18101 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Constance R. Doyle<br>Constance Doyle, LLC<br>21509 Anza Avenue<br>Torrance, CA  90503 | Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA  90057<br>310.701.1665 |
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C.  20032<br>Office:  (202) 574-5700 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA  90017-5704
(213) 623-9300

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **Declaration Of John A. Moe, II On Notice Given Of Hearing On Debtor's Emergency Motion To Authorize Closure Of Hospital** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 18, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*SEE ATTACHED SERVICE LIST NO. 1*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) January 18, 2017, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2017, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST NO. 2**.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 18, 2017 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony R. Bisconti on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

Bruce M Bunch - pam@bunchlawyers.com

Louis J Cisz, III on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Jerome Bennett Friedman on behalf of Interested Party Courtesy NEF
jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com

W. Jeffery Fulton on behalf of Creditor U.S. Bank National Association
jeff@jeffultonlaw.com; Yvonne@jeffultonlaw.com

Barry S. Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

Jeffrey I Golden on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Rhonda S. Goldstein on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

Lawrence J. Hilton on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com; crodriguez@onellp.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Steven J. Katzman on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

Michael D Kibler -- Mkibler@stblaw.com, Queenie.Wong@stblaw.com; jmarek@stblaw.com; tyler.bernstein@stblaw.com

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC,
gek@lnbyb.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Gary E Klausner on behalf of Creditor Sycamore Health Care Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

Stuart I. Koenig on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

Elan S. Levey on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

Boris I. Mankovetskiy on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

David W. Meadows on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

Reed M Mercado - rmercado@sheppardmullin.com

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

Steven G. Polard on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@dwt.com, melissatrobel@dwt.com; Linapearmain@dwt.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

David M Reeder on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

J. Alexandra Rhim on behalf of Respondent De Lage Landen Financial Services, Inc.
arhim@hemar-rousso.com

Mary H Rose on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.
mrose@buchalter.com, mrose@buchalter.com

- 2 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Daniel Robert Schimizzi    dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com

Andrew H. Sherman on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Leonard M Shulman on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kenneth K. Wang on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

Matthew Zandi on behalf of Creditor Kaufman Borgeest & Ryan, LLP
mzandi@kbrlaw.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**2 TO BE SERVED BY FEDERAL EXPRESS-OVERNIGHT:**

| *Regulatory Agencies* | |
|---|---|
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| Wendi A. Horwitz<br>Deputy Attorney General<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-2178<br>Email: wendi.horwitz@doj.ca.gov | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 |
| Tania M. Ibanez<br>Senior Assistant Attorney General<br>California Attorney General's Office<br>Charitable Trusts Section<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-0218<br>Email: tania.ibanez@doj.ca.gov | Eric Stone, Program Manager<br>Health Facilities Inspection Division<br>L.A. County Department of Public Health<br>3400 Aerojet Avenue, Suite #323<br>El Monte, California 91731<br>Offoce: (626) 312-1142<br>Fax: (626) 927-9293<br>E-mail: Eric.Stone@cdph.ca.gov |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430<br>Fax: None |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center

| | |
|---|---|
| Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and<br>Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 |

**Request for Special Notice**

| | |
|---|---|
| Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office: (619) 940-0553 Ext. 3<br>Fax: (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] | Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office: (202) 785-9100<br>Fax: (202) 785-9163<br>[Counsel for Cerner Health Services] |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn: Pioneer Carson Corp., General Partner<br>Attn: Cherna Moskowitz, President | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA 18101 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Constance R. Doyle<br>Constance Doyle, LLC<br>21509 Anza Avenue<br>Torrance, CA 90503 | Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA 90057<br>310.701.1665 |
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C. 20032<br>Office: (202) 574-5700 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300