Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| | **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016** |
| Debtor. | |
| | [No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

1.      Sills Cummis & Gross P.C. (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period December 1, 2016 – December 31, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $45,242.64[1] in fees and expenses during the Application Period. The total fees represent 100.1 hours expended during the period covered by this Application at a blended hourly rate of $450 pursuant the Firm's retention application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 12/1/2016 – 12/31/2016 | $45,045.00 | $197.64 | $45,242.64 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $36,233.64 at this time.  This total is comprised as follows: $36,036.00 (80% of the fees for services rendered) plus $197.64 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

5.      For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $0 (but see below) | No amounts paid (but see below) |
| 9/1/2016-9/30/2016 | $0 (but see below) | No amounts paid (but see below) |

---

[1] These amounts include fees and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation"), invoices for which are attached hereto as Exhibits C and D.

2

| 10/1/2016 – 10/31/2016 | $0 (but see below) | No amounts paid (but see below) |
|---|---|---|
| 11/1/2016 – 11/30/2016 | $0 (but see below) | No amounts paid (but see below) |
| **Total Paid to the Firm to Date** | $38,950.00 | In December 2016, the Debtor allocated $150,000 to be paid toward all estate professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures. The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding. Of this amount, $50,000 was disbursed to the Committee's counsel, which was then distributed pro-rata between the Committee's retained professionals. As a result, the Firm has received payment of $38,950.00 toward its outstanding fees and costs previously submitted pursuant to the Court-approved interim fee procedures. |

6.     To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $153,336.44 (but see below) | Fees and expenses set forth in application filed September 26, 2016 [Docket No. 417] |
| 9/1/2016-9/30/2016 | $60,687.35 (but see below) | Fees and expenses set forth in application filed October 25, 2016 [Docket No. 476] |
| 10/1/2016 – 10/31/2016 | $60,387.72 (but see below) | Fees and expenses set forth in application filed November 22, 2016 [Docket No. 544] |
| 11/1/2016 – 11/30/2016 | $93,355.00 (but see below) | Fees and expenses set forth in application filed December 27, 2016 [Docket No. 588] |
| **Total Owed to the Firm to Date** | $328,816.51 | Total owed takes into account the $38,950.00 received by the Firm as set forth above. |

7.     Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such

3

professional.  Attached as **Exhibit B** hereto are the detailed time and expense statements for the Application Period.  Attached hereto as **Exhibits C and D** are the Firm's invoices for the Application Period.

8.    The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about January 25, 2017.  Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about January 25, 2017.

9.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10.    The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures* and prior orders of this Court.

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

Dated:  January 25, 2017

SILLS CUMMIS & GROSS P.C.

By:  /s/ Andrew H. Sherman
     Andrew H. Sherman
     Boris I. Mankovetskiy
     Co-Counsel to the Official Committee
     of Unsecured Creditors of Gardens Regional
     Hospital and Medical Center

-and-

BIENERT, MILLER & KATZMAN, PLC

By:  /s/ Anthony R. Bisconti
     Steven Jay Katzman
     Anthony R. Bisconti
     Co-Counsel to the Official Committee
     of Unsecured Creditors of Gardens Regional
     Hospital and Medical Center

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

# EXHIBIT A

**SILLS CUMMIS & GROSS P.C.'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Andrew H. Sherman | Member | $525.00 |
| Boris Mankovetskiy | Member | $475.00 |
| Lucas F. Hammonds | Associate | $350.00 |

# EXHIBIT B

## SILLS CUMMIS & GROSS P.C.'S TIME AND EXPENSES[1]

**Fees:**

| Project Category | Task Code | Hours | Fees |
|---|---|---|---|
| Asset Disposition | 102 | 21.5 | $10,482.50 |
| Business Operations | 103 | .8 | $380.00 |
| Case Administration | 104 | 7.0 | $3,250.00 |
| Claims Administration and Objections | 105 | 46.2 | $22,430.00 |
| Fee/Employment Applications | 107 | 1.3 | $455.00 |
| Financing | 109 | 4.0 | $2,000.00 |
| Litigation (Other than Avoidance Action Litigation) | 110 | 17.5 | $6,125.00 |
| Plan and Disclosure Statement | 113 | 1.8 | $855.00 |
| **Totals:** | | **100.1** | **$45,977.50** |
| **Total at Blended Rate of $450/Hour:** | | | **$45,045.00**[2] |

**Expenses:**

| Expense Category | Code | Expenses |
|---|---|---|
| Copying | E101 | $13.20 |
| Online Research | E106 | $184.44 |
| **Totals:** | | **$197.64** |

---

[1] The hours, fees, and expenses on this exhibit include the hours, fees, and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation").

[2] Applicable rate per retention application.

# **<u>EXHIBIT C</u>**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Creditor's Committee

For legal services rendered through December 31, 2016.

HOURS

## 102 - ASSET DISPOSITION

| | | | | |
|---|---|---|---|---|
| 12/01/16 | AHS | 102 | Prepare for and attend status call with Debtor's counsel and buyer re: AG meeting and status toward closing. | 0.60 |
| 12/01/16 | BM | 102 | Attend to KPC's proposed revisions of closing documents. | 1.70 |
| | | 102 | Analysis of issues regarding potential resolution of issues triggered by AG's conditional approval of the sale. | 1.40 |
| 12/02/16 | AHS | 102 | Review of emails re: sales process and attend status call with Debtor's counsel and buyer. | 0.40 |
| | | 102 | Review of supplemental status report from Le Summit. | 0.20 |
| 12/02/16 | BM | 102 | Attend to issues regarding the estate's request for relief from certain conditions to approval of the sale imposed by CA AG. | 1.80 |

# Sills Cummis & Gross

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1694303 |
| Date | | 01/25/17 |
| 08650096.000001 | | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| | | 102 | Analysis regarding alternative paths forward to the extent closing on the terms of the existing APA is unable to occur. | 1.70 |
| | | 102 | Analysis regarding Le Summit's response to debtor's status report. | 0.60 |
| 12/05/16 | AHS | 102 | Calls and emails re: update regarding meeting with AG re: approval for sale. | 0.40 |
| 12/05/16 | BM | 102 | Analysis of issues in light of debtors', purchaser's and unions' representatives' meeting with AG's office regarding relief from certain sale approval conditions. | 0.70 |
| 12/07/16 | AHS | 102 | Attend status conference and follow up calls with Debtor's counsel re: same and lack of response from CA AG. | 0.40 |
| 12/09/16 | AHS | 102 | Review of letter as sent by J. Moe and analysis re: same. | 1.80 |
| | | 102 | Call with J. Moe re: sale status and letter response from CA AG. | 0.40 |
| | | 102 | Call to AG office re: sale status. | 0.10 |
| 12/09/16 | BM | 102 | Analysis regarding alternative scenarios to maximize value of the estate in the event there is no closing of the sale to KPC. | 0.80 |
| | | 102 | Analysis regarding potential settlement of QAF issues and relief from certain conditions of AG's sale approval. | 1.20 |
| 12/12/16 | BM | 102 | Attend to issues regarding status of sale closing and additional financing requirement. | 1.20 |
| 12/14/16 | BM | 102 | Attend to sale closing issues. | 0.80 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 3 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 12/15/16 | BM | 102 | Analysis regarding alternative scenarios to maximize value for creditors in light of Court's establishment of January 16, 2017 to close the sale to KPC. | 0.90 | |
| 12/16/16 | AHS | 102 | Review of letter from AG re: response to charity care and calls with S. Maizel and J. Moe in response and strategy re: same. | 0.70 | |
| 12/16/16 | BM | 102 | Analysis regarding potential modifications of the KPC APA to achieve closing. | 1.30 | |
| 12/19/16 | AHS | 102 | Call with S. Maizel re: status update (meeting with proposed buyer) and analysis re: same. | 0.40 | |
| 12/19/16 | BM | 102 | Attend to issues regarding potential modifications of the APA with KPC. | 0.80 | |
| 12/23/16 | BM | 102 | Attend to sale closing issues. | 1.20 | |
| | | **TASK TOTAL 102** | | **21.50** | **10,482.50** |

## 103 - BUSINESS OPERATIONS

| | | | | | |
|---|---|---|---|---|---|
| 12/05/16 | BM | 103 | Analysis regarding debtor's financial report and need for additional financing. | 0.50 | |
| 12/20/16 | BM | 103 | Analysis regarding debtor's financial reporting. | 0.30 | |
| | | **TASK TOTAL 103** | | **0.80** | **380.00** |

## 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 12/01/16 | BM | 104 | Review PCO's first interim report. | 0.30 | |
| | | 104 | Attend to issues regarding debtor's status report to the Court. | 0.70 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001 | - AHS |

| Date | Initials | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/08/16 | BM | 104 | Attend to motion to extend exclusivity. | 0.40 | |
| | | 104 | Attend to motion to extend time to remove actions. | 0.30 | |
| 12/09/16 | BM | 104 | Analysis of debtor's response to AG's follow up audit letter and related documents. | 2.20 | |
| 12/15/16 | BM | 104 | Attend telephonically hearing on emergency motion to approve additional DIP financing. | 0.70 | |
| 12/16/16 | BM | 104 | Analysis regarding next steps in the case in light of AG's refusal to reconsider sale approval conditions. | 1.20 | |
| 12/22/16 | LFH | 104 | Prepare stipulation extending challenge deadline. | 0.60 | |
| | | **TASK TOTAL 104** | | **6.40** | **2,965.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| Date | Initials | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/02/16 | AHS | 105 | Email to K. Yood re: 502(d) issues and call with J. Moe re: same. | 0.30 | |
| 12/02/16 | BM | 105 | Analysis of issues regarding US's claims relating to medicare investigation and alleged overpayments. | 1.20 | |
| 12/19/16 | AHS | 105 | Emails with Office of United States Attorney re: sealing issues and proposed order re: same. | 0.60 | |
| | | **TASK TOTAL 105** | | **2.10** | **1,042.50** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| Date | Initials | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/16 | LFH | 107 | Prepare fee notice for November 2016. | 1.30 | |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001   - AHS | |

| | | | | | |
|---|---|---|---|---|---|
| | | **TASK TOTAL 107** | | **1.30** | **455.00** |

**109 - FINANCING**

| Date | Init | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/16 | AHS | 109 | Review of motion for DIP financing and emails re: same regarding questions posed by motion. | 0.80 | |
| 12/12/16 | BM | 109 | Attend to motion to amend existing DIP financing order. | 1.20 | |
| 12/13/16 | AHS | 109 | Email to Committee re: DIP motion and status update. | 0.40 | |
| 12/13/16 | BM | 109 | Attend to proposed DIP financing budget and adequate protection issues with respect to alleged secured creditors. | 0.80 | |
| | | **TASK TOTAL 109** | | **3.20** | **1,580.00** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| | | | | | |
|---|---|---|---|---|---|
| 12/21/16 | LFH | 110 | Analyze discovery motion issues. | 0.80 | |
| | | **TASK TOTAL 110** | | **0.80** | **280.00** |

| | | | |
|---|---|---|---|
| | **TOTAL FEES at Discounted Rates** | **36.10** | **$17,185.00** |
| | **TOTAL FEES at Blended Rate of $450** | **36.10** | **$16,245.00** |

## TASK CODE SUMMARY

| | Code | Description | Hours | Amount |
|---|---|---|---|---|
| | 102 | Asset Disposition | 21.50 | 10,482.50 |
| | 103 | Business Operations | 0.80 | 380.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1694303 |
| Date | | 01/25/17 |
| 08650096.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| 104 | Case Administration | | 6.40 | 2,965.00 |
| 105 | Claims Administration and Objections | | 2.10 | 1,042.50 |
| 107 | Fee/Employment Applications | | 1.30 | 455.00 |
| 109 | Financing | | 3.20 | 1,580.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 0.80 | 280.00 |
| | **TOTAL FEES at Discounted Rates** | | **36.10** | **$17,185.00** |
| | **TOTAL FEES at Blended Rate of $450** | | **36.10** | **$16,245.00** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | $475.00 | 25.90 | 12,302.50 |
| AHS | Andrew H. Sherman | $525.00 | 7.50 | 3,937.50 |
| LFH | Lucas F. Hammonds | $350.00 | 2.70 | 945.00 |
| | **TOTAL FEES at Discounted Rates** | | **36.10** | **$17,185.00** |
| | **TOTAL FEES at Blended Rate of $450** | | **36.10** | **$16,245.00** |

**DISBURSEMENT DETAIL**

E101

| | | | |
|---|---|---|---|
| 12/12/16 | E101 | Copying | 13.20 |

E105

| | | | |
|---|---|---|---|
| 09/19/16 | E105 | Telephone | 3.29 |
| 09/26/16 | E105 | Telephone | 5.45 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001 | - AHS |

E106

| | | | |
|---|---|---|---|
| 10/06/16 | E106 | Online research | 0.10 |
| 10/06/16 | E106 | Online research | 2.90 |
| 10/06/16 | E106 | Online research | 0.30 |
| 10/06/16 | E106 | Online research | 2.90 |
| 10/06/16 | E106 | Online research | 1.30 |
| 10/06/16 | E106 | Online research | 0.80 |
| 10/06/16 | E106 | Online research | 0.10 |
| 10/06/16 | E106 | Online research | 0.80 |
| 10/06/16 | E106 | Online research | 0.50 |
| 10/06/16 | E106 | Online research | 3.00 |
| 10/06/16 | E106 | Online research | 0.50 |
| 10/06/16 | E106 | Online research | 0.70 |
| 10/06/16 | E106 | Online research | 1.20 |
| 10/06/16 | E106 | Online research | 3.00 |
| 10/06/16 | E106 | Online research | 2.90 |
| 10/06/16 | E106 | Online research | 0.40 |
| 10/06/16 | E106 | Online research | 0.20 |
| 10/06/16 | E106 | Online research | 0.70 |
| 10/06/16 | E106 | Online research | 0.10 |
| 10/06/16 | E106 | Online research | 0.70 |
| 10/06/16 | E106 | Online research | 2.90 |
| 10/06/16 | E106 | Online research | 0.10 |
| 10/06/16 | E106 | Online research | 2.90 |
| 10/06/16 | E106 | Online research | 1.00 |
| 10/06/16 | E106 | Online research | 0.10 |
| 10/06/16 | E106 | Online research | 0.20 |
| 10/06/16 | E106 | Online research | 3.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001 | - AHS |

| | | | |
|---|---|---|---|
| 10/06/16 | E106 | Online research | 0.60 |
| 10/06/16 | E106 | Online research | 3.00 |
| 10/06/16 | E106 | Online research | 0.80 |
| 10/06/16 | E106 | Online research | 0.10 |
| 10/06/16 | E106 | Online research | 0.50 |
| 10/11/16 | E106 | Online research | 3.00 |
| 10/11/16 | E106 | Online research | 0.20 |
| 10/11/16 | E106 | Online research | 1.10 |
| 10/11/16 | E106 | Online research | 2.80 |
| 10/11/16 | E106 | Online research | 0.20 |
| 10/11/16 | E106 | Online research | 0.20 |
| 10/11/16 | E106 | Online research | 0.40 |
| 10/11/16 | E106 | Online research | 0.50 |
| 10/11/16 | E106 | Online research | 0.20 |
| 10/11/16 | E106 | Online research | 1.00 |
| 10/11/16 | E106 | Online research | 2.40 |
| 10/11/16 | E106 | Online research | 1.00 |
| 10/11/16 | E106 | Online research | 0.10 |
| 10/11/16 | E106 | Online research | 0.70 |
| 10/11/16 | E106 | Online research | 0.70 |
| 10/11/16 | E106 | Online research | 1.10 |
| 10/11/16 | E106 | Online research | 1.00 |
| 10/14/16 | E106 | Online research | 3.00 |
| 10/14/16 | E106 | Online research | 0.20 |
| 10/16/16 | E106 | Online research | 3.00 |
| 10/16/16 | E106 | Online research | 0.20 |
| 10/16/16 | E106 | Online research | 3.00 |
| 10/18/16 | E106 | Online research | 3.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001 | - AHS |

| | | | |
|---|---|---|---|
| 10/18/16 | E106 | Online research | 0.90 |
| 10/18/16 | E106 | Online research | 3.00 |
| 10/18/16 | E106 | Online research | 0.50 |
| 10/18/16 | E106 | Online research | 1.70 |
| 11/06/16 | E106 | Online research | 0.10 |
| 11/06/16 | E106 | Online research | 3.00 |
| 11/06/16 | E106 | Online research | 2.30 |
| 11/07/16 | E106 | Online research | 2.50 |
| 11/07/16 | E106 | Online research | 0.90 |
| 11/07/16 | E106 | Online research | 0.30 |
| 11/07/16 | E106 | Online research | 0.40 |
| 11/07/16 | E106 | Online research | 1.60 |
| 11/16/16 | E106 | Online research | 3.00 |
| 11/16/16 | E106 | Online research | 1.30 |
| 11/16/16 | E106 | Online research | 0.60 |
| 11/16/16 | E106 | Online research | 0.70 |
| 11/16/16 | E106 | Online research | 2.70 |
| 11/18/16 | E106 | Online research | 2.30 |
| 11/21/16 | E106 | Online research | 2.20 |
| 11/21/16 | E106 | Online research | 2.40 |
| 11/21/16 | E106 | Online research | 0.10 |
| 11/21/16 | E106 | Online research | 3.00 |
| 11/21/16 | E106 | Online research | 0.50 |
| 11/21/16 | E106 | Online research | 2.20 |
| 11/21/16 | E106 | Online research | 3.00 |
| 11/21/16 | E106 | Online research | 3.00 |
| 11/21/16 | E106 | Online research | 2.40 |
| 11/21/16 | E106 | Online research | 2.80 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1694303 |
| Date | 01/25/17 |
| 08650096.000001 | - AHS |

| | | | |
|---|---|---|---|
| 11/28/16 | E106 | Online research | 3.00 |
| 11/28/16 | E106 | Online research | 0.40 |
| 11/28/16 | E106 | Online research | 0.80 |
| 11/28/16 | E106 | Online research | 0.40 |
| 12/21/16 | E106 | Online research | 5.58 |
| 12/21/16 | E106 | Online research | 32.73 |
| 12/21/16 | E106 | Online research | 16.09 |
| | | **TOTAL DISBURSEMENTS** | **$197.64** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---|---|
| E101 | Copying | 88.00 | 13.20 |
| E105 | Telephone | 2.00 | 8.74 |
| E106 | Online research | 1,216.00 | 175.70 |
| | **TOTAL DISBURSEMENTS** | | **$197.64** |
| | **TOTAL THIS INVOICE** | | **$16,442.64** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$45,977.50**) and combined fees at *Blended Rate* of $450 (**$45,045.00**) applies.

# **<u>EXHIBIT D</u>**

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1694304 |
| Date | 01/25/17 |
| 08650096.000002 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Lien Investigation

For legal services rendered through December 31, 2016.

|  |  |  | | HOURS | |
|---|---|---|---|---|---|

## 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 12/09/16 | BM | 104 | Attend to issues regarding R. 2004 examination of B. Weiner. | 0.60 | |
| | | | **TASK TOTAL 104** | **0.60** | **285.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 12/01/16 | AHS | 105 | Meeting with counsel to Harbor Gardens re: lien issues and possible resolution of issues. | 1.20 | |
| 12/02/16 | AHS | 105 | Email from Harbor re: extension and analysis re: same. | 0.30 | |
| 12/02/16 | BM | 105 | Attend to issues regarding potential settlement with Harbor and extension of challenge period. | 0.80 | |
| | | 105 | Analysis regarding protective conditions for Sheppard Mullin's document productions. | 0.60 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1694304 |
| Date | 01/25/17 |
| 08650096.000002 | - AHS |

| Date | Init | Code | Description | Hours |
|---|---|---|---|---|
| 12/06/16 | BM | 105 | Analysis of RNG's correspondence regarding refusal to cooperate with further discovery and the Committee's responsive steps. | 1.20 |
| | | 105 | Research and analysis of issues regarding avoidance of releases as fraudulent transfers. | 1.30 |
| 12/07/16 | AHS | 105 | Email to G. Klausner re: extension of lien investigation period. | 0.70 |
| 12/07/16 | BM | 105 | Analysis regarding Roxbury/Sycamore's correspondence regarding conditions for further extension of challenge period and Committee's next steps in light thereof. | 0.30 |
| | | 105 | Research and analysis regarding draft notice of dispute of alleged secured claims of Roxbury/Sycamore. | 2.20 |
| | | 105 | Draft correspondence to Roxbury/Sycamore regarding status of committee's investigation and extension of challenge proposal. | 0.40 |
| | | 105 | Attend to revised proposal for a global settlement with Harbor/Paladin. | 1.30 |
| | | 105 | Prepare a status report to committee regarding proposed settlement with Harbor/Paladin. | 0.40 |
| 12/08/16 | AHS | 105 | Review and analysis of email from G. Klausner re: response to request for extension of lien investigation period. | 0.30 |
| | | 105 | Revise email and circulate settlement proposal to counsel for Harbor Gardens. | 0.40 |
| 12/08/16 | BM | 105 | Analysis regarding Roxbury/Sycamore's correspondence regarding Committee's investigation. | 0.40 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 1694304 |
| Date | | 01/25/17 |
| 08650096.000002 | | - AHS |

| Date | Tkpr | Code | Description | Hours |
|---|---|---|---|---|
| 12/09/16 | AHS | 105 | Draft and send email to G. Klausner re: Roxbury and Sycamore dispute issues. | 0.20 |
| | | 105 | Call and email to K. Block re: lien issues. | 0.20 |
| | | 105 | Review and analysis of Sheppard Mullin document production. | 0.80 |
| 12/09/16 | BM | 105 | Attend to draft notice of dispute of alleged secured claims of Roxbury/Sycamore. | 1.70 |
| | | 105 | Review document productions in connection with committee's investigation of alleged secured claims. | 1.30 |
| 12/12/16 | AHS | 105 | Call with G. Klausner re: dispute period extension issues and analysis re: same. | 0.70 |
| | | 105 | Emails to Karl Block re: Harbor extension issues and follow up regarding executed copy of Roxbury agreement. | 0.40 |
| 12/12/16 | BM | 105 | Research and analysis regarding notice of dispute to Roxbury/Sycamore. | 1.70 |
| 12/13/16 | AHS | 105 | Review, revise and circulate extension stipulation with Roxbury and obtain signatures and have filed. | 0.40 |
| | | 105 | Review of email from K. Block and respond to same. | 0.30 |
| 12/13/16 | BM | 105 | Draft stipulation extending the dispute deadline with respect to Roxbury and Sycamore. | 0.60 |
| | | 105 | Review and analysis of document productions in connection with Committee's investigation. | 2.20 |
| 12/14/16 | BM | 105 | Attend to modified settlement proposal to Harbor-Gardens. | 0.80 |
| 12/16/16 | AHS | 105 | Analysis regarding AG document production and dispute issues. | 0.80 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 1694304 |
| Date | | 01/25/17 |
| 08650096.000002 | | - AHS |

| Date | Init | Code | Description | Hours |
|---|---|---|---|---|
| 12/16/16 | BM | 105 | Research and analysis regarding notice of dispute of alleged secured claim of Harbor. | 2.20 |
| | | 105 | Draft notice of dispute of alleged secured claim of Harbor. | 4.60 |
| 12/20/16 | BM | 105 | Review and analysis of document productions in connection with investigation of alleged secured claims and potential causes of action against alleged secured creditors and their affiliates. | 2.30 |
| 12/21/16 | BM | 105 | Attend to issues regarding motion to enforce R. 2004 order against RNG. | 0.70 |
| | | 105 | Review and analysis of document productions in connection with investigation potential causes of action against alleged secured creditors and their affiliates. | 1.80 |
| 12/22/16 | BM | 105 | Research and analysis regarding challenge of asserted secured claim of Harbor-Gardens. | 1.80 |
| | | 105 | Attend to notice of dispute of the alleged secured claim of Harbor-Gardens. | 1.70 |
| 12/23/16 | BM | 105 | Review and analysis of document productions in connection with investigation of alleged secured claims. | 1.70 |
| 12/28/16 | AHS | 105 | Review and revise dispute letter and review of 9th circuit law in connection with disputes address in Harbor letter. | 1.40 |
| | | 105 | Review of Harbor documents in connection with drafting and revising dispute letter. | 0.80 |
| | | 105 | Review of comments to Harbor letter as received and call with Debtor's counsel re: Harbor and sales status update. | 0.40 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 5 |
| Inv# | | 1694304 |
| Date | | 01/25/17 |
| 08650096.000002 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 12/28/16 | BM | 105 | Attend to dispute notice to Harbor. | 0.60 | |
| 12/28/16 | LFH | 105 | Review notice of dispute regarding Harbor Gardens claims. | 0.20 | |
| | | | **TASK TOTAL 105** | **44.10** | **21,387.50** |

**109 - FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 12/07/16 | AHS | 109 | Review and revise settlement proposal for Harbor and send to Committee for approval. | 0.80 | |
| | | | **TASK TOTAL 109** | **0.80** | **420.00** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| | | | | | |
|---|---|---|---|---|---|
| 12/19/16 | LFH | 110 | Prepare motion to compel discovery from RollinsNelson. | 1.40 | |
| | | 110 | Analyze issues relating to RollinsNelson discovery responses and motion to compel. | 1.30 | |
| 12/20/16 | LFH | 110 | Review and analyze correspondence with counsel to RollinsNelson regarding document productions. | 1.20 | |
| | | 110 | Analyze issues relating to motion to compel discovery from RollinsNelson. | 0.90 | |
| | | 110 | Review and analyze prior motion and order granting Rule 2004 discovery against RollinsNelson. | 0.80 | |
| | | 110 | Prepare motion to compel discovery from RollinsNelson. | 3.60 | |
| 12/21/16 | LFH | 110 | Research and analyze issues relating to motion to compel discovery from RollinsNelson. | 1.10 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1694304 |
| Date | | 01/25/17 |
| 08650096.000002 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | | 110 | Prepare motion to compel discovery from RollinsNelson. | 3.30 | |
| | | 110 | Prepare joint stipulation regarding discovery dispute with RollinsNelson. | 2.70 | |
| 12/22/16 | LFH | 110 | Prepare correspondence with counsel to RollinsNelson regarding outstanding discovery issues and joint discovery dispute stipulation. | 0.40 | |
| | | **TASK TOTAL 110** | | **16.70** | **5,845.00** |

### 113 - PLAN AND DISCLOSURE STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 12/15/16 | BM | 113 | Review and analysis of document productions in connection with the investigation of alleged secured claims. | 1.80 | |
| | | **TASK TOTAL 113** | | **1.80** | **855.00** |

| | | | |
|---|---|---|---|
| | **TOTAL FEES at Discounted Rates** | **64.00** | **$28,792.50** |
| | **TOTAL FEES at Blended Rate of $450** | **64.00** | **$28,800.00** |

### TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 104 | Case Administration | 0.60 | 285.00 |
| 105 | Claims Administration and Objections | 44.10 | 21,387.50 |
| 109 | Financing | 0.80 | 420.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 16.70 | 5,845.00 |
| 113 | Plan and Disclosure Statement | 1.80 | 855.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1694304 |
| Date | 01/25/17 |
| 08650096.000002 | - AHS |

| | | | | |
|---|---|---|---|---|
| **TOTAL FEES at Discounted Rates** | | | 64.00 | $28,792.50 |
| **TOTAL FEES at Blended Rate of $450** | | | 64.00 | $28,800.00 |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | $475.00 | 37.00 | 17,575.00 |
| LFH | Lucas F. Hammonds | $350.00 | 16.90 | 5,915.00 |
| AHS | Andrew H. Sherman | $525.00 | 10.10 | 5,302.50 |

| | | | |
|---|---|---|---|
| **TOTAL FEES at Discounted Rates** | | 64.00 | $28,792.50 |
| **TOTAL FEES at Blended Rate of $450** | | 64.00 | $28,800.00 |
| **TOTAL THIS INVOICE** | | | $28,800.00 |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$45,977.50**) and combined fees at *Blended Rate* of $450 (**$45,045.00**) applies.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/25/17, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 1/25/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/25/17, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/25/17 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---------|--------------------|------------------------|
| *Date*  | *Printed Name*     | *Signature*            |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

**Karl E Block**    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
**Manuel A Boigues**    bankruptcycourtnotices@unioncounsel.net
**Louis J Cisz**    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
**Dawn M Coulson**    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
**Jerome Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
**W. Jeffery Fulton**    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
**Barry S Glaser**    bglaser@swesq.com, erhee@swesq.com
**Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
**Rhonda S Goldstein**    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
**Lawrence J Hilton**    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
**David Jacobs**    cemail@ebglaw.com, djacobs@ebglaw.com
**Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
**Eve H Karasik**    ehk@lnbyb.com
**Gary E Klausner**    gek@lnbyb.com
**Stuart I Koenig**    Skoenig@cmkllp.com, knielsen@cmkllp.com
**John P Kreis**    jkreis@kreislaw.com, j.kreis@ca.rr.com
**Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
**Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
**Wendy A Loo**    wendy.loo@lacity.org
**Stephen A Madoni**    stevemadoni@aol.com, nathally@madonilaw.com
**Howard N Madris**    hmadris@madrislaw.com
**Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
**Boris I Mankovetskiy**    bmankovetskiy@sillscummis.com
**Amanda L Marutzky**    amarutzk@wthf.com, jjensen@watttieder.com
**David W. Meadows**    david@davidwmeadowslaw.com
**John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;laurie.soledad@dentons.com;jennifer.wall@dentons.com;andy.jinnah@dentons.com
**Benjamin Nachimson**    ben.nachimson@wnlawyers.com
**Steven G Polard**    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
**Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
**David M Reeder**    dmr@vrmlaw.com, jle@vrmlaw.com
**J. Alexandra Rhim**    arhim@hemar-rousso.com
**Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
**Mary H Rose**    mrose@buchalter.com, mrose@buchalter.com
**Andrew H Sherman**    asherman@sillscummis.com
**Leonard M Shulman**    lshulman@shbllp.com
**Gerald N Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
**Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
**Tiffany Strelow Cobb**    tscobb@vorys.com
**Wayne R Terry**    wterry@hemar-rousso.com
**Gary F Torrell**    gft@vrmlaw.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Kenneth K Wang**    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
**Hatty K Yip**    hatty.yip@usdoj.gov, dare.law@usdoj.gov;melanie.scott@usdoj.gov;queenie.k.ng@usdoj.gov;ron.maroko@usdoj.gov
**Matthew Zandi**    mzandi@kbrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

**2.  <u>SERVED BY UNITED STATES MAIL</u>**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley
PC 707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**