Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Co-Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

-and-

Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facximile: (973) 643-6500

Co-Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| | **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016** |
| Debtor. | [No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

1.      Bienert, Miller & Katzman, PLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period December 1, 2016 through December 31, 2016 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is special counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $3,514.82 in fees and expenses during the Application Period. The total fees represent 9.4 hours expended during the period covered by this Application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 12/01/16 – 12/31/16 | $3,380.00[1] | $134.82 | $3,514.82 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $2,838.82 at this time.  This total is comprised as follows: $2,704.00 (80% of the fees for services rendered) plus $134.82 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm; Lobel Weiland Golden Friedman LLP; and Sills Cummis & Gross P.C. (the collective co-counsel to the Committee) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500."  *See* Doc. 346 at 5:5-13.  For this Application, fees calculated at the Firm's applicable rates ($3,380.00) are less than the Firm's fees calculated at the blended rate of $500 ($500 x 9.4 hours = $4,700.00).  Accordingly, for purposes of the Application, the Firm is not applying the blended rate.

5.    For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 09/01/16 – 09/30/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 10/01/16 – 10/31/16 | $0.00(but see below) | No amounts paid (but see below) |
| 11/01/16 – 11/30/16 | $0.00 (but see below) | No amounts paid (but see below) |
| **Total Paid to the Firm to Date** | $3,300 | In December 2016, the Debtor allocated $150,000 to be paid toward the estate professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures.  The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding. Of this amount, $50,000 was disbursed to the Committee's counsel, which was then distributed pro-rata between the Committee's retained professionals; as a result, the Firm has received payment of $3,300 toward its outstanding fees and costs previously submitted pursuant to the Court approved interim fee procedures. |

6.    To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $1,685.76 (but see below) | Fees and expenses set forth in application filed September 26, 2016 [Doc. 418] |
| 09/01/16 – 09/30/16 | $6,585.17 (but see below) | Fees and expenses set forth in application filed October 25, 2016 [Doc. 477] |
| 10/01/16 – 10/31/16 | $19,214.15 (but see below) | Fees and expenses set forth in application filed November 22, 2016 [Doc. 545] |
| 11/01/16 – 11/30/16 | $6,079.91 | Fees and expenses set forth in application filed December 27, 2016 [Doc. 589] |
| **Total Owed to the Firm to Date** | $30,264.99 | Total owed takes into account the $3,300 received by the Firm as set forth above. |

7.    Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached as **Exhibit B** to this Application is the detailed time and expense statements for the Application Period by category.  Attached as **Exhibit C** to this Application is the Firm's December 2016 billing statement.

8.    The Firm has served a copy of this Application on the Office of the United States Trustee

the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about January 25, 2017.  Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about January 25, 2017.

9.      Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10.      The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee* Procedures.

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

1    Dated:  January 25, 2017                    BIENERT, MILLER & KATZMAN, PLC

2                                               By:    /s/ Anthony R. Bisconti

3                                                    Steven Jay Katzman
                                                    Anthony R. Bisconti
4                                                   Co-Counsel to the Official Committee
                                                    of Unsecured Creditors of Gardens Regional
5                                                   Hospital and Medical Center

6                                                    -and-

7                                                   SILLS CUMMIS & GROSS P.C.

8                                                   By: /s/ Andrew H. Sherman
9                                                    Andrew H. Sherman
                                                    Boris I. Mankovetskiy
10                                                   Co-Counsel to the Official Committee
                                                    of Unsecured Creditors of Gardens Regional
11                                                   Hospital and Medical Center

12

13    345573-1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

# Exhibit A

**BIENERT, MILLER & KATZMAN, PLC'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Anthony R. Bisconti | Associate | $450 |
| Carolyn K. Howland | Paralegal | $200 |

# Exhibit B

**TIME AND EXPENSE STATEMENT**

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Case Administration | B110 | 1.3 | $585.00 | $0.00 |
| Relief from Stay/Adequate Protection Proceedings | B140 | 0.2 | $90.00 | $0.00 |
| Fee/Employment Applications | B160 | 1.2 | $540.00 | $0.00 |
| Financing/Cash Collections | B230 | 1.0 | $450.00 | $0.00 |
| Claims Administration and Objections | B310 | 1.7 | $765.00 | $0.00 |
| Plan and Disclosure Statement (including Business Plan) | B320 | 0.2 | $90.00 | $0.00 |
| Case Assessment, Development and Administration | L100 | N/A | $0.00 | $134.82 |
| Other Case Assessment, Development and Administration | L190 | 2.0 | $400.00 | $0.00 |
| Pleadings | L210 | 0.2 | $90.00 | $0.00 |
| Discovery | L300 | 0.2 | $90.00 | $0.00 |
| Written Motions and Submissions | L430 | 1.4 | $280.00 | $0.00 |
| **TOTALS** | | 9.4 | $3,380.00 | $134.82 |

Exhibit C

# BIENERT, MILLER & KATZMAN, PLC

## ATTORNEYS AT LAW

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

Statement Date: December 31, 2016

Statement No.:  38616

Page:       1

RE:

Account No. 31615.001000

Special Counsel to Cred. Comm.

### ANY PAYMENTS APPLIED AFTER  12/31/2016
### MAY NOT BE INCLUDED ON THIS STATEMENT

| | | | | | Previous Balance | | $33,744.99 |
|---|---|---|---|---|---|---|---|

### Fees

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/01/2016 | TRB | B110 | A104 | Review/analyze status report of patient care ombudsman | 0.30 | 135.00 |
| | TRB | B140 | A104 | Review/analyze stipulation re motion for relief from stay and notice of lodgment re same | 0.10 | 45.00 |
| | TRB | B160 | A104 | Review/analyze fee statement of PCO | 0.10 | 45.00 |
| 12/02/2016 | TRB | B160 | A104 | Review/analyze notice of fee applications | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze supplement to status report by Summit Healthcare | 0.10 | 45.00 |
| 12/05/2016 | TRB | B110 | A107 | Correspondence with co-counsel re status conference and representation at the same | 0.10 | 45.00 |
| | TRB | B140 | A104 | Review/analyze order granting stipulation re MFRS | 0.10 | 45.00 |
| 12/06/2016 | TRB | L300 | A108 | Review email from secured creditor counsel re discovery and protective order | 0.10 | 45.00 |
| 12/07/2016 | TRB | B310 | A108 | Review email from counsel re consent order | 0.10 | 45.00 |
| | TRB | B310 | A108 | Review email from co-counsel re status of settlement negotiations with secured creditor and revised term sheet | 0.10 | 45.00 |
| 12/08/2016 | TRB | B310 | A108 | Review emails from committee members re revised term sheet | 0.10 | 45.00 |
| | TRB | B320 | A104 | Review/analyze motion to extend exclusivity | 0.20 | 90.00 |
| | TRB | L210 | A104 | Review/analyze motion to extend time within which to remove actions | 0.20 | 90.00 |
| 12/09/2016 | TRB | L300 | A108 | Review email from counsel for secured creditor re FRBP 2004 exam | 0.10 | 45.00 |

Gardens Regional Hospital
Account No.  31615.001000
RE:  Special Counsel to Cred. Comm.

Statement Date:  12/31/2016

Statement No. 38616

Page No.        2

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | TRB | B310 | A108 | Review email from counsel for secured creditor re status of investigation and dispute of claims | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze audit letter response to Cal AG | 0.20 | 90.00 |
| 12/12/2016 | TRB | B230 | A104 | Review/analyze emergency motion re DIP financing | 0.20 | 90.00 |
| 12/13/2016 | CH | L430 | A207 | Finalize and file Second Stipulation Extending Deadline to Submit Disputes to Secured Claims and Notice of Lodgment; prepare courtesy copies of the same | 1.40 | 280.00 |
| | TRB | B230 | A104 | Review/analyze ex parte application re hearing on emergency DIP financing motion | 0.10 | 45.00 |
| | TRB | B310 | A103 | Draft/revise order regarding second stipulation with Sycamore and Roxbury; coordinate re filing of stipulation and order | 0.40 | 180.00 |
| | TRB | B230 | A107 | Communications with co-counsel regarding attendance at emergency hearing and coordinating telephonic appearance re same | 0.20 | 90.00 |
| | TRB | B230 | A104 | Review/analyze notice of rescheduled hearing on Debtor's emergency motion re DIP financing | 0.10 | 45.00 |
| | TRB | B230 | A104 | Review/analyze order rescheduling hearing on emergency motion re DIP financing | 0.10 | 45.00 |
| 12/16/2016 | TRB | B230 | A107 | Review email from co-counsel re summary of hearing on emergency DIP financing motion and deadlines set by court | 0.10 | 45.00 |
| | TRB | B230 | A104 | Review/analyze notice of lodgment re emergency motion (.1) and order granting emergency motion (.1) | 0.20 | 90.00 |
| | TRB | B310 | A104 | Review order granting second stipulation re Roxbury/Sycamore claim dispute | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review correspondences re finality of AG decision | 0.10 | 45.00 |
| 12/21/2016 | TRB | B160 | A105 | Strategize re fee application filing | 0.20 | 90.00 |
| 12/22/2016 | CH | L190 | A103 | Draft November Fee Application | 0.50 | 100.00 |
| 12/23/2016 | CH | L190 | A103 | Draft November Fee Application | 1.50 | 300.00 |
| | TRB | B110 | A108 | Review email from secured creditor's counsel re joint stipulation | 0.10 | 45.00 |
| 12/27/2016 | TRB | B160 | A103 | Finalize and file fee applications [n/c] | 0.60 | n/c |
| | TRB | B160 | A103 | Review/revise BMK fee application | 0.30 | 135.00 |
| | TRB | B160 | A107 | Review email from Lucas Hammonds  re Committee co-counsel fee application. | 0.10 | 45.00 |
| 12/28/2016 | CH | L190 | A101 | Prepare mail and courtesy copies of BMK and Sills Cummis' November fee applications | 0.70 | n/c |
| | TRB | B310 | A107 | Telephone call with Andrew Sherman re formal dispute | 0.20 | 90.00 |
| | TRB | B310 | A103 | Review/analyze draft dispute of secured creditor's claim (.2); draft/revise notice of dispute of secured creditor's claim (.3) | 0.50 | 225.00 |
| | TRB | B310 | A108 | Review email from secured creditor re extension of time to submit dispute | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze declarations of non-opposition and notices of lodgment re motions for extension of exclusivity and time to remove actions | 0.10 | 45.00 |

Gardens Regional Hospital
Account No.  31615.001000
RE:  Special Counsel to Cred. Comm.

Statement Date:  12/31/2016

Statement No.  38616

Page No.    3

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | TRB | B110 | A108 | Draft email to debtor's counsel re wiring instructions | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze MOR | 0.10 | 45.00 |
| 12/29/2016 | TRB | B160 | A104 | Review/analyze debtor's counsel fee application | 0.20 | 90.00 |
| 12/30/2016 | TRB | B160 | A104 | Review/analyze notice of 4th professional fee applications | 0.10 | 45.00 |
| | TRB | B160 | A104 | Review/analyze notice of intention to retain additional ordinary course professional and disclosure declaration re same | 0.10 | 45.00 |
| | TRB | B110 | A104 | Review/analyze orders extending exclusivity and extending time to remove action | 0.10 | 45.00 |
| | | | | For Current Services Rendered | 9.40 | 3,380.00 |
| | | | | Total Non-billable Hours | 1.30 | |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Tony Bisconti | 6.00 | $450.00 | $2,700.00 |
| Carolyn Howland | 3.40 | 200.00 | 680.00 |

### Expenses

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2016 | | L100 | E107 | Delivery services/Certified mail - ASAP Legal fee for courtesy copy to USBC Central in Los Angeles | 25.00 |
| 12/28/2016 | | L100 | E107 | Delivery services/Certified mail - Golden State Overnight delivery to USBK Court in Los Angeles | 19.82 |
| 12/31/2016 | | L100 | E103 | Nov. Fee App | 90.00 |
| | | | | Total Expenses | 134.82 |
| | | | | Total Current Work | 3,514.82 |
| | | | | Balance Due | $37,259.81 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 585.00 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 90.00 | 0.00 |
| B160 | Fee/Employment Applications | 540.00 | 0.00 |
| B100 | Administration | 1,215.00 | 0.00 |
| B230 | Financing/Cash Collections | 450.00 | 0.00 |
| B200 | Operations | 450.00 | 0.00 |
| B310 | Claims Administration and Objections | 765.00 | 0.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 90.00 | 0.00 |
| B300 | Claims and Plan | 855.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 0.00 | 134.82 |
| L190 | Other Case Assessment, Development and Administration | 400.00 | 0.00 |

Gardens Regional Hospital
Account No.  31615.001000
RE:  Special Counsel to Cred. Comm.

Statement Date:  12/31/2016
Statement No. 38616
Page No.          4

| | | Fees | Expenses |
|---|---|---|---|
| L100 | Case Assessment, Development and Administration | 400.00 | 134.82 |
| L210 | Pleadings | 90.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 90.00 | 0.00 |
| L300 | Discovery | 90.00 | 0.00 |
| L300 | Discovery | 90.00 | 0.00 |
| L430 | Written Motions and Submissions | 280.00 | 0.00 |
| L400 | Trial Preparation and Trial | 280.00 | 0.00 |

# BIENERT, MILLER & KATZMAN, PLC

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

## Please include this page with your remittance.

### ANY PAYMENTS APPLIED AFTER  12/31/2016
### MAY NOT BE INCLUDED ON THIS STATEMENT

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 31615-001000 Special Counsel to Cred. Comm. | | | | | |
| 33,744.99 | 3,380.00 | 134.82 | 0.00 | 0.00 | $37,259.81 |

www.bmkattorneys.com

Please Charge $_____ on the following:

☐ Visa    ☐ MasterCard    ☐ Discover    ☐ American Express

Name on Card: _____

Address on Card: _____

Card Number

Exp. Date (required)

Card Holder Signature          Security Code

Amount Remitted: _____

Check No.: _____

Statement Date:        12/31/2016

Account No.        31615.001000

INTEREST CHARGED ON UNPAID BALANCE AFTER THIRTY DAYS - 1% PER MONTH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/25/17, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/25/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/25/17, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street/Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/25/17 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---------|--------------------|------------------------|
| *Date*  | *Printed Name*     | *Signature*            |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

**Karl E Block**   kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
**Manuel A Boigues**   bankruptcycourtnotices@unioncounsel.net
**Louis J Cisz**   lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
**Dawn M Coulson**   dcoulson@eppscoulson.com, cmadero@eppscoulson.com
**Jerome Bennett Friedman**   jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
**W. Jeffery Fulton**   jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
**Barry S Glaser**   bglaser@swesq.com, erhee@swesq.com
**Jeffrey I Golden**   jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
**Rhonda S Goldstein**   rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
**Lawrence J Hilton**   lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
**David Jacobs**   cemail@ebglaw.com, djacobs@ebglaw.com
**Ivan L Kallick**   ikallick@manatt.com, ihernandez@manatt.com
**Eve H Karasik**   ehk@lnbyb.com
**Gary E Klausner**   gek@lnbyb.com
**Stuart I Koenig**   Skoenig@cmkllp.com, knielsen@cmkllp.com
**John P Kreis**   jkreis@kreislaw.com, j.kreis@ca.rr.com
**Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov
**Elan S Levey**   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
**Wendy A Loo**   wendy.loo@lacity.org
**Stephen A Madoni**   stevemadoni@aol.com, nathally@madonilaw.com
**Howard N Madris**   hmadris@madrislaw.com
**Samuel R Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
**Boris I Mankovetskiy**   bmankovetskiy@sillscummis.com
**Amanda L Marutzky**   amarutzk@wthf.com, jjensen@watttieder.com
**David W. Meadows**   david@davidwmeadowslaw.com
**John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com;laurie.soledad@dentons.com;jennifer.wall@dentons.com;andy.jinnah@dentons.com
**Benjamin Nachimson**   ben.nachimson@wnlawyers.com
**Steven G Polard**   stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
**Kurt Ramlo**   kr@lnbyb.com, kr@ecf.inforuptcy.com
**David M Reeder**   dmr@vrmlaw.com, jle@vrmlaw.com
**J. Alexandra Rhim**   arhim@hemar-rousso.com
**Emily P Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
**Mary H Rose**   mrose@buchalter.com, mrose@buchalter.com
**Andrew H Sherman**   asherman@sillscummis.com
**Leonard M Shulman**   lshulman@shbllp.com
**Gerald N Sims**   jerrys@psdslaw.com, bonniec@psdslaw.com
**Alan Stomel**   alan.stomel@gmail.com, astomel@yahoo.com
**Tiffany Strelow Cobb**   tscobb@vorys.com
**Wayne R Terry**   wterry@hemar-rousso.com
**Gary F Torrell**   gft@vrmlaw.com
**United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
**Kenneth K Wang**   kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
**Hatty K Yip**   hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
**Matthew Zandi**   mzandi@kbrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                      **F 9013-3.1.PROOF.SERVICE**

**2. <u>SERVED BY UNITED STATES MAIL</u>**

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley
PC 707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**