Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

3241
566
v1

1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
JANUARY 1, 2017 THROUGH JANUARY 31, 2017

1.      Sills Cummis & Gross P.C. (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period January 1, 2017 – January 31, 2017 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $41,252.50[1] in fees and expenses during the Application Period. The total fees represent 91.5 hours expended during the period covered by this Application at a blended hourly rate of $450 pursuant the Firm's retention application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 1/1/2017 – 1/31/2017 | $41,175.00 | $77.50 | $41,252.50 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $33,017.50 at this time.  This total is comprised as follows: $32,940.00 (80% of the fees for services rendered) plus $77.50 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

5.      For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $0 (but see below) | No amounts paid (but see below) |
| 9/1/2016-9/30/2016 | $0 (but see below) | No amounts paid (but see below) |

---

[1] These amounts include fees and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation"), invoices for which are attached hereto as Exhibits C and D.

566
v1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
JANUARY 1, 2017 THROUGH JANUARY 31, 2017

| | | |
|---|---|---|
| 10/1/2016 – 10/31/2016 | $0 (but see below) | No amounts paid (but see below) |
| 11/1/2016 – 11/30/2016 | $0 (but see below) | No amounts paid (but see below) |
| 12/1/2016 – 12/31/2016 | $0 (but see below) | No amounts paid (but see below) |
| **Total Paid to the Firm to Date** | $38,950.00 plus to-be-determined pro-rata share of $75,000 payment, which will be reflected in the Firm's next monthly fee application | In December 2016, the Debtor allocated $150,000 to be paid toward all estate professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures.  The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding. Of this amount, $50,000 was disbursed to the Committee's counsel, which was then distributed pro-rata between the Committee's retained professionals.  As a result, the Firm has received payment of $38,950.00 toward its outstanding fees and costs previously submitted pursuant to the Court-approved interim fee procedures.<br><br>In late February 2017, the Debtor allocated an additional $75,000 to be paid toward Committee professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures.  The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding.  This amount will be distributed on a pro-rata basis between the Committee's retained professionals.  Due to the timing of this payment, these amounts are not reflected in the professionals' current fee applications but will be reflected in the professionals' subsequent monthly fee applications. |

3241
566
v1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
JANUARY 1, 2017 THROUGH JANUARY 31, 2017

6.      To date, the Firm is owed as follows (excluding amounts owed pursuant to this

Application):

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $153,336.44 (but see below) | Fees and expenses set forth in application filed September 26, 2016 [Docket No. 417] |
| 9/1/2016-9/30/2016 | $60,687.35 (but see below) | Fees and expenses set forth in application filed October 25, 2016 [Docket No. 476] |
| 10/1/2016 – 10/31/2016 | $60,387.72 (but see below) | Fees and expenses set forth in application filed November 22, 2016 [Docket No. 544] |
| 11/1/2016 – 11/30/2016 | $93,355.00 (but see below) | Fees and expenses set forth in application filed December 27, 2016 [Docket No. 588] |
| 12/1/2016 – 12/31/2016 | $45,242.64 (but see below) | Fees and expenses set forth in application filed January 25, 2017 [644] |
| **Total Owed to the Firm to Date** | $374,059.15 less to-be-determined pro-rata share of $75,000 payment, which will be reflected in the Firm's next monthly fee application | Total owed takes into account the $38,950.00 received by the Firm but does not take into account the pro-rata share of the $75,000 payment received in February 2017, as set forth above. |

7.      Attached as **Exhibit A** hereto is the name of each professional who performed services in

connection with this case during the period covered by this Application and the hourly rate for each such

professional.  Attached as **Exhibit B** hereto are the detailed time and expense statements for the

Application Period.  Attached hereto as **Exhibits C and D** are the Firm's invoices for the Application

Period.

8.      The Firm has served a copy of this Application on the Office of the United States Trustee

the above-captioned debtor (the "<u>Debtor</u>"), counsel to the Debtor, and counsel to the Committee

appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about

February 27, 2017.  Notice of the filing of this Application was also served on the foregoing parties as

well as any party who has requested special notice in this chapter 11 case as of the date of the Notice.

The Notice was mailed by first class mail, postage prepaid, on or about February 27, 2017.

9.      Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or

about September 20, 2016, the Debtor is authorized to make the payment requested herein without

3241
abo
v1

4

further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10.    The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures* and prior orders of this Court.

Dated:  February 27, 2017

SILLS CUMMIS & GROSS P.C.

By:  /s/ Andrew H. Sherman
    Andrew H. Sherman
    Boris I. Mankovetskiy
    Co-Counsel to the Official Committee
    of Unsecured Creditors of Gardens Regional
    Hospital and Medical Center

-and-

BIENERT, MILLER & KATZMAN, PLC

By:  /s/ Anthony R. Bisconti
    Steven Jay Katzman
    Anthony R. Bisconti
    Co-Counsel to the Official Committee
    of Unsecured Creditors of Gardens Regional
    Hospital and Medical Center

3241
566
v1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017

# EXHIBIT A

**SILLS CUMMIS & GROSS P.C.'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Andrew H. Sherman | Member | $525.00 |
| Boris Mankovetskiy | Member | $475.00 |
| Lucas F. Hammonds | Associate | $350.00 |

# EXHIBIT B

## SILLS CUMMIS & GROSS P.C.'S TIME AND EXPENSES[1]

**Fees**:

| Project Category | Task Code | Hours | Fees |
|---|---|---|---|
| Asset Disposition | 102 | 39.9 | $20,027.50 |
| Case Administration | 104 | 13.7 | $6,497.50 |
| Claims Administration and Objections | 105 | 18.9 | $9,222.50 |
| Fee/Employment Applications | 107 | 2.6 | $910.00 |
| Financing | 109 | 1.0 | $525.00 |
| Litigation (Other than Avoidance Action Litigation) | 110 | 5.8 | $2,030.00 |
| Avoidance Action Litigation | 111 | 9.6 | $3,360.00 |
| **Totals:** | | **91.5** | **$42,572.50** |
| **Total at Blended Rate of $450/Hour:** | | | **$41,175.00**[2] |

**Expenses**:

| Expense Category | Code | Expenses |
|---|---|---|
| Telephone (Court Call) | E105 | $77.50 |
| **Totals:** | | **$77.50** |

---

[1] The hours, fees, and expenses on this exhibit include the hours, fees, and expenses for both matter 000001 ("Creditors' Committee") and matter 000002 ("Lien Investigation").

[2] Applicable rate per retention application.

# **<u>EXHIBIT C</u>**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 1 |
| Inv# | 1695254 |
| Date | 02/15/17 |
| 08650096.000001 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Creditor's Committee

For legal services rendered through January 31, 2017.

HOURS

## 102 - ASSET DISPOSITION

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 01/03/17 | AHS | 102 | Attend calls with Debtors' professionals re: sale issues and implications of current bids and analysis re: same. | 1.40 |
| 01/03/17 | BM | 102 | Attend to sale issues and potential closure of the hospital. | 1.30 |
| | | 102 | Call with debtor's professionals regarding negotiations with prospective purchasers of the debtor's assets. | 0.70 |
| | | 102 | Draft a memo to the Committee regarding status of the sale. | 0.60 |
| 01/04/17 | AHS | 102 | Prepare for and attend call with Committee re: sale issues and recent developments. | 0.60 |
| 01/05/17 | AHS | 102 | Call and email to K. Block re: Harbor dispute extension issues; calls and emails re: sale process update. | 0.60 |
| 01/05/17 | BM | 102 | Attend to issues regarding potential new auction of the Debtor's assets. | 1.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1695254 |
| Date | | 02/15/17 |
| 08650096.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 102 | Attend to issues regarding negotiation of modified sale terms with Strategic. | 0.90 |
| 01/06/17 | AHS | 102 | Calls and emails re: sales update and analysis re: same. | 0.70 |
| 01/09/17 | AHS | 102 | Calls with E. Weissman and S. Maizel re: sale issues and AG approval and KPC bid/termination issues. | 0.80 |
| | | 102 | Review of emails to AG re: conditions and seeking relief and follow up re: same. | 0.40 |
| | | 102 | Review of sources and uses chart re: revised KPC deal and calls and emails to E. Weissman re: same; review of emails re: political outreach. | 0.60 |
| 01/11/17 | AHS | 102 | Research and review of case law re: section 1221 of BAPCPA and case law interpreting same. | 1.20 |
| | | 102 | Review of letter from AG's office and calls with Debtor's professionals re: same. | 0.70 |
| 01/12/17 | AHS | 102 | Calls and emails re: sale issues (review of motion re: sale issues and closing) and follow up re: landlord issues. | 0.70 |
| 01/12/17 | BM | 102 | Attend to motion to authorize sale notwithstanding CA AG's conditions. | 1.40 |
| 01/13/17 | AHS | 102 | Calls and emails re: status of sale; meetings with prospective purchasers; actions by Union and other officials re: same. | 0.70 |
| 01/13/17 | BM | 102 | Attend to issues regarding alternative scenarios for the sale of the debtor's assets to maximize value. | 1.20 |
| 01/15/17 | AHS | 102 | Call with S. Maizel and review of emails re: sale process issues and closing issues. | 0.40 |
| 01/16/17 | AHS | 102 | Calls with E. Weissman re: bid issues and evaluation of bid/closure issues. | 0.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 1695254 |
| Date | | 02/15/17 |
| 08650096.000001 | - AHS | |

| | | | | |
|---|---|---|---|---|
| | | 102 | Review of Harbor term sheet and evaluation re: same and email to counsel for Harbor. | 0.50 |
| | | 102 | Review of termination letter from purchaser and emails re: same and review of transition agreement. | 0.40 |
| 01/16/17 | BM | 102 | Analysis of term sheet from interested parties regarding sale of assets and potential waterfall scenarios. | 1.30 |
| | | 102 | Attend to issues regarding potential alternative sale transactions and winddown of the estate. | 1.40 |
| 01/17/17 | AHS | 102 | Call with counsel for Harbor re: sale/closure issues and send information as requested. | 0.70 |
| | | 102 | Review of motion regarding closure of hospital and emails re: same. | 0.60 |
| 01/18/17 | AHS | 102 | Review of emails re: closure plans. | 0.30 |
| | | 102 | Calls and emails re: hospital closure issues and potential bids to save hospital. | 0.80 |
| 01/19/17 | AHS | 102 | Prepare for and attend hearing on motion for closing of hospital and follow up with Committee re: same. | 0.90 |
| | | 102 | Review and analysis of objection to closing of hospital filed by Le Summit. | 0.40 |
| | | 102 | Calls and emails to counsel for Debtor re: hospital closing issues. | 0.40 |
| 01/19/17 | BM | 102 | Analysis regarding Le Summit's opposition to motion to close the hospital. | 0.80 |
| 01/20/17 | AHS | 102 | Call with counsel for Promise and review of revised term sheet re: Promise offer. | 0.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| Page | | | | 4 |
| Inv# | | | | 1695254 |
| Date | | | | 02/15/17 |
| 08650096.000001   - AHS | | | | |

| | | | | |
|---|---|---|---|---|
| | | 102 | Calls and emails re: status of sale issues and review of emails regarding revised bid by Le Summit and analysis re: same. | 0.70 |
| | | 102 | Emails with Committee members re: sale issues. | 0.30 |
| 01/20/17 | BM | 102 | Analysis regarding CA AG's role in sale of a closed hospital. | 0.60 |
| | | 102 | Analysis regarding Le Summit's proposal to acquire the hospital. | 0.60 |
| 01/23/17 | AHS | 102 | Review of written offer from Le Summit. | 0.30 |
| | | 102 | Calls with E. Weissman and S. Maizel re: sale issues and Le Summit offer. | 0.80 |
| | | 102 | Email to Committee re: Le Summit offer and follow up emails re: same. | 0.60 |
| 01/23/17 | BM | 102 | Analysis regarding proposed term sheets for acquisition of the hospital's assets. | 1.40 |
| 01/24/17 | BM | 102 | Analysis of issues in light of AG's position with respect to any potential sale of the closed hospital's assets. | 0.80 |
| 01/25/17 | AHS | 102 | Multiple calls with Debtor's counsel, counsel to Promise and counsel for alleged secured creditors re: sale issues and sale to Promise. | 1.10 |
| 01/25/17 | BM | 102 | Analysis of issues regarding pending proposals to acquire hospital's assets. | 1.30 |
| 01/27/17 | AHS | 102 | Calls and emails re: sale issues and status of various bids. | 0.70 |
| 01/27/17 | BM | 102 | Attend to pending proposals for the acquisition of the hospital's assets. | 0.80 |
| 01/30/17 | AHS | 102 | Review of email re: Le Summit revised offer. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---:|
| Page | 5 |
| Inv# | 1695254 |
| Date | 02/15/17 |
| 08650096.000001 | - AHS |

| | | | | |
|---|---|---|---|---:|
| 01/31/17 | AHS | 102 | Address issues regarding sale to Promise and revisions to inserts to motion to address 363(f) and 1221 issues. | 0.70 |
| | | 102 | Calls and emails with E. Weissman re: receivables, value and asset issues. | 0.40 |
| 01/31/17 | BM | 102 | Attend to motion to sell closed hospital to Promise. | 1.30 |
| | | 102 | Analysis regarding potential waterfall based on the proceeds of proposed sale to Promise. | 0.80 |

|  | | | **TASK TOTAL 102** | **39.50** | **19,817.50** |
|---|---|---|---|---|---|

## 104 - CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---:|
| 01/04/17 | AHS | 104 | Review of stipulation as revised by G. Torrell and analysis re: same. | 0.30 |
| 01/05/17 | BM | 104 | Analysis of issues regarding hospital closure plan and post-closure disposition of assets to maximize value. | 0.80 |
| | | 104 | Analysis of issues regarding treatment of DIP loan and alleged pre-petition secured in alternative sale and closure scenarios. | 0.70 |
| 01/06/17 | BM | 104 | Attend to issues regarding sale of assets and potential closure of the hospital. | 0.80 |
| 01/09/17 | BM | 104 | Attend to sale/closure issues. | 1.70 |
| | | 104 | Calls with debtor's professionals regarding financial condition of the estate and potential waterfall scenarios. | 0.60 |
| 01/10/17 | BM | 104 | Attend to issues regarding negotiation of an alternative asset sale agreement and plans for closure of the hospital. | 1.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1695254 |
| Date | | 02/15/17 |
| 08650096.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 01/11/17 | BM | 104 | Analysis regarding next steps in light of AG's refusal to reconsider approval conditions for proposed modified transaction. | 1.30 | |
| 01/12/17 | BM | 104 | Attend to issues regarding debtor's real estate lease and operating license. | 0.80 | |
| 01/13/17 | BM | 104 | Attend to motion to close the hospital. | 0.60 | |
| 01/16/17 | BM | 104 | Analysis regarding Strategic's termination letter and the proposed transition agreement. | 0.70 | |
| 01/17/17 | BM | 104 | Attend to issues regarding hospital closure. | 0.90 | |
| | | 104 | Attend to motion to close the hospital. | 0.80 | |
| | | **TASK TOTAL 104** | | **11.60** | **5,525.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 01/04/17 | BM | 105 | Analysis regarding potential waterfall of distributions scenarios in light of inability to close the asset sale approved by the court. | 1.20 | |
| 01/09/17 | AHS | 105 | Review of order lifting seal for qui tam action and review of qui tam complaint. | 0.80 | |
| 01/11/17 | BM | 105 | Analysis regarding potential treatment of Harbor's claims. | 0.60 | |
| 01/23/17 | BM | 105 | Draft a proposed settlement term sheet regarding global resolution of Harbor's claims. | 1.30 | |
| 01/24/17 | BM | 105 | Attend to potential settlement proposal to Harbor. | 0.70 | |
| 01/26/17 | BM | 105 | Analysis regarding Harbor's revisions to proposed settlement term sheet. | 0.70 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | | |
|---|---|---|---|---|---|
| | | | | Page | 7 |
| | | | | Inv# | 1695254 |
| | | | | Date | 02/15/17 |
| | | | | 08650096.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 01/31/17 | BM | 105 | Analysis regarding settlement proposal to Harbor-Gardens. | 0.80 | |
| | | **TASK TOTAL 105** | | **6.10** | **2,937.50** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 01/25/17 | LFH | 107 | Analyze fee application issues and review interim fee application order regarding same. | 0.70 | |
| | | 107 | Analyze fee application issues. | 0.30 | |
| | | 107 | Prepare fee application for December 2016. | 1.60 | |
| | | **TASK TOTAL 107** | | **2.60** | **910.00** |

## 109 - FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 01/04/17 | AHS | 109 | Address revisions to Harbor dispute letter in light of recent sale issues. | 0.60 | |
| | | **TASK TOTAL 109** | | **0.60** | **315.00** |

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| | | | | | |
|---|---|---|---|---|---|
| 01/12/17 | LFH | 110 | Revise draft second protective order regarding RNG. | 3.20 | |
| | | **TASK TOTAL 110** | | **3.20** | **1,120.00** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1695254 |
| Date | 02/15/17 |
| 08650096.000001 | - AHS |

## 111 - AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 01/25/17 | LFH | 111 | Analyze protective order and procedure issues. | 0.80 | |
| | | | **TASK TOTAL 111** | **0.80** | **280.00** |
| | | | **TOTAL FEES at Discounted Rates** | **64.40** | **$30,905.00** |
| | | | **TOTAL FEES at Blended Rate of $450** | **64.40** | **$28,980.00** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 102 | Asset Disposition | 39.50 | 19,817.50 |
| 104 | Case Administration | 11.60 | 5,525.00 |
| 105 | Claims Administration and Objections | 6.10 | 2,937.50 |
| 107 | Fee/Employment Applications | 2.60 | 910.00 |
| 109 | Financing | 0.60 | 315.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 3.20 | 1,120.00 |
| 111 | Avoidance Action Litigation | 0.80 | 280.00 |
| | **TOTAL FEES at Discounted Rates** | **64.40** | **$30,905.00** |
| | **TOTAL FEES at Blended Rate of $450** | **64.40** | **$28,980.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1695254 |
| Date | 02/15/17 |
| 08650096.000001 | - AHS |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | $475.00 | 35.00 | 16,625.00 |
| AHS | Andrew H. Sherman | $525.00 | 22.80 | 11,970.00 |
| LFH | Lucas F. Hammonds | $350.00 | 6.60 | 2,310.00 |
| | **TOTAL FEES at Discounted Rates** | | **64.40** | **$30,905.00** |
| | **TOTAL FEES at Blended Rate of $450** | | **64.40** | **$28,980.00** |

## DISBURSEMENT DETAIL

E105

| | | | |
|---|---|---|---|
| 12/16/16 | E105 | Telephone (Court Call) | 35.00 |
| 12/27/16 | E105 | Telephone (Court Call) | 42.50 |
| | **TOTAL DISBURSEMENTS** | | **$77.50** |

## DISBURSEMENT RECAP

| Code | Description | Units | Total |
|---|---|---|---|
| E105 | Telephone | 2.00 | 77.50 |
| | **TOTAL DISBURSEMENTS** | | **$77.50** |
| | **TOTAL THIS INVOICE\*** | | **$29,057.50** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$42,572.50**) and combined fees at *Blended Rate* of $450 (**$41,175.00**) applies.

# **<u>EXHIBIT D</u>**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 1 |
| Inv# | 1695255 |
| Date | 02/15/17 |
| 08650096.000002 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Lien Investigation

For legal services rendered through January 31, 2017.

HOURS

## 102 - ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 01/12/17 | AHS | 102 | Call with counsel for Harbor re: lien issues and sale issues. | 0.40 | |
| | | **TASK TOTAL 102** | | **0.40** | **210.00** |

## 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 01/10/17 | LFH | 104 | Correspond with debtor counsel regarding RollinsNelson objection stipulation. | 0.20 | |
| 01/24/17 | BM | 104 | Analysis regarding RNG's revisions of proposed protective order. | 0.70 | |
| 01/30/17 | BM | 104 | Attend to resolution of discovery disputes and form of protective order with RNG. | 1.20 | |
| | | **TASK TOTAL 104** | | **2.10** | **972.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1695255 |
| Date | 02/15/17 |
| 08650096.000002 | - AHS |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | |
|---|---|---|---|---|
| 01/04/17 | BM | 105 | Analysis and revisions of dispute notice to Harbor. | 1.20 |
| | | 105 | Attend to stipulation extending challenge period with respect to RNG. | 0.60 |
| 01/06/17 | BM | 105 | Attend to issues regarding potential resolution of discovery disputes with RNG. | 0.80 |
| 01/09/17 | AHS | 105 | Address issues re: RNG discovery and request for sealing and confidentiality. | 0.40 |
| 01/09/17 | BM | 105 | Attend to issues regarding resolution of discovery disputes with RNG. | 0.70 |
| | | 105 | Analysis regarding qui tam complaint. | 0.90 |
| 01/12/17 | BM | 105 | Attend to issues regarding resolution of discovery disputes with RNG and proposed protective order. | 1.10 |
| 01/13/17 | AHS | 105 | Review and revise draft protective order for RNG and send out document as revised. | 0.60 |
| 01/13/17 | BM | 105 | Attend to proposed form of protective order with RNG. | 0.80 |
| 01/20/17 | AHS | 105 | Revisions to Harbor letter and email from counsel to Harbor re: extension. | 0.40 |
| 01/20/17 | BM | 105 | Attend to revisions of draft notice of dispute to Harbor-Gardens. | 0.60 |
| 01/23/17 | AHS | 105 | Calls and follow up on dispute deadline issues. | 0.30 |
| 01/23/17 | BM | 105 | Attend to stipulation and reservation of rights to extend dispute deadline with respect to Roxbury. | 0.60 |
| 01/24/17 | AHS | 105 | Review and revise term sheet for Harbor and send out for review and comment. | 1.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1695255 |
| Date | 02/15/17 |
| 08650096.000002 | - AHS |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/26/17 | BM | 105 | Attend to revisions of proposed protective order in connection with 2004 examination of RNG. | 0.80 | |
| 01/27/17 | AHS | 105 | Review and analysis of proposal from Harbor. | 0.30 | |
| 01/31/17 | AHS | 105 | Call with K. Block re: term sheet issues and review of case law re: same based on call with K. Block. | 0.80 | |
| 01/31/17 | BM | 105 | Attend to resolution of discovery dispute with RNG. | 0.60 | |
| | | | **TASK TOTAL 105** | **12.80** | **6,285.00** |

**109 - FINANCING**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/17 | AHS | 109 | Call with K. Block re: settlement issues. | 0.40 | |
| | | | **TASK TOTAL 109** | **0.40** | **210.00** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/07/17 | LFH | 110 | Analyze RNG discovery issues and correspondence regarding same. | 0.40 | |
| 01/13/17 | LFH | 110 | Revise second stipulated protective order with RNG. | 2.20 | |
| | | | **TASK TOTAL 110** | **2.60** | **910.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1695255 |
| Date | 02/15/17 |
| 08650096.000002 | - AHS |

## 111 - AVOIDANCE ACTION LITIGATION

| | | | | |
|---|---|---|---|---|
| 01/04/17 | LFH | 111 | Review RNG comments to stipulation regarding extension of time to raise dispute with respect to RNG claims and analyze issues relating to same. | 0.50 |
| 01/09/17 | LFH | 111 | Analyze RollinsNelson discovery issues and claim issues. | 0.20 |
| 01/12/17 | LFH | 111 | Review draft second protective order regarding RNG production. | 0.70 |
| | | 111 | Analyze issues relating to RNG production and second protective order. | 0.90 |
| 01/13/17 | LFH | 111 | Confer with A. Sherman and B. Mankovetskiy regarding RNG protective order issues. | 0.20 |
| 01/23/17 | LFH | 111 | Analyze stipulated protective order issues. | 0.40 |
| 01/25/17 | LFH | 111 | Revise proposed RNG protective order and correspond with counsel to RNG regarding same. | 1.10 |
| | | 111 | Review and analyze comments to proposed protective order with RNG. | 0.70 |
| 01/30/17 | LFH | 111 | Correspondence with counsel to RNG regarding proposed protective order. | 0.30 |
| | | 111 | Analyze issues relating to RNG protective order and confer with B. Mankovetskiy regarding same. | 0.80 |
| | | 111 | Confer with B. Mankovetskiy regarding RNG protective order issues. | 0.20 |
| | | 111 | Revise RNG second protective order. | 0.60 |
| 01/31/17 | LFH | 111 | Revise RNG protective order. | 1.30 |
| | | 111 | Call with G. Torrell regarding RNG protective order issues. | 0.20 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 5 |
| Inv# | | 1695255 |
| Date | | 02/15/17 |
| 08650096.000002 | - AHS | |

| | | | |
|---|---|---|---|
| 111 | Confer with B. Mankovestkiy regarding RNG protective order issues. | 0.30 | |
| 111 | Correspond with counsel to RNG regarding protective order issues. | 0.40 | |
| | **TASK TOTAL 111** | **8.80** | **3,080.00** |
| | **TOTAL FEES at Discounted Rate** | **27.10** | **$11,667.50** |
| | **TOTAL FEES at Blended Rate of $450** | **27.10** | **$12,195.00** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 102 | Asset Disposition | 0.40 | 210.00 |
| 104 | Case Administration | 2.10 | 972.50 |
| 105 | Claims Administration and Objections | 12.80 | 6,285.00 |
| 109 | Financing | 0.40 | 210.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 2.60 | 910.00 |
| 111 | Avoidance Action Litigation | 8.80 | 3,080.00 |
| | **TOTAL FEES at Discounted Rate** | **27.10** | **$11,667.50** |
| | **TOTAL FEES at Blended Rate of $450** | **27.10** | **$12,195.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1695255 |
| Date | 02/15/17 |
| 08650096.000002 | - AHS |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| LFH | Lucas F. Hammonds | $350.00 | 11.60 | 4,060.00 |
| BM | Boris Mankovetskiy | $475.00 | 10.60 | 5,035.00 |
| AHS | Andrew H. Sherman | $525.00 | 4.90 | 2,572.50 |
| | **TOTAL FEES at Discounted Rate** | | **27.10** | **$11,667.50** |
| | **TOTAL FEES at Blended Rate of $450** | | **27.10** | **$12,195.00** |
| | **TOTAL THIS INVOICE*** | | | **$12,195.00** |

\*Total includes fees at ***Blended Rate***.  Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$42,572.50**) and combined fees at *Blended Rate* of $450 (**$41,175.00**) applies.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): SILLS CUMMIS & GROSS PC**'S
MONTHLY FEE APPLICATION FOR ALLOWANCE   AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017** will
be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
February 27, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the
email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On February 27, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to
the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 27, 2017, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes
a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after
the document is filed.

Hon. Ernest M. Robles (via Overnight Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2017 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd)**:

- Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com

- Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com

- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net

- Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

- Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com

- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com

- W. Jeffery Fulton    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com

- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com

- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

- Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu

- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com

- David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com

- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com

- Eve H Karasik    ehk@lnbyb.com

- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com

- Michael D Kibler    Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com

- Gary E Klausner    gek@lnbyb.com

- Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com

- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com

- Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov

- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov

- Wendy A Loo    wendy.loo@lacity.org

- Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com

- Howard N Madris    hmadris@madrislaw.com

- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com

- Boris I Mankovetskiy    bmankovetskiy@sillscummis.com

- Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com

- Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com, jennifer.wall@dentons.com,andy.jinnah@dentons.com
- Benjamin Nachimson    ben.nachimson@wgclawyers.com, ben.nachimson@wgclawyers.com
- Steven G Polard    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
- Andrew H Sherman    asherman@sillscummis.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Wayne R Terry    wterry@hemar-rousso.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Hatty K Yip    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- Matthew Zandi    asayle@kbrlaw.com

**2.SERVED BY UNITED STATES MAIL (cont'd)**:

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley PC
707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Bruce M Bunch
Law Offices of Bruce Bunch
200 N Westlake Blvd Ste 204
Westlake Village, CA 91362

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

353771-1

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**