Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Special Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

-and-

Andrew H. Sherman (pro hac vice)
asherman@sillscummis.com
Boris I. Mankovetskiy (pro hac vice)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facximile: (973) 643-6500
Co-Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1

1. Bienert, Miller & Katzman, PLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period January 1, 2017 through January 31, 2017 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, the Firm respectfully represents as follows:

2. The Firm is special counsel to the Committee. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3. The Firm billed a total of $6,191.57 in fees and expenses during the Application Period. The total fees represent 12.3 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 01/01/17 – 01/31/17 | $6,082.50[1] | $109.07 | $6,191.57 |

4. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $4,975.07 at this time. This total is comprised as follows: $4,866.00 (80% of the fees for services rendered) plus $109.07 (100% of the expenses incurred). **To the extent that the combined fees of the Firm and Sills Cummis & Gross P.C. (the collective co-counsel to the Committee) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

//

//

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." *See* Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($6,082.50) are less than the Firm's fees calculated at the blended rate of $500 ($500 x 12.3 hours = $6,150.00). Accordingly, for purposes of the Application, the Firm is not applying the blended rate.

5. For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 09/01/16 – 09/30/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 10/01/16 – 10/31/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 11/01/16 – 11/30/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 12/01/16 – 12/31/16 | $0.00 (but see below) | No amounts paid (but see below) |
| **Total Paid to the Firm to Date** | $3,300.00 | In December 2016, the Debtor allocated $150,000 to be paid toward the estate professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures. The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding. Of this amount, $50,000 was disbursed to the Committee's counsel, which was then distributed pro-rata between the Committee's retained professionals; as a result, the Firm has received payment of $3,300 toward its outstanding fees and costs previously submitted pursuant to the Court approved interim fee procedures. |

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $1,685.76 | Fees and expenses set forth in application filed September 26, 2016 [Doc. 418] |
| 09/01/16 – 09/30/16 | $6,585.17 | Fees and expenses set forth in application filed October 25, 2016 [Doc. 477] |
| 10/01/16 – 10/31/16 | $19,214.15 | Fees and expenses set forth in application filed November 22, 2016 [Doc. 545] |
| 11/01/16 – 11/30/16 | $6,079.91 | Fees and expenses set forth in application filed December 27, 2016 [Doc. 589] |
| 12/01/16 – 12/31/16 | $3,514.82 | Fees and expenses set forth in application filed January 25, 2017 [Doc. 645] |
| **Total Owed to the Firm to Date** | $33,779.81 | Total owed takes into account the $3,300 received by the Firm as set forth above. |

7. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for

3

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017

Case 2:16-bk-17463-ER    Doc 672    Filed 02/27/17    Entered 02/27/17 20:13:01    Desc
Main Document    Page 4 of 19

each such professional. Attached. as **Exhibit B** to this Application is the detailed time and expense statements for the Application Period by category. Attached as **Exhibit C** to this Application is the Firm's January 2017 billing statement.

8. The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case. The Application was mailed by first class mail, postage prepaid, on or about February 27, 2017. Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about February 27, 2017.

9. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee* Procedures.

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017

| | |
|---|---|
| Dated: February 27, 2017 | BIENERT, MILLER & KATZMAN, PLC<br>By:  /s/ Anthony R. Bisconti<br>      Steven Jay Katzman<br>      Anthony R. Bisconti<br>      Co-Counsel to the Official Committee<br>      of Unsecured Creditors of Gardens Regional<br>      Hospital and Medical Center |
| Dated: February 27, 2017 | SILLS CUMMIS & GROSS P.C.<br>By:  /s/ Andrew H. Sherman<br>      Andrew H. Sherman<br>      Boris I. Mankovetskiy<br>      Co-Counsel to the Official Committee<br>      of Unsecured Creditors of Gardens Regional<br>      Hospital and Medical Center |

374892-1

# Exhibit A

## BIENERT, MILLER & KATZMAN, PLC'S PROFESSIONALS

| **Professional** | **Title** | **Rate** |
|---|---|---|
| Steven Jay Katzman | Partner | $725 |
| Anthony R. Bisconti | Associate | $450 |
| Carolyn K. Howland | Paralegal | $200 |

# Exhibit B

TIME AND EXPENSE STATEMENT

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Motion Hearings | AJ103 | 3.8 | $2,755.00 | $0.00 |
| Administration | B100 | 0.1 | $45.00 | $0.00 |
| Case Administration | B110 | 1.2 | $540.00 | $0.00 |
| Asset Disposition | B130 | 0.2 | $90.00 | $0.00 |
| Relief from Stay/Adequate Protection Proceedings | B140 | 0.4 | $180.00 | $0.00 |
| Fee/Employment Applications | B160 | 0.3 | $135.00 | $0.00 |
| Claims Administration and Objections | B310 | 1.1 | $495.00 | $0.00 |
| Case Assessment, Development and Administration | L100 | 1.1 | $220.00 | $109.07 |
| Pleadings | L210 | 1.1 | $220.00 | $0.00 |
| Other Written Motions and Submissions | L250 | 1 | $200.00 | $0.00 |
| Discovery | L300 | 0.9 | $405.00 | $0.00 |
| Written Motions and Submissions | L430 | 0.7 | $507.50 | $0.00 |
| Regulatory Reviews | P270 | 0.4 | $290.00 | $0.00 |
| **TOTAL** | | **12.3** | **$6,082.50** | **$109.07** |

# Exhibit C

# BIENERT, MILLER & KATZMAN, PLC
## ATTORNEYS AT LAW

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

Statement Date: January 31, 2017
Statement No.: 38667

Page: 1

Account No. 31615.001000

RE:
Special Counsel to Cred. Comm.

**ANY PAYMENTS APPLIED AFTER 01/31/2017
MAY NOT BE <u>INCLUDED</u> ON THIS STATEMENT**

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | Previous Balance | | $37,259.81 |
| | | | | **Fees** | | |
| 01/03/2017 | TRB | B130 | A104 | Review update re status of sale | 0.10 | 45.00 |
| 01/04/2017 | TRB | L300 | A108 | Review communications with secured creditor counsel re joint stipulation with secured creditor re FRBP 2004 examination and production | 0.10 | 45.00 |
| 01/08/2017 | TRB | L300 | A108 | Review email from counsel for secured creditor re proposed discovery stipulation | 0.10 | 45.00 |
| | TRB | B310 | A107 | Confer with co-counsel re extension of deadline to dispute claims of secured creditor | 0.10 | 45.00 |
| 01/09/2017 | SJK | P270 | A107 | Review requirements for sealing in CD Cal for Protective Order, confer with co-counsel re same | 0.40 | 290.00 |
| | TRB | L300 | A104 | Review email from secured creditor's counsel re proposed FRBP 2004 stipulation and modified protective order; research FRBP, local rules, and court manual for filing under seal | 0.30 | 135.00 |
| 01/11/2017 | CH | L250 | A103 | Draft Notice of Lodgment; finalize and file Second Stipulation Extending Deadline for Committee of Unsecured Creditors to Submit Disputes to Claim of RollinsNelson Grp, LLC. Notice of lodgment and proposed order | 1.00 | 200.00 |
| | TRB | B110 | A104 | Review correspondence from AG office refusing to reconsider decision and email re potential consequences for Debtor | 0.10 | 45.00 |
| | TRB | L300 | A107 | Review email from secured creditor's counsel re amended protective order | 0.10 | 45.00 |
| | TRB | B310 | A103 | Draft proposed order on second stipulation with Rollins Nelson | 0.20 | 90.00 |

Case 2:16-bk-17463-ER   Doc 672   Filed 02/27/17   Entered 02/27/17 20:13:01   Desc
Main Document   Page 12 of 19

Gardens Regional Hospital                                                    Statement Date: 01/31/2017
Account No.  31615.001000                                                    Statement No. 38667
RE:  Special Counsel to Cred. Comm.                                                      Page No.        2

|            |     |       |      |                                                                                                                                                  | Hours |        |
|------------|-----|-------|------|--------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01/12/2017 | TRB | B310  | A104 | Review/analyze order approving stipulation extending time for Committee to object to RNG Claim                                                   | 0.10  | 45.00  |
|            | TRB | B310  | A108 | Review email from counsel for secured creditor re extension of dispute deadline                                                                  | 0.10  | 45.00  |
| 01/16/2017 | TRB | B130  | A104 | Review email from purchaser re termination of APA                                                                                                | 0.10  | 45.00  |
| 01/17/2017 | TRB | B110  | A104 | Review/analyze emergency motion to close hospital and supporting evidence                                                                        | 0.30  | 135.00 |
|            | TRB | B110  | A104 | Review/analyze notice of lodgment of proposed order on emergency motion to close the hospital                                                    | 0.10  | 45.00  |
|            | TRB | B110  | A107 | Communications with co-counsel re hospital closure                                                                                               | 0.20  | 90.00  |
| 01/18/2017 | SJK | L430  | A104 | Review motion for use of property, closure of hospital and strategy re impact of same on case                                                    | 0.70  | 507.50 |
|            | TRB | B110  | A107 | Strategize re attendance at hearing on emergency motion to close hospital                                                                        | 0.20  | 90.00  |
|            | TRB | B110  | A104 | Review/analyze order setting hearing on Debtor's emergency motion                                                                                | 0.10  | 45.00  |
| 01/19/2017 | SJK | AJ103 | A202 | Travel to/from and attend emergency hearing to close hospital                                                                                    | 3.80  | 2,755.00 |
|            | TRB | B140  | A104 | Review/analyze application for OST re MFRS                                                                                                       | 0.10  | 45.00  |
|            | TRB | B110  | A104 | Review tentative ruling on motion to close hospital                                                                                              | 0.10  | 45.00  |
|            | TRB | B110  | A104 | Review/analyze declaration of Joan Lee in opposition to motion to close hospital                                                                 | 0.10  | 45.00  |
| 01/20/2017 | TRB | B140  | A104 | Review/analyze order granting MFRS                                                                                                               | 0.10  | 45.00  |
|            | TRB | B140  | A104 | Review/analyze declaration of service re MFRS order and notice of lodgment re same                                                               | 0.10  | 45.00  |
|            | TRB | B310  | A107 | Multiple communications with co-counsel re submission of dispute of purported secured creditor lien                                              | 0.20  | 90.00  |
| 01/23/2017 | CH  | L100  | A103 | Draft fee application for application period December 1, 2016 through December 31, 2016                                                          | 1.10  | 220.00 |
| 01/24/2017 | TRB | L300  | A104 | Review/analyze revised stipulated protective order re production of documents from alleged secured creditor                                      | 0.20  | 90.00  |
| 01/25/2017 | TRB | B160  | A103 | Finalize and file fee applications [no charge]                                                                                                   | 0.80  | n/c    |
|            | TRB | B140  | A104 | Review/analyze order granting motion for relief from stay                                                                                        | 0.10  | 45.00  |
|            | TRB | B160  | A104 | Review/analyze fee application of debtor's counsel                                                                                               | 0.10  | 45.00  |
|            | TRB | B160  | A107 | Draft email to co-counsel re fee application                                                                                                     | 0.10  | 45.00  |
| 01/26/2017 | CH  | L210  | A207 | Draft notice of lodgment (0.3); finalize and file third stipulation extending deadline, notice of lodgment and proposed order (0.4); prepare copies of the same for service (0.4) | 1.10  | 220.00 |
|            | TRB | B310  | A103 | Finalize and execute stipulation re dispute of secured creditor claim (.1); draft/revise proposed order re same (.2)                             | 0.30  | 135.00 |
|            | TRB | B100  | A108 | Review/analyze email from OUST re stipulation to increase PCO budget                                                                             | 0.10  | 45.00  |

Gardens Regional Hospital  
Account No.   31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date: 01/31/2017  
Statement No. 38667  
Page No.    3

| Date | TK | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/27/2017 | TRB | B310 | A104 | Review/analyze order approving stipulation extending deadline to dispute Roxbury/Sycamore claim | 0.10 | 45.00 |
|  | TRB | B160 | A104 | Review/analyze notice of fee applications | 0.10 | 45.00 |
| 01/30/2017 | TRB | L300 | A108 | Review email from secured creditor's counsel re stipulated protective order | 0.10 | 45.00 |

For Current Services Rendered         12.30    6,082.50  
Total Non-billable Hours         0.80

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Steven J. Katzman | 4.90 | $725.00 | $3,552.50 |
| Tony Bisconti | 4.20 | 450.00 | 1,890.00 |
| Carolyn Howland | 3.20 | 200.00 | 640.00 |

### Expenses

| Date |  | Code | Exp | Description | Amount |
|---|---|---|---|---|---|
| 01/12/2017 |  | L100 | E107 | Delivery services/Certified mail - Fee from ASAP Legal for courtesy copy delivery to USDC in Los Angeles |  |
| 01/17/2017 |  | L100 | E107 | Delivery services/Certified mail - GSO delivery to USBK court in Los Angeles | 14.19 |
| 01/19/2017 |  | L100 | E110 | Out-of-town travel - Amtrak train ticket for SJK from San Juan Capistrano to Los Angeles and return re hearing on emergency motion to close hospital | 42.00 |
| 01/26/2017 |  | L100 | E108 | Postage | 11.19 |
| 01/26/2017 |  | L100 | E107 | FedEx delivery to Hon. Ernest Robles at USBK Court in Los Angeles, CA | 28.34 |
| 01/31/2017 |  | L100 | E103 | Word processing - service copies re stipulation | 13.35 |

Total Expenses         109.07

Total Current Work         6,191.57

### Payments

| 01/24/2017 | Payment - Gardens #38379 | -1,685.76 |
|---|---|---|
| 01/24/2017 | Payment - Gardens #38409 | -1,614.24 |

Total Payments         -3,300.00

Balance Due         $40,151.38

### Task Code Recapitulation

| Code | Description | Fees | Expenses |
|---|---|---|---|
| AJ103 | Motion Hearings | 2755.00 | 0.00 |
| AJ100 | *** Task Code Not Found *** | 2,755.00 | 0.00 |
| B100 | Administration | 45.00 | 0.00 |
| B110 | Case Administration | 540.00 | 0.00 |
| B130 | Asset Disposition | 90.00 | 0.00 |

Gardens Regional Hospital  
Account No.   31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date:  01/31/2017  
Statement No. 38667  
Page No.     4

|  |  | Fees | Expenses |
|---|---|---:|---:|
| B140 | Relief from Stay/Adequate Protection Proceedings | 180.00 | 0.00 |
| B160 | Fee/Employment Applications | 135.00 | 0.00 |
| B100 | Administration | 990.00 | 0.00 |
| B310 | Claims Administration and Objections | 495.00 | 0.00 |
| B300 | Claims and Plan | 495.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 220.00 | 109.07 |
| L100 | Case Assessment, Development and Administration | 220.00 | 109.07 |
| L210 | Pleadings | 220.00 | 0.00 |
| L250 | Other Written Motions and Submissions | 200.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 420.00 | 0.00 |
| L300 | Discovery | 405.00 | 0.00 |
| L300 | Discovery | 405.00 | 0.00 |
| L430 | Written Motions and Submissions | 507.50 | 0.00 |
| L400 | Trial Preparation and Trial | 507.50 | 0.00 |
| P270 | Regulatory Reviews | 290.00 | 0.00 |
| P200 | Fact Gathering/Due Diligence | 290.00 | 0.00 |

**BIENERT, MILLER & KATZMAN, PLC**

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

**Please include this page with your remittance.**

**ANY PAYMENTS APPLIED AFTER  01/31/2017**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 31615-001000 Special Counsel to Cred. Comm. | | | | | |
| 37,259.81 | 6,082.50 | 109.07 | 0.00 | -3,300.00 | $40,151.38 |

www.bmkattorneys.com

Please Charge $_____ on the following:

☐ Visa    ☐ MasterCard    ☐ Discover    ☐ American Express

Name on Card: _____

Address on Card: _____

Card Number | Exp. Date (required)

Card Holder Signature | Security Code

Amount Remitted: _____
Check No.: _____
Statement Date:   01/31/2017
Account No.   31615.001000

INTEREST CHARGED ON UNPAID BALANCE AFTER THIRTY DAYS - 1% PER MONTH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 27, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On February 27, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 27, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (via Overnight Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2017 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd)**:

- Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
- Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- W. Jeffery Fulton    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Eve H Karasik    ehk@lnbyb.com
- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Michael D Kibler    Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com
- Gary E Klausner    gek@lnbyb.com
- Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Wendy A Loo    wendy.loo@lacity.org
- Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
- Howard N Madris    hmadris@madrislaw.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- Boris I Mankovetskiy    bmankovetskiy@sillscummis.com
- Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com
- Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com, jennifer.wall@dentons.com,andy.jinnah@dentons.com
- Benjamin Nachimson    ben.nachimson@wgclawyers.com, ben.nachimson@wgclawyers.com
- Steven G Polard    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
- Andrew H Sherman    asherman@sillscummis.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Wayne R Terry    wterry@hemar-rousso.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Hatty K Yip    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- Matthew Zandi    asayle@kbrlaw.com

**2.SERVED BY UNITED STATES MAIL (cont'd)**:

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley PC
707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Bruce M Bunch
Law Offices of Bruce Bunch
200 N Westlake Blvd Ste 204
Westlake Village, CA 91362

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089


353771-1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**