

1  CONSTANCE R. DOYLE, LLC
   CONSTANCE DOYLE, RN, BSN, MSA
2  21509 Anza Avenue
   Torrance, California 90503
3  Telephone: (310) 357-1088
   mscno@hotmail.com
4

**FILED**

MAR - 7 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

5
                **UNITED STATES BANKRUPTCY COURT**
6                **CENTRAL DISTRICT OF CALIFORNIA**
                    **LOS ANGELES DIVISION**
7

8  In re                                )    Case No.  **2:16-bk-17463-ER**
9                                        )
                                         )    Chapter 11
10 **Gardens Regional Hospital and**     )
   **Medical Center, Inc.**              )    **FIRST AND FINAL FEE APPLICATION**
11                                       )    **BY CONSTANCE DOYLE, PATIENT**
                                         )    **CARE OMBUDSMAN, FOR**
12                                       )    **ALLOWANCE OF FEES AND**
                                         )    **REIMBURSEMENT OF COSTS**
13                                       )
                                         )
14                          Debtor.      )    **Date:** May 3, 2017
                                         )    **Time:** 10 am
15                                       )    **Place:** 255 E. Temple Street
                                         )           Courtroom 1568
16 _____ )           Los Angeles, CA 90012
                                         )
17

18

19       Constance Doyle ("Doyle"), submits this First and Final Fee Application for Allowance

20 and Payment of Professional Fees as Patient Care Ombudsman ("Application").

21                                    **I.**

22                            **INTRODUCTION**

23 In accordance with Bankruptcy Code sections 330 and 331, Federal Rules of Bankruptcy

24 Procedure 2002(a)(6) and 2016, Local Bankruptcy Rule 2016-1, The United States Trustee

25 Guidelines, Doyle applies to this Court for an order approving the compensation incurred as

26 Patient Care Ombudsman during the period from October 27, 2017 through March 3, 2017,

27 (the "Application Period").

                                    1
28

During the Fee period, the professional fees and expenses for services provided by Doyle totaled **$42,250.00.** Doyle has received interim payments totaling **$22,425.00.** Doyle hereby requests the Court enter an order approving the compensation and reimbursement of fees and expenses in the amount of **$42,250.00 total with $19,825 owing.**

## SPECIAL REQUEST/SPECIAL CIRCUMSTANCES

Doyle spent **22.75** hours in November 2016 and **26.3** hours in December 2016 performing the PCO duties at Gardens Regional Hospital and Medical Center, under the "operations" category.

Subsequently, special circumstances occurred because of the pending sale, decrease in operations, staff changes, even in Administration, daily surveys by the Department of Public Health Services (DPHS), requiring an increase in observation and review of patient care during the month of January through February 2, 2017 when the facility closed. Doyle spent **40.8 hours** in operations for the month of January causing her to exceed the $12,500 monthly fee cap. She then held the excess amount for her February 1, 2017 Fee Statement that included another **3** hours of operations and the holdover from January for a total in February of $6710.

Doyle respectfully requests that the total fees and costs for January ($12,500) and February ($6710) be granted as part of this Final Fee Application. (List of Services attached below) Exhibit A

## BACKGROUND INFORMATION

1.    On June 6, 2016 ("Petition Date") Gardens Regional Hospital and Medical Center Inc. (GRHMC)("Debtor") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Debtor was operating a 137-bedded acute care hospital as debtor and debtor in possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

2.    Pursuant to an order dated October 26, 2016 ("appointment order"), a notice of

1    appointment dated October 27, 2017 ("appointment notice"), and in accordance with 11 u.s.c. §

2    333, Doyle was appointed to be employed as Patient Care Ombudsman.  Doyle has provided

3    services necessary and proper under the circumstances to report to the court pursuant to § 333

4    regarding the quality of patient care.  Doyle has rendered all services and has incurred all the

5    professional fees for which she seeks reimbursement in connection with her representation of

6    the patients of the agency in operation by debtor.  A copy of the appointment order is attached

7    as **EXHIBIT C** to the declaration of Constance Doyle ("Doyle Declaration").

8        3.      Doyle's services were necessary under the circumstances to compose the patient

9    care reports for the court as required by § 333.  Doyle's services have included interviews of

10   patients and families; discussions with Administration and Physicians, analysis and review of

11   documents including medical records, exam reports, regulatory status reports; analysis and

12   review of protocols;  meetings and interviews with staff including onsite visits, review of

13   staffing and interaction with DPHS; travel to and from the hospital; analysis of data gathered

14   from on-site interviews and document review; composition of an extensive report In re patient

15   care to the court regarding the quality of care received by the patients of the debtor pursuant to

16   §333.

17       4.      In accordance with § 333, Doyle composed and submitted three reports of

18   Patient Care Ombudsman between October 26, 2017 and February 2, 2017 to apprise the court

19   of the quality of care given to the patients of the debtor.  The first report of Patient Care

20

21

22

23

24

25

26

27

28                                          3

1   Ombudsman pursuant to 11 u.s.c. §333(b) (2) was filed with the court on December 1, 2016.

2   All subsequent reports were submitted February 1, 2017 and again a Final Report on February

3   2, 2017.

4       No agreement or understanding has been made by Doyle either directly or indirectly for

5   a division of fees requested in this application with any other person or party. Doyle has not

6   entered into any agreement, written or oral, express or implied, with any other party or party in

7   interest in the above entitled case for the purpose of fixing the amount of any fees or

8   compensation to be paid to Doyle except as set forth herein.

9

10   **II.**

11   **SUMMARY OF FEES**

12   The following summarizes the monthly fees and expenses incurred by Doyle and the payments

13   received from the Debtor during the First and Final Application Period:

| Month | Fees and Expenses | Payment Received | Balance Owed |
|---|---|---|---|
| November 2016 | $10,770 | $10,770 | 0 |
| December 2016 | $11,655 | $11,655 | 0 |
| January 2017 | $12,500 | $0 | $12,500 |
| February 2017 | $6710 | $0 | $6710 |
| March 2017 | $615 | $0 | $615 |
| **Totals:** | **$42,250** | **$22,425** | **$19,825** |

**III.**

**NARRATIVE OF SERVICES**

Doyle was appointed and authorized by the Court as Patient Care Ombudsman to

monitor the quality of patient care provided by the Debtor. The services that Doyle has

provided were necessary and proper under the circumstances to report to the Court pursuant to

§ 333 regarding the quality of patient care. Doyle's services included patient observation,

analysis and thorough review of documents including medical records; analysis and review of

4

protocols; meetings and interviews with the primary facility CEO, the Chief Nursing Officer, nurses, technicians and office and clinical personnel; travel to and from the facility; analysis of data gathered from on-site interviews/observation and document review; and draft Reports of Patient Care to the Court regarding the quality of care received by the patients of the Debtor.

In accordance with § 333, Doyle has prepared three Reports of Patient Care Ombudsman to apprise the Court of the quality of care given to the patients of the Debtor.

The billing statements attached to the Doyle Declaration as **Exhibit A** contain detailed descriptions of the specific services provided by Doyle. The following is a category-specific summary of those services rendered during the Fee Period:

(a)    **Asset Disposition:**  Services provided in this category by Doyle during the Fee Period include (i) compilation of data gathered from patient observations, interviews, research, review of documents, (ii) preparation of detailed reports to the Court pursuant to §333;  (iii) preparation of other court filings, including Fee Statements and Fee Applications. Doyle expended:

**37.5 hours**

**$9375**

(b)    **Operations:**  Services provided in this category by Doyle include meetings with personnel, tour premises, review of medical records and government reports, patient interviews, review health and safety data, and review medication records. Doyle expended:

**92.85 hours**

**$23212.50**

(c)    **Meeting with Debtor:**  Included in Operations

(d)    **Travel:**  Services provided in this category by Doyle include travel to and from facility, meetings and review for first-hand observations and analysis required for composition of the reports pursuant to §333.

Doyle expended:

**37.55 hours**

**$9387.50**

## IV.

## BIOGRAPHICAL INFORMATION

In accordance with Local Bankruptcy Rule 2016-1, Debtors Attorney and/or the United States Trustee is in possession of the Curriculum Vitae and able to offer the following:

Constance Doyle received her M.S. Administration from California State University, Dominguez Hills. Doyle has expertise in health care administration with greater than 45 years of experience. Doyle's *curriculum vitae* is attached as **Exhibit B** to the Doyle Declaration.

## V.

## COSTS

Doyle has billed her costs and her travel expenses as provided in Exhibit A to the Doyle Declaration.

## VI.

## CONCLUSION

During the Fee Period, Doyle has performed a variety of services in relation to the duties required in ascertaining the standard of care is being met. Doyle contends and represents that services performed to date have been beneficial to the patients and the Debtor, and those fees of $42,250.00 for the period of October 27, 2016 through March 3, 2017 are fair, reasonable, and necessary. The services rendered were necessary and proper in the composition of the Reports to the Court providing analysis of patient care pursuant to section §333.

WHEREFORE, Doyle prays that this Court issue its order:

(a)    Approving the compensation and reimbursement of expenses to Doyle in connection with her services as Patient Care Ombudsman to the patients of the Debtor as follows:

Fees:   $41975.00

1  Costs: $275.00

2  Total: $42,250.00

3  (b)    Authorizing Debtor to pay the balance owing of $19,825  and

4  (c)    Granting such other and further relief as the Court deems just and proper.

5

6

7  Dated: March 3, 2017                    By: /s/Constance Doyle

                                               Constance Doyle, PCO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      7

## DECLARATION OF CONSTANCE DOYLE

I, Constance Doyle, declare and state:

1.    I am the patient care ombudsman appointed by the U.S. Trustee as directed by the Court in this matter.

2.    This declaration is submitted in support of The First and Final Fee Application of Constance Doyle for Allowance and Payment of Professional Fees for the Period of October 27, 2016 through March 3, 2017 ("Application").

3.    The facts set forth in this Application are, except where otherwise indicated, true of my own personal knowledge or from my review of my files and records.

4.    Attached to this Declaration as Exhibit A is a true and correct copy of my billing statements/list of services which detail services that I performed as Patient Care Ombudsman in this matter for the period of October 27, 2016 through march 3, 2017.

5.    Attached to this Declaration is Exhibit B is a true and correct copy of my *curriculum vitae.*

6.    Attached to this Declaration as Exhibit C is a true and correct copy of the Order Directing U.S. Trustee to Appoint Health Care Ombudsman, Patient Care Ombudsman, dated October 26, 2017 and the Notice of October 27, 2017 (the "Notice of Appointment").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, is of my own personal knowledge, and if called upon as a witness I could and would testify competently with respect thereto.

Executed on March 3, 2017 in Torrance, California

_____
/s/ Constance Doyle
CONSTANCE DOYLE

8

# EXHIBIT A

Date: December 1, 2016

RE: Constance R Doyle, LLC Patient Care Ombudsman  EIN Number 27-0313526

## Statement of Professional Services Rendered October-November 2016

For: Gardens Regional Hospital and Medical Center, Inc.    Case number: **2:16-bk-17463-ER**

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Asset Disposition/Case Administration** | | | | |
| 10/25/16 CRD | Preparation of Disinterest Statement | .8 | 250 | 200 |
| 10/28/16 CRD | Set up report and statement format | 1. | 250 | 250 |
| 10/29/16 CRD | Prepare Acceptance of Appointment | .2 | 250 | 50 |
| 10/31/16 CRD | Phone conversation with Compliance Officer | .25 | 250 | 62 |
| 11/04/16 CRD | Conference call: CEO, Compliance Officer. CNO | .75 | 250 | 187 |
| 11/09/16 CRD | Input for Report and Fee Statement | 3 | 250 | 750 |
| 11/10/16 CRD | Input for Report and Fee Statement | 2 | 250 | 500 |
| 11/15/16 CRD | Input for Report and Fee Statement | 2 | 250 | 500 |
| 11/16/16 CRD | Input for Report and Fee Statement | 1.5 | 250 | 325 |
| 11/28/16 CRD | Input for Report and Fee Statement | 1 | 150 | 250 |
| | | | | |
| **Operations** | | | | |
| 11//08/16 CRD | Visit Gardens Regional for review | 5 | 250 | 1250 |
| 11/10/16 CRD | Visit Gardens Regional for review | 5 | 250 | 1250 |
| 11/15/16 CRD | Visit Gardens Regional for review | 3 | 250 | 750 |
| 11/16/16 CRD | Visit Gardens Regional for review | 5.75 | 250 | 1437 |
| 11/28/16 CRD | Visit Gardens Regional for review | 4 | 250 | 1000 |
| | | | | |
| **Cost** | Pacer fees for review of Court docs, USPS | | | 45 |
| | | | | |
| **Travel** | | | | |
| 11/08/16 CRD | To and from Gardens Regional Hospital for review | 1.75 | 250 | 437.50 |
| 11/10/16 CRD | To and from Gardens Regional Hospital for review | 1.50 | 250 | 375 |
| 11/15/16 CRD | To and from Gardens Regional Hospital for review | 1.6 | 250 | 400 |
| 1116/16 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |
| 11/28/16 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 37 |

| Expense/Cost | Amount |
|---|---|
| Summary: | |
| Total Professional Services | $10,725 |
| Cost | $45.00 |
| **Total Balance now due for Oct-Nov 2016** | **$10,770** |
| **CAP = $12,500 per month = No adjustment** | |

### Task Summary

| | Hours | Amount |
|---|---|---|
| Asset Disposition | 12.3 | $3075 |
| Operations | 22.75 | $5687.50 |

| | | | |
|---|---|---|---|
| Travel | | 7.85 | $1962.50 |
| Expense/Cost | | | $45 |

Date: January 1, 2017

RE: Constance R Doyle, LLC Patient Care Ombudsman   EIN Number 27-0313526

## Statement of Professional Services Rendered December 2016

For:  Gardens Regional Hospital and Medical center, Inc.    Case number:  **2:16-bk-17463-ER**

| | | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| **Asset Disposition/Case Administration** | | | | |
| 12/01/16 CRD | Set up report and statement | .6 | 250 | 150 |
| 12/01/16 CRD | Input for Report and Fee Statement | 1.3 | 250 | 325 |
| 12/06/16 CRD | Input for Report and Fee Statement | 1 | 250 | 250 |
| 12/08/16 CRD | Input for Report and Fee Statement | 2 | 250 | 500 |
| 12/12/16 CRD | Input for Report and Fee Statement | 1.5 | 250 | 325 |
| 12/14/16 CRD | Input for Report and Fee Statement | 1 | 250 | 250 |
| 12/21/16 CRD | Input for Report and Fee Statement | .8 | 250 | 200 |
| 12/27/16 CRD | Input for Report and Fee Statement | .8 | 250 | 200 |
| | | | | |
| **Operations** | | | | |
| 12/01/16 CRD | Visit Gardens Regional for review | 3 | 250 | 750 |
| 12/06/16 CRD | Visit Gardens Regional for review | 3.3 | 250 | 825 |
| 12/08/16 CRD | Visit Gardens Regional for review | 3.5 | 250 | 875 |
| 12/12/16 CRD | Visit Gardens Regional for review | 4.6 | 250 | 1150 |
| 12/14/16 CRD | Visit Gardens Regional for review | 4.9 | 250 | 1225 |
| 12/21/16 CRD | Visit Gardens Regional for review | 3.5 | 250 | 875 |
| 12/27/16 CRD | Visit Gardens Regional for review | 3.5 | 250 | 875 |
| **Cost** | Pacer fees for review of Court docs, USPS | | | 55 |
| | | | | |
| **Travel** | | | | |
| 12/01/16 CRD | To and from Gardens Regional Hospital for review | 1.6 | 250 | 400 |
| 12/06/16 CRD | To and from Gardens Regional Hospital for review | 1.7 | 250 | 425 |
| 12/08/16 CRD | To and from Gardens Regional Hospital for review | 1.6 | 250 | 400 |
| 12/12/16 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |
| 12/14/16 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |
| 12/21/16 CRD | To and from Gardens Regional Hospital for review | 1.7 | 250 | 425 |
| 12/27/16 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 37 |

| Expense/Cost | Amount |
|---|---|

**Summary:**

| | |
|---|---|
| Total Professional Services | $11,600 |
| Cost | $55.00 |
| **Total Balance now due for December 2016** | **$11,655** |
| **CAP = $12,500 per month = No adjustment** | |

### Task Summary

| | Hours | Amount |
|---|---|---|
| Asset Disposition | 9 | $2250 |
| Operations | 26.3 | $6575 |
| Travel | 11.1 | $2775 |

Date: February 1, 2017

RE: Constance R Doyle, LLC Patient Care Ombudsman  EIN Number 27-0313526

**Statement of Professional Services Rendered January 2017**

For:  Gardens Regional Hospital and Medical center, Inc.    Case number:  **2:16-bk-17463-ER**

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Asset Disposition/Case Administration** | | | | |
| 01/05/17 CRD | Set up report and statement | .4 | 250 | 100 |
| 01/05/17 CRD | Input for Report and Fee Statement | 1.4 | 250 | 350 |
| 01/10/16 CRD | Input for Report and Fee Statement | 1.5 | 250 | 375 |
| 01/11/17 CRD | Telephone status review with US Trustee | .5 | 250 | 125 |
| | Trial Attorney In re GRHMC | | | |
| 01/12/17 CRD | Input for Report and Fee Statement | 1.3 | 250 | 325 |
| 01/16/17 CRD | Input for Report and Fee Statement | 1 | 250 | 250 |
| 01/18/17 CRD | Telephone status review with US Trustee | .5 | 250 | 125 |
| | Trial Attorney In re GRHMC | | | |
| 01/18/17 CRD | Input for Report and Fee Statement | .8 | 250 | 200 |
| 01/19/17 CRD | Input for Report and Fee Statement | .6 | 250 | 150 |
| 01/20-22/17 CRD | Phone conversation with CEO 01/20/1 | | | |
| | And with Supervisors 01/21-22/17 on status | .8 | 250 | 200 |
| 01/23/17 CRD | Input for Report and Fee Statement | 1 | 250 | 250 |
| 01/24/17 CRD | Input for Report and Fee Statement | .7 | 250 | 175 |
| 01/25/17 CRD | Input for Report and Fee Statement | .4 | 250 | 100 |
| 01/30/17 CRD | Input for Report and Fee Statement | .5 | 250 | 125 |
| | 01/26-30/17 via phone plus visit on 01/30/17 | | | |
| 01/31/17 CRD | Input for Report and Fee Statement | .4 | 250 | 100 |
| | | | | |
| **Operations** | | | | |
| 01/05/17 CRD | Visit Gardens Regional for review | 4.5 | 250 | 1125 |
| 01/10/16 CRD | Visit Gardens Regional for review | 4.5 | 250 | 1125 |
| 01/12/17 CRD | Visit Gardens Regional for review | 4.3 | 250 | 1075 |
| 01/16/17 CRD | Visit Gardens Regional for review | 3.5 | 250 | 875 |
| 01/18/17 CRD | Visit Gardens Regional for review | 5 | 250 | 1250 |
| 01/19/17 CRD | Visit Gardens Regional for review | 2.5 | 250 | 625 |
| 01/23/17 CRD | Visit Gardens Regional for review | 4 | 250 | 1000 |
| 01/24/17 CRD | Visit Gardens Regional for review | 3 | 250 | 750 |
| 01/25/17 CRD | Visit Gardens Regional for review | 3 | 250 | 750 |
| 01/30/17 CRD | Visit Gardens Regional for review | 2.5 | 250 | 625 |
| 01/31/17 CRD | Visit Gardens Regional for review | 4 | 250 | 1000 |
| | | | | |
| **Cost** | Pacer fees for review of Court docs, USPS | | | 60 |
| | | | | |
| **Travel** | | | | |
| 01/05/17 CRD | To and from Gardens Regional Hospital for review | 1.7 | 250 | 425 |
| 01/10/16 CRD | To and from Gardens Regional Hospital for review | 1.7 | 250 | 425 |
| 01/12/17 CRD | To and from Gardens Regional Hospital for review | 1.8 | 250 | 450 |

| | | | | |
|---|---|---|---|---|
| 01/16/17 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |
| 01/18/17 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |

Page 2 of statement below

Page 2 of statement

| | | | | |
|---|---|---|---|---|
| 01/19/17 CRD | To and from Gardens Regional Hospital for review | 1.7 | 250 | 425 |
| 01/23/17 CRD | To and from Gardens Regional Hospital for review | 1.4 | 250 | 350 |
| 01/24/17 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |
| 01/25/17 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |
| 01/30/17 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |
| 01/31/17 CRD | To and from Gardens Regional Hospital for review | 1.3 | 250 | 325 |

**Expense/Cost**                                                  **Amount**

**Summary:**

| | |
|---|---|
| Total Professional Services | $17,425 |
| Cost | $60.00 |
| **TOTAL** | **$17,485** |
| CAP = $12,500 per month = Hold $4985 for Feb Billing | -4985 |
| **Total Balance now due for January 2017** | **$12,500** |

### Task Summary

| | | Hours | Amount |
|---|---|---|---|
| II. | Asset Disposition | 11.8 | $2950 |
| III. | Operations | 40.8 | $10200 |
| Travel | | 17.1 | $4275 |
| Expense/Cost | | | $60 |

Date: February 2, 2017

RE: Constance R Doyle, LLC Patient Care Ombudsman  EIN Number 27-0313526

**Statement of Professional Services Rendered January 31-February 2, 2017**

For:  Gardens Regional Hospital and Medical center, Inc.    Case number: **2:16-bk-17463-ER**

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Asset Disposition/Case Administration** | | | | |
| 02/01/17 CRD | Set up report and statement | .4 | 250 | 100 |
| 02/01/17 CRD | Input for Report and Fee Statement | .6 | 250 | 150 |
| 01/31/17 CRD and 02/01/17 CRD | Status review via phone with US Trustee Trial Attorney | 1 | 250 | 250 |
| 02/02/17 CRD | Verification of closure with HR Director | .2 | 250 | 50 |
| **Operations** | | | | |
| 01/31/17 CRD | Visit Gardens Regional for review See Fee Statement #3: January 31, 2017 for month of January | | | |
| 02/01/17 CRD | Visit Gardens Regional for review | 3 | 250 | 750 |
| **Cost** | Pacer fees for review of Court docs, USPS | | | 50 |
| **Travel** | | | | |
| 01/31/17 CRD | To and from Gardens Regional Hospital for review See Fee Statement #3: January 31, 2017 for month of January | | | |
| 02/01/17 CRD | To and from Gardens Regional Hospital for review | 1.5 | 250 | 375 |

| **Expense/Cost** | **Amount** |
|---|---|
| **Summary:** | |
| Total Professional Services | $1675 |
| Cost | $50.00 |
| Hold over from Fee Statement #3 for January 2017 | $4985 |
| **TOTAL** | **$6710** |
| CAP = $12,500 per month = No Adjustment | |
| **Total Balance now due for 01/31/-02/02/17** | **$6710** |

**Task Summary**

| | Hours | Amount |
|---|---|---|
| Asset Disposition | 2.2 | $550 |
| Operations | 3 | $750 |
| Travel | 1.5 | $375 |
| Expense/Cost | | $50 |

Date: March 3, 2017

RE: Constance R Doyle, LLC Patient Care Ombudsman   EIN Number 27-0313526

### Statement of Professional Services Rendered March 3, 2017

For:  Gardens Regional Hospital and Medical center, Inc.    Case number:  **2:16-bk-17463-ER**

|  | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|
| **Asset Disposition/Case Administration** | | | |
| 03/03/17 CRD   Set up and complete Final Fee Application   And    Complete Final Fee Notice and prepare order | 2.2 | 250 | 550 |
| **Operations** | | | |
| **Cost**     Pacer fees for review of Court docs, USPS | | | 65 |
| **Travel** | | | |

| Expense/Cost | Amount |
|---|---|
| Summary: | |
| Total Professional Services | $550.00 |
| Cost | $65.00 |
| **TOTAL** | **$615.00** |

#### Task Summary

|  | Hours | Amount |
|---|---|---|
| Asset Disposition | 2.2 | $550 |
| Operations | | |
| Travel | | |
| Expense/Cost | | $65 |

1    Exhibit B

2    **Constance R. Doyle,** RN, BSN. MSA

3    21509 Anza Avenue • Torrance, Ca  90503

4    _ Home   (310) 540-3892 _          mscno@hotmail.com        Mobile  (310 )  357-1088

5

6    ## Healthcare Executive

7    Entrepreneurial leadership—Process Improvement— Strategic Planning & Productivity

8

9    Highly accomplished Health Care Executive with over forty years' experience. Effective and

10   dedicated leader with demonstrated ability to integrate change and strategic planning into cost

11   effective quality operations that support organizational goals. Background includes achieving

12   profitability, improving processes for increased productivity and quality outcomes, reduction in

13   employee turnover, standards implementation, and multiple national and international

14   accreditations.

15   ## Core Competencies

16   • Strategic Planning         • Productivity Improvement         • Staff Development
     • Process Improvement        • Program Development              • Accomplished Speaker
17   • Consensus Building         • Risk Management                  • Acuity Application
     • Change Management          • Operations                      • Regulatory Compliance
18   • Clinical Practice          • Acute Care/Long Term Standards   • Survey Process

19   **Professional Experience**

20   UNITED STATES BANKRUPTCY COURT

21   **11/08 –present          Patient Care Ombudsman/Consultant**

     Appointed by Bankruptcy Courts to Hospitals/Clinics/Surgery Centers/Physicians' Offices/Skilled Nursing/
22   Assisted Living Facilities to:
     • Oversee quality; consult on patient care issues with staff , physicians, and management
23   • Evaluate care and processes and report to the Court all findings.
     • Personal Experience includes In and Outpatient services; acute and long term
24
     **1983- Present         •** Consultant: Medical/Legal— Nursing/Administration
25   **2012 –Present         •** Expert Witness for California Board of Nursing from 2/2012

26   MARTIN LUTHER KING/DREW MEDICAL CENTER, Los Angeles, Ca.
27   (Hired by Navigant Consulting group for County position in turn-around process)

28                                          15

7/05 – 10/06          **Clinical Director II**

- Responsible for acute adult services in this 537-bedded acute care Los Angeles County University Hospital.
- Three hundred (300) employees report upward to this position.
- Completely revamped staffing assignment and reporting system.
- Implemented new documentation system, including: Kardex, flow and assignment sheets, and report forms.
- Implemented new services for Step-down/Holding, and CNS services

AMERICAN HOSPITAL DUBAI, Dubai, United Arab Emirates

2/03 – 12/04          **Chief Nursing Officer/Director of Nursing**

- Responsible for the nursing services, Hospital Education, Infection Control and program development for this acute care 120 bedded JCIA Accredited facility on the Persian Gulf in Dubai.
- Directed all aspects of delivery of care and the setting up of new services, including Cardiac Surgery, Cardiac Cath Lab, Oncology, Dialysis and the expansion of the Critical Care area. Development of programs with staff selection was instrumental.
- Presented multiple healthcare topics throughout the Gulf countries for education and improvement of standards.
- Lead teams to successful achievement of JCIA survey process with new 2003 international standards.
- Directed expansion and reorganization of ED, ICU and build out of new Cardiac Surgery and Cardiac Cath Lab.

LINCOLN HOSPITAL MEDICAL CENTER Los Angeles, Ca.

8/99- 12/02          **COO/CNO/Administrator**

DESERT SPRINGS HOSPITAL MEDICAL CENTER, Las Vegas, NV
9/98- 7/99          **Chief Nursing Executive**

UNIVERSITY OF MISSOURI
MISSOURI REHABILITATION CENTER,: Mount Vernon, MO.
2/97-9/98          **Associate Hospital Director, Patient Care Services**

CONSULTANT: Los Angeles, Ca.
6/96-2/97          **Consultant (Medical/Legal) and Student in Doctoral Program**

MIDWAY HOSPITAL MEDICAL CENTER: Los Angeles, Ca
9/93 - 6/96          **Associate Administrator, Patient Care Services / CNO**

KAISER FOUNDATION Hospital: Harbor City, Ca.
12/88-9/93          **Director of Nursing, Critical Care and Med / Surg**

Supervisory and Clinical nursing positions: USA and United Arab Emirates
6/74-11/88          **Critical Care Nurse (CCRN), Assistant DON specialty units, as well as Critical Care Director 5 years Orthopedic Hospital, Los Angeles**

16

**Education**

| | |
|---|---|
| EdD Student 1994-1995 | Pepperdine University, Culver City, Ca. |
| MS Administration 1984 | California State University, Dominguez Hills, Ca |
| BS Nursing 1980 | New York State University, Regents, Albany, NY |
| AA Nursing 1974( LVN) and 1976 (RN) | El Camino College, Torrance, Ca |

*Specialized Education / Credentials/Affiliations*
- Juran TQM Training   • CCRN 1980-1995   • Association of California Nurse Leaders (ACNL)
- New York Regents Alumni Association   • Pepperdine University Student/Alumni

**Presentations/Chairman 2003-2016**
- Presentation: Survey requirements, Phlebotomy College, Sacramento
- Presentation: Patient Care Ombudsman, US Trustees/DOJ, Los Angeles, CA
- Documentation and the Legal Requirements, Los Angeles, CA
- JCIA, Muscat Oman
- International Medical Care & Diagnostic Conference & Exhibition, Chairperson, UAE
- Models of Nursing, Muscat Oman
- American Nursing Scope of Practice, Royal College of Surgeons Ireland, Dubai, UAE
- Malpractice and Documentation, Emirates Nursing Association, Abu Dhabi, UAE

# EXHIBIT C

<table>
<tr><td>1</td><td>

PETER C. ANDERSON<br>
UNITED STATES TRUSTEE

</td><td rowspan="6">

**FILED & ENTERED**

**OCT 26 2016**

CLERK U.S. BANKRUPTCY COURT<br>
Central District of California<br>
BY penning   DEPUTY CLERK

</td></tr>
<tr><td>2</td><td>JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE</td></tr>
<tr><td>3</td><td>Dare Law, State Bar No. 155714<br>TRIAL ATTORNEY</td></tr>
<tr><td>4</td><td>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd, Suite 1850</td></tr>
<tr><td>5</td><td>Los Angeles, California 90017-5418<br>(213) 894-4925 telephone</td></tr>
<tr><td>6</td><td>(213) 894-2603 facsimile<br>Email: dare.law@usdoj.gov</td></tr>
</table>

7

8              UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES DIVISION

11

12  In re:                                  )   Case No.: 2:16-bk-17463 ER
                                            )
13  **GARDENS REGIONAL HOSPITAL AND** )   Chapter 11
    **MEDICAL CENTER, INC.,**              )
14                                          )   ORDER APPROVING STIPULATION FOR
            Debtor.                         )   ORDER DIRECTING THE APPOINTMENT
15                                          )   OF A PATIENT CARE OMBUDSMAN
                                            )   PURSUANT TO 11 U.S.C. § 333(a)(1)
16                                          )
                                            )   Hearing Date:  NO HEARING REQUIRED
17                                          )   Time:
                                            )   Place:        Courtroom 1568
18  _____)

19          Upon consideration of the Stipulation by and between Gardens Regional Hospital and

20  Medical Centers, Inc., (the "Debtor", the Official Committee of Unsecured Creditors ("Creditors

21  Committee") and the United States Trustee (the "U.S. Trustee"), (collectively, the "Parties") for the

22  appointment of a Patient Care Ombudsman, it is hereby

23          ORDERED that United States Trustee is to immediately appoint a disinterested patient care

24  ombudsman ("Ombudsman") pursuant to §333(a)(2) to monitor patient care until such time as the

25  sale of the Debtor's assets to Strategic Global Management, Inc., or to any other party approved by

26  the Court, closes at which time the Ombudsman's duties shall terminate, and it is

27

28
                                            1

1    FURTHER ORDERED that the Ombudsman shall perform the duties required of the

2    Ombudsman pursuant to §333(b) and (c), and may apply for compensation pursuant to §330. The

3    compensation for the Ombudsman shall not exceed $12,500.00 per month, and it is

4    FURTHER ORDERED that the Ombudsman may review confidential patient records as

5    necessary and appropriate to discharge the Ombudsman's duties and responsibilities under this

6    Order, provided however, that the Ombudsman protects the confidentiality of such records as

7    required under applicable non-bankruptcy law and regulations including, but not limited to, the

8    Health Insurance Portability and Accountability Act of 1996 and the federal HIPAA privacy

9    regulations at 45 Code of Federal Regulations.

10                # # #

Date: October 26, 2016

Ernest M. Robles
United States Bankruptcy Judge

2

1   PETER C. ANDERSON
    UNITED STATES TRUSTEE
2   JILL M. STURTEVANT, State Bar No. 089395
    ASSISTANT UNITED STATES TRUSTEE
3   Dare Law, SBN 155714
    Trial Attorney
4   OFFICE OF THE UNITED STATES TRUSTEE
    915 Wilshire Blvd, Suite 1850
5   Los Angeles, California 90017-5418
    (213) 894-4925 telephone
6   (213) 894-2603 facsimile
    Email: dare.law@usdoj.gov
7

8                   UNITED STATES BANKRUPTCY COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                        LOS ANGELES DIVISION

10

11  In re:                              )   Case No.: 2:16-bk-17463 ER
                                        )
12                                      )   Chapter 11
                                        )
13  GARDENS REGIONAL HOSPITAL AND       )
    MEDICAL CENTER, INC.                )   NOTICE OF APPOINTMENT OF A
                                        )   PATIENT CARE OMBUDSMAN UNDER 11
14                                      )   U.S.C. §333(a)(1)
                                        )
15              Debtor.                 )
                                        )   Date:  NO HEARING REQUIRED
                                        )   Time: .
16                                      )   Ctrm: 1568
                                        )   255 E. Temple Street
17                                      )   Los Angeles, CA  90017
                                        )
18  ─────────────────────────────

19          The United States Trustee appoints CONSTANCE DOYLE as the patient care ombudsman

20  in this case pursuant the Court's order entered on October 26, 2016, and the attached verification of

    disinterestedness by Constance Doyle.[1]
21
    ///
22
    ///
23
    ///
24
    ///
25

26
    ─────────────────────
27      [1] See Exhibit 1, Order Directing Appointment of Patient Care Ombudsman and Exhibit 2,
    Verification by Constance Doyle as required by 2007.2 (c). Ms. Doyle's Statement of
28  Disinterestedness is attached hereto as Exhibit "2" and her resume is attached hereto as Exhibit "3."

1          The ombudsman shall perform the duties required of the ombudsman pursuant to

2   Bankruptcy Code § 333. Constance Doyle's business address is Constance R. Doyle, RN, BSN,

3   MSA, 21509 Anza Avenue, Torrance, CA 90503, cell phone (310) 357-1088, e-mail:

4   mscno@hotmail.com.

5   Dated: October 26, 2016                          PETER C. ANDERSON
                                                      UNITED STATES TRUSTEE
6

7                                                     By: _____

8                                                          Peter C. Anderson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28