1 | SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
2 | JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
3 | DENTONS US LLP
601 South Figueroa Street, Suite 2500
4 | Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
5 | Facsimile:    (213) 623-9924

6 | Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
7 | AND MEDICAL CENTER, INC.

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | LOS ANGELES DIVISION

*(Left margin, rotated text)* DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | |
|---|---|
| In re, | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] | Chapter 11 |
| Debtor. | **DENTONS US LLP'S ELEVENTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION / REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 2017** |
| | [No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

20    1.    Dentons US LLP (the "Firm") submits its Eleventh Monthly Fee Application (the

21 | "Application") for Allowance and Payment of Interim Compensation and Reimbursement of

22 | Expenses for the Period of June 2017 (the "Application Period") for work performed for Gardens

23 | Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully

24 | represents as follows:

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is:  21530 Pioneer Blvd., Hawaiian Gardens, California  90716.

2.    The Firm is counsel of record to Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    The Firm billed a total of **$106,186.60** in fees and expenses during the Application Period. The total fees represent **243.5** hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 2017 | $103,237.00 | $2,949.60 | $106,186.60 |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of **$85,539.20** at this time. This total is comprised as follows: **$82,589.60** (80% of the fees for services rendered) plus **$2,949.60** (100% of the expenses incurred).

5.    As of August 9, 2017, the Firm has been paid $50,000.00 out of the prepetition retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00, and in February 2017 the Firm was paid $275,000.00 for a total of $425,000.00.

| Application Period | Amount | Description |
|---|---|---|
| First (June 2016 - August 2016) | $425,000.00 | $50,000.00 retainer + $375,000.00 payment from Debtor |
| Second (September 2016) | $ -0- | 80 % of fees and 100% of expenses |
| Third (October 2016) | $ -0- | 80 % of fees and 100% of expenses |
| Fourth (November 2016) | $ -0- | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ -0- | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ -0- | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ -0- | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ -0- | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$425,000.00** | |

6.    To date, the Firm is owed as follows:

| Application Period | Amount | Description |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 20% fee holdback |
| Second (September 2016) | $ 168,779.97 | 20% fee holdback |
| Third (October 2016) | $ 206,499.47 | 20% fee holdback |
| Fourth (November 2016) | $ 215,400.47 | 20% fee holdback |
| Fifth (December 2016) | $ 145,529.84 | 20% fee holdback |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | | |
|---|---|---|
| Sixth (January 2017) | $ 162,408.42 | 20% fee holdback |
| Seventh (February 2017) | $ 74,928.02 | 20% fee holdback |
| Eighth (March 2017) | $ 103,936.00 | 20% fee holdback |
| Ninth (April 2017) | $ 73,036.85 | 20% fee holdback |
| Tenth (May 2017) | $ 139,487.10 | 20% fee holdback |
| Eleventh (June 2017) | $ 85,539.20 | 20% fee holdback |
| **Total Owed to the Firm to Date** | **$2,002,664.40** | |

7.    However, the amount payable to Dentons -- at this time -- is subject to the Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors* that was submitted to the Court on July 28, 2016 [Docket No. 257], which is a total of $375,000.00.  Accordingly, the Debtor is authorized to pay, and has paid Dentons $375,000.00.

8.    Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached hereto as **Exhibit B** are the detailed time and expense statements for the Application Period.   Attached hereto as **Exhibit C** is Dentons' June 2017 billing statement.

9.    The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case. The Application was served by either ECF of by first class mail, postage prepaid, on or about March 30, 2017.

10.   Notice of the filing of this Application will be served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case.

11.   Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

3

1    order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in

2    the Application and 100% of the uncontested expenses without further order of the Court.

3            12.    The interim compensation and reimbursement of expenses sought in this Application

4    is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the

5    expenses incurred for the totality of the services rendered in this case.  Any interim fees or

6    reimbursement of expenses approved by this Court and received by the Firm (along with any retainer)

7    will be credited against such final fees and expenses as may be allowed by this Court.

8            **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm

9    as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

10   *Fee Procedures*.

11

12   Dated: August 9, 2017                                DENTONS US LLP
                                                          SAMUEL R. MAIZEL
13                                                        JOHN A. MOE, II

14

15

16                                                        BY:____/s/John A. Moe, II_____
                                                             JOHN A. MOE, II
17
                                                          ATTORNEYS FOR DEBTOR,
18                                                        GARDENS REGIONAL HOSPITAL AND
                                                          MEDICAL CENTER, INC.

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4

# **EXHIBIT A**

## EXHIBIT A

### DENTONS' PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| S. Alberts | Partner | $650.00 |
| John A. Moe II | Partner | $595.00 |
| Tania Moyron | Counsel | $550.00 |
| Ahmed R. Jinnah | Associate | $395.00 |
| Susan Schrag | Associate | $345.00 |
| Kathryn M. Howard | Paralegal | $265.00 |
| D. Mitrano | Research Librarian | $280.00 |

104542948\V-1

## EXHIBIT B

**EXHIBIT B**

**TIME AND EXPENSE STATEMENTS**

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Administration | 000003 | 34.9 | $10,995.00 | $1,566.60 |
| Asset Analysis and Recovery | 000004 | .1 | $65.00 | $1,032.00 |
| Asset Disposition | 000005 | 19.1 | $9,733.00 | $169.90 |
| Business Operations | 000008 | 5.9 | $3,510.50 | -0- |
| Claims Administration and Objections | 000009 | 1.0 | $595.00 | -0- |
| Employment and Fee Applications | 000012 | 9.7 | $2,867.50 | -0- |
| Financing and Cash Collateral | 000014 | 6.1 | $3,805.50 | -0- |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 106.2 | $48,507.50 | $143.10 |
| Relief from Stay & Adequate Protection | 000020 | .3 | $79.50 | -0- |
| Reporting | 000021 | 3.3 | $907.50 | $38.00 |
| Appellate Proceedings | 000024 | 56.9 | $22,171.00 | -0- |
| **TOTAL** | | **243.5** | **$103,237.00** | **$2,949.60** |

104542948\V-1

**<u>EXHIBIT C</u>**



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907884**

Client/Matter: 15257497-000003

Administration

Payment Due Upon Receipt

Total This Invoice                                    $        12,561.60

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Invoice No. 1907884

Client/Matter:  15257497-000003

Administration

For Professional Services Rendered through June 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/17 | K.M. Howard | 0.10 | 26.50 | Reviewed daily cash report from Debtor reflecting collections and disbursements and culled information regarding insurance payments. |
| 06/01/17 | K.M. Howard | 1.80 | 477.00 | Worked on case files including review of docket and assembly and organization of filed pleadings. |
| 06/02/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from debtor reflecting daily cash collections and disbursements for any payments to Strategic. |
| 06/02/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Teri Sullivan clarifying the amount collected by the hospital for the week. |
| 06/02/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and monitored court docket for new orders, filings and deadlines. |
| 06/02/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised Critical Dates Memo. |
| 06/02/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding upcoming QAF hearing and reviewed responses thereto. |
| 06/06/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from debtor reflecting daily cash collections and disbursements and culled data regarding rental payments. |
| 06/06/17 | K.M. Howard | 0.60 | 159.00 | Worked on file organization and case management. |
| 06/06/17 | J.A. Moe, II | 0.30 | 178.50 | Conference with Sam Maizel and Tania Moyron on tasks being performed and to be performed, reviewing the status of the two Appeals, the Order from District Court on the Attorney General's Motion For Stay, and preparing two Motion To Dismiss and related discussions. |
| 06/06/17 | K.M. Howard | 0.50 | 132.50 | Reviewed and monitored court dockets in bankruptcy and district court for new filing and newly issued orders. |

Administration

July 11, 2017

Matter: 15257497-000003
Invoice No.: 1907884

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/07/17 | K.M. Howard | 1.70 | 450.50 | Worked on case management including review of docket and assembling and organizing voluminous pleadings filed by all parties. |
| 06/07/17 | J.A. Moe, II | 0.20 | 119.00 | Confer with Sam Maizel and Tania Moyron on tasks being performed and to be performed, including, completing the Updated Report On Closing Of Sale, completing and filing the Motions To Dismiss and Mr. Maizel contacting Gary Torrell on request for hearing on admissibility of the Ahlholm Declaration. |
| 06/07/17 | T. Moyron | 0.20 | 110.00 | Conference with S. Maizel and J. Moe regarding status of case, appeals and related issues. |
| 06/09/17 | J.A. Moe, II | 0.10 | 59.50 | Confer with Sam Maizel on tasks being performed and to be performed, including the Designations Of Record, the status of the stay requested by Stephen Pollard in behalf of Promise Hospital, and the review of the Motions To Dismiss. |
| 06/09/17 | K.M. Howard | 0.10 | 26.50 | Reviewed daily cash report from debtor and culled information regarding payments to utilities. |
| 06/12/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed debtor's daily cash report reflecting deposits and disbursements. |
| 06/12/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and monitored docket for new orders and deadlines. |
| 06/12/17 | K.M. Howard | 1.90 | 503.50 | Worked on case management including the assembly of and organization of voluminous pleadings. |
| 06/12/17 | S. Maizel | 0.20 | 130.00 | Review and respond to email from G. Klausner re status of issues. |
| 06/12/17 | S. Maizel | 0.50 | 325.00 | Telephone conference with G. Torrell re pending issues (.4); review and respond to emails re same (.1). |
| 06/13/17 | K.M. Howard | 0.10 | 26.50 | Reviewed debtor's daily cash reports and culled information concerning payroll amount. |
| 06/13/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and monitored court docket for recent filing and newly set hearings and culled information regarding same. |

3

Administration

July 11, 2017

Matter: 15257497-000003
Invoice No.: 1907884

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/13/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Sam Maizel and John Moe regarding the court's setting of a hearing date on Debtor's Motion to Strike. |
| 06/13/17 | K.M. Howard | 0.10 | 26.50 | Prepared followup communication to Sam Maizel and John Moe regarding the court's request for debtor to file a reply in support of the Motion to Strike. |
| 06/13/17 | K.M. Howard | 0.40 | 106.00 | Reviewed critical dates memo and cross-referenced to various deadlines designated on court docket. |
| 06/14/17 | K.M. Howard | 0.10 | 26.50 | Reviewed debtor's daily cash reports reflecting collections and disbursements to determine payroll amount. |
| 06/14/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from John Moe regarding the hearing on Motion to Strike. |
| 06/14/17 | K.M. Howard | 0.40 | 106.00 | Reviewed critical dates memo and cross-referenced newly scheduled deadlines to docket references. |
| 06/14/17 | K.M. Howard | 2.80 | 742.00 | Ongoing work on case management including culling and organizing voluminous pleadings. |
| 06/14/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails from Bill Thomas re unpaid invoices. |
| 06/14/17 | J.A. Moe, II | 0.30 | 178.50 | Prepare "seven point" Report to Brian Walton, Eric Weissman, Stan Otake and David Herskovitz on the status of the Gardens' Case (in response to suggested conference call from Mr. Walton, including on the status of Appeals, action by ASMG to reopen the Hospital, necessity to ASMG to have lawyer review documents, the Claims Letter from the Committee, Gary Torrell setting hearing on Motion To Strike, reduction in employees and 13 Week Cash Flow Budget). |
| 06/15/17 | S. Maizel | 0.40 | 260.00 | Review and respond to emails re OSHPD special fee assessment. |
| 06/15/17 | S. Maizel | 0.30 | 195.00 | Email H. Rafatjoo information re possible offer on facility. |
| 06/15/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re 13 week budget. |
| 06/15/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memo. |

4

Administration

July 11, 2017

Matter: 15257497-000003
Invoice No.: 1907884

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/15/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and monitored court docket for new filing, orders and pending deadlines. |
| 06/16/17 | K.M. Howard | 1.10 | 291.50 | Reviewed and revised Critical Dates Memo. |
| 06/16/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the updated critical dates memo. |
| 06/16/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Sam Maizel and John Moe regarding the status of Judge Robles' secondary order regarding the QAF Motion. |
| 06/16/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and monitored court docket for newly filed pleadings and orders including the anticipated QAF order. |
| 06/16/17 | K.M. Howard | 0.90 | 238.50 | Worked on case management including culling and organizing pleadings for case files. |
| 06/18/17 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Brian Walton and David Herskovitz on necessity to confer on tasks being performed and tasks to be performed, including assignment of rights to Litigation and continuing reduction of employees. |
| 06/19/17 | J.A. Moe, II | 0.30 | 178.50 | Review Brian Walton's E-Mails on scheduling comprehensive conference on issues to be resolved;  telephone call to Brian Walton's office on scheduling conference on June 19th; telephone cal returned to Mr. Walton on setting conference and necessity to respond to the Response to the Motion To Strike the Declaration Of Jeffery Ahlholm. |
| 06/19/17 | S. Maizel | 0.80 | 520.00 | Review options re go-forward strategy. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Reviewed daily cash report reflecting collections and disbursements and culled information regarding payroll amount. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Brief meeting with Sam Maizel regarding the requests of Elma Maytorena of Rsico regarding the bankruptcy of Gardens Regional Hospital. |
| 06/20/17 | K.M. Howard | 0.30 | 79.50 | Gathered and assembled materials requested by Elma Maytorena (.2) and prepared communication to Ms. Maytorena regarding the status of the bankruptcy. |
| 06/20/17 | K.M. Howard | 0.80 | 212.00 | Ongoing work on assembling and organizing case and pleadings. |

Administration

July 11, 2017

Matter: 15257497-000003
Invoice No.: 1907884

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/20/17 | K.M. Howard | 0.90 | 238.50 | Ongoing work on assembling and organizing voluminous pleadings. |
| 06/20/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and monitored court docket for new filings and rulings. |
| 06/20/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Critical Dates Memo and cross-referenced key hearings to docketed hearings. |
| 06/21/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed daily cash report from debtor to determine collections verses disbursements. |
| 06/21/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communications addressing payments made by debtor as opposed to ASMG. |
| 06/21/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and monitored docket for anticipated orders and new deadlines. |
| 06/21/17 | K.M. Howard | 1.60 | 424.00 | Reviewed docket and worked on culling and assembling voluminous pleadings. |
| 06/22/17 | K.M. Howard | 0.60 | 159.00 | Worked on case and file management and assembled materials for records. |
| 06/22/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed debtor's daily cash report reflecting collections and disbursements. |
| 06/23/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed debtor's daily cash reports reflecting collections and disbursements to determine payment to OCPs. |
| 06/23/17 | K.M. Howard | 1.30 | 344.50 | Reviewed docket and cross-referenced pleadings to indices and assembled additional key pleadings. |
| 06/23/17 | K.M. Howard | 0.40 | 106.00 | Reviewed newly issued stipulations and orders and culled information for critical dates memo. |
| 06/23/17 | K.M. Howard | 0.60 | 159.00 | Worked on revising Critical Dates Memo. |
| 06/23/17 | K.M. Howard | 0.40 | 106.00 | Worked on case management including assembling various hearing binders to incorporation. |
| 06/23/17 | S. Maizel | 0.40 | 260.00 | Telephone conference with G. Klausner re go forward strategy for case. |
| 06/26/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Sam Maizel regarding the transcript for the June 6, 2017 hearing. |

Administration

July 11, 2017

Matter: 15257497-000003
Invoice No.: 1907884

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/26/17 | K.M. Howard | 0.10 | 26.50 | Placed telephone call to Judge Robles' courtroom reporter regarding the June 6, 2017 hearing transcript. |
| 06/26/17 | K.M. Howard | 0.30 | 79.50 | Reviewed USBC instructions to determine process to obtain and order transcripts on expedited basis. |
| 06/26/17 | K.M. Howard | 0.20 | 53.00 | Reviewed docket and culled information regarding the hearing on June 6, 2017 in conjunction with requesting the transcript. |
| 06/26/17 | K.M. Howard | 0.30 | 79.50 | Prepared Hearing Transcript Order Form. |
| 06/26/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and monitored docket for new filings and pending rulings. |
| 06/26/17 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re Wilshire Pacific fees. |
| 06/27/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised Critical Dates Memo. |
| 06/27/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from attorney service regarding the status of our request for hearing transcript and prepared response thereto. |
| 06/27/17 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding Appellant Attorney General's deadlines to file their opening brief. |
| 06/27/17 | K.M. Howard | 0.10 | 26.50 | Reviewed daily cash report from Reva Swadener and culled information regarding payroll amount. |
| 06/27/17 | K.M. Howard | 0.20 | 53.00 | Telephone conference with Clerk of the Court regarding the transcript order form. |
| 06/27/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised transcript order form. |
| 06/28/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Critical Dates Memo to determine pending hearing dates and deadlines. |
| 06/29/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memo. |
| 06/29/17 | T. Moyron | 0.10 | 55.00 | Analyze email from M. Schwarzmann regarding AgeSong Living license. |
| 06/30/17 | K.M. Howard | 0.10 | 26.50 | Reviewed Request for Electronic Notice from George Schulman of Danning Gill. |
| 06/30/17 | K.M. Howard | 0.10 | 26.50 | Reviewed Request for Electronic Notice of Richard Diamond, counsel for David Herskovitz. |

7

Administration

July 11, 2017

Matter: 15257497-000003
Invoice No.: 1907884

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 06/30/17 | K.M. Howard | 0.10 | 26.50 | Coordinated incorporation of Richard Diamond and George Schulman into NEF Notification. |
| 06/30/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memo. |
| 06/30/17 | K.M. Howard | 0.20 | 53.00 | Prepared communication regarding Debtor's Critical Dates Memo and circulated same. |
| 06/30/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails from M. Bonora, Enterprise Healthcare, regarding status of case. |

| | | | |
|---|---|---|---|
| Total Hours | 34.90 | | |
| Fee Amount | | | $10,995.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 3.20 | $2,080.00 |
| J.A. Moe, II | $595.00 | 1.30 | $773.50 |
| T. Moyron | $550.00 | 0.30 | $165.00 |
| K.M. Howard | $265.00 | 30.10 | $7,976.50 |
| Totals | | 34.90 | $10,995.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/28/2017 | Delivery & Postage - - | USA LEGAL, INC. | 36.00 |
| | | SUBTOTAL | 36.00 |
| | Document reproduction | | 11.40 |
| | | SUBTOTAL | 11.40 |
| 5/17/2017 | Lexis MOYRON\ TANIA | | 1.00 |
| 5/17/2017 | Lexis MOYRON\ TANIA | | 118.50 |
| 5/17/2017 | Lexis MOYRON\ TANIA | | 135.00 |
| | | SUBTOTAL | 254.50 |
| 4/5/2017 | Outside Professional Services - - U.S. COURTS AO - PACER SERVICE CENTER PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS); USAGE 01/01/17-03/31/17; INV. 2637538-Q12017 | | 57.60 |

Administration

July 11, 2017

Matter: 15257497-000003
Invoice No.: 1907884

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/5/2017 | Outside Professional Services - -    U.S. COURTS AO - PACER SERVICE CENTER PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS); USAGE 01/01/17-03/31/17; INV. 2637538-Q12017 | | 550.10 |
| | | SUBTOTAL | 607.70 |
| 5/16/2017 | WESTLAW MOYRON\TANIA | | 432.00 |
| 5/17/2017 | WESTLAW MOYRON\TANIA | | 225.00 |
| | | SUBTOTAL | 657.00 |
| | Total Disbursements | | $1,566.60 |

Fee Total                    $      10,995.00

Disbursement Total           $       1,566.60

Invoice Total                $      12,561.60

9



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000003

Administration

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804687 | 64,546.91 | (40,417.81) | 24,129.10 |
| 09/21/16 | 1815666 | 38,499.56 | (24,526.91) | 13,972.65 |
| 10/11/16 | 1822137 | 19,182.34 | 0.00 | 19,182.34 |
| 11/09/16 | 1832737 | 14,772.78 | 0.00 | 14,772.78 |
| 12/13/16 | 1846064 | 21,100.36 | 0.00 | 21,100.36 |
| 01/19/17 | 1853806 | 16,047.76 | 0.00 | 16,047.76 |
| 02/22/17 | 1865380 | 18,194.56 | 0.00 | 18,194.56 |
| 03/10/17 | 1870857 | 16,992.16 | 0.00 | 16,992.16 |
| 04/19/17 | 1883594 | 13,483.40 | 0.00 | 13,483.40 |
| 05/24/17 | 1895394 | 2,879.40 | 0.00 | 2,879.40 |
| 06/12/17 | 1900377 | 9,668.50 | 0.00 | 9,668.50 |
| 07/11/17 | 1907884 | 12,561.60 | 0.00 | 12,561.60 |

Total Outstanding Invoices                    $182,984.61

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907886**

Client/Matter: 15257497-000004

Asset Analysis and Recovery

Payment Due Upon Receipt

Total This Invoice                                            $          1,097.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street            McKenna Long
Suite 2500                        dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center                         July 11, 2017
c/o Brian Walton
3719 Meadville Dr.                                        **Invoice No. 1907886**
Sherman Oaks, CA 91403
USA

Client/Matter:  15257497-000004

Asset Analysis and Recovery

---

For Professional Services Rendered through June 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 06/28/17 | S. Maizel | 0.10 | 65.00 | Review emails from M. Rose re ASM and Colusa hospital. |
| Total Hours | | 0.10 | | |
| Fee Amount | | | | $65.00 |

### TIME AND FEE SUMMARY

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| S. Maizel | $650.00 | <u>0.10</u> | <u>$65.00</u> |
| Totals | | 0.10 | $65.00 |

### DISBURSEMENT DETAIL

| <u>Date</u> | <u>Description</u> | | <u>Amount</u> |
|---|---|---|---|
| 5/15/2017 | WESTLAW MOYRON\TANIA | | 1,032.00 |
| | | SUBTOTAL | 1,032.00 |
| | Total Disbursements | | $1,032.00 |

| | | |
|---|---|---|
| Fee Total | $ | 65.00 |
| Disbursement Total | $ | 1,032.00 |
| Invoice Total | $ | 1,097.00 |

2



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000004

Asset Analysis and Recovery

---

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804688 | 2,990.00 | (2,392.00) | 598.00 |
| 09/21/16 | 1815558 | 686.50 | (549.20) | 137.30 |
| 10/11/16 | 1821933 | 585.00 | 0.00 | 585.00 |
| 12/13/16 | 1846090 | 1,166.50 | 0.00 | 1,166.50 |
| 02/22/17 | 1865381 | 130.00 | 0.00 | 130.00 |
| 03/10/17 | 1870884 | 1,224.00 | 0.00 | 1,224.00 |
| 04/19/17 | 1883603 | 325.00 | 0.00 | 325.00 |
| 06/12/17 | 1900378 | 130.00 | 0.00 | 130.00 |
| 07/11/17 | 1907886 | 1,097.00 | 0.00 | 1,097.00 |

Total Outstanding Invoices                    $5,392.80

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907887**

Client/Matter: 15257497-000005

Asset Disposition

Payment Due Upon Receipt

---

Total This Invoice                                    $         9,902.90

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Invoice No. 1907887

Client/Matter:  15257497-000005

Asset Disposition

---

For Professional Services Rendered through June 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/17 | J.A. Moe, II | 1.30 | 773.50 | Await completion of the Declaration Of Gia Smith on tasks performed by ASMG to upgrading and prepare the Hospital to reopen, then revise and reformat the Declaration. |
| 06/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditor Account] Telephone call to Oscar Huerta at California Business Bank on account. |
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | Telephone call from Andrew Sherman on request for the amount of accounts receivable collected in the last two weeks for Mr. Sherman and for Karl Block; telephone call to Teri Sullivan . |
| 06/01/17 | J.A. Moe, II | 0.40 | 238.00 | Review Stan Otake's changes to the Updated Notice and his Declaration, then revise the Updated Notice of Closing Of Assets Of Gardens Regional Hospital And Medical Center, Inc., To American Speciality Management Group, Inc, and the Declaration of Stan Otake (and one minor change to the Brian Walton Declaration); review and make minor modification to on the transfer of funds to Promise Hospital. |
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | In regard to Andrew Sherman's request, review Chart with calculations reveled from Reva Swadneer, on collections of accounts receivable and receipts, then transmit to Mr. Sherman;  telephone call to Mr. Sherman on transmittal of the Chart. |

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | Telephone call with Gia Smith on American Speciality Management Group taking action to reopen the Hospital, including putting in place electronic medical records; retaining consultants and OSHPOD Experts to evaluate the building, commencing construction and repairs, conferring with equipment personnel on new equipment for the Hospital including a 64 Slice CT Scanner, ordering of supplies, ordering new beds, ordering new lights, ordering dialysis machines and working with Cerner on a possible new Contract. |
| 06/01/17 | J.A. Moe, II | 0.40 | 238.00 | Telephone call to Stan Otake, discussing tasks performed by ASMG on upgrading and preparing the Hospital to reopen; return call from Mr. Otake, with Gia Smith and Dr. Singh, discussing with Ms. Smith the work ASMG has done and is doing to prepare the Hospital to reopen, in order to prepare a Declaration for Ms. Smith. |
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | Prepare draft of the Declaration Of Gia Smith on tasks performed by ASMG on upgrading and preparing the Hospital to reopen. |
| 06/01/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re updated notice re closing. |
| 06/01/17 | K.M. Howard | 0.10 | 26.50 | Discussion with T. Moyron regarding the Amended Hearing Transcript for May 3, 2017. |
| 06/01/17 | K.M. Howard | 0.30 | 79.50 | Reviewed documents and culled the Amended Hearing Transcript for May 3, 2017. |
| 06/01/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to T. Moyron regarding the Amended May 3, 2017 Hearing Transcript. |
| 06/02/17 | J.A. Moe, II | 0.10 | 59.50 | In regard to creating an Updated Report on what has been done to further effectuate the sale of Gardens assets to American Speciality Management Group, review Reva Swadener's Report on the status of switching Utilities to ASMG. |
| 06/02/17 | J.A. Moe, II | 0.30 | 178.50 | Review the revised draft of the proposed Declaration Of Gia Smith, then prepare E-Mail to and transmit to Ms. Smith and to Stan Otake the draft of Ms. Smith's Declaration. |

3

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/02/17 | J.A. Moe, II | 0.40 | 238.00 | Review Reva Swadener's Analysis on the transfer of Utilities to American Speciality Management Group, the edt the Updated Report and the Declaration Of Stan Otake to reflect the changed dates; make additional minor corrections to the Declaration Brian Walton; transmit the Report and Declarations to Messrs. Otake and Walton. |
| 06/02/17 | J.A. Moe, II | 0.20 | 119.00 | Telephone call from Gia Smith, making changes to the Declaration Of Gia Smith on actions taken by America Speciality Management Group, Inc, to complete the sale of Gardens' assets to ASMG. |
| 06/02/17 | J.A. Moe, II | 0.30 | 178.50 | Review and oversee Gia Smith's corrections to her Declaration, and review and make minor corrections to the Declaration once returned; review and transmit the revised Declaration to Ms. Smith and Stan Otake. |
| 06/02/17 | J.A. Moe, II | 0.20 | 119.00 | Exchange E-Mails with Andrew Sherman, on Mediation between the Creditors Committee, and with Berle Weiner, Sycamore and Roxbury; telephone call from Mr. Sherman on continued interest in a Global Settlement. |
| 06/02/17 | J.A. Moe, II | 0.30 | 178.50 | 2:00 p.m. conference call with Stan Otake on: accuracy of Mr. Otake's Declaration of Updated Report On Closing Of Sale; signature on Agreement; employees transferred or released; ASMG transfer to Pacific Gardens; obtaining from Gia Smith to complete her Declaration; ASMG Liability Insurance on the Hospital; status on the transfer of the Lease and Deposit and status of Norwalk Building Lease; payment for Professional & Liability Insurance, and the cost of tail coverage; coverage on employee Claim; D & O Insurance for the interim period; and David Herskovitz' employment status. |
| 06/02/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/RNG] Telephone call returned to Brian Walton on fraudulent pleadings filed by Jeff Alhholm asserting settlement discussions were not settlement discussions, and also reviewing the status of the two pending Appeals. |

4

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/05/17 | J.A. Moe, II | 0.20 | 119.00 | In accordance with Brain Walton's request (in regard to Mr. Walton signing his Declaration in support of the "Updated Report On Closing Of Sale Of Assets),  identify and transmit to Mr. Walton the signatures of Stan Otake on three Closing Documents (highlighted). |
| 06/05/17 | J.A. Moe, II | 0.70 | 416.50 | In regard to the updated Report On Closing Of Sale Of Assets:  Review the Declaration Of Gia Smith returned late Friday, then edit and augment the Declaration, then revise the Updated Report to refer specifically to the Declarations of Brian Walton, Stan Otake and Gia Smith. |
| 06/05/17 | J.A. Moe, II | 0.30 | 178.50 | Review and correct (and reorder the "bullet" paragraphs) in the Declaration  Of Gia Smith, to be filed in support of the Updated Report On Closing On Sale Of Assets; review the corrected Declaration and send to Ms. Smith for completion. . |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Gia Smith on completing her revised (reordered) and expanded Declaration in support of the Updated Report On Closing Of Sale. |
| 06/06/17 | J.A. Moe, II | 0.20 | 119.00 | Review additional E-Mail from Gia Smith, with information required to complete Ms. Smith's Declaration;  E-Mail  to Gia Smith and Stan Otake on the importance of insuring the dates for transfer and delivery of wire transfers of funds matches; telephone call to Stan Otake. |
| 06/06/17 | J.A. Moe, II | 0.20 | 119.00 | Two telephone calls with Gia Smith on insuring the complete accuracy of Ms. Smiths's Declaration  to be filed in support of the Updated Report On Closing of Sale. |
| 06/06/17 | J.A. Moe, II | 0.40 | 238.00 | Revise and expand the Updated Report On Closing  The Hospital, and expand the Declaration Of Stan Otake and correct the Declaration  of Gia Smith. |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | Review and make two minor corrections to the Declaration Of Gia Smith (to be filed in support of the Updated Report On  Closing Sale Of Assets), then review and send to Gia Smith for signature. |

5

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | Review the expanded Declaration Of Stan Otake (to be filed in support of the Updated Report On Closing Sale Of Assets), then review and send to Mr. Otake for signature. |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Stan Otake on execution of his Declaration in support of the Updated Report On Closing Of Sale; telephone call to Brian Walton on executing his Declaration also in support of the Updated Report. |
| 06/06/17 | J.A. Moe, II | 0.20 | 119.00 | Complete (with specific references to the Otake and Walton Declarations) the Updated Report On Closing Of Sale, then prepare to file (once signatures of all three Declarants are received) the Updated Report. |
| 06/06/17 | S. Maizel | 0.20 | 130.00 | Telephone conference with Andrew Sherman re hearing on set-off motion and other pending issues. |
| 06/07/17 | T. Moyron | 0.20 | 110.00 | Analyze updated notice on closing of sale of assets. |
| 06/07/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communication from Debtor reflecting wire transfer to California Bank & Trust (.1) and discussed same with John Moe (.1). |
| 06/07/17 | J.A. Moe, II | 0.10 | 59.50 | Review Gia Smith's executed Declaration and Brian Walton's executed Declaration, both in support of the Updated Report On Closing Of Sale. |
| 06/07/17 | J.A. Moe, II | 0.30 | 178.50 | Telephone call to Stan Otake on re-executing his Declaration in support of the Updated Report On Closing Of Sale; correct the Declaration and return to Mr. Otake for signature. |
| 06/07/17 | J.A. Moe, II | 0.20 | 119.00 | Review Stan Otake's proposed revisions to Mr. Otake's Declaration to be filed in support of the Updated Report On Closing Sale Of Assets; instructions on correcting the Declaration; E-Mail to Reva Swadener on fact that a total of 12 Employees now have been moved to American Speciality Management Group, or released. |

6

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/07/17 | J.A. Moe, II | 0.30 | 178.50 | Review completed and now executed Declaration Of Stan Otake, then correct the Updated Report On Closing Of Sale, to conform the Report to the revisions made by Mr. Otake in his Declaration. |
| 06/07/17 | J.A. Moe, II | 0.20 | 119.00 | Review the Updated Report On Closing Of Sale, with Stan Otake's corrections included in the Report (and Mr. Otake's Declaration); telephone call to Tania Moyron and meet with Ms. Moyron briefly on the Updated Report. |
| 06/09/17 | K.M. Howard | 0.30 | 79.50 | Gathered and assembled additional documents pertaining to Jeffrey Ahlholm (.2) and prepared communication to John Moe regarding same (.1). |
| 06/09/17 | K.M. Howard | 0.10 | 26.50 | Discussed additional documents pertaining to Jeffrey Ahlholm with John Moe. |
| 06/15/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Judge Robles' Order regarding Motion to Strike and culled key deadlines. |
| 06/15/17 | K.M. Howard | 0.30 | 79.50 | Prepared communications regarding Debtor's Reply to Motion to Strike and pending deadlines regarding hearing and reply. |
| 06/15/17 | J.A. Moe, II | 0.20 | 119.00 | Exchange multiple E-Mails with Brian Walton, David Herskovitz, Stan Otake and Eric Weissman, and also Sam Malzel, on allegations of additional fees due Strategic/KPC Healthcare. |
| 06/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors' Account] Exchange E-Mails wit Brian Walton on Signature Card for the new Account; review documents for returned Signature Card from Brian Walton. |
| 06/19/17 | K.M. Howard | 0.20 | 53.00 | Several discussions with John Moe regarding Debtor's Motions to approve the sale to Promise Hospital and to approve the settlement agreement with Harbor Gardens. |
| 06/19/17 | K.M. Howard | 0.20 | 53.00 | Reviewed docket and assembled requested pleadings concerning Debtor's motions to approve sale to Promise Hospital and the Harbor Gardens settlement agreement. |

7

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/19/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding additional Information requested by Gary Klausner concerning amounts owed to counsel and payments to Strategic. |
| 06/19/17 | J.A. Moe, II | 0.20 | 119.00 | Prepare initial outline of the background and current status of the Case, to respond to David Herskovitz' inquiry requesting such a description (received on June 18th); confer on preparing the first part of the Memorandum. |
| 06/19/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding RNG's Motion to Determine the Amount of Secured Debt. |
| 06/19/17 | K.M. Howard | 0.20 | 53.00 | Reviewed document and assembled pleadings regarding RNG's Motion to Determine the Amount of RNG's Secured Claim (.1) and prepared communication to John Moe regarding same (.1). |
| 06/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Secured Creditors' Account]  Exchange E-Mails with Oscar Huerta, and telephone call to Bran Walton on return of the Signature Card; commence preparing new package of letter and Signature Card for transmittal to Mr. Walton. |
| 06/19/17 | K.M. Howard | 0.60 | 159.00 | Reviewed monthly fee applications filed by all counsel and past monthly operating reports and culled information requested by Gary Klausner. |
| 06/19/17 | K.M. Howard | 0.50 | 132.50 | Reviewed and revised chart reflecting information requested by Gary Klausner and responses thereto. |
| 06/19/17 | J.A. Moe, II | 1.60 | 952.00 | 9:00 p.m. conference telephone call with Brian Walton, David Herskovitz, Eric Weissman and Stan Otake on multiple issues related to continuing work on ASMG reopening the Hospital and assignment of Claims to the Committee. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding David Herskovitz's request for the preparation of a historic memoranda of the hospital. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Conferred with John Moe regarding the updated report on the sale and closing of the hospital. |

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Conference with John Moe regarding Judge Robles' ruling that debtor is not required to obtain consent of the Attorney General to sell the hospital's assets. |
| 06/20/17 | K.M. Howard | 0.20 | 53.00 | Gathered and assembled the Memorandum of Decision and the Order stating that debtor is not required to obtain consent of the Attorney General to sell the hospital's assets. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to John Moe regarding the Order and Memorandum of Decision. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Conference with John Moe regarding the Attorney General's November 18, 2016 correspondence establishing the terms and conditions of the proposed sale. |
| 06/20/17 | K.M. Howard | 0.20 | 53.00 | Gathered and assembled the Attorney General's November 18, 2016 correspondence establishing the terms and conditions of the proposed sale. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to John Moe regarding the Attorney General's November 18, 2016 correspondence. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding debtor's updated notice on the closing of the sale. |
| 06/20/17 | K.M. Howard | 0.20 | 53.00 | Gathered and assembled Updated Notice on Closing of Sale (.1) and prepared communication to John Moe regarding same (.1). |
| 06/22/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Account] Telephone call to Stan Otake on creating Outline on use of funds from the $6,700,000 sales proceeds. |
| 06/23/17 | J.A. Moe, II | 0.20 | 119.00 | Review Karl Block's assertion as to funds in the segregated account for the Secured Creditors; review Stan Otake's accounting; E-Mail to Karl Block on all funds from sale in the Segregated Account. |
| 06/23/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors Account] Telephone call to Eric Weissman on transfer of additional funds into the Segregated Account, and addition to the Budget of weekly payments to the Segregated Account. |

9

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors Account]  Telephone call to Eric Weissman on transfer of additional funds to the Segregated Account (as discussed with Mr. Weissman on June 23rd). |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors Account]  Telephone call to Oscar Huerta on not yet receiving the Signature Card with Brian Walton's signature, and the and necessity to obtain new signatures on a new Card. |
| 06/26/17 | J.A. Moe, II | 0.20 | 119.00 | [Secured Creditors Account]  Letter to Brian Walton transmitting a second time the Signature Card for execution and return to Dentons. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors Account]  Review/assemble information on the Secured Creditors Account. |
| 06/26/17 | J.A. Moe, II | 0.20 | 119.00 | [Secured Creditors' Account]  Review process of sending the Signature Card, then exchange E-Mail with Brian Walton on the transmittal to Mr. Walton. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors Account] Telephone call from Eric Weissman on transfer of $250,000 to the segregated account. |
| 06/27/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised charted response to information requested by Gary Klausner. |
| 06/27/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditor Account] Confer with Eric Weissman, then confer with Stan Otake, then exchange E-Mails with Sam Maizel, on transfer of $250,000 to the segregated account. |
| 06/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditor Account] Telephone call to Oscar Huerta on update on the Account and delivery of Signature Card. |
| 06/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Secured Creditors Account] Review Signature Card returned  from Brian Walton, then review with Sam Maizel  and obtain his signature on the Card (for delivery to Oscar Huerta). |
| 06/28/17 | J.A. Moe, II | 0.50 | 297.50 | [Secured Creditor Account] Travel to and from and deliver to California Business Bank (for Oscar Huerta)  the Signature Card and instructions on transmittal of Statements. |

10

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/28/17 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re deposit for benefit of secured creditors. |
| 06/29/17 | J.A. Moe, II | 0.10 | 59.50 | Review exchange of E-Mails with David Herskovitz and Stan Otake on Dr. Singh not proceeding with opening of Colusa Regional Medical Center County Hospital, and David Herskovitz' analysis of potential affect on opening Gardens' Hospital. |

| Total Hours | | 19.10 | | |
|------|------|------|------|------|
| Fee Amount | | | | $9,733.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 0.50 | $325.00 |
| J.A. Moe, II | $595.00 | 13.40 | $7,973.00 |
| T. Moyron | $550.00 | 0.20 | $110.00 |
| K.M. Howard | $265.00 | 5.00 | $1,325.00 |
| Totals | | 19.10 | $9,733.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/28/2017 | Delivery & Postage - -    USA LEGAL, INC. | | 15.00 |
| | | SUBTOTAL | 15.00 |
| | Document reproduction | | 1.90 |
| | | SUBTOTAL | 1.90 |
| 4/13/2017 | LITIGATION SUPPORT VENDORS - -    USA LEGAL, INC. | | 20.00 |
| 4/14/2017 | LITIGATION SUPPORT VENDORS - -    USA LEGAL, INC. | | 20.00 |
| 4/14/2017 | LITIGATION SUPPORT VENDORS - -    USA LEGAL, INC. | | 20.00 |
| 4/26/2017 | LITIGATION SUPPORT VENDORS - -    USA LEGAL, INC. | | 15.00 |
| | | SUBTOTAL | 75.00 |

11

Asset Disposition

July 11, 2017

Matter: 15257497-000005
Invoice No.: 1907887

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/5/2017 | Outside Professional Services - -    U.S. COURTS AO - PACER SERVICE CENTER PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS); USAGE 01/01/17-03/31/17; INV. 2637538-Q12017 | | 3.00 |
| | | SUBTOTAL | 3.00 |
| 5/25/2017 | WESTLAW WORTHINGTON\NICK | | 75.00 |
| | | SUBTOTAL | 75.00 |
| | Total Disbursements | | $169.90 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 9,733.00 | |
| Disbursement Total | $ | 169.90 | |
| Invoice Total | $ | 9,902.90 | |



| Dentons US LLP | Salans FMC SNR Denton |
|---|---|
| 601 S. Figueroa Street | McKenna Long |
| Suite 2500 | dentons.com |
| Los Angeles, California  90017-5704 | |

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                                                      July 11, 2017
3719 Meadville Dr.
Sherman Oaks, CA 91403                                         Client/Matter #: 15257497-000005
USA

Asset Disposition

---

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

|  |  |  | Payments/ |  |
|---|---|---|---|---|
| <u>Date</u> | <u>Invoice No.</u> | <u>Invoice Amount</u> | <u>Adjustments</u> | <u>Total</u> |
| 08/17/16 | 1805327 | 151,888.00 | (121,500.80) | 30,387.20 |
| 09/21/16 | 1815709 | 193,991.71 | (4,768.97) | 189,222.74 |
| 10/11/16 | 1821953 | 97,011.74 | 0.00 | 97,011.74 |
| 11/08/16 | 1832534 | 100,297.19 | 0.00 | 100,297.19 |
| 12/13/16 | 1846124 | 99,677.88 | 0.00 | 99,677.88 |
| 01/19/17 | 1853831 | 56,554.78 | 0.00 | 56,554.78 |
| 02/22/17 | 1865391 | 140,266.11 | 0.00 | 140,266.11 |
| 03/10/17 | 1870825 | 28,724.35 | 0.00 | 28,724.35 |
| 04/19/17 | 1883601 | 37,793.10 | 0.00 | 37,793.10 |
| 05/24/17 | 1895409 | 42,258.70 | 0.00 | 42,258.70 |
| 06/12/17 | 1900476 | 55,186.00 | 0.00 | 55,186.00 |
| 07/11/17 | 1907887 | 9,902.90 | 0.00 | <u>9,902.90</u> |
|  | Total Outstanding Invoices |  |  | <u>$887,282.69</u> |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907888**

Client/Matter: 15257497-000008

Business Operations

Payment Due Upon Receipt

Total This Invoice                                            $        3,510.50

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907888**

Client/Matter:  15257497-000008

Business Operations

For Professional Services Rendered through June 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | Insurance] Telephone call to Andrew Sherman's office (on May 31st) and return call to Mr. Sherman (on June 1st) discussing the issue of whether the Hospital should pay for additional insurance coverage. |
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | [Insurance] Telephone calls to Stan Otake and Teri Sullivan on contacting Stan Otake; return cal form Mr. Otake on time period for coverage in exchange for payment of $22,000,. and issue of the cost of tail coverage. |
| 06/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance]  Telephone call returned to Stan Otake on the status of Professional And Liability Insurance Coverage, including obtaining the cost for tail coverage (and whether the coverage will include the postpetition claim already asserted but not filed). |
| 06/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance]  Exchange E-Mails with Stan Otake on obtaining information  on insurance coverage, including the cost of tail coverage. |
| 06/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditor Account]  Exchange E-Mails with Oscar Huerta on opening the bank account reserving funds payable to Secured Creditors. |
| 06/02/17 | J.A. Moe, II | 0,30 | 178.50 | [Employees]  Review and consider Gary Torrell's E-Mail requesting expense  and number of employees for the last three months and  next two months;  E-Mail to Stan Otake and Eric Weissman on whether such information can be assembled; consider adding Stan Otake to a Chart. |
| 06/05/17 | J.A. Moe, II | 0.20 | 119.00 | [Secured Creditor Account] Telephone call to Oscar Huerta on setting up Account; return E-Mail, then return telephone call from Mr. Huerta on setting up Account. |

2

Business Operations

July 11, 2017

Matter: 15257497-000008
Invoice No.: 1907888

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/05/17 | J.A. Moe, II | 0.30 | 178.50 | [Secured Creditors Account]  Review E-Mails from Oscar Huerta on opening Account; exchange E-Mails with and telephone call from Mr. Huerta on Account;  review and access secured E-Mail on wire transfer instructions. |
| 06/05/17 | J.A. Moe, II | 0.20 | 119.00 | [Secured Creditors Account]  Telephone call to Stan Otake on new Account;  prepare and transmit wire transfer instructions to Mr. Otake. |
| 06/05/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditor Account] Telephone call to Stan Otake on transferring funds to new Account at Bank for the Secured Creditors. |
| 06/05/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance] Review E-Mails from Stan Otake and David Herskovitz, on cost for insurance coverage and decision on whether to pay premium for one month of coverage, and the additional cost of tail coverage. |
| 06/05/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance]  Review E-Mails from Stan Otake and David Herskovitz on whether to purchase Professional And Liability Insurance Coverage, the cost for such coverage for June 2017 and the cost of tail coverage. |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors' Account] Telephone call from Stan Otake on transfers of funds into segregated account for the Secured Creditors. |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Secured Creditors' Account]  Receive from Reva Swadener the wire transfer information; telephone call to Oscar Huerta on transfer of $4,000,000. |
| 06/06/17 | J.A. Moe, II | 0.30 | 178.50 | [Secured Creditors' Account]  Review the signature card; prepare draft, then prepare entirely new draft of a letter to Brian Walton on procedure to set up Account. |
| 06/06/17 | J.A. Moe, II | 0.20 | 119.00 | Conference with Sam Maizel and Tania Moyron on tasks being performed and to be performed, including Yvonne Lau blocking access to the Account s at Comerica  Bank and Mr.  Maizel contacting Comerica to obtain access to the Accounts. |

3

Business Operations

July 11, 2017

Matter: 15257497-000008
Invoice No.: 1907888

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance] In preparation for the conference call with Garden's personnel at 4:00 p.m., telephone call to Andrew Sherman reviewing the cost and whether to purchase the Professional And Liability Insurance Coverage for 25 days in view of the costs and the cost of the Tail Coverage. |
| 06/06/17 | J.A. Moe, II | 0.60 | 357.00 | [Insurance] 4:00 p.m. conference telephone call with Brian Walton, Stan Otake and Reva Swadener on Professional And Liability Insurance Policy, including paying one month of coverage and Tail Coverage, the currently in force Directors & Officers Liability Policy, interest in an overall settlement conference, the employment of Gregg Yost and the employment of David Herkovitz. |
| 06/07/17 | J.A. Moe, II | 0.40 | 238.00 | [Insurance] In accordance with the conference call on June 6th and direction from Brian Walton, prepare draft of letter to Secured Creditors Counsel and the Committee's Counsel on decision of the Gardens' Board of Directors not to purchase additional Professional And Liability Insurance Coverage; extensively revise letter and obtain amounts of the premiums for insurance coverage in E-Mail from and telephone call to Reva Swadener; review revised letter and execute multiple originals for transmittal to Counsel. |
| 06/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance] In regard to insurance and letter sent to the Secured Creditors' Attorneys and the Creditors Committee Counsel, review David Herskovitz' E-Mail and E-Mail to Stan Otake and Reva Swadener requesting copy of the Invoices for insurance and tail coverage. |
| 06/07/17 | J.A. Moe, II | 0.30 | 178.50 | [Insurance] In regard to letter sent to the Secured Creditors' Attorneys and the Creditors Committee Counsel on decision not to purchase Professional And Liability Insurance Coverage, second letter to the Secured Creditor's Counsel transmitting the Invoices on coverage (as suggested by David Herskovitz). |
| 06/15/17 | J.A. Moe, II | 0.10 | 59.50 | Review Financial Report from Reva Swadener, and E-Mail to Sam Maizel on collections. |

4

Business Operations

July 11, 2017

Matter: 15257497-000008
Invoice No.: 1907888

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/15/17 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with David Herksovitz and Eric Weissman on ASMG's reimbursement of the Deposit previously posted by the Hospital (and issue on prorating rent for June with ASMG). |
| 06/20/17 | J.A. Moe, II | 0.20 | 119.00 | [OSHPDD] Exchange E-Mails with David Herskovitz, on completing Report; revise and expand Memorandum to send to Mr. Herskovitz (for use in connection with his Report); multiple conferences with Kathryn Howard |
| 06/20/17 | J.A. Moe, II | 0.20 | 119.00 | Review the Personnel Roster; confirm with Stan Otake that the Roster can be sent to Creditors; transmit the Roster to Andrew Sherman, then to Creditors; exchange E-Mails with Gary Klausner on review of the Employee List and request for 13 Week Budget. |
| 06/20/17 | J.A. Moe, II | 0.30 | 178.50 | [OSHPDD] Review and correct, and expand (with addition of information on the closing of the sale of the Gardens' assets to American Speciality Management Group, Inc.) the Report for David Herskovitz;  confer with Kathryn Howard on on obtaining the Updated Report. |
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | [OSHPDD] Review the completed Report on the history of the bankruptcy case, append the three Exhibits, and transmit to David Herskovitz. |
| 06/21/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance] Exchange E-Mails with Gary Klausner on decision not to extend coverage on Professional And Liability Insurance, but previous extension of coverage on D & O Insurance. |
| 06/27/17 | J.A. Moe, II | 0.30 | 178.50 | [Secured Creditors Account] In response to Stan Otake's request, letter to Oscar Huerta at California Business Bank on delivery of Statements to Reva Swadener and to Dentons. |
| 06/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Physicians and Physicians Families] Telephone call from Brian Walton on unpaid Co-Pays, and whether to collect on Co-Pays. |
| 06/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Insurance] Review Assessment from the Employment Development  Department. |
| Total Hours | | 5.90 | | |

Business Operations

July 11, 2017

Matter: 15257497-000008
Invoice No.: 1907888

Fee Amount                                                              $3,510.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 5.90 | $3,510.50 |
| Totals | | 5.90 | $3,510.50 |

Fee Total              $        3,510.50

Invoice Total          $        3,510.50

6



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000008

Business Operations

---

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804690 | 1,605.00 | (1,284.00) | 321.00 |
| 09/21/16 | 1815561 | 2,905.00 | 0.00 | 2,905.00 |
| 10/11/16 | 1821971 | 11,301.00 | 0.00 | 11,301.00 |
| 11/08/16 | 1832536 | 5,168.50 | 0.00 | 5,168.50 |
| 12/13/16 | 1846095 | 19,496.50 | 0.00 | 19,496.50 |
| 01/19/17 | 1853833 | 3,359.50 | 0.00 | 3,359.50 |
| 02/22/17 | 1865393 | 15,699.50 | 0.00 | 15,699.50 |
| 03/10/17 | 1870827 | 8,342.50 | 0.00 | 8,342.50 |
| 04/19/17 | 1883614 | 3,109.00 | 0.00 | 3,109.00 |
| 05/24/17 | 1895410 | 2,634.50 | 0.00 | 2,634.50 |
| 06/12/17 | 1900402 | 2,825.00 | 0.00 | 2,825.00 |
| 07/11/17 | 1907888 | 3,510.50 | 0.00 | 3,510.50 |
| | Total Outstanding Invoices | | | $78,672.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907891**

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                          $          595.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Invoice No. 1907891

Client/Matter:  15257497-000009

Claims Administration and Objections

---

For Professional Services Rendered through June 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/07/17 | J.A. Moe, II | 0.50 | 297.50 | [Claims]  In accordance with scheduled call, await call from and telephone call to Attorney Steve Gubner, conferring with Jennifer on scheduled call; telephone call from Mr. Gubner, reviewing the background to and possibly stipulating  to an Administrative Claim (subject to review of the amount by Gardens). |
| 06/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Nuance Communications] Exchange E-Mails with Tiffany Cobb on payment on Claim and the necessity to confer on June 19th. |
| 06/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Nuance Communications] E-mail returned to Tiffany Cobb on status of and asserting Bar Date on filing Administrative  Claims. |
| 06/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Nuance Communications]  Telephone call returned to and with Tiffany Cobb on status of the Case and prospects for payment of Administrative Claims. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Claim Of Scott McGilvery] Telephone call from Linda (In Mr.  McGilvery's Office) on $36,521 Claim. |
| Total Hours | | 1.00 | | |
| Fee Amount | | | $595.00 | |

Claims Administration and Objections

July 11, 2017

Matter: 15257497-000009
Invoice No.: 1907891

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 1.00 | $595.00 |
| Totals | | 1.00 | $595.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 595.00 | |
| Invoice Total | $ | 595.00 | |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000009

Claims Administration and Objections

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804691 | 3,312.50 | (2,650.00) | 662.50 |
| 09/21/16 | 1815562 | 26,494.00 | 0.00 | 26,494.00 |
| 10/11/16 | 1822013 | 23,724.69 | 0.00 | 23,724.69 |
| 11/08/16 | 1832546 | 9,944.50 | 0.00 | 9,944.50 |
| 12/13/16 | 1846099 | 66,642.19 | 0.00 | 66,642.19 |
| 01/19/17 | 1853835 | 25,842.00 | 0.00 | 25,842.00 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | 0.00 | 2,835.80 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |

Total Outstanding Invoices      $163,987.68

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Invoice No. 1907892

Client/Matter: 15257497-000012

Employment and Fee Applications

Payment Due Upon Receipt

---

Total This Invoice                                    $        2,867.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | | Dentons US LLP | Salans FMC SNR Denton |
| | | 601 S. Figueroa Street | McKenna Long |
| | | Suite 2500 | dentons.com |
| | | Los Angeles, California 90017-5704 | |

Gardens Regional Hospital & Medical Center                                                    July 11, 2017
c/o Brian Walton
3719 Meadville Dr.                                                                     **Invoice No. 1907892**
Sherman Oaks, CA 91403
USA

Client/Matter:   15257497-000012

Employment and Fee Applications

---

For Professional Services Rendered through June 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 06/01/17 | K.M. Howard | 1.60 | 424.00 | Reviewed Dentons' April 2017 billing statement and culled information for inclusion into Exhibit A (Dentons Professionals) to Dentons Ninth Monthly Fee Application. |
| 06/01/17 | K.M. Howard | 1.70 | 450.50 | Reviewed Dentons' April 2017 billing statement and culled information for inclusion into Exhibit B (Time and Expense Statements) to Dentons' Ninth Monthly Fee Application. |
| 06/06/17 | K.M. Howard | 0.80 | 212.00 | Reviewed culled data and drafted Exhibit A (Dentons Professionals) to Dentons Ninth Monthly Fee Application. |
| 06/06/17 | K.M. Howard | 0.90 | 238.50 | Reviewed data and drafted Exhibit B - Categorical Analysis of Time and Expense Statements. |
| 06/06/17 | K.M. Howard | 0.90 | 238.50 | Drafted Dentons Ninth Monthly Fee Application for April 2017. |
| 06/06/17 | K.M. Howard | 0.10 | 26.50 | Discussed Dentons' Ninth Monthly Fee Application with John Moe. |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | Meet with Kathryn Howard and make one correction to the Ninth Notice Of Dentons' Application For Fees And Expenses. |
| 06/09/17 | K.M. Howard | 0.20 | 53.00 | Reviewed email chain between David Herskovitz, Kathy Stanton and John Moe regarding OCP Kathy Stanton's unpaid invoices (.1) and briefly discussed same with John Moe (.1). |
| 06/14/17 | K.M. Howard | 0.30 | 79.50 | Reviewed monthly fee application of Sills Cummis and culled data for inclusion into Notice of Ninth Monthly Fee Application. |
| 06/14/17 | K.M. Howard | 0.30 | 79.50 | Reviewed monthly fee application of Bienert Miller and culled data for inclusion into Notice of Ninth Monthly Fee Application. |

2

Employment and Fee Applications

July 11, 2017

Matter: 15257497-000012
Invoice No.: 1907892

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/14/17 | K.M. Howard | 0.20 | 53.00 | Reviewed monthly fee application of Dentons US LLP and culled data for inclusion into Notice of Ninth Monthly Fee Application. |
| 06/14/17 | K.M. Howard | 0.70 | 185.50 | Drafted Notice of Ninth Monthly Fee Application. |
| 06/21/17 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails David Herskovitz on amounts due Loeb & Loeb as an Ordinary Course Professional. |
| 06/26/17 | K.M. Howard | 0.10 | 26.50 | Discussed Sills Cummis' Monthly Fee Applications with John Moe. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | In accordance with Brian Walton's renewed request, confer with Kathryn Howard on assembling for Mr. Walton and Eric Weissman the Sills Cummis Statements. |
| 06/26/17 | J.A. Moe, II | 0.40 | 238.00 | In accordance with telephone call with Brian Walton (and previous call with Eric Weissman), preliminarily review the assemble Fee Applications; letter to Messrs. Walton and Weissman, transmitting to each a copy of the Sill Cummis Statements. |
| 06/26/17 | K.M. Howard | 0.50 | 132.50 | Gathered and assembled all monthly fee applications filed by Sills Cummis including exhibits. |
| 06/26/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to John Moe regarding Sills Cummis' Monthly Fee Applications requested by the debtor. |
| 06/27/17 | J.A. Moe, II | 0.20 | 119.00 | Complete review of letters being sent to Eric Weissman and Brian Walton transmitting Sills Cummis Statements to Messrs. Walton and Weissman. |
| 06/27/17 | K.M. Howard | 0.40 | 106.00 | Received and reviewed Dentons' billing statement for May 2017 in conjunction with preparation of monthly fee application. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 9.70 | | |
| Fee Amount | | | | $2,867.50 |

3

Employment and Fee Applications

July 11, 2017

Matter: 15257497-000012
Invoice No.: 1907892

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J.A. Moe, II | $595.00 | 0.90 | $535.50 |
| K.M. Howard | $265.00 | 8.80 | $2,332.00 |
| Totals | | 9.70 | $2,867.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,867.50 | |
| | | | |
| Invoice Total | $ | 2,867.50 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000012

Employment and Fee Applications

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804693 | 4,805.50 | (3,844.40) | 961.10 |
| 09/21/16 | 1815577 | 14,884.00 | 0.00 | 14,884.00 |
| 10/11/16 | 1822046 | 9,672.50 | 0.00 | 9,672.50 |
| 11/09/16 | 1832673 | 3,097.00 | 0.00 | 3,097.00 |
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | 0.00 | 6,847.30 |
| 03/10/17 | 1870860 | 3,277.00 | 0.00 | 3,277.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |

Total Outstanding Invoices          $66,950.40

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907893**

Client/Matter: 15257497-000014

Financing and Cash Collateral

Payment Due Upon Receipt

Total This Invoice                                    $        3,805.50

Please return this page with your payment.

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



|  | Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California  90017-5704 | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |
|---|---|---|

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907893**

Client/Matter:  15257497-000014

Financing and Cash Collateral

For Professional Services Rendered through June 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/02/17 | J.A. Moe, II | 0.20 | 119.00 | 13 Week Budget]  Exchange E-Mails with Gary Klausner and Eric Weissman on ta 13 Week Budget. |
| 06/09/17 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Eric Weissman on the 13 Week Cash Flow for the  Stipulation on use of Cash Collateral requested by Gary Klausner. |
| 06/13/17 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Gary Klausner on placement of nearly $4,100,000 into a Segregated Account for the Secured Creditors, status of the  13 Week Budget, Daily Cash Flow Reports, and whether Debtor has made demand on Carriers to defend the Directors and Officers, |
| 06/15/17 | J.A. Moe, II | 0.10 | 59.50 | E-Mail to Gary Klausner on preparing updated Chart  (responding to Mr. Klausner's Questions on: Administrative Claims, amounts paid to and remaining due Strategic, amount due and paid to Counsel; amount of AR, value of remaining assets, amount in Segregated Account for Secured Creditors, amount held by Hospital) and preparing a 13 Week Cash Flow Budget. |
| 06/15/17 | S. Maizel | 0.30 | 195.00 | Email to secured creditors re collections and disbursements. |

2

Financing and Cash Collateral

July 11, 2017

Matter: 15257497-000014
Invoice No.: 1907893

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/19/17 | J.A. Moe, II | 0.60 | 357.00 | In response to Gary Klausner's request: Commence updating the two page Chart (responding to Mr. Klausner's Questions on Administrative Claims, amount paid and remaining due Strategic, amount due and paid Professionals, collectible accounts receivable and value of remaining assets; ); telephone call to Reva Swadener on amount paid to Strategic Management; review Reva Swadener's response on Strategic payments; revise and expand the two page Chart; confer with Kathryn Howard on updating two page Chart in four locations. E-Mail to Eric Weissman on review and transmittal of Chart to Gary Klausner; revise Chart to resend to Mr. Weissman. responding to Mr. Klausner's Questions. |
| 06/19/17 | J.A. Moe, II | 0.10 | 59.50 | Confer with Eric Weissman and review Mr. Weissman's draft 13 Week Cash Flow Budget. |
| 06/19/17 | J.A. Moe, II | 0.20 | 119.00 | Review the updated Chart for Gary Klausner (responding to Mr. Klausner's Questions on Administrative Claims, amount paid and remaining due Strategic, amount due and paid Professionals, collectible accounts receivable and value of remaining assets); revise Chart to resend to Mr. Weissman and transmit to Eric Weissman for his review. |
| 06/19/17 | J.A. Moe, II | 0.10 | 59.50 | In regard to use of cash collateral, review and transmit the 13 Week Cash Flow Budget to Sam Maizel. |
| 06/19/17 | S. Maizel | 0.30 | 195.00 | Review new Strategic invoices. |
| 06/20/17 | S. Maizel | 1.00 | 650.00 | Review 13 week cash flow, expenses, and likely recovery on AR. |
| 06/20/17 | J.A. Moe, II | 0.20 | 119.00 | E-Mail to Eric Weissman on review and transmittal of Chart to Gary Klausner (responding to Mr. Klausner's Questions on Administrative Claims, amount paid and remaining due Strategic, amount due and paid Professionals, collectible accounts receivable and value of remaining assets), then revise the Chart to resend to Mr. Weissman. |

3

Financing and Cash Collateral

July 11, 2017

Matter: 15257497-000014
Invoice No.: 1907893

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | Telephone call returned from Eric Weismann, on necessity to review and approve or correct the Chart for Gary Klausner, then discussing the request from the Strategic for additional payments. |
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | Review line by line the 13 Week Cash Flow Budget, prepared by Eric Weissman. |
| 06/21/17 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Eric Weissman on obtaining for Gary Klausner the Chart (responding to Mr. Klausner's Questions on amount of Administrative Claims, amount paid to and balance due Strategic, amount due and paid to Professionals, the value of accounts receivable and other assets, and the amount sin the Secured Creditors' Account and Debtors' Account) and the 13 Week Cash Flow Budget. |
| 06/21/17 | J.A. Moe, II | 0.10 | 59.50 | Correct the Chart (responding to Mr. Klausner's Questions) . |
| 06/21/17 | J.A. Moe, II | 0.20 | 119.00 | Exchange E-Mails with Eric Weissman and with Gary Klausner, sending to Mr. Weissman the updated Chart (responding to Mr. Klausner's Questions). |
| 06/21/17 | J.A. Moe, II | 0.20 | 119.00 | Review (and complete each), then transmit to Gary Klausner the draft "Thirteen Week Budget" and the Chart (responding to Mr. Klausner's Questions). |
| 06/23/17 | S. Maizel | 1.00 | 650.00 | Review 13 week cash flow from E. Weissman and budget for go forward strategy. |
| 06/26/17 | J.A. Moe, II | 0.30 | 178.50 | Review and update the Gary Klausner's Chart (responding to Mr. Klausner's Questions on: Administrative Claims, amounts paid to and remaining due Strategic, amounts due and paid to Counsel. amount of AR, value of remaining assets, amount in Segregated Account for Secured Creditors, and amount held by Hospital). |
| 06/26/17 | S. Maizel | 0.30 | 195.00 | Email to Prepetition Secured Creditors re collections and disbursements. |
| 06/27/17 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re money in escrow for prepetition secured creditors. |

4

Financing and Cash Collateral

July 11, 2017

Matter: 15257497-000014
Invoice No.: 1907893

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/28/17 | J.A. Moe, II | 0.10 | 59.50 | Update the Chart (responding to Gary Klausner's Questions) to reflect increase in the amount of the Account by $250,000, and transmit to Mr. Klausner. |
| Total Hours | | 6.10 | | |
| Fee Amount | | | | $3,805.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 3.20 | $2,080.00 |
| J.A. Moe, II | $595.00 | 2.90 | $1,725.50 |
| Totals | | 6.10 | $3,805.50 |

Fee Total $ 3,805.50

Invoice Total $ 3,805.50

5



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000014

Financing and Cash Collateral

---

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804694 | 14,354.40 | (11,467.08) | 2,887.32 |
| 09/21/16 | 1815578 | 7,926.00 | 0.00 | 7,926.00 |
| 10/11/16 | 1822050 | 2,684.50 | 0.00 | 2,684.50 |
| 11/09/16 | 1832674 | 3,637.00 | 0.00 | 3,637.00 |
| 12/13/16 | 1846107 | 2,405.00 | 0.00 | 2,405.00 |
| 01/19/17 | 1853843 | 14,989.00 | 0.00 | 14,989.00 |
| 02/22/17 | 1865401 | 779.04 | 0.00 | 779.04 |
| 03/10/17 | 1870861 | 5,224.50 | 0.00 | 5,224.50 |
| 04/19/17 | 1883651 | 4,994.00 | 0.00 | 4,994.00 |
| 05/24/17 | 1895425 | 1,812.50 | 0.00 | 1,812.50 |
| 06/12/17 | 1900410 | 1,204.00 | 0.00 | 1,204.00 |
| 07/11/17 | 1907893 | 3,805.50 | 0.00 | 3,805.50 |

Total Outstanding Invoices                                    $52,348.36

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907894**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                    $        48,650.60

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Invoice No. 1907894

Client/Matter:  15257497-000015

Litigation - Contested Matters and Adversary Proceedings

For Professional Services Rendered through June 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG/Harbor Gardens] Exchange multiple E-Mails with Gary Klausner and Andrew Sherman on scheduling hearing on pending Motions on approval of the Harbor Gardens Settlement and establishing the amount of the RNG Claim. |
| 06/01/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/ Berle Weiner / Sycamore / Roxbury] Exchange multiple E-Mails with Brian Walton on request for letter sent by Andrew Sherman to Gary Klausner  and the privileged nature of the letter; telephone call to Andrew Sherman on request for release of the letter. |
| 06/01/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re continued hearing date. |
| 06/02/17 | K.M. Howard | 0.20 | 53.00 | Finalized assembly of Gary Torrell documents (.1) and prepared communication to John Moe regarding same (.1). |
| 06/02/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/RNG/Harbor Gardens] Review Gary Torrell's  E-Mail on date for the hearing in August on the Harbor Garden's Settlement Agreement and the RNG Claim;  telephone call to Andrew Sherman on keeping the hearing on August 9th;  E-Mail to the Secured Creditors' Counsel on keeping the hearing on June 9th. |
| 06/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens]   Exchange E-Mails with Gary Klausner on Stipulation on hearing on August 9th. |

2

Litigation – Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG/Harbor Gardens] Review the corrected Stipulation (on the Harbor Gardens' settlement and the RNG Claim) with addition requested by Gary Torrell as to his vacation; transmit the corrected Stipulation on setting hearing on August 9th; additional E-Mail to Karl Block on execution of the Stipulation. |
| 06/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Review pleadings filed by Gary Torrell disputing the settlement nature of the communications between Brian Walton and Jeff Ahlholm, then transmit to Mr. Walton. |
| 06/02/17 | K.M. Howard | 0.10 | 26.50 | Discussed documents recently filed by Gary Torrell in opposition to Debtor's Motion to Strike Prior Ahlholm Declaration with John Moe. |
| 06/02/17 | K.M. Howard | 0.30 | 79.50 | Gathered and assembled documents filed by Gary Torrell concerning his opposition to Debtor's Motion to Strike. |
| 06/02/17 | K.M. Howard | 0.20 | 53.00 | Followup discussion with John Moe regarding Gary Torrell's filings (.1) and prepared communication to John Moe regarding same (.1). |
| 06/02/17 | K.M. Howard | 0.70 | 185.50 | Gathered and assembled all pleadings regarding Debtor's QAF Setoff Motion in conjunction with preparing hearing binders. |
| 06/02/17 | K.M. Howard | 0.80 | 212.00 | Reviewed QAF Setoff pleadings and drafted indices for hearing binders. |
| 06/02/17 | K.M. Howard | 1.30 | 344.50 | Prepared binders for June 6, 2017 hearing on Debtor's QAF Setoff Motion (1.1) and finalized each (.2). |
| 06/05/17 | J.A. Moe, II | 0.40 | 238.00 | [HQAF] Review Sam Maizel's E-Mail on hearing on June 6th; review Binder; return call to Mr. Maizel and deliver Binder of Pleadings related to June 6th to Alicia Aguilar for transmittal to Mr. Maizel; E-Mail to Mr. Maizel on Pleadings for June 6th hearing. |
| 06/05/17 | J.A. Moe, II | 0.10 | 59.50 | [HQAF] Review Docket on Tentative Ruling for hearing on HQAF Motion on June 6th. |
| 06/05/17 | J.A. Moe, II | 0.20 | 119.00 | [HQAF] Quickly review the Court's Tentative Ruling on the Debtor's Motion. |

3

Litigation – Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/05/17 | J.A. Moe, II | 0.10 | 59.50 | [MDmd, Inc.] Review and correct the Request For Dismissal. |
| 06/05/17 | S. Maizel | 2.00 | 1,300.00 | Review court's tentative on set-off motion (.5); begin preparing remarks for upcoming hearing re tentative (1.5). |
| 06/05/17 | A. Jinnah | 0.20 | 79.00 | Confer with J. Moe regarding re filling dismissal in MDMD matter. |
| 06/05/17 | A. Jinnah | 0.40 | 158.00 | Revise draft of dismissal in MDMD matter. |
| 06/05/17 | A. Jinnah | 0.10 | 39.50 | Confer with C. Omeara regarding filing of dismissal in MDMD matter. |
| 06/05/17 | T. Moyron | 0.30 | 165.00 | Analyze Court's tentative on Debtor's motion for order granting relief against the state. |
| 06/05/17 | T. Moyron | 0.10 | 55.00 | Conference call with Chambers regarding appearance at hearing to contest tentative ruling. |
| 06/06/17 | S. Schrag | 0.10 | 34.50 | Confer with J. Moe regarding drafting response to disclosure of confidential settlement discussions. |
| 06/06/17 | A. Jinnah | 0.20 | 79.00 | Coordinate with USA Legal to file dismissal of MDMD matter. |
| 06/06/17 | A. Jinnah | 0.40 | 158.00 | Review Complaint in Spineheart and Accountable matters for J. Moe to forward to forward to A. Sherman. |
| 06/06/17 | S. Maizel | 3.20 | 2,080.00 | Prepare for hearing on set-off motion (1.6) attend hearing on set-off motion (1.0); travel to and from hearing (.6). |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | [HQAF] Telephone call to Sam Maizel on preparation for the hearing before Judge Robles on the Motion on the HQAF, and arguments to be presented to Judge Robles. |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross of Michigan] Review E-mail form Blue Cross of Michigan on alleged necessity to have Claim reviewed by California Blue Cross; exchange E-Mails with Andrew Sherman on fact information already was sent to Blue Cross California. |
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | [HQAF] Telephone call from Eric Weissman and exchange E-Mails with Andrew Sherman on hearing on the HQAF Motion on June 6th. |

4

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/06/17 | J.A. Moe, II | 0.10 | 59.50 | [MDmd, Inc.] Review Notice on last day to file Request For Dismissal; exchange E-mails with Andy Jinnah to insure Request filed on June 6th. |
| 06/06/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Sam Maizel regarding tentative rulings pertaining to Debtor's QAF Setoff Motion. |
| 06/06/17 | J.A. Moe, II | 0.20 | 119.00 | [HQAF] Conference call with Sam Maizel and Andrew Sherman on argument before Judge Robles on the HQAF Motion (and review of Steve Pollard's latest Reply filed in the District Court, setting up segregated account, collections of accounts receivable and possible Mediation with Berle Weiner, Sycamore, Roxbury and the Board). |
| 06/06/17 | T. Moyron | 1.80 | 990.00 | Attend hearing on Debtor's motion for entry of order granting relief against State. |
| 06/07/17 | A. Jinnah | 0.30 | 118.50 | Confer with J. regarding compiling all Complaints in which Gardens is a plaintiff or Cross Complainant. |
| 06/07/17 | S. Maizel | 0.20 | 130.00 | Email to Bill Thomas re pay off of Strategic loan. |
| 06/07/17 | J.A. Moe, II | 0.20 | 119.00 | [DeLage Landen]  Exchange E-Mail with David Herskovitz requesting a copy of the DeLage Landen Complaint and Cross-Complaint.; confer with Paralegal Kathryn Howard on copies of the pleadings;  E-Mail to Kathryn Stanton requesting a copy of the pleadings; exchange E-Mails with David Herskovitz and Kathryn Stanton on transmitting to Dentons a copy of the Complaint and Cross-Complaint. |
| 06/07/17 | K.M. Howard | 0.10 | 26.50 | Discussed DeLage Landen's complaint with John Moe. |
| 06/07/17 | K.M. Howard | 0.20 | 53.00 | Briefly reviewed Proof of Claim and Amended Proof of Claim filed by DeLage Landen to determine if their complaint was attached as an exhibit. |
| 06/07/17 | K.M. Howard | 0.10 | 26.50 | Subsequent discussion with John Moe regarding the status of DeLage Landen's complaint. |

5

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG/Harbor Gardens]  Review status of execution of the Stipulation setting hearing on the RNG and Harbor Gardens' Motions for August 9th; telephone call to Karl Block on signature. |
| 06/07/17 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen and Spineheart]  Confer with Andy Jinnah on DeLage Landen Complaint and Spineheart Complaint for transmittal to Andrew Sherman. |
| 06/07/17 | J.A. Moe, II | 0.20 | 119.00 | [DeLage Landen]  Exchange E-mails with Kathryn Stanton on status of the Complaint; preliminarily review the Intuitive Cross-Complaint. |
| 06/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens]  Return call from Karl Block on executing the Stipulation on the hearing on August 9th, and status of a possible Mediation. |
| 06/07/17 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen]  Review E-Mail from Kathryn Stanton, and preliminarily review the Complaint filed by DeLage Landen; confer briefly with Andy Jinnah on sending documents to Andrew Sherman. |
| 06/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens]  E-Mail to Karl Block on executing Stipulation on setting hearing for August 9th on the RNG Motion and the Harbor Gardens Settlement Motion. |
| 06/08/17 | J.A. Moe, II | 0.10 | 59.50 | [MDmd, Inc.] Review the Request For Dismissal now filed and the upcoming date for the hearing in the Superior Court. |
| 06/08/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Assignment Of Litigation Rights]  Review Boris Mantovetskiy's E-Mail, then transmit to Brian Walton and David Herskovitz, the E-Mail from Mr.  Mangroves on assignment of Litigation Rights; exchange E-Mails with Brian Walton on assignment  of rights; E-Mail to Mr. Mantovetskiy requesting Assignment Rights. |
| 06/08/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding Debtor's Motion to Strike the Declaration of Jeffrey Ahlholm. |

6

Litigation – Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/08/17 | J.A. Moe, II | 0.30 | 178.50 | [Spineart, Accountable Health, RUSI and DeLage Landen/Intuitive]  Letter to Brian Walton on assignment of Superior Court Cases to the Committee. |
| 06/08/17 | K.M. Howard | 0.50 | 132.50 | Reviewed and culled Debtor's Motion to Strike the Declaration of Jeffrey Ahlholm and all other pleadings regarding Jeffrey Ahlholm (.4) and followup discussion with John Moe regarding same (.1). |
| 06/08/17 | J.A. Moe, II | 0.20 | 119.00 | Conferences with Kathryn Howard, on assembling and reviewing documents related to the privileged settlement conversations between Jeffrey Ahlholm and Brian Walton. |
| 06/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Review pleadings assembled on issue of whether conversation between Jeffrey Ahlholm and Brian Walton were settlement discussions. |
| 06/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Assignment Of Litigation Rights]  Exchange E-Mails with David Herskovitz on transferring and assigning Litigation rights to the Committee, subject to Court approval. |
| 06/08/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/Assignment Of Litigation Rights]  Telephone call from Andrew Sherman on assigning Litigation rights to the Committee (subject to Court approval), request for Demand Letter form the Committee, and amount recoverable on D & O Insurance Policy; E-Mail to David Herskovitz on the amount remaining on the Policy. |
| 06/09/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/RNG] Telephone call form Sarah Schrag outlining the background and issue to be briefed on admissibly of settlement discussions. |
| 06/09/17 | J.A. Moe, II | 0.20 | 119.00 | Creditors Committee Investigation/RNG] Review and prepare  documents for Sarah Schrag on the Jeffrey Ahlholm Declaration. |

7

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Spinal Solutions and Orthopedic Alliance] Telephone call from Kathryn Stanton on release of patient information by Hospital to Spinal Solutions, for billing, and turn over to Bob Zdek as a Judgment Creditors in the Robert Williams (Spinal Solutions and Orthopedic Alliance) Bankruptcy. |
| 06/09/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/RNG] Review and consider Gary Torrell's false assertions made to the Clerk of the Court; E-Mail to Sam Maizel on his contact with Mr. Torrell; telephone call to and with Clerk of the Court on his receipt of call from Mr. Torrell and Judge Robles' making decision on how to proceed on when the Motion To Strike should be considered by the Court; second E-Mail to Mr. Maizel. |
| 06/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens] E-Mail to Karl Block on moving the hearings on the RNG Motion and Harbor Gardens Settlement Agreement to August 9th. |
| 06/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Confer with Sam Maizel on expectation that Judge Robles will likely set a date on the hearing on the Motion To Strike, reviewing John Moe's brief conference with Gary Torrell's telephone call with Judge Robles' Clerk. |
| 06/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] In response to Gary Torrell's E-Mail on his contacting Judge Robles' Clerk, consider response and then prepare E-Mail to Mr. Torrell on contact with the Clerk and Sam Maizel trying to to reach Mr. Torrell. |
| 06/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Trail on Involuntary Petition] Telephone call to Andrew Sherman on Adversary Proceedings, and renewed request for letter on claims again the Board. |
| 06/09/17 | S. Schrag | 0.20 | 69.00 | Confer with J. Moe regarding drafting response to disclosure of confidential settlement discussions (.1); begin reviewing court documents regarding the same (.1). |

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Review Sam Maizel's E-Mail and second E-Mail to Gary Torrell on Mr. Maizel attempting to contact Mr. Torrell. |
| 06/12/17 | J.A. Moe, II | 0.10 | 59.50 | [HQAF] Review E-Mails; review with Kathryn Howard (and Tania Moyron) whether Judge Robles has issued a decision on the HQAF Motion. |
| 06/12/17 | S. Schrag | 0.20 | 69.00 | Review and analyze final Order rejecting Stay. |
| 06/12/17 | A. Jinnah | 0.70 | 276.50 | Multiple conferences with court clerk in MDMD matter regarding rejection of dismissal. |
| 06/13/17 | A. Jinnah | 0.30 | 118.50 | Confer with C. Omeara and USA Legal regarding filing of dismissal in MDMD. |
| 06/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Exchange E-Mails with Andrew Sherman and Sam Maizel on language on Mr. Sherman's proposed language on transfer of standing to the Committee. |
| 06/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Board of Directors] E-Mail to Eric Weissman transmitting to Mr. Weissman Andrew Sherman's letter of June 12th on Claims against the Board of Directors. |
| 06/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Board Of Directors] E-Mail from Andrew Sherman outlining Claims against the Board of Directors in letter dated June 12th; confer with Sam Maizel on receipt of Claims Letter and transmittal to Mr. Walton and Herskovitz; E-Mail to Brian Walton and David Herskovitz transmitting the Committee's June 12th Letter on Claims against the Board of Directors. |
| 06/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Exchange E-Mails with Brian Walton on general assignment of Claims to the Committee. |
| 06/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Exchange E-Mails with Kathryn Howard on the Court setting a hearing on the Debtor's Motion To Strike the Declaration Of Jeffrey Ahlholm. |

9

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/14/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/RNG] Exchange E-Mails with Sarah Schrag on continuing work to prepare draft of the Reply to RollinsNelson's Response to Gardens' Hospital's Motion To Strike the Declaration Of Jeffrey Ahlholm. |
| 06/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Exchange E-Mails with Andrew Sherman on continuing to dealing with Gary Torrell. |
| 06/15/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/RNG] Exchange E-Mails with Sarah Schrag on preparing and transmitting latest draft of the Reply to RollinsNelson's Response to Gardens' Hospital's Motion To Strike the Declaration Of Jeffrey Ahlholm. |
| 06/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Harbor Gardens] Additional E-Mail to Karl Block on completing Stipulation to continue the hearings on the RNG Motion and the Motion on the Harbor Garden's Settlement Agreement. |
| 06/15/17 | J.A. Moe, II | 0.10 | 59.50 | [HQAF]  Exchange E-Mails with Eric Weismann on the HQAF Motion. |
| 06/15/17 | S. Schrag | 0.40 | 138.00 | Confer with J. Moe regarding Reply to Objection to Motion to Strike (.1); begin drafting the same (.1); conduct legal research on Fed. R. Evid. 408 (.1); review Objection to Motion to Strike and Supporting Affidavit (.1). |
| 06/16/17 | S. Schrag | 12.80 | 4,416.00 | Confer with J. Moe regarding Reply to Objection to Motion to Strike (.2); continue drafting the same (6.8); continue conducting legal research on Fed. R. Evid. 408 (5.1); continue reviewing Objection to Motion to Strike and Supporting Affidavit (.7). |
| 06/16/17 | S. Maizel | 1.00 | 650.00 | Review status of pending appeals in preparation for filing motions to dismiss. |
| 06/18/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/RNG] Exchange E-Mails with Sarah Schrag on draft of the Reply To Rollins Nelson Group LLC's Objection To Debtor's Motion To Strike Prior Ahlholm Declaration. |
| 06/19/17 | K.M. Howard | 0.10 | 26.50 | Discussed additional documents requested by Sarah Schrag with John Moe. |

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/19/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/RNG] Review draft of Sarah Schrag's Reply to the Response on the Motion To Strike the Declaration Of Jeffrey Ahlholm. |
| 06/19/17 | J.A. Moe, II | 0.30 | 178.50 | Creditors Committee Investigation/RNG] Telephone call with Sarah Schrag on the Reply to the Response on the Motion To Strike the Declaration Of Jeffrey Ahlholm. |
| 06/19/17 | J.A. Moe, II | 0.20 | 119.00 | Review and consider possible settlement with the Attorney General, and utilizing Dentons' Attorney General Practice to accentuate that process; two brief conferences with Kathryn Howard on locating the pleadings to send to former Florida Attorney General. |
| 06/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Worker's Compensation Cases/Knox Ricksen] Confer with Andy Jinnah on upcoming hearing. |
| 06/19/17 | J.A. Moe, II | 0.20 | 119.00 | Superior Court Cases] Telephone call with Andrew Sherman, with Andy Jinnah, on transfer of Cases to Sills Cummis (also discussing the information obtained on the Qui Tam Case implicating Rollins Nelson); confer with Mr. Jinnah on transferring Cases. |
| 06/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Workers Compensation Cases/Knox Ricksen] Review with Andy Jinnah and revise proposed language to send to Opposing Counsel in the Knox Ricksen Cases, on the status of the Bankruptcy Case. |
| 06/19/17 | S. Schrag | 0.70 | 241.50 | Confer with J. Moe regarding Reply to Objection to Motion to Strike (.2); conduct legal research on Fed. R. of Evid. 408 (.5). |
| 06/19/17 | S. Maizel | 0.80 | 520.00 | Review documents re AG appeal and Promise appeal. |
| 06/19/17 | A. Jinnah | 0.50 | 197.50 | Multiple conferences with J. Moe regarding Gardens superior court cases. |
| 06/19/17 | A. Jinnah | 0.30 | 118.50 | Draft updates to Knox Ricksen regarding status of bankruptcy sale of Gardens hospital. |
| 06/20/17 | A. Jinnah | 0.60 | 237.00 | Review documents for outstanding Gardens superior court cases in order to forward same to A. Sherman for his guidance on how to proceed with the cases. |

11

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 06/20/17 | S. Maizel | 0.40 | 260.00 | Review and respond to emails re Committee standing re claims. |
| 06/20/17 | S. Maizel | 0.50 | 325.00 | Review documents re State appeal for motion to dismiss. |
| 06/20/17 | S. Schrag | 0.30 | 103.50 | Continue drafting Reply to Objection to Motion to Strike (.2); confer with J. Moe regarding the same (.1). |
| 06/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Confer with Sam Maizel, reviewing the conference call from June 18th, including the issue of the assignment of claims and Mediation. |
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee's Investigation/RNG/] Exchange E-Mails with Brian Walton on language relating to the assignment of claims. |
| 06/20/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee's Investigation/Harbor Gardens] Telephone call from Karl Block on change to the Stipulation on continuing the hearing on the RNG Motion and the Harbor Gardens' Motion on the Settlement Agreement; revise the Stipulation and return to Karl Block for approval. |
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens]  Telephone call with Andrew Sherman on proceeding with Mediation, but on Gary Torrell's conditions. |
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens] Review the amended Stipulation to continue the dates for the hearing on the RNG Motion and the Harbor Gardens Settlement Agreement, then transmit to Karl Block for signature. |
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens] Review the amended Stipulation signed by Karl Block, then E-Mail to Secured Creditors' Counsel on executing and returning the Stipulation. |
| 06/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases]  Telephone call from Kathryn Stanton on alleged release of Patient Files. |

12

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Telephone call from Boris Mantovetskiy on assignment of Claims against RNG to the Committee; review Boris Mantovetskiy's E-Mail with proposed on assignment of rights to the Committee;  review exchange of additional E-Mails between Mr. Mantovetsky and Sam Maizel on an assignment. |
| 06/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Review signatures  on Stipulation resetting hearing on August 9th, then E-mail to Andrew Sherman requesting his signature;  prepare draft of Order on Stipulation. |
| 06/21/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigating/Board] Review David Herskovitz' draft of a "tender letter" to RUSI, and E-Mail to Mr. Herskovitz (and others) on who should be identified in the letter. |
| 06/21/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Harbor Gardens] Telephone call from Boris Mantovetskiy, on extension requested by Committee from Karl Block (Harbor Gardens), and review of the amount in the Secured Creditors Segregated Account, status of collections, and the assignment. |
| 06/21/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens] In accordance with Gary Klausner's request, transmit to him the executed Stipulation on continuing the hearings (on RNG Motion and the Motion on the Harbor Gardens Settlement Agreement) to August 9th. |
| 06/21/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Telephone call with David Herskovitz on description of relationship between Gardens' Hospital land RollinsNelson Group, for use in the |
| 06/21/17 | S. Schrag | 8.30 | 2,863.50 | Continue drafting Reply to Objection to Motion to Strike. |
| 06/22/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Review the latest draft of the Debtor's Reply to RollinsNelson Group, LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration. |

13

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/22/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Confer with Sarah Shrag on review of and additions to Debtor's Reply To RollinsNelson Group, LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration. |
| 06/22/17 | S. Schrag | 7.90 | 2,725.50 | Continue drafting Reply to Objection to Motion to Strike (4.9); continue researching caselaw related to Fed. R. Evid. 408 (3.0). |
| 06/22/17 | K.M. Howard | 0.70 | 185.50 | Organized documents produced by Sheppard Mullin to Request for Production for Documents and incorporated binders. |
| 06/23/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the order approving the stipulation to continue the RNG claim hearing. |
| 06/23/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed Judge Robles' order approving the stipulation to continue the RNG claim hearing. |
| 06/23/17 | S. Schrag | 2.10 | 724.50 | Finalize draft of Reply to Objection to Motion to Strike. |
| 06/23/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/RNG] Telephone call to Brian Walton on completing his revised Declaration; second telephone call Mr. Walton on his revised Declaration; review and amend the revised Declaration; telephone call to Brian Walton on three additions; return corrected revised Declaration to Mr. Walton. |
| 06/23/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/RNG] Continue to review and edit the Reply To RollinsNelson Groups LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration, with intermittent telephone calls to Sarah Shrag discussing corrections and inserts regarding the Declaration Of Brian Walton, including reference in the Reply to the two Walton Declarations. |
| 06/23/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/RNG] Additional review and editing of the Reply To RollinsNelson Groups LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration. |

14

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/23/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/RNG] Two additional telephone call with Brian Walton, awaiting final changes to Mr. Waltons' Declaration in support of the Reply To RollinsNelson Groups LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration. |
| 06/23/17 | J.A. Moe, II | 0.20 | 119.00 | Creditors Committee Investigation/RNG] Complete review of and confirm the filing of the Reply To RollinsNelson Groups LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration; consider Sarah Schrag's note on one minor typographical error in the Reply. |
| 06/23/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Preliminarily review the David Herskovitz' statement on relationship between the Hospital and RollinsNelson Group. |
| 06/23/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Prepare draft of Supplemental Declaration Of Brian Walton, in support of the Debtor's Reply To RollinsNelson Group, LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration. |
| 06/23/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/RNG] Telephone call with Sarah Schrag on continuing work to update the Debtor's Reply To RollinsNelson Group, LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration. |
| 06/23/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Review multiple E-Mails from Jon Pastor, David Herskovitz and Brian Walton on the tender of the Creditors Committee's Claims against the Board Of Directors. |
| 06/23/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG]  In connection with the Debtor's Reply To RollinsNelson Group, LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration: Review David Herskovitz' two page summary of the relationship between Gardens' Hospital and RollinsNelson Group; prepare brief summary of relationship, for insertion into the Reply. |

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/23/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/RNG/Harbor Gardens] Telephone call from Karl Block on amount in the segregated account, prospects for collection and review of additional transfers into the Secured Creditors' Account. |
| 06/23/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Revise the Declaration On Brian Walton in support of Debtor's Reply To RollinsNelson Group, LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration. |
| 06/23/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Review the revised Declaration Of Brian Walton in support of the Reply To RollinsNelson Groups LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration, then transmit to Mr. Walton; exchange E-Mails with Mr. Walton on finishing his Declaration and the Reply. |
| 06/23/17 | J.A. Moe, II | 1.90 | 1,130.50 | [Creditors Committee Investigation/RNG] Review and correct the Reply To RollinsNelson Groups LLC's Objections To Debtor's Motion To Strike Prior Ahlholm Declaration, with intermittent telephone calls to Sarah Shrag discussing corrections and inserts to the Declaration. |
| 06/23/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding the settlement agreement between Gardens Hospital and the key secured creditors. |
| 06/23/17 | K.M. Howard | 0.20 | 53.00 | Assembled the settlement agreement (.1) and prepared communication to John Moe regarding same (.1). |
| 06/23/17 | K.M. Howard | 0.20 | 53.00 | Received and reviewed Judge Robles' Memorandum of Decision denying the QAF Motion (.1) and prepared communication regarding same (.1). |
| 06/26/17 | K.M. Howard | 1.10 | 291.50 | Reviewed docket to determine all pleadings pertaining to the Ahlholm Declaration and culled and assembled each. |
| 06/26/17 | K.M. Howard | 0.40 | 106.00 | Reviewed newly filed Motion to Allow Payment of QAF Fees and culled key data for inclusion into critical dates memo and calculated deadlines. |

16

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/26/17 | T. Moyron | 0.30 | 165.00 | Analyze Court's memorandum finding that the principle of equitable recoupment entitled the state to withhold certain payments. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens/Board Of Directors] Telephone call to Brian Walton on setting time to discuss assignment of Claims to the Committee and upcoming press to proceed with Mediation. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Board Of Directors] Review draft of the two page letter form David Herskovitz asserting Claims (in Committee's June 12th letter) to RUSI Indemnity Company. |
| 06/26/17 | S. Alberts | 1.80 | 1,170.00 | Review Bankruptcy Court opinion, assess potential arguments regarding recoupment, quick research and summarize for S. Maizel. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] Telephone call returned to Andrew Sherman on transfer of standing to the Committee and Mediation. |
| 06/26/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Telephone call to Boris Mantovetskiy on preparing Stipulation on assignment of rights to the Creditors Committee, and transfer of four Superior Court Cases to the Committee. |
| 06/26/17 | S. Maizel | 1.00 | 650.00 | Review Court's opinion re setoff motion (.7); draft email to client re possible appeal (.1); draft potential issues on appeal (.2). |
| 06/26/17 | S. Maizel | 0.70 | 455.00 | Review State's motion for QAF fees to be treated as admin expense as a tax (.5); review and respond to emails re same (.2). |
| 06/26/17 | S. Maizel | 0.50 | 325.00 | Review and respond to emails re possible appeal of setoff motion order. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Workers' Compensation Cases] Confer with Andy Jinnah reviewing letter to Judge Devine (in Sherman Oaks Courthouse) on continuance of the hearings on the three Cases. |
| 06/27/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/RNG] Prepare draft, then extensively revise, Memorandum to Gary Torrell on proceeding by way of a Mediation. |

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/27/17 | J.A. Moe, II | 1.00 | 595.00 | [Creditors Committee Investigation/RNG] Extended telephone call with Brian Walton on transfer of standing on Claims and Mediation. |
| 06/27/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/RNG] Review the revised Stipulation returned on transfer of standing to the Creditors Committee, from Boris Mantovetskiy; review and consider changes; revise paragraph 7 of the Stipulation. |
| 06/27/17 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen; Mdmd, Inc.; and Spineart] Confer with Andy Jinnah on preparing for the three upcoming Status Conferences in the Superior Court. |
| 06/27/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG] Telephone call with Boris Mantovetskiy on transfer of standing to the Committee to pursue Claims. |
| 06/27/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG] E-Mail to Brian Walton and David Herskovitz on Stipulation on transfer of standing. |
| 06/27/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the filing and service of Debtor's Notice of Continued Hearing on RNG's Claims. |
| 06/27/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/RNG/Harbor Gardens/Board Of Directors] Review and expand draft of the proposed Stipulation Re Granting The Official Committee Of Unsecured Creditors Standing To Pursue Certain Estate Based Claims; continue to review and correct the Stipulation, review the differentiation of Claims and assigning of rights. |
| 06/27/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Harbor Gardens] Review and add insert to the proposed Notice of Stipulation and Order continuing hearing on RNG Motion and Motion on approval of Harbor Gardens' Settlement Agreement. |
| 06/27/17 | K.M. Howard | 0.50 | 132.50 | Reviewed Order continuing the hearing on RNG's claim (.1) and drafted Notice of Continued Hearing (.4). |
| 06/27/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Notice of Continued Hearing on RNG's Claim. |

18

Litigation – Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/27/17 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding the continued hearing on the RNG Claim and Compromise Motion. |
| 06/27/17 | K.M. Howard | 0.70 | 185.50 | Further work on determining and assembling the underlying pleadings which Ahlholm declaration supported. |
| 06/27/17 | K.M. Howard | 0.90 | 238.50 | Reviewed Ahlholm pleadings and worked on preparation of index of each. |
| 06/27/17 | S. Schrag | 0.20 | 69.00 | Confer with S. Maizel and G. Marsh regarding Objection to Department's Motion for Priority Status. |
| 06/27/17 | S. Maizel | 1.50 | 975.00 | Review information and cases re status motion re QAF as a tax. |
| 06/28/17 | T. Moyron | 0.20 | 110.00 | Analyze local rules and issues related to motion for continuance. |
| 06/28/17 | T. Moyron | 1.50 | 825.00 | Incorporate comments to motion to dismiss Promise's appeal. |
| 06/28/17 | S. Maizel | 0.70 | 455.00 | Emails with K. Wang re hearing date on QAF motion (.3); drafting text for motion for continuance (.4). |
| 06/28/17 | K.M. Howard | 0.10 | 26.50 | Conferred with John Moe regarding the hearing on Motion to Strike Ahlholm Declaration. |
| 06/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call from Karl Block on transfer of additional $250,000, and review of Mediation (including tender of Claims against Board Of Directors to Insurance Carrier). |
| 06/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Board Of Directors] E-Mail to John Pastor on tender of Claims against Board Of Directors to Insurance Carrier. |
| 06/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] E-Mail to Andrew Sherman on Mediation in July. |
| 06/29/17 | J.A. Moe, II | 1.60 | 952.00 | Telephone call from Brian Walton, reviewing the "breakout" on five separate transfers of standing to the Committee to pursue Claims in behalf of the Debtor, and tender of the Debtor's Claims against the Board to the Insurance Carrier. |

19

Litigation – Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/RNG/Board Of Directors] Telephone call from Jon Pastor on position on the Board Of Directors, on multiple transfers of standing and necessity for the Board Members to have counsel. |
| 06/29/17 | K.M. Howard | 1.60 | 424.00 | Drafted Motion for Order to Continue Hearing Date on California Department of Health Care Services' Motion to Allow Payment of Quality Assurance Fee Debt. |
| 06/29/17 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding deadlines pertaining to DHCS Motion to Allow Payment of QAF Debt. |
| 06/29/17 | K.M. Howard | 0.40 | 106.00 | Drafted Order to Continue the Hearing on DHCS Motion to Allow Payment of QAF Debt. |
| 06/29/17 | J.A. Moe, II | 0.10 | 59.50 | [HQAF] Confer with Kathryn Howard on addition to the Motion seeking to extend the hearing date on the Attorney General's Motion for payment of an Administrative Claim. |
| 06/29/17 | J.A. Moe, II | 0.30 | 178.50 | [HQAF] Review draft of Debtor's Ex Parte Notice Of Motion And Emergency Motion For Order To Continue The Hearing On The California Department Of Health Care Services' Motion To Allow Payment Of The Quality Assurance Fee Debt As Administrative Priority Claim; confer with Clerk on filing Motion; confer with Sam Maizel on contents of the Motion. |
| 06/29/17 | J.A. Moe, II | 0.20 | 119.00 | [HQAF] Review the revised Ex Parte Notice Of Motion For Order To Continue The Hearing On The California Department Of Health Care Services' Motion To Allow Payment Of The Quality Assurance Fee Debt As Administrative Priority Claim and the Declaration Of Sam Maizel; confer with Sam Maizel on one correction to the Motion. |
| 06/29/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/RNG/Board Of Directors] Review Brian Walton's lengthy text on conferring on June 29th on transfer of standing; telephone call and E-Mail to Brian Walton on conferring on transfer of standing. |
| 06/29/17 | J.A. Moe, II | 0.20 | 119.00 | Review and consider alternative requirements on different transfers of standing, in response to telephone calls with Jon Pastor on June 28th. |

20

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 06/29/17 | T. Moyron | 1.60 | 880.00 | Finalize motion to dismiss Promise's appeal. |
| 06/29/17 | T. Moyron | 0.20 | 110.00 | Prepare motion to continue QAF hearing. |
| 06/29/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with Ken Wang re continuance on hearing for set-off motion. |
| 06/29/17 | S. Maizel | 2.00 | 1,300.00 | Drafting motion for continuance (1.5); review and respond to emails re same (.5). |
| 06/29/17 | S. Schrag | 2.60 | 897.00 | Begin drafting Debtor's Objection to Department's Motion for Priority Status. |
| 06/30/17 | S. Schrag | 4.50 | 1,552.50 | Continue drafting Debtor's Objection to Department's Motion for Priority Status. |
| 06/30/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding possible tentative ruling regarding July 5, 2017 hearing. |
| 06/30/17 | K.M. Howard | 0.10 | 26.50 | Reviewed docket and Judge Robles' tentative rulings to determine if a tentative has been issued regarding the July 5, 2017 hearing on the Ahlholm Declaration. |
| 06/30/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and revise index to the Motion to Strike Ahlholm's Prior Declaration (.2) and finalized hearing binders (.4). |
| 06/30/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Order on Debtor's Emergency Motion to Continue the Hearing on CDHCS Motion to Allow Payment of QAF Debt and culled new hearing dates and deadlines. |
| 06/30/17 | S. Maizel | 0.30 | 195.00 | Review court's order re continuance of hearing on state's QAF motion (.1); review and respond to emails re same (.2). |
| 06/30/17 | S. Maizel | 0.70 | 455.00 | Telephone conference with S. Scharag re opposition to state's QAF motion (.1); review state's motion in other cases re same issue (.5); review and respond to emails with M. Kim re same (.1). |
| 06/30/17 | S. Maizel | 1.00 | 650.00 | Review materials re opposition to state motion re QAF as tax. |
| 06/30/17 | K.M. Howard | 0.10 | 26.50 | Reviewed the docket and Judge Robles' tentative rulings to determine if a tentative was issued on the July 5, 2017 hearing on the prior Ahlholm Declaration. |

21

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/30/17 | K.M. Howard | 0.10 | 26.50 | Telephone conference with John Moe regarding the status of a tentative rulings on the July 5, 2017 hearing. |
| 06/30/17 | J.A. Moe, II | 0.10 | 59.50 | [HQAF] Review entered Order on new date for the hearing on the Attorney General's Motion on administrative claims. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 106.20 | | |
| Fee Amount | | | | $48,507.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Alberts | $650.00 | 1.80 | $1,170.00 |
| S. Maizel | $650.00 | 16.70 | $10,855.00 |
| J.A. Moe, II | $595.00 | 23.60 | $14,042.00 |
| T. Moyron | $550.00 | 6.00 | $3,300.00 |
| A. Jinnah | $395.00 | 4.00 | $1,580.00 |
| S. Schrag | $345.00 | 40.30 | $13,903.50 |
| K.M. Howard | $265.00 | 13.80 | $3,657.00 |
| Totals | | 106.20 | $48,507.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 5/2/2017 | Delivery & Postage - - | USA LEGAL, INC. | 20.00 |
| 5/15/2017 | Delivery & Postage - - | USA LEGAL, INC. | 15.00 |
| | | SUBTOTAL | 35.00 |
| | Document reproduction | | 25.10 |
| | | SUBTOTAL | 25.10 |
| 5/3/2017 | Ground Transportation Samuel R. Maizel, Parking re travel for hearing. | | 8.00 |

22

Litigation - Contested Matters and Adversary Proceedings

July 11, 2017

Matter: 15257497-000015
Invoice No.: 1907894

| Date | Description | | Amount |
|------|-------------|--|--------|
| | | SUBTOTAL | 8.00 |
| 5/24/2017 | WESTLAW COBARRUBIAS\BETH | | 75.00 |
| | | SUBTOTAL | 75.00 |
| | Total Disbursements | | $143.10 |

| | | | | |
|--|--|--|--|--|
| | Fee Total | $ | 48,507.50 | |
| | Disbursement Total | $ | 143.10 | |
| | Invoice Total | $ | 48,650.60 | |

23



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

---

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 07/18/16 | 1793457 | 28,993.50 | (25,911.79) | 3,081.71 |
| 08/15/16 | 1804695 | 28,106.00 | (22,484.80) | 5,621.20 |
| 09/21/16 | 1815579 | 32,604.86 | 0.00 | 32,604.86 |
| 10/11/16 | 1822094 | 21,126.30 | 0.00 | 21,126.30 |
| 11/09/16 | 1832680 | 68,114.80 | 0.00 | 68,114.80 |
| 12/13/16 | 1846034 | 19,225.70 | 0.00 | 19,225.70 |
| 01/19/17 | 1853845 | 32,510.00 | 0.00 | 32,510.00 |
| 02/22/17 | 1865404 | 9,285.71 | 0.00 | 9,285.71 |
| 03/10/17 | 1870876 | 12,867.05 | 0.00 | 12,867.05 |
| 04/19/17 | 1883654 | 58,143.10 | 0.00 | 58,143.10 |
| 05/24/17 | 1895427 | 36,355.95 | 0.00 | 36,355.95 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | 0.00 | 48,650.60 |

Total Outstanding Invoices — $394,652.98

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907898**

Client/Matter: 15257497-000020

Relief from Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice                                        $            79.50

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907898**

Client/Matter:   15257497-000020

Relief from Stay and Adequate Protection

For Professional Services Rendered through June 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/06/17 | K.M. Howard | 0.10 | 26.50 | Telephone conference with A. Jinnah regarding cases in which the Debtor is a plaintiff. |
| 06/06/17 | K.M. Howard | 0.20 | 53.00 | Assembled chart identifying cases in which Debtor is a plaintiff or cross-complainant (.1) and prepared communication to A. Jinnah regarding same (.1). |
| Total Hours | | 0.30 | | |
| Fee Amount | | | | $79.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $265.00 | 0.30 | $79.50 |
| Totals | | 0.30 | $79.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 79.50 | |
| Invoice Total | $ | 79.50 | |

2



| Dentons US LLP | Salans FMC SNR Denton |
|---|---|
| 601 S. Figueroa Street | McKenna Long |
| Suite 2500 | dentons.com |
| Los Angeles, California 90017-5704 | |

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

---

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| <u>Date</u> | <u>Invoice No.</u> | <u>Invoice Amount</u> | Payments/<br><u>Adjustments</u> | <u>Total</u> |
|---|---|---|---|---|
| 08/15/16 | 1804698 | 1,025.00 | (820.00) | 205.00 |
| 09/21/16 | 1815632 | 1,167.00 | 0.00 | 1,167.00 |
| 10/11/16 | 1822097 | 697.00 | 0.00 | 697.00 |
| 11/09/16 | 1832701 | 2,771.00 | 0.00 | 2,771.00 |
| 12/13/16 | 1846060 | 2,092.50 | 0.00 | 2,092.50 |
| 01/19/17 | 1853851 | 2,795.00 | 0.00 | 2,795.00 |
| 02/22/17 | 1865406 | 2,772.00 | 0.00 | 2,772.00 |
| 03/10/17 | 1870879 | 6,497.00 | 0.00 | 6,497.00 |
| 04/19/17 | 1883664 | 1,216.50 | 0.00 | 1,216.50 |
| 05/24/17 | 1895430 | 178.50 | 0.00 | 178.50 |
| 07/11/17 | 1907898 | 79.50 | 0.00 | <u>79.50</u> |

Total Outstanding Invoices                          <u>$20,471.00</u>

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907899**

Client/Matter: 15257497-000021

Reporting

Payment Due Upon Receipt

Total This Invoice                                    $            945.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | Dentons US LLP | Salans FMC SNR Denton |
| --- | --- | --- |
| | 601 S. Figueroa Street | McKenna Long |
| | Suite 2500 | dentons.com |
| | Los Angeles, California  90017-5704 | |

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907899**

Client/Matter:  15257497-000021

Reporting

---

For Professional Services Rendered through June 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
| --- | --- | --- | --- | --- |
| 06/06/17 | K.M. Howard | 0.30 | 79.50 | Received and reviewed communication from Chinda Bhanarakas and attached bank statements and cross-referenced to previous monthly operating statement. |
| 06/09/17 | K.M. Howard | 0.40 | 106.00 | Received and reviewed Debtor's bank statements for May 2017 in conjunction with submitting to US Trustee. |
| 06/16/17 | K.M. Howard | 0.30 | 79.50 | Prepared Debtor's bank statements for May 2017 and submitted each to U.S. Trustee. |
| 06/16/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from US Trustee confirming receipt of Debtor's bank statements. |
| 06/16/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Tayo Agboke regarding Debtor's general liability policy and automobile policies. |
| 06/20/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from John Moe regarding US Trustee's communication concerning various hospital insurance policies. |
| 06/23/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Karen Nimniyom regarding the status of the Monthly Operating Report for May 2017. |
| 06/23/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to the Debtor regarding the status of the May 2017 Monthly Operating Report. |
| 06/26/17 | K.M. Howard | 0.40 | 106.00 | Finalized prepared May 2017 Monthly Operating Report for filing and service. |
| 06/26/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from Reva Swadener regarding the execution of the May 2017 Monthly Operating Report. |
| 06/26/17 | K.M. Howard | 0.10 | 26.50 | Several communications with John Moe's assistant regarding the filing and service of the May 2017 Monthly Operating Report. |

2

Reporting                                                                                    July 11, 2017

Matter: 15257497-000021
Invoice No.: 1907899

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/26/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Eric Weissman regarding the May 2017 Monthly Operating Report. |
| 06/26/17 | K.M. Howard | 0.40 | 106.00 | Drafted the Debtor's Monthly Operating Report Disbursement Summary in support of the May 2017 Monthly Operating Report No. 12. |
| 06/26/17 | K.M. Howard | 0.30 | 79.50 | Prepared Monthly Operating Report Disbursement Summary for submission and submitted same to the U.S. Trustee. |
| 06/26/17 | K.M. Howard | 0.20 | 53.00 | Received and briefly reviewed May 2017 Monthly Operating Report. |
| 06/26/17 | K.M. Howard | 0:10 | 26.50 | Prepared communication to the debtor regarding the execution of the May 2017 Monthly Operating Report. |
| 06/26/17 | J.A. Moe, II | 0.10 | 59.50 | Review exchange of E-Mail with Reva Swadener on completing the Monthly Operating Report; confer with Kathryn Howard on the MOR. |

| Total Hours | 3.30 |
|-------------|------|
| Fee Amount | $907.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 0.10 | $59.50 |
| K.M. Howard | $265.00 | 3.20 | $848.00 |
| Totals | | 3.30 | $907.50 |

3

Reporting

July 11, 2017

Matter: 15257497-000021
Invoice No.: 1907899

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 5/16/2017 | Delivery & Postage - - | USA LEGAL, INC. | | 20.00 |
| 5/22/2017 | Delivery & Postage - - | USA LEGAL, INC. | | 15.00 |
| | | | SUBTOTAL | 35.00 |
| 4/5/2017 | Outside Professional Services - -     U.S. COURTS AO - PACER SERVICE CENTER PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS); USAGE 01/01/17-03/31/17; INV. 2637538-Q12017 | | | 3.00 |
| | | | SUBTOTAL | 3.00 |
| | Total Disbursements | | | $38.00 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 907.50 | |
| Disbursement Total | $ | 38.00 | |
| Invoice Total | $ | 945.50 | |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000021

Reporting

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

|  |  |  | Payments/ |  |
|---|---|---|---|---|
| Date | Invoice No. | Invoice Amount | Adjustments | Total |
| 07/18/16 | 1793462 | 15,781.00 | (12,624.80) | 3,156.20 |
| 08/15/16 | 1804699 | 5,900.50 | (4,695.20) | 1,205.30 |
| 09/21/16 | 1815635 | 3,866.50 | 0.00 | 3,866.50 |
| 10/11/16 | 1822099 | 1,409.50 | 0.00 | 1,409.50 |
| 11/09/16 | 1832703 | 1,051.50 | 0.00 | 1,051.50 |
| 12/13/16 | 1846061 | 1,522.50 | 0.00 | 1,522.50 |
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | 0.00 | 845.00 |
| 05/24/17 | 1895432 | 1,208.50 | 0.00 | 1,208.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | 0.00 | 945.50 |

Total Outstanding Invoices          $23,642.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907900**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

Total This Invoice                                            $        22,171.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| Dentons US LLP | Salans FMC SNR Denton |
|---|---|
| 601 S. Figueroa Street | McKenna Long |
| Suite 2500 | dentons.com |
| Los Angeles, California  90017-5704 | |

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

**Invoice No. 1907900**

Client/Matter:  15257497-000024

Appellate Proceedings

For Professional Services Rendered through June 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 6/1/17 | J.A. Moe, II | 0.10 | Brief conferences with Kathryn Howard on the Appellate Docket in the District Court,  and Orders issued by the District Court. |
| 6/1/17 | J.A. Moe, II | 0.10 | E-Mail to Sam Maizel on preparing an updated Report on acts that the Debtor has taken to close the sale of Gardens' Assets to le of the le on |
| 6/1/17 | J.A. Moe, II | 0.10 | Exchange E-Mails with Sam Maizel on the scope of the Counter-Designation Of Record On Appeal. |
| 6/1/17 | T. Moyron | 0.60 | Prepare motion to dismiss AG's District Court appeal of sale order. |
| 6/1/17 | T. Moyron | 0.50 | Analyze transcript from sale hearing in connection with motion to dismiss AG and Promise's appeals. |
| 6/2/17 | J.A. Moe, II | 0.80 | Commence work on preparing a Counter-Designation Of Record On Appeal, identifying Pleadings  to be included  in 69 of 132 pages of Docket. |
| 6/2/17 | J.A. Moe, II | 0.10 | Confer with Kathryn Howard on the process of preparing the Counter-Designation Of Record On Appeal. |
| 6/6/17 | J.A. Moe, II | 0.70 | Complete second half of the review and identify documents for the Counter-Designation Of Record On Appeal (pages 68 through 132). |
| 6/6/17 | J.A. Moe, II | 0.30 | Preliminarily review, then review in more detail,  the District Court's denial of the Attorney General's Motion For Stay; confer briefly with Sam Maizel on the District Court Order. |
| 6/6/17 | J.A. Moe, II | 0.30 | Confer with Kathryn Howard on preparing the first draft of one of two of the Debtor's Counter-Designations Of Record On Appeal. |
| 6/6/17 | K.M. Howard | 0.30 | Meeting with John Moe regarding counter-designation of record on appeal. |
| 6/6/17 | S. Maizel | 0.40 | Review district court decision on state motion for stay pending appeal. |
| 6/6/17 | S. Maizel | 0.30 | Review Promise reply brief re stay pending appeal. |
| 6/6/17 | S. Maizel | 0.20 | Office conference with J. Moe re motions to dismiss appeals. |

2

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/6/17 | J.A. Moe, II | 0.10 | Preliminarily review Promise's latest pleading seeking a Temporary Stay in the District Court on the Appeal filed by Promise Hospital. |
| 6/6/17 | T. Moyron | 0.30 | Analyze District Court order denying AG's motion for stay pending appeal and correspond regarding same. |
| 6/6/17 | T. Moyron | 0.40 | Analyze reply brief of Promise Hospital and Request for Judicial Notice. |
| 6/6/17 | K.M. Howard | 0.20 | Received and reviewed Order Denying Motion to Stay Appeal. |
| 6/7/17 | J.A. Moe, II | 0.20 | Confer, then meet with, Kathryn Howard on status of and review of a draft of the Counter-Designation Of Record, in regard to the Appeal filed by the Attorney General. |
| 6/7/17 | K.M. Howard | 4.60 | Reviewed docket and drafted Debtor's Counter-Designation to the Attorney General's Designation of Record on Appeal. |
| 6/7/17 | K.M. Howard | 0.90 | Reviewed docket and drafted Debtor's Counter-Designation to Promise Hospital's Designation of Record on Appeal. |
| 6/7/17 | J.A. Moe, II | 0.20 | Confer with Kathryn Howard on designation of Transcript; confer with Ms. Howard on assembling pleadings and Counter-Designations for review on June 9th. |
| 6/7/17 | K.M. Howard | 0.40 | Reviewed and monitored appellate dockets for new filings including court orders. |
| 6/8/17 | K.M. Howard | 0.80 | Reviewed docket to determine dates of key hearings and cross-referenced to Promise Hospital's and Attorney General's Notice of Transcripts Designated for Appeal. |
| 6/8/17 | K.M. Howard | 0.40 | Drafted Debtor's Notice of Transcripts Designated for Appeal in addition to the Attorney General's designated transcripts. |
| 6/8/17 | K.M. Howard | 0.40 | Drafted Debtor's Notice of Transcripts Designated for Appeal in addition to Promise Hospital's designated transcripts. |
| 6/8/17 | K.M. Howard | 0.40 | Assembled and organized all case files to review and cross-reference to Debtor's Counter-Designation of Record on Appeal. |
| 6/8/17 | K.M. Howard | 2.70 | Further drafting and revisions to Debtor's Counter-Designation of Record on Appeal in response to Promise Hospital's Designation of Record. |
| 6/8/17 | J.A. Moe, II | 0.20 | Review initial argument in Steve Pollard's Reply Brief, then prepare rough draft of a pleading to file in the District Court to which will be attached the Updated Report On Closing Of Sale Of Assets. |

3

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/8/17 | J.A. Moe, II | 0.30 | Revise draft of the "Notice Of Filing Of Updated Report On Closing Of Sale Of Asset s Of Gardens Regional Hospital And Medical Center,  To American Speciality Group, Inc.," with Declarations of Brian Walton, Stan Otake and Gia Smith, to be filed in the District Court on the Appeal from Promise Hospital; review and make two corrections to the Notice. |
| 6/8/17 | J.A. Moe, II | 1.30 | With Kathryn Howard -- and with sets of pleadings in the Case -- review pleading by pleading and determine what should remain and what should be removed from the first draft of Gardens Hospitals' Counter-Designation Of Record On Appeal (in regard to the Appeal filed by the Attorney General). |
| 6/8/17 | J.A. Moe, II | 0.10 | In regard to Gardens Hospitals' Counter-Designations Of Record On Appeal, meet with Kathryn Howard on whether the Declaration should be included in the Counter-Designations. |
| 6/8/17 | K.M. Howard | 1.30 | Meeting with John Moe and reviewed all pleadings and worked on finalizing Debtor's counter-designation of record on appeal in response to Promise Hospital designation of record. |
| 6/8/17 | K.M. Howard | 0.40 | Gathered and assembled additional documents filed by Promise for John Moe to review in conjunction with counter-designation of record. |
| 6/8/17 | J.A. Moe, II | 0.10 | In regard to Gardens Hospitals' Counter-Designation Of Record On Appeal: Review Steve Pollard's assertion that Docket 706-1 is the Term Sheet; confer with Kathryn Howard on whether Term Sheet is part of Docket 706. |
| 6/8/17 | J.A. Moe, II | 0.10 | Instructions on preparing a "Notice Of Filing Of Updated Report On Closing Of Sale Of Asset s Of Gardens Regional Hospital And Medical Center,  To American Speciality Group, Inc.," with Declarations of Brian Walton, Stan Otake and Gia Smith, to be filed in the District Court on the Appeal filed by the Attorney General. |
| 6/9/17 | K.M. Howard | 0.70 | Met with John Moe and reviewed Debtor's Counter-Designation Record of Appeal to Promise Hospital's Designation of Record on Appeal. |
| 6/9/17 | J.A. Moe, II | 0.70 | Meet with Kathryn Howard reviewing documents to be designated in the Counter-Designation On Appeal in connection with the Appeal filed by Stephen Pollard. |
| 6/9/17 | J.A. Moe, II | 0.10 | Telephone call from Kathryn Howard on additional designations of Docket Numbers 236 and 237 (two Orders) and which to designate, in comparison to what Steven Pollard and Wendi Horwitz separately identified. |

4

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/9/17 | J.A. Moe, II | 0.30 | Second meeting with Kathryn Howard on Counter-Designations Of Record on the Appeal filed by the Attorney General and the Appeal filed by Promise Hospital. |
| 6/9/17 | J.A. Moe, II | 0.10 | Telephone call with Kathryn Howard on review of the Designation Of Record On Appeal and the Counter-Designation Of Record on the Appeal, in regard to the Appeal filed by Promise Hospital. |
| 6/9/17 | J.A. Moe, II | 0.10 | Additional telephone call with Kathryn Howard on the "caption" numbers on the two Counter-Designations Of Records On Appeal. |
| 6/9/17 | K.M. Howard | 0.30 | Subsequent meeting with John Moe and finalized review of Debtor's Counter-Designation of Record on Appeal to Promise Hospital's Designation of the Record and the Attorney General's Designation of the Record on Appeal. |
| 6/9/17 | K.M. Howard | 0.90 | Reviewed and revised Debtor's Counter-Designation of Record on Appeal to the Attorney General's Designation of Record on Appeal. |
| 6/9/17 | K.M. Howard | 0.80 | Reviewed and revised Debtor's Counter-Designation to Promise Hospital's Designation of Record on Appeal. |
| 6/9/17 | K.M. Howard | 0.50 | Cross-referenced Debtor's Counter-Designation to the Attorney General's Designation to determine if all key documents are designated. |
| 6/9/17 | K.M. Howard | 0.40 | Cross-referenced Debtor's Counter-Designation to Promise Hospital's Designation to determine if all key documents are designated. |
| 6/9/17 | K.M. Howard | 0.60 | Worked on case management and reincorporated voluminous document pulls in conjunction with preparation of Debtor's Counter-Designations of Record on Appeal. |
| 6/9/17 | K.M. Howard | 0.60 | Reviewed and monitored District Court dockets to determine new appellate filings and court orders. |
| 6/9/17 | J.A. Moe, II | 0.60 | With Tania Moyron, review and make corrections to the draft to the Motion To Dismiss The Appeal Filed By Promise Hospital. |
| 6/9/17 | K.M. Howard | 0.20 | Reviewed and assembled Judge Staton's Order denying Promise Hospital's Motion to Stay (.1) and prepared communication to Sam Maizel and John Moe concerning same (.1). |

5

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/9/17 | J.A. Moe, II | 0.30 | Preliminarily review the decision made by Judge Stanton denying the Motion For Stay sought by Promise Hospital, then transmit to the Client and the Secured Creditors; confer briefly with Tania Moyron, then with Ms. Moyron and Sam Maizel on the Opinion denying the stay. |
| 6/9/17 | J.A. Moe, II | 0.10 | Telephone cal to Eric Weissman (with Tania Moyron) on Judge Stanton's Opinion denying the Motion For Stay sought by Promise Hospital. |
| 6/9/17 | J.A. Moe, II | 0.20 | Confer with Tania Moyron on review of facts in the Motion To Dismiss. |
| 6/9/17 | K.M. Howard | 0.20 | Revised and finalized Debtor's Notice of Transcripts of Record on Appeal regarding the Attorney General's Appeal. |
| 6/9/17 | K.M. Howard | 0.20 | Revised and finalized Debtor's Notice of Transcripts of Record on Appeal regarding the appeal of Promise Hospital. |
| 6/9/17 | T. Moyron | 0.70 | Prepare motion to dismiss Promise's appeal. |
| 6/9/17 | T. Moyron | 0.30 | Analyze District Court's order denying Promise's motion for stay pending appeal; correspond regarding same. |
| 6/12/17 | J.A. Moe, II | 0.10 | Exchange E-Mails with Tania Moyron and Kathryn Howard on status of the Appeals filed by the Attorney General and by Promise Hospital. |
| 6/13/17 | K.M. Howard | 0.10 | Reviewed communication from John Moe regarding recent filings by Steven Polard. |
| 6/13/17 | K.M. Howard | 0.40 | Reviewed and researched the bankruptcy and district court dockets and culled information requested by John Moe (.3) and prepared communication discussing the findings to John Moe (.1). |
| 6/13/17 | J.A. Moe, II | 0.10 | Exchange E-Mails with Tania Moyron and Kathryn Howard on whether Steven Pollard has sought any relief following denial of stay sought by Promise Hospital. |
| 6/14/17 | K.M. Howard | 0.60 | Reviewed and monitored bankruptcy and district court dockets for new appellate filings and order. |
| 6/21/17 | K.M. Howard | 1.80 | Reviewed appellate dockets and worked on assembling and organizing voluminous appellate pleadings. |
| 6/22/17 | K.M. Howard | 0.60 | Reviewed and monitored all court dockets to track new filings, hearings and new deadlines. |
| 6/23/17 | J.A. Moe, II | 0.10 | Telephone call returned to Stan Otake on E-Mail on the status of the Appeals, the record on Appeals, and the Motions To Dismiss. |

6

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/23/17 | K.M. Howard | 0.30 | Received and reviewed Notice of Completed Record regarding Attorney General's Appeal (.1) and reviewed FRBP 8017 regarding deadlines (.2). |
| 6/23/17 | K.M. Howard | 0.10 | Prepared communication regarding the completed record and calculation of appellate deadlines. |
| 6/26/17 | J.A. Moe, II | 0.20 | [HQAF]  Review E-Mails on appeal of Judge Roble's decision on the HQAF Motion, including Sam Maizel's E-Mail to various constituencies on whether to file an Appeal; review Eric Weissman's and Brian Walton's E-Mails on an Appeal; schedule conference on Appeal. |
| 6/27/17 | K.M. Howard | 0.20 | Discussion with attorney service regarding the filing of Debtor's Transcript Order Form requesting the transcript of the June 6, 2017 hearing (.1) and coordinated filing of same (.1). |
| 6/27/17 | K.M. Howard | 0.10 | Discussion with Sam Maizel regarding the filing of Notice of Appeal to Order denying QAF Motion. |
| 6/27/17 | K.M. Howard | 0.20 | Prepared communications regarding Appellant Promise Hospital's deadlines to file their opening brief. |
| 6/27/17 | K.M. Howard | 0.30 | Reviewed Appellate Rules establishing filing deadlines and calculated deadlines for Appellant Attorney General to file his opening brief. |
| 6/27/17 | K.M. Howard | 0.30 | Reviewed Appellate Rules establishing deadlines and calculated deadlines for Appellant Promise Hospital to file their opening brief. |
| 6/27/17 | T. Moyron | 0.80 | Prepare motion to dismiss Promise's appeal. |
| 6/28/17 | T. Moyron | 1.40 | Prepare motion to dismiss AG's appeal. |
| 6/28/17 | T. Moyron | 1.10 | Analyze bankruptcy docket and incorporate docket numbers into motion to dismiss Promise's appeal. |
| 6/28/17 | K.M. Howard | 0.40 | Drafted Attachment A to Debtor's Notice of Appeal and Statement of Election. |
| 6/28/17 | K.M. Howard | 0.30 | Numerous communications with court reporter Rosemary Roper regarding the preparation of the requested hearing transcript. |
| 6/28/17 | S. Maizel | 0.60 | Review and revise notice of appeal on offset motion (.3); emails to client re same (.3). |
| 6/28/17 | K.M. Howard | 0.10 | Discussed pending designation of record on appeal with John Moe regarding Debtor's Notice of Appeal regarding the QAF Motion. |
| 6/28/17 | K.M. Howard | 0.20 | Coordinated filing and service of Debtor's Notice of Appeal regarding the court's order denying QAF Motion. |

7

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/28/17 | K.M. Howard | 0.30 | Several discussions with Sam Maizel regarding Debtor's Notice of Appeal from order denying QAF Motion. |
| 6/28/17 | K.M. Howard | 0.40 | Reviewed court docket in conjunction with preparation of Debtor's Notice of Appeal from order denying Debtor's QAF Motion. |
| 6/28/17 | K.M. Howard | 0.60 | Revised Notice of Appeal and Statement of Election. |
| 6/28/17 | J.A. Moe, II | 0.70 | Review twice and make corrections to Appellee Gardens Regional Hospital And Medical Center, Inc's Motion To Dismiss Appellant Promise Hospital' Of East Los Angeles, L.P.'s Appeal For Lack Of Jurisdiction. |
| 6/28/17 | J.A. Moe, II | 0.10 | Confer briefly with Tania Moyron on corrections to (and further review of) Gardens' Motion To Dismiss Appellant Promise Hospital's Appeal For Lack Of Jurisdiction. |
| 6/29/17 | J.A. Moe, II | 0.10 | Telephone call to Karl Block on whether the Promise Hospital Term Sheet is part of the record. |
| 6/29/17 | K.M. Howard | 0.10 | Discussion with John Moe concerning American Specialty Management Group's objections to Motion to Approve Sale. |
| 6/29/17 | K.M. Howard | 0.20 | Gathered and assembled all objections filed by American Specialty Management Group (.1) and prepared communication to John Moe regarding same (.1). |
| 6/29/17 | D. Mitrano | 1.50 | Research and retrieve applicable case law regarding constitutional mootness in BAP decisions for T. Moyron. |
| 6/29/17 | K.M. Howard | 2.40 | Drafted Appendix in support of Appellee Gardens Regional Hospital's Motion to Dismiss Appeal of Appellant Promise Hospital including the assembly of exhibits thereto. |
| 6/29/17 | K.M. Howard | 0.30 | Reviewed Debtor's Motion to Dismiss Promise Hospital's Appeal and noted cited exhibits in conjunction with preparing Appendix and Request for Judicial Notice. |
| 6/29/17 | J.A. Moe, II | 0.20 | In accordance with brief meeting with Tania Moyron, review support for assertion in Gardens' Motion To Dismiss Promise Hospital's Appeal, support for assertion on how ASMG will operate the Hospital (in Dockets 765 and 766) |
| 6/29/17 | K.M. Howard | 0.20 | Discussion with Tania Moyron regarding the Motion to Dismiss Promise Hospital's appeal and the appendix in support thereof. |
| 6/29/17 | J.A. Moe, II | 0.80 | With regard to the statements of facts and references to the Docket, correct Gardens Motion To Dismiss Appellant Promise Hospital's Appeal For Lack Of Jurisdiction. |

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/29/17 | J.A. Moe, II | 0.10 | Review with Tania Moyron the corrections to the Gardens Motion To Dismiss Appellant Promise Hospital's Appeal For Lack Of Jurisdiction. |
| 6/29/17 | K.M. Howard | 0.30 | Several discussions with John Moe regarding appeal of Promise Hospital and Motion to Dismiss same. |
| 6/29/17 | K.M. Howard | 1.40 | Gathered and assembled all key pleadings pertaining to Promise Hospital's appeal. |
| 6/29/17 | S. Maizel | 0.20 | Review and respond to notice of defective notice of appeal. |
| 6/29/17 | S. Maizel | 0.70 | Review and revise motions to dismiss appeals from sale orders (.6); office conference with T. Moyron re same (.1). |
| 6/29/17 | T. Moyron | 1.30 | Research cases discussing constitutional and equitable mootness in the context of a bankruptcy sale. |
| 6/30/17 | K.M. Howard | 0.90 | Reviewed culled documents designated as exhibits to Appendix in support of Motion to Dismiss Promise's Appeal and finalized preparation of exhibits. |
| 6/30/17 | T. Moyron | 0.60 | Finalize motion to dismiss Promises' appeal. |
| 6/30/17 | T. Moyron | 0.40 | Analyze and prepare request of judicial notice and appendix in support of motion to dismiss Promise's appeal. |
| 6/30/17 | K.M. Howard | 0.30 | Assembled and prepared additional documents designated as exhibits to Debtor's Motion to Dismiss Promise's Appeal. |
| 6/30/17 | K.M. Howard | 0.20 | Reviewed and revised Appendix in support of Debtor's Motion to Dismiss Promise's Appeal to reflect newly added documents. |
| 6/30/17 | K.M. Howard | 0.20 | Reviewed and revised Request for Judicial Notice of Documents Attached to Appendix In Support of Debtor's Motion to Dismiss Appeal to reflect newly added exhibits. |
| 6/30/17 | K.M. Howard | 0.30 | Prepared initial draft of Request for Judicial Notice of Documents Attached to Appendix in support of Appellee's Motion to Dismiss Appeal of Attorney General of California. |
| 6/30/17 | K.M. Howard | 0.30 | Prepared initial draft of Appendix in support of Appellee's Motion to Dismiss Appeal of Attorney General of California. |
| 6/30/17 | K.M. Howard | 0.10 | Discussion with Tania Moyron regarding Debtor's Motion to Dismiss Appeal of Attorney General. |
| 6/30/17 | S. Maizel | 0.10 | Review and respond to emails re attorneys fees vis-à-vis appeals. |
| 6/30/17 | T. Moyron | 1.20 | Prepare motion to dismiss AG's appeal. |
| 6/30/17 | S. Maizel | 0.10 | Telephone conference Steve Polard re pending appeal. |

Appellate Proceedings

July 11, 2017

Matter: 15257497-000024
Invoice No.: 1907900

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/30/17 | K.M. Howard | 0.40 | Drafted Request for Judicial Notice of Documents Attached to Appendix in support of Motion to Dismiss Promise Appeal. |
| Total Hours | | 56.90 | |
| Fee Amount | | | $22,171.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 2.60 | $1,690.00 |
| J.A. Moe, II | $595.00 | 10.10 | $6,009.50 |
| T. Moyron | $550.00 | 9.60 | $5,280.00 |
| K.M. Howard | $265.00 | 33.10 | $8,771.50 |
| D. Mitrano | $280.00 | 1.50 | $420.00 |
| Totals | | 56.90 | $22,171.00 |

Fee Total      $     22,171.00

Invoice Total      $     22,171.00

10



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

July 11, 2017

Client/Matter #: 15257497-000024

Appellate Proceedings

---

Statement of Account

According to our records, as of July 11, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 06/12/17 | 1900475 | 51,599.50 | 0.00 | 51,599.50 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| | | Total Outstanding Invoices | | $73,770.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*): DENTONS US LLP'S ELEVENTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION / REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 2017 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 11, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

M. Jonathan Hayes - #090388
Simon Resnik Hayes LLP
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403

Counsel for American Specialty Management Group
T: 818 783 6251 / F: 818 827 4919
E: jhayes@srhlawfirm.com

Gerald N. Sims - #099133
Pyle Sims Duncan & Stevenson APC
401 B Street, Suite 1500
San Diego, CA 92101

Counsel for BETA Risk Management Authority
T: 619 687 5200 / F: 619 687 5210
E: jerrys@psdslaw.com

Daniel R. Schimizzi
Bernstein Burkley PC
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Counsel for Beckman Coulter, Inc.
T: 412 456 8100 / F: 415 456 8135
E: dschimizzi@bernsteinlaw.com

Mary H. Rose - #084700
Buchalter, APC
1000 Wilshire Boulevard, Suite1500
Los Angeles, CA 90017

Counsel for Buchalter Nemer, P.C., Promise Garden Lending Company, Inc. & Promise Hospital of East Los Angeles, L.P.
T: 213 891 0700 / F: 213 896 0400
E: mrose@buchalter.com

Kenneth K. Wang - #201823
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Counsel for California Department of Health Care Services & California Department of Public Health
T: 213 897 2451 / F: 213 897 2805
E: kenneth.wang@doj.ca.gov

Lawrence J. Hilton - #156524
One LLP
4000 MacArthur Boulevard, East Tower, Suite 500
Newport Beach, CA 92660-2517

Counsel for Cerner Health Services, Inc.
T: 949 502 2876 / F: 949 258 5081
E: lhilton@onellp.com

Louis J. Cisz III - #142060
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

Counsel for Cerritos Gardens General Hospital Company
T: 415 984 8200 / F: 415 984 8300
E: lcisz@nixonpeabody.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

104562420\V-1                                                                                1

F 9013-3.1.PROOF.SERVICE

Emily Platt Rich - #168735
Manuel A. Boigues - #248990
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Courtesy NEF
T: 510 337 1001 / F: 510 337 1023
E: erich/mboigues@unioncounsel.net

Dawn M. Coulson - #154085
Epps & Coulson LLP
707 Wilshire Boulevard, Suite 3000
Los Angeles, CA 90017

Courtesy NEF
T: 213 929 2390 / F: 213 929 2394
E: dcoulson@eppscoulson.com

George E. Schulman - #064572
Richard K. Diamond - #070634
Danning Gill Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Courtesy NEF
T: 310 277 0077 / F: 310 277 5735
E: gschulman/rdiamond@dgdk.com

Barry S. Glaser - #070968
Steckbauer Weinhart LLP
333 South Hope Street, 36th Floor
Los Angeles, CA 90071

Courtesy NEF
T: 213 229 2868 / F: 213 229 2870
E: bglaser@swesq.com

R. David Jacobs - #073545
Epstein Becker & Green PC
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506

Courtesy NEF
T: 310 556 8861 / F: 310 553 2165
E: djacobs@ebglaw.com

Stuart I. Koenig - #102764
Leech Tishman Fuscaldo & Lampl, Inc.
633 West Fifth Street, 48th Floor
Los Angeles, CA 90071

Courtesy NEF
T: 213 246 4970 / F: 213 640 4002
E: skoenig@leechtishman.com

Amanda L. Marutzky - #274376
Watt Tieder Hoffar & Fitzgerald LLP
2040 Main Street, Suite 300
Irvine, CA 92614

Courtesy NEF
T: 949 852 6700 / F: 949 261 0771
E: amarutzky@watttieder.com

Benjamin S. Nachimson - #166690
Woolf & Nachimson, LLP
15300 Ventura Boulevard, Suite 214
Sherman Oaks, CA 91403-5828

Courtesy NEF
T: 310 474 8776 / F: 310 919 3037
E: ben.nachimson@wnlawyers.com

Alan J. Stomel - #124986
Alan J. Stomel, LC
P.O. Box 1457
Bodega Bay, CA 95423

Courtesy NEF
T: 310 651 1570 / F: 707 377 4097
E: alan.stomel@gmail.com

Wayne R. Terry - #134685
J. Alexandra Rhim - #180636
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436

Counsel for De Lage Landen & De Lage Landen Financial
Services, Inc.
T: 818 501 3800 / F: 818 501 2985
E: wterry/arhim@hrhlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
104562420\V-1

F 9013-3.1.PROOF.SERVICE

M. Reed Mercado - #247318
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Counsel for Gardens Regional Hospital and Medical
    Center, Inc.
T: 213 617 5410 / F:
E: rmercado@sheppardmullin.com

Amelia Puertas-Samara
Employment Development Department
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
T: 916 464 2888 / F:
E: itcdbgc@edd.ca.gov

Karl E. Block - #112739
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

Counsel for Harbor-Gardens Capital I, LLC & Paladin-
    Gardens Management LLC
T: 310 282 2225 / F: 310 510 6729
E: kblock@loeb.com

Johnny White - #269306
Wolf Rifkin Shapiro Schulman & Rabkin
11400 Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

Counsel for J.S.E. Emergency Medical Group, Inc.
T: 310 478 4100 / F: 310 479 1422
E: jwhite@wrslawyers.com

Ivan L. Kallick - #097649
Manatt Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Counsel for KND Development 53, LLC
T: 310 312 4000 / F: 310 312 4224
E: ikallick@manatt.com

Jerome B. Friedman - #147056
Friedman Law Group
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4409

Counsel for Kansas State Bank of Manhattan
T: 310 552 8210 / F: 310 733 5442
E: jfriedman@flg-law.com

Matthew Zandi - #203329
Kaufman Borgeest & Ryan, LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302

Counsel for Kaufman Borgeest & Ryan, LLP
T: 818 880 0992 / F: 818 880 0993
E: mzandi@kbrlaw.com

John P. Kreis - #103737
1000 Wilshire Boulevard, Suite 570
Los Angeles, CA 90017

Counsel for John P. Kreis, PC
T: 213 613 1049 / F: 213 330 0258
E: rmercado@sheppardmullin.com

Steven G. Polard - #090319
Eisner Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210

Counsel for Le' Summit Healthcare, LLC & Promise
    Hospital of East Los Angeles, L.P.
T: 310 855 3200 / F: 310 855 3201
E: spolard@eisnerlaw.com

Howard N. Madris - #157691
Law Office of Howard N. Madris APC
424 South Beverly Drive
Beverly Hills, CA 90212

Counsel for Lenders Funding, LLC
T: 310 277 0757 / F: 310 975 6757
E: hmadris@madrislaw.com

Jeffrey I. Golden - #133040
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Counsel for Lobel Weiland Golden Friedman LLP & Official
    Committee of Unsecured Creditors
T: 714 966 1000 / F: 714 966 1002
E: jgolden@lwgfllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Counsel for Nuance Communications, Inc.
T: 614 464 6400 / F: 614 464 6350
E: tscobb@vorys.com

Steven J. Katzman - #132755
Anthony R Bisconti - #269230
Bienert Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

Counsel for Official Committee of Unsecured Creditors
T: 949 369 3700 / F: 949 369 3701
E: skatzman/tbisconti@bmkattorneys.com

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ 07102

Counsel for Official Committee of Unsecured Creditors
T: 973 643 6982 / F: 973 643 6500
E: asherman/bmankovetskiy@sillscummis.com

David W. Meadows - #137052
Law Offices of David W. Meadows
1801 Century Park East, Suite1235
Los Angeles, CA 90067

Counsel for Olympus Corp. of the Americas
T: 310 557 8490 / F: 310 557 8493
E: david@davidwmeadowslaw.com

Wendy A. Loo - #176587
Los Angeles City Attorney's Office
200 North Main Street, Suite 900
Los Angeles, CA 90012

Counsel for People of the State of California
T: 213 978 7750 / F: 213 978 7711
E: wendy.loo@lacity.org

Gary F. Torrell - #110016
David M. Reeder - #133150
Valensi Rose, PLC
1888 Century Park East, Suite 1100
Los Angeles, CA 90067

Counsel for RollinsNelson Grp, LLC
T: 310 277 8011 / F: 310 277 1706
E: gft/dmr@vrmlaw.com

Gary E. Klausner - #069077
Eve H. Karasik - #155356
Kurt E. Ramlo - #166856
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

Counsel for Roxbury Healthcare Services, LLC & Sycamore
Health Care Services, LLC
T: 310 229 1234 / F: 310 229 1244
E: gek/ehk/kr@lnbyb.com

Stephen A. Madoni - #170652
Law Office of Stephen A. Madoni
3700 Newport Beach Boulevard, Suite 206
Newport Beach, CA 92663-3919

Counsel for Spine Surgical Implants, Inc.
T: 949 723 7600 / F: 949 723 7601
E: stevemadoni@aol.com

Leonard M. Shulman - #126349
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

Counsel for Strategic Global Management, Inc.
T: 949 340 3400 / F: 949 340 3000
E: lshulman@shbllp.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
104562420\V-I                                    4

F 9013-3.1.PROOF.SERVICE

Bruce M. Bunch - #060705
Law Offices of Bruce M Bunch APC
200 North Westlake Boulevard, Suite 204
Westlake Village, CA 91362

Counsel for Doug Sunstedt
T: 818 707 8887 / F: 818 707 8884
E: bruce@bunchlawyers.com

Rhonda S. Goldstein - #250387
Univ of CA Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200

Counsel for The Regents of the University of California
T: 510 987 9096 / F: 510 987 9757
E: rhonda.goldstein@ucop.edu

W. Jeffery Fulton - #089527
Law Office of W. Jeffery Fulton
1545 Hotel Circle South, Suite 240
San Diego, CA 92108-3414

Counsel for U.S. Bank N.A.
T: 619 688 0018 / F: 619 688 0088
E: jeff@jefffultonlaw.com

Elan S. Levey - #174843
Office of the U.S. Attorney
Federal Building, Suite.7516
300 North Los Angeles Street
Los Angeles, CA 90012

Counsel for U.S. Department of Health & Human Services
T: 213 894 3997 / F: 213 894 7819
E: elan.levey@usdoj.gov

Dare Law - #155714
Hatty K. Yip - #246487
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

Counsel for U.S. Trustee (LA)
T: 213 894 4925 / F: 213 894 2603
E: dare.law/hatty.yip@usdoj.gov

Michael D. Kibler - #243982
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067

Counsel for Elisa Villarreal
T: 310 407 7515 / F: 310 407 7502
E: mkibler@stblaw.com

**2. SERVED BY UNITED STATES MAIL**: On (date) August 11, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Roman Shkodnik - #285152
David Yeremian & Associates Inc.
535 North Brand Boulevard, Suite 705
Glendale, CA 91203

Counsel for Mario Alvarado
T: 818 230 8380 / F: 818 230 0308
E:

Jennifer Kent, Director
California Department of Health Care Services
1501 Capitol Avenue, Suite 4510
Sacramento, CA 95814

California Department of Health Care Services
T: 916 464 4430 / F:
E:

Employment Development Dept.
722 Capitol Mall
Sacramento, CA 95814

Office of the Employment Development Dept.
T: 866 333 4606 / F:
E:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
104562420\V-1                    5                    **F 9013-3.1.PROOF.SERVICE**

State of California
Franchise Tax Board
300 South Spring Street, #5704
Los Angeles, CA 90013

Franchise Tax Board
T: 916 845 6500 / F:
E:

Constance Doyle
Constance Doyle, LLC
21509 Anza Avenue
Torrance, CA 90503

Health Care Ombudsman
T: 310 357 1088 / F: 866 651 3390
E:

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19101

Internal Revenue Service
T: 267 941 6800 / F:
E:

Internal Revenue Service
300 North Los Angeles Street
Los Angeles, CA 90012

Internal Revenue Service
T: 213 576 3009 / F:
E:

Wendi A. Horwitz - #136021
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Office of the Attorney General
T: 213 897 2178 / F:
E: wendi.horwitz@doj.ca.gov

Xavier Becerra
Attorney General of State of California
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

Office of the Attorney General
T: 916 445 9555 / F:
E:

Consumer Law Section
Attn:  Bankruptcy Notices
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Office of the Attorney General
T: 415 703 5500 / F: 415 703 5480
E:

Rebecca J. Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton Street, Suite 502
Allentown, PA 18101

Counsel for Olympus Corp. of the Americas
T: 610 391 1800 / F: 610 391 1805
E: david@davidwmeadowslaw.com

Lori L. Purkey
Rose E. Bareham
Purkey & Associates PLC
5050 Cascade Road SE, Suite A
Grand Rapids, MI 49546

Counsel for Stryker Instruments
T: 616 940 0553 / F: 616 940 0554
E:

United States Attorney's Office
Central District of California
312 North Spring Street, Suite 1200
Los Angeles, CA 90012

U.S. Attorney
T: 213 894 2400 / F: 213 894 0141
E:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
104562420\V-1                                                                6                                    F 9013-3.1.PROOF.SERVICE

U.S. Department of Justice
Office of the Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
T: 202 514 2000 / F: 202 307 6777
E:

Sylvia Mathews Burwell, Secretary
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

U.S. Department of Health & Human Services
T: 202 690 6610 / F: 202 690 7203
E:

Angela M. Belgrove
Assistant Regional Counsel, Region IX
U.S. Department of Health & Human Services
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

U.S. Department of Health & Human Services
T: 415 437 8156 / F: 415 437 8188
E:

Requests for Special Notice

Marc Ferrel, President
Bridgepoint Healthcare LLC
4601 Martin Luther King Jr. Avenue SW
Washington, D.C.  20032

Bridgepoint Healthcare LLC
T: 202 574 5700
E:

Eric Stone
California Department of Public Health
Los Angeles East District Office
3400 Aerojet Avenue #323
El Monte, CA 91731

California Department of Public Health
T: 626 569 3724 / F: 626 927 9842
E:

Darrell W. Clark
Stinson Leonard Street LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006

Counsel for Cerner Health Services
T: 202 785 9100 / F: 202 785 9163
E:

Grace Su
Meiguo Realty Group, Inc.
15713 Valley Boulevard
City of Industry CA 91744

Meiguo Realty Group, Inc.
T: 626 677 6488
E: grace@meiguorealty.com

Mark Waxman
Gerald Kosai
Verity Health System
2200 West 3rd Street, Suite 200
Los Angeles, CA 90057

Verity Health System
T: 310 701 1665
E:

Cherna Moskowitz, President
Pioneer Carson Corp., General Partner
Cerritos Gardens General Hospital Company
21520 South Pioneer Boulevard, Suite 205
Hawaiian Gardens, CA 90716

Robert L. Patterson
Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquiz Canyon Way
Palm Springs, CA 92662

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Amable Aguiliuz, M.D.
21500 South Pioneer Boulevard, Suite 209
Hawaiian Gardens, CA 90716

Aaron L. Durall
Durall Capital Holdings
8411 West Oakland Park Boulevard, Suite 302
Sunrise, FL  33351-7357

Oren Ben Ezra
1250 East Hallandale Beach Boulevard, Suite 1000
Hallandale Beach, FL 33009

James Hamada, M.D.
21500 South Pioneer Boulevard, Suite 208
Hawaiian Gardens, CA 90716

Young Park
NAEROK Group Int'l Inc.
3850 Wilshire Boulevard, Suite. 302
Los Angeles, CA 90010

Creditor's Committee

Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017

T: 614 533 3125
E: rob.speeney@cardinalhealth.com

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, Suite 721
Sausalito, CA 94965

T: 415 227 3585
E: rzadek@buchalter.com

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) August 11, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than the next business day after the document is filed.

Honorable Ernest M. Robles
U.S. Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☒ To the Judge's Dropbox w/ NEF behind
☐ By Next Business Day [Trkg#_____]
☐ By Facsimile to _____
☐ Proposed Order by Email to
_____@cacd.uscourts.gov

Eric Weissman
Mary D. Lane
Wilshire Pacific Capital Advisors LLC
8447 Wilshire Boulevard, Suite 202
Beverly Hills, CA 90211

E: eweissman/marylane@wilshirepacificadvisors.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

August 11, 2017 | Frederick Kalve | 
Date | Printed Name | Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
104562420\V-1    8    **F 9013-3.1.PROOF.SERVICE**