Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1.    Sills Cummis & Gross P.C. (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period August 1, 2017 – August 31, 2017 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.    The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    The Firm billed a total of $7,125.68[1] in fees and expenses during the Application Period. The total fees represent 15.1 hours expended during the period covered by this Application at a blended hourly rate of $450 pursuant the Firm's retention application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|--------|------|----------|-------|
| 8/1/2017 – 8/31/2017 | $6,795.00 | $330.68 | $7,125.68 |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $5,766.68 at this time.  This total is comprised as follows: $5,436 (80% of the fees for services rendered) plus $330.68 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm and Bienert, Miller & Katzman, PLC (the collective co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

5.    For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|--------------------|--------|-------------|
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $0 (but see below) | No amounts paid (but see below) |

---

[1] This amount only includes fees and expenses for matter 000001 ("Creditors' Committee"), as there were no fees and expenses related to matter 000002 ("Lien Investigation") during the Application Period. The invoice for matter 000001 is attached hereto as Exhibit C.

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
AUGUST 1, 2017 THROUGH AUGUST 31, 2017

| | | |
|---|---|---|
| 9/1/2016-9/30/2016 | $0 (but see below) | No amounts paid (but see below) |
| 10/1/2016 – 10/31/2016 | $0 (but see below) | No amounts paid (but see below) |
| 11/1/2016 – 11/30/2016 | $0 (but see below) | No amounts paid (but see below) |
| 12/1/2016 – 12/31/2016 | $0 (but see below) | No amounts paid (but see below) |
| 1/1/2017 – 1/31/2017 | $0 (but see below) | No amounts paid (but see below) |
| 2/1/2017 – 2/28/2017 | $0 (but see below) | No amounts paid (but see below) |
| 3/1/2017 – 3/31/2017 | $0 (but see below) | No amounts paid (but see below) |
| 4/1/2017 – 4/30/2017 | $0 (but see below) | No amounts paid (but see below) |
| 5/1/2017 – 5/31/2017 | $0 (but see below) | No amounts paid (but see below) |
| 6/1/2017 – 6/30/2017 | $0 (but see below) | No amounts paid (but see below) |
| 7/1/2017 – 7/31/2017 | $0 (but see below) | No amounts paid (but see below) |
| **Total Paid to the Firm to Date** | $98,500.00 | In December 2016, the Debtor allocated $150,000 to be paid toward all estate professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures.  The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding.  Of this amount, $50,000 was disbursed to the Committee's counsel, which was then distributed pro-rata between the Committee's retained professionals.  As a result, the Firm received payment of $38,950.00 toward its outstanding fees and costs previously submitted pursuant to the Court-approved interim fee procedures.

In February 2017, the Debtor allocated an additional $75,000 to be paid toward Committee professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures.  The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding, and was distributed pro-rata between the Committee's retained professionals.  As a result, the |

3

|  |  | Firm received payment of an additional $59,550.00 toward its outstanding fees and costs previously submitted pursuant to the Court-approved interim fee procedures. |

6.    To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
| --- | --- | --- |
| 6/6/2016 (retained as of 7/5/2016)-8/31/2016 | $153,336.44 (but see below) | Fees and expenses set forth in application filed September 26, 2016 [Docket No. 417] |
| 9/1/2016-9/30/2016 | $60,687.35 (but see below) | Fees and expenses set forth in application filed October 25, 2016 [Docket No. 476] |
| 10/1/2016 – 10/31/2016 | $60,387.72 (but see below) | Fees and expenses set forth in application filed November 22, 2016 [Docket No. 544] |
| 11/1/2016 – 11/30/2016 | $93,355.00 (but see below) | Fees and expenses set forth in application filed December 27, 2016 [Docket No. 588] |
| 12/1/2016 – 12/31/2016 | $45,242.64 (but see below) | Fees and expenses set forth in application filed January 25, 2017 [Docket No. 644] |
| 1/1/2017 – 1/31/2017 | $41,252.50 (but see below) | Fees and expenses set forth in application filed February 27, 2017 [Docket No. 671] |
| 2/1/2017 – 2/28/2017 | $40,324.13 (but see below) | Fees and expenses set forth in application filed March 29, 2017 [Docket No. 700] |
| 3/1/2017 – 3/31/2017 | $35,593.77 (but see below) | Fees and expenses set forth in application filed April 25, 2017 [Docket No. 753] |
| 4/1/2017 – 4/30/2017 | $66,834.16 (but see below) | Fees and expenses set forth in application filed May 25, 2017 [Docket No. 838] |
| 5/1/2017 – 5/31/2017 | $79,597.23 (but see below) | Fees and expenses set forth in application filed June 26, 2017 [Docket No. 873] |
| 6/1/2017 – 6/30/2017 | $21,696.90 (but see below) | Fees and expenses set forth in application filed July 25, 2017 [Docket No. 911] |
| 7/1/2017 – 7/31/2017 | $28,332.59 (but see below) | Fees and expenses set forth in application filed August 29, 2017 [Docket No. 946] |

4

| Total Owed to the Firm to Date | $628,140.43 | Total owed takes into account the $98,500.00 received by the Firm, as set forth above. |
|---|---|---|

7.     Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached as **Exhibit B** hereto are the detailed time and expense statements for the Application Period.  Attached hereto as **Exhibit C** is the Firm's invoice for the Application Period.

8.     The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about September 22, 2017.  Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice.  The Notice was mailed by first class mail, postage prepaid, on or about September 22, 2017.

9.     Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017

1    In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the

2  Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

3  *Fee Procedures* and prior orders of this Court.

4
    Dated:  September 25, 2017                SILLS CUMMIS & GROSS P.C.
5
6                                             By:  /s/ Andrew H. Sherman
                                                   Andrew H. Sherman
7                                                  Boris I. Mankovetskiy
                                                   Co-Counsel to the Official Committee
8                                                  of Unsecured Creditors of Gardens Regional
                                                   Hospital and Medical Center
9
10                                            -and-

11                                            BIENERT, MILLER & KATZMAN, PLC

12                                            By:  /s/ Anthony R. Bisconti
                                                   Steven Jay Katzman
13                                                 Anthony R. Bisconti
                                                   Co-Counsel to the Official Committee
14                                                 of Unsecured Creditors of Gardens Regional
                                                   Hospital and Medical Center
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
AUGUST 1, 2017 THROUGH AUGUST 31, 2017

# EXHIBIT A

**SILLS CUMMIS & GROSS P.C.'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Andrew H. Sherman | Member | $525.00 |
| Boris Mankovetskiy | Member | $475.00 |
| Lucas F. Hammonds | Associate | $350.00 |
| Rachel E. Brennan | Associate | $350.00 |

# EXHIBIT B

**SILLS CUMMIS & GROSS P.C.'S TIME AND EXPENSES**[1]

**Fees**:

| Project Category | Task Code | Hours | Fees |
|---|---|---|---|
| Asset Analysis and Recovery | 101 | 1.3 | $617.50 |
| Case Administration | 104 | 4.4 | $2,090.00 |
| Claims Administration and Objections | 105 | 7.20 | $3,580.00 |
| Fee/Employment Applications | 107 | 0.90 | $315.00 |
| Relief from Stay Proceeding | 114 | 1.3 | $617.50 |
| **Total at Discounted Rate:** | | **15.10** | **$7,220.00** |
| **Total at Blended Rate of $450/Hour:** | | **15.10** | **$6,795.00**[2] |

**Expenses**:

| Expense Category | Code | Expenses |
|---|---|---|
| Telephone | E105 | $89.32 |
| Online research | E106 | $22.00 |
| Litigation support vendors (United Lex) | E118 | $219.36 |
| **Totals:** | | **$330.68** |

---

[1] The hours, fees, and expenses on this exhibit are only for matter 000001 ("Creditors' Committee"), as there were no fees and expenses related to matter 000002 ("Lien Investigation") during the Application Period.

[2] Applicable rate per retention application.

# **<u>EXHIBIT C</u>**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|       |          |
|-------|----------|
| Page  | 1        |
| Inv#  | 1708178  |
| Date  | 09/15/17 |
| 08650096.000001   - AHS | |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Creditor's Committee

For legal services rendered through August 31, 2017.

HOURS

## 101 - ASSET ANALYSIS AND RECOVERY

| 08/02/17 | BM | 101 | Analysis of issues regarding removal of certain state court actions to bankruptcy court. | 0.50 | |
| 08/08/17 | BM | 101 | Attend to issues regarding financial condition of the estate. | 0.80 | |
| | | **TASK TOTAL 101** | | **1.30** | **617.50** |

## 104 - CASE ADMINISTRATION

| 08/01/17 | BM | 104 | Attend to mediation issues. | 1.30 |
| 08/02/17 | BM | 104 | Call with counsel regarding mediation procedural issues. | 0.60 |
| | | 104 | Call with Harbor's counsel regarding status of 9019 motion and mediation issues. | 0.40 |
| 08/04/17 | BM | 104 | Attend to issues regarding removal of cases from state court. | 0.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1708178 |
| Date | 09/15/17 |
| 08650096.000001 | - AHS |

| Date | Init | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 08/09/17 | BM | 104 | Call with Harbor's counsel regarding mediation issues. | 0.30 | |
| 08/11/17 | BM | 104 | Attend to mediation issues. | 0.70 | |
| 08/28/17 | BM | 104 | Prepare a status report to the Committee. | 0.60 | |
| | | **TASK TOTAL 104** | | **4.40** | **2,090.00** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 08/01/17 | BM | 105 | Attend to issues regarding objection to AG's motion to allow administrative claim. | 1.30 | |
| 08/03/17 | AHS | 105 | Call with counsel for Debtor re: ongoing litigations and removal issues and review of documents re: same. | 0.60 | |
| 08/03/17 | BM | 105 | Attend to issues regarding Accountable IPA claims and counterclaims. | 0.60 | |
| 08/08/17 | BM | 105 | Attend to issues regarding AG's motion for allowance of administrative claim. | 0.70 | |
| 08/09/17 | AHS | 105 | Calls with G. Klausner re: mediation issues, call with K. Block re: mediation issues and QAF issues. | 0.80 | |
| | | 105 | Review of AG response to QAF motion. | 0.40 | |
| 08/09/17 | BM | 105 | Analysis regarding AG's reply in connection with motion to allow admin claim. | 0.70 | |
| 08/14/17 | BM | 105 | Analysis regarding tentative ruling denying AG's motion to allow administrative expense. | 0.70 | |
| 08/15/17 | AHS | 105 | Review of tentative opinion and prepare for hearing on QAF motion filed by AG and follow up with counsel for Debtor re: same. | 1.40 | |
| | | **TASK TOTAL 105** | | **7.20** | **3,580.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 3 |
| Inv# | 1708178 |
| Date | 09/15/17 |
| 08650096.000001 | - AHS |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 08/18/17 | REB | 107 | Draft July monthly fee application and email L. Hammonds. | 0.30 | |
| 08/29/17 | LFH | 107 | Review draft July fee notice. | 0.20 | |
| 08/29/17 | REB | 107 | Update Gardens July fee application and accompanying exhibits. | 0.40 | |
| | | **TASK TOTAL 107** | | **0.90** | **315.00** |

## 114 - RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 08/02/17 | BM | 114 | Attend to issues regarding pending stay relief motions. | 0.60 | |
| 08/11/17 | BM | 114 | Attend to pending stay relief motions. | 0.70 | |
| | | **TASK TOTAL 114** | | **1.30** | **617.50** |
| | | **TOTAL FEES** | | **15.10** | **$7,220.00** |
| | | **TOTAL FEES at Blended Rate of $450** | | **15.10** | **$6,795.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 1.30 | 617.50 |
| 104 | Case Administration | | 4.40 | 2,090.00 |
| 105 | Claims Administration and Objections | | 7.20 | 3,580.00 |
| 107 | Fee/Employment Applications | | 0.90 | 315.00 |
| 114 | Relief from Stay Proceedings | | 1.30 | 617.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 1708178 |
| Date | | 09/15/17 |
| 08650096.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| **TOTAL FEES** | | | **15.10** | **$7,220.00** |
| **TOTAL FEES at Blended Rate of $450** | | | **15.10** | **$6,795.00** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | $475.00 | 11.00 | 5,225.00 |
| AHS | Andrew H. Sherman | $525.00 | 3.20 | 1,680.00 |
| REB | Rachel E. Brennan | $350.00 | 0.70 | 245.00 |
| LFH | Lucas F. Hammonds | $350.00 | 0.20 | 70.00 |
| | **TOTAL FEES** | | **15.10** | **$7,220.00** |
| | **TOTAL FEES at Blended Rate of $450** | | **15.10** | **$6,795.00** |

**DISBURSEMENT DETAIL**

E105

| | | | |
|---|---|---|---|
| 07/05/17 | E105 | Telephone | 1.82 |
| 07/18/17 | E105 | Telephone | 87.50 |

E106

| | | | |
|---|---|---|---|
| 07/06/17 | E106 | Online research | 3.00 |
| 07/06/17 | E106 | Online research | 3.00 |
| 07/06/17 | E106 | Online research | 0.10 |
| 07/07/17 | E106 | Online research | 2.50 |
| 07/07/17 | E106 | Online research | 3.00 |
| 07/07/17 | E106 | Online research | 3.00 |
| 07/07/17 | E106 | Online research | 2.30 |
| 07/07/17 | E106 | Online research | 2.00 |
| 07/07/17 | E106 | Online research | 3.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---:|
| | | | Page | 5 |
| | | | Inv# | 1708178 |
| | | | Date | 09/15/17 |
| | | | 08650096.000001 | - AHS |

| | | | | |
|---|---|---|---|---:|
| 07/07/17 | E106 | Online research | | 0.10 |
| E118 | | | | |
| 08/20/17 | E118 | Litigation support vendors | | 219.36 |
| | | **TOTAL DISBURSEMENTS** | | **$330.68** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---:|---:|
| E105 | Telephone | 2.00 | 89.32 |
| E106 | Online research | 220.00 | 22.00 |
| E118 | Litigation support vendors | 1.00 | 219.36 |
| | **TOTAL DISBURSEMENTS** | | **$330.68** |
| | **TOTAL THIS INVOICE** | | **$7,125.68** |

*Total includes fees at **Blended Rate** *for 000001 and 000002*. Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$7,220.00**) and combined fees at *Blended Rate* of $450 (**$6,795.00**) applies.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 27, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 27, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 27, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (via Overnight Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 27, 2017     Anthony Bisconti          /s/ Anthony Bisconti
*Date*            *Printed Name*              *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd)**:

- Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
- Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- W. Jeffery Fulton    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Eve H Karasik    ehk@lnbyb.com
- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Michael D Kibler    Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com
- Gary E Klausner    gek@lnbyb.com
- Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Wendy A Loo    wendy.loo@lacity.org
- Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
- Howard N Madris    hmadris@madrislaw.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- Boris I Mankovetskiy    bmankovetskiy@sillscummis.com
- Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com
- Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                            F 9013-3.1.PROOF.SERVICE

- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com, jennifer.wall@dentons.com,andy.jinnah@dentons.com
- Benjamin Nachimson    ben.nachimson@wgclawyers.com, ben.nachimson@wgclawyers.com
- Steven G Polard    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
- Andrew H Sherman    asherman@sillscummis.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Wayne R Terry    wterry@hemar-rousso.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Hatty K Yip    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- Matthew Zandi    asayle@kbrlaw.com

**2.SERVED BY UNITED STATES MAIL (cont'd)**:

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley PC
707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Bruce M Bunch
Law Offices of Bruce Bunch
200 N Westlake Blvd Ste 204
Westlake Village, CA 91362

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

353771-1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**