Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Special Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

-and-

Andrew H. Sherman (pro hac vice)
asherman@sillscummis.com
Boris I. Mankovetskiy (pro hac vice)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Co-Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o) |

1.      Bienert, Miller & Katzman, PLC (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period August 1, 2017 through August 31, 2017 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is special counsel to the Committee. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $2,533.71 in fees and expenses during the Application Period. The total fees represent 7.5 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
| --- | --- | --- | --- |
| 08/01/17 – 08/31/17 | $2,455.00[1] | $78.71 | $2,533.71 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $2,042.01 at this time. This total is comprised as follows: $1,964.00 (80% of the fees for services rendered) plus $78.71 (100% of the expenses incurred). **To the extent that the combined fees of the Firm and Sills Cummis & Gross P.C. (the collective co-counsel to the Committee) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

//

//

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." *See* Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($2,455.00) are less than the Firm's fees calculated at the blended rate of $500 ($500 x 7.5 hours = $3,750.00). Accordingly, for purposes of the Application, the Firm is not applying the blended rate.

2

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017

5.    For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 09/01/16 – 09/30/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 10/01/16 – 10/31/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 11/01/16 – 11/30/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 12/01/16 – 12/31/16 | $0.00 (but see below) | No amounts paid (but see below) |
| 01/01/17 – 01/31/17 | $0.00 (but see below) | No amounts paid (but see below) |
| 02/01/17 – 02/28/17 | $0.00 (but see below) | No amounts paid (but see below) |
| 03/01/17 – 03/31/17 | $0.00 (but see below) | No amounts paid (but see below) |
| 04/01/17 – 04/30/17 | $0.00 (but see below) | No amounts paid (but see below) |
| 05/01/17 – 05/31/17 | $0.00 (but see below) | No amounts paid (but see below) |
| 06/01/17 – 06/30/17 | $0.00 (but see below) | No amounts paid (but see below) |
| 07/01/17 – 07/31/17 | $0.00 (but see below) | No amounts paid (but see below) |
| **Total Paid to the Firm to Date** | $8,325.00 | In December 2016, the Debtor allocated $150,000 to be paid toward all estate professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures. The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding. Of this amount, $50,000 was disbursed to the Committee's counsel, which was then distributed pro-rata between the Committee's retained professionals. As a result, the Firm received payment of $3,300.00 toward its outstanding fees and costs previously submitted pursuant to the Court-approved interim fee procedures.<br><br>In February 2017, the Debtor allocated an additional $75,000 to be paid toward Committee professionals' outstanding fees and expenses pursuant to the authorized interim fee procedures. The payment was not allocated to any specific application period, but rather to the total amount of fees and costs accrued and outstanding, and was distributed pro-rata between the Committee's retained professionals. As a result, the Firm received payment of an additional $5,025.00 toward its outstanding fees and costs previously submitted pursuant to the Court-approved interim fee procedures. |

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $1,685.76 | Fees and expenses set forth in application filed September 26, 2016 [Doc. 418] |
| 09/01/16 – 09/30/16 | $6,585.17 | Fees and expenses set forth in application filed October 25, 2016 [Doc. 477] |
| 10/01/16 – 10/31/16 | $19,214.15 | Fees and expenses set forth in application filed November 22, 2016 [Doc. 545] |
| 11/01/16 – 11/30/16 | $6,079.91 | Fees and expenses set forth in application filed December 27, 2016 [Doc. 589] |
| 12/01/16 – 12/31/16 | $3,514.82 | Fees and expenses set forth in application filed January 25, 2017 [Doc. 645] |
| 01/01/17 – 01/31/17 | $6,191.57 | Fees and expenses set forth in application filed February 27, 2017 [Doc. 672] |
| 02/01/17 – 02/28/17 | $2,859.73 | Fees and expenses set forth in application filed March 29, 2017 [Doc. 699] |
| 03/01/17 – 03/31/17 | $1,278.90 | Fees and expenses set forth in application filed April 25, 2017 [Doc. 750] |
| 04/01/17 – 04/30/17 | $13,725.45 | Fees and expenses set forth in application filed May 25, 2017 [Doc. 837] |
| 05/01/17 – 05/31/17 | $14,658.51 | Fees and expenses set forth in application filed June 26, 2017 [Doc. 872] |
| 06/01/17 – 06/30/17 | $1,535.54 | Fees and expenses set forth in application filed July 25, 2017 [Doc. 910] |
| 07/01/17 – 07/31/17 | $4,787.98 | Fees and expenses set forth in application filed August 29, 2017 [Doc. 945] |
| **Total Owed to the Firm to Date** | $73,792.49 | Total owed takes into account the $8,325 received by the Firm as set forth above. |

7. Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application is the detailed time and expense statements for the Application Period by category. Attached as **Exhibit C** to this Application is the Firm's August 2017 billing statement.

8. The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case. The Application was mailed by first class mail, postage prepaid, on or about September 26, 2017. Notice of the filing of this Application was also served on the foregoing parties as

4

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017

well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about September 26, 2017.

9. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee* Procedures.

Dated: September 26, 2017

BIENERT, MILLER & KATZMAN, PLC
By: /s/ Anthony R. Bisconti
    Steven Jay Katzman
    Anthony R. Bisconti
    Co-Counsel to the Official Committee
    of Unsecured Creditors of Gardens Regional
    Hospital and Medical Center

Dated: September 26, 2017

SILLS CUMMIS & GROSS P.C.
By: /s/ Andrew H. Sherman
    Andrew H. Sherman
    Boris I. Mankovetskiy
    Co-Counsel to the Official Committee
    of Unsecured Creditors of Gardens Regional
    Hospital and Medical Center

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017

# Exhibit A

BIENERT, MILLER & KATZMAN, PLC'S PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Steven Jay Katzman | Partner | $725 |
| Anthony R. Bisconti | Associate | $450 |
| Carolyn K. Howland | Paralegal | $200 |

# EXHIBIT B

TIME AND EXPENSE STATEMENT

| **Project Category** | **Matter No.** | **Hours** | **Fees** | **Expenses** |
|---|---|---|---|---|
| Asset Analysis and Recovery | B120 | 2.4 | $1,080 | |
| Asset Disposition | B130 | .3 | $135 | |
| Relief from Stay/Adequate Protection Proceedings | B140 | .1 | $45 | |
| Fee/Employment Applications | B160 | 1 | $225 | |
| Claims Administration and Objections | B310 | 1.2 | $540 | |
| Settlement/Non-Binding ADR | L160 | .2 | $90 | |
| Case Assessment, Development and Administration | L100 | 2.3 | $340 | $78.71 |
| **TOALS** | | 7.5 | $2,445 | $78.71 |

# Exhibit C

# BIENERT, MILLER & KATZMAN, PLC
## ATTORNEYS AT LAW

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

Statement Date: August 31, 2017
Statement No.: 39178

Page: 1

RE:

Account No. 31615.001000

Special Counsel to Cred. Comm.

**ANY PAYMENTS APPLIED AFTER  08/31/2017**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

Previous Balance                                                                                               $73,972.49

### Fees

|            |     |      |      |                                                                                                                                                                                                   | Hours |        |
|------------|-----|------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/01/2017 | TRB | L160 | A104 | Review/analyze order continuing hearing for mediation                                                                                                                                             | 0.10  | 45.00  |
|            | TRB | B310 | A104 | Review/analyze Harbor-Gardens objection re Cal DHCS motion for treatment of administrative priority claim (.1); review/analyze debtor's objection re same (.2)                                    | 0.30  | 135.00 |
|            | TRB | B310 | A200 | Strategize re joinder to debtor's objection re motion for allowance of administrative priority claim                                                                                              | 0.20  | 90.00  |
|            | TRB | B310 | A200 | Draft/revise and file joinder to debtor's objection to motion for allowance of administrative priority claim                                                                                      | 0.30  | 135.00 |
| 08/02/2017 | TRB | B120 | A200 | Review/analyze request for leave to withdraw filed by Beryl Weiner in Gardens v. Accountable Health Care et al (.1) and proposed order re same (.1); access and review state court orders and pleadings to assess matter and potential impact on estate (.5) | 0.70  | 315.00 |
| 08/03/2017 | TRB | B120 | A104 | Review/analyze recent decision re management fees to assess implications for claims dispute with alleged secured creditors                                                                        | 0.40  | 180.00 |
|            | TRB | B120 | A108 | Review/analyze state court complaint and pleadings in advance of call with debtor's counsel re strategy for handling pending action(s)                                                            | 0.80  | 360.00 |
|            | TRB | B120 | A108 | Conference call with debtor's counsel restate court actions and strategy re same                                                                                                                  | 0.40  | 180.00 |
|            | TRB | B120 | A107 | Strategize re coverage at state court OSC in light of lack of standing                                                                                                                            | 0.10  | 45.00  |
| 08/07/2017 | TRB | B130 | A104 | Analysis of Cal AG appellate brief to assess potential impact on asset disposition                                                                                                                | 0.30  | 135.00 |

Gardens Regional Hospital  
Account No. 31615.001000  
RE: Special Counsel to Cred. Comm.

Statement Date: 08/31/2017  
Statement No. 39178  
Page No. 2

| Date | TK | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/08/2017 | TRB | B310 | A108 | Strategize re appearance at August 15 hearing re debtor's objection Cal AG's motion for administrative claim | 0.10 | 45.00 |
| | TRB | B310 | A200 | Analysis of Cal AG reply in support of motion for allowance of administrative priority claim | 0.30 | 135.00 |
| 08/18/2017 | TRB | B160 | A103 | Revise invoice for fee application [n/c] | 0.50 | n/c |
| 08/21/2017 | TRB | B140 | A104 | Analysis of order granting relief from stay to pursue state court action and reservation of rights | 0.10 | 45.00 |
| | CH | L100 | A103 | Draft July Fee Application | 1.70 | 340.00 |
| 08/23/2017 | TRB | L160 | A104 | Analysis of order re settlement conference | 0.10 | 45.00 |
| 08/24/2017 | TRB | B160 | A104 | Review and approve fee application | 0.20 | 90.00 |
| 08/25/2017 | TRB | B160 | A104 | Review/analysis of notice of fee application | 0.10 | 45.00 |
| 08/29/2017 | TRB | B160 | A107 | Review email from co-counsel re monthly fee application | 0.10 | 45.00 |
| | TRB | B160 | A107 | Draft email to co-counsel re filed monthly fee application | 0.10 | 45.00 |
| | CH | L100 | A103 | Admin/non-billable finalize and file monthly fee applications for BMK and Sills Cummis | 0.60 | n/c |
| | | | | For Current Services Rendered | 6.40 | 2,455.00 |
| | | | | Total Non-billable Hours | 1.10 | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Tony Bisconti | 4.70 | $450.00 | $2,115.00 |
| Carolyn Howland | 1.70 | 200.00 | 340.00 |

Expenses

| Date | | Code | Description | Amount |
|---|---|---|---|---|
| 08/02/2017 | L100 | E117 | Pleading downloads from LASC website | 17.00 |
| 08/30/2017 | L100 | E108 | Postage - for chambers copy & service copies | 20.65 |
| 08/30/2017 | L100 | E107 | Courier fee from GSO for delivery to USBK Court in Los Angeles | 7.76 |
| 08/31/2017 | L100 | E125 | Copying - 222 copies @ 0.15 - chambers copy & service copies | 33.30 |
| | | | Total Expenses | 78.71 |

Total Current Work    2,533.71

Balance Due    $76,506.20

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B120 | Asset Analysis and Recovery | 1080.00 | 0.00 |
| B130 | Asset Disposition | 135.00 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 45.00 | 0.00 |
| B160 | Fee/Employment Applications | 225.00 | 0.00 |

Gardens Regional Hospital  
Account No.  31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date:  08/31/2017  
Statement No. 39178  
Page No.    3

|      |                                              | Fees     | Expenses |
|------|----------------------------------------------|---------:|---------:|
| B100 | Administration                               | 1,485.00 | 0.00     |
| B310 | Claims Administration and Objections         | 540.00   | 0.00     |
| B300 | Claims and Plan                              | 540.00   | 0.00     |
| L100 | Case Assessment, Development and Administration | 340.00 | 78.71  |
| L160 | Settlement/Non-Binding ADR                   | 90.00    | 0.00     |
| L100 | Case Assessment, Development and Administration | 430.00 | 78.71  |

# BIENERT, MILLER & KATZMAN, PLC

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

**Please include this page with your remittance.**

**ANY PAYMENTS APPLIED AFTER  08/31/2017**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 31615-001000 Special Counsel to Cred. Comm. | | | | | |
| 73,972.49 | 2,455.00 | 78.71 | 0.00 | 0.00 | $76,506.20 |

www.bmkattorneys.com

---

Please Charge $_____ on the following:

☐ Visa    ☐ MasterCard    ☐ Discover    ☐ American Express

Name on Card: _____

Address on Card: _____

Card Number _____  Exp. Date (required) _____

Card Holder Signature _____  Security Code _____

Amount Remitted: _____

Check No.: _____

Statement Date:   08/31/2017

Account No.    31615.001000

INTEREST CHARGED ON UNPAID BALANCE AFTER THIRTY DAYS - 1% PER MONTH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 27, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On September 27, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 27, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (via Overnight Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 27, 2017    Anthony Bisconti | /s/ Anthony Bisconti |
|---|---|
| *Date              Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd)**:

- Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
- Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- W. Jeffery Fulton    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Eve H Karasik    ehk@lnbyb.com
- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Michael D Kibler    Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com
- Gary E Klausner    gek@lnbyb.com
- Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Wendy A Loo    wendy.loo@lacity.org
- Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
- Howard N Madris    hmadris@madrislaw.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- Boris I Mankovetskiy    bmankovetskiy@sillscummis.com
- Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com
- Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com, jennifer.wall@dentons.com,andy.jinnah@dentons.com
- Benjamin Nachimson    ben.nachimson@wgclawyers.com, ben.nachimson@wgclawyers.com
- Steven G Polard    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
- Andrew H Sherman    asherman@sillscummis.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Wayne R Terry    wterry@hemar-rousso.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Hatty K Yip    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- Matthew Zandi    asayle@kbrlaw.com

**2. SERVED BY UNITED STATES MAIL (cont'd)**:

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley PC
707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Bruce M Bunch
Law Offices of Bruce Bunch
200 N Westlake Blvd Ste 204
Westlake Village, CA 91362

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089


353771-1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**