1 SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
2 JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
3 DENTONS US LLP
601 South Figueroa Street, Suite 2500
4 Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
5 Facsimile:    (213) 623-9924

6 Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
7 AND MEDICAL CENTER, INC.

8 UNITED STATES BANKRUPTCY COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 LOS ANGELES DIVISION

11

12 In re,                                    Case No. 2:16-bk-17463-ER

13 GARDENS REGIONAL HOSPITAL AND            Chapter 11
MEDICAL CENTER, INC., dba GARDENS
14 REGIONAL HOSPITAL AND MEDICAL            **DENTONS US LLP'S FIFTEENTH**
CENTER,[1]                                 **MONTHLY FEE APPLICATION FOR**
15                                          **ALLOWANCE AND PAYMENT OF**
                                           **INTERIM COMPENSATION /**
16            Debtor.                       **REIMBURSEMENT OF EXPENSES FOR**
                                           **THE PERIOD OF OCTOBER 2017**
17
                                           [No Hearing Required Pursuant to
18                                          L.B.R. 9013-1(o)]

19

20        1.        Dentons US LLP (the "Firm") submits its Fifteenth Monthly Fee Application (the

21 "Application") for Allowance and Payment of Interim Compensation and Reimbursement of

22 Expenses for the Period of October 2017 (the "Application Period") for work performed for Gardens

23 Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully

24 represents as follows:

25

26

27 _____

28 [1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307.
The Debtor's mailing address is:  21530 Pioneer Blvd., Hawaiian Gardens, California  90716.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2.    The Firm is counsel of record to Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    The Firm billed a total of **$118,631.34** in fees and expenses during the Application Period. The total fees represent **217.8** hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|--------|------|----------|-------|
| October 2017 | $118,281.00 | $350.34 | $118,631.34 |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of **$94,975.14** at this time. This total is comprised as follows: **$94,624.80** (80% of the fees for services rendered) plus **$350.34** (100% of the expenses incurred).

5.    As of August 9, 2017, the Firm has been paid $50,000.00 out of the prepetition retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00, and in February 2017 the Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00 for a total of $1,425,000.00.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|--------------------|-----------------------------------------------|---------------------------|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 61,671.13 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ -0- | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ -0- | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ -0- | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ -0- | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$1,425,000.00** | |

6.    To date, the Firm has incurred the following in fees (80%) and costs (100%):

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ 74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ 103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ 73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ 139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ 85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ 92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ 54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ 54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ 94,975.14 | 80% of fees and 100% of expenses |
| **Subtotal of fees/costs** | **$2,299,039.99** | 80% of fees and 100% of expenses |
| **Debtor's payments to the Firm** | **($1,425,000.00)** | |
| **Total Owed to the Firm to Date** | **$ 874,039.99** | 80% of fees and 100% of expenses |

7.    The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257]. The Debtor was authorized to pay, and has paid Dentons $375,000.00.

8.    The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens. The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court. The Debtor has placed in a segregated account the amounts necessary to pay in full the remaining Secured Creditors. After payment of the DIP lender, payment of secured creditors and reserving funds for additional secured creditors, the Debtor holds funds in excess of that necessary to pay the additional secured creditors, and, the Debtor, therefore, has paid a portion of professional fees in accordance with the Professionals' Monthly Fee Applications.

9.    Attached hereto as **Exhibit "A"** is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    for each such professional.  Attached hereto as **Exhibit "B"** are the detailed time and expense

2    statements for the Application Period.  Attached hereto as **Exhibit "C"** are Dentons' October 2017

3    billing statements.

4         10.    The Firm has served a copy of this Application on the Office of the United States

5    Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and

6    counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case.

7    The Application was served by either ECF of by first class mail, postage prepaid, on or about

8    November 9, 2017.

9         11.    Notice of the filing of this Application will be served on the foregoing parties as well

10   as any party who has requested special notice in this chapter 11 case.

11        12.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered

12   on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment

13   requested herein without a further hearing or order of this Court unless an objection to this

14   Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days

15   after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is

16   authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further

17   order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in

18   the Application and 100% of the uncontested expenses without further order of the Court.

19        13.    The interim compensation and reimbursement of expenses sought in this Application

20   is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the

21   expenses incurred for the totality of the services rendered in this case.  Any interim fees or

22   reimbursement of expenses approved by this Court and received by the Firm (along with any retainer)

23   will be credited against such final fees and expenses as may be allowed by this Court.

24        **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm

25   as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

26   *Fee Procedures*.

27

28

1    Dated:  December 14, 2017

2                                                      DENTONS US LLP
                                                      SAMUEL R. MAIZEL
3                                                      JOHN A. MOE, II

4
                                                      BY:_____/s/_John A. Moe, II_____
5                                                              JOHN A. MOE, II
                                                      ATTORNEYS FOR DEBTOR,
6                                                      GARDENS REGIONAL HOSPITAL AND
                                                      MEDICAL CENTER, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# EXHIBIT A

## EXHIBIT A

### DENTONS' PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| G. Newhouse | Partner | $650.00 |
| C. Luband | Partner | $650.00 |
| John A. Moe II | Partner | $595.00 |
| Tania Moyron | Counsel | $550.00 |
| M. Zeefe | Counsel | $505.00 |
| Ahmed R. Jinnah | Associate | $395.00 |
| Susan Schrag | Associate | $345.00 |
| Kathryn M. Howard | Paralegal | $265.00 |
| E. Cobarrubias | Researcher | $280.00 |

105988346\V-1

<u>**EXHIBIT B**</u>

## EXHIBIT B

### TIME AND EXPENSE STATEMENTS

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Administration | 000003 | 3.5 | $1,378.50 | $ -0- |
| Asset Analysis and Recovery | 000004 | 1.0 | $534.50 | $ -0- |
| Business Operations | 000008 | 2.6 | $1,547.00 | $ -0- |
| Claims Administration and Objections | 000009 | 8.2 | $4,648.00 | $ -0- |
| Employment and Fee Applications | 000012 | 8.1 | $2,278.50 | $ -0- |
| Financing and Cash Collateral | 000014 | 3.6 | $2,114.50 | $ -0- |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 137.1 | $75,962.50 | $179.84 |
| Non-Working Travel | 000017 | 4.1 | $2,439.50 | $ -0- |
| Plan and Disclosure Statement | 000018 | 2.0 | $1,300.00 | $ -0- |
| Relief from Stay & Adequate Protection | 000020 | 4.1 | $1,944.50 | $ -0- |
| Reporting | 000021 | 5.5 | $2,150.50 | $51.00 |
| Appellate Proceedings | 000024 | 38.0 | $21,983.00 | $119.50 |
| **TOTAL** | | **217.8** | **$118,281.00** | **$350.34** |

# EXHIBIT C



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951532**

Client/Matter: 15257497-000003

Administration

Payment Due Upon Receipt

Total This Invoice                                    $          1,378.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951532**

Client/Matter:   15257497-000003

Administration

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/02/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Lydia Gonzalez regarding the corrected docket. |
| 10/03/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Reva Swadener reflecting the daily cash disbursements and collections. |
| 10/11/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Critical Dates Memo. |
| 10/11/17 | J.A. Moe, II | 0.20 | 119.00 | Confer with Sam Maizel,  on tasks being performed and to be performed, including meeting with Judge Zive, Offer to settle received from Gary Torrell, the possibility of settling, review of the new Appeal, and meeting with Michaela Sozio and Brian Walton. |
| 10/13/17 | K.M. Howard | 0.10 | 26.50 | Reviewed critical dates memo to determine upcoming hearing dates. |
| 10/13/17 | K.M. Howard | 0.20 | 53.00 | Reviewed five settlement agreements pertaining to the debtor's settlements with various secured creditors and incorporated into database. |
| 10/13/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memo. |
| 10/13/17 | K.M. Howard | 0.30 | 79.50 | Reviewed docket to determine any pending deadlines including brief review of appellate rules regarding opening brief deadlines. |
| 10/16/17 | S. Maizel | 0.40 | 260.00 | Blue Cross - Review and respond to emails re failure of payment to estate. |
| 10/25/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum. |
| 10/25/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Master Contact Chart. |
| 10/25/17 | S. Maizel | 0.50 | 325.00 | Review and respond to emails re mediation results with Board of Directors. |
| 10/26/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Master Contact Chart. |

Administration

November 13, 2017

Matter: 15257497-000003
Invoice No.: 1951532

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/27/17 | S. Maizel | 0.10 | 65.00 | Office conference with John Moe re issues with B. Walton. |
| Total Hours | | 3.50 | | |
| Fee Amount | | | | $1,378.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 1.00 | $650.00 |
| J.A. Moe, II | $595.00 | 0.20 | $119.00 |
| K.M. Howard | $265.00 | 2.30 | $609.50 |
| Totals | | 3.50 | $1,378.50 |

Fee Total          $        1,378.50

Invoice Total          $          1,378.50

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000003

Administration

---

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|------------|---------------|---------------------|-------|
| 08/15/16 | 1804687 | 64,546.91 | (40,417.81) | 24,129.10 |
| 09/21/16 | 1815666 | 38,499.56 | (24,526.91) | 13,972.65 |
| 10/11/16 | 1822137 | 19,182.34 | 0.00 | 19,182.34 |
| 11/09/16 | 1832737 | 14,772.78 | 0.00 | 14,772.78 |
| 12/13/16 | 1846064 | 21,100.36 | 0.00 | 21,100.36 |
| 01/19/17 | 1853806 | 16,047.76 | 0.00 | 16,047.76 |
| 02/22/17 | 1865380 | 18,194.56 | 0.00 | 18,194.56 |
| 03/10/17 | 1870857 | 16,992.16 | 0.00 | 16,992.16 |
| 04/19/17 | 1883594 | 13,483.40 | 0.00 | 13,483.40 |
| 05/24/17 | 1895394 | 2,879.40 | 0.00 | 2,879.40 |
| 06/12/17 | 1900377 | 9,668.50 | 0.00 | 9,668.50 |
| 07/11/17 | 1907884 | 12,561.60 | 0.00 | 12,561.60 |
| 08/14/17 | 1920731 | 6,956.35 | 0.00 | 6,956.35 |
| 09/14/17 | 1930404 | 4,758.50 | 0.00 | 4,758.50 |
| 10/17/17 | 1942300 | 860.00 | 0.00 | 860.00 |
| 11/13/17 | 1951532 | 1,378.50 | 0.00 | 1,378.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000003

Administration

Total Outstanding Invoices                  $196,937.96

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP               Salans FMC SNR Denton
601 S. Figueroa Street        McKenna Long
Suite 2500                    dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                        November 13, 2017
3719 Meadville Dr.
Sherman Oaks, CA 91403                          **Invoice No. 1951535**
USA

Client/Matter: 15257497-000004

Asset Analysis and Recovery

Payment Due Upon Receipt

Total This Invoice                    $         534.50

Please return this page with your payment

Payments by check should be sent to:      Payment by wire transfer should be sent to:
Dentons US LLP                               Citi Private Bank
Dept. 894579              OR          227 West Monroe, Chicago, IL 60606
Los Angeles, CA 90189-4579                  ABA Transit # 271070801
                                            Account #: 0801051693
                                         Account Name: Dentons US LLP
                                            Swift Code: CITIUS33
                                   Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951535**

Client/Matter:   15257497-000004

Asset Analysis and Recovery

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/05/17 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re Blue Cross debt. |
| 10/06/17 | S. Maizel | 0.40 | 260.00 | Review and respond to emails re State QAF prepetition offset and potential preference or 553(b) demand. |
| 10/18/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re QAF payments. |
| 10/25/17 | K.M. Howard | 0.10 | 26.50 | Analysis of QAF payment received by the debtor and assembled information for attorney to review. |
| 10/25/17 | K.M. Howard | 0.10 | 26.50 | Analysis of communications regarding the QAF payment from LA Care and amounts needed for the escrow account and pursuit of a deal with Cerner. |
| 10/25/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Reva Swadener requesting information on which entity made the QAF payment to the hospital. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.00 | | |
| Fee Amount | | | | $534.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 0.70 | $455.00 |
| K.M. Howard | $265.00 | 0.30 | $79.50 |
| Totals | | 1.00 | $534.50 |

2

Asset Analysis and Recovery

November 13, 2017

Matter: 15257497-000004
Invoice No.: 1951535

| | | |
|---|---|---|
| Fee Total | $ | 534.50 |
| | | |
| Invoice Total | $ | 534.50 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000004

Asset Analysis and Recovery

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804688 | 2,990.00 | (2,392.00) | 598.00 |
| 09/21/16 | 1815558 | 686.50 | (549.20) | 137.30 |
| 10/11/16 | 1821933 | 585.00 | 0.00 | 585.00 |
| 12/13/16 | 1846090 | 1,166.50 | 0.00 | 1,166.50 |
| 02/22/17 | 1865381 | 130.00 | 0.00 | 130.00 |
| 03/10/17 | 1870884 | 1,224.00 | 0.00 | 1,224.00 |
| 04/19/17 | 1883603 | 325.00 | 0.00 | 325.00 |
| 06/12/17 | 1900378 | 130.00 | 0.00 | 130.00 |
| 07/11/17 | 1907886 | 1,097.00 | 0.00 | 1,097.00 |
| 08/14/17 | 1920732 | 65.00 | 0.00 | 65.00 |
| 09/14/17 | 1930405 | 416.50 | 0.00 | 416.50 |
| 10/17/17 | 1942305 | 249.00 | 0.00 | 249.00 |
| 11/13/17 | 1951535 | 534.50 | 0.00 | 534.50 |

Total Outstanding Invoices                          $6,657.80

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951542**

Client/Matter: 15257497-000008

Business Operations

Payment Due Upon Receipt

Total This Invoice                                                              $         1,547.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | | |
|---|---|---|
| Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California  90017-5704 | | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951542**

Client/Matter:  15257497-000008

Business Operations

---

For Professional Services Rendered through October 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 10/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Employment]  E-Mail to David Herksovitz, Stan Otake and Brain Walton on tasks assigned to David Herskovitz. |
| 10/03/17 | J.A. Moe, II | 0.20 | 119.00 | [Employees]  Telephone call with Brian Walton on setting call on David Herskovitz; telephone call from Stan Otake on call on Mr. Herskovitz; E-Mail to all parties on necessity to confer on David Herskovitz. |
| 10/03/17 | J.A. Moe, II | 0.70 | 416.50 | [Employees]  Prepare and await telephone call on resolution of issues with David Herskovitz, and telephone conference with Messrs. Herskovitz, Otake and Walton on David Herskovitz. |
| 10/03/17 | J.A. Moe, II | 0.70 | 416.50 | [Employees] Prepare for and await conference call with David Herskovitz, Stan Otake and Brian Walton;  telephone call with Brian Walton on David Herskovitz;  3:30 p.m. conference  call with Messrs. Herskovitz, Otake and Walton on David Herskovitz. |
| 10/03/17 | J.A. Moe, II | 0.20 | 119.00 | [Employees] Telephone call returned to Stan Otake (following the conference call) on David Herskovitz. |
| 10/04/17 | J.A. Moe, II | 0.10 | 59.50 | Employees] Telephone call with Stan Otake on employment status of and special projects handled by David  Herskovtiz. |
| 10/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Employees]  E-Mail to Stan Otake, Brian Walton and David Herskovitz on David Herskovitz employment status and assignment regarding special assignments. |

2

Business Operations

November 13, 2017

Matter: 15257497-000008
Invoice No.: 1951542

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/18/17 | J.A. Moe, II | 0.30 | 178.50 | [Managed Care Payments] Exchange multiple E-Mails (morning and afternoon) with Stan Otake and Eric Weissman on Managed Care Payments; telephone call to Sam Maizel on Managed Care Payments; additional E-Mail to Mr. Maizel on the expected payment. |
| 10/25/17 | J.A. Moe, II | 0.20 | 119.00 | [Managed Care Payments] Review Exchanges of information on receipt of first part of the Managed Care Payment; telephone call with Kathryn Howard and exchange of E-Mails with Reva Swadener on Payment; telephone call to Stan Otake on the Payment. |

| | | | | |
|--|--|--|--|--|
| Total Hours | | 2.60 | | |
| Fee Amount | | | | $1,547.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 2.60 | $1,547.00 |
| Totals | | 2.60 | $1,547.00 |

| | | |
|--|--|--|
| Fee Total | $ | 1,547.00 |
| Invoice Total | $ | 1,547.00 |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000008

Business Operations

---

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804690 | 1,605.00 | (1,284.00) | 321.00 |
| 09/21/16 | 1815561 | 2,905.00 | 0.00 | 2,905.00 |
| 10/11/16 | 1821971 | 11,301.00 | 0.00 | 11,301.00 |
| 11/08/16 | 1832536 | 5,168.50 | 0.00 | 5,168.50 |
| 12/13/16 | 1846095 | 19,496.50 | 0.00 | 19,496.50 |
| 01/19/17 | 1853833 | 3,359.50 | 0.00 | 3,359.50 |
| 02/22/17 | 1865393 | 15,699.50 | 0.00 | 15,699.50 |
| 03/10/17 | 1870827 | 8,342.50 | 0.00 | 8,342.50 |
| 04/19/17 | 1883614 | 3,109.00 | 0.00 | 3,109.00 |
| 05/24/17 | 1895410 | 2,634.50 | 0.00 | 2,634.50 |
| 06/12/17 | 1900402 | 2,825.00 | 0.00 | 2,825.00 |
| 07/11/17 | 1907888 | 3,510.50 | 0.00 | 3,510.50 |
| 08/14/17 | 1920734 | 2,840.50 | 0.00 | 2,840.50 |
| 09/14/17 | 1930408 | 914.50 | 0.00 | 914.50 |
| 10/17/17 | 1942304 | 416.50 | 0.00 | 416.50 |
| 11/13/17 | 1951542 | 1,547.00 | 0.00 | 1,547.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000008

Business Operations

Total Outstanding Invoices                          $84,391.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951543**

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                     $         4,648.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951543**

Client/Matter:   15257497-000009

Claims Administration and Objections

For Professional Services Rendered through October 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 10/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner]  Review and exchange E-Mails with Stan Otake on resolution of Claim (and possible two other Claims)  asserted by Cerner. |
| 10/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Additional exchange of E-Mails on possible resolution of Cerner Claim (or Claims). |
| 10/05/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  E-Mail to Stan Otake on confirming the status of  negotiations on the Claims asserted by Cerner. |
| 10/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Employment Development Department] Review Stan Otake's E-Mail, then telephone call to Mr. Otake on the basis for the EDD Claim. |
| 10/12/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised chart of information requested by the secured creditors to reflect August fees and expenses. |
| 10/12/17 | K.M. Howard | 0.90 | 238.50 | Reviewed additional information obtained from the pre-mediation meeting regarding the amount of secured debt (.2) and revised charted analysis of claims asserted by secured creditors (.7). |
| 10/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield]  Review E-Mail from Anthony Carasco on status of payment; telephone call to Mr. Carasco discussing the Claim;  second E-Mail with further update on Claim. |
| 10/16/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and cross-referenced Chart of Claims Asserted by Secured Creditors to initial chart to guarantee accuracy. |
| 10/16/17 | S. Maizel | 1.00 | 650.00 | Review status of AR collections, payments to Strategic, escrow for Prepetition secured creditors, etc... |

Claims Administration and Objections

November 13, 2017

Matter: 15257497-000009
Invoice No.: 1951543

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/16/17 | S. Maizel | 0.50 | 325.00 | Review information re Cerner claims vis-à-vis possible settlement. |
| 10/19/17 | J.A. Moe, II | 0.30 | 178.50 | [Cerner]  Telephone call Darrell Clark and exchange E-Mails with Stan Otake on resolution of issues with Cerner. |
| 10/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner] Exchange E-Mails with Stan Otake, and telephone call from Mr. Otake on the Cerner prepetition, postpetition and administrative Claims. |
| 10/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Exchange multiple E-Mails with Stan Otake, David Herskovitz and Anthony Carasco on approach to resolving  the Cerner prepetition Claim. |
| 10/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner] Exchange multiple E-Mails with Stan Otake, David Herskovitz and Anthony Carasaco on an approach to resolve the Cerner Claim; confer with Kathryn Howard on the Cerner Proof Of Claim. |
| 10/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner]  Review the Proof Of Claim and Attachment;  exchange E-Mails with Anthony Carasco and transmit Claim to Mr. Carasco, Mrs, Herskovitz, Stan Otake and Karen Nimniyom. |
| 10/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Review Anthony Carasco's review of the Cerner Claim and confirmation of its accuracy;  E-Mail on David Herskovitz' approval of the amount of the Claim. |
| 10/25/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner] Telephone call  Stan Otake on resolution of Claims with Cerner. |
| 10/25/17 | S. Maizel | 0.30 | 195.00 | Telephone conference with G. Klausner re settlement with B. Weiner entities. |
| 10/25/17 | S. Maizel | 0.50 | 325.00 | Drafting emails re paying admin expenses pre-confirmation. |
| 10/26/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with E. Weissman re settling admin expenses. |
| 10/26/17 | S. Maizel | 0.50 | 325.00 | Review and respond to email from B. Walton re possible settlement with Weiner entities. |
| 10/26/17 | S. Maizel | 0.20 | 130.00 | Emails to E. Weissman re settling admin expenses. |

3

Claims Administration and Objections

November 13, 2017

Matter: 15257497-000009
Invoice No.: 1951543

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/27/17 | S. Maizel | 0.50 | 325.00 | Review and respond to emails re possible settlement with Weiner entities. |
| 10/31/17 | S. Maizel | 0.20 | 130.00 | Telephone conference with G. Kausner re settlement proposal for Weiner entities. |
| 10/31/17 | S. Maizel | 1.00 | 650.00 | Drafting settlement proposal for Weiner entities (.6); telephone conference with Brian Walton re same (.4). |

| | | | |
|---|---|---|---|
| Total Hours | | 8.20 | |
| Fee Amount | | | $4,648.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 4.80 | $3,120.00 |
| J.A. Moe, II | $595.00 | 1.90 | $1,130.50 |
| K.M. Howard | $265.00 | 1.50 | $397.50 |
| Totals | | 8.20 | $4,648.00 |

| | | |
|---|---|---|
| Fee Total | $ | 4,648.00 |
| Invoice Total | $ | 4,648.00 |

4



Dentons US LLP                Salans FMC SNR Denton
601 S. Figueroa Street        McKenna Long
Suite 2500                    dentons.com
Los Angeles, California 90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                      November 13, 2017
3719 Meadville Dr.
Sherman Oaks, CA 91403                         Client/Matter #: 15257497-000009
USA

Claims Administration and Objections

---

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 08/15/16 | 1804691 | 3,312.50 | (2,650.00) | 662.50 |
| 09/21/16 | 1815562 | 26,494.00 | 0.00 | 26,494.00 |
| 10/11/16 | 1822013 | 23,724.69 | 0.00 | 23,724.69 |
| 11/08/16 | 1832546 | 9,944.50 | 0.00 | 9,944.50 |
| 12/13/16 | 1846099 | 66,642.19 | 0.00 | 66,642.19 |
| 01/19/17 | 1853835 | 25,842.00 | 0.00 | 25,842.00 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | 0.00 | 2,835.80 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | 0.00 | 856.60 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000009

Claims Administration and Objections

| | |
|---|---|
| Total Outstanding Invoices | <u>$174,396.78</u> |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP                      Salans FMC SNR Denton
601 S. Figueroa Street             McKenna Long
Suite 2500                         dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                     November 13, 2017
3719 Meadville Dr.
Sherman Oaks, CA 91403                         **Invoice No. 1951544**
USA

Client/Matter: 15257497-000012

Employment and Fee Applications

                                              _Payment Due Upon Receipt_

Total This Invoice                          $        2,278.50

Please return this page with your payment

Payments by check should be sent to:           Payment by wire transfer should be sent to:
          Dentons US LLP                                  Citi Private Bank
          Dept. 894579                    OR        227 West Monroe, Chicago, IL 60606
     Los Angeles, CA 90189-4579                        ABA Transit # 271070801
                                                        Account #: 0801051693
                                                   Account Name: Dentons US LLP
                                                       Swift Code: CITIUS33
                                                Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
                              S. Maizel
                         at 1 213 623 9300



Dentons US LLP                Salans FMC SNR Denton
601 S. Figueroa Street        McKenna Long
Suite 2500                    dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center                November 13, 2017
c/o Brian Walton
3719 Meadville Dr.                                        **Invoice No. 1951544**
Sherman Oaks, CA 91403
USA

Client/Matter:  15257497-000012

Employment and Fee Applications

---

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/04/17 | K.M. Howard | 1.30 | 344.50 | Reviewed Dentons' August 2017 billing statements and culled information for inclusion into Exhibit A (Dentons Professionals) to Dentons' Twelfth Monthly Fee Application. |
| 10/04/17 | K.M. Howard | 1.20 | 318.00 | Reviewed Dentons' August 2017 billing statements and culled information for inclusion into Exhibit B (Time and Expense Statements) to Dentons' Twelfth Monthly Fee Application. |
| 10/05/17 | K.M. Howard | 0.80 | 212.00 | Drafted Dentons' Twelfth Monthly Fee Application for August 2017. |
| 10/05/17 | K.M. Howard | 0.30 | 79.50 | Organized exhibits to Dentons' Twelfth Monthly Fee Application and finalized same. |
| 10/05/17 | K.M. Howard | 0.90 | 238.50 | Reviewed culled data and drafted Exhibit B - Categorical Analysis of Time and Expense Statements to Dentons' Twelfth Monthly Fee Application. |
| 10/05/17 | K.M. Howard | 0.60 | 159.00 | Reviewed culled data and drafted Exhibit A (Dentons Professionals) to Dentons' Twelfth Monthly Fee Application. |
| 10/12/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Dentons' Monthly Fee Application and culled fees and expenses data for inclusion in Notice of Thirteenth Monthly Fee Application. |
| 10/12/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Sills Cummis' Monthly Fee Application and culled fees and expenses data for inclusion in Notice of Thirteenth Monthly Fee Application. |
| 10/12/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Bienert Miller's' Monthly Fee Application and culled fees and expenses data for inclusion in Notice of Thirteenth Monthly Fee Application. |

2

Employment and Fee Applications

November 13, 2017

Matter: 15257497-000012
Invoice No.: 1951544

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/12/17 | K.M. Howard | 0.60 | 159.00 | Drafted Notice of Thirteenth Monthly Fee Application for Dentons, Bienert Miller and Sills Cummis. |
| 10/12/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Confer with Kathryn Howard on the Monthly Fee Application Report, reviewing the Report, confirming with Ms. Howard that the 13th Monthly Fee Application was filed (so that the Report can be filed). |
| 10/18/17 | K.M. Howard | 0.40 | 106.00 | Reviewed communication from Glenda Spratt regarding exhibits to Dentons Monthly Fee Application (.1) and reassembled each to assist in filing (.2) and prepared communication to Ms. Spratt regarding same (.1). |
| 10/20/17 | K.M. Howard | 0.60 | 159.00 | Analysis of October 2, 2017 hearing before Judge Montali to determine the court's record on the status of the Trustee's and Dentons' employment and pending fee applications. |
| 10/26/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Bienert Miller's Monthly Fee Application for September 2017. |
| 10/26/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Sills Cummis' Monthly Fee Application for September 2017. |
| 10/27/17 | J.A. Moe, II | 0.10 | 59.50 | Confer with Kathryn Howard on the Monthly Fee Application |
| 10/30/17 | J.A. Moe, II | 0.20 | 119.00 | In response to Brian Walton's request, confer with Kathryn Howard, obtain and review, then transmit to Mr. Walton the Chart on Fees and Expenses incurred by the Creditors Committee Counsel. |
| 10/31/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Bienert Miller's fee application and order to determine when employment was sought and approved by the court. |
| 10/31/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Sills Cummis fee application and order to determine when employment was sought and approved by the Court. |

| | | | |
|---|---|---|---|
| Total Hours | | 8.10 | |
| Fee Amount | | | $2,278.50 |

Employment and Fee Applications

November 13, 2017

Matter: 15257497-000012
Invoice No.: 1951544

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 0.40 | $238.00 |
| K.M. Howard | $265.00 | 7.70 | $2,040.50 |
| Totals | | 8.10 | $2,278.50 |

| | | |
|---|---|---|
| Fee Total | $ | 2,278.50 |
| | | |
| Invoice Total | $ | 2,278.50 |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000012

Employment and Fee Applications

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 08/15/16 | 1804693 | 4,805.50 | (3,844.40) | 961.10 |
| 09/21/16 | 1815577 | 14,884.00 | 0.00 | 14,884.00 |
| 10/11/16 | 1822046 | 9,672.50 | 0.00 | 9,672.50 |
| 11/09/16 | 1832673 | 3,097.00 | 0.00 | 3,097.00 |
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | 0.00 | 6,847.30 |
| 03/10/17 | 1870860 | 3,277.00 | 0.00 | 3,277.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000012

Employment and Fee Applications

---

Total Outstanding Invoices                     $75,713.90

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street           McKenna Long
Suite 2500                       dentons.com
Los Angeles, California 90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                    November 13, 2017
3719 Meadville Dr.
Sherman Oaks, CA 91403                    **Invoice No. 1951545**
USA

Client/Matter: 15257497-000014

Financing and Cash Collateral

                                        Payment Due Upon Receipt

Total This Invoice                      $        2,114.50

Please return this page with your payment

Payments by check should be sent to:          Payment by wire transfer should be sent to:
Dentons US LLP                                        Citi Private Bank
Dept. 894579                    OR            227 West Monroe, Chicago, IL 60606
Los Angeles, CA 90189-4579                        ABA Transit # 271070801
                                                  Account #: 0801051693
                                          Account Name: Dentons US LLP
                                              Swift Code: CITIUS33
                                      Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951545**

Client/Matter:  15257497-000014

Financing and Cash Collateral

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Strategic] Telephone call returned form Reva Swadener on the amount of funds held by the Hospital as of October 3rd, and review necessity to accrue cash to pay Strategic. |
| 10/03/17 | J.A. Moe, II | 0.40 | 238.00 | [Strategic]  Prepare first part of the Settlement Stipulation on amount remaining payable to and payment to Strategic. |
| 10/03/17 | J.A. Moe, II | 0.20 | 119.00 | [Strategic]  Review and revise the first parts of the first draft of the proposed Settlement Stipulation on DIP Financing with Strategic. |
| 10/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Financing] Exchange E-Mails with Leonard Shulman, Bill Thomas and Eric Weissman on the principal amount of the payments to Gardens (for the Settlement Stipulation). |
| 10/04/17 | K.M. Howard | 0.10 | 26.50 | Reviewed debtor's daily cash report and amount disbursed for payroll. |
| 10/06/17 | J.A. Moe, II | 0.30 | 178.50 | [Strategic]  Complete draft (and remaining parts) to the Settlement Stipulation between Strategic and the Debtor on the amount  due and payable by Gardens to Strategic in satisfaction on the DIP Loan. |
| 10/10/17 | J.A. Moe, II | 0.40 | 238.00 | [Strategic] Review and correct, twice,  the Settlement Stipulation between Strategic and the Debtor. |
| 10/10/17 | J.A. Moe, II | 0.20 | 119.00 | [Strategic] Review and correct one paragraph in the Settlement Stipulation; review the corrected Stipulation;  transmit to Eric Weissman for review. |

2

Financing and Cash Collateral

November 13, 2017

Matter: 15257497-000014
Invoice No.: 1951545

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Strategic]  Exchange E-Mails with Leonard Shulman on status of the completion of the Settlement Stipulation on amounts  payable to Strategic; additional E-Mail to Eric Weissman on necessity for Mr. Weissman to review the proposed Stipulation. |
| 10/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Strategic] Telephone call to Eric Weissman on the critical importance of his review and approval of the Settlement Stipulation. |
| 10/16/17 | J.A. Moe, II | 0.20 | 119.00 | [Strategic] Obtain Eric Weissman's approval of the Settlement Stipulation; transmit the Stipulation to Len Shulman. |
| 10/17/17 | J.A. Moe, II | 0.40 | 238.00 | [Strategic]  Review E-Mail and one correction to the Settlement Stipulation between the Debtor and Strategic received from Mr. Petersen; telephone call returned from Brian Walton on necessity to execute the Stipulation; confirm one change to the Stipulation; transmit the Stipulation to Mr. Walton |
| 10/18/17 | J.A. Moe, II | 0.30 | 178.50 | [Strategic] Telephone calls and E-Mail to Brian Walton; return call from Mr. Walton on approval of the Strategic Stipulation; review and execute Stipulation received from Mr. Walton, then E-Mail to Michael Peterson transmitting the Settlement Stipulation. |
| 10/19/17 | J.A. Moe, II | 0.30 | 178.50 | [Strategic] Telephone call Eric Weissman on payoff of Strategic on Debtor In Possession Financing. |
| 10/19/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re paying off DIP financing. |
| 10/25/17 | J.A. Moe, II | 0.20 | 119.00 | [Strategic] Prepare draft of a Report to the Court on the final payment of Strategic. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 3.60 | | |
| Fee Amount | | | | $2,114.50 |

3

Financing and Cash Collateral

November 13, 2017

Matter: 15257497-000014
Invoice No.: 1951545

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 0.10 | $65.00 |
| J.A. Moe, II | $595.00 | 3.40 | $2,023.00 |
| K.M. Howard | $265.00 | 0.10 | $26.50 |
| Totals | | 3.60 | $2,114.50 |

|  |  |  |  |
|---|---|---|---|
| Fee Total | $ | 2,114.50 | |
| Invoice Total | $ | 2,114.50 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000014

Financing and Cash Collateral

---

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804694 | 14,354.40 | (11,467.08) | 2,887.32 |
| 09/21/16 | 1815578 | 7,926.00 | 0.00 | 7,926.00 |
| 10/11/16 | 1822050 | 2,684.50 | 0.00 | 2,684.50 |
| 11/09/16 | 1832674 | 3,637.00 | 0.00 | 3,637.00 |
| 12/13/16 | 1846107 | 2,405.00 | 0.00 | 2,405.00 |
| 01/19/17 | 1853843 | 14,989.00 | 0.00 | 14,989.00 |
| 02/22/17 | 1865401 | 779.04 | 0.00 | 779.04 |
| 03/10/17 | 1870861 | 5,224.50 | 0.00 | 5,224.50 |
| 04/19/17 | 1883651 | 4,994.00 | 0.00 | 4,994.00 |
| 05/24/17 | 1895425 | 1,812.50 | 0.00 | 1,812.50 |
| 06/12/17 | 1900410 | 1,204.00 | 0.00 | 1,204.00 |
| 07/11/17 | 1907893 | 3,805.50 | 0.00 | 3,805.50 |
| 08/14/17 | 1920737 | 600.50 | 0.00 | 600.50 |
| 09/14/17 | 1930411 | 10,285.00 | 0.00 | 10,285.00 |
| 10/17/17 | 1942309 | 2,275.00 | 0.00 | 2,275.00 |
| 11/13/17 | 1951545 | 2,114.50 | 0.00 | 2,114.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP                Salans FMC SNR Denton
601 S. Figueroa Street        McKenna Long
Suite 2500                    dentons.com
Los Angeles, California  90017-5704

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                            November 13, 2017
3719 Meadville Dr.
Sherman Oaks, CA 91403                        Client/Matter #: 15257497-000014
USA

Financing and Cash Collateral

---

Total Outstanding Invoices                              $67,623.36

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951646**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                              $         76,142.34

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP                     Salans FMC SNR Denton
601 S. Figueroa Street             McKenna Long
Suite 2500                         dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center                           November 13, 2017
c/o Brian Walton
3719 Meadville Dr.                                          **Invoice No. 1951646**
Sherman Oaks, CA 91403
USA

Client/Matter:   15257497-000015

Litigation - Contested Matters and Adversary Proceedings

---

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/02/17 | K.M. Howard | 0.20 | 53.00 | Reviewed previously prepared charts establishing the claims of secured creditors and the renegotiated amounts per the settlement agreement and culled key analysis of the secured claims identified by Gary Klausner. |
| 10/02/17 | K.M. Howard | 0.10 | 26.50 | Followup regarding analysis of the secured claims identified by Gary Klausner and the negotiated amounts by the debtor reflected in the settlement agreement. |
| 10/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call with Reva Swadener on amount of funds held in Hospital Accounts, for the Chart answering  Gary Torrell's Questions. |
| 10/02/17 | K.M. Howard | 0.60 | 159.00 | Reviewed amounts owed and revised Chart of Secured Claims. |
| 10/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review the revised Chart (answering Gary Torrell's Questions) and transmit to Sam Maizel for review. |
| 10/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents]  Telephone call from Brian Walton on the necessity to respond to the Request,  and assembling records in response to the Request. |
| 10/03/17 | K.M. Howard | 0.10 | 26.50 | Preparation of the history of the hospital's bankruptcy in conjunction with preparing pleadings for the Mediation. |
| 10/03/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Gary Torrell on answers to his Questions, and telephone call to Reva Swadener on amount held by Gardens as of October 3rd. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/03/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Review the Charts previously sent to Dentons on Employees and Administrative Expenses, and telephone call with Stan Otake on obtaining second copy of the Employee Chart to be attached to the Answers to Gary Torrell's Questions. |
| 10/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review the revised List of Employees received from Stan Otake, to be appended to the Chart answering Questions asked by Gary Torrell. |
| 10/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Correct and update the Chart answering Questions asked by Gary Torrell. |
| 10/03/17 | S. Maizel | 0.30 | 195.00 | Review and revise chart for Prepetition Secured Creditors re mediation. |
| 10/03/17 | S. Schrag | 0.10 | 34.50 | Confer with J. Moe regarding drafting Stipulation for settlement with Strategic. |
| 10/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review, then correct and expand, the "insert" for the Chart,  answering Gary Torrell's Questions. for the upcoming Mediation. |
| 10/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call to Stan Otake on assembly and putting together insert (on David Herskovitz' employment) for the Chart, responding to Gary Torrells' Questions (for the upcoming Mediation). |
| 10/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Revise the description of David Herskovitz' circumstances for the Chart responding to Gary Torrell's Questions,  in terms of employment, then transmit to Mr. Herskovitz, Stan Otake and Brian Walton for comment. |
| 10/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call from Karl Block on status of the Mediation. |
| 10/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] In regard to  assurances given to Gary Torrell on Statement to the Mediator, review and identify statement to be included in the Debtors' Mediation Brief. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Commence review of the current Debtor's Mediation Brief. |
| 10/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Complete and revise Chart answering Gary Torrell's Questions, then assemble and review Exhibits to the Chart (on Administrative Claims and current Employees); confirm with Kathryn Howard the accuracy of the Chart. |
| 10/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents] Telephone call from Brian Walton on responding to the Subpoena from the Federal Government, and deciding on how to proceed with George Newhouse, conference call with Mr. Walton and Mr. Newhouse conferring with Bob Corbin.; telephone call to George Newhouse's office on engagement. |
| 10/04/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review and correct the latest version of the Debtor's Mediation Brief. |
| 10/05/17 | K.M. Howard | 0.50 | 132.50 | Participated in meeting with John Moe and counsel for the Board of Directors and discussed the original owed by the secured creditors to the hospital. |
| 10/05/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review and prepare documents for the meeting with Michaela Sozio. |
| 10/05/17 | J.A. Moe, II | 2.10 | 1,249.50 | [Creditors Committee Investigation/Mediation] Meeting with Michaela Sozio, preparing with Ms. Sozio for the upcoming Mediation. |
| 10/05/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review and correct the latest version of the Debtor's Mediation Brief. |
| 10/06/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Telephone call from, and exchange E-Mails with, Karl Block on amount recoverable by Gardens on managed care payments, and amount of Account Receivables; transmit package of material to Mr. Block; further exchange of E-Mails and telephone call with Mr. Block; transmit complete package of material to Mr. Block. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Re-convey complete package of material to Secured Creditors (the Answers to Gary Torrell's Questions, the List of Vendor Administrative Claims and the Chart on Employees). |
| 10/06/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Review and revise the latest draft of the Mediation Brief. |
| 10/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Confer with Sam Maizel on status of the Mediation and conferring with Judge Zive in accordance with Judge Zive's direction. |
| 10/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call to Judge Zive and return call from Linda Duffy on conferring with Judge Zive in accordance with Judge Zive's direction. |
| 10/06/17 | J.A. Moe, II | 0.30 | 178.50 | [Request For Documents] E-Mail from and two telephone calls with Brian Walton, and telephone call from George Newhouse, on responding to Request; transmit the Subpoena to Mr. Newhouse. |
| 10/06/17 | G. Newhouse | 0.30 | 195.00 | Telephone conference with John Moe and review grand jury subpoena. |
| 10/06/17 | K.M. Howard | 0.70 | 185.50 | Drafted charted analysis of secured claims to use at upcoming Mediation. |
| 10/08/17 | S. Maizel | 0.20 | 130.00 | Meeting with Gary Klausner re mediation issues. |
| 10/09/17 | S. Maizel | 0.50 | 325.00 | Meeting with A. Sherman, etc... re mediation issues. |
| 10/09/17 | S. Maizel | 1.70 | 1,105.00 | Preparation for meeting with A. Sherman, etc... re mediation issues. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/09/17 | G. Newhouse | 4.20 | 2,730.00 | Telephone conference with Chairman Brian Walton to review subpoena duces tecum served on Medical Center by US attorney's office; review subpoena duces tecum and follow-up telephone conference with Robert Corbin former counsel; conference call with client to discuss same; confer with John Moe regarding status of bankruptcy and in the issues in accessing documents in possession the medical staff; legal research regarding grand jury subpoena and defenses to same and analyze subpoena. |
| 10/09/17 | A. Jinnah | 0.30 | 118.50 | Confer with J. Moe regarding status of superior court cases. |
| 10/09/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Review E-Mails form Sam Maizel and Gary Klausner on meeting with Judge Zive; obtain and provide information on Judge Zive to Gary Klausner and review Mr. Klausner's response. |
| 10/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] E-Mail to and telephone call from Andrew Sherman on Mediation with Judge Zive, meetings with Judge Zive, disparate views of the Debtor and the Committee, and fact that Michaela Sozio is fully engaged in representing her clients. |
| 10/09/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Michaela Sozio and Brain Walton on meeting on October 10th; twenty-one minute telephone call with Brian Walton on meeting, issues with Beryl Weiner and Jon Pastor's decision not to reveal insurance coverage. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Sam Maizel on contact with Andrew Sherman and meeting with Judge Zive. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Request for Documents] Exchange E-Mails with George Newhouse on responding to the Subpoena (and confer with Brian Walton on conferring with Mr. Newhouse). |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/09/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Commence assembling documents for the Mediation, including Judge Zive's Biography, letter to Judge Zive and Judge Zive's response, |
| 10/09/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review the Settlement Agreement and outline Claims allegedly compromised by the Settlement Agreement. |
| 10/09/17 | J.A. Moe, II | 0.80 | 476.00 | [Request for Documents] Conference telephone call with George Newhouse to Brian Walton, on responding to request for documents. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Request for Documents] Telephone call to Reva Swadener on the necessity to confer on the Request For Documents. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents] Telephone call to Stan Otake on the necessity to confer on the Request For Documents. |
| 10/09/17 | J.A. Moe, II | 0.30 | 178.50 | [Request For Documents] Prepare for conference call at 2:00 p.m., with review of the Request and E-Mail to Reva Swadener and Stan Otake on conferring at 2:00 p.m. ; assemble documents for the 2:00 p.m. conference call, for review of documents with George Newhouse. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health] Review the Court's Order on decisions on the Orders To Show Cause and next hearing on December 14th; confer with Andy Jinnah on next Status Conference. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Workers Compensation Cases] Confer with Andy Jinnah on next Status Conference and three month additional continuance; and whether Gardens is a Plaintiff. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen] Confer with Andy Jinnah on next Status Conference and identification of Plaintiff and Cross-Complainant. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call from Boris Mantovetskiy on the parameters of the April 14, 2016 Settlement Agreement |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/09/17 | J.A. Moe, II | 0.70 | 416.50 | [Request For Documents]  2:00 p.m. conference telephone call with George Newhouse, Stan Otake, Brian Walton and Reva Swadener on responding to the Request. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents]  Confer with George Newhouse on Mr. Newhouse's telephone call with Attorney Bob Corbin on Mr. Corbin's telephone call with the AUSA on producing records. |
| 10/09/17 | J.A. Moe, II | 0.30 | 178.50 | [Request For Documents]  Review the Asset Purchase Agreement on the Hospital's requirements for records retention and transfer of records to American Strategic Management, then confer with George Newhouse reviewing the pertinent section of the Agreement. |
| 10/09/17 | J.A. Moe, II | 0.20 | 119.00 | Request For Documents]  Review insert on medical records retention in the Asset Purchase Agreement and transmit to Mr. Newhouse. |
| 10/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents]  Review  George Newhouse's E-Mail directed to Reva Swadener on access to records in accordance with the Asset Purchase Agreement. |
| 10/09/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Revise the latest draft of the Debtor's Mediation Brief, including expanding analysis of Brian Walton's agreement. |
| 10/10/17 | J.A. Moe, II | 1.40 | 833.00 | [Creditors Committee Investigation/Mediation] Extensively revise the Debtor's Mediation Brief, with information and references to the amounts loaned and amounts due Secured Creditors, reviewing and integrating information from the "Claims Settlement And Release Agreement," with Gardens, RNG, Sycamore and S & W Health. |
| 10/10/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/Mediation] Prepare Exhibit List for the Debtor's Mediation Brief. |
| 10/10/17 | J.A. Moe, II | 0.30 | 178.50 | Creditors Committee Investigation/Mediation] Review and revise Graph prepared on the amounts due and compromised for Secured Creditors. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/10/17 | J.A. Moe, II | 0.30 | 178.50 | Creditors Committee Investigation/Mediation] Review and revise Chart, on the amount originally due and currently due the Secured Creditors. |
| 10/10/17 | J.A. Moe, II | 0.20 | 119.00 | DeLage Landen/Intuitive] Review the Compliant filed by DeLage Landen and the Cross-Complaint filed by Intuitive;  review the Kathryn Stanton E-mail of June 7, 2017; confer with Andy Jinnah on operative pleadings and obtaining a copy of Gardens' Cross-Complaint. |
| 10/10/17 | J.A. Moe, II | 0.20 | 119.00 | [Request For Documents]  Review exchange of E-Mails with George Newhouse, Janakiram Ashwan and Colleen Maher on meeting with Reva Swadener;  E-Mail to Mr. Newhouse on meeting at the Hospital. |
| 10/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call from Karl Block on current status of the Mediation. |
| 10/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents] Confer with George Newhouse on disclosure of the targets of the Government investigation. |
| 10/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] E-Mail to Michaela Sozio and Brian Walton on documents  Mr. Walton should bring to the Meeting on October 11, 2017, to prepare for the Mediation. |
| 10/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Confer with Kathryn Howard on and amend and edit the Chart on the amounts originally due and reduced amounts now due the Secured Creditors. |
| 10/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Additional conference with Kathryn Howard on and amend and edit the Chart on the amounts originally due and reduced amounts now due the Secured Creditors. |
| 10/10/17 | G. Newhouse | 3.10 | 2,015.00 | Follow up research regarding scope of grand jury subpoena; telephone conference with Assistant US attorney Ashwin and email correspondence with Special Agent and with custodian of records for hospital; research on cooperating witness Paul Randall. |

9

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/10/17 | S. Maizel | 1.50 | 975.00 | Meeting with Judge Zive, A. Sherman, etc... re mediation. |
| 10/10/17 | K.M. Howard | 0.20 | 53.00 | Numerous discussions with John Moe concerning the amounts being claimed by the secured creditors. |
| 10/10/17 | K.M. Howard | 3.20 | 848.00 | Reviewed data and prepared charted analysis of claims asserted by the secured creditors. |
| 10/10/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation] Review and revise extensively the Chart on amounts originally due and now due the Secured Creditors, and expand Footnotes on the amounts originally due and amounts allegedly compromised with the Secured Creditors; review with Kathryn Howard the extensive changes on the Footnotes explaining the numbers. |
| 10/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review Article on the Hospital and spine surgeries, and exchange E-Mails with Andrew Sherman on the Article and the upcoming Mediation. |
| 10/11/17 | A. Jinnah | 0.30 | 118.50 | Confer with J. Moe and review interview notes from Oct 2016 interview of B. Walton and D. Herskovitz. |
| 10/11/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe concerning Judge Zive's Mediation Order. |
| 10/11/17 | S. Maizel | 1.00 | 650.00 | Telephone conference with G. Klausner re mediation issues (.4); telephone conference with K. Block re mediation issues (.3); review settlement offer from RNG for mediation (.3). |
| 10/11/17 | S. Maizel | 0.20 | 130.00 | Telephone conference with J. Moe re mediation issues. |
| 10/11/17 | J.A. Moe, II | 0.20 | 119.00 | [Superior Court Cases]  Edit and complete draft of Stipulation transferring Cases to the Creditors Committee, then transmit to Andrew Sherman for review. |
| 10/11/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation] At the Tressler Law Firm, prepare for meeting with Michaela Sozio and Brian Walton. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/11/17 | J.A. Moe, II | 5.20 | 3,094.00 | [Creditors Committee Investigation/Mediation] Meeting with Michaela Sozio and Brian Walton, preparing for the Mediation. |
| 10/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] In regard to Gary Torrell's E-Mail Settlement Offer, review exchange with Sam Maizel and Andrew Sherman on necessity to confer and prepare counter-offer to Mr. Torrell. |
| 10/11/17 | J.A. Moe, II | 0.40 | 238.00 | Creditors Committee Investigation/Mediation] Assembling documents for the meeting with Michaela Sozio and Brian Walton on the upcoming Mediation. |
| 10/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Exchange E-Mail with Brian Walton and transmit the Chart on amounts originally due and now due Secured Creditors. |
| 10/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health]  Review the Order issued by the Court on necessity to have counsel engaged by December 18th; exchange E-Mails with Andrew Sherman on Stipulation to convey the Superior Court Cases to the Creditors Committee. |
| 10/12/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review the draft revisions made to the to the Debtors' Mediation Brief during the meeting on October 11th, and instructions on corrections to the Brief as to the three Settlement Agreements. |
| 10/12/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Brian Walton (and to Michaela Sozio) on signed copies of the Settlement  Agreements. |
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Superior Court Cases, Blue Cross and Landlord] Exchange E-Mails with Andrew Sherman on, and review the revised Stipulation on transfer of Cases to the Committee; E-Mail to Brian Walton and David Herskovitz on transfer of Cases to the Committee. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/12/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Revise the Debtor's Mediation Brief to reflect the "intricacies" of the Settlement Agreements negotiated by Brian Walton, insofar as the amounts (originally due and now due). |
| 10/12/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Review and correct the latest draft of the Debtors' Mediation Brief, focusing the revisions on the amounts originally due and the revised amounts now due pursuant to three Settlement Agreements. |
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Confer with Kathryn Howard on updating the fees accruing to three sets of Professionals, in the Answers to Gary Torrell's Questions; review the revised Chart, on updated Attorneys' Fees. |
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review and edit the proposed Chart on amounts originally due and amounts now due, to the Secured Creditors,   both as to secured and unsecured obligations. |
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Blue Cross/Blue Shield] Telephone call from Anthony Carasco, on last E-Mail to Blue Cross/Blue Shield of Michigan; review detailed, lengthy E-Mail from Mr. Carasco addressed to Blue Cross/Blue Shield on necessity to resolve the Claim; review second E-Mail from Mr. Carasco on Blue Cross'/Blue Shield's receipt of Mr. Carasco's E-Mail. |
| 10/12/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review and correct the latest draft of the Debtors' Mediation Brief, continuing to focus on the amounts originally due and the revised amounts now due pursuant to three Settlement Agreements. |
| 10/12/17 | K.M. Howard | 0.40 | 106.00 | Reviewed notes and further revision to charted analysis of claims asserted by secured creditors. |
| 10/12/17 | K.M. Howard | 0.10 | 26.50 | Discussion with John Moe regarding additional breakdown of details of secured creditor's claimed amounts. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/12/17 | K.M. Howard | 0.10 | 26.50 | Telephone conference with John Moe regarding Rollins Nelson's unsecured loans and advances made to the Hospital. |
| 10/12/17 | K.M. Howard | 0.10 | 26.50 | Reviewed and revised charted analysis of claims asserted by the secured creditors to reflect the unsecured loans and advances made by Rollins Nelson to the Hospital. |
| 10/12/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Continue to review and further understand the Roxbury Settlement Agreement and the Sycamore/S & W Health/Rollins Nelson Settlement Agreement, including the non-payment and payment of interest. |
| 10/12/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Correct the Chart (on the amounts originally due and now due) on the amounts of the obligations due Secured Creditors as reflected in further review of the Roxbury Settlement Agreement and the Sycamore/S & W Health/Rollins Nelson Settlement Agreement. |
| 10/12/17 | K.M. Howard | 0.10 | 26.50 | Discussed Roxbury Healthcare's secured settled amount and the accrual of interest. |
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with and telephone call from Boris Mantovetskiy, on language in the Mediation Brief, and confirming that a meeting took place with Michaela Sozlo (in very broad terms). |
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Brief conferences with Kathryn Howard on revisions to and completion of the Chart on amounts originally due and now due Secured Creditors; transmit to Michaela Sozio. |
| 10/12/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation]  Return call from Karl  Block on the status of the upcoming the upcoming Mediation. |
| 10/12/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Review and make additional corrections to the Debtor's Mediation Brief. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/12/17 | K.M. Howard | 0.50 | 132.50 | Reviewed Settlement Agreement between Debtor and the secured creditors and cross-referenced agreed to amounts to analysis of amounts claimed by the secured creditors. |
| 10/12/17 | K.M. Howard | 0.30 | 79.50 | Reviewed Settlement Agreement between Debtor and Roxbury Healthcare Services and cross-referenced agreed to amounts to analysis of amounts claimed by secured creditor Roxbury Healthcare. |
| 10/12/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Settlement Agreement in Gardens v. Gerrick, et al. and cross-referenced agreed to amounts to analysis of amounts claimed by secured parties/creditors. |
| 10/12/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Amendment to Settlement Agreement in Gardens v. Gerrick, et al. to determine disbursements and cross-referenced those amounts to the secured claims analysis for mediation papers. |
| 10/12/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Settlement Agreement between Debtor and Selvin & Weiner and cross-referenced agreed to amounts to analysis of amounts claimed by the secured creditor for mediation papers. |
| 10/12/17 | K.M. Howard | 0.30 | 79.50 | Organized and incorporated multiple settlements agreements between the Debtor and various secured creditors mediation papers. |
| 10/13/17 | J.A. Moe, II | 0.90 | 535.50 | Review the revised Debtor's Mediation Brief, then highlight revisions, then send highlighted Brief to Michaela Sozio and Brian Walton |
| 10/13/17 | J.A. Moe, II | 0.10 | 59.50 | Review the corrected Chart on amounts originally due and reduced payable to Selvin & Weiner and to the Secured Creditors. |
| 10/16/17 | J.A. Moe, II | 0.30 | 178.50 | Creditors Committee Investigation/Mediation] Assembling Documents for the Mediation. |
| 10/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Review Brain Walton's first draft of the redlined Debtor's Mediation Brief, with Mr. Walton's and David Herskovitz' corrections; telephone call from Brian Walton on proposed changes and Mr. Walton creating "final" version with corrections. |

14

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Continue review of Mr. Walton's redlined Debtor's Mediation Brief, commencing briefly noting issues with positions asserted, and telephone call with Sam Maizel on Mr. Maizel's conversations with Mr. Walton on the RNG/Sycamore/S & W Health Settlement. |
| 10/16/17 | J.A. Moe, II | 2.70 | 1,606.50 | [Creditors Committee Investigation/Mediation] Receive Mr. Walton's "final" version of the Debtors' Mediation Brief, then commence immediately reviewing and integrating Mr. Walton's changes, with additional corrections to content and format, through five iterations, concurrently working with personnel on transmittal to Judge Zive, also correcting the Exhibits List and preparing an Index of "key" parties. |
| 10/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Brian Walton on completing the Debtors' Mediation Brief, to be transmitted today. |
| 10/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Superior Court Cases/Landlord/Blue Cross] Exchange multiple E-Mails with Brian Walton, David Herskovitz and Andrew Sherman on Stipulation transferring rights in Claims to the Creditors Committee. |
| 10/16/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Michael Sozio and with Brian Walton on Settlement Agreements to be appended to the Debtor's Mediation Brief as Exhibits; identify the three Agreements. |
| 10/16/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Prepare new and far more detailed List Of Exhibits to the Debtor's Mediation Brief. |
| 10/16/17 | J.A. Moe, II | 0.90 | 535.50 | Creditors Committee Investigation/Mediation) Continue to review the Debtor's Mediation Brief (.5); telephone call from Mr. Walton and overview of changes to the Brief (.4). |
| 10/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Transmit the Debtor's Mediation Brief to Brian Walton, with E-Mail on efficiencies. |

15

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/16/17 | S. Maizel | 1.00 | 650.00 | Review materials re RNG settlement offer for mediation. |
| 10/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Review Anthony Carasco's latest report, with communication for Blue Cross/Blue Shield; exchange E-Mails with Andrew Sherman on latest developments relating to payment from Blue Cross/Blue Shield. |
| 10/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call with Linda Duffy and telephone call from Judge Zive on the Debtor's Mediation Brief. |
| 10/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review Gary Klausner's E-Mail requesting updated "Chart;" review the updated Chart and transmit to all parties, preparing an E-Mail explaining what is new in the updated Chart and what remains unchanged. |
| 10/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Rollins Nelson] Telephone call returned from Tracey Green on Mr. Green's investigation of RNG practices at Gardens Hospital. |
| 10/17/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation] Telephone call with Brian Walton on completion and filing of the Debtor's Mediation Brief and offer to meet prior to the Mediation. |
| 10/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Superior Court Cases/Blue Cross, Blue Shield/Moscovitz] Revise the Stipulation on transfer of cases. to the Committee for action. |
| 10/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Mediation/Strategic/Transfer Of Cases] Multiple telephone calls and E-Mail to Brian Walton on completing the Debtor's Mediation Brief, signing the Stipulation on the settlement with Strategic, and transfer of Cases to the Committee. |
| 10/17/17 | J.A. Moe, II | 0.30 | 178.50 | [Mediation/Transfer Of Cases] Telephone call with Andrew Sherman on the Mediations (completing the Briefs, positions of the parties, exchange of offers, change of offers and meeting on Sunday); and the transfer of Cases to the Committee. |

16

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/17/17 | K.M. Howard | 0.10 | 26.50 | Discussed the mediation with John Moe and materials needed for mediation. |
| 10/17/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Exchange of E-Mails with Gary Torrell on filing Mediation Briefs; E-Mail to Mr. Torrell on promised language in the Debtor's Brief. |
| 10/18/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review and correct the Debtor's Mediation Brief then consider Exhibit, then transmit to Sam Maizel for review. |
| 10/18/17 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz] Exchange E-Mail with and telephone call from Andrew Sherman on the basis for the allegation against the Moscovitz Foundation. |
| 10/18/17 | J.A. Moe, II | 0.30 | 178.50 | [Moscovitz] Review the documents assembled by Karen Nimniyom on the $5,000,000" "Note" versus "donation" issue; exchange E-Mails with Andrew Sherman on creation of some of the Hospital's documents. |
| 10/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] E-Mails to Kathryn Stanton and Stan Otake on knowledge on the background on the Moscovitz "note" versus "donation" issue. |
| 10/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Telephone call with Brian Walton on the Moscovitz "note" versus "donation" issue. |
| 10/18/17 | J.A. Moe, II | 0.20 | 119.00 | [Accountable Health] Review with Andy Jinnah on the status of Accountable Health; review Gardens' Second Amended Complaint, and transmit to Brian Walton as requested by Mr. Walton. |
| 10/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Health Industry Cases] Review the status of the Health Industry Cases and the necessity to determine if the Cases are the same as the Motion For Relief From Stay just granted on October 16th. |
| 10/18/17 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz] Return call from Kathryn Stanton reviewing the background to and the "note" versus "donation" issue on the Moscovitz payments to the Hospital. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/18/17 | J.A. Moe, II | 1.40 | 833.00 | [Creditors Committee Investigation/Mediation] Continue to consider and prepare for, the Mediation, including review and assembly of documents for the Mediation that commences Monday. |
| 10/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Review Anthony Carasco's latest report, with communication from Blue Cross/Blue Shield. |
| 10/18/17 | A. Jinnah | 0.50 | 197.50 | Review schedules of cases and check status of remaining superior court cases. |
| 10/18/17 | G. Newhouse | 0.70 | 455.00 | Telephone conference with Brian Walton regarding status and background of investigation. |
| 10/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call to Gary Klausner on position of the Debtor on the enforceability of the Settlement Agreements. |
| 10/19/17 | J.A. Moe, II | 0.40 | 238.00 | Exchange E-Mails with David Herskovitz, on the Debtor's Mediation Brief, the analysis of documents prepared by Reva Swadener and Jim Sherman's contact with Gary Klausner. |
| 10/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] E-Mail to Tracey Green on obtaining information on her Analysis of RNG performance at the Hospital. |
| 10/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Review Anthony Carasco's latest report, with communication for Blue Cross/Blue Shield; exchange E-Mails with Andrew Sherman on latest developments relating to payment from Blue Cross/Blue Shield. |
| 10/19/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation] Commence  review of the twenty E-Mails with documents received from Reva Swadener on various financial analyses of payments and obligations, in preparation for the Mediation. |
| 10/19/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation] Continue Commence review of the twenty- E-Mails with documents received from Reva Swadener on various financial analyses of payments and obligations, in preparation for the Mediation. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/19/17 | J.A. Moe, II | 0.20 | 119.00 | Telephone call with Eric Weissman on preparation for the Mediation, arguments of the various parties and parameters of possible resolutions. |
| 10/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediatlon] Exchange E-Mails with Michaelea Sozio on Gary Klausner's contacts with Jim Sherman. |
| 10/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call to Andrew Sherman on proceeding with the Mediation on October 23rd. |
| 10/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Two telephone calls to Eric Weissman on preparation for the Mediation. |
| 10/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Continue to review material assembled by Reva Swadener in preparation for the Mediation. |
| 10/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call with Sam Maizel on upcoming Mediation; telephone call to Eric Weissman on meeting; telephone call returned from Andrew Sherman on meeting on October 23rd. |
| 10/20/17 | K.M. Howard | 1.40 | 371.00 | Reviewed, organized and indexed all documents and pleadings pertaining to the Harbor Gardens Settlement Agreement for counsel at Mediation. |
| 10/20/17 | K.M. Howard | 0.70 | 185.50 | Reviewed and indexed documents regarding Harbor Gardens for counsel. |
| 10/20/17 | K.M. Howard | 0.50 | 132.50 | Prepared and finalized Mediation Binders. |
| 10/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Continue to review documents, including the Debtor's Mediation Brief, for the Mediation on October 23rd. |
| 10/20/17 | K.M. Howard | 0.10 | 26.50 | Telephone conference with John Moe regarding additional materials needed for meeting with Brian Walton. |
| 10/20/17 | K.M. Howard | 0.20 | 53.00 | Gathered and assembled additional materials to assist attorney at meeting with Brian Walton. |
| 10/20/17 | S. Maizel | 1.00 | 650.00 | Review materials in preparation for mediation with prepetition secured creditors. |

19

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/23/17 | A. Jinnah | 0.60 | 237.00 | Reviewed previous De Lage Landen fillings to prepare for CMC appearance. |
| 10/23/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Prepare for the Mediation before Judge Gregg Zive, including review of the documents assembled on the currently pending Settlement Agreement by and between the Debtor and Harbor Gardens, and redwells of different Categories of documents for use at the Mediation. |
| 10/23/17 | J.A. Moe, II | 1.40 | 833.00 | Creditors Committee Investigation/Mediation] Continue to prepare for the Mediation at the Courthouse, including meeting with Sam Maizel, and also meeting with Gary Klausner, Gary Torrell, Andrew Sherman and Boris Mankovetskiy. |
| 10/23/17 | J.A. Moe, II | 6.80 | 4,046.00 | Creditors Committee Investigation/Mediation] Attend and participate in Mediation before the the Honorable Gregg R. Zive, United States Bankruptcy Judge, including meetings with Judge Zive, review of issues and documents throughout the day, and meetings with other participants in the Mediation (including: Andrew Sherman, Boris Mankovetskiy and Cory Cordova; Michaela Sozio and Brian Walton, David Herskovitz and Jon Pastor; David Tartaglia; Gary Torrell and Jeff Ahlholm; and with Gary Klausner, Beryl Weiner and two attorneys from Gibson Dunn). |
| 10/23/17 | S. Maizel | 8.00 | 5,200.00 | Mediation re prepetition secured creditors, including meeting prior to start with Judge Zive. |
| 10/23/17 | K.M. Howard | 0.30 | 79.50 | Analysis of claims registry to determine if any union filed a proof of claim (.2) and prepared communication regarding findings (.1). |
| 10/23/17 | K.M. Howard | 1.30 | 344.50 | Analysis of Notice of Monthly Fee Application from August 2016 - August 2017 to determine the total amount of fees and costs charged by counsel for the creditors committee. |
| 10/23/17 | K.M. Howard | 0.90 | 238.50 | Drafted charted analysis of total fees and costs charged by counsel for the creditors committee from June 2016 - August 2017. |

20

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/23/17 | K.M. Howard | 0.10 | 26.50 | Telephone conference with Reva Swadener to request data and materials for use at Mediation. |
| 10/23/17 | K.M. Howard | 0.10 | 26.50 | Followup telephone conference with Reva Swadener regarding Beryl Weiner's correspondence to the Irving Moskowitz Foundation. |
| 10/23/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed Beryl Weiner's 2009 correspondence to the Irving Moskowitz Foundation regarding donations to the Debtor. |
| 10/23/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Chart reflecting fees and costs incurred by counsel to the creditors committee. |
| 10/23/17 | K.M. Howard | 0.20 | 53.00 | Assembled materials requested by Judge Zive and prepared communication to Phyllis Jones at the United States Bankruptcy Court regarding same. |
| 10/23/17 | K.M. Howard | 0.30 | 79.50 | Analysis of docket and culled key pleadings pertaining to the SEIU's claim including Judge Robles' order (.2) and prepared communication regarding same (.1). |
| 10/24/17 | K.M. Howard | 0.20 | 53.00 | Analysis of and revise secured creditors chart as to loan amount owned to Sycamore Healthcare. |
| 10/24/17 | S. Maizel | 9.00 | 5,850.00 | Attend mediation with prepetition secured creditors. |
| 10/24/17 | J.A. Moe, II | 1.40 | 833.00 | Creditors  Committee Investigation/Mediation] Prepare for the second day of the Mediation at the Courthouse, including meeting with Sam Maizel, and also meeting with Gary Klausner, Gary Torrell, Andrew Sherman and Boris Mankovetskiy and Eric Weissman. |

21

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/24/17 | J.A. Moe, II | 7.80 | 4,641.00 | Creditors Committee Investigation/Mediation] Attend and participate in second day of Mediation before the the Honorable Gregg R. Zive, United States Bankruptcy Judge, including meetings with Judge Zive, review of issues and documents throughout the day, and meetings with other participants in the Mediation (including: Andrew Sherman, Boris Mankovetskiy and Cory Cordova; Michaela Sozio and Brian Walton, David Herskovitz and Jon Pastor; David Tartaglia; Gary Torrell and Jeff Ahlholm; Gary Klausner, Beryl Weiner and two attorneys from Gibson Dunn; and, with Karl Block and Ed King by telephone). |
| 10/24/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Meet with Sam Maizel, Andrew Sherman and Boris Mankovetskiy following the second day of Mediation. |
| 10/24/17 | K.M. Howard | 0.20 | 53.00 | Prepared communication to Phyllis R. Jones, Courtroom Deputy for Judge Robles, regarding the secured creditors chart. |
| 10/25/17 | K.M. Howard | 0.60 | 159.00 | Analysis of material needed to support a 9019 motion, and assembled same. |
| 10/25/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Prepare draft of a Report to the Court on the Mediation. |
| 10/25/17 | J.A. Moe, II | 0.20 | 119.00 | [Superior Court Cases/Blue Cross/Moscovitz] Prepare revised Stipulation assigning Cases to the Committee. |
| 10/25/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation] Review, make substantial corrections to and include large additions to the first draft of the Settlement Agreement And Mutual Release by and between the parties who participate in the Mediation. |
| 10/25/17 | K.M. Howard | 0.60 | 159.00 | Analysis of materials needed to draft status report on the outcome of the mediation and assembled same. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/25/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation] Review and make substantial corrections to the second draft of the Settlement Agreement And Mutual Release, resolving Claims be and between all parties who participated in the Mediation. |
| 10/25/17 | K.M. Howard | 0.10 | 26.50 | Analysis of communication regarding the court's request for a status report regarding the mediation and pending settlement with secured creditors. |
| 10/25/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Stipulation to Continue Hearings on Motions Scheduled for August 2017 Hearing to Permit Mediation before Judge Zive (.1) and culled additional pleadings pertaining to same (.1). |
| 10/26/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Telephone call to Michaela Sozio on entering into and filing Motion on good faith settlement. |
| 10/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Superior Court Cases/Blue Cross & Blue Shield/Moscovitz] Review Sam Maizel's detailed Responses to Brian Walton's three Questions, on transfers of Claims and causes of action to the Committee, continuing settlement discussions and possible further Litigation. |
| 10/26/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation] Review and correct the third draft of the Settlement Agreement And Mutual Release, by and between all parties who participated in the Mediation. |
| 10/26/17 | J.A. Moe, II | 0.20 | 119.00 | [Superior Court Cases/Blue Cross/Moscovitz] Exchange E-Mails with with David Herskovitz on Mr. Herskovitz' proposed additions, and amend the Stipulation Granting The Official Committee Of Unseduced Creditors Standing To Pursue Certain Estate Based Claims. |
| 10/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call from Andrew Sherman on the status of the Settlement Agreement And Mutual Release (the Stipulation transferring Claims and causes of action to the Committee). |

23

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/26/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Revise the fourth draft of the Settlement Agreement And Mutual Release, by and between all parties who participated in the Mediation. |
| 10/26/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Make minor revisions to the fifth draft of the Settlement Agreement And Mutual Release, by and between all the parties who participated in the Mediation. |
| 10/26/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Make additional minor revisions to the fifth draft of the Settlement Agreement And Mutual Release. |
| 10/26/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review the E-Mail (sent on October 26th) and received (on October 27th) from Brian Walton on Berle Weiner;  consider and prepare (on October 27th) a response to Mr. Walton; confer briefly (on October 30th) with Sam Maizel on Mr. Maizel conferring (on October 26th) with Mr. Walton. |
| 10/26/17 | S. Maizel | 0.20 | 130.00 | Telephone conference with Weiner entities counsel re possible settlement for mediation. |
| 10/26/17 | S. Maizel | 0.50 | 325.00 | Telephone conference with B. Walton re mediation results issues. |
| 10/26/17 | S. Maizel | 0.30 | 195.00 | Review and respond to inquiry from J. Pastor re mediation results. |
| 10/26/17 | A. Jinnah | 0.40 | 158.00 | Review and counter sign stipulated continuance proposed by counsel for Liberty Mutual in Lucero v. Liberty Mutual Superior court case. |
| 10/26/17 | A. Jinnah | 0.10 | 39.50 | Confer with J. Moe regarding stipulation proposed by Counsel for Liberty Mutual. |
| 10/27/17 | A. Jinnah | 0.80 | 316.00 | Prepare for De Lage Landen Case Appearance |
| 10/27/17 | A. Jinnah | 0.90 | 355.50 | Attend case hearing in De Lage Landen matter. |
| 10/27/17 | K.M. Howard | 0.20 | 53.00 | Prepared order forms for mediation transcripts of October 23, 2017 and October 24, 2017. |
| 10/27/17 | K.M. Howard | 0.10 | 26.50 | Coordinated filing and submission of order forms requesting transcripts of the Mediation. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/27/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/RNG] Review and correct the first rough draft of the Joint Notice Of Settlement Reached At Mediation Resolving: (1) Debtor's And Unsecured Creditors' Committee's Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of Harbor Gardens Capital I, LLC [Docket # 709]; and (2) RollinsNelson Grp, LLC's Motion To Determine RNG's Allowed Secured Claim And Value Of Debtor's Assets Encumbered By Multiple Liens [Docket # 710]. |
| 10/27/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Grand Jury Subpoena issued to the Custodian of Records of Gardens Regional Hospital and Medical Center. |
| 10/27/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Following the Mediation Review Sam's Analysis of the amounts received to be received, and obligations to be paid; confer with Sam Maizel on the amounts to be paid. |
| 10/27/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Exchange additional E-Mails with Sam Miazel, Stan Otake and Eric Weissmn on Administrative Claims. |
| 10/27/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Prepare first rough draft of the 9019 Motion on approval of the Settlement Agreement with RNG, Harbor and the Directors & Officers. |
| 10/27/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call returned from Andrew Sherman, and confer with Sam Maizel on the scope of the mutual releases between the settling parties. |
| 10/27/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Stipulation requesting mediation between Debtor and Secured Creditors. |
| 10/27/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Confer with Sam Maizel on conference call with Andrew Sherman on scope of the release between parties who settled claims at the Mediation. |

25

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/27/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Prepare first draft of entirely new pleading: the Joint Notice Of Settlement Reached At Mediation Resolving: (1) Debtor's And Unsecured Creditors' Committee's Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of Harbor Gardens Capital I, LLC [Docket # 709]; and (2) RollinsNelson Grp, LLC's Motion To Determine RNG's Allowed Secured Claim And Value Of Debtor's Assets Encumbered By Multiple Liens [Docket # 710]. |
| 10/27/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call from and separate brief conference with Kathryn Howard on Stipulation executed by multiple parties, stipulating to Mediation, whether filed with the Court, and review of Motion and Stipulation; further conference with Kathryn Howard on order entered on Stipulation. |
| 10/27/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review Docket, and identify Pleadings filed between May 1st and September 1st, on Motions and Oppositions to Motions seeking approval of settlement with Harbor Gardens, and RollinsNelson Motion and Opposition to Motion seeking a determination on the amount of the RNG Claim. |
| 10/27/17 | S. Maizel | 2.00 | 1,300.00 | Revising status conference report re mediation. |
| 10/27/17 | S. Maizel | 0.20 | 130.00 | Telephone conference with A. Sherman re settlement issues. |
| 10/30/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation] Telephone call with Karl Block on terms of a Settlement Agreement with Harbor Gardens. |
| 10/30/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review and review again the current Settlement Agreement with Harbor Gardens Capital I, LLC, and Paladin-Gardens Management, LLC. |
| 10/30/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Judge Robles' Amended Order regarding the appointment of Judge Zive (.1) and assembled same to assist attorney in addressing Karl Block's questions (.1). |

26

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/30/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Prepare a revised Settlement Agreement with Harbor Gardens Capital I, LLC, and Paladin Harbor Management, LLC, utilizing the original Debtor, Committee, Harbor, Paladin Settlement Agreement. |
| 10/30/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] In regard to revising the Settlement Agreement with Harbor Gardens Capital I, LLC, and Paladin Harbor Management, LLC, telephone call to Andrew Sherman's office,  telephone call returned from Boris Mankovetskiy and telephone calls to and from and await return call from Karl Block; telephone call returned from Mr. Block discussing the preparation of a Settlement Agreement between the Debtor, the Committee, Harbor and Paladin. |
| 10/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Superior Court Cases/Blue Cross/Moskovitz] Exchange E-Mails with David Herskovitz on completion and execution of the Stipulation Granting The Official Committee Of Unsecured Creditors Standing To Pursue Certain Estate Based Claims. |
| 10/30/17 | K.M. Howard | 0.40 | 106.00 | Reviewed docket and culled information for inclusion into Debtor's Status Report. |
| 10/30/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/Mediation] Confer with Kathryn Howard on Ms. Howard completing the "Further" Status Conference. |
| 10/30/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Debtor's Status Report. |
| 10/30/17 | J.A. Moe, II | 0.20 | 119.00 | Request For Documents]  Exchange multiple E-Mail with multiple parties including George Newhouse on responding to the Request For Documents. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/30/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation] Review, correct, expand and reformat, the second draft of Joint Notice Of Settlement Reached At Mediation Resolving: (1) Debtor's And Unsecured Creditors' Committee's Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of Harbor Gardens Capital I, LLC [Docket # 709]; And (2) RollinsNelson Grp, LLC's Motion To Determine RNG's Allowed Secured Claim And Value Of Debtor's Assets Encumbered By Multiple Liens [Docket # 710]. |
| 10/30/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation] Prepare second new Pleading (in draft and formatted to be completed later): The Debtor's And Unsecured Creditors' Committee's Notice Of Joint Motion And Joint Motion To Approve Terms And Conditions Of Settlement Agreement Reached At Mediation With The Debtor's Current And Former Directors And Officers In Accordance With Rule 9019 Of The Federal Rules Of Bankruptcy Procedure. |
| 10/30/17 | K.M. Howard | 0.10 | 26.50 | Telephone conference with Lydia Gonzalez regarding the mediation transcripts. |
| 10/30/17 | K.M. Howard | 1.10 | 291.50 | Analysis of all pleadings regarding the claims of the secured creditors and culled same to assist attorney in drafting settlement agreement. |
| 10/30/17 | K.M. Howard | 0.20 | 53.00 | Communications with Karen Persaud of Ben Hyatt Court Reporting regarding the transcription of the October 24, 2017 mediation (.1) and coordinated delivered of payment to the court reporter (.1). |
| 10/30/17 | K.M. Howard | 0.20 | 53.00 | Followup telephone conferences and emails with Lydia Gonzalez regarding the transcripts and audio disc. |
| 10/31/17 | K.M. Howard | 0.30 | 79.50 | Attention to resolving issues with the Mediation audio disc received from the Court and followup conferences with Lydia Gonzalez regarding the corrupt disc. |
| 10/31/17 | S. Maizel | 0.30 | 195.00 | Office conference with John Moe re Gardens settlements. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/31/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review and correct the completed first draft of the "stand alone" Settlement Agreement with Harbor Gardens. |
| 10/31/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Correct the Settlement Agreement And Mutual Release By And Between The Debtor, The Creditors Committee, RollinsNelson Grp, LLC And the Debtor's Former and Current Officers And Directors; review the corrected Agreement and correct the caption. |
| 10/31/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] E-Mail to Andrew Sherman and Boris Mankovetskiy transmitting the Settlement Agreement And Mutual Release By And Between The Debtor, The Creditors Committee, RollinsNelson Grp, LLC And the Debtor's Former and Current Officers And Directors, explaining the "release" issue to be resolved with the Transcript. |
| 10/31/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review and correct two iterations of the Settlement Agreement, by and between the Debtor, the Committee, Harbor Gardens and Paladin. |
| 10/31/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] E-Mail to Andrew Sherman and Boris Mankovetskiy transmitting the Harbor Gardens/Paladin Settlement Agreement |
| 10/31/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Make final two sets of revisions to the "Further" Status Report; return call to Clerk of the Court on settlement of Claims. |
| 10/31/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call from Andrew Sherman on the status of the Settlement Agreements. |
| 10/31/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review the updated draft of the "Further" Status Report, and prepare an insert on the Motions pending on November 8th. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/31/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Confer with Sam Maizel on reaching agreement with each party settling in accordance with the Mediation on October 23rd and 24th. |
| 10/31/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review Karl Block's E-Mail and revise/complete the first draft of the Settlement Agreement, by and between the Debtor, the Committee, Harbor and Paladin prepared on October 30th. |
| 10/31/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review and correct the third draft of Joint Notice Of Settlement Reached At Mediation Resolving: (1) Debtor's And Unsecured Creditors' Committee's Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of Harbor Gardens Capital I, LLC [Docket # 707]; And (2) RollinsNelson Grp, LLC's Motion To Determine RNG's Allowed Secured Claim And Value Of Debtor's Assets Encumbered By Multiple Liens [Docket # 710]. |
| 10/31/17 | J.A. Moe, II | 0.20 | 119.00 | [Superior Court Cases/Blue Cross/Moscovitz] Review David Herskovitz third set of corrections/additions, and include Mr. Herskovitz' third set of corrections/additions in the Stipulation Granting The Official Committee Of Unseduced Creditors Standing To Pursue Certain Estate Based Claims. |
| 10/31/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Make additional revisions to the "Further" Status Report. |
| 10/31/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Correct the latest version of the Settlement Agreement And Mutual Release By And Between The Debtor, The Creditors Committee, RollinsNelson Grp, LLC And The Debtor's Former And Current Officers And Directors. |
| 10/31/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents] Review multiple E-Mails from George Newhouse and Reva Swadener, and schedule time to confer on Friday November 3rd. |

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/31/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Confer with Kathryn Howard on obtaining Transcript of the October 24th Mediation, and executing the Request. |
| Total Hours | | 137.10 | | |
| Fee Amount | | | | $75,962.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 27.90 | $18,135.00 |
| G. Newhouse | $650.00 | 8.30 | $5,395.00 |
| J.A. Moe, II | $595.00 | 76.30 | $45,398.50 |
| A. Jinnah | $395.00 | 3.90 | $1,540.50 |
| S. Schrag | $345.00 | 0.10 | $34.50 |
| K.M. Howard | $265.00 | 20.60 | $5,459.00 |
| Totals | | 137.10 | $75,962.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 9/22/2017 | FedEx Airbill #787826879064 to 1 RIVERFRONT PLZ, NEWARK, NJ | | 17.09 |
| | | SUBTOTAL | 17.09 |
| | Document reproduction | | 7.80 |
| | | SUBTOTAL | 7.80 |
| 8/18/2017 | USA LEGAL, INC. | | 29.95 |
| 8/21/2017 | USA LEGAL, INC. | | 74.00 |

31

Litigation - Contested Matters and Adversary Proceedings

November 13, 2017

Matter: 15257497-000015
Invoice No.: 1951646

| Date | Description | | Amount |
|------|-------------|--|--------|
| | | SUBTOTAL | 103.95 |
| 7/27/2017 | USA LEGAL, INC. | | 36.00 |
| 8/1/2017 | USA LEGAL, INC. | | 15.00 |
| | | SUBTOTAL | 51.00 |
| | Total Disbursements | | $179.84 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 75,962.50 | |
| Disbursement Total | $ | 179.84 | |
| Invoice Total | $ | 76,142.34 | |

32



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

## Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|------------|---------------|----------------------|-------|
| 07/18/16 | 1793457 | 28,993.50 | (25,911.79) | 3,081.71 |
| 08/15/16 | 1804695 | 28,106.00 | (22,484.80) | 5,621.20 |
| 09/21/16 | 1815579 | 32,604.86 | 0.00 | 32,604.86 |
| 10/11/16 | 1822094 | 21,126.30 | 0.00 | 21,126.30 |
| 11/09/16 | 1832680 | 68,114.80 | 0.00 | 68,114.80 |
| 12/13/16 | 1846034 | 19,225.70 | 0.00 | 19,225.70 |
| 01/19/17 | 1853845 | 32,510.00 | 0.00 | 32,510.00 |
| 02/22/17 | 1865404 | 9,285.71 | 0.00 | 9,285.71 |
| 03/10/17 | 1870876 | 12,867.05 | 0.00 | 12,867.05 |
| 04/19/17 | 1883654 | 58,143.10 | 0.00 | 58,143.10 |
| 05/24/17 | 1895427 | 36,355.95 | 0.00 | 36,355.95 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | 0.00 | 48,650.60 |
| 08/14/17 | 1920738 | 58,661.56 | 0.00 | 58,661.56 |
| 09/14/17 | 1930412 | 30,032.96 | 0.00 | 30,032.96 |
| 10/17/17 | 1942311 | 21,723.15 | 0.00 | 21,723.15 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 11/13/17 | 1951646 | 76,142.34 | 0.00 | 76,142.34 |
| | | Total Outstanding Invoices | | $581,212.99 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951647**

Client/Matter: 15257497-000017

Non Working Travel

Payment Due Upon Receipt

Total This Invoice                    $        2,439.50

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951647**

Client/Matter:   15257497-000017

Non Working Travel

---

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/11/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation] Travel from Dentons to the Tressler law Firm in Century City for meeting with Michaela Sozio and Brian Walton. |
| 10/11/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation] Return travel following meeting with Michaela Sozio and Brian Walton. |
| 10/16/17 | J.A. Moe, II | 0.40 | 238.00 | [Mutual Of Omaha] Travel to the hearing on the Motion For Relief From The Automatic Stay. |
| 10/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Mutual Of Omaha] Return travel following the hearing on the Motion For Relief From the Automatic Stay. |
| 10/23/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors  Committee Investigation/Mediation] Travel to the Royball Federal Building, with Sam Maizel, for the Mediation before the Honorable Gregg R. Zive, United States Bankruptcy Judge |
| 10/23/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors  Committee Investigation/Mediation] Return travel from the Royball Federal Building to Dentons US LLP, with Sam Maizel,  following the Mediation before the Honorable Gregg R. Zive, United States Bankruptcy Judge |
| 10/24/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors  Committee Investigation/Mediation] Travel to the Royball Federal Building for the second day of Mediation before the Honorable Gregg R. Zive, United States Bankruptcy Judge |
| 10/24/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Return travel,  with Sam Maizel, the Federal Courthouse to Dentons US LLP following the second day of Mediation before Bankruptcy Judge Gregg R. Zive. |

| Total Hours | | 4.10 | | |

Non Working Travel                                                                November 13, 2017

Matter: 15257497-000017
Invoice No.: 1951647

                                                                                        $2,439.50

Fee Amount


## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 4.10 | $2,439.50 |
| Totals | | 4.10 | $2,439.50 |

Fee Total            $        2,439.50


Invoice Total        $        2,439.50

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000017

Non Working Travel

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 07/18/16 | 1793459 | 2,540.50 | (2,032.40) | 508.10 |
| 08/15/16 | 1804697 | 890.00 | (712.00) | 178.00 |
| 09/21/16 | 1815584 | 1,751.50 | 0.00 | 1,751.50 |
| 11/09/16 | 1832682 | 2,994.50 | 0.00 | 2,994.50 |
| 12/13/16 | 1846039 | 1,582.00 | 0.00 | 1,582.00 |
| 01/19/17 | 1853848 | 9,771.00 | 0.00 | 9,771.00 |
| 02/22/17 | 1865510 | 2,220.00 | 0.00 | 2,220.00 |
| 03/10/17 | 1870878 | 1,365.00 | 0.00 | 1,365.00 |
| 05/24/17 | 1895428 | 1,249.50 | 0.00 | 1,249.50 |
| 06/12/17 | 1900472 | 476.00 | 0.00 | 476.00 |
| 09/14/17 | 1930413 | 357.00 | 0.00 | 357.00 |
| 11/13/17 | 1951647 | 2,439.50 | 0.00 | 2,439.50 |

Total Outstanding Invoices $24,892.10

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951652**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                    $        1,300.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951652**

Client/Matter:  15257497-000018

Plan and Disclosure Statement

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/23/17 | S. Maizel | 0.50 | 325.00 | Drafting email to Eric Weissman vis-à-vis sources and uses of cash for plan confirmation. |
| 10/26/17 | S. Maizel | 1.00 | 650.00 | Analysis of cash and payments to get to confirmation of a plan. |
| 10/27/17 | S. Maizel | 0.50 | 325.00 | Revising chart showing cash for confirmation. |
| Total Hours | | 2.00 | | |
| Fee Amount | | | | $1,300.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 2.00 | $1,300.00 |
| Totals | | 2.00 | $1,300.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,300.00 |
| Invoice Total | $ | 1,300.00 |

2



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 09/21/16 | 1815586 | 9,668.50 | 0.00 | 9,668.50 |
| 10/11/16 | 1822096 | 1,900.50 | 0.00 | 1,900.50 |
| 11/09/16 | 1832683 | 650.00 | 0.00 | 650.00 |
| 12/13/16 | 1846059 | 1,336.40 | 0.00 | 1,336.40 |
| 01/19/17 | 1853849 | 1,864.50 | 0.00 | 1,864.50 |
| 02/22/17 | 1865405 | 59.50 | 0.00 | 59.50 |
| 04/19/17 | 1883663 | 59.50 | 0.00 | 59.50 |
| 05/24/17 | 1895429 | 773.50 | 0.00 | 773.50 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | 0.00 | 1,395.10 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |

Total Outstanding Invoices                $19,206.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951626**

Client/Matter: 15257497-000020

Relief from Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice                    $       1,944.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951626**

Client/Matter:  15257497-000020

Relief from Stay and Adequate Protection

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 10/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha]  Review proposed draft of the Response to the Motion For Relief Stay, then telephone call to Tracy Green's telephone numbers on contents of the Response. |
| 10/03/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha]  Telephone call returned to Tracey Green on revising the response to the Motion For Relief From Stay. |
| 10/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha]  Telephone call with Tracey Green and Kathryn Stanton on preparing and vetting proposed Response to the Motion For Relief From Stay. |
| 10/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha] Telephone call from Gary Klausner on Motion For Relief From Stay, and the Debtor's Response; consider Mr. Klausner's comments. |
| 10/13/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Judge Robles' tentative ruling on All State County Insurance Company's Motion for Relief from Stay (.1) and prepared communication to John Moe regarding the court's findings (.1). |
| 10/13/17 | K.M. Howard | 0.40 | 106.00 | Reviewed docket and assembled all pleadings pertaining to Motion for Relief from Stay filed by All State County Insurance Company in preparation for October 16, 2017 hearing. |
| 10/13/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Motion for Relief pleadings and drafted index to hearing binder. |
| 10/13/17 | K.M. Howard | 0.30 | 79.50 | Organized pleadings and finalized hearing binder for October 16, 2017 hearing on Motion for Relief from Stay. |
| 10/16/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha] Review and consider argument on why relief from stay should not be granted. |

2

Relief from Stay and Adequate Protection

November 13, 2017

Matter: 15257497-000020
Invoice No.: 1951626

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Mutual Of Omaha] Review the Court's Tentative Ruling granting relief from stay; review Tentative Ruling a second time. |
| 10/16/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha] Telephone calls to Ray Berry's Office; telephone call with Mr. Berry on intention to argue at the hearing on why the automatic stay should not be lifted. |
| 10/16/17 | J.A. Moe, II | 0.40 | 238.00 | [Mutual Of Omaha] Prepare oral argument for the hearing on the Motion For Relief From The Automatic Stay. |
| 10/16/17 | J.A. Moe, II | 0.40 | 238.00 | [Mutual Of Omaha] Continue to prepare oral argument for the hearing on the Motion For Relief From The Automatic Stay. |
| 10/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Mutual Of Omaha] Await hearing and appear before Judge Robles on the Motion For Relief From The Automatic Stay. |
| 10/16/17 | K.M. Howard | 0.10 | 26.50 | Reviewed Judge Robles docket text reflecting his ruling at the hearing on All State County's Motion for Relief from Stay. |
| 10/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha]  Working with Staff, locate previous letter sent to RSUI, for letter to RSUI on relief granted to Mutual Of Omaha; confer with Tracey Green on necessity for Dentons to prepare letter with her help to RSUI on payment for attorney. |
| 10/25/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Court's Order regarding All State Mutual's Motion for Relief from Stay. |

| Total Hours | | 4.10 | | |
| Fee Amount | | | | $1,944.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 2.60 | $1,547.00 |
| K.M. Howard | $265.00 | 1.50 | $397.50 |
| Totals | | 4.10 | $1,944.50 |

3

Relief from Stay and Adequate Protection                                    November 13, 2017

Matter: 15257497-000020
Invoice No.: 1951626

|  | | |
|---|---|---|
| Fee Total | $ | 1,944.50 |
| Invoice Total | $ | 1,944.50 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 08/15/16 | 1804698 | 1,025.00 | (820.00) | 205.00 |
| 09/21/16 | 1815632 | 1,167.00 | 0.00 | 1,167.00 |
| 10/11/16 | 1822097 | 697.00 | 0.00 | 697.00 |
| 11/09/16 | 1832701 | 2,771.00 | 0.00 | 2,771.00 |
| 12/13/16 | 1846060 | 2,092.50 | 0.00 | 2,092.50 |
| 01/19/17 | 1853851 | 2,795.00 | 0.00 | 2,795.00 |
| 02/22/17 | 1865406 | 2,772.00 | 0.00 | 2,772.00 |
| 03/10/17 | 1870879 | 6,497.00 | 0.00 | 6,497.00 |
| 04/19/17 | 1883664 | 1,216.50 | 0.00 | 1,216.50 |
| 05/24/17 | 1895430 | 178.50 | 0.00 | 178.50 |
| 07/11/17 | 1907898 | 79.50 | 0.00 | 79.50 |
| 08/14/17 | 1920740 | 2,771.50 | 0.00 | 2,771.50 |
| 09/14/17 | 1930416 | 1,092.00 | 0.00 | 1,092.00 |
| 10/17/17 | 1942312 | 1,118.00 | 0.00 | 1,118.00 |
| 11/13/17 | 1951626 | 1,944.50 | 0.00 | 1,944.50 |

Total Outstanding Invoices          $27,397.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951588**

Client/Matter: 15257497-000021

Reporting

Payment Due Upon Receipt

Total This Invoice                                    $        2,201.50

Please return this page with your payment

| Payments by check should be sent to:<br>Dentons US LLP<br>Dept. 894579<br>Los Angeles, CA 90189-4579 | OR | Payment by wire transfer should be sent to:<br>Citi Private Bank<br>227 West Monroe, Chicago, IL 60606<br>ABA Transit # 271070801<br>Account #: 0801051693<br>Account Name: Dentons US LLP<br>Swift Code: CITIUS33<br>Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951588**

Client/Matter:  15257497-000021

Reporting

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/16/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and organized debtor's bank statements in conjunction with submission to the U.S. Trustee. |
| 10/16/17 | K.M. Howard | 0.30 | 79.50 | Prepared debtor's bank statements and submitted each to the U.S. Trustee. |
| 10/18/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from U.S. Trustee confirming receipt of submission of debtor's bank statements. |
| 10/25/17 | K.M. Howard | 0.20 | 53.00 | Received and briefly reviewed Debtor's Monthly Operating Report for September 2017 in conjunction with pending submission. |
| 10/26/17 | J.A. Moe, II | 0.40 | 238.00 | Prepare Further Status Report. |
| 10/26/17 | J.A. Moe, II | 0.40 | 238.00 | Revise and correct the first draft of the Further Status Report. |
| 10/26/17 | J.A. Moe, II | 0.50 | 297.50 | Revise and correct the second draft of the Further Status Report. |
| 10/26/17 | J.A. Moe, II | 0.20 | 119.00 | Review the corrected third draft of Further Status Report. |
| 10/27/17 | J.A. Moe, II | 0.10 | 59.50 | [Further Status Report] Review the updated Further Status Report. |
| 10/27/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Debtor's Monthly Operating Report for September 2017 (.3) and prepared communication to G. Spratt regarding filing and service of same (.1). |
| 10/30/17 | K.M. Howard | 0.10 | 26.50 | Reviewed conformed copy of Monthly Operating Report No. 16. |
| 10/30/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Tayo Agboke regarding the status of payment of the US Trustee fees for the Third Quarter of 2017. |

2

Reporting

November 13, 2017

Matter: 15257497-000021
Invoice No.: 1951588

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/30/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Reva Swadener to determine the status of payment of the US Trustee fees for the Third Quarter of 2017. |
| 10/30/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communication from Reva Swadener confirming payment of UST fees (.1) and prepared communication to Tayo Agboke confirming same (.1). |
| 10/30/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communication from Hatty Yip requesting proof of payment of UST fees from debtors (.1) and prepared communication to Reva Swadener regarding same (.1). |
| 10/30/17 | K.M. Howard | 0.20 | 53.00 | Received communication from Reva Swadener attaching proof of payment of UST fees (.1) and prepared communication to Hatty Yip regarding same (.1). |
| 10/30/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Tayo Agboke regarding debtor's Monthly Operating Report No. 16. |
| 10/30/17 | K.M. Howard | 0.10 | 26.50 | Coordinated with Glenda Spratt the filing of an Errata Monthly Operating Report No. 16. |
| 10/30/17 | K.M. Howard | 0.40 | 106.00 | Drafted Monthly Operating Report Disbursement Summary for September 2017. |
| 10/30/17 | K.M. Howard | 0.30 | 79.50 | Prepared Monthly Operating Report Disbursement Summary for September 2017 for submission to the US Trustee and submitted same. |
| 10/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Monthly Operating Report]  Review Tyler Agboke's E-Mail on MOR; confer with Kathryn Howard and insure with Glenda Spratt that the MOR was filed;  E-Mail to Tyler Agboke on filing of the Report. |
| 10/30/17 | J.A. Moe, II | 0.20 | 119.00 | [United States Trustee Fees] Review with Kathryn Howard Tyler Agboke's seeking payment of fees to the United States Trustee; review multiple subsequent E-Mails confirming transmittal of the payment and transmitting copy of the payment to Mr. Agboke. |

Reporting

November 13, 2017

Matter: 15257497-000021
Invoice No.: 1951588

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Monthly Operating Report]  Review yet additional E-Mails from Tyler Agboke and Kathryn Howard, and telephone call with Ms. Howard, on alleged deficiencies in the Monthly Operating Report and how to address those issues. |
| 10/30/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Monthly Operating Report for September 2017 and culled information for inclusion into Monthly Operating Report Disbursement Summary. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 5.50 | | |
| Fee Amount | | | | $2,150.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 2.10 | $1,249.50 |
| K.M. Howard | $265.00 | 3.40 | $901.00 |
| Totals | | 5.50 | $2,150.50 |

DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/31/2017 | USA LEGAL, INC. | | 36.00 |
| 8/25/2017 | USA LEGAL, INC. | | 15.00 |
| | | SUBTOTAL | 51.00 |
| | Total Disbursements | | $51.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,150.50 | |
| Disbursement Total | $ | 51.00 | |
| Invoice Total | $ | 2,201.50 | |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000021

Reporting

---

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 07/18/16 | 1793462 | 15,781.00 | (12,624.80) | 3,156.20 |
| 08/15/16 | 1804699 | 5,900.50 | (4,695.20) | 1,205.30 |
| 09/21/16 | 1815635 | 3,866.50 | 0.00 | 3,866.50 |
| 10/11/16 | 1822099 | 1,409.50 | 0.00 | 1,409.50 |
| 11/09/16 | 1832703 | 1,051.50 | 0.00 | 1,051.50 |
| 12/13/16 | 1846061 | 1,522.50 | 0.00 | 1,522.50 |
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | 0.00 | 845.00 |
| 05/24/17 | 1895432 | 1,208.50 | 0.00 | 1,208.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | 0.00 | 945.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | 0.00 | 1,008.60 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000021

Reporting

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 11/13/17 | 1951588 | 2,201.50 | 0.00 | 2,201.50 |
| | | Total Outstanding Invoices | | $28,806.10 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951655**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

Total This Invoice                    $        22,102.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

**Invoice No. 1951655**

Client/Matter:  15257497-000024

Appellate Proceedings

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/3/17 | K.M. Howard | 0.10 | Work on correcting Judge Robles' publication of his memorandum decisions and proper identification of counsel. |
| 10/9/17 | J.A. Moe, II | 0.10 | Telephone call to Kathryn Howard on the necessity to correct the Appellate Record for the Published Opinions. |
| 10/10/17 | K.M. Howard | 0.10 | Reviewed Notice of Appeal and Statement of Election filed by the California Department of Health Care Services and imported same. |
| 10/10/17 | K.M. Howard | 0.10 | Reviewed communication from Sam Maizel regarding the DHCS' Notice of Appeal and Statement of Election and prepared response thereto. |
| 10/10/17 | K.M. Howard | 0.10 | Reviewed DHCS' Statement of Issues on Appeal and imported same. |
| 10/10/17 | K.M. Howard | 0.10 | Reviewed the DHCS' Transcript Order Form to determine transcripts being requested and imported same. |
| 10/10/17 | K.M. Howard | 0.10 | Prepared communication to Sam Maizel regarding the appeal filed by the DHCS. |
| 10/11/17 | K.M. Howard | 0.30 | Reviewed BAP's Appellate Procedural Rules in conjunction with Appellant's Reply Brief for counsel. |
| 10/11/17 | K.M. Howard | 0.20 | Reviewed BAP's Appeal Scheduling Order to determine deadline for Appellee to file its Reply Brief and page limitations. |
| 10/11/17 | K.M. Howard | 0.10 | Prepared communication regarding the Appellee's deadline to file its Reply Brief. |
| 10/11/17 | S. Maizel | 1.00 | Review appellate brief filed by state re recoupment. |
| 10/11/17 | J.A. Moe, II | 0.10 | [QAF]  Telephone call with Kathryn Howard on Counter-Designation of Record on Appeal. |
| 10/12/17 | S. Maizel | 1.00 | Review cases cited by State in responsive brief re offset ruling. |
| 10/13/17 | S. Maizel | 0.50 | Review district court docket entries and email Ken Wang re same. |

2

Appellate Proceedings

November 13, 2017

Matter: 15257497-000024
Invoice No.: 1951655

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/13/17 | S. Maizel | 3.50 | Review state's responsive brief and begin drafting reply brief re offset appeal. |
| 10/13/17 | K.M. Howard | 0.10 | Communications with Sam Maizel regarding various appellate deadlines pertaining to Debtor's Appeal. |
| 10/13/17 | K.M. Howard | 0.10 | Reviewed the USDC notice regarding the Attorney General's Notice of Appeal of Judge Robles' QAF decision. |
| 10/13/17 | K.M. Howard | 0.10 | Reviewed the docket to confirm the date the Attorney General filed his Notice of Appeal and Statement of Issues. |
| 10/16/17 | K.M. Howard | 0.10 | Prepared communication to John Moe regarding the chart requested by Judge Robles' clerk regarding the Memorandum of Decisions issued by Judge Robles. |
| 10/16/17 | K.M. Howard | 0.10 | Discussion with John Moe regarding Debtor's Reply Brief. |
| 10/16/17 | S. Maizel | 1.50 | Research re appellate brief on recoupment issues. |
| 10/17/17 | S. Maizel | 1.00 | Drafting reply brief re recoupment appeal. |
| 10/17/17 | K.M. Howard | 0.10 | Discussions with John Moe regarding the deadline to file appellant's optional reply brief. |
| 10/18/17 | S. Maizel | 1.00 | Drafting reply brief re recoupment appeal. |
| 10/19/17 | S. Maizel | 0.20 | Review State's latest notice of appeal re tax ruling. |
| 10/19/17 | K.M. Howard | 0.20 | Reviewed the Supplement to Notice of Appeal and Statement of Election filed by the California Department of Health Care Services (.1) and prepared communication regarding the supplementing with the Order (.1). |
| 10/20/17 | E. Cobarrubias | 1.00 | Locate bankruptcy case law discussing timely notice of appeal and  Fed. Rule of App. Proc. 4(a)(2) re Filing Before Entry of Judgment, for S. Maizel. |
| 10/20/17 | S. Maizel | 2.60 | Research re State's failure to file notice of appeal from order re QAF tax ruling. |
| 10/20/17 | M. Zeefe | 0.10 | Emails re motion to dismiss. |
| 10/20/17 | T. Moyron | 0.40 | Analyze date order was entered and appellate rules regarding premature appeal and related issues; correspond with S. Maizel regarding same. |
| 10/20/17 | J.A. Moe, II | 0.10 | [QAF]  Confer with Kathryn Howard on time to identify record on appeal; them review multiple e-Mails on issue on underlying validity of the Appeal; confer with Sam Maizel. |
| 10/20/17 | K.M. Howard | 0.10 | Reviewed the first Notice of Appeal filed by DCHS to determine the basis of their appeal. |

3

Appellate Proceedings

November 13, 2017

Matter: 15257497-000024
Invoice No.: 1951655

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/20/17 | K.M. Howard | 0.10 | Reviewed DHCS' supplement to their Notice of Appeal to determine status of Order and revised basis for appeal. |
| 10/20/17 | K.M. Howard | 0.20 | Review of numerous communications from Sam Maizel regarding DCHS' appeal and supplement thereto (.1) and prepared responses (.1). |
| 10/23/17 | K.M. Howard | 0.10 | Analysis of Judge Staton's Notice to Set Hearing on Debtor's Motion to Dismiss Appeal. |
| 10/23/17 | K.M. Howard | 0.10 | Prepared communications regarding Judge Staton setting a hearing on Debtor's Motion to Dismiss Attorney General's Appeal filed in July 2017. |
| 10/23/17 | K.M. Howard | 0.20 | Reviewed Appellant's Designation of Contents for Inclusion in Record on Appeal to determine date Appellee's Counter-Designation is due. |
| 10/23/17 | K.M. Howard | 0.10 | Prepared communications regarding Appellee's Counter-Designation of Record on Appeal. |
| 10/24/17 | M. Zeefe | 1.50 | Research jurisdictional issue for notice of appeal. |
| 10/24/17 | S. Maizel | 5.00 | Drafting of reply brief in recoupment appeal. |
| 10/24/17 | S. Maizel | 0.30 | Review research re possibility of moving to dismiss State's appeal. |
| 10/25/17 | S. Maizel | 6.00 | Revising reply brief re recoupment appeal. |
| 10/25/17 | C. Luband | 0.20 | Email regarding conditioning Medicaid payments on tax payment. |
| 10/25/17 | J.A. Moe, II | 0.60 | [QAF]  Review, correct and edit the Debtor's Reply Brief. |
| 10/25/17 | J.A. Moe, II | 0.20 | [QAF]  Meet with Sam Maizel on the corrections to the Debtor's Reply Brief. |
| 10/25/17 | J.A. Moe, II | 0.70 | [QAF]  Review and edit next two iterations of the Debtor's Reply Brief. |
| 10/25/17 | T. Moyron | 1.40 | Analyze appellate reply and prepare comments thereto. |
| 10/25/17 | T. Moyron | 1.20 | Prepare and finalize appellate reply. |
| 10/26/17 | J.A. Moe, II | 0.20 | [SALE/HQAF/QAF]  Exchange multiple E-mails with Sam Maizel, Eric Weissman, the Board and Creditors Committee's Counsel on proposal to the State to settle Claims;  E-Mail to Eric Weissman and Stan Otake on reopening of the Hospital. |

Appellate Proceedings

November 13, 2017

Matter: 15257497-000024
Invoice No.: 1951655

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/26/17 | J.A. Moe, II | 0.20 | Exchange Memoranda with Stan Otake and Eric Weissman on the reopening of the Hospital and the necessity to obtain update on steps taken to reopen the Hospital; telephone call from Mr. Otake on steps taken to reopen the Hospital for a Supplemental Report. |
| 10/26/17 | S. Maizel | 0.80 | Email to Committee counsel re possible settlement with the State over pending appeals (.4); review and respond to committee comments on proposal (.4). |
| 10/26/17 | S. Maizel | 0.50 | Review circuit court opinion on mootness and prepare FRAP 28(j) notice re state appeal of sale order. |
| 10/26/17 | K.M. Howard | 0.20 | Analysis of Federal Rules of Appellate Procedure Section 28(j) to determine proper submission of supplemental authorities. |
| 10/26/17 | K.M. Howard | 0.90 | Reviewed new decision (.1) and drafted correspondence to Judge Station requesting the inclusion of subsequent decisions prior to hearing on Motion to Dismiss Appeal (.7). |
| 10/27/17 | K.M. Howard | 0.20 | Analysis of current status of the Attorney General's appeal regarding the Quality Assurance Fees and assembled key documents. |
| 10/29/17 | S. Maizel | 0.70 | Drafting settlement proposal for Ken Wang and Wendi Horwitz. |
| 10/31/17 | K.M. Howard | 0.20 | Reviewed Critical Dates Memorandum to determine upcoming appellate deadlines. |

Total Hours                38.00

Fee Amount                                                          $21,983.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Luband | $650.00 | 0.20 | $130.00 |
| S. Maizel | $650.00 | 25.60 | $16,640.00 |
| J.A. Moe, II | $595.00 | 2.20 | $1,309.00 |
| M. Zeefe | $505.00 | 1.60 | $808.00 |
| T. Moyron | $550.00 | 3.00 | $1,650.00 |
| K.M. Howard | $265.00 | 4.40 | $1,166.00 |
| E. Cobarrubias | $280.00 | 1.00 | $280.00 |

Appellate Proceedings

November 13, 2017

Matter: 15257497-000024
Invoice No.: 1951655

| | | | |
|---|---|---|---|
| Totals | | 38.00 | $21,983.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 9/19/2017 | Lexis MOYRON\ TANIA | | 2.00 |
| 10/20/2017 | Lexis COBARRUBIAS\ ESC_BETH | | 1.00 |
| 10/20/2017 | Lexis COBARRUBIAS\ ESC_BETH | | 39.50 |
| | | SUBTOTAL | 42.50 |
| 7/28/2017 | USA LEGAL, INC. | | 77.00 |
| | | SUBTOTAL | 77.00 |
| | Total Disbursements | | $119.50 |

| | | |
|---|---|---|
| Fee Total | $ | 21,983.00 |
| Disbursement Total | $ | 119.50 |
| Invoice Total | $ | 22,102.50 |

6



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

November 13, 2017

Client/Matter #: 15257497-000024

Appellate Proceedings

Statement of Account

According to our records, as of November 13, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 06/12/17 | 1900475 | 51,599.50 | 0.00 | 51,599.50 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | 0.00 | 13,792.60 |
| 10/17/17 | 1942385 | 36,077.32 | 0.00 | 36,077.32 |
| 11/13/17 | 1951655 | 22,102.50 | 0.00 | 22,102.50 |

Total Outstanding Invoices $183,306.42

Credits On Account $48.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): ***Dentons US LLP's Fourteenth Monthly Fee Application For Allowance And Payment Of Interim Compensation / Reimbursement Of Expenses For The Period Of October, 2017,*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 15, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

***SEE ATTACHED SERVICE LIST NO. 1***

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date* ) December 15, 2017, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST NO. 2.**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 15, 2017, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2017 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SERVICE LIST

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony R. Bisconti on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

Bruce M Bunch on behalf of Creditor Doug Sunstedt
pam@bunchlawyers.com

Louis J Cisz, III on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Richard K Diamond - rdiamond@dgdk.com; DanningGill@gmail.com;
rdiamond@ecf.inforuptcy.com

Barry S. Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

Jeffrey I Golden on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Rhonda S. Goldstein on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

M. Jonathan Hayes  jhayes@srhlawfirm.com; roksana@srhlawfirm.com;
matthew@srhlawfirm.com; rosarioz@srhlawfirm.com; jfisher@srhlawfirm.com;
mariasrhlawfirm.com; jhayesecf@gmail.com

Lawrence J. Hilton on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com;
crodriguez@onellp.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Steven J. Katzman on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

Talin Keshishian - tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC
and on behalf of Creditor Sycamore Health Care Services, LLC; gek@lnbyb.com

- 1 -

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1

2

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

3

4

Stuart I. Koenig on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

5

6

Elan S. Levey on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

7

8

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

9

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

10

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

11

12

Boris I. Mankovetskiy on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

13

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

14

15

David W. Meadows on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

Reed M. Mercado - rmercado@sheppardmullin.com

16

17

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

18

Steven G. Polard on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@eisnerlaw.com, lcorrales@eisnerlaw.com

19

20

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

21

Paul F Ready - tamara@farmerandready.com

22

David M Reeder on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

23

J. Alexandra Rhim on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

24

25

Mary H Rose on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.; mrose@buchalter.com,

26

Daniel Robert Schimizzi on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com; cwirick@bernsteinlaw.com

27

28

George E Schulman - GSchulman@DGDK.com; danningGill@gmail.com;
gschulman@ecf.inforuptcy.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Andrew H. Sherman on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Roman Shkodnik - roman@yeremianlaw.com

Leonard M Shulman on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

Kenneth K. Wang on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

Johnny White on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
JWhite@wrslawyers.com, aparisi@wrslawyers.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

## TO BE SERVED BY U.S. MAIL:

| *Regulatory Agencies* | |
|---|---|
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Office:  (916) 445-9555 | Wendi A. Horwitz<br>Deputy Attorney General<br>Tania Ibanez<br>James Toma<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office:  (213) 897-2178<br>wendi.horwitz@doj.ca.gov<br>tania.ibanez@doj.ca.gov<br>james.toma@doj.ca.gov |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office:  (213) 894-2400<br>Fax:  (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax:  (202) 307-6777 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office:  (213) 576-3009 | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office:  (202) 690-6610<br>Fax:  (202) 690-7203 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office:  (916) 845-6500<br>Fax:  None | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office:  (916) 464-4430 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office:  (866) 333-4606 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office:  (415) 437-8156<br>Fax:  (415) 437-8188 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET. 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 4 -

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office:  (267) 941-6800 | Office of the Attorney General<br>Consumer Law Section<br>Attn:  Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office:  (415) 703-5500<br>Fax:  (415) 703-5480 |

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA  90211<br>eweissman@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office:  (619) 940-0553 Ext. 3<br>Fax:  (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office:  (202) 785-9100<br>Fax:  (202) 785-9163<br>[Counsel for Cerner Health Services] | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn:    Pioneer Carson Corp., General Partner<br>          Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA  18101 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA  90503 |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Blvd.<br>City of Industry CA 91744<br>Office:  626-677-6488<br>grace@meiguorealty.com | Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aerojet Avenue #323<br>El Monte, CA 91731<br>Office:  626/569-3724<br>Fax:  626/927-9842 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

***SERVICE LIST (cont'd)***
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA  90057<br>310.701.1665 | Aaron L. Durall<br>Durall Capital Holdings<br>8411 W. Oakland Park Blvd., Suite 302<br>Sunrise, FL   33351-7357 |
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C.  20032<br>Office:  (202) 574-5700 | Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Blvd., Ste. 302<br>Los Angeles, CA 90010 |
| Kansas State Bank of Manhattan<br>c/o Stephen Biegenzahn<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA  90067 | |

**Creditor's Committee**

| | |
|---|---|
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office:  (614) 533-3125<br>Email:  rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office:  (415) 227-3585<br>Email:  rzadek@buchalter.com |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3