SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:     (213) 623-9300
Facsimile:     (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1]<br><br>　　　　　　Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**DENTONS US LLP'S SIXTEENTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION / REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 2017**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1.      Dentons US LLP (the "Firm") submits its Sixteenth Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of November 2017 (the "Application Period") for work performed for Gardens Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully represents as follows:

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is:  21530 Pioneer Blvd., Hawaiian Gardens, California  90716.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2.     The Firm is counsel of record to Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.     The Firm billed a total of **$93,216.15** in fees and expenses during the Application Period.  The total fees represent **180.1** hours expended during the period covered by this Application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 2017 | $91,011.50 | $2,204.65 | $93,216.15 |

4.     Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of **$75,013.85** at this time.  This total is comprised as follows:  **$72,809.20** (80% of the fees for services rendered) plus **$2,204.65** (100% of the expenses incurred).

5.     As of August 9, 2017, the Firm has been paid $50,000.00 out of the prepetition retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00, and in February 2017 the Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00 for a total of $1,425,000.00.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 61,671.13 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ -0- | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ -0- | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ -0- | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ -0- | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ -0- | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$1,425,000.00** | |

6. To date, the Firm has incurred the following in fees (80%) and costs (100%):

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ 74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ 103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ 73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ 139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ 85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ 92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ 54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ 54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ 94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ 75,013.85 | |
| **Subtotal of fees/costs** | **$2,374,053.84** | 80% of fees and 100% of expenses |
| **Debtor's payments to the Firm** | **($1,425,000.00)** | |
| **Total Owed to the Firm to Date** | **$ 949,053.84** | 80% of fees and 100% of expenses |

7. The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257]. The Debtor was authorized to pay, and paid Dentons $375,000.00.

8. The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens. The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court. The Debtor has placed in a segregated account the amounts necessary to pay in full the remaining Secured Creditors. After payment of the DIP lender, payment of secured creditors and reserving funds for additional secured creditors, the Debtor holds funds in excess of that necessary to pay the additional secured creditors, and, the Debtor, therefore, has paid a portion of professional fees in accordance with the Professionals' Monthly Fee Applications.

DENTONS US LLP
601 SOUTH FIGUEROA STREET., SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

9.      Attached hereto as **Exhibit "A"** is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached hereto as **Exhibit "B"** are the detailed time and expense statements for the Application Period.   Attached hereto as **Exhibit "C"** are Dentons' November 2017 billing statements.

10.     The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case. The Application was served by either ECF of by first class mail, postage prepaid, on or about November 9, 2017.

11.     Notice of the filing of this Application will be served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case.

12.     Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

13.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures.*

1 | Dated:  January 8, 2018

2 |

3 |

DENTONS US LLP
SAMUEL R. MAIZEL
JOHN A. MOE, II

4 |

5 |

BY:      /s/*John A. Moe, II*
        JOHN A. MOE, II

6 |

ATTORNEYS FOR DEBTOR,
GARDENS REGIONAL HOSPITAL AND
MEDICAL CENTER, INC.

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# EXHIBIT A

**EXHIBIT A**

**DENTONS' PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| G. Newhouse | Partner | $650.00 |
| John A. Moe II | Partner | $595.00 |
| T. Moyron | Counsel | $550.00 |
| Ahmed R. Jinnah | Associate | $395.00 |
| A. Goodman | Associate | $250.00 |
| Kathryn M. Howard | Paralegal | $265.00 |
| S. Reinhardt | Researcher | $230.00 |
| E. Cobarrubias | Researcher | $280.00 |

# EXHIBIT B

## EXHIBIT B

## TIME AND EXPENSE STATEMENTS

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Administration | 000003 | 8.2 | $2,404.00 | $ -0- |
| Claims Administration and Objections | 000009 | 9.4 | $6,038.50 | $ -0- |
| Employment and Fee Applications | 000012 | 16.3 | $4,913.50 | $ -0- |
| Financing and Cash Collateral | 000014 | .5 | $325.00 | $ -0- |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 115.8 | $61,957.50 | $420.65 |
| Non-Working Travel | 000017 | 1.2 | $714.00 | $ -0- |
| Plan and Disclosure Statement | 000018 | 2.7 | $1,744.00 | $ -0- |
| Relief from Stay & Adequate Protection | 000020 | 1.8 | $543.00 | $ -0- |
| Reporting | 000021 | 2.1 | $556.50 | $ -0- |
| Appellate Proceedings | 000024 | 22.1 | $11,815.50 | $1,784.00 |
| **TOTAL** | | **180.1** | **$91,011.50** | **$2,204.65** |

# EXHIBIT C



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963211**

Client/Matter: 15257497-000003

Administration

**Payment Due Upon Receipt**

Total This Invoice                                    $            2,404.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963211**

Client/Matter:  15257497-000003

Administration

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | K.M. Howard | 0.80 | 212.00 | Analysis of docket in all appellate cases and main bankruptcy case to determine deadlines (.4), and reviewed and revised Critical Dates Memorandum (.4). |
| 11/03/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum. |
| 11/06/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Critical Dates Memorandum. |
| 11/08/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum. |
| 11/10/17 | K.M. Howard | 0.90 | 238.50 | Reviewed and revised Critical Dates Memoranda including new required dates for 2018 (.8) and prepared communication regarding same (.1). |
| 11/13/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Critical Dates Memo. |
| 11/14/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum. |
| 11/15/17 | K.M. Howard | 0.40 | 106.00 | Reviewed docket and reviewed latest filings to determine additional deadlines and culled same. |
| 11/16/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Judge Zive's Order scheduling the continued Settlement Conference and culled information reflecting deadlines set by Judge Zive. |
| 11/16/17 | K.M. Howard | 0.30 | 79.50 | Prepared numerous communications regarding continued hearings and upcoming deadlines. |
| 11/17/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum. |
| 11/20/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Critical Dates Memorandum and prepared numerous communications regarding pending deadlines and upcoming hearings. |

Administration                                                                                    December 12, 2017

Matter: 15257497-000003
Invoice No.: 1963211

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/20/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised Critical Dates Memo. |
| 11/20/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding hearing on Joint Motion regarding settlement agreement reached with debtor's officers and directors. |
| 11/21/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memo. |
| 11/27/17 | S. Maizel | 0.60 | 390.00 | Telephone conference with Eric Weissman re payment of admin expenses (.2); revising chart re sources and uses of cash and email to client for comment (.4). |
| 11/28/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Master Contact Chart (.1) and prepared communication regarding same (.1). |
| 11/29/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Critical Dates Memorandum. |
| 11/29/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Stan Otake regarding materials provided to counsel. |
| 11/29/17 | K.M. Howard | 0.40 | 106.00 | Reviewed docket and culled key pleadings pertaining to OCP payments. |
| 11/30/17 | K.M. Howard | 0.40 | 106.00 | Reviewed appellate, district and bankruptcy dockets to determine status and review of new filings to determine pending deadlines. |

Total Hours                                              8.20

Fee Amount                                                                                          $2,404.00

                          Fee Total                          $        2,404.00


                          Invoice Total                      $        2,404.00



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000003

Administration

---

Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853806 | 16,047.76 | (3,200.76) | 12,847.00 |
| 02/22/17 | 1865380 | 18,194.56 | (719.56) | 17,475.00 |
| 03/10/17 | 1870857 | 16,992.16 | (2,415.66) | 14,576.50 |
| 04/19/17 | 1883594 | 13,483.40 | (2,546.90) | 10,936.50 |
| 05/24/17 | 1895394 | 2,879.40 | (61.40) | 2,818.00 |
| 06/12/17 | 1900377 | 9,668.50 | (1,424.00) | 8,244.50 |
| 07/11/17 | 1907884 | 12,561.60 | (1,566.60) | 10,995.00 |
| 08/14/17 | 1920731 | 6,956.35 | (117.35) | 6,839.00 |
| 09/14/17 | 1930404 | 4,758.50 | (1,389.00) | 3,369.50 |
| 10/17/17 | 1942300 | 860.00 | (38.50) | 821.50 |
| 11/13/17 | 1951532 | 1,378.50 | 0.00 | 1,378.50 |
| 12/12/17 | 1963211 | 2,404.00 | 0.00 | 2,404.00 |

Total Outstanding Invoices                                    $92,705.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

 **DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963212**

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                                    $          6,038.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963212**

Client/Matter:  15257497-000009

Claims Administration and Objections

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with Brian Walton re potential settlement with Weiner entities (.1). |
| 11/01/17 | S. Maizel | 0.80 | 520.00 | Review and respond to emails re mediation results and settlements. |
| 11/01/17 | S. Maizel | 0.60 | 390.00 | Revising settlement demand letter re Weiner entities (.5); emails to Committee counsel re same (.1). |
| 11/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Claimant] Telephone call returned (first received on October 31st) from Ms. MacGilvery on the status of the Bankruptcy Case and prospects for payment to unsecured creditors. |
| 11/02/17 | S. Maizel | 1.30 | 845.00 | Telephone conference with Brian Walton re negotiations with Weiner entities. |
| 11/02/17 | S. Maizel | 0.20 | 130.00 | Email to E. Weissman re assignment of claims. |
| 11/03/17 | S. Maizel | 0.30 | 195.00 | Telephone conference with E. Weissman re admin expense resolution. |
| 11/03/17 | S. Maizel | 0.80 | 520.00 | Telephone conference with G. Klausner (x2) re Weiner entities potential settlement.. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Health Advocates] Telephone call with Gariann Weisenberg on possible payment to General Unsecured Creditors, reviewing the status of the Case. |
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner] Telephone call from Darrell Clark on status and likely resolution of and the Cerner Claim. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Administrative Claims]  Exchange E-Mails with Stan Otake and Eric Weissman on payment of postpetition vendor claims. |

2

Claims Administration and Objections

December 12, 2017

Matter: 15257497-000009
Invoice No.: 1963212

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner] Telephone call from Eric Weissman and Stan Otake on resolving the Cerner Claims, and negotiating amounts due postpetition vendors. |
| 11/13/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re Wilshire Pacific invoices for admin. expenses. |
| 11/14/17 | J.A. Moe, II | 0.10 | 59.50 | [First Medical Management Company] Two telephone calls form Wally Mohammed, on status of the Bankruptcy Case and payment of postpetition Claim. |
| 11/15/17 | J.A. Moe, II | 0.10 | 59.50 | [First Medical Management Company] Telephone call from Wally Mohammed on fact that Claims are not postpetition, but prepetition. |
| 11/16/17 | S. Maizel | 1.00 | 650.00 | Review documents re Weiner entities and possible settlement. |
| 11/27/17 | S. Maizel | 0.40 | 260.00 | Review and revise payment agreement for admin. expense creditors (x2). |
| 11/27/17 | S. Maizel | 1.00 | 650.00 | Review materials re Weiner continued mediation. |
| 11/28/17 | S. Maizel | 1.00 | 650.00 | Coordinate payments to Harbor-Gardens and RollinsNelson at bank. |
| 11/28/17 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re OCP payments. |
| 11/30/17 | S. Maizel | 0.30 | 195.00 | Review and revise stipulation with Cerner. |
| 11/30/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise third draft of the Notice/Submission on Amended Settlement Agreement with Directors & Officers, reviewing the necessity to completely reformat the pleading. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call returned from Brian Walton on revised Settlement Agreement with the Directors & Officers. |

Total Hours          9.40

Fee Amount                                              $6,038.50

3

Claims Administration and Objections

December 12, 2017

Matter: 15257497-000009
Invoice No.: 1963212

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 8.10 | $5,265.00 |
| J.A. Moe, II | $595.00 | 1.30 | $773.50 |
| Totals | | 9.40 | $6,038.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,038.50 | |
| Invoice Total | $ | 6,038.50 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000009

Claims Administration and Objections

Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846099 | 66,642.19 | (8,110.51) | 58,531.68 |
| 01/19/17 | 1853835 | 25,842.00 | (1,113.50) | 24,728.50 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | (259.30) | 2,576.50 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | (2.60) | 854.00 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |
| 12/12/17 | 1963212 | 6,038.50 | 0.00 | 6,038.50 |

Total Outstanding Invoices                    $110,123.68

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963213**

Client/Matter: 15257497-000012

Employment and Fee Applications

**Payment Due Upon Receipt**

Total This Invoice                                          $        4,913.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963213**

Client/Matter:  15257497-000012

Employment and Fee Applications

---

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | K.M. Howard | 0.90 | 238.50 | Reviewed Dentons' September 2017 billing statements and invoices and culled information for inclusion into Exhibit A (Dentons Professionals) to Dentons Fourteenth Fee Monthly Application. |
| 11/01/17 | K.M. Howard | 1.40 | 371.00 | Analysis of Dentons' September 2017 billing statements and invoices and culled information for inclusion into Exhibit B (Time and Expense Statements) to Dentons Fourteenth Monthly Fee Application. |
| 11/02/17 | K.M. Howard | 0.70 | 185.50 | Drafted Exhibit A (Dentons' Professionals) to Dentons' Fourteenth Monthly Fee Application. |
| 11/02/17 | K.M. Howard | 0.60 | 159.00 | Reviewed Dentons' September 2017 Billing Statements and culled information reflecting costs and expenses. |
| 11/02/17 | K.M. Howard | 1.20 | 318.00 | Drafted Exhibit B (Time and Expense Statements) to Dentons' Fourteenth Monthly Fee Application. |
| 11/07/17 | K.M. Howard | 0.80 | 212.00 | Reviewed data and drafted Dentons Fourteenth Monthly Fee Application for September 2017. |
| 11/07/17 | K.M. Howard | 0.30 | 79.50 | Assembled budgets (.1) and analysis of same with John Moe in conjunction with pending payment of fees (.2). |
| 11/07/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Chart reflecting Fees and Costs Incurred by Creditors Committee's Counsel and Dentons. |
| 11/07/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communications from David Herskovits regarding amount owed to Kathy Stanton, Esq. (.1) and analyzed fees owed to Kathy Stanton and chart reflecting amounts owed to the Ordinary Course Professionals. |

Employment and Fee Applications

December 12, 2017

Matter: 15257497-000012
Invoice No.: 1963213

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | Review the Fourteenth Monthly Report on fees and expenses incurred by Dentons US LLP, then prepare possible insert on ability to pay fees. |
| 11/08/17 | J.A. Moe, II | 0.10 | 59.50 | Review and consider the Court's original Order on payment of interim fees to professionals and the requirements for the Monthly Reports on such fees. |
| 11/08/17 | K.M. Howard | 0.20 | 53.00 | Reviewed docket and pulled Judge Robles' Order pertaining to the requirements for monthly fee applications in conjunction with resolving issues pertaining to the initial budget. |
| 11/08/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised Dentons' Fourteenth Monthly Fee Application. |
| 11/09/17 | K.M. Howard | 0.90 | 238.50 | Reviewed and revised Dentons' Fourteenth Monthly Fee Application regarding clarification of budget issues and pending payments. |
| 11/09/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised inserts to Dentons Monthly Fee Application pertaining to payment of professional fees. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | Through three iterations, revise paragraphs 7 and 8 of the Fourteenth Monthly Fee Application. |
| 11/10/17 | K.M. Howard | 0.30 | 79.50 | Finalized Dentons' Fourteenth Monthly Fee Application and Exhibits thereto and coordinated filing and service of same. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Eric Weissman]  Telephone call with, and review E-Mail and Invoices received from Stan Otake; consider issues relating  to payment and other Professionals. |
| 11/13/17 | J.A. Moe, II | 0.40 | 238.00 | [Eric Weissman]  Telephone conference with Stan Otake and Karen Nimniyom, on amount asserted due Mr. Weissman;  consider and review calculations; prepare Memoranda on calculation of the amount  due. |
| 11/13/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communications from David Herskovitz and Kathryn Stanton regarding OCP payments to determine amounts owed to Kathy Stanton. |

Employment and Fee Applications

December 12, 2017

Matter: 15257497-000012
Invoice No.: 1963213

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/13/17 | K.M. Howard | 0.30 | 79.50 | Reviewed amounts claimed as owed by Kathy Stanton and cross-referenced to amounts previously indicated as owed to OCPs and determined that amounts claimed as owed today are incorrect. |
| 11/13/17 | K.M. Howard | 0.20 | 53.00 | Reviewed additional communications from Karen Nimniyom and John Moe confirming that Kathy Stanton's newly claimed amount is incorrect. |
| 11/13/17 | K.M. Howard | 0.10 | 26.50 | Reviewed followup communication with David Herskovitz regarding correct amounts owed to Kathy Stanton. |
| 11/17/17 | K.M. Howard | 0.10 | 26.50 | Received and briefly reviewed Debtor's billing statements for October 2017 in conjunction with preparation of monthly fee application. |
| 11/17/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Monthly Fee Application filed by Sills Cummis and culled information for inclusion into Notice of Filed Fee Applications. |
| 11/17/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Monthly Fee Application filed by Bienert Miller and culled information for inclusion into Notice of Filed Fee Applications. |
| 11/17/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Monthly Fee Application filed by Dentons and culled information for inclusion into Notice of Filed Fee Applications |
| 11/17/17 | K.M. Howard | 0.40 | 106.00 | Drafted Notice of Monthly Fee Applications filed by Dentons, Sills Cummis and Bienert Miller. |
| 11/28/17 | K.M. Howard | 0.20 | 53.00 | Received and reviewed ongoing emails concerning payment of professional fees and amounts owed to OCPs. |
| 11/28/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Stan Otake concerning the invoices submitted by Lobel, Sills Cummis and Bienert Miller. |
| 11/28/17 | K.M. Howard | 0.40 | 106.00 | Gathered and assembled Monthly Fee Applications and Invoices filed by Lobel (.3) and prepared communication to Stan Otake regarding same (.1). |
| 11/28/17 | K.M. Howard | 0.60 | 159.00 | Gathered and assembled Biernert Miller's Monthly Fee Application and Invoices for 2016 (.5) and prepared communication to Stan Otake regarding same (.1). |

Employment and Fee Applications

December 12, 2017

Matter: 15257497-000012
Invoice No.: 1963213

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/28/17 | K.M. Howard | 0.20 | 53.00 | Gathered and assembled Order Establishing Procedures for Payment of Fees (.1) and prepared communication to Stan Otake regarding same (.1). |
| 11/28/17 | K.M. Howard | 0.80 | 212.00 | Gathered and assembled Bienert Miller's Monthly Fee Applications and Invoices for 2017 (.7) and prepared communication to Stan Otake regarding same (.1). |
| 11/28/17 | K.M. Howard | 0.40 | 106.00 | Gathered and assembled Sills Cummis' Monthly Fee Applications and Invoices for 2016 (.3) and prepared communication to Stan Otake regarding same (.1). |
| 11/28/17 | K.M. Howard | 0.70 | 185.50 | Gathered and assembled Sills Cummis' Monthly Fee Applications and Invoices for 2017 (.6) and prepared communication to Stan Otake regarding same (.1). |
| 11/29/17 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professional]  Review Chart on amounts due the OCP's and transmit the Chart to Eric Weissman and Kathryn Stanton. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals]  Exchange E-Mails with Kathryn Stanton on the amount due Ms. Stanton as an Ordinary  Course Professional. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Ordinary Course Professionals]  Locate and preliminarily review records of amounts due each of the Ordinary Course Professionals, including Kathryn Stanton. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals]  Exchange E-Mails with Reva Swadener on amounts paid to Kathryn Stanton post petition; review accounting sheets on payments provided by Ms. Swadener. |
| 11/30/17 | K.M. Howard | 0.30 | 79.50 | Reviewed communications regarding the amount due to OCP Kathryn Stanton (.1) and assembled Kathryn Stanton's Disclosure Declaration (.1) and prepared communication regarding same (.1). |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Ordinary Course Professionals]  Revise Memorandum on amount due Kathryn Stanton and review multiple Attachments., including the Court's Order, the Stanton Declaration and the accounting on payments. |

Employment and Fee Applications

December 12, 2017

Matter: 15257497-000012
Invoice No.: 1963213

Total Hours                    16.30

Fee Amount                                                    $4,913.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 1.80 | $1,071.00 |
| K.M. Howard | $265.00 | 14.50 | $3,842.50 |
| Totals | | 16.30 | $4,913.50 |

Fee Total                        $      4,913.50

Invoice Total                    $      4,913.50



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000012

Employment and Fee Applications

## Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | (60.30) | 6,787.00 |
| 03/10/17 | 1870860 | 3,277.00 | (15.00) | 3,262.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |
| 12/12/17 | 1963213 | 4,913.50 | 0.00 | 4,913.50 |

Total Outstanding Invoices                    $51,937.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963214**

Client/Matter: 15257497-000014

Financing and Cash Collateral

**Payment Due Upon Receipt**

Total This Invoice                                        $          325.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963214**

Client/Matter:  15257497-000014

Financing and Cash Collateral

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|-----------|
| 11/01/17 | S. Maizel | 0.50 | 325.00 | Drafting monthly report on collections and payments for UCC counsel. |
| Total Hours | | 0.50 | | |
| Fee Amount | | | | $325.00 |

### TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| S. Maizel | $650.00 | <u>0.50</u> | <u>$325.00</u> |
| Totals | | 0.50 | $325.00 |

|  | | |
|---|---|---|
| Fee Total | $ | 325.00 |
| Invoice Total | $ | 325.00 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000014

Financing and Cash Collateral

Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846107 | 2,405.00 | 0.00 | 2,405.00 |
| 01/19/17 | 1853843 | 14,989.00 | (8.00) | 14,981.00 |
| 02/22/17 | 1865401 | 779.04 | (23.04) | 756.00 |
| 03/10/17 | 1870861 | 5,224.50 | 0.00 | 5,224.50 |
| 04/19/17 | 1883651 | 4,994.00 | 0.00 | 4,994.00 |
| 05/24/17 | 1895425 | 1,812.50 | 0.00 | 1,812.50 |
| 06/12/17 | 1900410 | 1,204.00 | 0.00 | 1,204.00 |
| 07/11/17 | 1907893 | 3,805.50 | 0.00 | 3,805.50 |
| 08/14/17 | 1920737 | 600.50 | 0.00 | 600.50 |
| 09/14/17 | 1930411 | 10,285.00 | 0.00 | 10,285.00 |
| 10/17/17 | 1942309 | 2,275.00 | 0.00 | 2,275.00 |
| 11/13/17 | 1951545 | 2,114.50 | 0.00 | 2,114.50 |
| 12/12/17 | 1963214 | 325.00 | 0.00 | 325.00 |

Total Outstanding Invoices          $50,782.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963215**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                          $        62,378.15

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP          Salans FMC SNR Denton
601 S. Figueroa Street  McKenna Long
Suite 2500              dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center                          December 12, 2017
c/o Brian Walton
3719 Meadville Dr.                                          **Invoice No. 1963215**
Sherman Oaks, CA 91403
USA

Client/Matter:  15257497-000015

Litigation - Contested Matters and Adversary Proceedings

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call with Kathryn Howard (on October 31st) on receipt of the recording of the Mediation; confer with Ms. Howard (on November 1st) on the Transcript. |
| 11/01/17 | J.A. Moe, II | 1.70 | 1,011.50 | [Creditors committee Investigation/Mediation/Directors & Officers] Prepare substantial insert on the history of the claims and defense to claims, by and between the Debtor, the Committee and the Directors and Officers, for use in the Debtor's And Unsecured Creditors' Committee's Notice Of Joint Motion And Joint Motion To Approve Terms And Conditions Of Settlement Agreement Reached At Mediation With The Debtor's Current And Former Directors And Officers. |
| 11/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Preliminarily review the recording of the hearing from the Mediation. |
| 11/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review Sam Maizel's letter to Gary Klausner on settlement with Sycamore Healthcare Management and Roxbury Healthcare management, and related parties. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors committee Investigation/Mediation/Directors & Officers] Review and correct Debtor's And Unsecured Creditors' Committee's Notice Of Joint Motion And Joint Motion To Approve Terms And Conditions Of Settlement Agreement Reached At Mediation With The Debtor's Current And Former Directors And Officers, including revising the first rough draft of the insert on the history of claims and defenses to claims, by and between the Debtor, the Committee and the Directors and Officers. |
| 11/01/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors committee Investigation/Mediation/Harbor Gardens] Review Boris Mankovetskiy's proposed changes to the Settlement Agreement by and between the Debtor, the Committee, Harbor Gardens and Paladin;  confer with Mr. Mankovetskiy on the Agreement;  transmit the draft Agreement to Karl Block |
| 11/01/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors committee Investigation/Mediation/RNG] Review Boris Mankovetskiy proposed changes to the Settlement Agreement by and between the Debtor, the Committee and RollinsNelson Grp, LLC; exchange E-Mails with Mr. Boris Mankovetskiy on the Agreement;  confer with Mr. Mankovetskiy; on the Agreement; transmit the Agreement to Gary Torrell (and Mr. Mankovetskiy and Andrew Sherman). |
| 11/01/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review and correct the Joint Notice Of Settlement Reached At Mediation Resolving: (1) Debtor's And Unsecured Creditors' Committee's Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of Harbor Gardens Capital I, LLC [Docket # 707]; And (2) RollinsNelson Grp, LLC's Motion To Determine RNG's Allowed Secured Claim And Value Of Debtor's Assets Encumbered By Multiple Liens [Docket # 710]. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Commence work on Application For Order Setting Hearing On Shortened Notice on the Debtor's And Unsecured Creditors' Committee's Notice Of Joint Motion And Joint Motion To Approve Terms And Conditions Of Settlement Agreement Reached At Mediation With The Debtor's Current And Former Directors And Officers. |
| 11/01/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Boris Mankovetskiy proposed changes to the Settlement Agreement by and between the Debtor, the Committee and the Directors and Officers;  confer with Mr. Mankovetskiy on the Agreement; transmit the Agreement to Michaela Sozio and Tom Lallas  (and Mr. Mankovetskiy and Andrew Sherman). |
| 11/01/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Prepare draft of letter to multiple attorneys on continuing the hearings on November 8th, to the following week, in order to complete the Settlement Agreements. |
| 11/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RNG] In response to Gary Torrell's E-Mail: Telephone call returned to Mr. Torrell on the status of completing drafts of the Settlement Agreements for Parties who settled at Mediation. |
| 11/02/17 | K.M. Howard | 0.10 | 26.50 | Analysis of communication from Karen Persaud of Hyatt Court Reporters regarding the status of the transcript of the October 24, 2017 mediation. |
| 11/02/17 | K.M. Howard | 0.20 | 53.00 | Communications with Mitch Hyatt regarding the transcript. |
| 11/02/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communication from Chris O'Meara regarding a subpoena (.1) and reviewed attached grand jury subpoena (.1). |
| 11/02/17 | K.M. Howard | 1.40 | 371.00 | Reviewed docket and culled voluminous materials regarding Harbor-Gardens and Rollins Nelson for inclusion into hearing binders. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review exchange of E-Mails with Karl Block, and telephone call with Boris Mankovetskiy, on Settlement Agreement with Harbor Gardens, also noting splitting the RNG/Directors & Officers Settlement Agreement into two Agreements. |
| 11/02/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors And Officers] Prepare new Settlement Agreement by and between the Debtor, the Committee, and the Debtor's Directors And Officers. |
| 11/02/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/RollinsNelson]Review and correct the first draft of the independent Settlement Agreement by and between Debtor, the Committee and RollinsNelson Grp LLC, then review the release, and transmit Agreement to Boris Mankovetskiy with Question; confer with Mr. Mankovetskiy on the scope of the release; review and make further corrections to the Agreement. |
| 11/02/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Review and make further corrections to the Joint Notice Of Settlement Reached At Mediation Resolving: (1) Debtor's And Unsecured Creditors' Committee's Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of Harbor Gardens Capital I, LLC [Docket # 709]; And (2) RollinsNelson Grp, LLC's Motion To Determine RNG's Allowed Secured Claim And Value Of Debtor's Assets Encumbered By Multiple Liens [Docket # 710], continuing to edit the description of the Committee's claims and the Directors' and Officers' defenses. |
| 11/02/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Gary Klausner on possible settlement with the Sycamore/Roxbury Parties, awaiting receipt of Demand Letter from Mr. Maizel, and review of the transfer of standing to prosecute claims. |

5

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review, prepare and send to Gary Klausner the proposed Stipulation transferring standing to the Committee to assert claims and causes of action. |
| 11/02/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors And Officers] Review and correct the first draft of the independent Settlement Agreement by and between Debtor, the Committee, RSUI and the Debtor's Officers and Directors; review the corrected Agreement to reflect discussions with Boris Mankovetskiy. |
| 11/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents]  Review George Newhouse E-Mail responding to Questions posed by HUB Insurance. |
| 11/02/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation] Further correct the Joint Notice Of Settlement Reached At Mediation Resolving: (1) Debtor's And Unsecured Creditors' Committee's Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of Harbor Gardens Capital I, LLC [Docket # 707]; And (2) RollinsNelson Grp, LLC's Motion To Determine RNG's Allowed Secured Claim And Value Of Debtor's Assets Encumbered By Multiple Liens [Docket # 710], now to include Exhibits. |
| 11/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review and correct the first draft of the independent Settlement Agreement by and between Debtor, the Committee, RSUI and the Directors and Officers. |
| 11/02/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors And Officers] Review, make minor edits to, review again and transmit to Michaela Sozio and Tom Lallas the independent Settlement Agreement by and between Debtor, the Committee, RSUI and the Debtor's Officers and Directors. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] Review, make minor edits to, review again and transmit to Gary Torrell the independent Settlement Agreement by and between Debtor, the Committee and RollinsNelson Grp. |
| 11/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors And Officers] Exchange E-Mails with Michaela Sozio on continuing work on the Settlement Agreement by and between Debtor, the Committee, RSUI and the Debtor's Officers and Directors. |
| 11/02/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review proposed changes received from Michaela Sozio and Tom Lallas, and incorporate changes into the Settlement Agreement by and between the Debtor, the Creditors Committee and the Debtor's former and current Directors and Officers. |
| 11/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call from Tom Lallas on his changes to the Settlement Agreement by and between the Debtor, the Creditors Committee and the Debtor's Directors and Officers. |
| 11/02/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call from Boris Mankovetsky on his changes to the Settlement Agreement by and between the Debtor, the Creditors Committee and the Debtor's Directors and Officers. |
| 11/02/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review and make corrections to the Settlement Agreement by and between the Debtor, the Committee and the Directors & Officers, consistent with Michaela Sozio's, Tom Lallas' and Boris Mankovetskiy's proposals, then send revised Settlement Agreement, preparing an E-Mail to all three on changes to the Agreement. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the Joint Motion And Joint Motion To Approve Terms And Conditions Of Settlement Agreement Reached At Mediation With The Debtor's Current And Former Directors And Officers, and transmit to Michaela Sozio for review and corrections. |
| 11/02/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review Brian Walton's and David Herskovitz" E-Mail to Sam Maizel, with changes and questions regarding Mr. Maizel's proposed letter to Gary Klausner on possible settlement of Claims against Sycamore and Roxbury related entities; telephone call returned from Mr. Maizel on proposed changes and Mr. Maizel's upcoming conference call with Messrs. Walton and Herskovitz on letter. |
| 11/03/17 | J.A. Moe, II | 0.20 | 119.00 | Creditors Committee Investigation/Mediation/Directors & Officers] Review Minutes of two Meetings of the Board Of Directors as it relates to a transfer of standing to assert claims related to Moskovitz. |
| 11/03/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation] Prepare for, await and proceed with 36 minute telephone conference with Brian Walton, David Herskovitz and Eric Weissman on transfer of standing to the Creditors Committee to pursue the claims and causes of action against Moscovitz, in the context of the Debtor's and the Committee's Settlement Agreement with the Directors and Officers. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/03/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Michaela Sozio's comments and proposed corrections to the 9019 Motion seeking approval of the Settlement Agreement (by and between the Debtor, the Board, RSUI and the Debtor's current and former Directors and Officers); telephone call with Ms. Sozio on making corrections and returning it to her for review; oversee corrections to the 9019 Motion; make further corrections;  return 9019 Motion to Michaela Sozio (before transmittal to other parties). |
| 11/03/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review  David Herskovitz' comments to the Settlement Agreement, then confer with Michaela Sozio and exchange E-Mails with Sam Maizel on Mr. Herskovitz' comments; review and revise the Settlement Agreement by and between the Debtor. the Board, RSUI and the Debtor's Directors and Officers. |
| 11/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] E-Mail to Boris Mankovetskiy and Andrew Sherman on status of the five documents being prepared on the settlement of disputes between multiple sets of parties, in accordance with the Mediation held October 23rd and 24th. |
| 11/03/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the corrected Settlement Agreement with David Herskovitz' proposed corrections, then make one additional correction, then transmit to Michaela Sozio and David Herskovitz. |
| 11/03/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Tom Lallas' proposed corrections to the Settlement Agreement  by and between the Debtor, the Board, RSUI and the Debtor's Directors and Officers, then make the corrections and highlight David Herskovitz corrections, then return to Mr. Lallas, David Herskovitz, Michaela Sozio and Boris Mankovetskiy. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/03/17 | J.A. Moe, II | 1.10 | 654.50 | [Request For Documents]  Meet with George Newhouse and Amanda Goodman,  then proceed with telephone conference with the Assistant United States Attorney, Reva Swadener and Brian Walton on responding to the Subpoena; then, telephone call with Mr. Newhouse, Ms. Goodman and Ms. Swadender on responding to the Subpoena. |
| 11/03/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call from Karl Block on review of the Settlement Agreement with Harbor Gardens. |
| 11/03/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call from Jon Pastor on status of each Settlement Agreement;  review Mr. Pastor's E-Mail to Ms. Sozio, and send Mr. Pastor the latest draft of the Settlement Agreement with the Officers and Directors. |
| 11/03/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation]/Directors & Officers Make additional corrections, as requested by David Herskovitz, to the Settlement Agreement with the Officers and Directors. |
| 11/03/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review, then transmit the first draft of the Harbor Gardens Settlement Agreement to Brian Walton, David Herskovitz and Jon Pastor. |
| 11/03/17 | K.M. Howard | 1.70 | 450.50 | Reviewed culled pleadings and drafted index to November 8, 2017 hearing binder regarding the RNG claim and the compromised claim of Harbor-Gardens. |
| 11/03/17 | G. Newhouse | 1.30 | 845.00 | Prepare for telephone conference with Special Agent Maher and the rest of team to discuss and narrow grand jury subpoena; telephone conference to follow up with Reva to confirm plan going forward and draft and send confirming letter to government with respect to results of conference. |

Litigation - Contested Matters and Adversary Proceedings                           December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/03/17 | A. Goodman | 1.80 | 450.00 | Analyzed grand jury subpoena duces tecum in preparation for conference call with Special Agent Maher; participated in conference call with Special Agent Maher; participated in follow-up conference call with Reva Swadener; conferred with George B. Newhouse, Jr. about drafting summary letter to AUSA Janakiram; drafted summary letter to AUSA Janakiram. |
| 11/03/17 | K.M. Howard | 0.70 | 185.50 | Reviewed assembled documents regarding the RNG claim and the compromise claim and organized by subject matter. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review the corrected Stipulation continuing the hearings on the RNG Motion and the Harbor Motion from November 8th to November 14th, then transmit to multiple counsel for signature and return to Dentons. |
| 11/06/17 | K.M. Howard | 0.20 | 53.00 | Telephone conference with Pfau of the United States Bankruptcy Court regarding the October 24, 2017 mediation transcript and other items requested by Judge Zive. |
| 11/06/17 | K.M. Howard | 0.30 | 79.50 | Assembled materials requested by Judge Zive (.2) and prepared communication to Molly Phau regarding same (.1). |
| 11/06/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Notice from the Court continuing the hearings on the Compromise Motion and the RNG Claim Motion and culled new hearing dates for inclusion into Critical Dates Memorandum. |
| 11/06/17 | K.M. Howard | 0.10 | 26.50 | Prepared communications regarding the continuance of the hearings on the Compromise Motion and the RNG Claim Motion. |
| 11/06/17 | K.M. Howard | 0.70 | 185.50 | Reviewed docket and culled voluminous pleadings for inclusion into the hearing binders for the Compromise Claim and the RNG Claim. |
| 11/06/17 | K.M. Howard | 0.70 | 185.50 | Reviewed culled pleadings and drafted index for hearing binder for the Compromise Claim and the RNG Claim. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Tom Lallas' new/revised language for section 2.3 of the Settlement Agreement with the Directors and Officers, then transmit to Boris Mankovetskiy for his review and consideration. |
| 11/06/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] In regard to the proposed additions from Jon Pastor, to the Settlement Agreement with the Directors and Officers, review the Claims definition in the Harbor Gardens Settlement Agreement, then exchange E-Mails with Boris Mankovetskiy on change, then add the definition of Claims to section 2.2, and also make part of the change requested by Tom Lallas to section 2.3. |
| 11/06/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review the corrected Settlement Agreement with the Directors and Officers (on the changes in Section 2.2 and 2.3); review and highlight the changes; prepare E-Mail explaining and transmitting the Agreement to Michaela Sozio, Tom Lallas and Boris Mankovetskiy, then separate E-Mail to Brian Walton, David Herskovitz and Jon Pastor. |
| 11/06/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Two succeeding conference telephone calls with Brian Walton and David Herskovitz, on the Settlement Agreement with the Directors and Officers, on who gets released (and also reviewing the other two Settlement Agreements). |
| 11/06/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Gary Klausner on revisions to the Stipulation; review the revisions and exchange E-Mails on the contents of the revised Stipulation; prepare explanation and send E-Mail with revised Stipulation(in final and in redline) to multiple attorneys for signature and return to Dentons. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Gary Klausner on the Harbor Gardens/Paladin Settlement Agreement. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the corrected 9019 Motion on approval of the Settlement Agreement with the Directors and Officers, then transmit to Boris Mankovetskiy. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Mutual Of Omaha Cases] E-Mail to Tracy Green and Stanton on letter to RSUI (still waiting for contact from Ms. Green) . |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review entered Order on vacating hearings on the RNG Motion and the Harbor Motion that were set for November 8th; telephone call to Clerk on vacating the hearings. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] review, correct and expand the draft Stipulation continuing the hearings on the RNG Motion and the Harbor Motion from November 8th to November 14th. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] E-Mail to multiple attorneys on continuing the hearings on the RNG Motion and the Harbor Motion to November 14th. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange multiple E-Mails with David Herskovitz on scope of the Officers and Directors released,  and telephone call with Boris Mankovetskiy on scope of the persons released. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Exchange multiple E-Mails with Pratet On on transmittal of, and transmit  the WORD Version of the Settlement Agreement  with RNG. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Confer with Kathryn Howard on Settlement Agreement;  exchange E-Mails with Boris Mankovetskiy on his review of the Agreement. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Qui Tam Actions] Exchange multiple E-Mails with Cheryl Orr, and E-Mails to Sam Maizel and Kathryn Stanton on the  Qui Tam Cases. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Exchange E-Mails with Boris Mankovetskiy, on the status of the three Settlement Agreements, including the return from Gary Torrell of the RNG Agreement. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Jon Pastor's proposed corrections to the draft Settlement Agreement with the Directors & Officers. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with David Herskovitz (and with Brian Walton, Jon Pastor, Tom Lallas and Michaela Sozio) on time frame for completing an Agreement with the Directors and Officers. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review and consider the proposed changes to the Settlement Agreement with Harbor Gardens and Palladin. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call with Boris Mankovetskiy on status of the three Settlement Agreements, and setting hearing on proposed Agreements. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Preliminarily review Gary Torrell's changes to the Settlement Agreement with RNG; exchange E-Mails  with Mr. Torrell on timing and terms of the Agreement. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call from Sam Maizel on: status of the Assignment Of Claims and causes of action;  the status of the three Settlement Agreements; and continuing negotiations on a settlement agreement with Berle Weiner and his entities. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call returned to Michaela Sozio on Jon Pastor's corrections to  the Settlement Agreement with Directors and Officers. |
| 11/06/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise the Settlement Agreement with Directors and Officers to include all of Jon Pastor's comments and one addition from Gary Torrell. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Review the Settlement Agreement with RNG, containing Gary Torrell's changes, and instructions on preparing the Agreement. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Telephone call from Judge Greg Zive answering questions on terms of the settlement agreements with parties who settled at the Mediation. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Prepare draft of Stipulation to continue hearings on the RNG Motion and Harbor Gardens Motion to next week. |
| 11/06/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call with Brian Walton on status of releases in favor of Officers and Directors. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Preliminarily review the RNG Settlement Agreement with Gary Torrell's changes; E-Mail the revised Agreement to Mr. Torrell and Boris Mankovetskiy;  E-Mail the Agreement to Brian Walton, David Herskovitz and Jon Pastor. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call from Karl Block on Settlement Agreement with Harbor Gardens and Paladin. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] E-Mail to Brian Walton, David Herskovitz and Jon Pastor explaining and transmitting the Settlement Agreement with Harbor Gardens and Paladin. |
| 11/06/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Confer with Kathryn Howard on Transcript of Mediation with Judge Zive;  telephone call to Linda Duffy on Judge Zive's request for Transcript. |
| 11/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Review the Settlement Agreement with RNG; E-Mail the Agreement to Gary Torrell and Boris Mankovetskiy;  E-Mail the Agreement to Brian Walton, David Herskovitz and Jon Pastor. |
| 11/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Stipulation] Exchange E-Mails with Boris Mankovetskiy on Stipulation To Continue Hearings To November 14, 2017. |
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the revised 9019 Motion on approval of the Settlement Agreement; exchange E-Mails with Boris Mankovetskiy on changes to the 9019 Motion. |
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Stipulation]  Prepare E-Mail to multiple counsel transmitting the Stipulation To Continue Two Hearings To November 14, 2017. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call from Judge Zive on setting a second day for Mediation in December; prepare E-Mail to Gary Klausner, Andrew Sherman and Boris Mankovetskiy on available dates for the Mediation. |
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone conference with Andrew Sherman, Boris Mankovetskiy, then including Sam Maizel, on available dates for a second Mediation. |
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Stipulation] Telephone call from Michaela Sozio on the Stipulation (and on the confidentiality of the Committee's Letter to the Directors and Officers); second telephone call extending the date for the hearing on the approval of the Settlement Agreements. |
| 11/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Stipulation] Telephone calls to Tom Lallas Office on execution of the Stipulation rescheduling the date for the hearings on the Settlement Agreements. |
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review and respond to Jon Pastor's yet additional changes to the Settlement Agreement with the Directors and Officers. |
| 11/07/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation] Exchange multiple additional E-Mails with Boris Mankovetskiy, and revise the 9019 Motion to approve the terms of the Settlement Agreement with the Directors And Officers. |
| 11/07/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Stipulation] Telephone call from Karl Block on change to the Stipulation to reschedule the hearing to November 14, 2017; make correction, reviewing the corrected Stipulation and transmitting to Mr. Block. |
| 11/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Stipulation]  Prepare draft of Order on Stipulation To Continue Two Hearings To November 14, 2017 |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/07/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call with David Herskovitz on list of names to be included in the Settlement Agreement with the Directors & Officers, then in regard to Jon Pastor's, Tom Lallas' and Boris Mankovetskiy changes and Mr. Herskovitz' list of names:   Prepare updated and next version of the Settlement Agreement. |
| 11/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Stipulation] Await receipt of signed Stipulation rescheduling the date for the hearings on the two Settlement Agreements,  then prepare E-Mail to all Counsel on Karl Block's addition to the Stipulation. |
| 11/07/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review and highlight the latest version of the Settlement Agreement with the Directors and Officers (changes from Jon Pastor, Boris Mankovetskiy and Tom Lallas), then transmit to Michaela Sozio, Tom Lallas, Brian Walton, David Herskovitz, Jon Pastor and Boris Mankovetskiy. |
| 11/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] E-Mail to Gary Torrell on three proposed changes to the Settlement  Agreement with RNG. |
| 11/07/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review and correct the first draft of the descriptions of allegations and defenses in the 9019 Motion to approve Settlement Agreement with the Directors And Officers. |
| 11/07/17 | K.M. Howard | 0.20 | 53.00 | Assembled mediation transcript (.1) and prepared communication to Boris Mankovetskiy regarding same (.1). |

18

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/07/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] Correct the Settlement Agreement with RollinsNelson, so as to abbreviate the description of the Harbor Gardens obligations;  E-Mail to Gary Torrell on correcting the Agreement to delete three lines. |
| 11/07/17 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Telephone call from Anthony Carasco on status of payment from Blue Cross/Blue Shield. |
| 11/07/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review Jon Pastor's two sets of proposed corrections;  review the current version of the Settlement Agreement with Harbor Gardens and make several changes to the Agreement as suggested by Mr. Pastor;  prepare E-Mail to Brian Walton, David Herskovitz and Jon Pastor transmitting the revised Agreement. |
| 11/07/17 | S. Maizel | 0.30 | 195.00 | Telephone conference with A. Sherman re mediation with Weiner entities (9.1); telephone conference with Judge Zive re same (.1); telephone conference with J. Moe re ame (.1). |
| 11/08/17 | S. Maizel | 0.20 | 130.00 | Telephone conference with Gary Klausner re potential settlement with Weiner entities. |
| 11/08/17 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re additional mediation with Weiner entities. |
| 11/08/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and finalized binder for upcoming hearing on the RNG Claim Motion and the Compromise Motion. |
| 11/08/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Stipulation to Continue the Hearing on the RNG Claim Motion and the Compromise Motion to determine any additional conditions and/or deadlines. |
| 11/08/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised index to binder for hearing on RNG's Claim Motion and the Compromise Motion. |
| 11/08/17 | A. Jinnah | 0.80 | 316.00 | Review outstanding cases in Gardens matter and prepare to draft case management statement in Health Care Industry Insurance cases. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/08/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers/RollinsNelson]   Review and consider the late delivered changes from Richard Diamond to the Settlement Agreements. |
| 11/08/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare for and telephone call with David Herskovitz, revising the Settlement Agreement with the Directors & Officers as suggested by Richard Diamond. |
| 11/08/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Continue telephone call with David Herskovitz, revising the Settlement Agreement with RollinsNelson, as suggested by Richard Diamond. |
| 11/08/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Review Jon Pastor's late received changes to the Settlement Agreement with RollinsNelson, and make requested changes. |
| 11/08/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the Settlement Agreement with the Directors and Officers, editing to insure all of David Herskovitz' and Jon Pastor's corrections are included; incorporate the definition of Claims into the Agreement; add Stan Otake to the attached Stipulation; highlight the additions and corrections, then transmit to David Herskovitz. |
| 11/08/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] Review the Settlement Agreement with RollinsNelson to insure all of David Herskovitz', Richard Diamond's and Jon Pastor's changes are included in the Agreement; correct and add to the signatures as suggested by Mr. Diamond; highlight the additions and corrections and transmit to David Herskovitz |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare draft of Application For Order Setting Hearing On Shortened Notice and proposed Order, on the Joint 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers. |
| 11/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Exchange multiple E-Mails with Brian Walton and David Herskovitz,  and with Jon Pastor, on necessity to complete Settlement Agreements and setting conference call to review. |
| 11/08/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with David Herskovitz revising the Settlement Agreement with Harbor Gardens, then make revisions to the Agreement. |
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Prepare series of E-Mails to Brian Walton, David Herskovitz and Jon Pastor transmitting the latest version of the Settlement Agreements with RollinsNelson, Directors & Officers and Harbor Gardens. |
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Directors & Officers]  Prepare first draft of the Declaration in support of the Application For Order Setting Hearing On Shortened on the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers. |
| 11/08/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation] Continue to consider the Settlement Agreements with RollinsNelson, the Directors & Officers and Harbor Gardens, pending conference call with Brian Walton and David Herkskovitz. |
| 11/08/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone conference with Brian Walton and David Herskovitz reviewing the terms of the Settlement Agreement with the Directors & Officers. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/08/17 | J.A. Moe, II | 0.10 | 59.50 | {Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange multiple E-Mails with Gary Klausner and Andrew Sherman, on possible second day of Mediation,  and date for such a proposed Mediation, also reviewing whether such Mediation can be successful. |
| 11/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the corrected Settlement Agreement with the Directors & Officers and prepare E-Mail to Michaela Sozio, Tom Lallas and Boris Mankovetskiy, and others, transmitting the Agreement for approval. |
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the 9019 Motion (revised by Boris Mankovetsky) seeking approval of the Settlement Agreement with the Directors & Officers, then prepare E-Mail transmitting the Motion to Michaela Sozio for review. |
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] Telephone call from Brian Walton on review of the  Settlement Agreement. with RollinsNelson. |
| 11/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Gary Klausner, telephone call with Brian Walton and back to Mr. Klausner on availability to proceed with Mediation. |
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] Review and prepare the Settlement Agreement with RollinsNelson, annotating the Agreement on the issue of the scope of the general release, then E-Mail to Gary Torrell on transmitting the Agreement with changes noted. |
| 11/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call form Karl Block on status of the three Settlement Agreements. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Jon Pastor on yet additional changes to the Settlement Agreement, with the Directors & Officers, and request for changes by 8:00 a.m. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with David Herskovitz on approval of the Settlement Agreement with the Directors and Officers (and apparently with RollinsNelson). |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/ RollinsNelson] Exchange E-Mails with Gary Torrell on agreement with the changes to the Settlement Agreement, adding the wavier, and dates for performance. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/ RollinsNelson] Multiple E-Mails to Boris Mankovetskiy on Gary Torrell's acceptance of final Agreement, setting dates for performance, adding request for waiver of 14 day period. |
| 11/09/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Harbor Gardens] Telephone calls with Brian Walton reviewing the terms of the Settlement Agreement with Harbor Gardens. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Directors & Officers] Exchange E-Mails with Tom Lallas on Section 2.3 of the Settlement Agreement. |
| 11/09/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/ RollinsNelson] Correct the Settlement Agreement with RNG in accordance with exchange of information with Gary Torrell; prepare and transmit the highlighted Agreement to Mr. Torrell and Boris Mankovetskiy. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/ RollinsNelson] Exchange E-Mails with Gary Torrell and make two additional edits to the Settlement Agreement. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review status of completing three Agreements and proffering them to the Court for review and approval; and also reviewing compromising administrative claims. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Make one correction and include one additional insert, to the draft Settlement Agreement with Harbor Gardens. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Karl Block on preliminary review of changes being sent to him on the Harbor Settlement Agreement. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] Review late received changes from Boris Mankovetskiy, then exchange E-Mails with Gary Torrell and E-Mail to the Board on final version of the Agreement. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Michaela Sozio's and Tom Lallas' E-Mails on deletion in Agreement and obtain David Herskovitz' agreement; telephone calls with Ms. Sozio on completing the Agreement. |
| 11/09/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Karl Block on acceptance and non-acceptance of proposed changed terms in the Settlement Agreement with Harbor Gardens. |
| 11/09/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Revise the Notice of Settlement Agreements, to be filed in connection with the Bankruptcy Court resolving the pending RNG Motion and the Harbor Motion, by way of the new Settlement Agreements. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/09/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Prepare annotated Harbor Settlement Agreement showing where the Board and Harbor appear to be at the present time, then prepare E-Mail to the Board and an E-Mail to Boris Mankovetskiy on status of negotiations. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review and correct the 9019 Motion seeking approval of the Settlement Agreement with the Directors and Officers. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Boris Mankovetskiy on upset over and reviewing the proposed changes to the Settlement Agreement with Harbor Gardens (also reviewing the status of the other two Agreements). |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call returned to Brian Walton on reviewing and approving each of the three the Settlement Agreements. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise, reformat and shorten the 9019 Motion seeking approval of the Settlement Agreement with the Directors and Officers. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Prepare new paragraph 2a and 2b for the Settlement Agreement with Harbor Gardens. |
| 11/09/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise and expand the reason to set a hearing on shortened Notice, in the Application For Order Setting Hearing On Shortened Notice; revise and augment the Declaration Of John Moe in support of the Application; and expand the proposed Order on the Application. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] E-Mail on, then telephone call from Brian Walton on approval of the Agreement with RNG; E-Mail to multiple Attorneys on completing and executing the Agreement. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Brian Walton and Boris Mankovetskiy on scope of the release in the Settlement Agreement |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call from Brian Walton approving Settlement Agreement (subject to the scope of the Release). |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Superior Court Cases/Blue Cross/Moscovitz] Correct the Stipulation on transfer of standing, then transmit to Brian Walton for review. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Prepare E-Mail to Gary Torrell and Boris Mankovetskiy, on completion of the Settlement Agreement with RollinsNelson; E-Mail to Stan Otake on execution of the Agreement. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Review and correct the Joint Notice Of Settlement resolving the Harbor Gardens Claims and the RollinsNelson Claims; transmit the Joint Notice to Boris Mankovetskiy. |
| 11/09/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Karl Block on attempting to reach a Settlement Agreement. |
| 11/09/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Prepare new annotated version of the Settlement Agreement with Harbor Gardens, identifying all the proposed changes, then transmit to Karl Block and to Boris Mankovetskiy, then to Brian Walton. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] E-Mail to Boris Mankovetskiy on the scope of the release in the Settlement Agreement with the Directors & Officers. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] E-Mail to Michaela Sozio and Tom Lallas on whether there is an agreement; with the Directors & Officers;  E-Mail  to Michaela Sozio on obtaining her approval on the 9019 Motion. |
| 11/09/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Action] Exchange multiple E-Mails with, and telephone call,  with Cheryl Orr on the Qui Tam Cases. |
| 11/09/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Brian Walton on request for change to the proposed Settlement Agreement with Harbor Gardens. |
| 11/09/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with John Moe re RNG settlement. |
| 11/09/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re D&O Insurance settlement. |
| 11/10/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with J. Moe re settlement with Harbor Gardens. |
| 11/10/17 | K.M. Howard | 0.60 | 159.00 | Culled and assembled additional materials to assist attorney at upcoming hearing on the RNG claim and the Compromise Motion. |
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Exchange E-Mails with Stan Otake on signature on the RollinsNelson Settlement Agreement. |
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Exchange multiple E-Mails with Gary Torrell on proceeding with hearing, and transmittal of the Settlement Agreement to Gary Klausner and Karl Block. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call with Gary Torrell on corrections to the Settlement Agreement to insure Jeff Ahlholm and William Nelson are in the second release. |
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] E-Mails to Gary Klausner and to Karl Block, explaining the status of and with comments to Mr. Block, the RNG Settlement Agreement. |
| 11/10/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare E-Mail explaining changes to the Settlement Agreement, requesting approval, and asking about status of the two pleadings, to Michaela Sozio, Tom Lallas and Boris Mankovetskiy. |
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam] Telephone call returned from Kathryn Stanton on setting conference with Cheryl Orr on the pending cases. |
| 11/10/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call from Boris Mankovetskiy on status of completing the three Agreements, and bringing on for hearing the Settlement Agreement with RollinsNelson. |
| 11/10/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call to Michaela Sozio on latest version of and completing Settlement Agreement with the Directors & Officers (then discussing the terms of a release in the Harbor Agreement). |
| 11/10/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Prepare for and telephone call returned by Karl Block reviewing Settlement Agreement with Harbor Gardens; prepare for and continue with second call with Mr. Block on terms of the Agreement, in both calls discussing the necessity to and multiple reasons to delete language on the scope of the release . |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/10/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call to Brian Walton on status of completing an Agreement with Harbor Gardens (reviewing calls with Karl Block). |
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review the proposed Settlement Agreement with Debtor's changes, then exchange approval with Boris Mankovetskiy. |
| 11/10/17 | J.A. Moe, II | 0.20 | 119.00 | [Qui Tam] Telephone call from Cheryl Orr on representation of the Debtor in the Qui Tam Cases. |
| 11/10/17 | J.A. Moe, II | 0.20 | 119.00 | [Qui Tam] Exchange multiple E-Mails with Cheryl Orr, Tracy Green and Kathryn Stanton on ascertaining the status of the Qui Tam Cases. |
| 11/10/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Joint Notice of Settlement to identify exhibits (.1) and assembled exhibits in support thereof (.3). |
| 11/10/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/ RollinsNelson] Prepare and revise detailed E-Mail to Gary Torrell on status of proceeding with the hearing on November 14, 2017. |
| 11/10/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Await information from Karl Block on settlement, then E-Mail to Karl Block on availability to confer and continue to draft Settlement Agreement November 10th through 13th; then telephone call with Mr. Block, again on the parameters of a settlement, raising again and explaining the reasons to delete the language on the scope of the release. |
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/ RollinsNelson]  Second E-Mail to Gary Torrell on necessity to resolve new issues on status on completing a Settlement  Agreement with RollinsNelson. |
| 11/10/17 | K.M. Howard | 0.60 | 159.00 | Reviewed documents and assembled additional information to assist attorney in drafting of settlement agreements. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange voice mails Karl Block on availability to confer and draft November 11th through 13th. |
| 11/13/17 | J.A. Moe, II | 0.90 | 535.50 | [Qui Tam] Conference telephone call with Cheryl Orr, Tracy Green and Kathryn Stanton on the status of each of the Qui Tam Cases: the Sersansie Reynolds Case (no relief from stay, discovery is proceeding and trial date set in July 2018, represented by Tracy Green; the Liberty Mutual Cases, relief from stay granted, previously represented by Tracy Green, discovery proceeding represented by Kathryn Stanton paid by other Carrier; the Orange County Cases which do not name the Hospital; and, the Personal Injury Cases in which the Hospital is a named Defendant, but no relief from stay granted, represented by Ms. Stanton. |
| 11/13/17 | K.M. Howard | 0.30 | 79.50 | Reviewed docket and assembled additional documents requested for use at November 14, 2017 hearing including additional copies of the October 24, 2017 hearing transcript. |
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review with Brian Walton the status of completing each of the three Settlement Agreements. |
| 11/13/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Karl Block continuing to discuss the Settlement Agreement, requesting again deleing the limiting phrases, the background and the reasons for the limiting phrases and assurances of no agenda. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Eric Weissman on status of completing Agreements; second call with Eric Weissman on apparent agreement on Harbor Gardens. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call from Brian Walton agreeing to the Settlement Agreement with Harbor Gardens. |
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call returned from Boris Mankovetskiy, on apparent agreements reached on the RollinsNelson and the Harbor Gardens Settlement Agreements; review redline and final version of the Harbor Settlement and transmit to Mr. Mankovetskiy. |
| 11/13/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] While completing the Settlement Agreement with Harbor Gardens, exchange multiple E-Mails with Karl Block on completing the Agreement (transmitting to him highlighted, then redline versions of the Agreement), and obtain authority to file the Settlement Agreement. |
| 11/13/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Review final versions of the RollinsNelson and Harbor Gardens Settlement Agreements and the Notice, and review the Transcript, and oversee filing and service. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call returned to Karl Block on changes to the Harbor Gardens and he RNG Settlement Agreements. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Telephone call to Gary Torrell on change to the release language in the RNG Agreement. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Correct the RNG Agreement to reflect Karl Block's requested addition. on the release language. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call returned to Gary Klausner on status of completing the three Agreements. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam]  Telephone call returned from Kathryn Stanton on conference with Panel Counsel. |
| 11/13/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Work through the latest draft of the Settlement Agreement, making corrections to the scope of the release given to the Debtor; review and insure corrections are completed, then E-Mail explaining and transmitting the Agreement. |
| 11/13/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Directors & Officers]   Telephone conference with Michaela Sozio and Tom Lallas on approval of the Settlement Agreement, subject to Tom Lallas' approval. |
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Gary Torrell on still working to resolve the issues (with Harbor Gardens) in order to proceed with hearing on November 14th. |
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Karl Block on reconciliation of issues in order to complete Settlement Agreements with Harbor Gardens. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Tom Lallas and Michaela Sozio on completing Agreement and conferring together on steps to complete Agreement. |
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health]  Review Notices on upcoming hearings and the necessity to prepare for the hearings. |
| 11/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the current and former versions of the Settlement Agreement for Tom Lallas. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/14/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation] Prepare for the hearing on the Settlement Agreements, exchanging E-Mails with Karl Block and David Herskovitz, and preparing redline copies of the two Settlement Agreements for use with counsel. |
| 11/14/17 | J.A. Moe, II | 1.30 | 773.50 | [Creditors Committee Investigation/Mediation] Continue to prepare for the hearings on the Settlement Agreements, drafting oral argument and meeting with Gary Klausner and Eric Weissman. |
| 11/14/17 | J.A. Moe, II | 1.00 | 595.00 | [Creditors Committee Investigation/Mediation] Attend hearing before Judge Robles on approval of the Settlement Agreements with RollinsNelson and with Harbor Gardens/Paladin. |
| 11/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Exchange E-Mails with Gary Torrell and then with Stan Otake on the execution of the Settlement Agreement with RNG. |
| 11/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Andrew Sherman on reasons to proceed with Mediation on December 6th. |
| 11/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Andrew Sherman on discussion with Gary Klausner on third day of a settlement conference before Judge Zive. |
| 11/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Draft letter to Oscar Huerta for execution by Brian Walton and Sam Maizel on funds for the secured creditors. |
| 11/14/17 | J.A. Moe, II | 0.60 | 357.00 | [Qui Tam] Conference telephone call with Kathryn Stanton and Panel Counsel Stacey Raphael on background and of the, and consider strategy on discovery and participation. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/RollinsNelson] Exchange E-Mails with multiple attorneys on obtaining and exchanging signatures on the Settlement Agreement with RNG; exchange E-Mails with Stan Otake on obtaining his signature. |
| 11/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Karl Block, on signatures;  E-Mail to Board and Stan Otake on signing the Settlement Agreement. |
| 11/14/17 | J.A. Moe, II | 0.10 | 59.50 | {Accountable Health]  Review multiple Notices on events coming up in the Accountable Health Superior Court Case. |
| 11/14/17 | K.M. Howard | 0.10 | 26.50 | Received and analysis of Order approving the settlement agreement between Debtor, Creditors Committee and Rollins Nelson Group to determine additional requirements. |
| 11/14/17 | K.M. Howard | 0.10 | 26.50 | Received and analysis of Order approving the settlement agreement between Debtor, Creditors Committee and Harbor-Gardens to determine additional requirements. |
| 11/14/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Judge Robles' Memorandum Of Decision regarding the settlement agreement (.1) and prepared communications regarding same (.1). |
| 11/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange E-Mails with Gary Klausner on Mediation on December 6th. |
| 11/14/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Notice Of The Settlement Reached At Settlement Conference Resolving: (1) Debtors And Unsecured Creditors Committees Joint Motion To Approve Terms And Conditions Of Settlement Agreement Of And Harbor-Gardens Capital I, LLC And Paladin-Gardens Management LLC [Docket #707]; And, (2) RollinsNelson Grp LLCs Claims and culled same for inclusion into status conference binders. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/14/17 | K.M. Howard | 0.20 | 53.00 | Receive and analysis of notices regarding upcoming hearings in Gardens v. Accountable (.1) and followup with attorney regarding same (.1). |
| 11/14/17 | K.M. Howard | 0.10 | 26.50 | Received and analysis of court's notices on hearings pertaining to the RNG claim motion and Harbor-Gardens compromise motion. |
| 11/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Telephone calls to and from Clerk of the Court on entered Orders and the Memorandum Of Decision. |
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Prepare rough draft of the Application for a waiver of the 14 day stay, on the enforceability of the two Settlement Agreements with Harbor Gardens and RollinsNelson. |
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson]  Prepare rough draft of the proposed Orders on waiver of the 14 day stay,  for the enforceability of the two Settlement Agreements with Harbor Gardens and RollinsNelson. |
| 11/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/RollinsNelson] Review Gary Torrell's wire transfer instructions on payment to RollinsNelson. |
| 11/15/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Review and revise extensively, through two iterations, the proposed letter to Oscar Huerta on payment of RollinsNelson and Harbor Gardens; E-Mail to Oscar Huerta requesting review and approval of the letter. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Michaela Sozio on arranging for payment by RSUI to Gardens Hospital, answering questions on multiple issues to effectuate payment;  telephone call to Stan Otake and from Karen Nimniyom on information and and documents required to complete Settlement Agreement. |
| 11/15/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone cal from Hasney Hamood on fact that he needs signature page by FAX;  prepare transmittal to Mr. Hamood and deliver to Mr. Hamood the Settlement Agreement with Harbor Gardens for signature. |
| 11/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Exchange E-Mails with Brian Walton on Settlement Conference with Judge Zive on October 24th. |
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Review E-Mails and voice-mail from Oscar Huerta, on the proposed letter on checks to settling parties; telephone call to Mr. Huerta on requirements for letter, now changed. |
| 11/15/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Revise through three iterations the letter addressed to Oscar Huerta, on Sam Maizel's authority and request for delivery of two Bank Checks,  one for RollinsNelson and one for Harbor Gardens (in accordance with revised instructions from Mr. Huerta). |
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Rollins Nelson] Telephone call to Pratet Ono on delivery of check payable to RollinsNelson Corp LTC. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] E-Mail to Stan Otake requesting Mr. Otake to sign the Settlement Agreement with Harbor Gardens, as President and CEO. |
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call returned to Karen Nimniyom and receive E-Mail with W-9; E-Mail with explanation transmitting the W-9 to Michaela Sozio. |
| 11/15/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review voice-mail from Michaela Sozio on approval of the Settlement Agreement, but for two changes: the date and Tom Lallas's requested change; telephone call to Tom Lallas' office to confirm change; review Settlement Agreement. |
| 11/15/17 | K.M. Howard | 0.20 | 53.00 | Culled transcript of October 24, 2017 mediation hearing (.1) and prepared communication to Brian Walton regarding same (.1). |
| 11/15/17 | K.M. Howard | 0.20 | 53.00 | Communications with Brian Walton regarding the court's orders and memorandum of decision regarding the settlement agreements. |
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Review Gary Torrell's comments on the entered Orders on RNG and the Harbor Gardens Settlement Agreements; review the entered Orders and the Memorandum Of Decision. |
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Michaela Sozio's E-Mail on entry of Order and time for payment of the amount due the Debtor; E-Mail to Michaela Sozio on time for payments and requesting update on status of the Agreement and the 9019 Motion. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Medication/Directors & Officers] Telephone call returned from Michaela Sozio on completing Settlement Agreement, and approval of the 9019 Motion. |
| 11/15/17 | K.M. Howard | 0.40 | 106.00 | Assembled various pleadings to assist attorney in drafting Motion for Order Shortening Time to Continue Hearings. |
| 11/16/17 | K.M. Howard | 0.20 | 53.00 | Assisted with service of the Amended Orders regarding the Harbor-Gardens and RNG settlements. |
| 11/16/17 | K.M. Howard | 0.10 | 26.50 | Analysis of and culled Debtor's Ex Parte Application for Amended to Orders Entered November 14, 2017 regarding the settlement with Harbor Gardens and RNG. |
| 11/16/17 | K.M. Howard | 0.20 | 53.00 | Culled and assembled the Orders from Judge Robles needing amending to assist attorney in suggesting amendments to Judge Robles. |
| 11/16/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Declaration of John Moe in support thereof and Application for Order Shortening Time. |
| 11/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson]  Exchange E-Mails with Brian Walton on Judge Robles Memorandum Of Law and two Orders; return telephone call to Mr. Walton, then E-Mail with explanation of the Memorandum and two Orders to Mr. Walton. |
| 11/16/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Following telephone calls with Michaela Sozio and Tom Lallas, correct the Settlement Agreement with the Directors & Officers; review the corrected Agreement;  prepare E-Mail to multiple counsel and parties transmitting and explaining the differences in the latest version of the Settlement Agreement. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Ed King on arranging for payment to Harbor-Gardens Capital I, LLC. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Revise first draft of and complete information on the Ex Parte Application For Amendment To Orders Entered November 14, 2017 [Docket Numbers 1001 and 1002] . |
| 11/16/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/Rollins Nelson]  Revise second draft of the Ex Parte Application For Amendment To Orders Entered November 14, 2017 [Docket Numbers 1001 and 1002] , then prepare separate Declaration in support of the Application. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/Directors & Officers]  Review contents of statement to be inserted into the Application Of Order Setting Hearing On Shortened Notice, on the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers. |
| 11/16/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/Rollins Nelson]  Review WORD versions of proposed new Orders;  prepare revised Orders to lodge with Ex Parte Application. |
| 11/16/17 | K.M. Howard | 0.40 | 106.00 | Researched local bankruptcy rules to determine process to request the Court to amend an issued order regarding the secured creditors settlement. |
| 11/16/17 | K.M. Howard | 0.50 | 132.50 | Researched status of RSUI's acceptance of coverage in lawsuits against the debtor. |
| 11/16/17 | K.M. Howard | 0.30 | 79.50 | Reviewed Judge Robles' orders pertaining to the secured creditor's settlements to determine changes needed to each. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise and expand the statement to be inserted into the Application For Order Setting Hearing On Shortened Notice, on the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers; prepare amended Orders. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Consider and review basis for the Application For Order Setting Hearing On Shortened Notice, on the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers;. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Consider and review basis for the Application For Order Setting Hearing On Shortened Notice, on the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers;. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Consider and review basis for possible settlement at Mediation on December 6th. |
| 11/16/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange multiple E-Mails with Counsel and parties, then prepare and send E-Mail explaining the status of and transmitting the final version of the Settlement Agreement; exchange additional E-Mails on approval of the Agreement. |
| 11/16/17 | J.A. Moe, II | 0.20 | 119.00 | [Mutual Of Omaha Cases] Revise proposed letter to Cheryl Orr on coverage of Claims, and transmit to Tracy Green and Kathryn Stanton for review, input and answers to complete the letter. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/16/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise (completely changing the reason for the Application) the Application For Order Setting Hearing On Shortened Notice, on the 9019 Motion seeking approval of the Settlement Agreement with the Directors and Officers, and also completely revise the Declaration in support of the Application. |
| 11/16/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Review and correct the third draft of the Ex Parte Application For Amendment To Orders Entered November 14, 2017, the Declaration and the proposed Orders. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review Judge Zive's Order on Mediation and transmit to Brian Walton. |
| 11/16/17 | J.A. Moe, II | 0.30 | 178.50 | [Moscovitz] Prepare first draft of letter to Andrew Sherman on not proceeding with Moscovitz until after a meeting and review of documents on or at December 6th. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Complete letter to Oscar Huerta authorizing withdrawal of funds from the Segregated Account. |
| 11/16/17 | K.M. Howard | 0.40 | 106.00 | Reviewed pleadings and culled additional documents to assist attorney in drafting ex parte application to set hearing on shortened notice regarding the approval of the terms and conditions of the settlement agreements. |
| 11/16/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Errata to the Joint Motion regarding the Harbor-Gardens Settlement. |

Litigation - Contested Matters and Adversary Proceedings                                    December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 11/16/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/Rollins Nelson] Review and complete the Ex Parte Application For Amendment To Orders Entered November 14, 2017 [Docket Numbers 1001 and 1002], the Declaration in support of the Application, and the proposed revised Orders, researching the Docket (Nos. 707, 709 and 710), deleting the Footnote and correcting Numbers; instructions on filing and uploading. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Karl Block and transmit signatures and the Settlement Agreement,. |
| 11/16/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with and telephone call from Karl Block on form of the Settlement Agreement for execution. |
| 11/16/17 | A. Jinnah | 0.20 | 79.00 | Reviewed outstanding cases in preparation to draft status conference statements for cases with upcoming hearings. |
| 11/17/17 | A. Jinnah | 0.30 | 118.50 | Conduct preparation regarding cases status conference statement in Health Care Industry cases. |
| 11/17/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Complete (with minor edits) the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers, the Application For Order Setting Hearing On Shortened Notice and  the proposed Order; confirm filing of the Motion and Application. |
| 11/17/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Judge Zive's Errata to his Order scheduling the Continued Settlement Conference (.1) and prepared communication regarding same (.1). |
| 11/17/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] In accordance with Karl Block's request, review and prepare Settlement Agreement with Harbor Gardens, and transmit to Mr. Block for signatures. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 11/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Superior Court Cases/Blue Cross/Moscovitz] Review draft letter to Andrew Sherman on not taking action on Moscovitz until after review of documents and meeting with Mr. Walton; E-Mail to Brian Walton and David Herskovitz on authority to send letter. |
| 11/17/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers, completely revising the basis for the 9019 Motion and the reason to have it considered on shortened Notice. |
| 11/17/17 | J.A. Moe, II | 0.40 | 238.00 | [Moscovitz] Preliminarily review fourteen sets of documents consisting primarily of Tax Returns allegedly exculpatory. |
| 11/17/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Exchange E-Mails with David Herskovitz on Bob Patterson's refusal to provide voluntarily allegedly exculpatory information. |
| 11/17/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Preliminarily review the documents received from Mr. Herskovitz by Federal Express. |
| 11/17/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Exchange additional E-Mails with David Herskovitz on proposed letter to Herskovitz on proposed letter to Andrew Sherman on Mr. Sherman reviewing documents and meeting with Brian Walton. |
| 11/17/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens and RollinsNelson] Review entered Amended Orders on the Settlement Agreements and transmit to Brian Walton. |
| 11/17/17 | J.A. Moe, II | 1.40 | 833.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review, prepare to review, and revise the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers, then the prepare the Application For Order Setting Hearing On Shortened Notice. |

43

Litigation - Contested Matters and Adversary Proceedings                                    December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/17/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review, proposed Order on approval of the Application For Order Setting Hearing On Shortened Notice. |
| 11/17/17 | J.A. Moe, II | 0.20 | 119.00 | [Healthcare Related Cases] Review  status of and revise and expand the Status Conference Statement for the hearing on November 29th. |
| 11/17/17 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding changes to Judge Zive's order regarding the settlement conference. |
| 11/20/17 | A. Jinnah | 0.40 | 158.00 | Draft status conference statement in Health Care Industry cases. |
| 11/20/17 | J.A. Moe, II | 2.90 | 1,725.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise through three iterations the Declaration Of Service of the Court Order, the 9019 Motion and the Notice Of Hearing. |
| 11/20/17 | K.M. Howard | 0.20 | 53.00 | Analysis of court's order setting hearing on Joint Motion to Approve Terms and Conditions of Settlement Agreements reached with Debtor's directors and officers and culled key information for inclusion into Critical Dates Memo. |
| 11/20/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Judge Robles' Order regarding shortened notice on Debtor's Joint Motion to Approve Terms/Conditions of Settlement Agreement reached with Debtor's Directors and Officers to determine dates and requirements. |
| 11/20/17 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding the requirements of Judge Robles' Order regarding shortened notice on Debtor's Joint Motion to Approve Terms/Conditions of Settlement Agreement reached with Debtor's Directors and Officers. |
| 11/20/17 | J.A. Moe, II | 1.30 | 773.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare and await completion of the Notice of Hearing Date on the 9019 Motion seeking approval of the Settlement Agreement with the Directors & Officers. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/20/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review the Court's Order granting the Application Setting Hearing On Shortened Notice of the 9019 Motion seeking approval of the Settlement Argent with the Directors and Officers, then telephone each party required to be called in accordance with the Court Order. |
| 11/20/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare rough draft of Declaration Of Service of the Court Order, the 9019 Motion and the Notice Of Hearing. |
| 11/20/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare rough draft of Declaration Of Service of the Court Order, the 9019 Motion and the Notice Of Hearing. |
| 11/20/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Confer with Gary Klausner on exchange of Mediation Briefs previously submitted. |
| 11/21/17 | G. Newhouse | 0.50 | 325.00 | Office conference with A. Goodman and follow-up telephone conference with Dr. Donabedian regarding production of medical staff privileged documents in possession of medical staff; review and send letter confirming conversation. |
| 11/21/17 | A. Goodman | 0.80 | 200.00 | Communicated with Dr. Dobalian regarding production of privilege packets pursuant to subpoena duces tecum; strategized with G. Newhouse about drafting letter to Dr. Dobalian; drafted letter to Dr. Dobalian summarizing conversation and enclosing subpoena duces tecum; drafted email to R. Swadener about communication with Dr. Dobalian and response to subpoena duces tecum. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call returned to Karl Block's office on completing the Settlement Agreement; review Mr. Block's E-Mail on holding in trust and completing the Settlement Agreement (and signatures from Harbor Gardens). |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call with Eric Weissman on status of completing four Agreements entered into at the Mediation. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call from Stan Otake on completing Agreement with Harbor Gardens. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner] Telephone call from Stan Otake on status of Settlements Agreements with Cerner and Mr. Otake completing agreements with other Administrative Creditors. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Telephone call to Harry Baltayan on effectuating payment to Harbor Gardens and RollinsNelson. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson]   Review pleadings and prepare pleadings for transmittal to Bank for checks payable to two secured Creditors; prepare package and transmit to Harry Baltayan. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] E-Mail and telephone call returned to Eric Weissman, on delivery of the Cashiers' Check to Ed King. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] E-Mail to Stan Otake on return of tMr. Otake's signature on page 11 of the Settlement Agreement with Harbor Gardens. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation] Telephone call returned to Brian Walton on: status of completing of agreement with RollinsNelson, Harbor Gardens and the Directors & Officers, and the upcoming Mediation with Sycamore and Roxbury. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson]   Exchange multiple E-Mails with Harry Baltayan on preparing checks for Secured Creditors. |
| 11/28/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens/RollinsNelson] Exchange multiple additional E-Mails and telephone call with Harry Baltayan on payment to two Secured Creditors; telephone call with Brian Walton on authority to pay Harbor Gardens and RollinsNelson;  return call from Harry Batanyan |
| 11/28/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Meet with Bank Officer Harry Baltayan at California Bank & Trust to arrange delivery of $2,500,000 payable to Harbor Gardens. |
| 11/28/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Harry Baltayan; meet with Mr. Baltayan obtaining check for Harbor Gardens. |
| 11/28/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone call with Karl Block on Settlement Agreement with the Directors & Officers, then prepare (and exchange) two E-Mail Memoranda addressed to Mr, Block on affect of the Directors & Officers' Settlement Agreement the Harbor Gardens' Settlement Agreement. |
| 11/28/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Debtor's bank requesting information confirming the settlement between the Debtor's and secured creditors, RNG and Harbor-Gardens. |
| 11/28/17 | K.M. Howard | 0.30 | 79.50 | Gathered and assembled the Amended Orders and the Memorandum of Decision approving the settlement with RNG and Harbor-Gardens (.2) and prepared communication regarding same (.1). |
| 11/28/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Gary Klausner regarding the mediation brief with redactions filed prior to the mediation before Judge Zive. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/28/17 | A. Jinnah | 0.40 | 158.00 | Prepare for hearing regarding the status conference on the Health Care Industry cases. |
| 11/28/17 | A. Jinnah | 0.20 | 79.00 | Attend to call from Judge William Claster's clerk (Gus Hernandez) regarding continuance of hearing in Health Care Industry cases. |
| 11/28/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with J. Moe re mediation preparation. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Gary Torrell's E-Mail on unspecified issues he has with the Settlement Agreement with the Directors & Officers; telephone call with Michaela Sozio on issues raised by Mr. Torrell. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare E-Mail to Gary Torrell on whether unspecified changes to the Settlement Agreement are necessary. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Second telephone call with Michaela Sozio on unspecified changes to the Settlement Agreement requested by Gary Torrell. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health. DeLage Landen, Spineart, Orange County Heath Care Cases]  Review status of each of the Superior Cases. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Telephone call returned to Michaela Sozio on completing Settlement Agreement with signatures and preparing for hearing on December 4th. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] E-Mail to Brian Walton and David Herskovitz on conference call on purported claims against the Moscovitz Foundation. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Law Firm Of Stephenson Aquisto Coleman] Exchange E-Mails with, and telephone call from Adi Grigorian on status of the Case and possible eventual small distribution to Unsecured Creditors, but subject to third day of Mediation. |

Litigation - Contested Matters and Adversary Proceedings                                December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Request For Documents]  Review multiple E-Mails from George Newhouse and Amanda Goodman and voice-mail from Mr. Newhouse; review information on Dr. Dabalian;  return call to Mr. Newhouse's office on status of providing information in Dr. Dabalian. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Harbor Gardens]  Exchange E-Mails with Karl Block on payment to Harbor Gardens, and review of signatures received from Mr. Block;  E-Mail to Andrew Sherman on signatures. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Ed King on payment to Harbor Gardens Capital I, LLS. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Directors & Officers] Exchange E-Mails with Tom Lallas on signatures on the Settlement Agreement. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Directors & Officers] Exchange E-Mails with Michaela Sozio on signatures of Ron Wolfson, William Nelson and Jeff Ahlholm on the Settlement Agreement. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Directors & Officers] Telephone call from  Michaela Sozio on completing the Settlement Agreement, review signatures and "process" of obtaining the additional signatures. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Directors & Officers] Review multiple E-Mails from Jon Pastor and E-Mail form David Herskovitz on completing the Settlement Agreement. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Directors & Officers/Harbor Gardens]  Telephone call from Andrew Sherman on completing the Settlement Agreements with Harbor Gardens and the Directors & Officers. |
| 11/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Andrew  Sherman on upcoming Mediation. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Gary Torrell's E-Mail with proposed correction and additions to the Settlement Agreement; consider proposed changes; successive E-Mails to Michaela Sozio |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Review Signatures received now from all parties, and transmit fully executed Settlement Agreement to Karl Block. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Orange County Cases] Review rough draft of letter on insurance coverage previously sent to Tracy Green, then re-transmit to Ms. Green on necessity to prepare new letter in preparing letter to Insurance Carrier on coverage; exchange E-Mails with David Herskovitz on assistance from Ms. Green. |
| 11/29/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Payments To Secured Creditors] Telephone call from Oscar Huerta on payments to Harbor Gardens and RollinsNelson, and review of funds held for Sycamore/Roxbury. |
| 11/29/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] In regard to Gary Torrells' E-Mail with changes, telephone call with Michaela Sozio and exchange of E-Mails with Tom Lallas on proposed changes and setting conference on proposed changes; transmit current form of Settlement Agreement to Mr. Lallas and Ms. Sozio. |
| 11/29/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Prepare for and meet with Eric Weissman on Settlement Agreement; exchange E-Mails with Ed King on completion of and delivery of funds payable to Harbor Gardens on the Agreement. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/29/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Telephone calls with Eric Weissman on fulfilling the terms of the Settlement Agreement; prepare for and meet with Eric Weissman on Settlement Agreement; exchange E-Mails with Ed King on Agreement. |
| 11/29/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Multiple E-Mails with Gary Klausner and Andrew Sherman on exchange of Mediation Briefs; prepare Debtor's Mediation Brief for Mr. Klausner. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Gary Torrell on proposed changes to the Settlement Agreement. |
| 11/29/17 | J.A. Moe, II | 0.50 | 297.50 | [Moscovitz] Telephone conference with Brian Walton and David Herskovitz on how to proceed with the Committee on the Committee's assertion of possible claims against the the Moscovitz Foundation, and content of the letter to be sent to the Committee. |
| 11/29/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Continued telephone conference with Brian Walton and David Herskovitz on how to proceed with Gary Torrell's suggested changes to the Settlement Agreement. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Continued telephone conference with Brian Walton and David Herskovitz on demand to Insurance Carrier for payment in settlement of claims in regard to upcoming Mediation. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare for conference call with Michaela Sozio and Tom Lallas reviewing the Settlement Agreement. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/29/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Conference call with Michaela Sozio and Tom Lallas reviewing Gary Torrell's proposed changes to the Settlement Agreement. |
| 11/29/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare revised Settlement Agreement for the Directors & Officers, incorporating Mr. Torrell's changes. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Gary Torrell, Michaela Sozio and Tom Lallas on Mr. Torrell's suggested additional language in regard to one of his six proposed changes; review and consider change and impact on Agreement being revised. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz] Prepare completely revised draft of letter to Andrew Sherman on agreement to first review the Moscovitz documents (in accordance with suggested corrections reviewed with Messrs. Walton and Herskovitz) and confer with the Moscovitz Foundation, before commencing Litigation. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Correct the Settlement Agreement with additional insert suggested by Gary Torrell. |
| 11/29/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] E-Mails to Michael Sozio and Tom Lallas, on change to the Agreement incorporating Mr. Torrell's last change; E-Mails to Ms. Sozio and Mr. Lallas transmitting the redlined Agreement, awaiting response and recommending conference call, and setting conference. |
| 11/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call with Michaela Sozio on the revised Settlement Agreement, conferring on one change and one issue (and then rescheduling with Tom Lallas). |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/29/17 | J.A. Moe, II | 0.10 | 59.50 | [Orange County Cases] Telephone call from Kathryn Stanton on appearance with Tracy Green in Orange County Superior Court (and also discussing issue of payment to OCP's). |
| 11/29/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Gary Torrell on status of additions to the Settlement Agreement, and proceeding with telephone conference at 8:45 a.m. on completing draft of revised Agreement |
| 11/29/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz]Preliminary review four additional sets of documents for the Committee's review on Moscovitz (now totaling 17 packages of documents) received from David Herskovitz. |
| 11/29/17 | A. Jinnah | 0.40 | 158.00 | Attend court call regarding status conference in Spineheart matter. |
| 11/29/17 | A. Jinnah | 0.30 | 118.50 | Prepare for court hearing regarding status of Spineheart matter. |
| 11/29/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised chart reflecting claims at issue and asserted by the secured creditors. |
| 11/29/17 | K.M. Howard | 0.60 | 159.00 | Gathered and assembled materials to assist attorney in revising various settlement agreements for secured creditors. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise second draft of the Notice/Submission on Amended Settlement Agreement with Directors & Officers. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Preliminary review yet additional set of documents for the Committee's review on Moscovitz (now totaling 17 packages of documents) received from David Herskovitz. |
| 11/30/17 | K.M. Howard | 0.70 | 185.50 | Began assembling and organizing pleadings for use at hearing on December 4, 2017 regarding the settlement of claims of RNG and Harbor-Gardens. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Michaela Sozio on David Tartaglio's approval of the Settlement Agreement and E-Mails on disseminating the revised Agreement to other parties. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Gary Klausner on exchange of unredacted Mediation Briefs. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone call returned from Andrew Sherman on revisions to the Settlement Agreement; review Settlement Agreement and send to Andrew Sherman for review. |
| 11/30/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review first rough draft of the Notice/Submission on Amended Settlement Agreement with Directors & Officers, reviewing the necessity to completely format the pleading. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Exchange E-Mails David Herksovitz on completing Letter addressed to Andrew Sherman on investigation of Moscovitz Claim. |
| 11/30/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with T. Moe re mediation with Weiner entities. |
| 11/30/17 | A. Jinnah | 0.20 | 79.00 | Review orders from status conferences in both Health Care Industry and Spineheart cases. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange multiple E-Mails with Michaela Sozio, Tom Lallas and Gary Torrell on approval of the Agreement, and transmittal to David Tartaglio. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange multiple E-Mails with Tom Lallas and Michaela Sozio on preparing to confer on the revised Settlement Agreement. |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz]  Revise letter to Andrew Sherman through two iterations on agreeing to review documents and confer with a representative of the Moscovitz Foundation. |
| 11/30/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Telephone conference with Tom Lallas and Michaela Sozio reviewing line by line the Gary Torrell's proposed changes to the Settlement Agreement. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Correct the Settlement Agreement, in accordance with conference with Michaela Sozio and Tom Lallas reviewing the Agreement. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review corrected Settlement Agreement, and make additional  corrections with intermittent E-Mails exchanged with Michaela Sozio and Tom Lallas on change. |
| 11/30/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Conference telephone call with Gary Torrell, Michaela Sozio and Tom Lallas reviewing the proposed revised Settlement Agreement. |
| 11/30/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Make additional correction to the Settlement Agreement  as discussed with  Gary Torrell, Michaela Sozio and Tom Lallas. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Spineart]  Review status of the Spineart Litigation, and review of upcoming continued hearing at the beginning of 2018. |
| 11/30/17 | J.A. Moe, II | 0.10 | 59.50 | [Health Care Industry Cases] Review status of the Cases and continued hearing. |
| 11/30/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare first draft of the Notice/Submission on Amended Settlement Agreement with Directors & Officers, awaiting review. |

Total Hours                   115.80

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

Fee Amount

$61,957.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 1.30 | $845.00 |
| G. Newhouse | $650.00 | 1.80 | $1,170.00 |
| J.A. Moe, II | $595.00 | 90.00 | $53,550.00 |
| A. Goodman | $250.00 | 2.60 | $650.00 |
| A. Jinnah | $395.00 | 3.20 | $1,264.00 |
| K.M. Howard | $265.00 | 16.90 | $4,478.50 |
| Totals | | 115.80 | $61,957.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 22.90 |
| | | SUBTOTAL | 22.90 |
| 10/27/2017 | Filing Fees Ahmed R. Jinnah, Attend Case Management Conference in De Lage Landen v. Gardens by CourtCall. | | 86.00 |
| 11/30/2017 | Filing Fees Ahmed R. Jinnah, Gardens v. Spineart USA - Appearance at hearing by CourtCall. | | 86.00 |
| | | SUBTOTAL | 172.00 |
| 10/23/2017 | Ground Transportation Samuel R. Maizel, Parking during Gardens Mediation. | | 8.00 |
| 10/24/2017 | Ground Transportation Samuel R. Maizel, Parking during Gardens Mediation. | | 8.00 |
| | | SUBTOTAL | 16.00 |
| 11/20/2017 | CASE ANYWHERE LLC | | 5.00 |
| | | SUBTOTAL | 5.00 |
| 11/3/2017 | Parking - Monthly MICHAELA SOZIO | | 43.25 |
| 11/3/2017 | Parking - Monthly DENISE CHEN | | 43.25 |
| 11/3/2017 | Parking - Monthly BRIAN WALTON | | 43.25 |

Litigation - Contested Matters and Adversary Proceedings

December 12, 2017

Matter: 15257497-000015
Invoice No.: 1963215

| Date | Description | | Amount |
|------|-------------|--|--------|
| | | SUBTOTAL | 129.75 |
| 10/24/2017 | WESTLAW ZEEFE\MALKA | | 75.00 |
| | | SUBTOTAL | 75.00 |
| | Total Disbursements | | $420.65 |
| | Fee Total | $ | 61,957.50 |
| | Disbursement Total | $ | 420.65 |
| | Invoice Total | $ | 62,378.15 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

## Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853845 | 32,510.00 | (260.00) | 32,250.00 |
| 02/22/17 | 1865404 | 9,285.71 | (312.21) | 8,973.50 |
| 03/10/17 | 1870876 | 12,867.05 | (858.05) | 12,009.00 |
| 04/19/17 | 1883654 | 58,143.10 | (747.60) | 57,395.50 |
| 05/24/17 | 1895427 | 36,355.95 | (162.95) | 36,193.00 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | (143.10) | 48,507.50 |
| 08/14/17 | 1920738 | 58,661.56 | (946.06) | 57,715.50 |
| 09/14/17 | 1930412 | 30,032.96 | (833.96) | 29,199.00 |
| 10/17/17 | 1942311 | 21,723.15 | (468.15) | 21,255.00 |
| 11/13/17 | 1951646 | 76,142.34 | (179.84) | 75,962.50 |
| 12/12/17 | 1963215 | 62,378.15 | 0.00 | 62,378.15 |

Total Outstanding Invoices      $488,904.65

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963216**

Client/Matter: 15257497-000017

Non Working Travel                                    Payment Due Upon Receipt

Total This Invoice                          $          714.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963216**

Client/Matter:  15257497-000017

Non Working Travel

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/14/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Travel to the Roybal Federal Building for the hearings before Judge Robles on approval of the Settlement Agreements. |
| 11/14/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation] Return travel to Dentons following the hearing before Judge Robles on approval of the Settlement Agreements. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Travel to California Bank & Trust to effectuate payment to Harbor Gardens. |
| 11/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Return travel from California Bank & Trust. |

Total Hours  1.20

Fee Amount  $714.00

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 1.20 | $714.00 |
| Totals | | 1.20 | $714.00 |

Fee Total  $   714.00

Invoice Total  $   714.00



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000017

Non Working Travel

## Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853848 | 9,771.00 | 0.00 | 9,771.00 |
| 02/22/17 | 1865510 | 2,220.00 | 0.00 | 2,220.00 |
| 03/10/17 | 1870878 | 1,365.00 | 0.00 | 1,365.00 |
| 05/24/17 | 1895428 | 1,249.50 | 0.00 | 1,249.50 |
| 06/12/17 | 1900472 | 476.00 | 0.00 | 476.00 |
| 09/14/17 | 1930413 | 357.00 | 0.00 | 357.00 |
| 11/13/17 | 1951647 | 2,439.50 | 0.00 | 2,439.50 |
| 12/12/17 | 1963216 | 714.00 | 0.00 | 714.00 |

Total Outstanding Invoices                    $18,592.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963217**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                                    $        1,744.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963217**

Client/Matter:  15257497-000018

Plan and Disclosure Statement

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | S. Maizel | 0.70 | 455.00 | Revising chart regarding sources and uses of cash for confirmation (.5); review and respond to emails re same (.2). |
| 11/07/17 | S. Maizel | 1.40 | 910.00 | Revising chart showing services and uses of cash for confirmation (0.7); work on confirmation strategy (0.7). |
| 11/07/17 | S. Maizel | 0.40 | 260.00 | Review chart showing professional fees to date. |
| 11/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Sources And Uses Of Funds] Review the updated Sources And Uses Chart, then transmit to and telephone call with Brian Walton on the Chart. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 2.70 | | |
| Fee Amount | | | | $1,744.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 2.50 | $1,625.00 |
| J.A. Moe, II | $595.00 | 0.20 | $119.00 |
| Totals | | 2.70 | $1,744.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,744.00 | |
| | | | |
| Invoice Total | $ | 1,744.00 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

---

Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853849 | 1,864.50 | 0.00 | 1,864.50 |
| 02/22/17 | 1865405 | 59.50 | 0.00 | 59.50 |
| 04/19/17 | 1883663 | 59.50 | 0.00 | 59.50 |
| 05/24/17 | 1895429 | 773.50 | 0.00 | 773.50 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | (31.10) | 1,364.00 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |
| 12/12/17 | 1963217 | 1,744.00 | 0.00 | 1,744.00 |

Total Outstanding Invoices      $7,363.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963219**

Client/Matter: 15257497-000020

Relief from Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice $ 543.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963219**

Client/Matter: 15257497-000020

Relief from Stay and Adequate Protection

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Mutual Of Omaha Cases] Review and transmit to Cheryl Orr the Motion For Relief From Stay and entered Order. |
| 11/10/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation] Review Boris Mankovetskiy's proposed changes to Notice Of Settlement Agreements (on the Harbor Motion and the RNG Motion). |
| 11/10/17 | K.M. Howard | 0.40 | 106.00 | Reviewed docket and assembled all pleadings pertaining to All State County Mutual's Motion for Relief from Automatic Stay. |
| 11/29/17 | K.M. Howard | 0.50 | 132.50 | Reviewed and redacted excerpts of mediation brief in conjunction with request from secured creditor's counsel. |
| 11/30/17 | K.M. Howard | 0.70 | 185.50 | Reviewed docket and assembled key items to assist attorney in finalizing the Amended Settlement Agreement and Notice thereof. |

| | | | |
|---|---|---|---|
| Total Hours | | 1.80 | |
| Fee Amount | | | $543.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 0.20 | $119.00 |
| K.M. Howard | $265.00 | 1.60 | $424.00 |
| Totals | | 1.80 | $543.00 |

Relief from Stay and Adequate Protection                                        December 12, 2017

Matter: 15257497-000020
Invoice No.: 1963219

|                | | |
|----------------|---|---|
| Fee Total      | $ | 543.00 |
| Invoice Total  | $ | 543.00 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853851 | 2,795.00 | 0.00 | 2,795.00 |
| 02/22/17 | 1865406 | 2,772.00 | 0.00 | 2,772.00 |
| 03/10/17 | 1870879 | 6,497.00 | 0.00 | 6,497.00 |
| 04/19/17 | 1883664 | 1,216.50 | 0.00 | 1,216.50 |
| 05/24/17 | 1895430 | 178.50 | 0.00 | 178.50 |
| 07/11/17 | 1907898 | 79.50 | 0.00 | 79.50 |
| 08/14/17 | 1920740 | 2,771.50 | 0.00 | 2,771.50 |
| 09/14/17 | 1930416 | 1,092.00 | 0.00 | 1,092.00 |
| 10/17/17 | 1942312 | 1,118.00 | 0.00 | 1,118.00 |
| 11/13/17 | 1951626 | 1,944.50 | 0.00 | 1,944.50 |
| 12/12/17 | 1963219 | 543.00 | 0.00 | 543.00 |

Total Outstanding Invoices                    $21,007.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963220**

Client/Matter: 15257497-000021

Reporting

Payment Due Upon Receipt

Total This Invoice                                  $         556.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

December 12, 2017

**Invoice No. 1963220**

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

Client/Matter: 15257497-000021

Reporting

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/06/17 | K.M. Howard | 0.20 | 53.00 | Received and reviewed debtor's bank statements for October 2017 in conjunction with submission to the US Trustee. |
| 11/15/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and organized Debtor's October 2017 bank statements in conjunction with submitting each to the U.S. Trustee. |
| 11/15/17 | K.M. Howard | 0.20 | 53.00 | Finalized Debtor's October 2017 bank statement (.1) and submitted each to U.S. Trustee (.1). |
| 11/15/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from U.S. Trustee confirming receipt of submitted bank statements of Debtor. |
| 11/21/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to the Debtor regarding the Monthly Operating Report for October 2017. |
| 11/28/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Karen Nimniyom regarding the Monthly Operating Report for October 2017. |
| 11/28/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised October 2017 Monthly Operating Report. |
| 11/28/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from the U.S. Trustee confirming receipt of the submitted summary of disbursements for October 2017. |
| 11/28/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Debtor's Monthly Operating Report for October 2017 (.1) and prepared Debtor's Monthly Operating Report Disbursement Summary for October 2017 (.3). |
| 11/28/17 | K.M. Howard | 0.20 | 53.00 | Finalized Debtor's Monthly Operating Report Disbursement Summary for October 2017 (.1) and submitted same to the Office of the U.S. Trustee (.1). |

Total Hours                 2.10

Reporting                                                               December 12, 2017

Matter: 15257497-000021
Invoice No.: 1963220

Fee Amount                                                                  $556.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K.M. Howard | $265.00 | 2.10 | $556.50 |
| Totals | | 2.10 | $556.50 |

Fee Total                         $        556.50

Invoice Total                     $        556.50



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000021

Reporting

## Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | (50.00) | 795.00 |
| 05/24/17 | 1895432 | 1,208.50 | (30.00) | 1,178.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | (38.00) | 907.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | (21.60) | 987.00 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |
| 11/13/17 | 1951588 | 2,201.50 | (51.00) | 2,150.50 |
| 12/12/17 | 1963220 | 556.50 | 0.00 | 556.50 |
| | | Total Outstanding Invoices | | $16,960.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

**Invoice No. 1963224**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

Total This Invoice                                    $        13,599.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

December 12, 2017

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

**Invoice No. 1963224**

Client/Matter:  15257497-000024

Appellate Proceedings

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/1/17 | S. Maizel | 1.10 | Review and respond to emails re State appeal of sale order (.1); review pleadings re motion to dismiss for oral argument (1.0). |
| 11/2/17 | S. Maizel | 0.30 | Telephone conference with Wendi Horwitz re possible settlement of sale order appeal. |
| 11/2/17 | S. Reinhardt | 0.20 | Retrieve electronic journal article for S. Maizel |
| 11/3/17 | K.M. Howard | 1.10 | Analysis of Appellant's Designated of Record on Appeal and cross-referenced each designation to the bankruptcy court docket and the district court docket to determine Appellee's counter-designations. |
| 11/3/17 | K.M. Howard | 0.10 | Analysis of communication from Sam Maizel regarding the debtor's reply brief on the sale order for the Motion to Dismiss. |
| 11/3/17 | K.M. Howard | 0.30 | Reviewed docket (.1) and prepared responsive communication to Sam Maizel regarding the Debtor's Reply to the AG's Opposition to the Motion to Dismiss and the court's extension regarding the filing of our reply brief to the AG's opening brief, including a subsequent communication regarding debtor's reply to the opposition (.2). |
| 11/3/17 | S. Maizel | 0.70 | Revising Rule 28(j) letter for sale order appeal. |
| 11/6/17 | K.M. Howard | 0.30 | Reviewed docket in QAF tax decision appeal and culled key pleadings including Appellant's Designation of Record to assist attorney in his analysis of same. |
| 11/6/17 | K.M. Howard | 0.20 | Telephone conference with clerk regarding counter-designations. |
| 11/6/17 | S. Maizel | 0.20 | Research re designation of record in QAF Tax Appeal. |
| 11/6/17 | S. Maizel | 0.30 | Review and revise FRAP 28(j) letter re sale order appeal. |
| 11/6/17 | S. Maizel | 2.00 | Research re argument on motion to dismiss state appeal of sale order. |
| 11/6/17 | E. Cobarrubias | 0.20 | Pull 2 reported bankruptcy decisions, In re Pursuit Capital and In re Susan G. Brown, for S. Maizel. |
| 11/7/17 | S. Maizel | 0.30 | Review and sign FRAP 28(j) notice for appeal of sale order. |

2

Appellate Proceedings

December 12, 2017

Matter: 15257497-000024
Invoice No.: 1963224

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/8/17 | K.M. Howard | 0.20 | Analysis of the briefing schedule filed by the court and culled deadlines pertaining to Appellant's Opening Brief in the Appeal of the QAF Tax Decision. |
| 11/8/17 | K.M. Howard | 0.10 | Prepared communication regarding Appellant's deadline to file the opening brief. |
| 11/9/17 | S. Maizel | 1.00 | Research re new legislation on sale of NFP re state appeal of sale order. |
| 11/10/17 | K.M. Howard | 0.20 | Reviewed two appellate dockets in district court to determine new deadlines and/or rulings from the Court regarding filing of subsequent opinion and the completion of the record on appeal. |
| 11/14/17 | K.M. Howard | 0.20 | Analysis of the Court's notice of completed record and briefing schedule and culled requirements for inclusion into critical dates memorandum. |
| 11/14/17 | K.M. Howard | 0.10 | Prepared communications regarding the court's briefing schedule regarding the DHCS' appeal. |
| 11/16/17 | T. Moyron | 0.10 | Prepare email to S. Maizel regarding filing with Court with respect to 5914 in connection with AG's argument in opposition to motion to dismiss. |
| 11/16/17 | K.M. Howard | 0.60 | Drafted index to Motion to Dismiss Appellate Binder. |
| 11/16/17 | K.M. Howard | 0.40 | Prepared and finalized Motion to Dismiss Appeal hearing binder. |
| 11/16/17 | S. Maizel | 2.60 | Research re issues on motion to dismiss argument. |
| 11/16/17 | K.M. Howard | 0.60 | Reviewed District Court docket and US Bankruptcy Court docket and culled and organized pleadings pertaining to Debtor's Motion to Dismiss AG's Appeal. |
| 11/17/17 | K.M. Howard | 0.20 | Reviewed and updated appellate binder pertaining to Debtor's Motion to Dismiss Attorney General's Appeal for Lack of Jurisdiction. |
| 11/17/17 | K.M. Howard | 0.20 | Analysis of Judge Robles' Amended Orders pertaining to the settlement agreements with the secured creditors (.1) and prepared communication regarding same (.1). |
| 11/17/17 | K.M. Howard | 0.10 | Analysis of Debtor's Second Supplement to Motion to Dismiss Attorney General's Appeal for Lack of Jurisdiction and culled for inclusion into Appellate Binder. |
| 11/17/17 | K.M. Howard | 0.30 | Reviewed and revised index to Appellate Binder to include Second Supplement to Motion to Dismiss. |
| 11/17/17 | K.M. Howard | 0.10 | Organized and incorporated newly filed documents regarding Debtor's Motion to Dismiss Appeal into Appellate Binder. |

3

Appellate Proceedings

December 12, 2017

Matter: 15257497-000024
Invoice No.: 1963224

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/17/17 | T. Moyron | 0.20 | Analyze letter to District Court regarding AB 651, and prepare comments thereto. |
| 11/17/17 | S. Maizel | 3.60 | Preparation for oral argument on state appeal of sale order (1.0); research re "capable of repetition yet evading review" exception to mootness doctrine re amended statute (1.6); revising Rule 28(j) letter re new section 5914 (1.0). |
| 11/21/17 | K.M. Howard | 0.20 | Received and reviewed Terry Guerrero's response regarding the hearing on Debtor's Motion to Dismiss (.1) and prepared reply thereto (.1). |
| 11/21/17 | S. Maizel | 0.50 | Emails with Wendi Horwitz re re-scheduling oral argument on motion to dismiss. |
| 11/21/17 | K.M. Howard | 0.10 | Prepared communication to Judge Staton's clerk regarding the hearing on Debtor's Motion to Dismiss the Attorney General's appeal. |
| 11/22/17 | T. Moyron | 0.40 | Prepare and finalize ex parte application. requesting continuance of hearing. |
| 11/22/17 | S. Maizel | 1.00 | Telephone conference with Wendi Horwitz, AG attorney, re continuing oral argument (.2); drafting ex parte application for re-scheduling of oral argument. |
| 11/28/17 | T. Moyron | 0.50 | Prepare order on ex parte application (.3); correspond regarding filing and lodging of same (.2). |
| 11/29/17 | K.M. Howard | 0.10 | Analysis of Judge Staton's Order continuing the hearing on Debtor's Motion to Dismiss and culled new hearing date. |
| 11/29/17 | K.M. Howard | 0.20 | Prepared communications regarding the continued hearing date on debtor's Motion to Dismiss Appeal. |
| 11/30/17 | S. Maizel | 1.00 | Prepare for argument on motion to dismiss appeal. |
| Total Hours | | 22.10 | |
| Fee Amount | | | $11,815.50 |

Appellate Proceedings

December 12, 2017

Matter: 15257497-000024
Invoice No.: 1963224

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 14.60 | $9,490.00 |
| T. Moyron | $550.00 | 1.20 | $660.00 |
| S. Reinhardt | $230.00 | 0.20 | $46.00 |
| K.M. Howard | $265.00 | 5.90 | $1,563.50 |
| E. Cobarrubias | $280.00 | 0.20 | $56.00 |
| Totals | | 22.10 | $11,815.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 10/28/2017 | WESTLAW MOYRON\TANIA | | 241.00 |
| 10/29/2017 | WESTLAW MOYRON\TANIA | | 109.50 |
| 11/9/2017 | WESTLAW MOYRON\TANIA | | 437.50 |
| 11/10/2017 | WESTLAW MOYRON\TANIA | | 501.00 |
| 11/12/2017 | WESTLAW MOYRON\TANIA | | 34.50 |
| 11/13/2017 | WESTLAW MOYRON\TANIA | | 138.00 |
| 11/16/2017 | WESTLAW MOYRON\TANIA | | 253.50 |
| 11/25/2017 | WESTLAW MOYRON\TANIA | | 69.00 |
| | | SUBTOTAL | 1,784.00 |
| | Total Disbursements | | $1,784.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 11,815.50 | |
| Disbursement Total | $ | 1,784.00 | |
| Invoice Total | $ | 13,599.50 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

December 12, 2017

Client/Matter #: 15257497-000024

Appellate Proceedings

---

## Statement of Account

According to our records, as of December 12, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 06/12/17 | 1900475 | 51,599.50 | (1,717.50) | 49,882.00 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | (326.10) | 13,466.50 |
| 10/17/17 | 1942385 | 36,077.32 | (442.82) | 35,634.50 |
| 11/13/17 | 1951655 | 22,102.50 | (119.50) | 21,983.00 |
| 12/12/17 | 1963224 | 13,599.50 | 0.00 | 13,599.50 |

Total Outstanding Invoices    $194,300.00

Credits On Account    $48.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): ***Dentons US LLP's Sixteenth Monthly Fee Application For Allowance And Payment Of Interim Compensation / Reimbursement Of Expenses For The Period Of November 2017,*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 10, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

***SEE ATTACHED SERVICE LIST NO. 1***

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date* ) January 10, 2018, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST NO. 2.**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 10, 2018, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 10, 2018 | GLENDA SPRATT | /s/Glenda Spratt |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

## 1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony R. Bisconti on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

Bruce M Bunch on behalf of Creditor Doug Sunstedt
pam@bunchlawyers.com

Louis J Cisz, III on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Richard K Diamond - rdiamond@dgdk.com; DanningGill@gmail.com;
rdiamond@ecf.inforuptcy.com

Barry S. Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

Jeffrey I Golden on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Rhonda S. Goldstein on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

M. Jonathan Hayes  jhayes@srhlawfirm.com; roksana@srhlawfirm.com;
matthew@srhlawfirm.com; rosarioz@srhlawfirm.com; jfisher@srhlawfirm.com;
mariasrhlawfirm.com; jhayesecf@gmail.com

Lawrence J. Hilton on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com;
crodriguez@onellp.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Steven J. Katzman on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

Talin Keshishian - tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC
and on behalf of Creditor Sycamore Health Care Services, LLC; gek@lnbyb.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Stuart I. Koenig on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

Elan S. Levey on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

Boris I. Mankovetskiy on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

David W. Meadows on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

Reed M. Mercado - rmercado@sheppardmullin.com

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

Steven G. Polard on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@eisnerlaw.com, lcorrales@eisnerlaw.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

Paul F Ready - tamara@farmerandready.com

David M Reeder on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

J. Alexandra Rhim on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

Mary H Rose on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.; mrose@buchalter.com,

Daniel Robert Schimizzi on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com; cwirick@bernsteinlaw.com

George E Schulman - GSchulman@DGDK.com; danningGill@gmail.com; gschulman@ecf.inforuptcy.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

Andrew H. Sherman on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Roman Shkodnik - roman@yeremianlaw.com

Leonard M Shulman on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

Kenneth K. Wang on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

Johnny White on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
JWhite@wrslawyers.com, aparisi@wrslawyers.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**2 TO BE SERVED BY U.S. MAIL:**

| *Regulatory Agencies* | |
|---|---|
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Office:  (916) 445-9555 | Wendi A. Horwitz<br>Deputy Attorney General<br>Tania Ibanez<br>James Toma<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office:  (213) 897-2178<br>wendi.horwitz@doj.ca.gov<br>tania.ibanez@doj.ca.gov<br>james.toma@doj.ca.gov |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office:  (213) 894-2400<br>Fax:  (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax:  (202) 307-6777 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office:  (213) 576-3009 | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office:  (202) 690-6610<br>Fax:  (202) 690-7203 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office:  (916) 845-6500<br>Fax:  None | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office:  (916) 464-4430 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office:  (866) 333-4606 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office:  (415) 437-8156<br>Fax:  (415) 437-8188 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office:  (267) 941-6800 | Office of the Attorney General<br>Consumer Law Section<br>Attn:  Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office:  (415) 703-5500<br>Fax:  (415) 703-5480 |

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA  90211<br>eweissman@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office:  (619) 940-0553 Ext. 3<br>Fax:  (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office:  (202) 785-9100<br>Fax:  (202) 785-9163<br>[Counsel for Cerner Health Services] | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn:    Pioneer Carson Corp., General Partner<br>          Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA  18101 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA  90503 |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Blvd.<br>City of Industry CA 91744<br>Office:  626-677-6488<br>grace@meiguorealty.com | Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aerojet Avenue #323<br>El Monte, CA 91731<br>Office:  626/569-3724<br>Fax:  626/927-9842 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA  90057<br>310.701.1665 | Aaron L. Durall<br>Durall Capital Holdings<br>8411 W. Oakland Park Blvd., Suite 302<br>Sunrise, FL   33351-7357 |
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C.  20032<br>Office:  (202) 574-5700 | Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Blvd., Ste. 302<br>Los Angeles, CA 90010 |
| Kansas State Bank of Manhattan<br>c/o Stephen Biegenzahn<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA  90067 | |
| **Creditor's Committee** | |
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office:  (614) 533-3125<br>Email:  rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office:  (415) 227-3585<br>Email:  rzadek@buchalter.com |
| | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3