SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1]<br><br>       Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**DENTONS US LLP'S SEVENTEENTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 2017**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1.    Dentons US LLP (the "Firm") submits its Seventeenth Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of December 2017 (the "Application Period") for work performed for Gardens Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully represents as follows:

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is:  21530 Pioneer Blvd., Hawaiian Gardens, California  90716.

106529870\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2.    The Firm is counsel of record to Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    The Firm billed a total of **$101,370.45** in fees and expenses during the Application Period. The total fees represent **197.6** hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 2017 | $99,144.00 | $2,226.45 | $101,370.45 |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of **$81,541.65** at this time. This total is comprised as follows: **$79,315.20** (80% of the fees for services rendered) plus **$2,226.45** (100% of the expenses incurred).

5.    As of August 9, 2017, the Firm has been paid $50,000.00 out of the prepetition retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00, and in February 2017 the Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00 for a total of $1,425,000.00.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 61,671.13 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ -0- | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ -0- | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ -0- | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ -0- | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ -0- | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ -0- | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$1,425,000.00** | |

106529870\V-1

6.      To date, the Firm has incurred the following in fees (80%) and costs (100%):

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $   627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $   168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $   206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $   215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $   145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $   162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $     74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $   103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $     73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $   139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $     85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $     92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $     54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $     54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $     94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $     75,013.85 | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $     81,541.65 | 80% of fees and 100% of expenses |
| **Subtotal of fees/costs** | **$2,455,595.49** | 80% of fees and 100% of expenses |
| **Debtor's payments to the Firm** | **($1,425,000.00)** | |
| **Total Owed to the Firm to Date** | **$1,030,595.49** | 80% of fees and 100% of expenses |

7.      The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257]. The Debtor was authorized to pay, and paid Dentons $375,000.00.

8.      The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens. The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court. The Debtor has placed in a segregated account the amounts necessary to pay in full the remaining Secured Creditors. After payment of the DIP lender, payment of secured creditors and reserving funds for additional secured creditors, the Debtor holds funds in excess of that necessary to pay the additional secured creditors, and, the Debtor, therefore, has paid a portion of professional fees in accordance with the Professionals' Monthly Fee Applications.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

9.      Attached hereto as **Exhibit "A"** is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached hereto as **Exhibit "B"** are the detailed time and expense statements for the Application Period.  Attached hereto as **Exhibit "C"** are Dentons' December 2017 billing statements.

10.     The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case. The Application was served by either ECF of by first class mail, postage prepaid, on or about November 9, 2017.

11.     Notice of the filing of this Application will be served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case.

12.     Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

13.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures*.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  Dated: February 15, 2018

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
SAMUEL R. MAIZEL
JOHN A. MOE, II


BY:_____/s/ *John A. Moe, II*_____
        JOHN A. MOE, II
ATTORNEYS FOR DEBTOR,
GARDENS REGIONAL HOSPITAL AND
MEDICAL CENTER, INC.

## **EXHIBIT A**

## EXHIBIT A

### DENTONS' PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| G. Newhouse | Partner | $650.00 |
| S. Walker | Partner | $650.00 |
| John A. Moe II | Partner | $595.00 |
| T. Moyron | Counsel | $550.00 |
| Ahmed R. Jinnah | Associate | $395.00 |
| A. Goodman | Associate | $250.00 |
| Kathryn M. Howard | Paralegal | $265.00 |
| T. Ryan | Paralegal | $340.00 |

106518747\V-1

# EXHIBIT B

## EXHIBIT B

### TIME AND EXPENSE STATEMENTS

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Administration | 000003 | 9.6 | $2,714.50 | $140.10 |
| Asset Disposition | 000005 | .5 | $132.50 | $ -0- |
| Claims Administration and Objections | 000009 | 12.9 | $7,411.50 | $ -0- |
| Employment and Fee Applications | 000012 | 20.0 | $5,894.50 | $31.10 |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 123.8 | $66,390.50 | $680.65 |
| Non-Working Travel | 000017 | 4.6 | $2,902.00 | $ -0- |
| Plan and Disclosure Statement | 000018 | .9 | $585.00 | $ -0- |
| Relief from Stay & Adequate Protection | 000020 | 6.7 | $3,425.50 | $9.00 |
| Reporting | 000021 | 2.2 | $583.00 | $557.70 |
| Appellate Proceedings | 000024 | 16.4 | $9,105.50 | $807.90 |
| **TOTAL** | | **197.6** | **$99,144.00** | **$2,226.45** |

106518747\V-1

## EXHIBIT C



Dentons US LLP                 Salans FMC SNR Denton
601 S. Figueroa Street         McKenna Long
Suite 2500                     dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                    January 24, 2018
3719 Meadville Dr.
Sherman Oaks, CA 91403                          **Invoice No. 1974760**
USA

Client/Matter: 15257497-000003

Administration

_____ Payment Due Upon Receipt

Total This Invoice                          $        2,854.60

Please return this page with your payment

Payments by check should be sent to:          Payment by wire transfer should be sent to:
Dentons US LLP                                        Citi Private Bank
Dept. 894579                    OR         227 West Monroe, Chicago, IL 60606
Los Angeles, CA 90189-4579                       ABA Transit # 271070801
                                                 Account #: 0801051693
                                              Account Name: Dentons US LLP
                                                  Swift Code: CITIUS33
                                        Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974760**

Client/Matter:   15257497-000003

Administration

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/01/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum. |
| 12/04/17 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from Brian Walton regarding payments. |
| 12/05/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Critical Dates Memorandum. |
| 12/11/17 | K.M. Howard | 0.40 | 106.00 | Reviewed docket and cross-referenced Court's noticed deadlines to the Critical Dates Memorandum. |
| 12/12/17 | K.M. Howard | 0.40 | 106.00 | Gathered and assembled pleadings and documents to assist attorney in drafting motion to extend deadlines giving  negative notice. |
| 12/12/17 | K.M. Howard | 1.90 | 503.50 | Attention to file and case management including assembly of and organization of voluminous pleadings for incorporation. |
| 12/12/17 | K.M. Howard | 0.40 | 106.00 | Reviewed bankruptcy docket and appellate docket to determine deadlines and noted same for inclusion into critical dates memorandum. |
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Confer with Sam Maizel on tasks being performed and to be performed, including proceeding with a Settlement Agreement with the Weiner Parties, working though issues required to be resolved before proceeding a with a Settlement Agreement, sand authority to confer with Gary Klausner on status of completing draft of an Agreement. |
| 12/14/17 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding deadlines pertaining to Creditors Committee's Motion for Leave to Prosecute. |

Administration

January 24, 2018

Matter: 15257497-000003
Invoice No.: 1974760

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/15/17 | K.M. Howard | 0.80 | 212.00 | Reviewed and revised Critical Dates Memorandum. |
| 12/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Confer with Sam Maizel on tasks being performed and to be performed, including telephone call with Gary Klausner on proposed changes and issues with the Settlement Agreement and Mr. Maizel's telephone call with Brian Walton on discovery requested by the Committee. |
| 12/19/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and assembled key pleadings and incorporated each into database. |
| 12/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health]  Exchange E-mail with Attorney Anne Uyea and E-Mail to Kathryn Stanton on obtaining documents on the Case. |
| 12/20/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and assembled key pleadings for incorporation into case database and case files. |
| 12/21/17 | K.M. Howard | 0.40 | 106.00 | Reviewed appellate and bankruptcy dockets and cross-referenced deadlines and hearing dates to Critical Dates Memorandum. |
| 12/22/17 | K.M. Howard | 0.70 | 185.50 | Reviewed docket and culled hearing and deadlines data for inclusion into Critical Dates Memorandum(.3) and drafted Critical Dates Memorandum (.4). |
| 12/22/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re payment of administrative expenses. |
| 12/28/17 | K.M. Howard | 0.20 | 53.00 | Reviewed documents and assembled information requested by AmTrust and prepared communications regarding same. |
| 12/28/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum. |
| 12/29/17 | K.M. Howard | 0.60 | 159.00 | Prepared numerous communications regarding pending deadlines and requirements set by Judge Robles regarding pending settlements and additional briefing. |
| 12/29/17 | K.M. Howard | 0.90 | 238.50 | Reviewed notes regarding Judge Robles' briefing schedule and additional requirements (.2) and reviewed and revised Critical Dates Memorandum (.7). |

Administration

January 24, 2018

Matter: 15257497-000003
Invoice No.: 1974760

| Total Hours | 9.60 | |
|---|---|---|
| Fee Amount | | $2,714.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 1.70 |
| | | SUBTOTAL | 1.70 |
| 9/13/2017 | LITIGATION SUPPORT VENDORS - -    USA LEGAL, INC. | | 20.00 |
| 9/29/2017 | LITIGATION SUPPORT VENDORS - -    USA LEGAL, INC. | | 15.00 |
| 10/6/2017 | LITIGATION SUPPORT VENDORS - -    USA LEGAL, INC. | | 15.00 |
| | | SUBTOTAL | 50.00 |
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 - 09/30/2017; INV. 2637538-Q32017 | | 83.60 |
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 - 09/30/2017; INV. 2637538-Q32017 | | 4.80 |
| | | SUBTOTAL | 88.40 |
| | Total Disbursements | | $140.10 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,714.50 | |
| Disbursement Total | $ | 140.10 | |
| Invoice Total | $ | 2,854.60 | |



| | Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California  90017-5704 | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |
|---|---|---|

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000003

Administration

---

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/<br>Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853806 | 16,047.76 | (3,200.76) | 12,847.00 |
| 02/22/17 | 1865380 | 18,194.56 | (719.56) | 17,475.00 |
| 03/10/17 | 1870857 | 16,992.16 | (2,415.66) | 14,576.50 |
| 04/19/17 | 1883594 | 13,483.40 | (2,546.90) | 10,936.50 |
| 05/24/17 | 1895394 | 2,879.40 | (61.40) | 2,818.00 |
| 06/12/17 | 1900377 | 9,668.50 | (1,424.00) | 8,244.50 |
| 07/11/17 | 1907884 | 12,561.60 | (1,566.60) | 10,995.00 |
| 08/14/17 | 1920731 | 6,956.35 | (117.35) | 6,839.00 |
| 09/14/17 | 1930404 | 4,758.50 | (1,389.00) | 3,369.50 |
| 10/17/17 | 1942300 | 860.00 | (38.50) | 821.50 |
| 11/13/17 | 1951532 | 1,378.50 | 0.00 | 1,378.50 |
| 12/12/17 | 1963211 | 2,404.00 | 0.00 | 2,404.00 |
| 01/24/18 | 1974760 | 2,854.60 | 0.00 | 2,854.60 |

Total Outstanding Invoices    $95,559.60

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974748**

Client/Matter: 15257497-000005

Asset Disposition

Payment Due Upon Receipt

Total This Invoice                                    $            132.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974748**

Client/Matter:   15257497-000005

Asset Disposition

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/05/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Debtor's Daily Cash Report to determine if payments were made to the OCPs. |
| 12/06/17 | K.M. Howard | 0.10 | 26.50 | Reviewed Debtor's Daily Cash Report and culled information regarding Debtor's payment to Bienert Miller. |
| 12/07/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Debtor's Daily Cash Report to determine further disbursements to OCPs. |
| 12/19/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Debtor's Daily Cash Report to determine disbursement to OCPs. |
| 12/21/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Debtor's Cash Disbursements to determine any payments to OCPs. |

| | | |
|---|---|---|
| Total Hours | 0.50 | |
| Fee Amount | | $132.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| K.M. Howard | $265.00 | 0.50 | $132.50 |
| Totals | | 0.50 | $132.50 |

| | | |
|---|---|---|
| Fee Total | $ | 132.50 |
| Invoice Total | $ | 132.50 |

2



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000005

Asset Disposition

---

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 12/13/16 | 1846124 | 99,677.88 | (4,179.38) | 95,498.50 |
| 01/19/17 | 1853831 | 56,554.78 | (1,284.78) | 55,270.00 |
| 02/22/17 | 1865391 | 140,266.11 | (900.11) | 139,366.00 |
| 03/10/17 | 1870825 | 28,724.35 | (438.35) | 28,286.00 |
| 04/19/17 | 1883601 | 37,793.10 | (2,741.60) | 35,051.50 |
| 05/24/17 | 1895409 | 42,258.70 | (371.70) | 41,887.00 |
| 06/12/17 | 1900476 | 55,186.00 | (406.00) | 54,780.00 |
| 07/11/17 | 1907887 | 9,902.90 | (169.90) | 9,733.00 |
| 08/14/17 | 1920733 | 225.98 | (40.48) | 185.50 |
| 09/14/17 | 1930406 | 909.50 | (35.00) | 874.50 |
| 01/24/18 | 1974748 | 132.50 | 0.00 | 132.50 |

Total Outstanding Invoices                    $461,064.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974750**

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                              $        7,411.50

Please return this page with your payment

| | | |
|---|---|---|
| Payments by check should be sent to:<br>Dentons US LLP<br>Dept. 894579<br>Los Angeles, CA 90189-4579 | OR | Payment by wire transfer should be sent to:<br>Citi Private Bank<br>227 West Monroe, Chicago, IL 60606<br>ABA Transit # 271070801<br>Account #: 0801051693<br>Account Name: Dentons US LLP<br>Swift Code: CITIUS33<br>Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974750**

Client/Matter:  15257497-000009

Claims Administration and Objections

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 12/01/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Revise third draft of the Notice/Submission on Amended Settlement Agreement with Directors & Officers, reviewing the necessity to completely reformat the pleading. |
| 12/01/17 | J.A. Moe, II | 1.60 | 952.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review and correct (through several iterations) the Notice Of Amended Settlement Agreement In Regard To Scheduled Hearing On Debtor's And Unsecured Creditors' Committee's Amended Joint Motion To Approve Terms And Conditions Of Settlement Agreement With Debtor's  Current And Former Directors And Officers. |
| 12/01/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Create, revise, correct and complete Declaration Of Service In Accordance With Court Order, on service and e-mail Notice Of Amended Joint Motion And Amended Joint Motion to approve Settlement Agreement with Directors & Officers. |
| 12/01/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Create, revise and correct Corrected Declaration Of Service Of Notice Of Amended Joint Motion And Amended Joint Motion (correcting Declaration filed on November 20th). |

2

Claims Administration and Objections

January 24, 2018

Matter: 15257497-000009
Invoice No.: 1974750

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/01/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review  edit, and complete, and instructions on filing and serving the Notice Of Amended Settlement Agreement, the Corrected Declaration and the Declaration  Of Service, all in regard to approval of the Settlement Agreement with the Directors & Officers (scheduled for hearing on December 4th). |
| 12/01/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Court's Tentative Ruling in favor of granting the Motion. |
| 12/04/17 | K.M. Howard | 0.10 | 26.50 | Reviewed Debtor's Daily Cash Report to determine payments to professionals. |
| 12/12/17 | K.M. Howard | 0.30 | 79.50 | Gathered and assembled materials to assist attorney in drafting motion to approve settlement between the Debtor and Cerner. |
| 12/12/17 | J.A. Moe, II | 0.50 | 297.50 | [Cerner] Prepare rough draft of the Motion seeking approval of the Stipulation with Cerner on allowance of Cerner Claims; exchange E-Mails with Darrell Clark on review of the corrected Agreement. |
| 12/12/17 | J.A. Moe, II | 0.50 | 297.50 | [Cerner] Prepare rough draft of the Motion seeking approval of the Stipulation with Cerner on allowance of Cerner Claims; exchange E-Mails with Darrell Clark on review of the corrected Agreement. |
| 12/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner] Exchange E-Mails with Darrell Clark, and review proposed corrections to the Settlement Agreement. |
| 12/13/17 | J.A. Moe, II | 0.50 | 297.50 | [Cerner] Assemble and review, comparing and correcting the latest version of the Stipulation with Cerner on its Claim, including Darrell Clark's corrections. |
| 12/13/17 | J.A. Moe, II | 0.40 | 238.00 | [Cerner] Correct first draft of the Debtor's first draft of the Notice Of Motion And Motion For Entry Or An Order Approving Stipulation Resolving Claims Of Cerner Health Services, Inc. |

3

Claims Administration and Objections

January 24, 2018

Matter: 15257497-000009
Invoice No.: 1974750

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner]   Review and correct the second draft Debtor's Notice  Of Motion And Motion For Entry of Order Approving Stipulation Resolving Claims Of Cerner Health Services, Inc. ; review and note additions required to the attached Declaration Of Stan Otake. |
| 12/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]   Review and explain corrections required to the Stipulation Resolving Claims Of Cerner Health Services, Inc. |
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner]   Review and make minor correction to the Stipulation Resolving Claims Of Cerner Health Services, Inc.; review the corrected Stipulation and transmit to Darrell Clark. |
| 12/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]   Review and make minor correction to the Declaration Of Stan Otake in support of the Motion seeking approval of the Stipulation Resolving Claims Of Cerner Health Services, Inc.. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner] Exchange E-Mails with Darrell Clark on Mr. Clark's approval of the Agreement, and necessity to obtain the Committee's approval; E-Mail to Andrew Sherman transmitting redline of the corrected version of the Stipulation. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner] Exchange E-Mails with Andrew Sherman on and research/review scheduled and filed Claim of Siemens;  exchange E-Mail with Stan Otake on the amount due Cerner as set forth on the Debtor's books and records; review Proof Of Claim. |
| 12/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner] Prepare Declaration in support of Stipulation with  Cerner Health Systems, Inc., to be signed by a representative of Cerner. |
| 12/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner] Prepare completely new  Declaration in support of Stipulation with  Cerner Health Systems, Inc., to be signed by Stan Otake. |
| 12/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Review Proof Of Claim filed by Cerner. |

Claims Administration and Objections

January 24, 2018

Matter: 15257497-000009
Invoice No.: 1974750

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner]  Telephone call on status of resolution of the Cerner Claims, reviewing the Creditors Committee's position, the necessity to complete Declarations,  and the likely insertion of additional information into the Motion seeking approval of the Stipulation with Cerner. |
| 12/14/17 | K.M. Howard | 0.20 | 53.00 | Reviewed Claims Registry and culled Proof of Claim filed by Cerner including preparation of communication regarding same. |
| 12/15/17 | J.A. Moe, II | 0.30 | 178.50 | [Cerner]  Review and revise, and reorder, the revised Declaration Of Stan Otake in support of the Settlement Agreement with Cerner Health Services, Inc.; review the revised Declaration and transmit to Mr. Otake to complete. |
| 12/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Review the corrected Declaration to be completed by a Cerner representative, and transmit to Darrell Clerk with E-Mail for completion by Mr. Clark. |
| 12/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Review other Memoranda (Status Reports) filed in Superior Court Cases, for use in connection with the Motion to be filed in support the of the Settlement Stipulation reached with Cerner Health Systems. |
| 12/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Telephone call from Stan Otake on compromising revised Declaration to be filed in support of the Settlement Stipulation with Cerner Health Systems. |
| 12/18/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner]  Review and reorder information with proposed Declaration Of Stan Otake (to be filed in support of the Cerner Stipulation); E-Mail the revised Declaration to Stan with request to complete description of services performed by Cerner. |
| 12/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Outline revisions to the Debtor's Motion seeking approval of the Settlement Stipulation with Cerner Health Systems. |
| 12/18/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner] Expand the Motion seeking approval of the Settlement Stipulation with Cerner Health Services to include broader description of the background of the bankruptcy case. |

Claims Administration and Objections

January 24, 2018

Matter: 15257497-000009
Invoice No.: 1974750

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/19/17 | J.A. Moe, II | 0.30 | 178.50 | [Cerner]  Two iterations of minor corrections to the Motion seeking approval of the Settlement Stipulation with Cerner Health Systems, Inc. |
| 12/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Law Offices of Scott MacGalvary] Telephone call from Linda Michael on status of the settlement agreements, the issues over the agreement with the Weiner Parties and prospects  for a small de minimis distribution to creditors; second telephone call Ms. Michael on amounts paid to Secured Creditors. |
| 12/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner] Review three documents related to the Cerner Claim, and transmit in three E-Mails information for Andrew Sherman. |
| 12/21/17 | J.A. Moe, II | 0.20 | 119.00 | [Cerner] Exchange E-Mails with Darrell Clark, and telephone call to Mr. Clark, on completing the Settlement Stipulation and proceeding with the Motion on approval. |
| 12/27/17 | J.A. Moe, II | 0.40 | 238.00 | [Cerner]  Continue work to complete Motion on approval of the Settlement Stipulation, including exchange of  E-Mails with Stan Otake on his Declaration, obtaining the Declaration of the Cerner representative, and requesting the revisions to the Cerner Stipulation be completed. |
| 12/28/17 | J.A. Moe, II | 0.30 | 178.50 | [Cerner]  Continue to review documents to complete Motion  with Attachments on approval of the Settlement Stipulation; review the returned signautre of Stan Otake; confer with Catherine in Mr. Clark's office on the final version of the Stipulation. |
| 12/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Cerner]  Review E-Mail from Stan Otake on approval of Agreement with Cerner, and exchange E-Mails with Mr. Otake, Brain Walton and David Herskovitz on awaiting Darrell Clark's approval to proceed with Motion on Settlement Stipulation. |
| 12/29/17 | J.A. Moe, II | 0.80 | 476.00 | [Cerner]  Review and insure latest version of the Settlement  Stipulation is the correct version,  make correction, then complete the Motion on approval of the Stipulation, reviewing the Local Rules. |

Claims Administration and Objections

January 24, 2018

Matter: 15257497-000009
Invoice No.: 1974750

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/29/17 | K.M. Howard | 0.10 | 26.50 | Received and analyzed Notice Of Motion And Motion For Entry Of An Order Approving Stipulation Resolving Claims Of Cerner Health Services, Inc. to determine additional requirements. |
| 12/29/17 | K.M. Howard | 0.10 | 26.50 | Prepared communications regarding pending deadlines regarding the Motion Approving the Stipulation to Resolve Claims of Cerner Health Services. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 12.90 | | |
| Fee Amount | | | | $7,411.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 12.10 | $7,199.50 |
| K.M. Howard | $265.00 | 0.80 | $212.00 |
| Totals | | 12.90 | $7,411.50 |

| | | |
|---|---|---|
| Fee Total | $ | 7,411.50 |
| Invoice Total | $ | 7,411.50 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

---

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846099 | 66,642.19 | (8,110.51) | 58,531.68 |
| 01/19/17 | 1853835 | 25,842.00 | (1,113.50) | 24,728.50 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | (259.30) | 2,576.50 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | (2.60) | 854.00 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |
| 12/12/17 | 1963212 | 6,038.50 | 0.00 | 6,038.50 |
| 01/24/18 | 1974750 | 7,411.50 | 0.00 | 7,411.50 |

Total Outstanding Invoices          $117,535.18

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP                           Salans FMC SNR Denton
601 S. Figueroa Street                   McKenna Long
Suite 2500                               dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                         January 24, 2018
3719 Meadville Dr.
Sherman Oaks, CA 91403                          **Invoice No. 1974751**
USA

Client/Matter: 15257497-000012

Employment and Fee Applications

_____Payment Due Upon Receipt_____

Total This Invoice                          $         5,925.10

Please return this page with your payment

Payments by check should be sent to:          Payment by wire transfer should be sent to:
Dentons US LLP                                      Citi Private Bank
Dept. 894579               OR           227 West Monroe, Chicago, IL 60606
Los Angeles, CA 90189-4579                      ABA Transit # 271070801
                                                    Account #: 0801051693
                                             Account Name: Dentons US LLP
                                                    Swift Code: CITIUS33
                                             Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974751**

Client/Matter:  15257497-000012

Employment and Fee Applications

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/01/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communication from Stan Otake regarding information needed from counsel (.1) and prepared reply thereto (.1). |
| 12/01/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Debtor's Daily Cash Report (.1) and culled information pertaining to amounts paid to counsel and OCPs (.1). |
| 12/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals]  Review Memorandum on amount due Kathryn Stanton and transmit to Ms. Stanton. |
| 12/04/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communications regarding OCP payments (.1) and prepared replies thereto (.2). |
| 12/04/17 | K.M. Howard | 0.40 | 106.00 | Reviewed latest monthly fee applications filed by Sills Cummis and culled information for inclusion into OCP payment chart. |
| 12/04/17 | K.M. Howard | 0.40 | 106.00 | Reviewed latest monthly fee applications filed by Bienert Miller and culled information for inclusion into OCP payment chart. |
| 12/05/17 | K.M. Howard | 0.20 | 53.00 | Prepared communication to Andrew Sherman requesting clarification of debtor's payments to counsel for the unsecured creditors committee. |
| 12/05/17 | K.M. Howard | 0.80 | 212.00 | Reviewed newly acquired material (.1) and reviewed and revised Chart of Fees and Costs Incurred by Counsel for Creditors Committee and Debtor's Counsel (.7). |
| 12/05/17 | K.M. Howard | 0.40 | 106.00 | Analysis of Dentons', Sills Cummis' and Biernart Miller's monthly fee applications through September 2017 and culled fees and costs owed as of September 30, 2017, and included those amounts into the chart of information requested by secured creditors. |

Employment and Fee Applications

January 24, 2018

Matter: 15257497-000012
Invoice No.: 1974751

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/05/17 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals] Exchange E-Mails with Kathryn Stanton on additional Invoice for 2017. |
| 12/06/17 | K.M. Howard | 0.60 | 159.00 | Reviewed material and assembled information to assist attorney in clarification of payments to OCP Kathryn Stanton. |
| 12/06/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Andrew Sherman regarding status of $300,000 payment by the Debtor. |
| 12/06/17 | K.M. Howard | 0.80 | 212.00 | Reviewed communication from Andrew Sherman and analysis of attached charts reflecting percentages of disbursements and amounts disbursed to Sills Cummis, Bienert Miller and Lobel and culled applicable data. |
| 12/06/17 | K.M. Howard | 0.20 | 53.00 | Reviewed followup communication from Andrew Sherman regarding Debtor's $300,000 payment (.1) and prepared reply thereto (.1). |
| 12/07/17 | K.M. Howard | 0.80 | 212.00 | Reviewed and cross-referenced newly received information regarding disbursement of payments to counsel for the creditors committee and cross-referenced same to chart of fees and incurred costs. |
| 12/08/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communications regarding payments to OCPs (.1) and prepared replies explaining the percentage and amounts of disbursements (.1). |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals] Review updated Report on amount due Kathryn Stanton and transmit to Ms. Stanton; telephone call to Ms. Stanton's office; exchange E-Mails on amount due. |
| 12/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals] Telephone call from Stan Otake on negotiating amount payable to OCPs. |
| 12/11/17 | K.M. Howard | 0.20 | 53.00 | Analysis of debtor's daily cash report and culled information reflecting payment to Lobel Weiland. |
| 12/12/17 | K.M. Howard | 0.10 | 26.50 | Analysis of debtor's daily cash reports to determine payments to OCPs. |

3

Employment and Fee Applications

January 24, 2018

Matter: 15257497-000012
Invoice No.: 1974751

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/12/17 | K.M. Howard | 0.70 | 185.50 | Reviewed underlying data regarding fees and costs incurred by Dentons and Counsel to the Creditors Committee and reviewed and revised charts reflecting fees and costs. |
| 12/13/17 | K.M. Howard | 0.90 | 238.50 | Analysis of Dentons' October Billing Statements and culled data for inclusion into Exhibit A - Dentons' Professionals in support of Dentons Fifteenth Fee Application. |
| 12/13/17 | K.M. Howard | 1.10 | 291.50 | In conjunction with preparing monthly fee application, analysis of Dentons' Billing Statements by project categories for October 2017 and culled information for inclusion into Exhibit B - Time and Expense Statements. |
| 12/13/17 | K.M. Howard | 0.80 | 212.00 | Reviewed data culled by project category and drafted Exhibit B - Time and Expense Statements. |
| 12/13/17 | K.M. Howard | 0.40 | 106.00 | Analysis of information received from counsel for creditors committee reflecting disbursements of amounts previously paid by the debtor. |
| 12/13/17 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised chart of fees and costs incurred by counsel to Creditors Committee to reflect percentages of disbursements of previous payments. |
| 12/14/17 | K.M. Howard | 1.20 | 318.00 | Analysis of percentages and disbursements of Debtor's payment to Dentons and cross-referenced to Dentons' Billing Statements to credit payments. |
| 12/14/17 | K.M. Howard | 1.80 | 477.00 | Drafted Dentons' Fifteenth Monthly Fee Application. |
| 12/14/17 | K.M. Howard | 0.10 | 26.50 | Coordinated filing and service of Dentons' Fifteenth Monthly Fee Application. |
| 12/14/17 | J.A. Moe, II | 0.60 | 357.00 | Review and edit through several iterations the Fifteenth Monthly Fee Application, including revising the amounts now paid to Dentons, updating the descriptions of what has happened in the case updating two Charts in the Application. |
| 12/15/17 | K.M. Howard | 0.10 | 26.50 | Reviewed debtor's daily cash report to determine amount of disbursements to professionals. |

4

Employment and Fee Applications

January 24, 2018

Matter: 15257497-000012
Invoice No.: 1974751

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/15/17 | K.M. Howard | 0.40 | 106.00 | Finalized exhibits to Dentons' Fifteenth Monthly Fee Application and coordinated filing of same. |
| 12/19/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Application to Employ Solomon & Cramer as Special Litigation Counsel and supportive declarations to determine opposition deadlines and noticed hearing. |
| 12/19/17 | K.M. Howard | 0.40 | 106.00 | Initial review of Dentons December 2017 billing statements in conjunction with preparing Monthly Fee Application. |
| 12/20/17 | K.M. Howard | 0.60 | 159.00 | Reviewed underlying data and prepared chart reflecting Dentons' Fees and Costs through May 2017. |
| 12/20/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Master Fees and Costs Chart and culled information for inclusion into second chart for limited purposes. |
| 12/22/17 | K.M. Howard | 0.10 | 26.50 | Analysis of debtor's daily cash report to determine any payments to professionals or ordinary course professionals. |
| 12/22/17 | K.M. Howard | 0.40 | 106.00 | Reviewed fees and costs chart and culled information reflecting the amounts paid to all professional in conjunction with preparing the Notice of Fifteenth Monthly Fee Application for October 2017. |
| 12/22/17 | K.M. Howard | 0.70 | 185.50 | Reviewed notes and underlying data and drafted Notice of Fifteenth Monthly Fee Application for October 2017. |
| 12/22/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Monthly Fee Application for October 2017 filed by Bienert Miller and culled information for inclusion into Notice of Fifteenth Monthly Fee Application. |
| 12/22/17 | K.M. Howard | 0.40 | 106.00 | Analysis of Monthly Fee Application for October 2017 filed by Sills Cummis and culled information for inclusion into Notice of Fifteenth Monthly Fee Application. |
| 12/26/17 | J.A. Moe, II | 0.20 | 119.00 | Revise the explanations in the Footnotes in the Notice Of Fifteenth Monthly Fee Applications, in correcting the Footnotes on the amounts paid to multiple Professionals. |

Employment and Fee Applications

January 24, 2018

Matter: 15257497-000012
Invoice No.: 1974751

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/28/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review the Order on the Ordinary Course Professionals, and review Kathryn Stanton's Declaration; search and review the Ken Yood Declaration and the original Application; E-Mail to Brian Walton and David Herskovitz transmitting OCP documents. |
| 12/28/17 | K.M. Howard | 0.30 | 79.50 | Gathered and assembled OCP motion including declarations prepared by each ordinary course professionals and prepared communications regarding same. |
| 12/29/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Notice Of Fifteenth Monthly Fee Applications Of 1) Dentons US LLP; 2) Sills Cummis & Gross P.C.; And 3) Bienert Miller & Katzman PLC LLP For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses For The Period Of October 2017. |

Total Hours          20.00

Fee Amount                                    $5,894.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 1.80 | $1,071.00 |
| K.M. Howard | $265.00 | 18.20 | $4,823.00 |
| Totals | | 20.00 | $5,894.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 - 09/30/2017; INV. 2637538-Q32017 | | 31.10 |
| | | SUBTOTAL | 31.10 |
| | Total Disbursements | | $31.10 |

6

Employment and Fee Applications

January 24, 2018

Matter: 15257497-000012
Invoice No.: 1974751

| | | |
|---|---|---|
| Fee Total | $ | 5,894.00 |
| Disbursement Total | $ | 31.10 |
| Invoice Total | $ | 5,925.10 |

7



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | (60.30) | 6,787.00 |
| 03/10/17 | 1870860 | 3,277.00 | (15.00) | 3,262.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |
| 12/12/17 | 1963213 | 4,913.50 | 0.00 | 4,913.50 |
| 01/24/18 | 1974751 | 5,925.10 | 0.00 | 5,925.10 |

Total Outstanding Invoices                    $57,862.60

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974753**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                           $          67,071.15

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974753**

Client/Matter:   15257497-000015

Litigation - Contested Matters and Adversary Proceedings

---

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/01/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Judge Robles Tentative Ruling regarding the Motion to Approve Settlement Agreement and culled same. |
| 12/01/17 | K.M. Howard | 0.20 | 53.00 | Received and culled Notice of Amended Settlement Agreement for incorporation into document management system. |
| 12/01/17 | K.M. Howard | 0.10 | 26.50 | Prepared communications to the client regarding Judge Robles' tentative ruling pertaining to the December 4, 2017 hearing. |
| 12/01/17 | K.M. Howard | 0.60 | 159.00 | Further work on assembling and organizing documents for inclusion into December 4, 2017 hearing binder. |
| 12/01/17 | K.M. Howard | 0.30 | 79.50 | Organized and finalized the contents of the December 4, 2017 hearing binder. |
| 12/01/17 | A. Jinnah | 0.40 | 158.00 | Review Accountable Status of bankruptcy hearing papers to be conducted on 12/14/17. |
| 12/01/17 | K.M. Howard | 0.30 | 79.50 | Reviewed docket and culled information for inclusion into debtor's Notice of Amended Settlement. |
| 12/01/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Corrected Declaration in support of Notice of Amended Settlement. |
| 12/04/17 | K.M. Howard | 0.30 | 79.50 | Gathered and assembled Judge Robles' Memorandum of Decision regarding RNG's Claim and the Compromise Motion and Amended Orders (.2) and prepared communications regarding same (.1). |
| 12/04/17 | K.M. Howard | 0.60 | 159.00 | Reviewed monthly fee applications and culled information for inclusion into Chart of Information Requested by Secured Creditors. |

2

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 12/04/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Michaela Sozio's E-Mail and telephone call to Michaela Sozio on Jon Pastor's change to the Settlement Agreement, deleting paragraph 1.2; exchanges E-Mails with Gary Torrell and telephone call with Andrew Sherman on deletion. |
| 12/04/17 | J.A. Moe, II | 1.40 | 833.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review Judge Robles' Tentative Ruling and prepare oral argument for the hearing on approval of the Motion seeking approval of the Settlement Agreement with the Directors & Officers, awaiting arrival of Michaela Sozio and Brian Walton, and the hearing. |
| 12/04/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Appear before Judge Robles obtaining approval of the Settlement Agreement , as modified, with the Directors & Officers. |
| 12/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Confer with Tom Lallas and Michaela Sozio on the contents of the Order approving the Settlement Agreement. |
| 12/04/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Prepare draft of Order approving the Settlement Agreement. |
| 12/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Directors & Officers] Review signatures of Jeff Ahlholm and William Nelson,  received from Gary Torrell; exchange E-Mails with Mr. Torrell on correcting the Settlement Agreement. |
| 12/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee investigation/Mediation/Directors & Officers] Telephone call to Oscar Huerta on completing the check to RollinsNelson. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 12/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Directors & Officers] Exchange E-Mails with Gary Torrell and make one additional correction to the Stipulation attached to the Settlement Agreement, and transmit back to counsel. |
| 12/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] Prepare for meeting with Brian Walton on the upcoming Mediation. |
| 12/04/17 | J.A. Moe, II | 2.70 | 1,606.50 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] Conference with Brian Walton, first on sources and uses of cash currently in the Estate and funds expected to come into the Estate, and on strategy for and preparation regarding the upcoming Mediation. |
| 12/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] Confer with Brian Walton on sharing unredacted Briefs;  exchange E-Mails with Andrew Sherman on Mr. Sherman's decision not to exchange Mediation Briefs. |
| 12/04/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Directors & Officers] Exchange additional E-Mails with Gary Torrell and make yet additional correction to the Stipulation attached to the Settlement Agreement, and transmit to Stan Otake for signature; telephone call to Stan Otake on need for signature on Stipulation with December date. |
| 12/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee investigation/Mediation] Commence   assembling documents for the Mediation on December 6th. |
| 12/04/17 | A. Jinnah | 0.30 | 118.50 | Review Gardens underlying cases and update chart regarding same. |
| 12/04/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with J. Zive re mediation. |
| 12/04/17 | S. Maizel | 1.80 | 1,170.00 | Meeting with Brian Walton re mediation issues. |
| 12/04/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with G. Klausner re mediation issues. |

4

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/05/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] Continue to assemble documents for the Mediation on December 6th. |
| 12/05/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Directors & Officers] Review Court's Report in the Daily Register; revise the Court Order to reflect new information requested by the Court on the Order approving the Settlement Agreement |
| 12/05/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] Telephone call returned from Gary Klausner on preparation for the Mediation, exchanging unredacted Briefs, analysis of Claims and request for updated Chart. |
| 12/05/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] Continue to assemble documents for use at the Mediation on December 6th. |
| 12/05/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] In response to Gary Klausner's request: Commence work on updating Chart on financial status of the Debtor. |
| 12/05/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Directors & Officers]  Complete Order approving the Settlement Agreement, and transmit to Counsel for approval;  exchange E-Mails with Gary Torrell on approval and from Tom Lallas on three corrections. |
| 12/05/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Directors & Officers] Review and work through uploading on LOU the proposed Order approving the Amended Settlement Agreement. |
| 12/05/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee investigation/Mediation/Sycamore & Roxbury] Review and correct two more iterations of the updated Chart on the financial status of the Debtor for Gary Klausner (awaiting completion of the Chart for review  for delivery); prepare E-Mail transmitting Chart to Gary Klausner. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/05/17 | J.A. Moe, II | 0.30 | 178.50 | [Cerner]  Review and correct the Stipulation resolving three categories of Claims held by Cerner. |
| 12/05/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and correct the first draft of the updated Chart on financial status of the Debtor for Gary Klausner (and await completion of the Chart for review). |
| 12/05/17 | K.M. Howard | 0.90 | 238.50 | Assembled and organized all pleadings and materials regarding the Continued Status Conference. |
| 12/05/17 | K.M. Howard | 0.50 | 132.50 | Reviewed assembled material (.1) and drafted index to binder for the Continued Status Conference (.4). |
| 12/05/17 | K.M. Howard | 0.40 | 106.00 | Prepared and finalized binders for use at Continued Status Conference. |
| 12/05/17 | K.M. Howard | 0.30 | 79.50 | Reviewed and further revision to Chart of Information Requested by Secured Creditors. |
| 12/06/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Prepare for Mediation with the Weiner Parties, reviewing documents, meeting with Brian Walton, David Herskovitz and Sam Maizel. |
| 12/06/17 | J.A. Moe, II | 7.40 | 4,403.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Attend and participate in the Mediation with the Weiner Parties (Berle Weiner, Selwin & Weiner, S & W Health Management Services, Sycamore Healthcare Services, and Roxbury Healthcare Services). |
| 12/06/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Meet with Andrew Sherman and Boris Mankovetskiy on settlement with the Weiner Parties |
| 12/06/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call to Gary Klausner on settlement reached with the Weiner parties,  and the necessity to obtain documents and information in order to prepare a Settlement Agreement. |

6

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/06/17 | S. Maizel | 8.00 | 5,200.00 | Participate in mediation of claims against Weiner entities in front of Judge Zive. |
| 12/06/17 | S. Maizel | 0.60 | 390.00 | Telephone conference with E. Weissman re Weiner settlement (.5); telephone conference with A. Sherman re Weiner settlement (.1). |
| 12/06/17 | K.M. Howard | 0.70 | 185.50 | Gathered and assembled material to assist attorney in drafting settlement agreement with Beryl Weiner and his related entities. |
| 12/07/17 | S. Maizel | 0.40 | 260.00 | Telephone conference with E. Weissman re Weiner settlement (.1); telephone conference with J. Moe re same (.1); telephone conference with D. Herskovitz re same (.1); telephone conference with A. Sherman re same (.1). |
| 12/07/17 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re Weiner settlement (.1); review letter from A. Sherman re same (.1). |
| 12/07/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call to Gary Klausner on settlement reached at Mediation, with the Weiner Parties, the necessity to obtain the Resume of the Attorneys who will prosecute claims against insurance carriers, and commencing work on Settlement Agreement on December 8th. |
| 12/07/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call to Susan Walker, reviewing the background to the Gardens' Case and the Weiner Parties' claims for bad faith against insurance carriers, and prosecuting claims for bad faith against insurance companies who refused to provide a defense and who refused to pay claim. |
| 12/07/17 | S. Walker | 0.40 | 260.00 | Teleconference, J. Moe regarding general concept of assignment of bad faith claim. |
| 12/07/17 | K.M. Howard | 0.10 | 26.50 | Reviewed transcript hearing request submitted by Creditors Roxbury Healthcare and Sycamore Healthcare. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/08/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Correct through two additional iterations the draft of the Settlement Agreement with the Weiner parties. |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Gary Klausner on continuing work to proceed with a Settlement Agreement with the Weiner Parties. |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call returned to Judge Zive on receipt of letter form Andrew Sherman and comments on Judge Zive's telephone call with Mr. Sherman. |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Second telephone call from Gary Klausner on Settlement Agreement with the Weiner Parties. |
| 12/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz]  Commence review and preparation for transmittal of documents to Andrew Sherman, on the background to and facts concerning the potential  Moscovitz Claim. |
| 12/08/17 | S. Walker | 0.70 | 455.00 | Teleconference, J. Moe, S. Maizel, D. Friedman, G. Klausner, D. Ogloza and T. Davis regarding concept of assignment of bad faith claim. |
| 12/08/17 | S. Walker | 1.10 | 715.00 | Teleconference, S. Maizel and J. Moe regarding issues related to assignment of share in recovery of bad faith suit. |
| 12/08/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Conference telephone call with David Friedman and Darius Ogloza, Thad Davis, Susan Walker, Gary Klausner and  David Herskovitz on background and proceeding with settlement. |
| 12/08/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Gary Klausner reviewing assertions and  proceeding with settlement. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [RSUI/Qui Tam Cases] Preliminarily review letter from David Tartaglio on decision of RSUI that RSUI is not providing insurance coverage. |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases and South Bay] Telephone call with Andrew Sherman on issue of Qui Tam and South Bay Litigation. |
| 12/08/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Prepare first rough draft of the Settlement Agreement with the Weiner Parties. |
| 12/08/17 | J.A. Moe, II | 0.30 | 178.50 | [Accountable Health] Confer briefly with Andrew Sherman, and review Mr. Sherman's E-Mail to Bienert Miller, on appearance in the Litigation; review in some detail the status of the Case and the upcoming hearings; exchange multiple E-Mails with the Bienert Law Firm on conferring on December 8th. |
| 12/08/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Conference telephone call with Insurance Counsel Susan Walker on background to and terms of a Settlement Agreement with the Weiner Parties. |
| 12/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Consideration on background to and terms of a Settlement Agreement with the Weiner Parties. |
| 12/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Correct and expand first rough draft of the Settlement Agreement with the Weiner parties. |
| 12/08/17 | J.A. Moe, II | 0.20 | 119.00 | [Accountable Health] Review and correct, through two iterations, the Status Report for the hearings on December 14th and December 18th; transmit Report to Steven Katzman. |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases] Telephone call to Kathryn Stanton on the letter from RSUI now denying coverage,  the status of the Qui Tam Cases now, Selwin & Wiener's representation of the Debtor in the Qui Tam Cases, and scheduling conference call with Andrew Sherman on the Cases. |

9

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases] Exchange E-Mails with Andrew Sherman on Selvin & Weiner's representation of the Debtor in the Qui Tam Cases, and scheduling conference call on the Cases. |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health] Continued telephone call with Kathryn Stanton on the Accountable Complaint and scheduling call with Steven Katzman. |
| 12/08/17 | J.A. Moe, II | 0.30 | 178.50 | EXPUNGE/DUPLICATE TIME ENTRY [Accountable Health] Conference telephone call with Andrew Sherman, Kathryn Stanton and Steve Katzman on background to and status of the Superior Court Case. |
| 12/08/17 | J.A. Moe, II | 0.40 | 238.00 | [Accountable Health] Telephone conference with Andrew Sherman, Steve Katzman and Kathryn Stanton, on the background to and current status of the Accountable Litigation. |
| 12/08/17 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health] In response to Steven Katzman's request, review and transmit the operative Pleadings to Mr. Katzman and Anne Uyeda, transmitting three Status Reports |
| 12/08/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Correct and further expand second draft of the Settlement Agreement with the Weiner parties, including review of Sam Maizel's suggested additions inserted into the Agreement. |
| 12/08/17 | S. Maizel | 1.20 | 780.00 | Telephone conference with G. Klausner, etc... re bad faith insurance litigation. |
| 12/08/17 | S. Maizel | 0.50 | 325.00 | Telephone conference with S. Walker re bad faith litigation. |
| 12/08/17 | S. Maizel | 0.50 | 325.00 | Telephone conference with B. Walton re Weiner settlement. |
| 12/08/17 | K.M. Howard | 0.20 | 53.00 | Gathered and assembled Judge Zive's Settlement Conference Order and prepared communication regarding same. |
| 12/08/17 | S. Walker | 0.40 | 260.00 | Analyze issues regarding assignment of interest in bad faith action. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/08/17 | A. Jinnah | 0.60 | 237.00 | Review status of Accountable matter for 12/18 Conference. |
| 12/08/17 | A. Jinnah | 0.70 | 276.50 | Draft status conference statement for 12/18 Status. |
| 12/11/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Correct through three iterations the draft of the Settlement Agreement with the Weiner parties, and transmit to Sam Maizel for his review. |
| 12/11/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Order Granting Joint Motion to Approve Settlement Agreements (.1) and prepared communication regarding same (.1). |
| 12/11/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Court's notice regarding the availability of the December 6, 2017 hearing transcript. |
| 12/11/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee's Investigation/Mediation/Directors & Officers] Exchange multiple E-Mails with Michaela Sozio, Tom Lallas and Andrew Sherman on signatures on Agreement, obtaining signatures. |
| 12/11/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee's Investigation/Mediation/Sycamore & Roxbury] Telephone call from Gary Klausner on status of the Settlement Agreement. |
| 12/11/17 | J.A. Moe, II | 1.60 | 952.00 | [Creditors Committee's Investigation/Mediation/Sycamore & Roxbury] Correct and expand the latest version of the Settlement Agreement, and await further review to complete Agreement. |
| 12/11/17 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz] Review E-Mails from David Herskovitz, Reva Swadener and Brian Walton, and review Minutes (for delivery to the Creditors Committee); E-Mail to Mr. Herskovitz on Minutes. |
| 12/11/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee investigation/Mediation/Directors & Officers] Review entered Order on Settlement Agreement and transmit to multiple Counsel; transmit Order to Steve Katzman. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Telephone call with David Herskovitz on authority to transmit documents to Andrew Sherman. |
| 12/11/17 | J.A. Moe, II | 0.30 | 178.50 | [Moscovitz] Review and order documents for delivery to Andrew Sherman on the Moscovitz Claim, and over three reviews, note two additional packagers to be prepared, obtaining packages for inclusion in documents to be transmitted to Mr. Sherman. |
| 12/11/17 | J.A. Moe, II | 0.40 | 238.00 | [Accountable Health] Exchange multiple E-Mails with Toni Bisconti on revised Report for the Court, and on obtaining signature; confer with Andy Jinnah on revising the Report; transmit the revised Report to Mr. Bisconti to sign and return;   obtain revised Report and transmit to Mr. Jinnah for completion and filing; review the completed Report, Attachment and Service List. |
| 12/11/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review Sam Maizel's meeting with Andrew Sherman and Boris Mankovetskiy, and John Moe's conference call with Gary Klausner. |
| 12/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases]  Telephone call returned to Kathryn Stanton on setting time and date for call on Qui Tam Cases with the Committee Counsel in response to Committee Counsel's request. |
| 12/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Pratet Ono and E-Mail from Gary Torrell, on completing Settlement Agreement; review multiple signatures already received. |
| 12/11/17 | J.A. Moe, II | 0.30 | 178.50 | [Moscovitz]  Continue to review and assemble documents  for Andrew Sherman, including one set of documents  missing on December 8th. |
| 12/11/17 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz]  Letter to Andrew Sherman transmitting documents on the Moscovitz Claim. |
| 12/11/17 | K.M. Howard | 0.40 | 106.00 | Gathered and assembled pleadings and documents to assist attorney in drafting the Weiner Parties Settlement Agreement. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/11/17 | A. Jinnah | 0.70 | 276.50 | Revised Accountable Case Status Report per discussion with court's clerk. |
| 12/11/17 | S. Maizel | 0.70 | 455.00 | Office conference with A. Sherman re Weiner settlement (.5); telephone conference with J. Moe re same (.2). |
| 12/12/17 | A. Jinnah | 0.40 | 158.00 | Multiple conferences with court clerk in Accountable matter regarding our filing of Status Report and statement regarding dismissal of Anthem |
| 12/12/17 | A. Jinnah | 0.90 | 355.50 | Review status of Fisher and Phillips case and draft Status Report to the court regarding the same case. |
| 12/12/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore and Roxbury] Additional consideration on background to and dispute on claims asserted against Insurance Carriers. |
| 12/12/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases]  Consider implications relating to potential claims against RSUI. |
| 12/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Accountable Health/Anthem Blue Cross] Review facts on whether Anthem Blue Cross remains a Defendant,  and review Court Order and multiple page Tentative Ruling. |
| 12/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore and Roxbury] Telephone call returned on proposed settlement agreement with the Weiner Parties. |
| 12/12/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore and Roxbury] Prepare detailed E-Mail Memorandum on background to, terms of and required review of the proposed Settlement Agreement. |
| 12/12/17 | J.A. Moe, II | 0.40 | 238.00 | [Qui Tam Cases]  Telephone call returned from Tracy Green on letter from David Tartaglio on RSUI no longer providing a defense on the Qui Tam Cases, setting a conference call with the Committee on the Qui Tam Cases, and E-Mail to David Herskovitz transmitting Mr. Tartaglio's letter for review; exchange E-Mails with Andrew Sherman on conferring with counsel on the Qui Tam Cases. |

13

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Qui Tam Cases] Preliminarily review the letter from David Tartaglio on decision of RSUI not to provide insurance coverage on the Qui Tam Cases. |
| 12/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Fisher & Phillips] Review status of and the necessity to prepare a Report to the Court on the status of the Bankruptcy Case; review the initial rough draft of the Report and additional information required for the Report. |
| 12/12/17 | J.A. Moe, II | 0.20 | 119.00 | [Accountable] Health Review status of purported hearing on December 14th and calendared hearing on December 18th, also reviewing Clerk's request for information on Anthem Blue Cross and preparing a second Report to the Court, the necessity to confer with Kathryn Stanton and confer with Mr. Bisconti. |
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange E-Mails on and review status of issues related to representation in regard to Settlement Agreement with the Weiner Parties. |
| 12/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call on and review status of issues related to representation in regard to Settlement Agreement with the Weiner Parties. |
| 12/13/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review execution of the Settlement Agreement,and E-Mails to counsel on obtaining signatures to the Agreement telephone call from Andrew Sherman authorizing us use of prior signatures sent to Dentons on the prior version of the Agreement.; review signature of the Committee and E-Mail to Mr. Sherman Agreement and Stipulation for Mr. Sherman's signatures; exchange E-Mails with Michaela Sozio on signatures. |
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Accountable Health] Review Clerk's request for second Status Report (as to Anthem Blue Cross), and review proposed Report; review exchange of E-Mails with Toni Bisconti on the hearing on December 18th. |

14

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Susan Walker on representations to be included in the Settlement Agreement. |
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Additional consideration of rights and obligations affecting Settlement Agreement with the Wiener parties. |
| 12/13/17 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Phillips] Review Report filed by Fisher & Philips in the Superior Court, as to the Bankruptcy Court. |
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Preliminarily review the Motion on transfer of standing on claims to the Creditors Committee on Claims to be asserted against the Weiner Parities; consider the Motion and Response; review Gary Klausner's E-Mail and telephone call to Mr. Klausner. |
| 12/13/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call returned form Gary Klausner on status of proffering a Settlement Agreement to Mr. Klausner, and issues to be resolved before proceeding. |
| 12/13/17 | K.M. Howard | 0.20 | 53.00 | Initial analysis of Motion for Leave, Standing to Prosecute Claims and Causes of Action against Weiner entities and culled deadline information for inclusion into Critical Dates Memorandum. |
| 12/13/17 | A. Jinnah | 0.10 | 39.50 | Call with K. Stanton regarding status of Anthem blue cross in Accountable matter. |
| 12/13/17 | A. Jinnah | 0.50 | 197.50 | Review Report Status in Fisher v. Phillips matter. |
| 12/13/17 | S. Maizel | 0.10 | 65.00 | Office conference with J. Moe re Weiner settlement. |
| 12/14/17 | A. Jinnah | 0.80 | 316.00 | Prepare for Status hearing in Fisher v. Phillips case. |
| 12/14/17 | A. Jinnah | 3.00 | 1,185.00 | Attend to administrative matters. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/14/17 | K.M. Howard | 0.20 | 53.00 | Received and briefly reviewed transcript of December 6, 2017 hearing and disbursed same. |
| 12/14/17 | S. Walker | 0.10 | 65.00 | Teleconference, J. Moe regarding settlement agreement. |
| 12/14/17 | A. Goodman | 0.10 | 25.00 | Drafted correspondence to client regarding document production in response to grand jury subpoena duces tecum; conferred with G. Newhouse about same. |
| 12/14/17 | K.M. Howard | 0.20 | 53.00 | Analysis of Errata regarding Exhibit C to the Declaration of Andrew Sherman in support of Motion for Leave to Prosecute and culled same. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Continue to review steps to be taken and information to be reviewed prior to proceeding with Settlement Agreement with the Weiner Parties. |
| 12/14/17 | K.M. Howard | 0.10 | 26.50 | Analysis of hearing notice regarding Creditors Committee's Motion for Leave and Authority to Prosecute Claims and Causes of Action. |
| 12/14/17 | K.M. Howard | 0.10 | 26.50 | Analysis of Creditors Committee's Motion for Leave to Prosecute Claim and Causes of Action and culled information regarding responsive deadlines. |
| 12/14/17 | K.M. Howard | 0.20 | 53.00 | Telephone conference with Briggs Reporting Service regarding the transcript of the hearing on the continued settlement conference. |
| 12/14/17 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Briggs Reporting Service regarding the transcript of the hearing on the continued settlement conference. |
| 12/14/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Prepare first rough draft of opposition to the Creditors Committed Motion seeking standing to prosecute claims against the Weiner parties. |
| 12/14/17 | K.M. Howard | 0.60 | 159.00 | Reviewed documents and assembled relevant materials to assist attorney in drafting opposition to Creditor Committee's Motion to Prosecute. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Gary Klausner on status of proceeding with a settlement agreement, and necessity to present evidence to the Committee. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange E-Mails with Brian Walton on the Creditors' Committee's Motion on standing and the Committee's theories on proceeding against the Weiner Parties; exchange E-Mails with Eric Weissman on the Committee's Motion; transmit Motion to Mr. Walton, Mr. Weissman and David Herskovitz. |
| 12/14/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Prepare revised draft of the Debtor's Response to the Creditors Committee Motion seeking standing to prosecute claims against the Weiner parties. |
| 12/14/17 | K.M. Howard | 0.90 | 238.50 | Reviewed list of twenty largest, Schedule F, Schedule D and the Proof of Claim filed by Cerner Corporation and culled key information to respond to concerns raised by Andrew Sherman regarding the settlements, and to determine reasons to dispute claims. |
| 12/14/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review proposed conference call with Judge Zive at 3:00 p.m. on December 15th, reviewing the exchange of E-Mails on the conference call, and preparing an E-Mail to all recipients on the proposed call and impediments to proceeding. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and consider issues relating to whether it is possible to proceed with a Settlement Agreement. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call to Gary Klausner's office; review Mr. Klausner's E-Mail and telephone call to Gary Klausner and Thad Davis, on issues resolved permitting Dentons to proceed with preparation of a Settlement Agreement. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Second telephone call to Gary Klausner and Thad Davis, on issues to be considered, in regard to proceeding with preparation of the Settlement Agreement and the Motion in support of the Settlement Agreement. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call to Susan Walker requesting her comments to the "reps and warranties" in the proposed Settlement Agreement. |
| 12/14/17 | S. Maizel | 0.50 | 325.00 | Review and revise settlement agreement with Weiner entities. |
| 12/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Michaela Sozio on completing the Settlement Agreement and delivery of funds; E-Mail to Andrew Sherman on expected delivery of funds. |
| 12/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Andrew Sherman on discovery of documents related to the Settlement Agreement. |
| 12/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Susan Walker on proceeding with drafting the Settlement Agreement and required input on representations that should be made by the Weiner Parties, as to what they have done to preserve their rights. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Ingestion/Mediation/Sycamore & Roxbury] Assemble and review current version of the Settlement Agreement, and E-Mail to Susan Walker on drafting provisions on representations by the Weiner Parties. |
| 12/15/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Revise and correct the second draft of the Debtor's Response to the Creditors Committee's Motion seeking standing to prosecute claims against the Weiner Parties. |
| 12/15/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Correct the third draft of the Debtor's Response to the Creditors Committee's Motion seeking standing to prosecute claims against the Weiner Parties, including clarifying the requested relief in the alternative. |
| 12/15/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review Susan Walker's proposed changes to the Settlement Agreement, then telephone call with Susan Walker on her proposed changes to the Agreement. |
| 12/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Correct and complete the Settlement Agreement. |
| 12/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Thad Davis on the draft of the Settlement Agreement. |
| 12/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Gary Klausner on the draft of the Settlement Agreement. |
| 12/15/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and transmit the Settlement Agreement to Thad Davis and Gary Klausner; review Gary Klausner's initial response. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Accountable Health] Review status of the Accountable Health hearing on Monday, with entry of Order by Judge on December 15th, rescheduling hearings in 2018;  E-Mail to Steve Katzman on Judge rescheduling hearing in response to two Status Reports. |
| 12/15/17 | S. Walker | 0.20 | 130.00 | Teleconference, J. Moe regarding settlement agreement. |
| 12/15/17 | S. Walker | 1.30 | 845.00 | Analyze and revise settlement agreement regarding warranties regarding insurance claims. |
| 12/15/17 | A. Jinnah | 0.90 | 355.50 | Attend Status conference in Fisher v. Phillips as bankruptcy counsel for Gardens matter and get continuance of case until March 16, 2018. |
| 12/16/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re Weiner settlement. |
| 12/17/17 | S. Maizel | 1.50 | 975.00 | Telephone conference with B. Walton, D. Herskovitz, etc... re settlement with Weiner entities. |
| 12/17/17 | J.A. Moe, II | 1.40 | 833.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Noon conference call with Sam Maizel, Brian Walton and David Herskovitz on the terms of the Settlement Agreement, Transcript from the Settlement Conference, responding to the Creditors Committee's Motion on standing and expected discovery on the Settlement Agreement. |
| 12/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Review check for $625,000; E-Mail to Andrew Sherman on receipt of funds;  confer with Stan Otake on delivery of check to Mr. Otake. |
| 12/18/17 | J.A. Moe, II | 0.20 | 119.00 | Creditors Committee Investigation/ Mediation/Sycamore & Roxbury]  Review Andrew Sherman's E-Mail requesting discovery; consider request and responses, and issues relating to confidentiality and privileges. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/18/17 | J.A. Moe, II | 0.20 | 119.00 | Creditors Committee Investigation/ Mediation/Sycamore & Roxbury]  Preliminarily review the proposed revised Settlement Agreement received,  with first considerations on the Weiner Parties' additions and subtractions. |
| 12/18/17 | J.A. Moe, II | 0.20 | 119.00 | Creditors Committee Investigation/ Mediation/Sycamore & Roxbury]  In regard to the proposed revised Settlement Agreement , E-Mail to and review responses from Brian Walton and David Herskovitz on issues related to the Agreement. |
| 12/18/17 | J.A. Moe, II | 0.10 | 59.50 | Creditors Committee Investigation/ Mediation/Sycamore & Roxbury]  In regard to the proposed revised Settlement Agreement , telephone call to and exchange E-Mails with Gary Klausner on issues related to the Agreement. |
| 12/18/17 | J.A. Moe, II | 0.30 | 178.50 | Creditors Committee Investigation/ Mediation/Sycamore & Roxbury]   Continue to consider issues related to the the proposed revised Settlement Agreement . |
| 12/18/17 | J.A. Moe, II | 0.70 | 416.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Continue to complete the Settlement Agreement, reviewing E-Mails from Michaela Sozio, Andrew Sherman and Steve Katzman. |
| 12/18/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange E-Mails with Gary Klausner on preparing the Settlement Agreement. |
| 12/18/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Extensively revise the Debtor's Response to the Creditors Committees Motion seeking to be give standing to prosecute claims against the Weiner Parties. |
| 12/18/17 | K.M. Howard | 1.10 | 291.50 | Reviewed debtor's opposition to Creditors Committee's Motion for Leave to Prosecute Weiner parties, cross-referenced cited documents to the docket, revised same and located additional documents to cite as evidence. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/18/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and correct the latest draft of the Debtor's Response to the Creditors Committees Motion seeking standing to prosecute claims against the Weiner Parties. |
| 12/18/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and complete (and confirm) accuracy of multiple references to the Docket in the Debtor's Response to the Creditors Committees Motion seeking standing to prosecute claims against the Weiner Parties. |
| 12/18/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and make additional sets of corrections (through three iterations) of the Debtor's Response to the Creditors Committees Motion seeking standing to prosecute claims against the Weiner Parties. |
| 12/18/17 | J.A. Moe, II | 0.50 | 297.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from and exchange E-Mails with Gary Klausner; conference call with Mr. Klausner on the Weiner Parties' continuing review and expected return of a revised Settlement Agreement, the necessity to provide discovery to the Committee and the importance of filing documents under seal. |
| 12/18/17 | A. Goodman | 0.90 | 225.00 | Analyzed initial production of documents for responsiveness to subpoena; strategized with G. Newhouse about response to subpoena; drafted email to client regarding additional items to produce in response to subpoena; coordinated initial document production. |
| 12/18/17 | S. Walker | 0.40 | 260.00 | Create redline and analyze changes in settlement agreement and respond to email from J. Moe. |
| 12/18/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with e. Weissman re Weiner settlement issues. |
| 12/18/17 | S. Maizel | 0.50 | 325.00 | Review and comment on drafts of Weiner settlement agreement. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/18/17 | G. Newhouse | 0.90 | 585.00 | Review email correspondence with respect to first tranche of documents to be produced to grand jury and office conference with A. Goodman regarding same. |
| 12/18/17 | K.M. Howard | 0.20 | 53.00 | Reviewed and culled Joint Motion to Approve Terms and Conditions of Settlement Agreement reached with the Board of Directors. |
| 12/19/17 | S. Maizel | 0.70 | 455.00 | Telephone conference with A. Sherman re discovery on standing motion (.1); office conference with John Moe re same (.1); telephone conference with B. Walton re same (.5). |
| 12/19/17 | S. Maizel | 0.10 | 65.00 | Telephone conference with Karl Block re Harbor Gardens settlement; email re same. |
| 12/19/17 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re Committee discovery requests. |
| 12/19/17 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re Committee standing motion. |
| 12/19/17 | S. Walker | 0.40 | 260.00 | Teleconference, J. Moe regarding revisions to settlement agreement. |
| 12/19/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call with Susan Walker on representations and warranties on the Settlement Agreement. |
| 12/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange E-Mails with Gary Klausner m responding to his questions on Dentons preparing the Response to the Creditors Committee Motion on Standing. |
| 12/19/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] In accordance with Gary Klausner's suggestions; Make four corrections to the Response to the Creditors Committee Motion on Standing, and prepare Declaration Of John A, Moe, II. |

23

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Directors & Officers] Exchange E-Mails with Michaela Sozio on completion of the Settlement Agreement. |
| 12/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Continue to review possible revisions to the Settlement Agreement. |
| 12/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Continue to work on responding to the discovery requested by the Creditors Committee. |
| 12/19/17 | J.A. Moe, II | 0.80 | 476.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and annotate changes to the Settlement Agreement. |
| 12/19/17 | K.M. Howard | 0.40 | 106.00 | Further analysis of document requests from Creditors Committee to determine the scope of response and document collection. |
| 12/19/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review -- request by request -- how to respond to the Creditors' Committee's document request. |
| 12/19/17 | J.A. Moe, II | 1.40 | 833.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Extended conference call with Gary Klausner reviewing proposed changes and issues with Mr. Klausner's extensive revisions to the draft of the Settlement Agreement. |
| 12/19/17 | T. Ryan | 0.40 | 136.00 | E-mails with A. Goodman re documents for production; prepare documents for production re Grand Jury subpoena. |
| 12/19/17 | K.M. Howard | 0.30 | 79.50 | Analysis of voluminous email chain regarding the document requests from the creditors committee and Blue Cross Blue Shield. |
| 12/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Preliminarily review the redline version of the Settlement Agreement with the Weiner Parties. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/19/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Three iterations of minor corrections to the last draft of the Debtor's Response to the Creditors Committee's Motion on standing to pursue Claims against the Weiner Parties. |
| 12/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Commence work on responding to the discovery requested by the Creditors Committee. |
| 12/19/17 | K.M. Howard | 0.70 | 185.50 | Initial analysis of Creditors Committee's document request and determined process to assemble ESI production and metadata. |
| 12/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Continued telephone call with Gary Klausner on necessity to review in detail the revised Settlement Agreement. |
| 12/20/17 | S. Maizel | 0.60 | 390.00 | Telephone conference with Brian Walton re Committee Standing Motion (.5); Telephone conference with J. Moe re same (.1). |
| 12/20/17 | S. Maizel | 0.20 | 130.00 | Telephone conference with Karl Block re Harbor Gardens settlement (.1);review and respond to emails re same (.1). |
| 12/20/17 | K.M. Howard | 0.40 | 106.00 | Prepared draft of search perimeters for ESI collection of Sam Maizel's and John Moe's emails responsive to document request from the Creditors Committee. |
| 12/20/17 | K.M. Howard | 0.60 | 159.00 | Meeting with head of Los Angeles IT Department to discuss the firm's protocol of ESI collection of emails in document productions. |
| 12/20/17 | K.M. Howard | 0.40 | 106.00 | Assembled various pleadings to assist attorney in drafting Debtor's response to Committee's Motion for Standing. |
| 12/20/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Exchange E-Mails with Karl Block on issue that have arisen; telephone calls with Mr. Block on issue of payment on the Harbor Gardens Claim |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/20/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review Common Interest Privilege Agreement. |
| 12/20/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Extended telephone conference with Brain Walton and David Herskovitz, on: Discovery requested by Andrew Sherman; responding to the Motion on standing; and completing a formal Settlement Agreement with the Weiner Parties. |
| 12/20/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and complete the Debtor's Response to the Creditors Committee's Motion seeking standing to prosecute the Claims against the Weiner Parties. |
| 12/20/17 | J.A. Moe, II | 2.20 | 1,309.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Continue to review and revise Gary Klausner's draft of the Settlement Agreement. |
| 12/20/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Sycamore & Roxbury] Telephone call with Gary Klausner on his discussion with David Herskovitz on the Settlement Agreement. |
| 12/20/17 | J.A. Moe, II | 0.60 | 357.00 | [Creditors Committee Investigation/Sycamore & Roxbury] E-Mail to David Herskovitz on call with Mr. Klausner, confer with Sam Maizel on terms for the Agreement, and telephone call to Mr. Herskovitz on Mr. Herskovitz' statements to Gary Torrell and how to proceed. |
| 12/20/17 | T. Ryan | 0.60 | 204.00 | Review and verify documents and index for production. |
| 12/20/17 | A. Goodman | 1.10 | 275.00 | Analyzed additional documents received from client for inclusion in initial production of documents; drafted letter to government enclosing initial document production. |
| 12/21/17 | A. Goodman | 0.10 | 25.00 | Drafted email correspondence to client about scheduling a conference call to discuss continued document production in response to grand jury subpoena duces tecum; conferred with G. Newhouse about same. |

26

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/21/17 | G. Newhouse | 0.30 | 195.00 | Edit letter to Special Agent Harbar with respect to production of documents pursuant to grand jury subpoena and transmit to government. |
| 12/21/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Sycamore & Roxbury] E-Mail to David Herskovitz and Brian Walton on Mr. Herskovitz' statements to Gary Klausner on terms of the Settlement Agreement. |
| 12/21/17 | J.A. Moe, II | 1.10 | 654.50 | [Creditors Committee Investigation/Sycamore & Roxbury] Review and revise extensively -- through multiple iterations -- the letter to Andrew Sherman on responding to his discovery requests. |
| 12/21/17 | J.A. Moe, II | 0.90 | 535.50 | [Creditors Committee Investigation/Mediation/Harbor Gardens] Multiple telephone calls with Karl Block, first on concept of, then the contents of, then revising and completing letter, on payment to Harbor Gardens of only the principal amount due. |
| 12/21/17 | K.M. Howard | 0.20 | 53.00 | Prepared communication to Ryan Aldrich regarding the ESI collection of documents to produce to the creditors committee and prepared queries regarding same. |
| 12/21/17 | K.M. Howard | 0.20 | 53.00 | Received and reviewed numerous IT responses regarding the ESI culling of documents to produce to the creditors committee (.1) and prepared responses thereto (.1). |
| 12/21/17 | A. Jinnah | 0.70 | 276.50 | Review De Lage Landen case and speak with court clerk for Judge Margaret Bernal regarding court's previous meet and confer ruling. |
| 12/22/17 | S. Maizel | 1.00 | 650.00 | Telephone conference with B. Walton and D. Herskovitz re Weiner parties settlement. |
| 12/22/17 | K.M. Howard | 0.20 | 53.00 | Reviewed communication from Ed Reich regarding the document request from Counsel for Creditors Committee (.1) and prepared reply thereto (.1). |
| 12/22/17 | K.M. Howard | 0.10 | 26.50 | Prepared followup communication to Ed Reich regarding the document request from the creditors committee. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/22/17 | A. Goodman | 0.10 | 25.00 | Drafted additional email correspondences to client about scheduling a conference call to discuss continued document production in response to grand jury subpoena duces tecum. |
| 12/22/17 | J.A. Moe, II | 1.00 | 595.00 | [Creditors committee Investigation/Mediation/Sycamore and Roxbury] Prepare for and conference telephone call with Brian Walton and David Herskovitz, with Sam Maizel, on: analyzing the insurance claims; Mr. Harskovitz' telephone call with Gary Klausner on terms in the agreement; revising the Settlement Agreement; and responding to the Creditors Committee's discovery related to the settlement agreement with the Weiner Parties. |
| 12/26/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Gary Klausner on status of completing a revised draft of the Settlement Agreement. |
| 12/26/17 | J.A. Moe, II | 0.20 | 119.00 | [DeLage Landen/Intuitive] Review preparations for the Status Conference and working with opposing counsel to reschedule the hearing; review E-Mails to two opposing counsel on postponing the hearing;  review late received E-Mail from Intuitive's counsel approving the continuance. |
| 12/26/17 | A. Jinnah | 0.40 | 158.00 | Multiple conferences with counsel for De Lage Landen regarding court ordered meet and confer. |
| 12/26/17 | A. Jinnah | 0.20 | 79.00 | Conference with counsel for Intuitive (De Lage Landen Case) regarding court ordered meet and confer. |
| 12/26/17 | A. Jinnah | 0.60 | 237.00 | Review De Lage Landen case in preparation to meet in confer with Plaintiff's counsel. |
| 12/27/17 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen/Intuitive] Review additional exchanges of E-Mails, including fact that the Court has rescheduled the hearing on the Status Conference for March with the concurrence of all counsel |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/27/17 | J.A. Moe, II | 0.40 | 238.00 | [Response to Document Request/AmTrust] Exchange E-Mails with George Newhouse and prepare draft of letter to Alicia Garcia at AmTrust on background to issuance of Subpoena, reviewing the status of the Bankruptcy Case and information on rates (as requested) . |
| 12/27/17 | J.A. Moe, II | 1.20 | 714.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Revise through two iterations the proposed Settlement Agreement with the Weiner Parties. |
| 12/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange E-Mails with Gary Klausner, answering three Questions on Dentons continuing work on the Settlement Agreement. |
| 12/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Exchange E-Mails with Jon Pastor on, and transmit to Mr. Pastor, Andrew Sherman's letter. |
| 12/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/ Sycamore & Roxbury] Review status of the revised Settlement Agreement, including exchanging E-Mails with Brian Walton and David Herskovitz. |
| 12/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/ Sycamore & Roxbury] Telephone call to Andrew Sherman on the upcoming hearing on the Committee's Standing Motion, and producing the Insurance Policies to Mr. Sherman. |
| 12/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/ Sycamore & Roxbury] Return telephone call fromGary Klausner on the status of the Settlement Agreement and producing to the Committee the Insurance Policies. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/ Sycamore & Roxbury]  Review the status of producing documents to the Creditors Committee, and prepare E-Mail to Ed Reich on the necessity to produce  documents to the Committee. |
| 12/28/17 | J.A. Moe, II | 0.40 | 238.00 | [Request For Documents/AmTrust]  Review and expand, them review and correct, the draft of the proposed letter to Alicia Garcia, at AmTrust, on background to and present status of the bankruptcy case and rates of attorneys working on the Gardens' Case. |
| 12/28/17 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents/AmTrust]  Review George Newhouse's proposed corrections to the letter to Alicia Garcia, then complete and send letter to Ms. Garcia. |
| 12/28/17 | J.A. Moe, II | 2.40 | 1,428.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review and consider, correct and amend the proposed Settlement Agreement, related to what occurs if there are settlements and dismissals of claims against insurance carriers; await completion of revisions, review the revised Agreement, and transmit to Brian Walton and David Herskovitz. |
| 12/28/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] In accordance with the telephone call with Andrew Sherman, telephone call with Clerk of the Court on scheduling three way conference call on pending Motion; confer with Boris Mankovetskiy on call; E-Mail to Andrew Sherman on call. |
| 12/28/17 | K.M. Howard | 0.10 | 26.50 | Received and analyzed Creditors Committee's Reply to Motion for Leave and Authority to Prosecute. |
| 12/28/17 | K.M. Howard | 0.20 | 53.00 | Communications with Edward Reich regarding the status of the ESI collection to respond to the document request from the creditors committee. |
| 12/28/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and assembled documents and pleadings pertaining to the hearing on Creditors Committee's Motion for Leave to Prosecute Claims and Causes of Action. |

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/29/17 | K.M. Howard | 0.10 | 26.50 | Received and analysis of Notice of Continued OSC regarding the Cross-Complaint and Status Conference in DeLage v. Gardens to determine additional requirements. |
| 12/29/17 | K.M. Howard | 0.30 | 79.50 | Received and analysis Judge Robles' Order on Motion for Leave to Prosecute to determine additional requirements (.2) and prepared communication regarding same (.1). |
| 12/29/17 | K.M. Howard | 0.40 | 106.00 | Further review of and assembly of pleadings for inclusion into hearing binder for January 3, 2018 hearing on Motion to Prosecute. |
| 12/29/17 | K.M. Howard | 0.40 | 106.00 | Reviewed pleadings and drafted index to hearing binder for January 3, 2018 hearing on Motion to Prosecute. |
| 12/29/17 | K.M. Howard | 0.40 | 106.00 | Finalized organization of pleadings and finalized hearing binder for January 3, 2018 hearing on Motion to Prosecute. |
| 12/29/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Prepare for the conference call with Clerk of of the Court, , then confer with Boris Mankovetskiy and Andrew Sherman, and include the Clerk, on how the Court may want to proceed on the Standing Motion. |
| 12/29/17 | K.M. Howard | 0.20 | 53.00 | Ongoing review of and monitoring of Judge Robles' tentative rulings regarding Motion for Leave to Prosecute. |
| 12/29/17 | J.A. Moe, II | 1.40 | 833.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Extended conference telephone call with Brian Walton and David Herskovitz on the terms of the Settlement Agreement and brief discussion on responding to discovery. |
| 12/29/17 | J.A. Moe, II | 0.10 | 59.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Telephone call from Boris Mankovetskiy on awaiting response on inquiry to the Court on the Standing Motion. |

31

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/29/17 | J.A. Moe, II | 0.20 | 119.00 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Review the Court's Ruling on the Standing Motion, the telephone call to Boris Mankovetskiy and Andrew Sherman on decision. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 123.80 | | |
| Fee Amount | | | | $66,390.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 19.80 | $12,870.00 |
| G. Newhouse | $650.00 | 1.20 | $780.00 |
| S. Walker | $650.00 | 5.00 | $3,250.00 |
| J.A. Moe, II | $595.00 | 66.90 | $39,805.50 |
| A. Goodman | $250.00 | 2.30 | $575.00 |
| A. Jinnah | $395.00 | 11.20 | $4,424.00 |
| K.M. Howard | $265.00 | 16.40 | $4,346.00 |
| T. Ryan | $340.00 | 1.00 | $340.00 |
| Totals | | 123.80 | $66,390.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/31/2017 | Delivery & Postage -  USA LEGAL, INC. | | 20.00 |
| 11/8/2017 | Delivery & Postage -  USA LEGAL, INC. | | 25.00 |
| 11/22/2017 | Delivery & Postage -  USA LEGAL, INC. | | 99.00 |
| 12/5/2017 | Delivery & Postage -  USA LEGAL, INC. | | 31.90 |
| | | SUBTOTAL | 175.90 |
| | Document reproduction | | 46.30 |
| | | SUBTOTAL | 46.30 |

32

Litigation - Contested Matters and Adversary Proceedings

January 24, 2018

Matter: 15257497-000015
Invoice No.: 1974753

| Date | Description | | Amount |
|------|-------------|--|--------|
| 12/15/2017 | Filing Fees Ahmed R. Jinnah, Attend status conference in Fisher & Phillips v. Gardens Regional Hospital by CourtCall. | | 86.00 |
| 10/23/2017 | Filing Fees - USA LEGAL, INC. | | 94.25 |
| | | SUBTOTAL | 180.25 |
| 11/27/2017 | Outside Professional Services - CASE ANYWHERE LLC | | 5.00 |
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 – 09/30/2017; INV. 2637538-Q32017 | | 273.20 |
| | | SUBTOTAL | 278.20 |
| | Total Disbursements | | $680.65 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 66,390.50 | |
| Disbursement Total | $ | 680.65 | |
| Invoice Total | $ | 67,071.15 | |

33



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853845 | 32,510.00 | (260.00) | 32,250.00 |
| 02/22/17 | 1865404 | 9,285.71 | (312.21) | 8,973.50 |
| 03/10/17 | 1870876 | 12,867.05 | (858.05) | 12,009.00 |
| 04/19/17 | 1883654 | 58,143.10 | (747.60) | 57,395.50 |
| 05/24/17 | 1895427 | 36,355.95 | (162.95) | 36,193.00 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | (143.10) | 48,507.50 |
| 08/14/17 | 1920738 | 58,661.56 | (946.06) | 57,715.50 |
| 09/14/17 | 1930412 | 30,032.96 | (833.96) | 29,199.00 |
| 10/17/17 | 1942311 | 21,723.15 | (468.15) | 21,255.00 |
| 11/13/17 | 1951646 | 76,142.34 | (179.84) | 75,962.50 |
| 12/12/17 | 1963215 | 62,378.15 | 0.00 | 62,378.15 |
| 01/24/18 | 1974753 | 67,071.15 | 0.00 | 67,071.15 |

Total Outstanding Invoices                    $555,975.80

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974754**

Client/Matter: 15257497-000017

Non Working Travel

Payment Due Upon Receipt

---

Total This Invoice                                    $        2,902.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974754**

Client/Matter:  15257497-000017

Non Working Travel

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/04/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Return travel from the Roybal Federal Building following the hearing before Judge Robles approving the Settlement Agreement, |
| 12/04/17 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Review David Herskovitz revised letter to Andrew Sherman;  telephone call to Andrew Sherman on investigating Claims before proceeding. |
| 12/04/17 | J.A. Moe, II | 0.40 | 238.00 | [Creditors Committee Investigation/Mediation/Directors & Officers] Travel to the Roybal Federal Building for the hearing before Judge Robles on approval of the Settlement Agreement. |
| 12/06/17 | J.A. Moe, II | 0.40 | 238.00 | Travel to the Roybal Federal Building for Mediation with  Weiner Parties. |
| 12/06/17 | J.A. Moe, II | 0.30 | 178.50 | [Creditors Committee Investigation/Mediation/Sycamore & Roxbury] Return travel from the Roybal Federal Building following Mediation. |
| 12/15/17 | S. Maizel | 3.00 | 1,950.00 | Travel to and from hearing in District Court in Santa Ana. |

Total Hours                          4.60

Fee Amount                                                                          $2,902.00

2

Non Working Travel

January 24, 2018

Matter: 15257497-000017
Invoice No.: 1974754

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 3.00 | $1,950.00 |
| J.A. Moe, II | $595.00 | 1.60 | $952.00 |
| Totals | | 4.60 | $2,902.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,902.00 |
| | | |
| Invoice Total | $ | 2,902.00 |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000017

Non Working Travel

---

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853848 | 9,771.00 | 0.00 | 9,771.00 |
| 02/22/17 | 1865510 | 2,220.00 | 0.00 | 2,220.00 |
| 03/10/17 | 1870878 | 1,365.00 | 0.00 | 1,365.00 |
| 05/24/17 | 1895428 | 1,249.50 | 0.00 | 1,249.50 |
| 06/12/17 | 1900472 | 476.00 | 0.00 | 476.00 |
| 09/14/17 | 1930413 | 357.00 | 0.00 | 357.00 |
| 11/13/17 | 1951647 | 2,439.50 | 0.00 | 2,439.50 |
| 12/12/17 | 1963216 | 714.00 | 0.00 | 714.00 |
| 01/24/18 | 1974754 | 2,902.00 | 0.00 | 2,902.00 |

Total Outstanding Invoices                                      $21,494.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street            McKenna Long
Suite 2500                        dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                          January 24, 2018
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA                                              **Invoice No. 1974755**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

                                                  Payment Due Upon Receipt
_____

Total This Invoice                        $           585.00

Please return this page with your payment

Payments by check should be sent to:        Payment by wire transfer should be sent to:
Dentons US LLP                                      Citi Private Bank
Dept. 894579                    OR          227 West Monroe, Chicago, IL 60606
Los Angeles, CA 90189-4579                      ABA Transit # 271070801
                                                    Account #: 0801051693
                                              Account Name: Dentons US LLP
                                                   Swift Code: CITIUS33
                                            Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974755**

Client/Matter:  15257497-000018

Plan and Disclosure Statement

---

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/04/17 | S. Maizel | 0.40 | 260.00 | Update sources and uses of cash chart (.1); emails re data for same (.3). |
| 12/05/17 | S. Maizel | 0.50 | 325.00 | Update sources and uses of cash chart. |
| Total Hours | | 0.90 | | |
| Fee Amount | | | | $585.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 0.90 | $585.00 |
| Totals | | 0.90 | $585.00 |
| Fee Total | $ | 585.00 | |
| Invoice Total | $ | 585.00 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

---

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853849 | 1,864.50 | 0.00 | 1,864.50 |
| 02/22/17 | 1865405 | 59.50 | 0.00 | 59.50 |
| 04/19/17 | 1883663 | 59.50 | 0.00 | 59.50 |
| 05/24/17 | 1895429 | 773.50 | 0.00 | 773.50 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | (31.10) | 1,364.00 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |
| 12/12/17 | 1963217 | 1,744.00 | 0.00 | 1,744.00 |
| 01/24/18 | 1974755 | 585.00 | 0.00 | 585.00 |

Total Outstanding Invoices                              $7,948.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974756**

Client/Matter: 15257497-000020

Relief from Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice                                           $          3,434.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974756**

Client/Matter:   15257497-000020

Relief from Stay and Adequate Protection

For Professional Services Rendered through December 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 12/01/17 | K.M. Howard | 0.70 | 185.50 | Reviewed culled documents and pleadings and drafted index for inclusion into December 4, 2017 hearing binder. |
| 12/11/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winter Qui Tam Cases]  Exchange E-Mails with Attorney Steve Goodman on seeking relief from stay in behalf of Jane Winter. |
| 12/12/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winter Qui Tam Case]  In regard to relief from stay being sought by Attorney Steve Goodman for Jane Winter, E-Mails to Kathryn Stanton and Tracy Green on status of the Qui Tam Cases. |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Qui Tam Cases]  Review and assemble documents for conference call with Tracy Green, Kathryn Stanton and Andrew Sherman, including preliminary review of Settlement Agreement with RSUI (in regard to District Court Litigation |
| 12/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases]  Exchange E-Mails with Tracy Green on issues relating to David Tartaglio's recent letter denying  coverage,  and background to resolution of the District Court Cases (and responsibilities of RSUI under previously executed Settlement Agreement). |
| 12/14/17 | J.A. Moe, II | 0.70 | 416.50 | [Qui Tam Cases]  Conference telephone call with Tracy Green and Kathryn Stanton (and scheduled for Andrew Sherman), discussing status of the Qui Tam Cases (and confirming that RSUI does not defend Berle Weiner). |
| 12/14/17 | J.A. Moe, II | 0.20 | 119.00 | [Jane Winter's Qui Tam Case]  Exchange E-Mails with David Herskovitz and Brian Walton on relief from the automatic stay and tender of case to Insurance Carrier. |

Relief from Stay and Adequate Protection

January 24, 2018

Matter: 15257497-000020
Invoice No.: 1974756

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winter Qui Tam Case] Preliminarily review documents on insurance coverage, related to the Qui Tam Claim asserted by Jane Winter received from David Herskovitz. |
| 12/14/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winter Qui Tam Case] Telephone call to Attorney Andrew Goodman on initial review of documents on insurance coverage, related to the Qui Tam Claim asserted by Jane Winter, and review of small recovery for Claimants if no coverage. |
| 12/15/17 | J.A. Moe, II | 0.20 | 119.00 | [Jane Winter Qui Tam Case] Exchange E-Mails with and telephone call from Michaela Sozio on insurance related to the Qui Tam Case; review letter a form RSUI and transmit to Ms. Sozio for review, with E-Mail on Plaintiff seeking relief from the automatic stay. |
| 12/18/17 | J.A. Moe, II | 0.20 | 119.00 | [Jane Winter Qui Tam Action] Preliminarily review the Motion For Relief From Stay. |
| 12/18/17 | K.M. Howard | 0.30 | 79.50 | Reviewed Winters' Motion for Relief from Automatic Stay and culled deadlines and hearing date for inclusion into Critical Dates Memorandum |
| 12/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winter Qui Tam] Exchange E-Mails with Gary Torrell on the Jane Winters Qui Tam. |
| 12/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winter Qui Tam] Telephone call with Gary Klausner on responding to the Motion For Relief From Stay, and transmitting the Motion to Mr. Klausner. |
| 12/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Jane Winter Qui Tam] Review Motion and prepare E-Mail on insurance coverage to Michaela Sozio and transmit Motion to Ms. Sozio. |
| 12/19/17 | J.A. Moe, II | 0.30 | 178.50 | [Jane Winter Qui Tam] Prepare rough draft of a Response to the Motion For Relief From The Automatic Stay. |
| 12/19/17 | J.A. Moe, II | 0.20 | 119.00 | [Jane Winter Qui Tam Cases] Telephone call with Gary Torrell on preparing Opposition to the Motion For Relief From Stay. |
| 12/19/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winters Qui Tam Action] Exchange E-Mails with Michaela Sozio on whether RSUI is providing a defense to the Qui Tam Action. |

3

Relief from Stay and Adequate Protection

January 24, 2018

Matter: 15257497-000020
Invoice No.: 1974756

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/20/17 | K.M. Howard | 0.40 | 106.00 | Assembled papers regarding Winter's Motion for Relief from Stay to assist attorney in drafting debtor's response. |
| 12/21/17 | J.A. Moe, II | 0.30 | 178.50 | [Jane Winter Qui Tam] Review and correct the Debtor's Response and Opposition to the Motion seeking approval of the Settlement Stipulation. |
| 12/26/17 | J.A. Moe, II | 0.60 | 357.00 | [Jane Winter Qui Tam Case] Review Gary Torrell's proposed Opposition to the Motion For Relief From Stay, and prepare revised Opposition to be filed in behalf of the Debtor. |
| 12/26/17 | J.A. Moe, II | 0.60 | 357.00 | [Jane Winter Qui Tam Case] Exchange E-Mails with Gary Torrell on addition to the Opposition, then edit and correct the Debtor's Opposition to the Motion For Relief From Stay. |
| 12/26/17 | J.A. Moe, II | 0.40 | 238.00 | [Jane Winter Qui Tam Case] Review Gary Torrell's request for an additional argument to be included in the Debtor's Response and Opposition to the Motion For Relief From Stay, then prepare expanded Response and Opposition with additional argument. |
| 12/26/17 | J.A. Moe, II | 0.10 | 59.50 | [Jane Winter Qui Tam Case] Complete editing the Debtor's Opposition to the Motion For Relief From Stay. |
| 12/28/17 | K.M. Howard | 0.10 | 26.50 | Received and analyzed Opposition to Motion for Relief from Automatic Stay filed by Rollins Nelson Group. |
| 12/28/17 | K.M. Howard | 0.10 | 26.50 | Received and analyzed Request for Judicial Notice in support of Opposition to Motion for Relief from Automatic Stay filed by Rollins Nelson Group. |
| 12/28/17 | K.M. Howard | 0.10 | 26.50 | Received and analyzed Debtor's Response to Motion for Relief from Automatic Stay filed by Rollins Nelson Group. |

Total Hours                       6.70

Fee Amount                                                    $3,425.50

4

Relief from Stay and Adequate Protection

January 24, 2018

Matter: 15257497-000020
Invoice No.: 1974756

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 5.00 | $2,975.00 |
| K.M. Howard | $265.00 | 1.70 | $450.50 |
| Totals | | 6.70 | $3,425.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 - 09/30/2017; INV. 2637538-Q32017 | | 9.00 |
| | | SUBTOTAL | 9.00 |
| | Total Disbursements | | $9.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,425.50 | |
| Disbursement Total | $ | 9.00 | |
| Invoice Total | $ | 3,434.50 | |

5



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853851 | 2,795.00 | 0.00 | 2,795.00 |
| 02/22/17 | 1865406 | 2,772.00 | 0.00 | 2,772.00 |
| 03/10/17 | 1870879 | 6,497.00 | 0.00 | 6,497.00 |
| 04/19/17 | 1883664 | 1,216.50 | 0.00 | 1,216.50 |
| 05/24/17 | 1895430 | 178.50 | 0.00 | 178.50 |
| 07/11/17 | 1907898 | 79.50 | 0.00 | 79.50 |
| 08/14/17 | 1920740 | 2,771.50 | 0.00 | 2,771.50 |
| 09/14/17 | 1930416 | 1,092.00 | 0.00 | 1,092.00 |
| 10/17/17 | 1942312 | 1,118.00 | 0.00 | 1,118.00 |
| 11/13/17 | 1951626 | 1,944.50 | 0.00 | 1,944.50 |
| 12/12/17 | 1963219 | 543.00 | 0.00 | 543.00 |
| 01/24/18 | 1974756 | 3,434.50 | 0.00 | 3,434.50 |

Total Outstanding Invoices                    $24,442.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974758**

Client/Matter: 15257497-000021

Reporting

Payment Due Upon Receipt

---

Total This Invoice                              $          1,140.70

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | |
|---|---|
| Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California 90017-5704 | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1974758**

Client/Matter:  15257497-000021

Reporting

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/07/17 | K.M. Howard | 0.40 | 106.00 | Reviewed communications from Chinda Bhanaraksa regarding the Debtor's bank statements for November 2017 and reviewed attached statements in conjunction with submitting same to the Office of the U.S. Trustee. |
| 12/15/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from United States Trustee confirming receipt of Debtor's submitted bank statements for November 2017. |
| 12/15/17 | K.M. Howard | 0.40 | 106.00 | Prepared and organized Debtor's November 2017 bank statements and submitted same to United States Trustee. |
| 12/21/17 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Karen Nimniyom regarding the Monthly Operating Report for November 2017. |
| 12/29/17 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Monthly Operating Report for November 2017. |
| 12/29/17 | K.M. Howard | 0.20 | 53.00 | Assembled finalized Monthly Operating Report for November 2017 and coordinated filing and service of same. |
| 12/29/17 | K.M. Howard | 0.40 | 106.00 | Reviewed Monthly Operating Report (.1) and drafted Debtor's Monthly Operating Report Disbursement Summary for November 2017 (.3). |
| 12/29/17 | K.M. Howard | 0.20 | 53.00 | Finalized Debtor's Monthly Operating Report Disbursement Summary for November 2017 (.1) and submitted same to the Office of the United States Trustee. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 2.20 | | |
| Fee Amount | | | | $583.00 |

Reporting

January 24, 2018

Matter: 15257497-000021
Invoice No.: 1974758

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K.M. Howard | $265.00 | 2.20 | $583.00 |
| Totals | | 2.20 | $583.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 10/18/2017 | Delivery & Postage - - | USA LEGAL, INC. | 15.00 |
| 10/31/2017 | Delivery & Postage - - | USA LEGAL, INC. | 45.00 |
| 11/2/2017 | Delivery & Postage - - | USA LEGAL, INC. | 140.95 |
| 10/31/2017 | Delivery & Postage - - | USA LEGAL, INC. | 130.00 |
| 10/30/2017 | Delivery & Postage - - | USA LEGAL, INC. | 211.75 |
| | | SUBTOTAL | 542.70 |
| 10/16/2017 | LITIGATION SUPPORT VENDORS - - | USA LEGAL, INC. | 15.00 |
| | | SUBTOTAL | 15.00 |
| | Total Disbursements | | $557.70 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 583.00 | |
| Disbursement Total | $ | 557.70 | |
| Invoice Total | $ | 1,140.70 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000021

Reporting

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | (50.00) | 795.00 |
| 05/24/17 | 1895432 | 1,208.50 | (30.00) | 1,178.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | (38.00) | 907.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | (21.60) | 987.00 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |
| 11/13/17 | 1951588 | 2,201.50 | (51.00) | 2,150.50 |
| 12/12/17 | 1963220 | 556.50 | 0.00 | 556.50 |
| 01/24/18 | 1974758 | 1,140.70 | 0.00 | 1,140.70 |

Total Outstanding Invoices          $18,101.20

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1975029**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

Total This Invoice                    $          9,913.40

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | |
|---|---|
| Dentons US LLP | Salans FMC SNR Denton |
| 601 S. Figueroa Street | McKenna Long |
| Suite 2500 | dentons.com |
| Los Angeles, California 90017-5704 | |

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

**Invoice No. 1975029**

Client/Matter:  15257497-000024

Appellate Proceedings

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/13/17 | J.A. Moe, II | 1.00 | [Motion To Dismiss]  Consider and review argument on appeal before Judge Staton for the hearing on December 15th on the Motion To Dismiss. |
| 12/13/17 | S. Maizel | 2.00 | Prepare for oral argument in district court on motion to dismiss sale order appeal. |
| 12/13/17 | S. Maizel | 1.00 | Review State's opening brief in QAF tax appeal and exhibits. |
| 12/13/17 | T. Moyron | 1.10 | Attend meeting with S. Maizel and J. Moe to prepare for oral argument before the District Court on motion to dismiss and retrieve and analyze pleadings in connection therewith. |
| 12/14/17 | S. Maizel | 1.10 | Review and respond to emails re district court argument on motion to dismiss (.1); review cases in preparation for appellate argument (1.0). |
| 12/14/17 | K.M. Howard | 0.10 | Prepared communication regarding the upcoming hearing on Debtor's Motion to Dismiss Attorney General's Appeal. |
| 12/15/17 | S. Maizel | 4.00 | Prepare for hearing on motion to dismiss in District Court (3.0); hearing on motion to dismiss appeal from sale order (1.0). |
| 12/15/17 | K.M. Howard | 0.30 | Analysis of Bankruptcy Rules of Appellant Procedure Rule 8018 to determine briefing deadlines and prepared communication regarding same. |
| 12/15/17 | K.M. Howard | 0.20 | Prepared followup communications regarding debtor's briefing schedule. |
| 12/15/17 | K.M. Howard | 0.30 | Assembled Appellant's Opening Brief and Excerpts of Record (.2) and prepared communications regarding same (.1). |
| 12/15/17 | J.A. Moe, II | 0.10 | Review and confirm status of the Appellee's Opening Brief due on Attorney General's Appeal (in behalf of the Department of Health Care Services) on the decision denying administrative priority status as to Claims. |
| 12/15/17 | J.A. Moe, II | 0.30 | [Sale Of Hospital Assets] Review of proceedings in the District Court, before Judge Staton, on the Motion To Dismiss. |
| 12/15/17 | T. Moyron | 0.20 | Conference with S. Maizel regarding outcome of hearing on motion to dismiss. |

Appellate Proceedings

January 24, 2018

Matter: 15257497-000024
Invoice No.: 1975029

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/18/17 | S. Maizel | 0.10 | Email to client and committee update on appeals. |
| 12/18/17 | S. Maizel | 1.00 | Review states opening brief and exhibits on QAF tax appeal and outline response. |
| 12/18/17 | K.M. Howard | 0.20 | Reviewed and revised Notice of Intent to Appear at Oral Argument before the Bankruptcy Appellate Panel. |
| 12/18/17 | K.M. Howard | 0.20 | Reviewed Ninth Circuit's Notice of Oral Argument in Debtor's appeal against the Department of Health Care Services and culled information for inclusion into Critical Dates Memorandum. |
| 12/18/17 | K.M. Howard | 0.10 | Analysis of Civil Minutes of Oral Argument regarding Debtor's Motion to Dismiss Appeal of Attorney General to determine additional requirements or deadlines. |
| 12/19/17 | K.M. Howard | 0.20 | Reviewed appellate docket in Case No. 17-1198 to determine status of all filed documents and court notices. |
| 12/19/17 | K.M. Howard | 0.10 | Analysis of communication from Kenneth Wang regarding the DHCS' Brief and Excerpts of Record. |
| 12/19/17 | K.M. Howard | 0.60 | Assembled and organized Appellant's Brief and Excerpts of Record. |
| 12/19/17 | K.M. Howard | 0.10 | Prepared communication regarding the BAP Hearing Acknowledgment. |
| 12/19/17 | K.M. Howard | 0.40 | Reviewed appellate rules and cross-referenced requirements to Critical Dates Memorandum to make certain no date is missed. |
| 12/20/17 | S. Maizel | 0.50 | Telephone conference with Mark Regan, Hooper Lundy & Bookman re QAF Fees Tax appeal. |
| 12/20/17 | S. Maizel | 0.50 | Prepare filings in CDHCS V. Ehrenberg re state position on QAF fees as taxes. |
| 12/21/17 | K.M. Howard | 0.20 | Prepared communications regarding the preparation of Debtor's Opening Brief and culled key documents regarding same. |
| 12/21/17 | K.M. Howard | 0.50 | Assembled and organized underlying motions regarding payment of administrative priority QAF (.4) and prepared communication regarding same (.1). |

Total Hours                                        16.40

Fee Amount                                                              $9,105.50

3

Appellate Proceedings

January 24, 2018

Matter: 15257497-000024
Invoice No.: 1975029

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 10.20 | $6,630.00 |
| J.A. Moe, II | $595.00 | 1.40 | $833.00 |
| T. Moyron | $550.00 | 1.30 | $715.00 |
| K.M. Howard | $265.00 | 3.50 | $927.50 |
| Totals | | 16.40 | $9,105.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 11/8/2017 | Delivery & Postage - USA LEGAL, INC. | | 98.50 |
| | | SUBTOTAL | 98.50 |
| 12/1/2017 | Outside Professional Services - STEPHEN SAMUEL WASSERMAN INV 9105 - 12/01/2017 | | 30.00 |
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 - 09/30/2017; INV. 2637538-Q32017 | | 403.90 |
| | | SUBTOTAL | 433.90 |
| 11/26/2017 | WESTLAW MOYRON\TANIA | | 131.50 |
| 12/4/2017 | WESTLAW MOYRON\TANIA | | 75.00 |
| 12/13/2017 | WESTLAW MOYRON\TANIA | | 34.50 |

4

Appellate Proceedings

January 24, 2018

Matter: 15257497-000024
Invoice No.: 1975029

| Date | Description | | Amount |
|------|-------------|--|--------|
| 12/14/2017 | WESTLAW MOYRON\TANIA | | 34.50 |
| | | SUBTOTAL | 275.50 |
| | Total Disbursements | | $807.90 |
| | Fee Total | $ | 9,105.50 |
| | Disbursement Total | $ | 807.90 |
| | Invoice Total | $ | 9,913.40 |

5



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

January 24, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

---

Statement of Account

According to our records, as of January 24, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 06/12/17 | 1900475 | 51,599.50 | (1,717.50) | 49,882.00 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | (326.10) | 13,466.50 |
| 10/17/17 | 1942385 | 36,077.32 | (442.82) | 35,634.50 |
| 11/13/17 | 1951655 | 22,102.50 | (119.50) | 21,983.00 |
| 12/12/17 | 1963224 | 13,599.50 | 0.00 | 13,599.50 |
| 01/24/18 | 1975029 | 9,913.40 | 0.00 | 9,913.40 |

Total Outstanding Invoices          $204,213.40

Credits On Account          $48.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*): DENTONS US LLP'S SEVENTEENTH  MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 2017 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 16, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul F. Ready - #107469
Leslie A. Tos - #299520
Farmer & Ready
1254 Marsh Street
P.O. Box 1443
San Luis Obispo, CA 93406

Counsel for All State County Mutual Insurance Company, et al. & Laura F. Arroyo, et al.
T: 805 541 1626 / F: 805 541 0769
E: pfready/latos/tamara@farmerandready.com

Roman Shkodnik - #285152
David Yeremian & Associates Inc.
535 North Brand Boulevard, Suite 705
Glendale, CA  91203-1989

Counsel for Mario Alvarado, Creditor
T: 818 230 8380 / F: 818 230 0308
E: roman.shkodnik@gmail.com

M. Jonathan Hayes - #090388
Simon Resnik Hayes LLP
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403

Counsel for American Specialty Management Group
T: 818 783 6251 / F: 818 827 4919
E: jhayes@srhlawfirm.com

Stuart I. Koenig - #102764
Leech Tishman Fuscaldo & Lampl, Inc.
633 West Fifth Street, 48th Floor
Los Angeles, CA  90071

Counsel for Anthem Blue Cross of California/Janet Andrea, Managing Associate General Counsel
T: 213 246 4970 / F: 213 640 4002
E: skoenig@leechtishman.com

Gerald N. Sims - #099133
Pyle Sims Duncan & Stevenson APC
401 B Street, Suite 1500
San Diego, CA 92101

Counsel for BETA Risk Management Authority
T: 619 687 5200 / F: 619 687 5210
E: jerrys@psdslaw.com

Daniel R. Schimizzi
Bernstein Burkley PC
Gulf Tower, Suite 2200
707 Grant Street
Pittsburgh, PA 15219

Counsel for Beckman Coulter, Inc. & Law Firm of Bernstein-Burkley PC
T: 412 456 8100 / F: 415 456 8135
E: dschimizzi/cwirick@bernsteinlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Mary H. Rose - #084700
Buchalter, APC
1000 Wilshire Boulevard, Suite1500
Los Angeles, CA 90017

Counsel for Buchalter Nemer, P.C. & Promise Garden
  Lending Company, Inc.
T: 213 891 0700 / F: 213 896 0400
E: mrose/salarcon@buchalter.com

Kenneth K. Wang - #201823
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Counsel for California Department of Health Care Services
  & California Department of Public Health
T: 213 897 2451 / F: 213 897 2805
E: kenneth.wang@doj.ca.gov

Lawrence J. Hilton - #156524
One LLP
4000 MacArthur Boulevard, East Tower, Suite 500
Newport Beach, CA 92660-2517

Counsel for Cerner Health Services, Inc.
T: 949 502 2876 / F: 949 258 5081
E: lhilton@onellp.com

Louis J. Cisz III - #142060
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

Counsel for Cerritos Gardens General Hospital Company
T: 415 984 8200 / F: 415 984 8300
E: lcisz@nixonpeabody.com

Emily Platt Rich - #168735
Manuel A. Boigues - #248990
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Courtesy NEF
T: 510 337 1001 / F: 510 337 1023
E: erich/mboigues/bankruptcycourtnotices
    @unioncounsel.net

Dawn M. Coulson - #154085
Epps & Coulson LLP
707 Wilshire Boulevard, Suite 3000
Los Angeles, CA 90017

Courtesy NEF
T: 213 929 2390 / F: 213 929 2394
E: dcoulson/cmadero@eppscoulson.com

George E. Schulman - #064572
Richard K. Diamond - #070634
Danning Gill Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Courtesy NEF
T: 310 277 0077 / F: 310 277 5735
E: gschulman/rdiamond@dgdk.com

Barry S. Glaser - #070968
Steckbauer Weinhart LLP
333 South Hope Street, 36th Floor
Los Angeles, CA 90071

Courtesy NEF
T: 213 229 2868 / F: 213 229 2870
E: bglaser/erhee@swesq.com

R. David Jacobs - #073545
Epstein Becker & Green PC
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506

Courtesy NEF
T: 310 556 8861 / F: 310 553 2165
E: djacobs@ebglaw.com

Amanda L. Marutzky - #274376
Watt Tieder Hoffar & Fitzgerald LLP
2040 Main Street, Suite 300
Irvine, CA 92614

Courtesy NEF
T: 949 852 6700 / F: 949 261 0771
E: amarutzky@watttieder.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Benjamin S. Nachimson - #166690
Woolf & Nachimson, LLP
15300 Ventura Boulevard, Suite 214
Sherman Oaks, CA 91403-5828

Courtesy NEF
T: 310 474 8776 / F: 310 919 3037
E: ben.nachimson@wnlawyers.com

Alan J. Stomel - #124986
Alan J. Stomel, LC
P.O. Box 1457
Bodega Bay, CA 95423

Courtesy NEF
T: 310 651 1570 / F: 707 377 4097
E: alan.stomel@gmail.com

Wayne R. Terry - #134685
J. Alexandra Rhim - #180636
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436

Counsel for De Lage Landen & De Lage Landen Financial
  Services, Inc.
T: 818 501 3800 / F: 818 501 2985
E: wterry/arhim@hrhlaw.com

Amelia Puertas-Samara
Employment Development Department
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
T: 916 464 2888 / F:
E: itcdbgc@edd.ca.gov

Talin Keshishian - #201830
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Counsel for FUJIFILM Medical Systems U.S.A., Inc.
T: 818 827 9000 / F: 818 827 9099
E: tkeshishian@bg.law

M. Reed Mercado - #247318
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Counsel for Gardens Regional Hospital and Medical
  Center, Inc.
T: 213 617 5410 / F:
E: rmercado@sheppardmullin.com

Karl E. Block - #112739
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

Counsel for Harbor-Gardens Capital I, LLC & Paladin-
  Gardens Management LLC
T: 310 282 2225 / F: 310 510 6729
E: kblock@loeb.com

Johnny White - #269306
Wolf Rifkin Shapiro Schulman & Rabkin
11400 Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

Counsel for J.S.E. Emergency Medical Group, Inc.
T: 310 478 4100 / F: 310 479 1422
E: jwhite@wrslawyers.com

Ivan L. Kallick - #097649
Manatt Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Counsel for KND Development 53, LLC
T: 310 312 4000 / F: 310 312 4224
E: ikallick@manatt.com

John P. Kreis - #103737
1000 Wilshire Boulevard, Suite 570
Los Angeles, CA 90017

Counsel for John P. Kreis, PC
T: 213 613 1049 / F: 213 330 0258
E: rmercado@sheppardmullin.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
104562420\V-1

**F 9013-3.1.PROOF.SERVICE**

Steven G. Polard - #090319
Eisner Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210

Counsel for Le' Summit Healthcare, LLC & Promise
   Hospital of East Los Angeles, L.P.
T: 310 855 3200 / F: 310 855 3201
E: spolard@eisnerlaw.com

Howard N. Madris - #157691
Law Office of Howard N. Madris APC
424 South Beverly Drive
Beverly Hills, CA 90212

Counsel for Lenders Funding, LLC
T: 310 277 0757 / F: 310 975 6757
E: hmadris@madrislaw.com

Jeffrey I. Golden - #133040
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Counsel for Lobel Weiland Golden Friedman LLP & Official
   Committee of Unsecured Creditors
T: 714 966 1000 / F: 714 966 1002
E: jgolden/kadele/lfisk@lwgfllp.com

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Counsel for Nuance Communications, Inc.
T: 614 464 6400 / F: 614 464 6350
E: tscobb@vorys.com

Steven J. Katzman - #132755
Anthony R Bisconti - #269230
Bienert Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

Counsel for Official Committee of Unsecured Creditors
T: 949 369 3700 / F: 949 369 3701
E: skatzman/tbisconti@bmkattorneys.com

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ 07102

Counsel for Official Committee of Unsecured Creditors
T: 973 643 6982 / F: 973 643 6500
E: asherman/bmankovetskiy@sillscummis.com

David W. Meadows - #137052
Law Offices of David W. Meadows
1801 Century Park East, Suite1235
Los Angeles, CA 90067

Counsel for Olympus Corp. of the Americas
T: 310 557 8490 / F: 310 557 8493
E: david@davidwmeadowslaw.com

Wendy A. Loo - #176587
Los Angeles City Attorney's Office
200 North Main Street, Suite 900
Los Angeles, CA 90012

Counsel for People of the State of California
T: 213 978 7750 / F: 213 978 7711
E: wendy.loo@lacity.org

Gary F. Torrell - #110016
David M. Reeder - #133150
Valensi Rose, PLC
1888 Century Park East, Suite 1100
Los Angeles, CA 90067

Counsel for RollinsNelson Grp, LLC, RollinsNelson LTC
   Corp., Bill Nelson & Vicki Rollins
T: 310 277 8011 / F: 310 277 1706
E: gft/dmr@vrmlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Gary E. Klausner - #069077
Eve H. Karasik - #155356
Kurt E. Ramlo - #166856
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

Counsel for Roxbury Healthcare Services, LLC & Sycamore
  Health Care Services, LLC
T: 310 229 1234 / F: 310 229 1244
E: gek/ehk/kr@lnbyb.com

Stephen A. Madoni - #170652
Law Office of Stephen A. Madoni
3700 Newport Beach Boulevard, Suite 206
Newport Beach, CA 92663-3919

Counsel for Spine Surgical Implants, Inc.
T: 949 723 7600 / F: 949 723 7601
E: stevemadoni@aol.com

Leonard M. Shulman - #126349
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

Counsel for Strategic Global Management, Inc.
T: 949 340 3400 / F: 949 340 3000
E: lshulman@shbllp.com

Bruce M. Bunch - #060705
Law Offices of Bruce M Bunch APC
200 North Westlake Boulevard, Suite 204
Westlake Village, CA 91362

Counsel for Doug Sunstedt
T: 818 707 8887 / F: 818 707 8884
E: bruce/pam@bunchlawyers.com

Rhonda S. Goldstein - #250387
Univ of CA Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200

Counsel for The Regents of the University of California
T: 510 987 9096 / F: 510 987 9757
E: rhonda.goldstein/lissa.ly@ucop.edu

W. Jeffery Fulton - #089527
Law Office of W. Jeffery Fulton
1545 Hotel Circle South, Suite 240
San Diego, CA 92108-3414

Counsel for U.S. Bank N.A.
T: 619 688 0018 / F: 619 688 0088
E: jeff@jefffultonlaw.com

Elan S. Levey - #174843
Office of the U.S. Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Counsel for U.S. Department of Health & Human Services
T: 213 894 3997 / F: 213 894 7819
E: elan.levey@usdoj.gov

Dare Law - #155714
Hatty K. Yip - #246487
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

Counsel for U.S. Trustee (LA)
T: 213 894 4925 / F: 213 894 2603
E: dare.law/hatty.yip@usdoj.gov
    ustpregion16.la.ecf@usdoj.gov

Andrew B. Goodman - #267972
Khouri Law Firm
24012 Calle de la Plata
Laguna Hills, CA 92653-7623

Counsel for Jane Winter
T: 949 336 2433 / F: 949 387 0044
E: agoodman@khourilaw.com

**2. SERVED BY UNITED STATES MAIL:** On (*date*) <u>February 16, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
104562420\V-1

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA  95814-5005 | California Department of Health Care Services<br>T: 916 464 4430 / F:<br>E: |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA  95814-4703 | Office of the Employment Development Dept.<br>T: 866 333 4606 / F:<br>E: |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, Suite 5704<br>Los Angeles, CA  90013-1265 | Franchise Tax Board<br>T: 916 845 6500 / F:<br>E: |
| Constance Doyle<br>Constance Doyle, LLC<br>21509 Anza Avenue<br>Torrance, CA  90503-6423 | Health Care Ombudsman<br>T: 310 357 1088 / F: 866 651 3390<br>E: |
| Internal Revenue Service<br>600 Arch Street, Suite 1507<br>Philadelphia, PA  19101-1695 | Internal Revenue Service<br>T: 267 941 6800 / F:<br>E: |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA  90012-3308 | Internal Revenue Service<br>T: 213 576 3009 / F:<br>E: |
| Stephen F. Biegenzahn - #060584<br>Friedman Law Group<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA  90067-4409 | Counsel for Kansas State Bank of Manhattan<br>T: 310 552 8210 / F: 310 733 5442<br>E: sbiegenzahn@flg-law.com |
| Nicole Sheth - #227961<br>Kaufman Borgeest & Ryan, LLP<br>23975 Park Sorrento, Suite 370<br>Calabasas, CA  91302-4022 | Counsel for Kaufman Borgeest & Ryan, LLP<br>T: 818 880 0992 / F: 818 880 0993<br>E: nsheth@kbrlaw.com |
| Wendi A. Horwitz - #136021<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA  90013-1256 | Office of the Attorney General<br>T: 213 897 2178 / F:<br>E: wendi.horwitz@doj.ca.gov |
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street, Suite 1142<br>Sacramento, CA  95814-2963 | Office of the Attorney General<br>T: 916 445 9555 / F:<br>E: |
| Consumer Law Section<br>Attn:  Bankruptcy Notices<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7020 | Office of the Attorney General<br>T: 415 703 5500 / F: 415 703 5480<br>E: |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
104562420\V-1

**F 9013-3.1.PROOF.SERVICE**

Rebecca J. Price
Norris McLaughlin & Marcus, P.A.
515 West Hamilton Street, Suite 502
Allentown, PA  18101-1513

Counsel for Olympus Corp. of the Americas
T: 610 391 1800 / F: 610 391 1805
E: rprice@nmmlaw.com

Lori L. Purkey
Rose E. Bareham
Purkey & Associates PLC
5050 Cascade Road S.E., Suite A
Grand Rapids, MI  49546-3707

Counsel for Stryker Financial & Stryker Instruments
T: 616 940 0553 / F: 616 940 0554
E:

Beryl Weiner - #047234
Selvin & Weiner APC
12401 Wilshire Boulevard, 2nd Floor
Los Angeles, CA  90025-1089

Sycamore Healthcare Services LLC
T: 310 07 1555 / F: 310 207 3666
E: bweiner@swlawyers.com

United States Attorney's Office
Central District of California
312 North Spring Street, Suite 1200
Los Angeles, CA  90012-2551

U.S. Attorney
T: 213 894 2400 / F: 213 894 0141
E:

U.S. Department of Justice
Office of the Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

U.S. Department of Justice
T: 202 514 2000 / F: 202 307 6777
E:

Sylvia Mathews Burwell, Secretary
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, DC  20201-0007

U.S. Department of Health & Human Services
T: 202 690 6610 / F: 202 690 7203
E:

Angela M. Belgrove
Assistant Regional Counsel, Region IX
U.S. Department of Health & Human Services
90 7th Street, Suite 4-500
San Francisco, CA  94103-6705

U.S. Department of Health & Human Services
T: 415 437 8156 / F: 415 437 8188
E:

## Requests for Special Notice

Marc Ferrel, President
Bridgepoint Healthcare LLC
4601 Martin Luther King Jr. Avenue, S.W.
Washington, DC  20032-1131

T: 202 574 5700
E:

Eric Stone
California Department of Public Health
Los Angeles East District Office
3400 Aero Jet Avenue, Suite 323
El Monte, CA  91731-2803

T: 626 569 3724 / F: 626 927 9842
E:

Darrell W. Clark
Stinson Leonard Street LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC  20006-4760

Counsel for Cerner Health Services
T: 202 785 9100 / F: 202 785 9163
E:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Grace Su
Meiguo Realty Group, Inc.
15713 Valley Boulevard
City of Industry, CA  91744-3932

T: 626 677 6488
E: grace@meiguorealty.com

Young Park
NAEROK Group Int'l Inc.
3850 Wilshire Boulevard, Suite 302
Los Angeles, CA  90010-3234

T: 855 462 3765 / F: 323 596 0600
E: service@naerokgroup.com

Robert L. Patterson
Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA  92262-7104

T: 760 322 2275 / F: 760 322 2107
E: patterson@sbemp.com

Mark Waxman
Gerald Kosai
Verity Health System
2200 West 3rd Street, Suite 200
Los Angeles, CA  90057-1935

T: 310 701 1665
E:

Cherna Moskowitz, President
Pioneer Carson Corp., General Partner
Cerritos Gardens General Hospital Company
21520 South Pioneer Boulevard, Suite 205
Hawaiian Gardens, CA  90716-2601

Amable Aguiluz, M.D.
21500 South Pioneer Boulevard, Suite 209
Hawaiian Gardens, CA  90716-2605

Aaron L. Durall
Durall Capital Holdings
8411 West Oakland Park Boulevard, Suite 302
Sunrise, FL  33351-7357

Oren Ben Ezra
Suite 1000
1250 East Hallandale Beach Boulevard
Hallandale Beach, FL  33009-4636

James Hamada, M.D.
21500 South Pioneer Boulevard, Suite 208
Hawaiian Gardens, CA  90716-2605

Creditor's Committee

Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH  43017-1091

T: 614 533 3125
E: rob.speeney@cardinalhealth.com

Robert Zadek
Lenders Funding, LLC
55 Second Street, Suite 1700
San Francisco, CA  94105-3493

T: 415 227 3585 / F: 415 227 3527
E: rzadek@buchalter.com

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 16, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than the next business day after the document is filed.

Honorable Ernest M. Robles
U.S. Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA  90012-3542

☒ To the Judge's Dropbox w/ NEF behind
☐ By Next Business Day [Trkg#_____]
☐ By Facsimile to _____
☐ Proposed Order by Email to
　　　_____@cacd.uscourts.gov

Eric Weissman
Mary D. Lane
Wilshire Pacific Capital Advisors LLC
8447 Wilshire Boulevard, Suite 202
Beverly Hills, CA  90211-3207

E: eweissman/marylane@wilshirepacificadvisors.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 16, 2018 | Frederick Kalve | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**