SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re, | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] <br><br> Debtor | Chapter 11 <br><br> [Voluntary Petition Filed:  June 6, 2016] <br><br> **DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL** <br><br> Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP <br><br> [No Hearing Required Pursuant to L.B.R. 9013-1] <br><br> Judge:  Hon. Ernest M. Robles. |

I, Christopher J. Heck, hereby declare that the following is true to the best of my knowledge, information and belief.

1.  I am a Partner in the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP (the "Firm"), which maintains offices at 11400 W. Olympic Boulevard, 9th Floor, Los Angeles, California 90064.

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

- 1 -

2. This Declaration is submitted in connection with an Order of the United States Bankruptcy Court for the Central District of California, Los Angeles Division dated August 16, 2016 [Docket #320], authorizing the above-captioned debtor and debtor in possession (the "Debtor") to retain certain professionals in the ordinary course of business during the pendency of the Debtor's chapter 11 cases.

3. The Debtor has requested, and the Firm has agreed, to provide services to the Debtor pursuant to section 327(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor has requested, and the Firm proposes to render, the following services to the Debtor: (1) reviewing and analyzing the terms and scope of insurance coverage under multiple D&O insurance policies issued to the Debtor by RSUI; (2) reviewing and analyzing multiple claims tendered by the Debtor to its D&O insurance carrier (RSUI), for which the carrier has denied coverage (including, but not limited to, the carrier's decision to decline the Debtor's requests to defend and indemnify it with regard to multiple Qui Tam/false claim act cases in which the Debtor is named as a defendant); (3) determining whether such declinations justify the commencement of bad faith or other actions by the Debtor against one or more such D&O insurance carriers, and advising the Debtor accordingly; (4) representing and advising the Debtor with regard to any such bad faith or other actions or claims that the Debtor may decide assert against its insurance carrier(s); and (5) providing other and further insurance coverage advice, services and representation that may be requested by the Debtor (the "Coverage Matters").

4. The Firm's current customary rates, subject to change from time to time, are $595 for partners to $375 per hour for junior associates. In the normal course of business, the Firm revises its regular hourly rates on January 1st of each year and requests that, effective March 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. I am the attorney who will be primarily responsible for the work to be performed on this matter; my hourly rate is $_____.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5. At this time, the Debtor is requesting the Firm perform the services described under "(1) in paragraph 3: to review and analyze the terms and scope of insurance coverage under multiple D&O insurance policies issued to the Debtor by RSUI.

6. The fees and costs to review and analyze the terms and scope of insurance coverage under multiple D&O insurance policies issued to the Debtor by RSUI shall be not more than $25,000.

7. The Debtor shall deposit $25,000 in the Firm's Trust Account prior to the commencement of work. Upon submission of an Invoice to the Debtor, the Debtor shall have ten days to object to any portion or all of the fees and expenses, in which case the parties shall resolve the amount due before any payment is effectuated. If there is no objection, the fees and expenses will be paid to the Firm from the deposit.

8. If additional work is requested, the Debtor shall file a brief additional Declaration on the work to be performed and the estimated fees and costs for such work, giving fourteen (14) days notice to creditors to object, before work would commence.

9. The Debtor will be entitled, upon written request, to any files in Attorneys' possession relating to the legal services performed by the Firm, excluding internal accounting records or other documents not reasonably necessary to the Debtor's representation, subject to the Firm's right to make copies. The Debtor agrees that upon the conclusion of the Debtor's matters, the Firm will not be required to retain or store any pleadings or publicly filed or recorded documents, if those documents are otherwise retained or stored in any court or other publicly accessible file archive. As to all other files in the Firm's possession upon the conclusion of the matters, the firm may elect to notify the Debtors of the Firm's intention to destroy or discard these files unless contrary written instructions are received.

10. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any employee thereof has any connection with the Debtor. The Firm currently represents two (2) creditors, JSE Medical Group, Inc., ("JSE") and Culver Diary, Inc., ("Culver") in connection with the Debtor's pending chapter 11 cases. Further, to the best of my knowledge, formed after due inquiry, the Firm has no connection with other parties-in-interest, the United States Trustee or any

- 3 -

person employed by the Office of the United States Trustee with respect to the matters upon which it is to be engaged, and the Firm does not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, hold or represent any interest adverse to the Debtor, the estate or any class of creditors or equity interest holders, except JSE and Culver. Each of the Debtor, JSE and Culver have separately agreed to waive all conflicts arising from the Firm's prior representation of JSE and Culver pursuant to California Rules of Professional Conduct, Rule 3-310.

11. In addition, the Firm's attorneys, paralegals and other employees who are involved in representing Culver and JSE in the Debtor's pending chapter 11 cases will not share privileged or work product information or discuss the facts or information they obtain in connection with that representation with attorneys, paralegals and other employees at the Firm who would be representing the Debtor in the Coverage Matters, and those attorneys, paralegals and other employees at the Firm who would be representing the Debtor in the Coverage Matters will not share privileged or work product information or discuss the facts or information they obtain in connection with that representation with attorneys at the Firm who are representing Culver and JSE.

12. Thus, subject to the written, informed consent of the Debtor, JSE and Culver, I believe that the Firm's representation of such entities is not adverse to the Debtor's interests, or the interests of creditors or the estate, in respect of the matters for which the Firm will be engaged by the Debtor, nor will such services impair the Firm's ability to represent the Debtor in the Coverage Matters.

13. In addition, although unascertainable at this time after due inquiry, the Firm may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtor in matters entirely unrelated to the Debtor and the estate. The Firm does not and will not represent any such entity in connection with this pending chapter 11 cases and does not have any relationship with any such entity, attorneys or accountants that would be adverse to the Debtor or the estate.

- 4 -

106911093\V-1                                                                                                                                       3030251.1

14. The Firm's process of ascertaining what, if any, connection it may have with any interest adverse to the Debtor, the estate or any class of creditors or equity interest holders, consists of maintaining and searching our electronic data client database for clients as well as related and adverse parties or matters where the Firm represents a client with any interest adverse to the Debtor, the estate or any case of creditors or equity holders.

15. In light of the foregoing, I believe that the Firm does not hold or represent any interest materially adverse to the Debtor, the estate, creditors, or equity interest holders, as identified to the Firm, with respect to the Coverage Matters in which the Firm will be engaged.

16. Except as set forth herein, no promises have been received by the Firm or any partner, associate or other professional thereof as to compensation in connection with this chapter 11 case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Central District of California, and orders of this Court.

17. The Firm further states that it has not shared, nor agreed to share any compensation received in connection with this chapter 11 case with another party or person, other than as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

18. The foregoing constitutes the statement of the Firm pursuant to sections 329 and 504 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(b).

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 23rd day of March , 2018, at Los Angeles, California.

*/s/ Christopher J. Heck*

_____
CHRISTOPHER J. HECK
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, California 90064
Telephone: (310) 478-4100
Facsimile: (310) 479-1422
E-Mail: check@wrslawyers.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 5 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*):  **Disclosure Declaration of Ordinary Course Professional** *[Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP]***,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 27, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*SEE ATTACHED SERVICE LIST NO. 1*

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On (*date*) March 27, 2018, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST NO. 2**.

☒ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 27, 2018, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 27, 2018 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Anthony R. Bisconti** on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

**Karl E Block** on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

**Manuel A. Boigues** - bankruptcycourtnotices@unioncounsel.net

**Bruce M Bunch** on behalf of Creditor Doug Sunstedt
pam@bunchlawyers.com

**Louis J Cisz, III** on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

**Dawn M Coulson** on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

**Richard K Diamond** - rdiamond@dgdk.com; DanningGill@gmail.com; rdiamond@ecf.inforuptcy.com

**W. Jeffrey Fulton** - jeff@jefffultonlaw.com, yvonne@jeffultonlaw.com

**Barry S. Glaser** on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

**Jeffrey I Golden** on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

**Rhonda S. Goldstein** on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

**M. Jonathan Hayes**  jhayes@srhlawfirm.com; roksana@srhlawfirm.com; matthew@srhlawfirm.com; rosarioz@srhlawfirm.com; jfisher@srhlawfirm.com; mariasrhlawfirm.com; jhayesecf@gmail.com

**Lawrence J. Hilton** on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com; crodriguez@onellp.com

**David Jacobs** on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

**Ivan L Kallick** on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

**Eve H Karasik** on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

**Steven J. Katzman** on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

**Talin Keshishian** - tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Gary E Klausner** on behalf of Creditor Roxbury Healthcare Services, LLC and on behalf of Creditor Sycamore Health Care Services, LLC; gek@lnbyb.com

**Stuart I. Koenig** on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

**Dare Law** on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

**Elan S. Levey** on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

**Wendy A Loo** on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

**Stephen A Madoni** on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

**Howard N Madris** on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

**Boris I. Mankovetskiy** on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

**Amanda L Marutzky** on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

**David W. Meadows** on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

**Reed M. Mercado** - rmercado@sheppardmullin.com

**Benjamin Nachimson** on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

**Steven G. Polard** on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@eisnerlaw.com, lcorrales@eisnerlaw.com

**Amelia Puertas-Smara** - itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

**Kurt Ramlo** on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

**Paul F Ready** - tamara@farmerandready.com

**David M Reeder** on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

**J. Alexandra Rhim** on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

**Mary H Rose** on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.; mrose@buchalter.com,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Daniel Robert Schimizzi** on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com; cwirick@bernsteinlaw.com

**George E Schulman** - GSchulman@DGDK.com; danningGill@gmail.com; gschulman@ecf.inforuptcy.com

**Andrew H. Sherman** on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

**Roman Shkodnik** - roman@yeremianlaw.com

**Leonard M Shulman** on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

**Gerald N Sims** on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

**Alan Stomel** on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

**Tiffany Strelow Cobb** on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

**Wayne R Terry** on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

**Gary F Torrell** on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

**Leslie A Tos** - Ltos@farmerandready.com, smeyer@farmerandready.com

**United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

**Anne A. Uyeda** - auyeda@bmkattorneys.com, admin@bmkattorneys.com

**Kenneth K. Wang** on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

**Johnny White** on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
JWhite@wrslawyers.com, aparisi@wrslawyers.com

**Hatty K Yip** on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

- 3 -

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**TO BE SERVED BY U.S. MAIL:**

| *Regulatory Agencies* | |
|---|---|
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Office: (916) 445-9555 | Wendi A. Horwitz<br>Deputy Attorney General<br>Tania Ibanez<br>James Toma<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-2178<br>wendi.horwitz@doj.ca.gov<br>tania.ibanez@doj.ca.gov<br>james.toma@doj.ca.gov |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 |

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211<br>eweissman@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office: (619) 940-0553 Ext. 3<br>Fax: (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office: (202) 785-9100<br>Fax: (202) 785-9163<br>[Counsel for Cerner Health Services] | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn:   Pioneer Carson Corp., General Partner<br>        Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA 18101 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA 90503 |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Blvd.<br>City of Industry CA 91744<br>Office: 626-677-6488<br>grace@meiguorealty.com | Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aerojet Avenue #323<br>El Monte, CA 91731<br>Office: 626/569-3724<br>Fax: 626/927-9842 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA 90057<br>310.701.1665 | Aaron L. Durall<br>Durall Capital Holdings<br>8411 W. Oakland Park Blvd., Suite 302<br>Sunrise, FL 33351-7357 |
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C. 20032<br>Office: (202) 574-5700 | Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Blvd., Ste. 302<br>Los Angeles, CA 90010 |
| Kansas State Bank of Manhattan<br>c/o Stephen Biegenzahn<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA 90067 | Nicole Sheth<br>Kaufman Borgeest & Ryan, LLP<br>23975 Park Sorrento, Ste 370<br>Calabasas, CA 91302 |
| **Creditor's Committee** | |
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office: (614) 533-3125<br>Email: rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office: (415) 227-3585<br>Email: rzadek@buchalter.com |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 6 -

100259597\V-3