1  SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
2  JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
3  DENTONS US LLP
601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
Telephone:      (213) 623-9300
5  Facsimile:      (213) 623-9924

6  Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
7  AND MEDICAL CENTER, INC.

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             LOS ANGELES DIVISION

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | |
|---|---|
| 12  In re | Case No. 2:16-bk-17463-ER |
| 13  GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS | Chapter 11 |
| 14  REGIONAL HOSPITAL AND MEDICAL CENTER,[1] | **DENTONS US LLP'S TWENTIETH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 2018** |
| 15  Debtor. | |
| 16 | |
| 17 | [No Hearing Required Pursuant to |
| 18 | L.B.R. 9013-1(o)] |

20       1.       Dentons US LLP (the "Firm") submits its Nineteenth Monthly Fee Application (the

21  "Application") for Allowance and Payment of Interim Compensation and Reimbursement of

22  Expenses for the Period of March 2018 (the "Application Period") for work performed for Gardens

23  Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully

24  represents as follows.

25       2.       The Firm is counsel of record  to Gardens Regional Hospital and Medical Center, Inc.,

26  dba Gardens Regional Hospital and Medical Center.  The Firm hereby applies to the Court for

27  _____

28  [1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307.
The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

1  allowance and payment of interim compensation for services rendered and reimbursement of

2  expenses incurred during the Application Period.

3      3.      The Firm billed a total of **$74,401.60** in fees and expenses during the Application

4  Period.  The total fees represent **142.2** hours expended during the period covered by this Application.

5  These fees and expenses break down as:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 2018 | $71,407.00 | $2,994.60 | $74,401.60 |

8      4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a

9  total of **$60,120.20** at this time.  This total is comprised of **$57,125.60** (80% of the fees for services

10  rendered) plus **$2,994.60** (100% of the expenses incurred).

11      5.      As of August 9, 2017, the Firm has been paid $50,000.00 out of the prepetition

12  retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00, and in February

13  2017 the Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00 for a total

14  of $1,425,000.00.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 61,671.13 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ -0- | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ -0- | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ -0- | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ -0- | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ -0- | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ -0- | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $ -0- | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$1,425,000.00** | |

6      6.      To date, the Firm has incurred the following in fees (80%) and costs (100%):

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ 74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ 103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ 73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ 139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ 85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ 92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ 54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ 54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ 94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ 75,013.85 | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ 81,541.65 | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $ 112,603.84 | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ 107,002.92 | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ 60,120.20 | 80% of fees and 100% of expenses |
| **Subtotal of fees/costs** | **$2,735,322.45** | 80% of fees and 100% of expenses |
| **Debtor's payments to the Firm** | **($1,425,000.00)** | |
| **Total Owed to the Firm to Date** | **$1,310,322.45** | 80% of fees and 100% of expenses |

7.    The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257].  The Debtor was authorized to pay, and paid Dentons $375,000.00.

8.    The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens.  The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court.  The Debtor has placed in a segregated account the amounts necessary to pay in full the remaining Secured Creditors.  After payment of the DIP lender,  payment of secured creditors and reserving funds for additional secured creditors, the Debtor holds funds in excess of that necessary to pay the additional secured creditors, and therefore, the Debtor, as set forth in paragraph 5 above, paid in December 2017, a portion of the professional fees in accordance with the Professionals' Monthly Fee Applications.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

9.      Attached hereto as **Exhibit "A"** is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached hereto as **Exhibit "B"** are the detailed time and expense statements for the Application Period.  Attached hereto as **Exhibit "C"** are Dentons' March 2018 billing statements.

10.     The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case. The Application was served by either ECF of by first class mail, postage prepaid, on or about November 9, 2017.

11.     Notice of the filing of this Application will be served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case.

12.     Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

13.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

/ / /

/ / /

/ / /

1    **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm

2    as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

3    *Fee Procedures*.

4

5    Dated:  April 24, 2018                                    DENTONS US LLP
                                                               SAMUEL R. MAIZEL
6                                                              JOHN A. MOE, II

7
                                                               BY:_____/s/*John A. Moe, II*_____
8                                                                      JOHN A. MOE, II

9                                                              ATTORNEYS FOR DEBTOR,
                                                               GARDENS REGIONAL HOSPITAL AND
10                                                             MEDICAL CENTER, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# EXHIBIT A

## DENTONS' PROFESSIONALS

## EXHIBIT A

### DENTONS' PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| B. Zahner | Associate | $650.00 |
| John A. Moe II | Partner | $595.00 |
| Ahmed R. Jinnah | Associate | $395.00 |
| Kathryn M. Howard | Paralegal | $265.00 |

# EXHIBIT B

# TIME AND EXPENSE STATEMENT

## EXHIBIT B

### TIME AND EXPENSE STATEMENTS

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Administration | 000003 | 3.1 | $1,311.00 | $ -0- |
| Business Operations | 000008 | .4 | $238.00 | $ -0- |
| Claims Administration and Objections | 000009 | 13.4 | $4.909.50 | $ -0- |
| Employment and Fee Applications | 000012 | 13.8 | $3,888.00 | $14.81 |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 16.6 | $8,186.50 | $2,317.49 |
| Non-Working Travel | 000017 | 2.0 | $1,190.00 | $ -0- |
| Plan & Disclosure Statement | 000018 | 21.9 | $13,173.50 | $ -0- |
| Relief from Stay & Adequate Protection | 000020 | .7 | $185.50 | $ -0- |
| Reporting | 000021 | 3.2 | $848.00 | $82.50 |
| Appellate Proceedings | 000024 | 7.0 | $2,509.50 | $579.80 |
| Weiner Parties Related Litigation | 000025 | 60.1 | $34,967.50 | $ -0- |
| **TOTAL** | | **142.2** | **$71,407.00** | **$2,994.60** |

# EXHIBIT C

## DENTONS' BILLING STATEMENTS



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001435**

Client/Matter: 15257497-000007

Avoidance Action Analysis

Payment Due Upon Receipt

Total This Invoice                                    $        1,311.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001435**

Client/Matter:  15257497-000007

Avoidance Action Analysis

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 03/19/18 | S. Maizel | 0.50 | 325.00 | Review materials re possible preference actions. |
| 03/26/18 | K.M. Howard | 0.40 | 106.00 | Researched Code to determine avoidance deadlines and requirements and compared actual deadlines to deadlines claimed by counsel for creditors committee. |
| 03/26/18 | K.M. Howard | 0.30 | 79.50 | Prepared communication reflecting the statutory deadlines for avoidance as established by the Code in conjunction with responding to communication from counsel for the creditors committee regarding same. |
| 03/26/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re avoidance actions. |
| 03/26/18 | S. Maizel | 0.50 | 325.00 | Review materials re avoidance actions. |
| 03/27/18 | K.M. Howard | 0.20 | 53.00 | Prepared communication to Stan Otake including attachments regarding the hospital's prepetition check registers. |
| 03/27/18 | K.M. Howard | 0.10 | 26.50 | Reviewed response from Stan Otake regarding the hospital's prepetition check registers. |
| 03/27/18 | K.M. Howard | 0.60 | 159.00 | Received and reviewed newly generated prepetition check registers from Stan Otake and cross-referenced to check registers filed with the Statement of Financial Affairs. |
| 03/27/18 | K.M. Howard | 0.20 | 53.00 | Prepared followup communication with Stan Otake regarding the newly generated prepetition check registers. |

2

Avoidance Action Analysis

April 13, 2018

Matter: 15257497-000007
Invoice No.: 2001435

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/28/18 | J.A. Moe, II | 0.20 | 119.00 | [Avoidance Actions]  Telephone call from Stan Otake and Karen Nimniyom on Chart filed with Statement of Financial  Affairs on 90 day payments, then review requirement for more definitive Chart on payments effectuated to Creditors in the 90 days before the Bankruptcy was filed. |

| | | | | |
|--|--|--|--|--|
| Total Hours | | 3.10 | | |
| Fee Amount | | | | $1,311.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 1.10 | $715.00 |
| J.A. Moe, II | $595.00 | 0.20 | $119.00 |
| K.M. Howard | $265.00 | 1.80 | $477.00 |
| Totals | | 3.10 | $1,311.00 |

Fee Total          $      1,311.00

Invoice Total      $      1,311.00

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000007

Avoidance Action Analysis

## Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 04/13/18 | 2001435 | 1,311.00 | 0.00 | 1,311.00 |
| | | Total Outstanding Invoices | | 1,311.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001441**

Client/Matter: 15257497-000008

Business Operations

Payment Due Upon Receipt

Total This Invoice                                     $            238.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001441**

Client/Matter:   15257497-000008

Business Operations

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/07/18 | J.A. Moe, II | 0.10 | 59.50 | Review Daily Collections and Disbursements, then telephone call with Eric Weissman on steps to reduce expenses. |
| 03/19/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call with Oscar Huerta of California Bank & Trust., on transition of account to Harry Boynian |
| 03/20/18 | J.A. Moe, II | 0.20 | 119.00 | [Collections]  Review Reva Swadener's Report on Collections and Payments;  telephone call to Eric Weissman on collections. |
| Total Hours | | 0.40 | | |
| Fee Amount | | | | $238.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 0.40 | $238.00 |
| Totals | | 0.40 | $238.00 |
| Fee Total | $ | 238.00 | |
| Invoice Total | $ | 238.00 | |

2



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000008

Business Operations

---

## Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853833 | 3,359.50 | 0.00 | 3,359.50 |
| 02/22/17 | 1865393 | 15,699.50 | (8.00) | 15,691.50 |
| 03/10/17 | 1870827 | 8,342.50 | 0.00 | 8,342.50 |
| 04/19/17 | 1883614 | 3,109.00 | (15.00) | 3,094.00 |
| 05/24/17 | 1895410 | 2,634.50 | 0.00 | 2,634.50 |
| 06/12/17 | 1900402 | 2,825.00 | 0.00 | 2,825.00 |
| 07/11/17 | 1907888 | 3,510.50 | 0.00 | 3,510.50 |
| 08/14/17 | 1920734 | 2,840.50 | 0.00 | 2,840.50 |
| 09/14/17 | 1930408 | 914.50 | 0.00 | 914.50 |
| 10/17/17 | 1942304 | 416.50 | 0.00 | 416.50 |
| 11/13/17 | 1951542 | 1,547.00 | 0.00 | 1,547.00 |
| 02/28/18 | 1982223 | 1,163.50 | 0.00 | 1,163.50 |
| 03/20/18 | 1992983 | 600.50 | 0.00 | 600.50 |
| 04/13/18 | 2001441 | 238.00 | 0.00 | 238.00 |

Total Outstanding Invoices          $47,178.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001444**

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                    $          4,909.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001444**

Client/Matter:  15257497-000009

Claims Administration and Objections

_____

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Employment Development Department] Exchange E-Mails with Stan Otake on status of filed Motion and Stipulation on resolution of the EDD Claim. |
| 03/05/18 | K.M. Howard | 0.20 | 53.00 | Analysis of proof of claim charts to determine if Fisher & Phillips timely filed their claim. |
| 03/07/18 | J.A. Moe, II | 0.10 | 59.50 | [Employment Development Department] Review Motion seeking approval of the Settlement Agreement with the EDD. |
| 03/07/18 | J.A. Moe, II | 0.10 | 59.50 | [Architecture Firm Of Scott MacGillivary] Telephone call returned to Linda on receipt of Dentons' addressing Proof of Claim. |
| 03/07/18 | J.A. Moe, II | 0.60 | 357.00 | [Architecture Firm Of Scott MacGillivary] Additional lengthy telephone call returned to Linda  (including on receipt of Dentons' addressing Proof of Claim). |
| 03/07/18 | K.M. Howard | 0.30 | 79.50 | Analysis of proof of claim and attachments filed by Fisher and Phillips to answer Debtor's questions as to whether this is a "bogus" claim. |
| 03/07/18 | K.M. Howard | 0.20 | 53.00 | Prepared communication to Stan Otake regarding the claim of Fisher and Phillips and statements attached thereto. |
| 03/07/18 | K.M. Howard | 0.10 | 26.50 | Prepared followup communication regarding the amount of Fisher and Phillips' claim. |
| 03/07/18 | K.M. Howard | 0.10 | 26.50 | Prepared communications to Stan Otake clarifying that Fisher and Phillips filed the claim as a "judgment creditor". |
| 03/14/18 | J.A. Moe, II | 0.10 | 59.50 | [Architecture FirmOf Scott MacGillivary] Review ECF Form and request for filing. |

Claims Administration and Objections

April 13, 2018

Matter: 15257497-000009
Invoice No.: 2001444

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/15/18 | J.A. Moe, II | 0.20 | 119.00 | [Employment Development Department] Prepare draft of Declaration that no Objection has been filed to the Motion seeking approval of the settlement stipulation with the EDD, and requesting that the Motion be granted and the stipulation be approved. |
| 03/15/18 | J.A. Moe, II | 0.10 | 59.50 | [Employment Development Department] Prepare first draft of a proposed Order granting the Motion approving the settlement stipulation with the EDD. |
| 03/15/18 | J.A. Moe, II | 0.20 | 119.00 | [Employment Development Department] Correct the first draft of the Declaration requesting that the Motion seeking approval of the settlement stipulation with the EDD be sustained; and review and correct the first draft of the proposed Order. |
| 03/16/18 | J.A. Moe, II | 0.10 | 59.50 | [Aquino Law Offices]  Exchange E-Mail with Aida Grigorian on possible payment on Claim. |
| 03/16/18 | J.A. Moe, II | 1.80 | 1,071.00 | [Architecture Firm Of Scott MacGillivary] Meet with representative of MacGillivray Architecture. |
| 03/16/18 | J.A. Moe, II | 0.20 | 119.00 | [Employment Development Department] Review and make four minor corrections to the Declaration and three minor corrections to the proposed Order, both on approval of the settlement stipulation; review corrections. |
| 03/16/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails from A. Grigorian, Law Offices of Stephenson Acquisto and Coleman re distribution. |
| 03/19/18 | K.M. Howard | 0.10 | 26.50 | Analysis of Declaration of John Moe in support of Motion for Entry of Order Approving Stipulation to Resolve Claims of the EDD. |
| 03/19/18 | K.M. Howard | 0.40 | 106.00 | Reviewed claims filed by the EDD and assembled to use as exhibits in support of Motion Approving Stipulation to Resolve the EDD's Claims. |
| 03/19/18 | J.A. Moe, II | 0.10 | 59.50 | [Employment Development Department] Confirm filing of the Declaration and Order on approval of the settlement stipulation with the EDD. |

Claims Administration and Objections

April 13, 2018

Matter: 15257497-000009
Invoice No.: 2001444

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/20/18 | K.M. Howard | 0.10 | 26.50 | Analysis of Court's Order Granting Motion to Resolve Claims of EDD to determine further requirements and deadlines. |
| 03/20/18 | J.A. Moe, II | 0.10 | 59.50 | [Employment Development Department] Telephone call from Stan Otake and Karen Nimniyom on Order on the settlement stipulation. |
| 03/20/18 | J.A. Moe, II | 0.10 | 59.50 | [Employment Development Department] Review the entered Order and telephone call returned to Stan Otake on approval of settlement stipulation (and transmit Order to Mr. Otake). |
| 03/22/18 | J.A. Moe, II | 0.10 | 59.50 | [Employment Development Department] Exchange E-Mails with Stan Otake on the Stipulation with the EDD; review stipulation for Mr. Otake and E-Mail to Karen Nimniyom on the Stipulation. |
| 03/27/18 | K.M. Howard | 0.60 | 159.00 | Reviewed original proof of claim chart to determine types of claims filed by vendors, litigants and government related entities. |
| 03/27/18 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised Master Proof of Claim Chart to reflect settled and withdrawn claims. |
| 03/28/18 | K.M. Howard | 2.60 | 689.00 | Reviewed Master Proof of Claim Chart and culled claims filed by voluminous vendors from the onset of the case. |
| 03/29/18 | K.M. Howard | 1.80 | 477.00 | Further analysis of vendor claims and drafted breakdown of claims filed by debtor's prepetition vendors. |
| 03/30/18 | K.M. Howard | 0.90 | 238.50 | Reviewed master proof of claims charts and culled all tax related claims for incorporation into a tax proof of claim chart. |
| 03/30/18 | K.M. Howard | 1.30 | 344.50 | Reviewed vendor proof of claim charts and cross-referenced to the original master claim chart (.8) and revised vendor claims charts (.5). |

Total Hours                  13.40

Fee Amount                                                      $4,909.50

4

Claims Administration and Objections

April 13, 2018

Matter: 15257497-000009
Invoice No.: 2001444

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 0.10 | $65.00 |
| J.A. Moe, II | $595.00 | 4.00 | $2,380.00 |
| K.M. Howard | $265.00 | 9.30 | $2,464.50 |
| Totals | | 13.40 | $4,909.50 |

Fee Total        $        4,909.50

Invoice Total        $        4,909.50

5



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

---

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|------------|---------------|----------------------|-------|
| 12/13/16 | 1846099 | 66,642.19 | (8,110.51) | 58,531.68 |
| 01/19/17 | 1853835 | 25,842.00 | (1,113.50) | 24,728.50 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | (259.30) | 2,576.50 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | (2.60) | 854.00 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |
| 12/12/17 | 1963212 | 6,038.50 | 0.00 | 6,038.50 |
| 01/24/18 | 1974750 | 7,411.50 | 0.00 | 7,411.50 |
| 02/28/18 | 1982224 | 4,436.00 | 0.00 | 4,436.00 |
| 03/20/18 | 1992984 | 4,853.00 | 0.00 | 4,853.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001444 | 4,909.50 | 0.00 | 4,909.50 |
| | | Total Outstanding Invoices | | $131,733.68 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001445**

Client/Matter: 15257497-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                        $          3,902.81

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001445**

Client/Matter:  15257497-000012

Employment and Fee Applications

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/01/18 | K.M. Howard | 0.30 | 79.50 | Reviewed Sills Cummis' fee applications for November and December 2017 and culled data for inclusion into fee and cost chart for the client. |
| 03/01/18 | K.M. Howard | 0.30 | 79.50 | Reviewed Bienert Miller's fee applications for November and December 2017 and culled data for inclusion into fee and cost chart for the client. |
| 03/01/18 | K.M. Howard | 0.30 | 79.50 | Reviewed Dentons' fee applications for November and December 2017 and culled data for inclusion into fee and cost chart for the client. |
| 03/01/18 | K.M. Howard | 0.70 | 185.50 | Prepared chart reflecting fees and costs incurred by counsel for the creditors committee and debtor's counsel from June 2016 - December 2017 and cross-referenced earlier fee applications to chart to guarantee accuracy. |
| 03/01/18 | K.M. Howard | 0.70 | 185.50 | Reviewed and revised Fees/Costs Incurred by Counsel for the Committee and Dentons to reflect newly added costs and fees and determined amounts still owed. |
| 03/02/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Sills Cummis' December 2017 monthly fee application and culled information for inclusion into Notice of Seventeenth Monthly Fee Applications. |
| 03/02/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Bienert Miller's December 2017 monthly fee application and culled information for inclusion into Notice of Seventeenth Monthly Fee Applications. |
| 03/02/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Dentons' December 2017 monthly fee application and culled information for inclusion into Notice of Seventeenth Monthly Fee Applications. |

Employment and Fee Applications

April 13, 2018

Matter: 15257497-000012
Invoice No.: 2001445

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/02/18 | K.M. Howard | 0.60 | 159.00 | Drafted Notice of Seventeenth Monthly Fee Application for Dentons, Sills Cummis and Bienert Miller. |
| 03/05/18 | J.A. Moe, II | 0.10 | 59.50 | Review Report on the Seventeenth Monthly Set of Fee Applications. |
| 03/06/18 | K.M. Howard | 0.20 | 53.00 | Received and analysis of Bienert Miller's Fee Application for January 2018. |
| 03/13/18 | K.M. Howard | 0.10 | 26.50 | Prepared communications regarding professional fees paid to date by Debtor. |
| 03/13/18 | K.M. Howard | 0.40 | 106.00 | Analysis of monthly fee applications of Sills Cummis, Bienert Miller and culled information for inclusion into fee payment charts. |
| 03/13/18 | K.M. Howard | 0.50 | 132.50 | Analysis of Dentons' January 2018 billing statements to determine fees and costs and culled key information for inclusion into fees and cost charts and determined amounts of fees owed at 100% and 80% and including results into chart. |
| 03/13/18 | K.M. Howard | 0.60 | 159.00 | Prepared chart of fees and costs owed and amounts paid by Debtor from June 2016 - January 2018 and remaining fees and costs still owed. |
| 03/15/18 | K.M. Howard | 0.90 | 238.50 | Analysis of Dentons' January 2018 billing statements and culled information for inclusion into Exhibit "A" (Dentons Professionals) to Dentons Eighteenth Monthly Fee Application. |
| 03/15/18 | K.M. Howard | 1.30 | 344.50 | Analysis of Dentons' January 2018 billing statements and culled information by category for inclusion into Exhibit "B" (Time and Expense Statements) to Dentons' Eighteenth Monthly Fee Application. |
| 03/15/18 | K.M. Howard | 0.70 | 185.50 | Reviewed culled data and drafted Exhibit "A" (Dentons' Professionals) to Dentons' Eighteenth Monthly Fee Application including revisions thereto. |
| 03/15/18 | K.M. Howard | 1.10 | 291.50 | Reviewed assembled data and drafted Exhibit "B" (Categorical Time and Expense Statements) to Dentons' Eighteenth Monthly Fee Application. |

3

Employment and Fee Applications

April 13, 2018

Matter: 15257497-000012
Invoice No.: 2001445

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/15/18 | K.M. Howard | 0.70 | 185.50 | Reviewed compiled dates in Exhibits "A" and "B" and drafted Dentons' Eighteenth Monthly Fee Application. |
| 03/16/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised chart reflecting fees and costs incurred by counsel for the creditors committee and Debtor's counsel, Dentons. |
| 03/16/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Dentons' Monthly Fee Application for January 2018. |
| 03/16/18 | J.A. Moe, II | 0.20 | 119.00 | Review and edit Dentons' Eighteenth Monthly Fee Application (January 2018). |
| 03/19/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Dentons' Monthly Fee Application for January 2018. |
| 03/19/18 | K.M. Howard | 0.20 | 53.00 | Finalized exhibits to Dentons' Monthly Fee Application for January 2018 and coordinate filing and service of Fee Application. |
| 03/19/18 | J.A. Moe, II | 0.10 | 59.50 | Review Dentons' Eighteenth Monthly Fee Application. |
| 03/20/18 | K.M. Howard | 0.20 | 53.00 | Reviewed Dentons' January 2018 billing statements (.1) and prepared communication regarding filing of same (.1). |
| 03/21/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding fees and costs through January 2018 for Dentons' and counsel for the creditors committee. |
| 03/21/18 | K.M. Howard | 0.40 | 106.00 | Analysis of Dentons, Sills Cummis and Bienert Miller's monthly fee application for January 2018 and culled fees and costs for inclusion into Chart Reflecting Incurred Fees and Costs from June 2016 through January 2018. |
| 03/21/18 | K.M. Howard | 0.50 | 132.50 | Reviewed and revised Chart of Incurred Fees and Costs (.4) and prepared communication regarding same (.1). |
| 03/22/18 | J.A. Moe, II | 0.20 | 119.00 | Exchange E-Mails with, and telephone call from, Stan Otake on calculating the administrative obligations and responding to questions on Sills Cummis and Bienert Miller fees. |
| 03/23/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the status of February Monthly Fee Applications. |

Employment and Fee Applications

April 13, 2018

Matter: 15257497-000012
Invoice No.: 2001445

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 03/26/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Bienert Miller's Application for Compensation for February 2018. |
| 03/26/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Sills Cummis' Fee Application for February 2018. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | In response to Karen Nimniyom's E-Mail, consider how to report to request and effectuate delivery of Statements for Creditors Committee's Counsel to Ms. Nimniyom for the period August 2017 through February 2017. |

| Total Hours | 13.80 | |
|---|---|---|
| Fee Amount | | $3,888.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 0.70 | $416.50 |
| K.M. Howard | $265.00 | 13.10 | $3,471.50 |
| Totals | | 13.80 | $3,888.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 2/7/2018 | Delivery & Postage FedEx Airbill #789647118698 02/07/18 Delivery to 1 RIVERFRONT PLZ, NEWARK, NJ Documents | | 14.81 |
| | | SUBTOTAL | 14.81 |
| | Total Disbursements | | $14.81 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,888.00 | |
| Disbursement Total | $ | 14.81 | |
| Invoice Total | $ | 3,902.81 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

---

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | (60.30) | 6,787.00 |
| 03/10/17 | 1870860 | 3,277.00 | (15.00) | 3,262.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |
| 12/12/17 | 1963213 | 4,913.50 | 0.00 | 4,913.50 |
| 01/24/18 | 1974751 | 5,925.10 | 0.00 | 5,925.10 |
| 02/28/18 | 1982225 | 2,382.60 | 0.00 | 2,382.60 |
| 03/20/18 | 1992985 | 7,274.50 | 0.00 | 7,274.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001445 | 3,902.81 | 0.00 | 3,902.81 |
| | | Total Outstanding Invoices | | $71,422.51 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001446**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 10,503.99 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001446**

Client/Matter:  15257497-000015

Litigation - Contested Matters and Adversary Proceedings

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/01/18 | J.A. Moe, II | 0.10 | 59.50 | [Orange County Health Care Cases] Exchange E-Mails with Kathryn Stanton on the Orange County Cases and the fact that no relief form stay has been granted. |
| 03/01/18 | J.A. Moe, II | 0.10 | 59.50 | [Orange County Health Care Cases] Review preparation of the Status Conference Report. |
| 03/01/18 | J.A. Moe, II | 0.30 | 178.50 | [Orange County Health Care Cases] Expand the Case Status Report to explain recent events in and current status of the Bankruptcy Case; review completed Report (with Conference on March 5th). |
| 03/01/18 | K.M. Howard | 0.10 | 26.50 | Analysis of notice from the court pertaining to the application of George Hirsch to be admitted pro hac vice. |
| 03/01/18 | K.M. Howard | 0.10 | 26.50 | Analysis of order on George Hirsch's application to be admitted pro hac vice. |
| 03/01/18 | A. Jinnah | 0.60 | 237.00 | Drafted the case status statement in the Liberty Mutual  in case (Healthcare Industry) in Orange County. |
| 03/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado]  Exchange E-Mails with David Hoiles and David Herskovitz on the settlement agreement. |
| 03/02/18 | J.A. Moe, II | 0.30 | 178.50 | [Mario Alvarado]  Review the Settlement Agreement and telephone call with David Hoiles on reimbursement issue. |
| 03/05/18 | J.A. Moe, II | 0.10 | 59.50 | [Orange County Health Care Cases] Review results of the Status Conference and rescheduling hearing insofar as Gardens is concerned. |

2

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/05/18 | J.A. Moe, II | 0.20 | 119.00 | [RSUI]  Review  revised proposed Engagement Letter with Wolf Rifkin, and exchange E-Mails with David Herskovitz, then with Simon Aron, on utilization of the procedure for Ordinary Course Professionals. |
| 03/05/18 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Phillips]  Review upcoming Status Conference and contacting counsel requesting Plaintiffs to dismiss the Complaint. |
| 03/05/18 | J.A. Moe, II | 0.20 | 119.00 | [DeLage Landen and Intuitive]  Telephone call returned to Alexander Rhim, on status of the Bankruptcy Case and assigning of five Cases to the Committee., in preparation for the Status Conference on March 6th. |
| 03/05/18 | J.A. Moe, II | 0.20 | 119.00 | [Fisher & Phillips] Develop and outline strategy to obtain dismissal of the Superior Court Case (subject to review of the date the Claim was filed, the amount of Claim and confirmation that the amount is due). |
| 03/05/18 | A. Jinnah | 0.40 | 158.00 | Prepare for court appearance in Healthcare Industry case. |
| 03/05/18 | A. Jinnah | 0.30 | 118.50 | Make court appearance in Healthcare Industry case. |
| 03/06/18 | A. Jinnah | 0.20 | 79.00 | Prepare for court appearance in De Lage Landen matter. |
| 03/06/18 | A. Jinnah | 0.80 | 316.00 | Make court appearance in De Lage Landen matter and update court regarding status of bankruptcy. |
| 03/06/18 | J.A. Moe, II | 0.20 | 119.00 | [DeLage Landen & Intuitive] Review background on Stipulation on which Court entered an Order approving the assignment of Claims to the Creditors  Committee;  review result of hearing and rescheduling of the next Status Conference, but note the 5 year Statute. |
| 03/06/18 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Telephone call to Anthony Carasco on necessity to respond today to George Hirsch on fact that Blue Cross/Blue Shield has done nothing. |
| 03/06/18 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re Spinhart document production. |

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/06/18 | K.M. Howard | 0.20 | 53.00 | Reviewed key articles and prepared communication regarding the citations for articles to be used in Request for Special Notice. |
| 03/07/18 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding deadlines to oppose Debtor's Motion Approving the Stipulation to Resolve the EDD claims. |
| 03/07/18 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Phillips] Return telephone call to Stan Otake on whether the Fisher and Phillips Claim is legitimate review the Attachment to the Proof of Claim. |
| 03/07/18 | J.A. Moe, II | 0.10 | 59.50 | [Spineart] Exchange E-Mails with David Herskovitz on providing patient information to the Creditors Committee Attorney, and necessity to have HIPPA Confidentiality Agreement. |
| 03/07/18 | J.A. Moe, II | 0.20 | 119.00 | [Blue Cross/Blue Shield] Two telephone calls with and review E-Mail form Anthony Carasco on status of payment; exchange E-Mails with George Hirsch, Stan Otake and Mr. Carasco on proceeding with Litigation. |
| 03/07/18 | J.A. Moe, II | 0.20 | 119.00 | [Fisher & Phillips] Review situation in regard to obligation on the upcoming Status Conference; review amount of Proof Of Claim; telephone call returned fro Stan Otake on the Claim. |
| 03/07/18 | A. Jinnah | 0.20 | 79.00 | Review information pertaining to proof of loss in Fisher and Phillips matter. |
| 03/08/18 | J.A. Moe, II | 0.30 | 178.50 | [Fisher & Phillips] Exchange E-Mails with Stan Otake on the legitimacy of the Claim; outline procedure to determine the legitimacy of the Claim with Fisher & Phillips; review effort to obtain Statements, allow Claim and dismiss Litigation. |
| 03/12/18 | J.A. Moe, II | 0.10 | 59.50 | [Request For Production] Review E-Mails from Amanda Goodman on retention of Patient Files, in connection with producing documents. |
| 03/12/18 | A. Goodman | 0.10 | 25.00 | Conferred with G. Newhouse about storage of patient records in relation to compliance with subpoena. |

4

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/12/18 | A. Goodman | 0.20 | 50.00 | Drafted correspondence to Special Agent Colleen Maher regarding storage of patient records in relation to compliance with subpoena. |
| 03/13/18 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Phillips]  Review and dictate contents of the additions to the Case Management Conference Statement. |
| 03/13/18 | A. Jinnah | 0.60 | 237.00 | Draft Case Management Statement in Fisher an Phillips. |
| 03/14/18 | A. Goodman | 0.10 | 25.00 | Corresponded with Reva Swadener regarding document retention. |
| 03/14/18 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Phillips]  Review the Case Management Conference Statement and request again Invoices in order to get Case dismissed. |
| 03/14/18 | K.M. Howard | 0.40 | 106.00 | Reviewed filings by the EDD and assembled same in conjunction with filing of non-opposition to settling with the EDD. |
| 03/16/18 | J.A. Moe, II | 0.40 | 238.00 | Review and prepare extensive response to David Herskovitz on the issue of production of documents in multiple matters and issue of privilege. |
| 03/16/18 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Phillips] Review results of the Status Conference and necessity to continue to request Invoices from Scott Greenbaum in order to confirm with Stan Otake the amount due Claimant. |
| 03/16/18 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Phillips] Review results of the Status Conference and necessity to continue to request Invoices from Attorney  Greenbaum in order to confirm with Stan Otake the amount due Claimant. |
| 03/16/18 | A. Jinnah | 0.40 | 158.00 | Attend court appearance for Fisher and Phillips regarding bankruptcy status of case. |
| 03/20/18 | J.A. Moe, II | 0.30 | 178.50 | [Spineart]  Review David Herskovitz' E-Mail and attached documents originating from Vendors and Gardens on purchase of implant products; E-Mail to Mr. Herskovitz on resolution of confidentiality requirement. |

5

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/20/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI]  E-Mail to Simon Aron on Declaration required for engagement of Wolf Rifkin as an OCP. |
| 03/22/18 | J.A. Moe, II | 0.10 | 59.50 | [Moscovitz] Review exchange of E-Mails with David Herskovitz on Parking Lot. |
| 03/22/18 | J.A. Moe, II | 0.20 | 119.00 | [RSUI]  Review the proposed Declaration to retain Wolf Rifkin an as Ordinary Course Professional; telephone call to Simon Aron on Dentons revising the Declaration to meet terms of the Order. |
| 03/22/18 | J.A. Moe, II | 0.20 | 119.00 | [RSUI] Revise the Declaration Of Christopher Heck (received  from Simon Aron) on employment as an Ordinary Course Professional. |
| 03/22/18 | J.A. Moe, II | 0.20 | 119.00 | [RSUI] Correct and reformat the revised Declaration Of Christopher Heck of Wolf Rifkin on employment as an Ordinary Course Professional. |
| 03/22/18 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re parking lot issues. |
| 03/23/18 | J.A. Moe, II | 0.20 | 119.00 | [RSUI]  Review and correct -- through two iterations -- the second draft of the Declaration Of Christopher Heck on employment of Wolf Rifkin; review completed Declaration and return to Simon Aron. |
| 03/23/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI] Exchange E-Mails with Simon Aron on approval of the Declaration of Christopher Heck on employment of Wolf Rifkin. |
| 03/23/18 | J.A. Moe, II | 0.20 | 119.00 | [RSUI] Prepare draft of Notice that Debtor seeks to employ Wolf Rifken as an Ordinary Course Professional. |
| 03/23/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Chart to reflect new dates pertaining to the disqualifying Judge Robles to hearing Standing Motion, etc. |
| 03/23/18 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz] Review exchange of E-Mails with David Herskovitz on Hospital Parking Lot, including review of multiple documents on the value of the parking; E-Mail to Mr. Herskovitz on the Board Minutes on Parking. |

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 03/26/18 | J.A. Moe, II | 0.10 | 59.50 | [Avoidance Actions]  Consider and review time within which Avoidance Actions must be filed; review Schedules on 90 day payments. |
| 03/26/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI] Revise the first draft of the Notice on the Debtor filing a Declaration on Wolf Rifkin being engaged as an Ordinary Course Professional. |
| 03/26/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI]  Review E-Mail from Wolf Rifkin and obtain return of the executed Declaration Of Christopher Heck. |
| 03/27/18 | J.A. Moe, II | 0.20 | 119.00 | [RSUI]  Review revised Notice on the Debtor filing the Declaration Of Christopher Heck in support of the employment of Wolf Rifkin; correct the Notice to include  specific information from the Declaration. |
| 03/27/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI]  Exchange E-Mails with Andrew Sherman on employment of Wolf Rifkin; telephone call from Andrew Sherman on employment of Steve Katzman. |
| 03/27/18 | K.M. Howard | 0.30 | 79.50 | Reviewed original Statement of Financial Affairs and culled all prepetition check registers filed as an attachment and organize. |
| 03/27/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Disclosure Declaration of Ordinary Course Professional, Wolf Rifkin, and culled same. |
| 03/27/18 | K.M. Howard | 0.20 | 53.00 | Analysis of the Notice of Employment of Christopher Heck as Ordinary Course Professional to determine objection deadlines. |
| 03/28/18 | K.M. Howard | 0.40 | 106.00 | Researched claims registry to determine if plaintiff, Mario Alvarado, filed a claim against the hospital and culled same. |
| 03/28/18 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re Alvarado litigation. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado and RSUI]  E-Mail to David Herskovitz on review of the proposed revised RSUI Settlement Agreement and necessity to confer on RSUI. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield]  Telephone call to Anthony Carasco on necessity to provide information to George Hirsch to complete Complaint. |

7

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/28/18 | J.A. Moe, II | 0.40 | 238.00 | [Mario Alvarado]  Exchange E-Mails with David Herskovitz and David Hoiles on Settlement Agreement with Mario Alvarado;  review the Agreement; E-Mail to Messrs. Herskovitz and Hoiles on approval of the Settlement Agreement. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado]  Confirm filing of Proof of Claim; E-Mail to and telephone call with David Hoiles on Settlement Agreement including withdrawal of Claim. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado]  Prepare Withdrawal Of Proof Of Claim for David Yeremian's signature. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Review the proposed Complaint For Turnover And Other Relief received from Bienert Miller & Katzman. |
| 03/30/18 | J.A. Moe, II | 0.10 | 59.50 | [Sunstedt]  Review Kathryn Stanton's E-Mails and E-Mail from Lewis Brisbois, and confer with Ms. Stanton on whether relief from stay has been granted. |
| 03/30/18 | J.A. Moe, II | 0.80 | 476.00 | Conference call with  Brian Walton, David Herskovitz and Eric Weissman on status of the Case,  the current settlement discussion and the outline of a Plan Of Liquidation. |
| 03/30/18 | J.A. Moe, II | 0.80 | 476.00 | Conference call with Brian Walton, David Herskovitz and Eric Weissman on status of the Case, the current settlement discussion and outline of a Plan Of Liquidation. |
| 03/30/18 | J.A. Moe, II | 0.40 | 238.00 | {Accountable Health/Intuitive]  Telephone call returned to David Epstein on status of the Bankruptcy Case, the prospect  for payment on Claims and strategy of dismissing Case and proceeding with revised Proof of Claim. |
| 03/30/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado] Review form, then complete Withdrawal; exchange E-Mails with David Hoiles on a Withdrawal of the Claim. |
| 03/30/18 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised the Notice of Withdrawal of the Claim of Mario Alvarado. |

Total Hours                16.60

Fee Amount                                                              $8,186.50

8

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 0.70 | $455.00 |
| J.A. Moe, II | $595.00 | 9.30 | $5,533.50 |
| A. Goodman | $250.00 | 0.40 | $100.00 |
| A. Jinnah | $395.00 | 3.50 | $1,382.50 |
| K.M. Howard | $265.00 | 2.70 | $715.50 |
| Totals | | 16.60 | $8,186.50 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 1/6/2018 | Business Meals - -    COMPASS GROUP  DBA FLIK INTERNATIONAL CORP Food Service Supplies Food service | 27.37 |
| 1/23/2018 | Business Meals - -    COMPASS GROUP  DBA FLIK INTERNATIONAL CORP Food Service Supplies Food service | 40.76 |
| 1/24/2018 | Business Meals - -    COMPASS GROUP  DBA FLIK INTERNATIONAL CORP Food Service Supplies Food service | 18.18 |
| | SUBTOTAL | 86.31 |
| 1/19/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 20.00 |
| 1/18/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 25.00 |
| 1/24/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 25.00 |
| 1/30/2018 | Delivery & Postage BRIAN WALTON | 38.50 |
| 1/31/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 35.00 |
| 1/29/2018 | Delivery & Postage JERSEY MIKE'S | 36.00 |
| 1/30/2018 | Delivery & Postage FedEx Airbill #789536090842 01/30/18 Delivery to  4000 West Metropolitan, ORANGE, CA | 15.63 |
| 2/2/2018 | Delivery & Postage BRIAN WALTON | 38.50 |
| 2/15/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 35.00 |
| 2/28/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 20.00 |
| | SUBTOTAL | 288.63 |

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 21.80 |
| | | SUBTOTAL | 21.80 |
| 3/16/2018 | Filing Fees Ahmed R. Jinnah, Appearance at hearing in Fisher & Phillips v. Gardens by CourtCall. | | 86.00 |
| 2/23/2018 | Filing Fees LASC - NORWALK - STATUS CONFERENCE STATEMENTS | | 138.50 |
| 2/28/2018 | Filing Fees Ahmed R. Jinnah, Attend Status Conference in Gardens v. Spineart by CourtCall. | | 86.00 |
| 3/5/2018 | Filing Fees Ahmed R. Jinnah, Appear at review hearing in Liberty Mutual v. Healthcare Industry by CourtCall. | | 86.00 |
| 2/16/2018 | Filing Fees LASC - CENTRAL - SCS | | 42.50 |
| 3/6/2018 | Filing Fees Ahmed R. Jinnah, Attend Status Conference in De Lage Landen v. Gardens by CourtCall. | | 86.00 |
| | | SUBTOTAL | 525.00 |
| 2/12/2018 | Ground Transportation BRIAN WALTON | | 28.00 |
| 2/13/2018 | Ground Transportation BRIAN WALTON | | 43.25 |
| 2/16/2018 | Ground Transportation BRIAN WALTON | | 43.25 |
| 2/16/2018 | Ground Transportation BRIAN WALTON | | 28.00 |
| 2/26/2018 | Ground Transportation BRIAN WALTON | | 43.25 |
| | | SUBTOTAL | 185.75 |
| 3/1/2018 | Outside Professional Services CASE ANYWHERE - Service of Status Conference Statement and Notice of Courtcall Appearance in Liberty Mutual v. Healthcare Industry Program | | 10.00 |
| | | SUBTOTAL | 10.00 |
| 2/26/2018 | WESTLAW ZAHNER\BRENDAN | | 75.00 |
| 2/27/2018 | WESTLAW ZAHNER\BRENDAN | | 450.00 |
| 2/28/2018 | WESTLAW ZAHNER\BRENDAN | | 375.00 |
| 3/5/2018 | WESTLAW ZAHNER\BRENDAN | | 75.00 |
| 3/8/2018 | WESTLAW HOWARD\CATHRYN M | | 225.00 |
| | | SUBTOTAL | 1,200.00 |
| | Total Disbursements | | $2,317.49 |

Fee Total    $    8,186.50

10

Litigation - Contested Matters and Adversary Proceedings

April 13, 2018

Matter: 15257497-000015
Invoice No.: 2001446

| | | |
|---|---|---|
| Disbursement Total | $ | 2,317.49 |
| Invoice Total | $ | 10,503.99 |

11



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853845 | 32,510.00 | (260.00) | 32,250.00 |
| 02/22/17 | 1865404 | 9,285.71 | (312.21) | 8,973.50 |
| 03/10/17 | 1870876 | 12,867.05 | (858.05) | 12,009.00 |
| 04/19/17 | 1883654 | 58,143.10 | (747.60) | 57,395.50 |
| 05/24/17 | 1895427 | 36,355.95 | (162.95) | 36,193.00 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | (143.10) | 48,507.50 |
| 08/14/17 | 1920738 | 58,661.56 | (946.06) | 57,715.50 |
| 09/14/17 | 1930412 | 30,032.96 | (833.96) | 29,199.00 |
| 10/17/17 | 1942311 | 21,723.15 | (468.15) | 21,255.00 |
| 11/13/17 | 1951646 | 76,142.34 | (179.84) | 75,962.50 |
| 12/12/17 | 1963215 | 62,378.15 | 0.00 | 62,378.15 |
| 01/24/18 | 1974753 | 67,071.15 | 0.00 | 67,071.15 |
| 02/28/18 | 1982226 | 104,486.64 | 0.00 | 104,486.64 |
| 03/20/18 | 1992990 | 39,666.81 | 0.00 | 39,666.81 |
| 04/13/18 | 2001446 | 10,503.99 | 0.00 | 10,503.99 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Total Outstanding Invoices                    $710,633.24

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street           McKenna Long
Suite 2500                       dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                      April 13, 2018
3719 Meadville Dr.
Sherman Oaks, CA 91403                    **Invoice No. 2001453**
USA

Client/Matter: 15257497-000017

Non Working Travel

                                              Payment Due Upon Receipt
_____

Total This Invoice                        $        1,190.00

Please return this page with your payment

Payments by check should be sent to:        Payment by wire transfer should be sent to:
Dentons US LLP                                    Citi Private Bank
Dept. 894579                  OR         227 West Monroe, Chicago, IL 60606
Los Angeles, CA 90189-4579                   ABA Transit # 271070801
                                             Account #: 0801051693
                                          Account Name: Dentons US LLP
                                             Swift Code: CITIUS33
                                    Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | |
|---|---|
| Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California  90017-5704 | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001453**

Client/Matter:   15257497-000017

Non Working Travel

---

For Professional Services Rendered through March 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 03/16/18 | J.A. Moe, II | 0.90 | 535.50 | [Architecture Firm Of Scott MacGillivary] Travel to the West Side to meet representative of MacGillivray  Architecture. |
| 03/16/18 | J.A. Moe, II | 1.10 | 654.50 | [Architecture Firm Of Scott MacGillivary ] Return travel from the West Side following meeting with representative of MacGillivray Architecture. |

| | | |
|---|---|---|
| Total Hours | 2.00 | |
| Fee Amount | | $1,190.00 |

TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| J.A. Moe, II | $595.00 | <u>2.00</u> | <u>$1,190.00</u> |
| Totals | | 2.00 | $1,190.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,190.00 |
| Invoice Total | $ | <u>1,190.00</u> |



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street            McKenna Long
Suite 2500                        dentons.com
Los Angeles, California  90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.                                          April 13, 2018
Sherman Oaks, CA 91403
USA                                               Client/Matter #: 15257497-000017

Non Working Travel

---

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853848 | 9,771.00 | 0.00 | 9,771.00 |
| 02/22/17 | 1865510 | 2,220.00 | 0.00 | 2,220.00 |
| 03/10/17 | 1870878 | 1,365.00 | 0.00 | 1,365.00 |
| 05/24/17 | 1895428 | 1,249.50 | 0.00 | 1,249.50 |
| 06/12/17 | 1900472 | 476.00 | 0.00 | 476.00 |
| 09/14/17 | 1930413 | 357.00 | 0.00 | 357.00 |
| 11/13/17 | 1951647 | 2,439.50 | 0.00 | 2,439.50 |
| 12/12/17 | 1963216 | 714.00 | 0.00 | 714.00 |
| 01/24/18 | 1974754 | 2,902.00 | 0.00 | 2,902.00 |
| 02/28/18 | 1982227 | 2,398.50 | 0.00 | 2,398.50 |
| 03/20/18 | 1992986 | 773.50 | 0.00 | 773.50 |
| 04/13/18 | 2001453 | 1,190.00 | 0.00 | 1,190.00 |

Total Outstanding Invoices                               $25,856.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001447**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                                    $        13,173.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP              Salans FMC SNR Denton
601 S. Figueroa Street     McKenna Long
Suite 2500                 dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center                    April 13, 2018
c/o Brian Walton
3719 Meadville Dr.                                **Invoice No. 2001447**
Sherman Oaks, CA 91403
USA

Client/Matter:  15257497-000018

Plan and Disclosure Statement

---

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/13/18 | S. Maizel | 0.50 | 325.00 | Review issues regarding proposing a plan and confirming it vis-à-vis Weiner settlement and judge's decision re recusal. |
| 03/19/18 | S. Maizel | 0.50 | 325.00 | Review sources and uses of cash calculations re confirmation of plan. |
| 03/21/18 | S. Maizel | 0.50 | 325.00 | Review and respond to emails re cash for sources and uses of cash. |
| 03/21/18 | J.A. Moe, II | 0.20 | 119.00 | Review former "Sources And Uses Chart" for the Gardens' Case;  exchange E-Mails with telephone call from Stan Otake on calculating updated amount of administrative fees. |
| 03/22/18 | J.A. Moe, II | 1.20 | 714.00 | Prepare first draft of entirely revised Plan Of Liquidation (subject to substantial modification), including Classification of Claims). |
| 03/22/18 | J.A. Moe, II | 0.40 | 238.00 | Review and correct the latest draft of the Plan Of Liquidation. |
| 03/23/18 | J.A. Moe, II | 2.20 | 1,309.00 | Revise the first draft of the revised Plan Of Liquidation. |
| 03/23/18 | J.A. Moe, II | 3.10 | 1,844.50 | Consider revisions to terms and additional terms, and upon receipt,   correct the second draft of the revised Plan Of Liquidation. |
| 03/23/18 | S. Maizel | 0.60 | 390.00 | Update sources and uses of cash chart re confirmation of plan. |
| 03/26/18 | J.A. Moe, II | 2.60 | 1,547.00 | Review, correct and expand the third draft of the Plan Of Liquidation. |
| 03/26/18 | J.A. Moe, II | 2.60 | 1,547.00 | Consider components of the Plan Of Liquidation, including the effect of the Effective Date versus the Transfer Date, then review and make further corrections to fourth draft of the Plan. |

2

Plan and Disclosure Statement

April 13, 2018

Matter: 15257497-000018
Invoice No.: 2001447

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/26/18 | J.A. Moe, II | 0.90 | 535.50 | Review and correct the fifth draft of the revised Plan Of Liquidation. |
| 03/27/18 | J.A. Moe, II | 2.10 | 1,249.50 | Continue to review and edit, and fill in information, in the Plan Of Liquidation. |
| 03/27/18 | J.A. Moe, II | 0.20 | 119.00 | Review the Listing Of Claims already prepared, and review ability to divide Claims/into approximately four separate categories of Claims to be included  as Exhibits to the Plan Of Liquidation. |
| 03/28/18 | S. Maizel | 0.50 | 325.00 | Review materials re plan and disclosure statement being dealt with at one hearing. |
| 03/28/18 | J.A. Moe, II | 1.90 | 1,130.50 | Review and correct the entirety of the draft Plan Of Liquidation. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | Review exchanges of E-Mails with Brian Walton, David Herskovitz and Eric Weissman on possible settlement and Plan Of Liquidation. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | Review preparation of Charts divided by Categories, on Claimants who filed a Claim, for use in preparing Plan Of Liquidation. |
| 03/28/18 | J.A. Moe, II | 0.20 | 119.00 | E-Mail to and telephone call from Tracy Green on payment of fees at a ten percent reduction, in order to settle cross-motions and proceed with Plan. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Brian Yacker on payment of fees at a ten percent reduction; telephone call from Stacey Bergman on approval of proposal on ten percent fee reduction in order to resolve cross-motions and proceed with Plan. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | Preliminarily review the Statements and E-Mails on amounts charged and amounts payable to (pursuant to the OCP Order) the Ordinary Course Professionals,  in regard to a ten percent reduction in exchange for payment in accordance with a Plan Of Liquidation. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Tracy Green on determining the amount of fees and payment to Tracy Green; second E-Mail to Ms. Green on charting amounts due and paid. |

3

Plan and Disclosure Statement

April 13, 2018

Matter: 15257497-000018
Invoice No.: 2001447

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | Identify and review the Summary of all fees for all Ordinary Course Professionals as of December 20, 2016, in terms of proposed ten percent reduction in fees to settle Cross-Motions and proceed with Plan Of Liquidation. |
| 03/28/18 | J.A. Moe, II | 0.10 | 59.50 | E-Mail to and return call from Ken Yood on payment of fees at a ten percent reduction, in order to resolve pending Cross-Motions and proceed with a Plan, and the amount of the payment to Sheppard Mullin ($7.431.50). |
| 03/28/18 | J.A. Moe, II | 0.60 | 357.00 | Review and edit the latest version of the Plan Of Liquidation. |
| 03/30/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Stan Otake on reason for and amount of prepetition PTO, also seeking amount of post-petition PTO, in regard Exhibits to and contents of a Plan Of Liquidation. |
| 03/30/18 | J.A. Moe, II | 0.30 | 178.50 | In response to the information obtained from Stan Otake on amounts of different categories of Claims, correct the draft Plan Of Liqudation to reflect the amount of Claims in some categories of Claims. |

| | | | |
|---|---|---|---|
| Total Hours | | 21.90 | |
| Fee Amount | | | $13,173.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 2.60 | $1,690.00 |
| J.A. Moe, II | $595.00 | 19.30 | $11,483.50 |
| Totals | | 21.90 | $13,173.50 |

| | | |
|---|---|---|
| Fee Total | $ | 13,173.50 |
| Invoice Total | $ | 13,173.50 |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853849 | 1,864.50 | 0.00 | 1,864.50 |
| 02/22/17 | 1865405 | 59.50 | 0.00 | 59.50 |
| 04/19/17 | 1883663 | 59.50 | 0.00 | 59.50 |
| 05/24/17 | 1895429 | 773.50 | 0.00 | 773.50 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | (31.10) | 1,364.00 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |
| 12/12/17 | 1963217 | 1,744.00 | 0.00 | 1,744.00 |
| 01/24/18 | 1974755 | 585.00 | 0.00 | 585.00 |
| 02/28/18 | 1982228 | 1,329.50 | 0.00 | 1,329.50 |
| 04/13/18 | 2001447 | 13,173.50 | 0.00 | 13,173.50 |

Total Outstanding Invoices                     $22,451.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001448**

Client/Matter: 15257497-000020

Relief from Stay and Adequate Protection

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 185.50 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001448**

Client/Matter:   15257497-000020

Relief from Stay and Adequate Protection

For Professional Services Rendered through March 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 03/01/18 | K.M. Howard | 0.30 | 79.50 | Analysis of all motions for relief from stay filed by plaintiffs to determine if additional Qui Tam plaintiffs filed separate motions. |
| 03/30/18 | K.M. Howard | 0.40 | 106.00 | Researched and determine the status of the motion for stay in Sunstedt v. Tri-City Regional (.3) and prepared memoranda reflecting findings (.1). |
| Total Hours | | 0.70 | | |
| Fee Amount | | | | $185.50 |

<u>TIME AND FEE SUMMARY</u>

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| K.M. Howard | $265.00 | <u>0.70</u> | <u>$185.50</u> |
| Totals | | 0.70 | $185.50 |
| Fee Total | $ | 185.50 | |
| Invoice Total | <u>$          185.50</u> | | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

---

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853851 | 2,795.00 | 0.00 | 2,795.00 |
| 02/22/17 | 1865406 | 2,772.00 | 0.00 | 2,772.00 |
| 03/10/17 | 1870879 | 6,497.00 | 0.00 | 6,497.00 |
| 04/19/17 | 1883664 | 1,216.50 | 0.00 | 1,216.50 |
| 05/24/17 | 1895430 | 178.50 | 0.00 | 178.50 |
| 07/11/17 | 1907898 | 79.50 | 0.00 | 79.50 |
| 08/14/17 | 1920740 | 2,771.50 | 0.00 | 2,771.50 |
| 09/14/17 | 1930416 | 1,092.00 | 0.00 | 1,092.00 |
| 10/17/17 | 1942312 | 1,118.00 | 0.00 | 1,118.00 |
| 11/13/17 | 1951626 | 1,944.50 | 0.00 | 1,944.50 |
| 12/12/17 | 1963219 | 543.00 | 0.00 | 543.00 |
| 01/24/18 | 1974756 | 3,434.50 | 0.00 | 3,434.50 |
| 02/28/18 | 1982229 | 7,096.50 | 0.00 | 7,096.50 |
| 03/20/18 | 1992987 | 516.50 | 0.00 | 516.50 |
| 04/13/18 | 2001448 | 185.50 | 0.00 | 185.50 |

Total Outstanding Invoices                    $32,240.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001449**

Client/Matter: 15257497-000021

Reporting

Payment Due Upon Receipt

Total This Invoice                              $          930.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001449**

Client/Matter:   15257497-000021

Reporting

---

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/06/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Chinda Bhanaraksa regarding Debtor's February 2018 bank statements. |
| 03/06/18 | K.M. Howard | 0.40 | 106.00 | Analysis of Debtor's February 2018 bank statements in conjunction with submitting each to the U.S. Trustee. |
| 03/15/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from U.S. Trustee confirming receipt of Debtor's bank statements. |
| 03/15/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and organized Debtor's February 2018 bank statements in conjunction with submission to U.S. Trustee. |
| 03/15/18 | K.M. Howard | 0.30 | 79.50 | Finalized Debtor's February 2018 bank statements and submitted each to the U.S. Trustee. |
| 03/21/18 | K.M. Howard | 0.40 | 106.00 | Received and briefly reviewed Monthly Operating Report for February 2018. |
| 03/23/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Monthly Operating Report for February 2018 and prepared same for filing. |
| 03/23/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Karen Nimniyom regarding the February 2018 Monthly Operating Report. |
| 03/27/18 | K.M. Howard | 0.30 | 79.50 | Reviewed the debtor's Monthly Operating Reports from February 2018 and culled information for inclusion into the Monthly Operating Report Disbursement Summary. |
| 03/27/18 | K.M. Howard | 0.40 | 106.00 | Drafted Monthly Operating Report Disbursement Summary for Monthly Operating Report for February 2018. |

Reporting

April 13, 2018

Matter: 15257497-000021
Invoice No.: 2001449

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/27/18 | K.M. Howard | 0.20 | 53.00 | Finalized Monthly Operating Report Disbursement Summary for Monthly Operating Report for February 2018 and submitted same to the Office of the U.S. Trustee. |
| 03/27/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from the U.S. Trustee confirming receipt of the Monthly Operating Report Disbursement Summary for February 2018. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 3.20 | | |
| Fee Amount | | | | $848.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $265.00 | 3.20 | $848.00 |
| Totals | | 3.20 | $848.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 2/27/2018 | Delivery & Postage USBC - CENTRAL DISTRICT HON . ROBLES | | 20.00 |
| 1/26/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | | 20.00 |
| | | SUBTOTAL | 40.00 |
| 1/26/2018 | Filing Fees LASC - CENTRAL | | 42.50 |
| | | SUBTOTAL | 42.50 |
| | Total Disbursements | | $82.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 848.00 | |
| Disbursement Total | $ | 82.50 | |
| Invoice Total | $ | 930.50 | |

3



Dentons US LLP                  Salans FMC SNR Denton
601 S. Figueroa Street          McKenna Long
Suite 2500                      dentons.com
Los Angeles, California  90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton                                           April 13, 2018
3719 Meadville Dr.
Sherman Oaks, CA 91403                    Client/Matter #: 15257497-000021
USA

Reporting

---

## Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | (50.00) | 795.00 |
| 05/24/17 | 1895432 | 1,208.50 | (30.00) | 1,178.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | (38.00) | 907.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | (21.60) | 987.00 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |
| 11/13/17 | 1951588 | 2,201.50 | (51.00) | 2,150.50 |
| 12/12/17 | 1963220 | 556.50 | 0.00 | 556.50 |
| 01/24/18 | 1974758 | 1,140.70 | 0.00 | 1,140.70 |
| 02/28/18 | 1982230 | 506.50 | 0.00 | 506.50 |
| 03/20/18 | 1992988 | 2,550.00 | 0.00 | 2,550.00 |
| 04/13/18 | 2001449 | 930.50 | 0.00 | 930.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000021

Reporting

---

Total Outstanding Invoices                      $22,088.20

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001451**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

Total This Invoice                                          $        3,089.30

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001451**

Client/Matter: 15257497-000024

Appellate Proceedings

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/12/18 | S. Maizel | 0.10 | Review BAP decision on recoupment appeal and email client re same. |
| 3/12/18 | K.M. Howard | 0.20 | Analysis of docket and culled memorandum issued by BAP. |
| 3/12/18 | K.M. Howard | 0.20 | Analysis of BAP Appeal Judgment in support of BAP Memorandum. |
| 3/12/18 | K.M. Howard | 0.10 | Prepared communications regarding BAP's memorandum denying Debtor's appeal. |
| 3/12/18 | K.M. Howard | 0.40 | Researched appellate rules and civil procedure to determine guidelines and deadlines to file Notice of Appeal to BAP Judgment. |
| 3/12/18 | K.M. Howard | 0.20 | Prepared communications regarding Appellant's deadlines to request the court to reconsider its decision and to notice an appeal. |
| 3/12/18 | K.M. Howard | 0.30 | Reviewed BAP Local Rules (.1) and telephone conference with Clerk of BAP to further clarify the process to initiate the appeal (.2). |
| 3/12/18 | K.M. Howard | 0.20 | Analysis of Ninth Circuit Court of Appeal forms and culled applicable forms to initiate appeal of BAP Judgment to the Ninth Circuit. |
| 3/12/18 | K.M. Howard | 0.20 | Telephone conference with Clerk of Ninth Circuit Court of Appeals to clarify proper form to use when appealing a BAP decision to the Ninth Circuit. |
| 3/12/18 | K.M. Howard | 0.40 | Further analysis of process to obtain audio of hearing on Appellate's Appeal including followup telephone conference with the court. |
| 3/13/18 | K.M. Howard | 0.10 | Prepared communication regarding initial draft of Debtor's Notice of Appeal of BAP Judgment. |
| 3/13/18 | K.M. Howard | 0.70 | Analysis of BAP docket, culled information for inclusion in Notice of Appeal and drafted Notice of Appeal of BAP Judgment. |

2

Appellate Proceedings

April 13, 2018

Matter: 15257497-000024
Invoice No.: 2001451

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/13/18 | K.M. Howard | 0.40 | Drafted correspondence to Ninth Circuit Court of Appeal requesting audio of oral argument before Bankruptcy Appellate Panel. |
| 3/16/18 | K.M. Howard | 0.20 | Communications with Sarah Stevenson with BAP regarding the audio of the oral argument before the Bankruptcy Appellate Panel. |
| 3/16/18 | K.M. Howard | 0.20 | Followup telephone conference with Sarah Stevenson of BAP regarding the audio of oral argument before the Bankruptcy Appellate Panel. |
| 3/19/18 | K.M. Howard | 0.20 | Further communications with Sarah Stevenson of the Ninth Circuit regarding the audio of the oral argument before the Bankruptcy Appellate Panel. |
| 3/19/18 | K.M. Howard | 0.40 | Received and briefly reviewed the audio of oral argument before the Bankruptcy Appellate Panel and prepared communications regarding same. |
| 3/19/18 | S. Maizel | 0.50 | Review materials re 9th Circuit appeal from BAP decision on QAF offset. |
| 3/29/18 | S. Maizel | 0.60 | Review notice of appeal to Ninth Circuit. |
| 3/29/18 | S. Maizel | 0.30 | Review and respond to committee emails re 9th Circuit appeal of offset ruling. |
| 3/29/18 | S. Maizel | 0.10 | Review and respond to emails re status of tax issue appeal. |
| 3/29/18 | K.M. Howard | 0.30 | Analysis of district court docket on the tax appeal to determine if the court has scheduled oral argument, issued an opinion and last pleadings filed. |
| 3/29/18 | K.M. Howard | 0.10 | Reviewed communication regarding the Ninth Circuit's procedure for payment of filing fees for appeal from BAP. |
| 3/29/18 | K.M. Howard | 0.30 | Reviewed BAP docket and culled additional pleadings to attach as exhibits to the Notice of Appeal to the Ninth Circuit. |
| 3/29/18 | K.M. Howard | 0.20 | Reviewed finalized version of Notice of Appeal from BAP to the Ninth Circuit. |
| 3/30/18 | S. Maizel | 0.10 | Office conference with J. Moe re pending appeal issues on QAF offset. |

Total Hours                7.00

Fee Amount                                                              $2,509.50

Appellate Proceedings

April 13, 2018

Matter: 15257497-000024
Invoice No.: 2001451

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 1.70 | $1,105.00 |
| K.M. Howard | $265.00 | 5.30 | $1,404.50 |
| Totals | | 7.00 | $2,509.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 3/14/2018 | Delivery & Postage FedEx Airbill #780034486505 03/14/18 Delivery to  95 7TH ST, SAN FRANCISCO, CA Documents | | 12.30 |
| | | SUBTOTAL | 12.30 |
| 3/14/2018 | WESTLAW HOWARD\CATHRYN M | | 567.50 |
| | | SUBTOTAL | 567.50 |
| | Total Disbursements | | $579.80 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,509.50 | |
| Disbursement Total | $ | 579.80 | |
| Invoice Total | $ | 3,089.30 | |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 06/12/17 | 1900475 | 51,599.50 | (1,717.50) | 49,882.00 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | (326.10) | 13,466.50 |
| 10/17/17 | 1942385 | 36,077.32 | (442.82) | 35,634.50 |
| 11/13/17 | 1951655 | 22,102.50 | (119.50) | 21,983.00 |
| 12/12/17 | 1963224 | 13,599.50 | 0.00 | 13,599.50 |
| 01/24/18 | 1975029 | 9,913.40 | 0.00 | 9,913.40 |
| 02/28/18 | 1982231 | 15,772.90 | 0.00 | 15,772.90 |
| 03/20/18 | 1992991 | 233.22 | 0.00 | 233.22 |
| 04/13/18 | 2001451 | 3,089.30 | 0.00 | 3,089.30 |

Total Outstanding Invoices $223,308.82

Credits On Account $48.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001452**

Client/Matter: 15257497-000025

Weiner Parties Related Litigation

Payment Due Upon Receipt

Total This Invoice                                   $          34,967.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

**Invoice No. 2001452**

Client/Matter:  15257497-000025

Weiner Parties Related Litigation

For Professional Services Rendered through March 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/1/18 | J.A. Moe, II | 0.20 | Telephone call returned from Brian Walton on continuing to respond to discovery and status of the settlement discussions. |
| 3/1/18 | J.A. Moe, II | 0.20 | Review 28 U.S.C. Section 455, on recusal, and compare Section 455(a) to the discussion in the Pizaretti Case. |
| 3/1/18 | J.A. Moe, II | 0.20 | Review Memoranda Of Law on interpretation of 28 U.S.C. Section 455, on recusal. |
| 3/1/18 | J.A. Moe, II | 1.60 | Research 28 U.S.C. Section 455(a) and Section 455(b)(iii), reviewing decisional authority and treatises. |
| 3/1/18 | J.A. Moe, II | 0.20 | Telephone conference with Brendan Zhadner on 28 U.S.C. Section 455(a) and Section 455(b)(iii). |
| 3/1/18 | J.A. Moe, II | 1.10 | In regard to the additional documents produced by Brian Walton, review and integrate those documents into the documents previously produced by Mr. Walton on February 26th. |
| 3/1/18 | J.A. Moe, II | 0.30 | Review documents to be produced, in regard to other Attachments that may exist and that should be included. |
| 3/1/18 | J.A. Moe, II | 0.40 | Review and annotate cases on 28 U.S.C. 455 (a) and 445 (b)(5)(iii). |
| 3/1/18 | J.A. Moe, II | 0.40 | On issue of recusal of Judge Robles, review Thad Davis' proposed Declaration, exchange E-Mails with Gary Klausner, then telephone call with Mr. Klausner on possible changes and additions to the Declaration. |
| 3/1/18 | S. Maizel | 0.40 | Review Thad David Declaration re recusal issues (.2); office conference with J. Moe re same (.1); email to G. Klausner re same (.1). |
| 3/1/18 | B. Zahner | 0.30 | Telephone conference with Joe Moe regarding disqualification research. |
| 3/1/18 | S. Maizel | 0.50 | Revise material re Judge Robles conflict, Weiner settlement, etc. |

2

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/1/18 | J.A. Moe, II | 0.10 | [Weiner parties Litigation] Confer with Sam Maizel on tasks being performed and to be performed, including review and necessity to augment the proposed Declaration Of Thad Davis. |
| 3/2/18 | S. Maizel | 0.40 | Review materials re Judge Robles potential conflict. |
| 3/2/18 | S. Maizel | 0.40 | Review Davis declaration re Robles conflicts (.2); emails re same (.2). |
| 3/2/18 | J.A. Moe, II | 0.60 | On issue of recusal of Judge Robles, prepare detailed description of what should be included in Thad Davis Declaration. |
| 3/2/18 | J.A. Moe, II | 0.30 | On issue of recusal of Judge Robles, review information on public forums for inclusion in what could be included in the Thad Davis Declaration. |
| 3/2/18 | J.A. Moe, II | 2.10 | Review Law Review Articles on 28 U.S.C. Section 455, and review the Bernard Case and the SJ Groves Case. |
| 3/2/18 | J.A. Moe, II | 0.70 | Review documents to be produced, identifying through two reviews, additional documents that have Attachments, then transmit to Brian Walton for review. |
| 3/5/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Brian Walton on completing review of initial set of documents being produced by Mr. Walton to the Creditors Committee. |
| 3/5/18 | J.A. Moe, II | 0.30 | Review again the S.J. Groves v. Teamsters Case, for possible citation and explanation in the Debtor's Memorandum Of Law on recusal. |
| 3/5/18 | J.A. Moe, II | 0.30 | Prepare draft of the Declaration Of Brian Walton to be filed on whether Judge Robles should recuse himself. |
| 3/5/18 | J.A. Moe, II | 0.30 | Exchange E-Mails with Brian Walton on Attachments to documents being produced to the Creditors Committee, then review each of three of four additional Attachments received from Mr. Walton. |
| 3/5/18 | J.A. Moe, II | 0.10 | Telephone call returned to Gary Klausner on Debtor's and Weiner Parties' Memoranda Of Law on whether Judge Robles recusing himself. |
| 3/5/18 | J.A. Moe, II | 0.20 | Review Thad Davis' Declaration; confer with and exchange multiple E-Mails with Gary Klausner on the contents of the Declaration. |
| 3/5/18 | J.A. Moe, II | 0.70 | Final review of first part of Brian Walton's first "Batch" of documents to be produced to the Creditors Committee. |
| 3/5/18 | J.A. Moe, II | 0.10 | Review second part of Brian Walton's first "Batch" of documents (in four Folders) produced by Brian Walton. |

3

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/5/18 | J.A. Moe, II | 0.10 | Meet with Outside Professionals on production of the first "Batch" of Brian Walton's documents to the Committee, reviewing each of two Categories of documents. |
| 3/5/18 | S. Maizel | 0.60 | Review and respond to emails re conflicts issue (.3); telephone conference with G. Klausner re same (.2); office conference with J. Moe re same. |
| 3/5/18 | K.M. Howard | 0.60 | Reviewed various pleadings and assembled materials to assist attorney in drafting memorandum of law opposing Judge Robles' recusal. |
| 3/5/18 | B. Zahner | 3.70 | Research, draft and revise insert on recusal. |
| 3/6/18 | K.M. Howard | 0.70 | Further analysis of pleadings and documents in conjunction with assisting attorney in drafting brief regarding the recusal of Judge Robles and culled same. |
| 3/6/18 | J.A. Moe, II | 0.40 | Outline contents of a revised Memorandum Of Law on whether Judge Robles should recuse himself from deciding the Compromise Motion. the Standing Motion and the Motion To Compel. . |
| 3/6/18 | J.A. Moe, II | 0.10 | Review revised proposed Declaration Of Thad Davis, then telephone call to Mr. Davis on the Declaration to be filed in support of the Debtor's Memorandum of Law on whether Judge Robles should recuse himself. |
| 3/6/18 | J.A. Moe, II | 0.10 | Telephone call to Andrew Sherman on references to Judge Robles' spouse in the Memoranda Of Law on recusal (also reviewing the necessity for Anthony Carasco to respond to George Hirsch). |
| 3/6/18 | J.A. Moe, II | 0.30 | Prepare draft of the revised Declaration Of Thad Davis, to include information suggested in the Case Authority. |
| 3/6/18 | J.A. Moe, II | 0.10 | [Weiner Parties Litigation]  Confer with Sam Maizel on tasks being performed and to be performed, including continuing discussions on settlement with the Creditors Committee and review of Thad Davis' Declaration in support of the Debtor's Memorandum Of Law on recusal. |
| 3/6/18 | J.A. Moe, II | 0.10 | Review and prepare draft of the revised proposed Declaration Of Thad Davis  (to be filed in support of the Debtor's Memorandum of Law on whether Judge Robles should recuse himself) for information to be competed by Gary Klausner and Thad Davis. |
| 3/6/18 | J.A. Moe, II | 0.10 | Telephone call to Clerk of the Court on references to Judge Robles' spouse in parties' Memoranda Of Law  on recusal. |

4

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/6/18 | K.M. Howard | 0.20 | Researched Gibson Dunn's revenue for 2017 and culled articles. |
| 3/6/18 | J.A. Moe, II | 0.40 | Review and correct -- through two iterations -- the revised proposed Declaration Of Thad Davis. |
| 3/6/18 | J.A. Moe, II | 0.30 | Review and revise the first draft of the Declaration Of Brian Walton (in support of the Debtor's Memorandum Of Law on recusal). |
| 3/6/18 | J.A. Moe, II | 0.30 | Locate and review information on Gibson Dunn revenues, in the American Lawyer, confirm citation, and prepare draft of Request For Judicial Notice. |
| 3/6/18 | J.A. Moe, II | 0.60 | Prepare rough draft of the Debtor's Memorandum Of Law on the issue of whether Judge Robles should recuse himself from making a decision on three pending Motions. |
| 3/6/18 | J.A. Moe, II | 0.20 | Review and edit in two places the proposed Declaration Of Thad David, identifying the Winter Qui Tam Case before Judge Walter. |
| 3/6/18 | J.A. Moe, II | 0.10 | Review three Motions that are before Judge Robles in regard to the Declaration Of Brian Walton and the Debtor's Memorandum Of Law on recusal. |
| 3/6/18 | J.A. Moe, II | 0.30 | Revise the second draft of the Declaration Of Brian Walton. |
| 3/6/18 | S. Maizel | 0.50 | Review and respond to emails re Thad Davis declaration re Robles conflict issue. |
| 3/6/18 | S. Maizel | 0.30 | Telephone conference with A. Sherman re Weiner settlement issues. |
| 3/7/18 | J.A. Moe, II | 0.60 | Correct the first complete draft of the Debtor's Memorandum Of Law on recusal, including revising the last argument and correcting the Conclusion. |
| 3/7/18 | J.A. Moe, II | 0.30 | Correct and conform the Declaration Of Brian Walton to the Debtor's Memorandum Of Law on recusal. |
| 3/7/18 | J.A. Moe, II | 0.40 | Correct the second draft of the Debtor's Memorandum Of Law on recusal. |
| 3/7/18 | J.A. Moe, II | 0.10 | Telephone call to Gary Klausner on contents Declarations of Brian Walton and Thad Davis in support of the Debtor's and the Weiner Parties' Memoranda Of Law on recusal. |
| 3/7/18 | J.A. Moe, II | 0.30 | Review, and edit -- through two iterations -- the Declaration Of Brian Walton. |

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 3/7/18 | J.A. Moe, II | 0.50 | Exchange E-Mails with Gary Klausner on the Declaration Of Brian Walton, and revise and expand the Declaration; review and make one further addition to the Declaration. |
| 3/7/18 | J.A. Moe, II | 0.30 | Correct the third draft of the Debtor's Memorandum Of Law on recusal. |
| 3/7/18 | J.A. Moe, II | 0.40 | Review Gary Klausner's comments on the Declaration of Brian Walton; revise and expand the Declaration in response to comments, and return to Mr. Klausner. |
| 3/7/18 | J.A. Moe, II | 0.70 | Consider and outline how to proceed with the Declaration Of Thad Davis to be filed in support of the Debtor's Memorandum Of Law on recusal. |
| 3/7/18 | J.A. Moe, II | 0.60 | Revise and entirely rewrite the Introduction and the Statement Of Facts, and prepare the first draft of the last argument and the Conclusion, for the Debtor's Memorandum Of Law on whether Judge Robles should recuse himself from deciding the Compromise Motion, the Standing Motion and the Motion To Compel. |
| 3/7/18 | J.A. Moe, II | 0.20 | Correct/complete the Request For Judicial Notice to be filed in support of the Memorandum Of Law on recusal. |
| 3/7/18 | J.A. Moe, II | 0.40 | Review and correct, and expand with possible additional paragraph, the Declaration Of Brian Walton to be filed in support of the of Debtor's Memorandum Of Law on recusal. |
| 3/7/18 | J.A. Moe, II | 0.10 | Telephone call to Thad Davis on Mr. Davis' Declaration to be filed in support of the Debtor's Memorandum of Law on recusal. |
| 3/8/18 | S. Maizel | 0.20 | Review and respond to emails re committee discovery issues. |
| 3/8/18 | K.M. Howard | 1.70 | Reviewed and cite checked Memorandum of Law in Opposition to the Recusal of Judge Robles including all referenced citations from the court docket and revised same. |
| 3/8/18 | K.M. Howard | 0.60 | Further analysis of docket and culled additional docket numbers for inclusion into Memorandum of Law for newly added cites. |
| 3/8/18 | J.A. Moe, II | 0.40 | Review/outline changes to be made to the Memorandum Of Law, and the supporting Declaration Of Brian Walton, on recusal. |
| 3/8/18 | J.A. Moe, II | 0.40 | Review and shorten Introduction and Statement Of Facts, correct the last Section and revise the Conclusion of the Memorandum Of Law on recusal. |
| 3/8/18 | J.A. Moe, II | 0.20 | Review and shorten, and add one additional paragraph, to the Declaration Of Brian Walton to be filed in support of the Debtor's Memoranda Of Law on recusal. |

6

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/8/18 | J.A. Moe, II | 0.10 | Telephone call to Brian Walton on a Declaration Of Brian Walton to be filed in support of the Debtor's Memoranda Of Law on recusal. |
| 3/8/18 | J.A. Moe, II | 0.80 | Review and continue to modify the Memorandum Of Law on recusal. |
| 3/8/18 | J.A. Moe, II | 0.30 | Review and continue to modify the Declaration Of Brian Walton in support of the Memorandum Of Law on recusal. |
| 3/8/18 | J.A. Moe, II | 0.30 | Telephone call to Gary Klausner on recusal. |
| 3/8/18 | J.A. Moe, II | 0.30 | Consider and prepare detailed E-Mail to Brian Walton on issues related to the Debtor's Memorandum Of Law on recusal and information from Gibson Dunn & Crutcher. |
| 3/8/18 | J.A. Moe, II | 0.60 | Telephone call with Brian Walton on issues related to the Debtor's Memorandum Of Law on recusal and information from Gibson Dunn & Crutcher. |
| 3/8/18 | J.A. Moe, II | 0.30 | Additional telephone call with Brian Walton on issues related to the Debtor's Memorandum Of Law on recusal and information from Gibson Dunn & Crutcher. |
| 3/9/18 | J.A. Moe, II | 0.60 | In regard to the current status of information:  Review and correct the Memorandum Of Law and Declaration Of Brian Walton on recusal, and review and conform the Memorandum and Declaration to the Court's Docket. |
| 3/9/18 | J.A. Moe, II | 0.10 | Telephone call to Brian Walton on completing the Memorandum Of Law  and Declaration. |
| 3/9/18 | J.A. Moe, II | 0.30 | Revise and edit -- through two iterations -- the two alternative paragraphs to be inserted into the Memorandum Of Law , depending upon conference call scheduled for later in the day. |
| 3/9/18 | J.A. Moe, II | 0.20 | Telephone call returned from Brian Walton on upcoming conference call and completing the Memorandum Of Law  and Declaration, and review of required minor edits to the Memorandum. |
| 3/9/18 | J.A. Moe, II | 0.30 | In accordance with Brian Walton's citation, review and make minor edits to the Memorandum Of Law and the Declaration of Brian Walton, as suggested by Mr. Walton. |
| 3/9/18 | J.A. Moe, II | 0.30 | Prepare additional legal argument based on additional case for insertion into the Memorandum Of Law on recusal. |
| 3/9/18 | J.A. Moe, II | 0.90 | Review Brian Walton's revisions  to the Declaration, then telephone call with Mr. Walton on the revisions then make revisions, review revisions and review the completed Declaration and return  Mr. Walton's for signature. |

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/9/18 | J.A. Moe, II | 0.10 | Confer with Mr. Walton on corrections to the Memorandum Of Law on recusal, awaiting revised Declaration of Thad Davis. |
| 3/9/18 | J.A. Moe, II | 0.20 | Review revised Declaration and confer with Gary Klausner on two corrections . |
| 3/9/18 | J.A. Moe, II | 0.80 | In regard to Thad Davis' revised Declaration, revise the Memorandum Of Law on recusal. |
| 3/9/18 | J.A. Moe, II | 0.10 | Telephone call from Gary Klausner on Thad Davis now changing his revised Declaration. |
| 3/9/18 | J.A. Moe, II | 0.70 | Consider contents of and review  Thad Davis' now changed Declaration. |
| 3/9/18 | J.A. Moe, II | 0.70 | Revise multiple parts of the Memorandum Of Law on recusal to reflect Thad Davis's changes to his Declaration. |
| 3/9/18 | K.M. Howard | 0.20 | Analysis of Sills Cummis' Brief regarding the recusal of Judge Robles (.1) and prepared communication regarding same (.1). |
| 3/9/18 | J.A. Moe, II | 1.20 | Review and make three successive sets of minor corrections to the Debtor's Memorandum Of Law on recusal, completing (and insuring timely filing ) of the Memorandum and Declaration. |
| 3/9/18 | K.M. Howard | 0.20 | Analysis of Weiner Entities' Response regarding the recusal of Judge Robles (.1) and prepared communication regarding same (.1). |
| 3/9/18 | K.M. Howard | 0.10 | Prepared followup communication regarding the correct cite for the article to be attached to the Request for Judicial Notice. |
| 3/9/18 | K.M. Howard | 0.20 | Coordinated filing and service of Debtor's Brief Opposing Judge Robles' recusal. |
| 3/9/18 | S. Maizel | 0.30 | Review and respond to emails re Thad Davis declaration for response for response re Judge Robles conflicts (.3); review committee filing re same (.5). |
| 3/12/18 | K.M. Howard | 0.10 | Analysis of Declaration of Thad Davis in Response to the Court's Order Requiring Parties to Submit Briefing regarding the recusal of Judge Robles and culled same. |
| 3/12/18 | J.A. Moe, II | 0.30 | Review Gary Klausner's  Memorandum of Law on recusal, and exchange E-Mails with Mr. Klausner on contents of his Memorandum. |
| 3/12/18 | J.A. Moe, II | 0.20 | Exchange multiple E-Mails with Brian Walton and David Herskovitz on prospects for settlement. |
| 3/12/18 | J.A. Moe, II | 0.30 | Conference call with Brian Walton and David Haberbush on possibilities of a settlement with the Weiner Parties and the Creditors Committee. |

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/12/18 | S. Maizel | 0.70 | Telephone conference with Brian Walton re Committee settlement offer vis-a-vis Wener entities. |
| 3/13/18 | S. Maizel | 0.40 | Telephone conference with G. Klausner re Weiner settlement. |
| 3/13/18 | J.A. Moe, II | 0.10 | Review Order on Judge Robles recusing himself to resolve three pending Motions. |
| 3/13/18 | J.A. Moe, II | 0.10 | Review Exchange of E-Mails with Gary Klausner on Judge Robles recusing himself. |
| 3/13/18 | J.A. Moe, II | 0.10 | Confer with Sam Maizel on Judge Robles' decision to recuse himself, and interaction with Gary Klausner on recusal. |
| 3/13/18 | S. Maizel | 0.60 | Drafting email to G. Klausner re settlement proposal from Committee. |
| 3/13/18 | S. Maizel | 0.50 | Review Order re recusal on 9019 motion (.1); email to client re same (.2); email to G. Klausner re same (.2). |
| 3/13/18 | J.A. Moe, II | 0.10 | Review detailed E-Mail to Gary Klausner proposing terms of a settlement with the Weiner Parties and the Creditors Committee. |
| 3/13/18 | S. Maizel | 0.50 | Review status of settlement and case vis-à-vis issues with new judge on 9019 settlement motion. |
| 3/13/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Brian Walton on Judge Robles recusing himself. |
| 3/13/18 | K.M. Howard | 0.20 | Analysis of order finding the court is required to disqualify Judge Robles from hearing the compromise motions, standing motion and discovery motion and prepared communications regarding the decision. |
| 3/14/18 | J.A. Moe, II | 0.10 | Review Gary Klausner's response to Sam Maizel on settlement overture. |
| 3/14/18 | S. Maizel | 0.20 | Review and respond to emails from G. Klausner re Weiner settlement. |
| 3/16/18 | S. Maizel | 0.20 | Meeting with G. Klausner re Weiner entities settlement. |
| 3/19/18 | S. Maizel | 0.50 | Review correspondence re Weiner settlement and negotiations with committee re go-forward strategy. |
| 3/20/18 | S. Maizel | 0.20 | Telephone conference with A. Sherman re Weiner settlement. |
| 3/20/18 | J.A. Moe, II | 0.90 | Telephone call to Brian Walton on response; review Brian Walton's "second" Batch of documents, as they are to be produced. |
| 3/20/18 | J.A. Moe, II | 0.10 | E-Mail to Ken Yood on status on production of documents. |

9

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/21/18 | J.A. Moe, II | 2.80 | In regard to the pending discovery requests: Review the unredacted Minutes of the Board Of Directors's Meetings. |
| 3/21/18 | S. Maizel | 0.50 | Telephone conference with A. Sherman re Weiner settlement (.4); emails re same (.1). |
| 3/21/18 | S. Maizel | 0.10 | Review and respond to emails from E. Klausner re Weiner settlement. |
| 3/22/18 | S. Maizel | 0.20 | Telephone conference with G. Klausner re Weiner settlement motion (.1); review order re reassignment of Weiner settlement motion (.1) |
| 3/22/18 | S. Maizel | 0.20 | Review order re recusal from Judge Robles. |
| 3/22/18 | J.A. Moe, II | 1.70 | In regard to the pending discovery requests: Continue to review unredacted Minutes of the Board Of Director Meetings. |
| 3/22/18 | J.A. Moe, II | 0.20 | Review Notice on entry of Order, telephone call to Clerk of the Court on Order appointing Judge Zive as Judge to decide pending Motions, and confer with Gary Klausner on the Order. |
| 3/23/18 | S. Maizel | 0.40 | Telephone conference with A. Sherman re Weiner settlement (.3); telephone conference with G. Klausner re same (.1). |
| 3/23/18 | S. Maizel | 0.30 | Review and respond to emails re committee and Weiner settlement. |
| 3/23/18 | K.M. Howard | 0.20 | Further analysis of Judge Robles' Order Assigning Judge Zive to hear the Standing Motion, etc. and culled key information pertaining to objection and opposition deadlines. |
| 3/23/18 | K.M. Howard | 0.20 | Prepared communications regarding Judge Robles' Amended Order regarding his disqualification and modifying additional deadline requirements. |
| 3/26/18 | S. Maizel | 0.40 | Telephone conference with A. Sherman re Weiner settlement issues (.2); telephone conference with G. Klausner re same (.2). |
| 3/26/18 | S. Maizel | 0.40 | Review and respond to emails re Weiner settlement vis-à-vis committee. |
| 3/26/18 | S. Maizel | 0.40 | Emails to client re negotiations with committee re Weiner settlement. |
| 3/27/18 | S. Maizel | 0.50 | Review materials re potential settlement with committee over Weiner settlement motion. |
| 3/28/18 | S. Maizel | 0.40 | Telephone conference with A. Sherman re settlement proposals (x2). |
| 3/28/18 | S. Maizel | 1.00 | Review and respond to emails re Weiner Committee settlement issues. |

10

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/29/18 | S. Maizel | 0.50 | Review and respond to emails re Committee settlement vis-à-vis 9019 motion on Weiner settlement. |
| 3/29/18 | S. Maizel | 0.50 | Emails with R. Richards re committee settlement proposals re Weiner 9019 motion. |
| 3/29/18 | J.A. Moe, II | 0.10 | Review E-Mails from Stacy Bergman, on amount due and amount previously paid, to Brian Yacker, in regard to the Discount of unpaid fees to complete agreement on a settlement and proceed with a Plan. |
| 3/29/18 | J.A. Moe, II | 0.20 | Consider contents of and draft insert on an overview of the Plan Of Liquidation, for the Plan. |
| 3/29/18 | J.A. Moe, II | 0.10 | Review status of Claims Analysis and Chart on Claims, divided by Category of Claim, for use in formulating information to be inserted into the Plan. |
| 3/29/18 | K.M. Howard | 0.20 | Analysis of Notice of Non-Opposition to Reassignment of the Standing, Compromise and Discovery Motions to Judge Zive. |
| 3/30/18 | J.A. Moe, II | 0.10 | Telephone call returned form Kathryn Stanton on current status of the case, agreeing to a ten percent reduction as an Ordinary Course Professional in order to settle the pending Cross-Motions and file a Plan. |
| 3/30/18 | S. Maizel | 0.80 | Telephone conference with Board and E. Weissman re Weiner settlement issues. |

Total Hours                         60.10

Fee Amount                                                            $34,967.50

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 14.00 | $9,100.00 |
| J.A. Moe, II | $595.00 | 36.70 | $21,836.50 |
| B. Zahner | $650.00 | 4.00 | $2,600.00 |
| K.M. Howard | $265.00 | 5.40 | $1,431.00 |
| Totals | | 60.10 | $34,967.50 |

11

Weiner Parties Related Litigation

April 13, 2018

Matter: 15257497-000025
Invoice No.: 2001452

| | | |
|---|---|---|
| Fee Total | $ | 34,967.50 |
| Invoice Total | $ | 34,967.50 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

April 13, 2018

Client/Matter #: 15257497-000025

Weiner Parties Related Litigation

Statement of Account

According to our records, as of April 13, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 03/20/18 | 1992989 | 74,903.50 | 0.00 | 74,903.50 |
| 04/13/18 | 2001452 | 34,967.50 | 0.00 | 34,967.50 |
| | | Total Outstanding Invoices | | $109,871.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*): <u>DENTONS US LLP'S TWENTIETH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 2018</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>April 25, 2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul F. Ready - #107469
Leslie A. Tos - #299520
Farmer & Ready
1254 Marsh Street
P.O. Box 1443
San Luis Obispo, CA 93406

Counsel for All State County Mutual Insurance Company, et al. & Laura F. Arroyo, et al.
T: 805 541 1626 / F: 805 541 0769
E: pfready/latos/tamara@farmerandready.com

Roman Shkodnik - #285152
David Yeremian & Associates Inc.
535 North Brand Boulevard, Suite 705
Glendale, CA  91203-1989

Counsel for Mario Alvarado, Creditor
T: 818 230 8380 / F: 818 230 0308
E: roman.shkodnik@gmail.com

M. Jonathan Hayes - #090388
Simon Resnik Hayes LLP
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403

Counsel for American Specialty Management Group
T: 818 783 6251 / F: 818 827 4919
E: jhayes@srhlawfirm.com

Stuart I. Koenig - #102764
Leech Tishman Fuscaldo & Lampl, Inc.
633 West Fifth Street, 48th Floor
Los Angeles, CA  90071

Counsel for Anthem Blue Cross of California/Janet Andrea, Managing Associate General Counsel
T: 213 246 4970 / F: 213 640 4002
E: skoenig@leechtishman.com

Gerald N. Sims - #099133
Pyle Sims Duncan & Stevenson APC
401 B Street, Suite 1500
San Diego, CA 92101

Counsel for BETA Risk Management Authority
T: 619 687 5200 / F: 619 687 5210
E: jerrys@psdslaw.com

Daniel R. Schimizzi
Bernstein Burkley PC
Gulf Tower, Suite 2200
707 Grant Street
Pittsburgh, PA 15219

Counsel for Beckman Coulter, Inc. & Law Firm of Bernstein-Burkley PC
T: 412 456 8100 / F: 415 456 8135
E: dschimizzi/cwirick@bernsteinlaw.com

Mary H. Rose - #084700
Buchalter, APC
1000 Wilshire Boulevard, Suite1500
Los Angeles, CA 90017

Counsel for Buchalter Nemer, P.C. & Promise Garden Lending Company, Inc.
T: 213 891 0700 / F: 213 896 0400
E: mrose/salarcon@buchalter.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Kenneth K. Wang - #201823
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Counsel for California Department of Health Care Services
 & California Department of Public Health
T: 213 897 2451 / F: 213 897 2805
E: kenneth.wang@doj.ca.gov

Lawrence J. Hilton - #156524
One LLP
4000 MacArthur Boulevard, East Tower, Suite 500
Newport Beach, CA 92660-2517

Counsel for Cerner Health Services, Inc.
T: 949 502 2876 / F: 949 258 5081
E: lhilton@onellp.com

Louis J. Cisz III - #142060
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

Counsel for Cerritos Gardens General Hospital Company
T: 415 984 8200 / F: 415 984 8300
E: lcisz@nixonpeabody.com

Emily Platt Rich - #168735
Manuel A. Boigues - #248990
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Courtesy NEF
T: 510 337 1001 / F: 510 337 1023
E: erich/mboigues/bankruptcycourtnotices
    @unioncounsel.net

Dawn M. Coulson - #154085
Epps & Coulson LLP
707 Wilshire Boulevard, Suite 3000
Los Angeles, CA 90017

Courtesy NEF
T: 213 929 2390 / F: 213 929 2394
E: dcoulson/cmadero@eppscoulson.com

George E. Schulman - #064572
Richard K. Diamond - #070634
Danning Gill Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Courtesy NEF
T: 310 277 0077 / F: 310 277 5735
E: gschulman/rdiamond@dgdk.com

Barry S. Glaser - #070968
Steckbauer Weinhart LLP
333 South Hope Street, 36th Floor
Los Angeles, CA 90071

Courtesy NEF
T: 213 229 2868 / F: 213 229 2870
E: bglaser/erhee@swesq.com

R. David Jacobs - #073545
Epstein Becker & Green PC
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506

Courtesy NEF
T: 310 556 8861 / F: 310 553 2165
E: djacobs@ebglaw.com

Amanda L. Marutzky - #274376
Watt Tieder Hoffar & Fitzgerald LLP
2040 Main Street, Suite 300
Irvine, CA 92614

Courtesy NEF
T: 949 852 6700 / F: 949 261 0771
E: amarutzky@watttieder.com

Benjamin S. Nachimson - #166690
Woolf & Nachimson, LLP
15300 Ventura Boulevard, Suite 214
Sherman Oaks, CA 91403-5828

Courtesy NEF
T: 310 474 8776 / F: 310 919 3037
E: ben.nachimson@wnlawyers.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

June 2012
104562420\V-1                                    2                         **F 9013-3.1.PROOF.SERVICE**

Alan J. Stomel - #124986
Alan J. Stomel, LC
P.O. Box 1457
Bodega Bay, CA 95423

Courtesy NEF
T: 310 651 1570 / F: 707 377 4097
E: alan.stomel@gmail.com

Wayne R. Terry - #134685
J. Alexandra Rhim - #180636
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436

Counsel for De Lage Landen & De Lage Landen Financial
  Services, Inc.
T: 818 501 3800 / F: 818 501 2985
E: wterry/arhim@hrhlaw.com

Amelia Puertas-Samara
Employment Development Department
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
T: 916 464 2888 / F:
E: itcdbgc@edd.ca.gov

Talin Keshishian - #201830
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Counsel for FUJIFILM Medical Systems U.S.A., Inc.
T: 818 827 9000 / F: 818 827 9099
E: tkeshishian@bg.law

M. Reed Mercado - #247318
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Counsel for Gardens Regional Hospital and Medical
  Center, Inc.
T: 213 617 5410 / F:
E: rmercado@sheppardmullin.com

Karl E. Block - #112739
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

Counsel for Harbor-Gardens Capital I, LLC & Paladin-
  Gardens Management LLC
T: 310 282 2225 / F: 310 510 6729
E: kblock@loeb.com

Johnny White - #269306
Wolf Rifkin Shapiro Schulman & Rabkin
11400 Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

Counsel for J.S.E. Emergency Medical Group, Inc.
T: 310 478 4100 / F: 310 479 1422
E: jwhite@wrslawyers.com

Ivan L. Kallick - #097649
Manatt Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Counsel for KND Development 53, LLC
T: 310 312 4000 / F: 310 312 4224
E: ikallick@manatt.com

John P. Kreis - #103737
1000 Wilshire Boulevard, Suite 570
Los Angeles, CA 90017

Counsel for John P. Kreis, PC
T: 213 613 1049 / F: 213 330 0258
E: rmercado@sheppardmullin.com

Steven G. Polard - #090319
Eisner Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210

Counsel for Le' Summit Healthcare, LLC & Promise
  Hospital of East Los Angeles, L.P.
T: 310 855 3200 / F: 310 855 3201
E: spolard@eisnerlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

June 2012
104562420\V-1                                    3

F 9013-3.1.PROOF.SERVICE

Howard N. Madris - #157691
Law Office of Howard N. Madris APC
424 South Beverly Drive
Beverly Hills, CA 90212

Counsel for Lenders Funding, LLC
T: 310 277 0757 / F: 310 975 6757
E: hmadris@madrislaw.com

Jeffrey I. Golden - #133040
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Counsel for Lobel Weiland Golden Friedman LLP & Official
Committee of Unsecured Creditors
T: 714 966 1000 / F: 714 966 1002
E: jgolden/kadele/lfisk@lwgfllp.com

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Counsel for Nuance Communications, Inc.
T: 614 464 6400 / F: 614 464 6350
E: tscobb@vorys.com

Steven J. Katzman - #132755
Anne A. Uyeda - #235306
Anthony R Bisconti - #269230
Bienert Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

Counsel for Official Committee of Unsecured Creditors
T: 949 369 3700 / F: 949 369 3701
E: skatzman/auyeda/tbisconti@bmkattorneys.com

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ 07102

Counsel for Official Committee of Unsecured Creditors
T: 973 643 6982 / F: 973 643 6500
E: asherman/bmankovetskiy@sillscummis.com

David W. Meadows - #137052
Law Offices of David W. Meadows
1801 Century Park East, Suite1235
Los Angeles, CA 90067

Counsel for Olympus Corp. of the Americas
T: 310 557 8490 / F: 310 557 8493
E: david@davidwmeadowslaw.com

Wendy A. Loo - #176587
Los Angeles City Attorney's Office
200 North Main Street, Suite 900
Los Angeles, CA 90012

Counsel for People of the State of California
T: 213 978 7750 / F: 213 978 7711
E: wendy.loo@lacity.org

Gary F. Torrell - #110016
David M. Reeder - #133150
Valensi Rose, PLC
1888 Century Park East, Suite 1100
Los Angeles, CA 90067

Counsel for RollinsNelson Grp, LLC, RollinsNelson LTC
  Corp., Bill Nelson & Vicki Rollins
T: 310 277 8011 / F: 310 277 1706
E: gft/dmr@vrmlaw.com

Gary E. Klausner - #069077
Eve H. Karasik - #155356
Kurt E. Ramlo - #166856
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

Counsel for Roxbury Healthcare Services, LLC & Sycamore
  Health Care Services, LLC
T: 310 229 1234 / F: 310 229 1244
E: gek/ehk/kr@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Stephen A. Madoni - #170652<br>Law Office of Stephen A. Madoni<br>3700 Newport Beach Boulevard, Suite 206<br>Newport Beach, CA 92663-3919 | Counsel for Spine Surgical Implants, Inc.<br>T: 949 723 7600 / F: 949 723 7601<br>E: stevemadoni@aol.com |
| Leonard M. Shulman - #126349<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618 | Counsel for Strategic Global Management, Inc.<br>T: 949 340 3400 / F: 949 340 3000<br>E: lshulman@shbllp.com |
| Bruce M. Bunch - #060705<br>Law Offices of Bruce M Bunch APC<br>200 North Westlake Boulevard, Suite 204<br>Westlake Village, CA 91362 | Counsel for Doug Sunstedt<br>T: 818 707 8887 / F: 818 707 8884<br>E: bruce/pam@bunchlawyers.com |
| Rhonda S. Goldstein - #250387<br>Univ. of CA Office of General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200 | Counsel for The Regents of the University of California<br>T: 510 987 9096 / F: 510 987 9757<br>E: rhonda.goldstein/lissa.ly@ucop.edu |
| W. Jeffery Fulton - #089527<br>Law Office of W. Jeffery Fulton<br>1545 Hotel Circle South, Suite 240<br>San Diego, CA 92108-3414 | Counsel for U.S. Bank N.A.<br>T: 619 688 0018 / F: 619 688 0088<br>E: jeff@jefffultonlaw.com |
| Elan S. Levey - #174843<br>Office of the U.S. Attorney<br>Federal Building, Suite 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | Counsel for U.S. Department of Health & Human Services<br>T: 213 894 3997 / F: 213 894 7819<br>E: elan.levey@usdoj.gov |
| Dare Law - #155714<br>Hatty K. Yip - #246487<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Counsel for U.S. Trustee (LA)<br>T: 213 894 4925 / F: 213 894 2603<br>E: dare.law/hatty.yip@usdoj.gov<br>ustpregion16.la.ecf@usdoj.gov |
| Andrew B. Goodman - #267972<br>Khouri Law Firm<br>24012 Calle de la Plata<br>Laguna Hills, CA 92653-7623 | Counsel for Jane Winter<br>T: 949 336 2433 / F: 949 387 0044<br>E: agoodman@khourilaw.com |

**2. SERVED BY UNITED STATES MAIL:** On (*date*) April 25, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA  95814-5005 | California Department of Health Care Services<br>T: 916 464 4430 / F:<br>E: |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*
104562420\V-1                                5

**F 9013-3.1.PROOF.SERVICE**

Employment Development Dept.
722 Capitol Mall
Sacramento, CA  95814-4703

Office of the Employment Development Dept.
T: 866 333 4606 / F:
E:

State of California
Franchise Tax Board
300 South Spring Street, Suite 5704
Los Angeles, CA  90013-1265

Franchise Tax Board
T: 916 845 6500 / F:
E:

Constance Doyle
Constance Doyle, LLC
21509 Anza Avenue
Torrance, CA  90503-6423

Health Care Ombudsman
T: 310 357 1088 / F: 866 651 3390
E:

Internal Revenue Service
600 Arch Street, Suite 1507
Philadelphia, PA  19101-1695

Internal Revenue Service
T: 267 941 6800 / F:
E:

Internal Revenue Service
300 North Los Angeles Street
Los Angeles, CA  90012-3308

Internal Revenue Service
T: 213 576 3009 / F:
E:

Stephen F. Biegenzahn - #060584
Friedman Law Group
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067-4409

Counsel for Kansas State Bank of Manhattan
T: 310 552 8210 / F: 310 733 5442
E: sbiegenzahn@flg-law.com

Nicole Sheth - #227961
Kaufman Borgeest & Ryan, LLP
23975 Park Sorrento, Suite 370
Calabasas, CA  91302-4022

Counsel for Kaufman Borgeest & Ryan, LLP
T: 818 880 0992 / F: 818 880 0993
E: nsheth@kbrlaw.com

Wendi A. Horwitz - #136021
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1256

Office of the Attorney General
T: 213 897 2178 / F:
E: wendi.horwitz@doj.ca.gov

Xavier Becerra
Attorney General of State of California
Office of the Attorney General
1300 I Street, Suite 1142
Sacramento, CA  95814-2963

Office of the Attorney General
T: 916 445 9555 / F:
E:

Consumer Law Section
Attn:  Bankruptcy Notices
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7020

Office of the Attorney General
T: 415 703 5500 / F: 415 703 5480
E:

Rebecca J. Price
Norris McLaughlin & Marcus, P.A.
515 West Hamilton Street, Suite 502
Allentown, PA  18101-1513

Counsel for Olympus Corp. of the Americas
T: 610 391 1800 / F: 610 391 1805
E: rprice@nmmlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Lori L. Purkey<br>Rose E. Bareham<br>Purkey & Associates PLC<br>5050 Cascade Road S.E., Suite A<br>Grand Rapids, MI  49546-3707 | Counsel for Stryker Financial & Stryker Instruments<br>T: 616 940 0553 / F: 616 940 0554<br>E: |
| Beryl Weiner - #047234<br>Selvin & Weiner APC<br>12401 Wilshire Boulevard, 2nd Floor<br>Los Angeles, CA  90025-1089 | Sycamore Healthcare Services LLC<br>T: 310 07 1555 / F: 310 207 3666<br>E: bweiner@swlawyers.com |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA  90012-2551 | U.S. Attorney<br>T: 213 894 2400 / F: 213 894 0141<br>E: |
| U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530-0001 | U.S. Department of Justice<br>T: 202 514 2000 / F: 202 307 6777<br>E: |
| Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, DC  20201-0007 | U.S. Department of Health & Human Services<br>T: 202 690 6610 / F: 202 690 7203<br>E: |
| Angela M. Belgrove<br>Assistant Regional Counsel, Region IX<br>U.S. Department of Health & Human Services<br>90 7th Street, Suite 4-500<br>San Francisco, CA  94103-6705 | U.S. Department of Health & Human Services<br>T: 415 437 8156 / F: 415 437 8188<br>E: |

<u>Requests for Special Notice</u>

| | |
|---|---|
| Marc Ferrel, President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Avenue, S.W.<br>Washington, DC  20032-1131 | T: 202 574 5700<br>E: |
| Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aero Jet Avenue, Suite 323<br>El Monte, CA  91731-2803 | T: 626 569 3724 / F: 626 927 9842<br>E: |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Avenue, NW, Suite 800<br>Washington, DC  20006-4760 | Counsel for Cerner Health Services<br>T: 202 785 9100 / F: 202 785 9163<br>E: |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Boulevard<br>City of Industry, CA  91744-3932 | T: 626 677 6488<br>E: grace@meiguorealty.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**

Young Park
NAEROK Group Int'l Inc.
3850 Wilshire Boulevard, Suite 302
Los Angeles, CA  90010-3234

T: 855 462 3765 / F: 323 596 0600
E: service@naerokgroup.com

Robert L. Patterson
Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA  92262-7104

T: 760 322 2275 / F: 760 322 2107
E: patterson@sbemp.com

Mark Waxman
Gerald Kosai
Verity Health System
2200 West 3rd Street, Suite 200
Los Angeles, CA  90057-1935

T: 310 701 1665
E:

Cherna Moskowitz, President
Pioneer Carson Corp., General Partner
Cerritos Gardens General Hospital Company
21520 South Pioneer Boulevard, Suite 205
Hawaiian Gardens, CA  90716-2601

Amable Aguiliuz, M.D.
21500 South Pioneer Boulevard, Suite 209
Hawaiian Gardens, CA  90716-2605

Aaron L. Durall
Durall Capital Holdings
8411 West Oakland Park Boulevard, Suite 302
Sunrise, FL  33351-7357

Oren Ben Ezra
Suite 1000
1250 East Hallandale Beach Boulevard
Hallandale Beach, FL  33009-4636

James Hamada, M.D.
21500 South Pioneer Boulevard, Suite 208
Hawaiian Gardens, CA  90716-2605

Creditor's Committee

Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH  43017-1091

T: 614 533 3125
E: rob.speeney@cardinalhealth.com

Robert Zadek
Lenders Funding, LLC
55 Second Street, Suite 1700
San Francisco, CA  94105-3493

T: 415 227 3585 / F: 415 227 3527
E: rzadek@buchalter.com

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) April 25, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than the next business day after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

June 2012
104562420\V-1                                    8

**F 9013-3.1.PROOF.SERVICE**

Honorable Ernest M. Robles
U.S. Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA  90012-3542

☒ To the Judge's Dropbox w/ NEF behind
☐ By Next Business Day [Trkg#_____]
☐ By Facsimile to _____
☐ Proposed Order by Email to
_____@cacd.uscourts.gov

Eric Weissman
Mary D. Lane
Wilshire Pacific Capital Advisors LLC
8447 Wilshire Boulevard, Suite 202
Beverly Hills, CA  90211-3207

E: eweissman/marylane@wilshirepacificadvisors.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 25, 2018 | Frederick Kalve | |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**