Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Special Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

-and-

Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Co-Counsel to the
Official Committee of Unsecured Creditors of
Gardens Regional Hospital and Medical Center

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | Chapter 11 |
| | **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2018 THROUGH APRIL 30, 2018** |
| Debtor. | |
| | [No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1

1.     Bienert, Miller & Katzman, PLC (the "<u>Firm</u>") submits its Monthly Fee Application (the "<u>Application</u>") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period April 1, 2018 through April 30, 2018 (the "<u>Application Period</u>") for work performed for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"). In support of the Application, the Firm respectfully represents as follows:

2.     The Firm is special counsel to the Committee. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.     The Firm billed a total of $16,545.27 in fees and expenses during the Application Period. The total fees represent 34.80 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 04/01/18 – 04/30/18 | $16,254.50[1] | $290.77 | $16,545.27 |

4.     Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $13,294.37 at this time. This total is comprised as follows: $13,003.60 (80% of the fees for services rendered) plus $240.03 (100% of the expenses incurred). **To the extent that the combined fees of the Firm and Sills Cummis & Gross P.C. (the collective co-counsel to the Committee) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

//

//

---

[1] As set forth in the Firm's employment application [Doc. 346 (Employment Application)], which has been approved by the Court [Doc. 406 (Order Approving Employment Application)], "the [Firm]'s fees (not including expenses) for each month in this case will be limited to the lesser of (x) the amount of its fees at [its standard hourly rates as set forth in the Employment Application] and (y) the amount of its fees at a blended hourly rate of $500." *See* Doc. 346 at 5:5-13. For this Application, fees calculated at the Firm's applicable rates ($16,254.50) is less than the Firm's fees calculated at the blended rate of $500 ($500 x 34.80 hours = $17,400.00). Accordingly, for purposes of the Application, the Firm is not applying the applicable rate.

5. For the post-petition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 06/06/16 – 08/31/16 | $1,354.26 | 80% of fees ($1,326) + 100% expenses of expenses ($28.26) set forth in application filed September 26, 2016 [Docket No. 418] |
| 09/01/16 – 09/30/16 | $5,295.17 | 80% of fees ($5,160) + 100% expenses of expenses ($135.17) set forth in application filed October 25, 2016 [Docket No. 477] |
| 10/01/16 – 10/31/16 | $13,649.15 | 80% of fees ($13,480) + 100% expenses of expenses ($169.15) set forth in application filed November 22, 2016 [Docket No. 545] |
| 11/01/16 – 11/30/16 | $4,883.91 | 80% of fees ($4,784) + 100% expenses of expenses ($99.91) set forth in application filed December 27, 2016 [Docket No. 589] |
| 12/01/16 – 12/31/16 | $2,838.82 | 80% of fees ($2,704) + 100% expenses of expenses ($134.82) set forth in application filed January 25, 2017 [Docket No. 645] |
| 01/01/17 – 01/31/17 | $4,975.07 | 80% of fees ($4,866) + 100% expenses of expenses ($109.07) set forth in application filed February 27, 2017 [Docket No. 672] |
| 02/01/17 – 02/28/17 | $2,295.73 | 80% of fees ($2,256) + 100% expenses of expenses ($39.73) set forth in application filed March 29, 2017 [Docket No. 699] |
| 03/01/17 – 03/31/17 | $1,050.40 | 80% of fees ($914) + 100% expenses of expenses ($136.40) set forth in application filed April 25, 2017 [Docket No. 750] |
| 04/01/17 – 04/30/17 | $1,832.54 | 13.5% of fees ($1,326) + 100% expenses of expenses ($149.95) set forth in application filed May 25, 2017 [Docket No. 837] |
| 05/01/17 – 05/31/17 | $0.00 | No amounts paid. |
| 06/01/17 – 06/30/17 | $0.00 | No amounts paid. |
| 07/01/17 – 07/31/17 | $0.00 | No amounts paid. |
| 08/01/17 – 08/31/17 | $0.00 | No amounts paid. |
| 09/01/17 – 09/30/17 | $0.00 | No amounts paid. |
| 10/01/17 – 10/31/17 | $0.00 | No amounts paid. |
| 11/01/17 – 11/30/17 | $0.00 | No amounts paid. |
| 12/01/17 – 12/31/17 | $0.00 | No amounts paid. |
| 01/01/18 – 01/31/18 | $0.00 | No amounts paid. |
| 02/01/18 – 02/28/18 | $0.00 | No amounts paid. |
| 03/01/18 – 03/31/18 | $0.00 | No amounts paid. |
| **Total Paid to the Firm to Date** | $38,325.00 | In December 2016, the Firm received $3,300 toward its outstanding fees and expenses previously submitted pursuant to the Court-approved interim fee procedures. In February 2017, the Firm received payment of an additional $5,025.00. In December 2017, the Firm received payment of an additional $30,000.00. As set forth |

3

| | | above, the Firm will apply these payments, totaling $38,325, to the oldest requested amounts first, up to 80% of the requested fees and 100% of the requested expenses, in accordance with the Court-approved interim fee procedures.<br><br>The payment cap and deferral procedure described in the Firm's retention application has not been implicated and does not affect the application of the funds received by the Firm to date because the payment cap space allotted by the retention application (which totals $800,000 for the period from July 2016 through October 2017) has exceeded at all relevant times the total of the collective payments made to the Firm and the two firms that have served as its co-counsel in this case. |
|---|---|---|

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| **Application Period** | **Amount** | **Description** |
|---|---|---|
| 06/06/16 – 08/31/16 | $331.50 | 20% of fees set forth in application filed September 26, 2016 [Doc. 418] |
| 09/01/16 – 09/30/16 | $1,290 | 20% of fees set forth in application filed October 25, 2016 [Doc. 477] |
| 10/01/16 – 10/31/16 | $3,370 | 20% of fees set forth in application filed November 22, 2016 [Doc. 545] |
| 11/01/16 – 11/30/16 | $1,196 | 20% of fees set forth in application filed December 27, 2016 [Doc. 589] |
| 12/01/16 – 12/31/16 | $676 | 20% of fees set forth in application filed January 25, 2017 [Doc. 645] |
| 01/01/17 – 01/31/17 | $1,216.50 | 20% of fees set forth in application filed February 27, 2017 [Doc. 672] |
| 02/01/17 – 02/28/17 | $564 | 20% of fees set forth in application filed March 29, 2017 [Doc. 699] |
| 03/01/17 – 03/31/17 | $228.50 | 20% of fees set forth in application filed April 25, 2017 [Doc. 750] |
| 04/01/17 – 04/30/17 | $11,742.96 | 86.5% of fees set forth in application filed May 25, 2017 [Doc. 837] |
| 05/01/17 – 05/31/17 | $14,658.51 | Fees and expenses set forth in application filed June 26, 2017 [Doc. 872] |
| 06/01/17 – 06/30/17 | $1,535.54 | Fees and expenses set forth in application filed July 25, 2017 [Doc. 910] |
| 07/01/17 – 07/31/17 | $4,787.98 | Fees and expenses set forth in application filed August 29, 2017 [Doc. 945] |
| 08/01/17 – 08/31/17 | $2,533.71 | Fees and expenses set forth in application filed |

BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2018 THROUGH APRIL 30, 2018

4

| | | September 27, 2017 [Doc. 957] |
|---|---|---|
| 09/01/17 – 09/30/17 | $1,138.93 | Fees and expenses set forth in application filed October 26, 2017 [Doc. 979] |
| 10/01/17 – 10/31/17 | $9,318.52 | Fees and expenses set forth in application filed December 4, 2017 [Doc. 1031] |
| 11/01/17 – 11/30/17 | $3,165.00 | Fees and expenses set forth in application filed January 12, 2018 [Doc. 1068] |
| 12/01/17 – 12/31/17 | $12,395.19 | Fees and expenses set forth in application filed January 25, 2018 [Doc. 1081] |
| 01/01/18 – 01/31/18 | $11,970.18 | Fees and expenses set forth in application filed March 6, 2018 [Doc. 1128] |
| 02/01/18 – 02/28/18 | $10,272.88 | Fees and expenses set forth in application filed March 26, 2018 [Doc. 1144] |
| 03/01/18 – 03/31/18 | $12,390.03 | Fees and expenses set forth in application filed April 25, 2018 [Doc. 1169] |
| **Total Owed to the Firm to Date** | $104,781.93 | Total owed takes into account the $38,325 received by the Firm as set forth above. |

7.     Attached as **Exhibit A** to this Application is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached as **Exhibit B** to this Application is the detailed time and expense statements for the Application Period by category. Attached as **Exhibit C** to this Application is the Firm's April 2018 billing statement.

8.     The Firm has served a copy of this Application on the Office of the United States Trustee the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case. The Application was mailed by first class mail, postage prepaid, on or about May 25, 2018. Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about May 25, 2018.

9.     Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor

is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

10. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee* Procedures.

Dated: May 25, 2018                                         BIENERT, MILLER & KATZMAN, PLC

By: _____
     Steven Jay Katzman
     Anthony R. Bisconti
     Co-Counsel to the Official Committee
     of Unsecured Creditors of Gardens Regional
     Hospital and Medical Center

Dated: May 25, 2018                                         SILLS CUMMIS & GROSS P.C.

By:  /s/ Andrew H. Sherman
     Andrew H. Sherman
     Boris I. Mankovetskiy
     Co-Counsel to the Official Committee
     of Unsecured Creditors of Gardens Regional
     Hospital and Medical Center

# EXHIBIT A

BIENERT, MILLER & KATZMAN, PLC'S PROFESSIONALS

| Professional | Title | Rate |
| --- | --- | --- |
| Steven J. Katzman | Partner | $725 |
| Anne Uyeda | Associate | $595 |
| Anthony R. Bisconti | Associate | $450 |
| Carolyn Howland | Paralegal | $200 |
| Garrison Giali | Paralegal | $165 |

# EXHIBIT B

TIME AND EXPENSE STATEMENT

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Asset Analysis | B120 | .5 | $425.00 | |
| Fee/Employment Applications | B160 | 3 | $360.00 | |
| Avoidance Action Analysis | B180 | 4.9 | $1,630.00 | |
| Other Contested Matters | B190 | 18.5 | $9,627.00 | |
| Case Assessment, Development, and Administration | L100 | | | $290.77 |
| Settlement/Non-Binding ADR | L160 | 7.9 | $4,212.50 | |
| **TOTALS** | | **34.8** | **$16,254.50** | **$290.77** |

# EXHIBIT C

# BIENERT, MILLER & KATZMAN, PLC
## ATTORNEYS AT LAW

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

Statement Date: April 30, 2018
Statement No.: 39628

Page: 1

RE:

Account No. 31615.001000

Special Counsel to Cred. Comm.

**ANY PAYMENTS APPLIED AFTER 04/30/2018**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

Previous Balance $112,408.93

### Fees

| Date | Tkpr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/01/2018 | GG | B190 | A103 | Research and draft Status Conference Statement for A. Uyeda review (Gardens-Accountable) | 0.10 | 16.50 |
| | GG | B190 | A103 | Revise and update Status Conference Statement with A. Uyeda revisions (Gardens-Accountable) | 0.20 | 33.00 |
| 04/02/2018 | AU | B190 | A104 | Reviewed and further revised status report (Accountable) | 0.20 | 119.00 |
| | AU | B190 | A107 | Call with Ted Gehring, opposing counsel in Accountable state court action to discuss issues relating to settlement, joint status report to alert court of parties' ongoing settlement discussions | 0.10 | 59.50 |
| | AU | B190 | A103 | Strategized and revised Accountable status report to incorporate revisions based on call with Ted Gehring | 0.40 | 238.00 |
| | TRB | B180 | A200 | Strategize re filing of Moskowitz stipulation | 0.10 | 45.00 |
| | TRB | B180 | A108 | Draft email to opposing counsel re stipulation and review response re same | 0.10 | 45.00 |
| | CH | B180 | A103 | Review and edit Stipulation Continuing Status Conference and Hearing on Motion to Dismiss; finalize and file same; Prepare Notice of Lodgment of Proposed Order on same; finalize and file same | 0.70 | 140.00 |
| | SJK | B190 | A104 | Review and approve Accountable status report | 0.20 | 145.00 |
| 04/03/2018 | AU | B190 | A103 | Reviewed and further revised joint status report in Accountable matter, and sent to T. Gehring for review | 0.30 | 178.50 |
| 04/04/2018 | TRB | B180 | A104 | Review/analyze order approving stipulation extending dates in Moskowitz adversary proceeding | 0.10 | 45.00 |

Case 2:16-bk-17463-ER    Doc 1196    Filed 05/25/18    Entered 05/25/18 14:50:07    Desc
Main Document    Page 13 of 20

Gardens Regional Hospital                                                Statement Date:  04/30/2018
Account No.  31615.001000                                                Statement No. 39628
RE:  Special Counsel to Cred. Comm.                                      Page No.         2

|            |     |      |      |                                                                                                                                                                                                        | Hours |          |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 04/05/2018 | AU  | B190 | A107 | Left VM for Ted Gehring re comments on joint status report in Accountable matter, and drafted email to Gehring re the same                                                                                             | 0.10  | 59.50    |
|            | AU  | B190 | A107 | Call with Ted Gehring re issues relating to status report in Accountable matter                                                                                                                                        | 0.10  | 59.50    |
|            | AU  | B190 | A103 | Revised status report in Accountable matter based on call with Ted Gehring, and strategized re filing of the same                                                                                                      | 0.10  | 59.50    |
|            | AU  | B190 | A107 | Exchanged multiple emails with A. Jinnah and J. Moe re Accountable hearing and status report                                                                                                                           | 0.20  | 119.00   |
|            | AU  | B190 | A101 | Strategized re filing status report in Accountable matter, courtesy copy sent to chambers                                                                                                                              | 0.10  | 59.50    |
|            | TRB | B180 | A200 | Strategize re settlement agreement in Moskowitz matter                                                                                                                                                                 | 0.20  | 90.00    |
|            | TRB | B160 | A104 | Review/analyze notice of fee applications [n/c]                                                                                                                                                                        | 0.20  | n/c      |
|            | TRB | L160 | A200 | Strategize re preparation and filing of objection to assignment of dispute to Judge Zive                                                                                                                               | 0.20  | 90.00    |
|            | SJK | L160 | A101 | Strategy re objection of transfer of matter to Judge Zive and provide analysis of authority supporting same                                                                                                            | 0.30  | 217.50   |
| 04/06/2018 | TRB | B180 | A103 | Review/revise draft settlement agreement resolving Moskowitz adversary proceeding                                                                                                                                      | 0.80  | 360.00   |
| 04/09/2018 | TRB | L160 | A108 | Review email to opposition counsel re settlement agreement                                                                                                                                                             | 0.10  | 45.00    |
|            | TRB | L160 | A107 | Correspondence with co-counsel regarding objection to reassignment                                                                                                                                                     | 0.10  | 45.00    |
|            | TRB | L160 | A103 | Draft/revise objection to reassignment (.5); review revisions from co-counsel (.1); finalize a nd file objection (.3)                                                                                                  | 0.80  | 360.00   |
|            | SJK | L160 | A104 | Review and approve objection to assignment to Judge Zive                                                                                                                                                               | 0.30  | 217.50   |
| 04/10/2018 | TRB | B190 | A103 | Review, revise, and finalize adversary complaint for filing                                                                                                                                                            | 0.50  | 225.00   |
|            | TRB | B190 | A104 | Review/analyze court orders regarding scheduling orders, trial, and related matters                                                                                                                                    | 0.30  | 135.00   |
|            | TRB | B190 | A108 | Correspondence with court clerk re proof of service                                                                                                                                                                    | 0.20  | 90.00    |
|            | TRB | L160 | A107 | Strategize re debtor's proposed revisions to settlement structure                                                                                                                                                      | 0.30  | 135.00   |
|            | TRB | B190 | A102 | Research re service of adversary complaint                                                                                                                                                                             | 0.30  | 135.00   |
|            | CH  | B190 | A103 | Review and edit adversary complaint; draft summons and adversary proceeding cover sheet; finalize and file same                                                                                                        | 1.90  | 380.00   |
|            | SJK | L160 | A104 | Strategy re settlement terms and issues with same; attempts re-negotiate terms                                                                                                                                         | 0.40  | 290.00   |
| 04/11/2018 | AU  | B190 | A104 | Reviewed Accountable court's minute order setting August 2018 status report deadline to report on settlement                                                                                                           | 0.10  | 59.50    |
|            | AU  | B190 | A104 | Preliminary review and analysis of multiple De Lage Landen background documents and pleadings for evaluation and assessment of case strength and weaknesses, recommendation on how to proceed with matter              | 2.10  | 1,249.50 |
|            | AU  | B190 | A102 | Researched Gardens bankruptcy case docket, schedules, and claims register re De Lage Landen parties                                                                                                                    | 0.30  | 178.50   |
|            | AU  | B190 | A108 | Exchanged emails with R. Swadener re status of PMC's surgical equipment and whether Gardens still has it                                                                                                               | 0.20  | 119.00   |
|            | AU  | B190 | A107 | Calls with Andy Jinnah re Spineart status conference issues                                                                                                                                                            | 0.20  | 119.00   |

Gardens Regional Hospital  
Account No.  31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date: 04/30/2018  
Statement No. 39628  
Page No.    3

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---:|---:|
| | AU | B190 | A103 | Strategized and drafted email re status conference report for Spineart matter | 0.10 | 59.50 |
| 04/12/2018 | AU | B190 | A104 | Further review and analysis of multiple De Lage Landen background documents and pleadings for evaluation and assessment of case strength and weaknesses, recommendation on how to proceed with matter | 3.80 | 2,261.00 |
| | AU | B190 | A108 | Drafted emails and call with R. Swadener re receipt/invoice re surgical robotic equipment picked up on 10/1/14, Gardens' payments to De Lage Landen in 2006-2011 | 0.20 | 119.00 |
| | AU | B190 | A101 | Strategize re issues relating to Intuitive's cross-complaint filed against Gardens in De Lage Landen action | 0.10 | 59.50 |
| | AU | B190 | A107 | Left VM for Kathy Stanton and drafted email to K. Stanton re call to discuss issues re De Lage Landen action | 0.10 | 59.50 |
| | AU | B190 | A103 | Drafted Spineart status conference report | 0.20 | 119.00 |
| | TRB | B190 | A108 | Review email from debtor's counsel re preliminary approval of settlement proposal | 0.10 | 45.00 |
| 04/13/2018 | TRB | B180 | A108 | Review email from counsel for Moskowitz re status of settlement review | 0.10 | 45.00 |
| | CH | B190 | A103 | Draft proof of service of summons, complaint, scheduling order and courtroom procedures; finalize and file same | 0.60 | 120.00 |
| 04/16/2018 | AU | B190 | A104 | Further review and analysis of multiple De Lage Landen background documents and pleadings for evaluation and assessment of case strength and weaknesses, recommendation on how to proceed with matter | 2.00 | 1,190.00 |
| | AU | B190 | A107 | Reviewed email from K. Stanton re availability for call today to discuss De Lage Landen, and drafted response to the same | 0.10 | 59.50 |
| | AU | B190 | A107 | Call with Kathy Stanton to discuss multiple issues relating to De Lage Landen litigation, discussions with opposing counsel | 0.90 | 535.50 |
| | TRB | L160 | A104 | Review/analyze order directing random reassignment of settlement/standing motions | 0.10 | 45.00 |
| 04/17/2018 | AU | B190 | A104 | Further review and analysis of multiple De Lage Landen background documents and pleadings for evaluation and assessment of case strength and weaknesses, recommendation on how to proceed with matter | 0.60 | 357.00 |
| | AU | B190 | A103 | Revised draft status conference report in Spineart matter, and drafted emails re the same | 0.20 | 119.00 |
| | AU | B190 | A103 | Drafted email re finalization and service of Spineart status conference report, and provision of chambers copy to court | 0.10 | 59.50 |
| | AU | B190 | A104 | Reviewed order from Spineart court re continued hearing, and drafted emails re the same | 0.20 | 119.00 |
| | AU | B190 | A103 | Revised notice of continued status conference in Spineart matter | 0.10 | 59.50 |
| | TRB | L160 | A104 | Review/analyze order of recusal and reassignment of matters (.1); communications with co-counsel re same (.1) | 0.20 | 90.00 |
| | TRB | L160 | A104 | Review/analyze notice to creditors re order of recusal | 0.10 | 45.00 |
| | SJK | L160 | A104 | Review order of reassignment; correspond with co-counsel re same and impact on settlement | 0.30 | 217.50 |

Gardens Regional Hospital  
Account No.   31615.001000  
RE:  Special Counsel to Cred. Comm.

Statement Date:  04/30/2018  
Statement No. 39628  
Page No.     4

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/18/2018 | TRB | L160 | A107 | Conference calls with Andrew Sherman re recusal of court and status of pending settlement | 0.30 | 135.00 |
| | TRB | B180 | A103 | Begin drafting 9019 motion re Moskowitz adversary proceeding | 1.50 | 675.00 |
| | TRB | B190 | A103 | Strategize re asset search re potential litigation target | 0.20 | 90.00 |
| | TRB | B190 | A103 | Review asset report for potential litigation target | 0.40 | 180.00 |
| | SJK | L160 | A102 | Further strategy and coordination with co-counsel on reassignment of case and impact on settlement negotiations | 0.30 | 217.50 |
| 04/19/2018 | AU | B190 | A107 | Drafted email to A. Jinnah re continuance of Spineart status conference | 0.10 | 59.50 |
| | AU | B190 | A107 | Call with Ralph Loeb to discuss Spineart's response to settlement offer, and R. Lob request for offer in writing | 0.10 | 59.50 |
| | AU | B190 | A107 | Drafted email to Ralph Loeb re terms of offer to settle Spineart matter | 0.10 | 59.50 |
| | TRB | B180 | A104 | Review email from Harvey Friedman re executed Moskowitz agreement | 0.10 | 45.00 |
| | TRB | L160 | A103 | Continue drafting/revisnig 9019 motion and declaration in support (2.5); draft email to co-counsel re same (.1) | 2.60 | 1,170.00 |
| 04/20/2018 | TRB | L160 | A104 | Review/analyze amended notice re reassignment of motions to Judge Bluebond | 0.10 | 45.00 |
| 04/23/2018 | TRB | L160 | A107 | Communications with co-counsel regarding appearance at status conference on re-assigned matters | 0.10 | 45.00 |
| | TRB | L160 | A107 | Review fully executed settlement of Moskowitz adversary proceeding; strategize re filing of settlement motion | 0.20 | 90.00 |
| 04/24/2018 | TRB | B160 | A104 | Review notice regarding fee applications | 0.10 | n/c |
| | TRB | L160 | A104 | Review draft stipulated order regarding settlement/standing motions | 0.20 | 90.00 |
| 04/25/2018 | TRB | L160 | A103 | Revise 9019 motion and declaration re Moskowitz action | 0.30 | 135.00 |
| | TRB | L160 | A107 | Strategize re stipulated order re Weiner claims | 0.20 | 90.00 |
| | TRB | B120 | A108 | Communications and strategy re preference actions | 0.20 | 90.00 |
| | TRB | B160 | A104 | Review/analyze monthly fee app (Dentons) | 0.10 | n/c |
| | TRB | B160 | A103 | Revise Gardens invoice for fee application; review and approve draft fee application; multiple communications with co-counsel re filing of fee applications | 0.80 | n/c |
| | SJK | L160 | A104 | Review and comment to settlement stipulation | 0.30 | 217.50 |
| | SJK | B120 | A108 | Confer with co-counsel re pursuit to preference actions; review and assess issues with Debtor's analysis | 0.40 | 290.00 |
| 04/26/2018 | TRB | L160 | A103 | Finalize 9019 motion for filing (Moskowitz adversary proceeding) | 0.40 | 180.00 |
| | TRB | B120 | A108 | Review approval from Committee re Weiland Golden Goodrich for preference claims | 0.10 | 45.00 |
| | CH | B180 | A104 | Review, edit, finalize and file Motion to approve compromise | 0.70 | 140.00 |
| | CH | B160 | A103 | Draft March fee application (0.8); Edit Sills Cummis' March fee application (0.7); finalize and file same (0.3) | 1.80 | 360.00 |

Gardens Regional Hospital  
Account No. 31615.001000  
RE: Special Counsel to Cred. Comm.

Statement Date: 04/30/2018  
Statement No. 39628  
Page No. 5

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 33.60 | 16,254.50 |
| Total Non-billable Hours | 1.20 |  |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Steven J. Katzman | 2.50 | $725.00 | $1,812.50 |
| Anne Uyeda | 13.50 | 595.00 | 8,032.50 |
| Tony Bisconti | 11.60 | 450.00 | 5,220.00 |
| Garrison Giali | 0.30 | 165.00 | 49.50 |
| Carolyn Howland | 5.70 | 200.00 | 1,140.00 |

### Expenses

| Date | | | Description | Amount |
|---|---|---|---|---|
| 04/09/2018 | L100 | E112 | Court fees from One Legal for filing of Plaintiff's Status Report | 76.25 |
| 04/11/2018 | L100 | E125 | Copying - 46 copies @ 0.15 (Service) | 6.90 |
| 04/11/2018 | L100 | E108 | Postage (Service) | 4.40 |
| 04/11/2018 | L100 | E108 | Postage (Service) | 5.50 |
| 04/12/2018 | L100 | E112 | CourtCall fee for 4/30/18 hearing | 86.00 |
| 04/23/2018 | L100 | E112 | Court fees from One Legal for Notice of Continuance of Status Conference | 76.50 |
| 04/26/2018 | L100 | E107 | Courier fee from GSO for delivery to USBK Court | 15.22 |
| 04/30/2018 | L100 | E106 | Online research - TLO People/Asset search | 20.00 |

Total Expenses    290.77

Total Current Work    16,545.27

Balance Due    $128,954.20

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B120 | Asset Analysis and Recovery | 425.00 | 0.00 |
| B160 | Fee/Employment Applications | 360.00 | 0.00 |
| B180 | Avoidance Action Analysis | 1630.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 9627.00 | 0.00 |
| B100 | Administration | 12,042.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 0.00 | 290.77 |
| L160 | Settlement/Non-Binding ADR | 4212.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 4,212.50 | 290.77 |

# BIENERT, MILLER & KATZMAN, PLC

*903 Calle Amanecer, Suite 350*
*San Clemente, CA  92673*

949-369-3700

Gardens Regional Hospital

**Please include this page with your remittance.**

**ANY PAYMENTS APPLIED AFTER  04/30/2018**
**MAY NOT BE INCLUDED ON THIS STATEMENT**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 31615-001000 Special Counsel to Cred. Comm. | | | | | |
| 112,408.93 | 16,254.50 | 290.77 | 0.00 | 0.00 | $128,954.20 |

www.bmkattorneys.com

---

Please Charge $_____ on the following:

☐ Visa    ☐ MasterCard    ☐ Discover    ☐ American Express

Name on Card: _____

Address on Card: _____

Card Number  Exp. Date (required)

Card Holder Signature    Security Code

Amount Remitted: _____
Check No.: _____
Statement Date:    04/30/2018
Account No.    31615.001000

INTEREST CHARGED ON UNPAID BALANCE AFTER THIRTY DAYS - 1% PER MONTH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled (*specify*): **BIENERT, MILLER & KATZMAN PLC'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2018 THROUGH APRIL 30, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X]  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 25, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X]  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 25, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (via Overnight Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1560
Los Angeles, CA 90012

[ ]  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 25, 2018 | Garrison M. Giali | */s/ Garrison M. Giali* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd)**:

- Anthony Bisconti tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Karl E Block kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com
- Manuel A Boigues bankruptcycourtnotices@unioncounsel.net
- Louis J Cisz lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
- Dawn M Coulson dcoulson@eppscoulson.com, cmadero@eppscoulson.com
- Jerome Bennett Friedman jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flglaw.com; sbiegenzahn@flg-law.com
- W. Jeffery Fulton jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- Barry S Glaser bglaser@swesq.com, erhee@swesq.com
- Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Rhonda S Goldstein rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
- Lawrence J Hilton lhilton@onellp.com, lthomas@onellp.com;info@onellp.com; evescance@onellp.com; crodriguez@onellp.com; rwenzel@onellp.com
- David Jacobs cemail@ebglaw.com, djacobs@ebglaw.com
- Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com
- Eve H Karasik ehk@lnbyb.com
- Steven J. Katzman SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Michael D Kibler Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com
- Gary E Klausner gek@lnbyb.com
- Stuart I Koenig Skoenig@cmkllp.com, knielsen@cmkllp.com
- John P Kreis jkreis@kreislaw.com, j.kreis@ca.rr.com
- Dare Law dare.law@usdoj.gov, ron.maroko@usdoj.gov
- Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Wendy A Loo wendy.loo@lacity.org
- Stephen A Madoni stevemadoni@aol.com, nathally@madonilaw.com
- Howard N Madris hmadris@madrislaw.com
- Samuel R Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com
- Boris I Mankovetskiy bmankovetskiy@sillscummis.com
- Amanda L Marutzky amarutzk@wthf.com, jjensen@watttieder.com
- Ali Matin amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com
- David W. Meadows david@davidwmeadowslaw.com
- John A Moe john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com, jennifer.wall@dentons.com,andy.jinnah@dentons.com
- Benjamin Nachimson ben.nachimson@wgclawyers.com, ben.nachimson@wgclawyers.com
- Steven G Polard stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder dmr@vrmlaw.com, jle@vrmlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- J. Alexandra Rhim arhim@hemar-rousso.com
- Emily P Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose mrose@buchalter.com, mrose@buchalter.com
- Andrew H Sherman asherman@sillscummis.com
- Leonard M Shulman lshulman@shbllp.com
- Gerald N Sims jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
- Tiffany Strelow Cobb tscobb@vorys.com
- Wayne R Terry wterry@hemar-rousso.com
- Gary F Torrell gft@vrmlaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Kenneth K Wang kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov; susan.lincoln@doj.ca.gov;

yesenia.caro@doj.ca.gov

- Johnny White JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Hatty K Yip hatty.yip@usdoj.gov, dare.law@usdoj.gov, melanie.scott@usdoj.gov, queenie.k.ng@usdoj.gov,

ron.maroko@usdoj.gov

- Matthew Zandi asayle@kbrlaw.com

**2) SERVED BY UNITED STATES MAIL (con't):**

| | | |
|---|---|---|
| Beckman Coulter, Inc.<br>Law Firm of Bernstein-Burkley PC<br>707 Grant St Ste 2200, Gulf Tower<br>Pittsburgh, PA 15219 | Bruce M Bunch<br>Law Offices of Bruce Bunch<br>200 N Westlake Blvd, Ste 204<br>Westlake Village, CA 91362 | Dentons US LLP<br>Successor by merger to McKenna Long etc<br>601 South Figueroa St, Ste 2500<br>Los Angeles, CA 90017-5704 |
| Wendi A Horwitz<br>300 S Spring St Ste 1702<br>Los Angeles, CA 90013 | Law Firm of Bernstein-Burkley PC<br>707 Grant St<br>Ste 2200 Gulf Tower<br>Pittsburgh, PA 15219 | Rebecca J Price<br>Norris Mclaughlin & Marcus, P.A.<br>515 West Hamilton St Ste 502<br>Allentown, PA 18101 |
| Lori L Purkey<br>Stryker Instruments, Division of Sryker<br>5050 Cascade Rd SE Ste A<br>Grand Rapids, MI 49546 | Stryker Financial<br>Lori L Purkey of Purkey & Associates<br>3050 Cascade Rd SE Ste A<br>Grand Rapids, MI 49546 | Sycamore Healthcare Services<br>Gary E Klausner<br>Levene Neal Bender<br>10250 Constellation Blvd., Ste 1700<br>Los Angeles, CA 90067 |
| Sycramore Healthcare Services LLC<br>Beryl Weiner of Selvin & Weiner APC<br>12401 Wilshire 2nd Floor<br>Los Angeles, CA 90025-1089 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**