Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

-and-

Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

Co-Counsel to the Official Committee of
Unsecured Creditors of Gardens Regional
Hospital and Medical Center

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>                    Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2018 THROUGH APRIL 30, 2018**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 1, 2018 THROUGH APRIL 30, 2018

1.      Sills Cummis & Gross P.C. (the "Firm") submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period April 1, 2018 – April 30, 2018 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors (the "Committee").  In support of the Application, the Firm respectfully represents as follows:

2.      The Firm is co-counsel to the Committee.  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.      The Firm billed a total of $29,474.09[1] in fees and expenses during the Application Period. The total fees represent 69.3 hours expended during the period covered by this Application at the discounted rates pursuant to the Firm's retention application.  These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 4/1/2018 –4/30/2018 | $29,107.50 | $366.59 | $29,474.09 |

4.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $23,652.59 at this time.  This total is comprised as follows: $23,286 (80% of the fees for services rendered) plus $366.59 (100% of the expenses incurred).  **To the extent that the combined fees of the Firm and Bienert, Miller & Katzman, PLC (the co-counsel to the Committee for the Application Period) exceed the $50,000-per-month cap set forth in the firms' retention applications for the Application Period, the Firm requests payment of its proportional share of the $50,000-per-month fee cap (together with 100% of the Firm's expenses), with payment of the remainder of 80% of the Firm's fees for the Application Period deferred as set forth in its retention application.**

*//*

*//*

*//*

---

[1] This amount only includes fees and expenses for matter 000001 ("Creditors' Committee"), as there were no fees and expenses related to matter 000002 ("Lien Investigation") during the Application Period. The invoice for matter 000001 is attached hereto as Exhibit C.

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 1, 2018 THROUGH APRIL 30, 2018

5.      For the post-petition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016) – 8/31/2016 | $122,808.44 | 80% of fees ($122,112.00) + 100% of expenses ($696.44) set forth in application filed September 26, 2016 [Docket No. 417]. |
| 9/1/2016 – 9/30/2016 | $48,697.51 | 80% of fees ($47,959.36) + 100% of expenses ($738.15) set forth in application filed October 25, 2016 [Docket No. 476]. |
| 10/1/2016 – 10/31/2016 | $49,074.72 | 80% of fees ($45,252.00) + 100% of expenses ($3,822.72) set forth in application filed November 22, 2016 [Docket No. 544]. |
| 11/1/2016 – 11/30/2016 | $77,304.82 | 80% of fees ($76,284.00) + 100% of expenses ($1,020.82) set forth in application filed December 27, 2016 [Docket No. 588]. |
| 12/1/2016 – 12/31/2016 | $36,233.64 | 80% of fees ($36,036.00) + 100% of expenses ($197.64) set forth in application filed January 25, 2017 [Docket No. 644]. |
| 1/1/2017 – 1/31/2017 | $33,017.50 | 80% of fees ($32,940.00) + 100% of expenses ($77.50) set forth in application filed February 27, 2017 [Docket No. 671]. |
| 2/1/2017 – 2/28/2017 | $31,363.37 | 76.9% of fees ($29,784.24) + 100% of expenses ($1,579.13) set forth in application filed March 29, 2017 [Docket No. 700]. |
| 3/1/2017 – 3/31/2017 | $0 | No amounts paid. |
| 4/1/2017 – 4/30/2017 | $0 | No amounts paid. |
| 5/1/2017 – 5/31/2017 | $0 | No amounts paid. |
| 6/1/2017 – 6/30/2017 | $0 | No amounts paid. |
| 7/1/2017 – 7/31/2017 | $0 | No amounts paid. |
| 8/1/2017 – 8/31/2017 | $0 | No amounts paid. |
| 9/1/2017 – 9/30/2017 | $0 | No amounts paid. |
| 10/1/2017 – 10/31/2017 | $0 | No amounts paid. |
| 11/1/2017 – 11/30/2017 | $0 | No amounts paid. |
| 12/1/2017 – 12/31/2017 | $0 | No amounts paid. |
| 1/1/2018 – 1/31/2018 | $0 | No amounts paid. |
| 2/1/2018 – 2/28/2018 | $0 | No amounts paid. |

SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 1, 2018 THROUGH APRIL 30, 2018

| 3/1/2018 – 3/31/2018 | $0 | No amounts paid. |
| **Total Paid to the Firm to Date** | $398,500.00 | In December 2016, the Firm received payment of $38,950.00 toward its outstanding fees and expenses previously submitted pursuant to the Court-approved interim fee procedures.  In February 2017, the Firm received payment of an additional $59,550.00.  In December 2017, the Firm received payment of an additional $300,000.00.  As set forth above, the Firm will apply these payments, totaling, $398,500, to the oldest requested amounts first, up to 80% of the requested fees and 100% of the requested expenses, in accordance with the Court-approved interim fee procedures.<br><br>The payment cap and deferral procedure described in the Firm's retention application has not been implicated and does not affect the application of the funds received by the Firm to date because the payment cap space allotted by the retention application (which totals $850,000 for the period from July 2016 through November 2017) has exceeded at all relevant times the total of the collective payments made to the Firm and the two firms that have served as its co-counsel in this case. |

6.    To date, based upon the foregoing payment and application of funds, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 6/6/2016 (retained as of 7/5/2016) – 8/31/2016 | $30,528.00 | 20% of fees set forth in application filed September 26, 2016 [Docket No. 417]. |
| 9/1/2016 – 9/30/2016 | $11,989.84 | 20% of fees set forth in application filed October 25, |

4

| | | 2016 [Docket No. 476]. |
|---|---|---|
| 10/1/2016 – 10/31/2016 | $11,313.00 | 20% of fees set forth in application filed November 22, 2016 [Docket No. 544]. |
| 11/1/2016 – 11/30/2016 | $19,071.00 | 20% of fees set forth in application filed December 27, 2016 [Docket No. 588]. |
| 12/1/2016 – 12/31/2016 | $9,009.00 | 20% of fees set forth in application filed January 25, 2017 [Docket No. 644]. |
| 1/1/2017 – 1/31/2017 | $8,235.00 | 20% of fees set forth in application filed February 27, 2017 [Docket No. 671]. |
| 2/1/2017 – 2/28/2017 | $8,960.76 | 23.1% of fees set forth in application filed March 29, 2017 [Docket No. 700]. |
| 3/1/2017 – 3/31/2017 | $35,593.77 | Fees and expenses set forth in application filed April 25, 2017 [Docket No. 753]. |
| 4/1/2017 – 4/30/2017 | $66,834.16 | Fees and expenses set forth in application filed May 25, 2017 [Docket No. 838]. |
| 5/1/2017 – 5/31/2017 | $79,597.23 | Fees and expenses set forth in application filed June 26, 2017 [Docket No. 873]. |
| 6/1/2017 – 6/30/2017 | $21,696.90 | Fees and expenses set forth in application filed July 25, 2017 [Docket No. 911]. |
| 7/1/2017 – 7/31/2017 | $28,332.59 | Fees and expenses set forth in application filed August 29, 2017 [Docket No. 946]. |
| 8/1/2017 – 8/31/2017 | $7,125.68 | Fees and expenses set forth in application filed September 27, 2017 [Docket No. 956]. |
| 9/1/2017 – 9/30/2017 | $45,478.17 | Fees and expenses set forth in application filed October 26, 2017 [Docket No. 980]. |
| 10/1/2017 – 10/31/2017 | $80,790.21 | Fees and expenses set forth in application filed December 4, 2017 [Docket No. 1032]. |
| 11/1/2017 – 11/30/2017 | $27,460.77 | Fees and expenses set forth in application filed January 12, 2018 [Docket No. 1067]. |
| 12/1/2017 – 12/31/2017 | $59,530.05 | Fees and expenses set forth in application filed January 25, 2018 [Docket No. 1080]. |

| 1/1/2018 – 1/31/2018 | $51,639.50 | Fees and expenses set forth in application filed February 26, 2018 [Docket No. 1118]. |
| 2/1/2018 – 2/28/2018 | $77,019.02 | Fees and expenses set forth in application filed March 26, 2018 [Docket No. 1145]. |
| 3/1/2018 – 3/31/2018 | $32,615.88 | Fees and expenses set forth in application filed April 25, 2018 [Docket No. 1170]. |
| **Total Owed to the Firm to Date** | $712,820.53 | Total owed takes into account the $398,500.00 received by the Firm, applied as set forth above. |

7.     Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.     Attached as **Exhibit B** hereto are the detailed time and expense statements for the Application Period.  Attached hereto as **Exhibit C** is the Firm's invoice for the Application Period.

8.     The Firm has served a copy of this Application on the Office of the United States Trustee, the above-captioned debtor (the "Debtor"), counsel to the Debtor, and counsel to the Committee appointed in this case.  The Application was mailed by first class mail, postage prepaid, on or about May 25, 2018.  Notice of the filing of this Application was also served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the Notice.  The Notice was mailed by first class mail, postage prepaid, on or about May 25, 2018.

9.     Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered on or about September 20, 2016, the Debtor is authorized to make the payment requested herein without further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of all expenses without further order of the Court.

10.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses

incurred for the totality of the services rendered in this case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will also be credited against such final fees and expenses as may be allowed by this Court.

In light of the forgoing, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures* and prior orders of this Court.

Dated:  May 25, 2018

SILLS CUMMIS & GROSS P.C.

By:   /s/ Andrew H. Sherman
     Andrew H. Sherman
     Boris I. Mankovetskiy
     Co-Counsel to the Official Committee
     of Unsecured Creditors of Gardens Regional
     Hospital and Medical Center

-and-

BIENERT, MILLER & KATZMAN, PLC

By:   /s/ Anthony R. Bisconti
     Steven Jay Katzman
     Anthony R. Bisconti
     Co-Counsel to the Official Committee
     of Unsecured Creditors of Gardens Regional
     Hospital and Medical Center

7

# EXHIBIT A

**SILLS CUMMIS & GROSS P.C.'S PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Andrew H. Sherman | Member | $525.00 |
| George R. Hirsch | Member | $525.00 |
| Boris Mankovetskiy | Member | $475.00 |
| Lucas F. Hammonds | Of Counsel | $350.00 |
| Rachel E. Brennan | Associate | $350.00 |

# EXHIBIT B

## SILLS CUMMIS & GROSS P.C.'S TIME AND EXPENSES[1]

**Fees:**

| Project Category | Task Code | Hours | Fees |
|---|---|---|---|
| Case Administration | 104 | 11.0 | $ 4,940.00 |
| Claims Administration and Objections | 105 | 7.6 | 3,990.00 |
| Fee/Employment Applications | 107 | 1.1 | 385.00 |
| Avoidance Action Litigation | 111 | 6.2 | 3,255.00 |
| Plan and Disclosure Statement | 113 | 43.4 | 16,537.50 |
| **Total at Discounted Rate:** | | **69.3** | **$29,107.50[2]** |
| **Total at Blended Rate of $450/Hour:** | | **69.3** | **$31,185.00** |

**Expenses:**

| Expense Category | Code | Expenses |
|---|---|---|
| Telephone | E105 | $7.16 |
| Online research | E106 | 117.63 |
| Litigation support vendors | E118 | 241.80 |
| **Totals:** | | **$366.59** |

---

[1] The hours, fees, and expenses on this exhibit are only for matter 000001 ("Creditors' Committee"), as there were no fees and expenses related to matter 000002 ("Lien Investigation") during the Application Period.

[2] Applicable rate per retention application.

# EXHIBIT C

# SILLS CUMMIS & GROSS
#### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1721617 |
| Date | 05/21/18 |
| 08650096.000001 | - AHS |

Official Committee of Unsecured Creditors
Gardens Regional Hospital & Medical Center, Inc.
c/o Lenders Funding, LLC
Attn: Mr. Robert Zadek, Committee Chairman
1001 Bridgeway, #721
Sausalito, CA 94965

FEI # 22-1920331

Re:    Creditor's Committee

For legal services rendered through April 30, 2018.

**HOURS**

### 104 - CASE ADMINISTRATION

| 04/02/18 | BM | 104 | Attend to issues regarding potential resolution of Committee's objections to Weiner settlement. | 0.80 |
|---|---|---|---|---|
| 04/04/18 | BM | 104 | Attend to issues regarding potential resolution of objections to Weiner settlement. | 0.90 |
| 04/05/18 | BM | 104 | Attend to potential settlement with Weiner parties. | 0.70 |
| 04/09/18 | AHS | 104 | Revisions to objection to recusal order and emails re: same. | 0.80 |
| 04/09/18 | BM | 104 | Attend to proposed resolution of Committee's objections to Weiner settlement. | 0.80 |
| 04/12/18 | BM | 104 | Attend to proposed term sheet regarding potential resolution of Committee's objections to Weiner settlement. | 0.70 |
| 04/13/18 | REB | 104 | Draft stipulated order re: committee and debtor settlement. | 2.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1721617 |
| Date | | 05/21/18 |
| 08650096.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| 04/19/18 | BM | 104 | Attend to issues regarding potential resolution of Committee's objections to Weiner Settlement. | 0.70 |
| 04/25/18 | BM | 104 | Attend to issues regarding potential resolution of Committee's objection to Weiner settlement. | 1.30 |
| 04/26/18 | BM | 104 | Appear at status conference with Court regarding Weiner settlement issues. | 0.40 |
| | | 104 | Attend to proposed stipulation regarding Weiner settlement. | 0.70 |
| 04/30/18 | BM | 104 | Attend to stipulation resolving objections to Weiner settlement. | 0.60 |

| | | | |
|---|---|---|---|
| **TASK TOTAL 104** | | **11.00** | **4,940.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | |
|---|---|---|---|---|
| 04/02/18 | AHS | 105 | Draft review, revise and circulate term sheet for possible settlement with Weiner parties. | 1.10 |
| 04/06/18 | AHS | 105 | Follow up with counsel for Debtor re: responses to settlement proposal. | 0.20 |
| 04/09/18 | AHS | 105 | Address issues regarding possible settlement with Debtor and Weiner parties and review and revise term sheet re: same. | 1.10 |
| 04/11/18 | AHS | 105 | Address issues regarding comments to term sheet and calls to counsel to Debtor to address possible settlement issues. | 1.10 |
| 04/12/18 | AHS | 105 | Review and revise term sheet re: Weiner issues and emails re: same to counsel for the Debtor. | 0.80 |
| 04/17/18 | AHS | 105 | Send draft form of stipulation and order to Committee for review and comment and analysis re: same. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1721617 |
| Date | 05/21/18 |
| 08650096.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | | 105 | Review and revise draft form of stipulation and order addressing potential settlement. | 0.80 | |
| 04/18/18 | AHS | 105 | Calls and emails with Committee members re: potential Weiner settlement. | 0.60 | |
| 04/24/18 | AHS | 105 | Calls and emails with counsel for Weiner parties and counsel for Debtor re: status conference and draft stipulated order to address Committee's objections. | 0.80 | |
| 04/26/18 | AHS | 105 | Address issues re: Weiner settlement and Court status conference. | 0.40 | |
| 04/30/18 | AHS | 105 | Address plan issues and finalizing Weiner stipulation and circulate to committee for approval. | 0.40 | |
| | | **TASK TOTAL 105** | | **7.60** | **3,990.00** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/19/18 | REB | 107 | Draft Gardens fee application. | 1.10 | |
| | | **TASK TOTAL 107** | | **1.10** | **385.00** |

## 111 - AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 04/02/18 | GH | 111 | Draft settlement for Moskowitz adversary. | 0.90 | |
| | | 111 | Revise settlement agreement. | 0.60 | |
| 04/04/18 | GH | 111 | Revise draft Moskowitz Settlement Agreement. | 0.60 | |
| 04/05/18 | AHS | 111 | Review and revise Moskowitz settlement agreement. | 0.30 | |
| 04/05/18 | GH | 111 | Work on Moskowitz settlement agreement. | 0.40 | |
| | | 111 | E-Mail to Debtor regarding S. Cross issue. | 0.10 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1721617 |
| Date | 05/21/18 |
| 08650096.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 111 | E-Mail to local counsel regarding draft settlement agreement. | 0.10 |
| 04/06/18 | GH | 111 | Review agreement. | 0.30 |
| 04/09/18 | GH | 111 | E-Mails to counsel to Moskowitz regarding settlement. | 0.10 |
| | | 111 | Revise Blue Cross Blue Shield Complaint. | 0.30 |
| 04/10/18 | GH | 111 | Revise Blue Cross Blue Shield Complaint. | 0.10 |
| | | 111 | E-Mail to T. Bisconti regarding Blue Cross Blue Shield Complaint. | 0.10 |
| 04/13/18 | GH | 111 | E-Mails to Moskowitz Foundation counsel regarding settlement status. | 0.10 |
| 04/18/18 | GH | 111 | E-Mails regarding settlement with Moskowitz. | 0.20 |
| | | 111 | Finalize settlement agreement. | 0.30 |
| 04/19/18 | GH | 111 | Review e-mails regarding settlement agreement. | 0.20 |
| | | 111 | E-Mail regarding settlement agreement. | 0.20 |
| 04/24/18 | GH | 111 | Review 9019 Motion and Declaration regarding Moskowitz. | 0.40 |
| | | 111 | E-Mail to local counsel regarding comments to Motion and Declaration. | 0.20 |
| 04/26/18 | AHS | 111 | Address potential preference claim issues, contingency fee firm and email to Committee re: same. | 0.70 |

|  | TASK TOTAL 111 | 6.20 | 3,255.00 |
|---|---|---|---|

## 113 - PLAN AND DISCLOSURE STATEMENT

| | | | | |
|---|---|---|---|---|
| 04/12/18 | BM | 113 | Analysis regarding joint plan of liquidation. | 0.90 |
| 04/13/18 | LFH | 113 | Analyze plan and case resolution issues. | 1.20 |
| 04/16/18 | LFH | 113 | Analyze plan structure issues. | 0.90 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 5 |
| Inv# | | 1721617 |
| Date | | 05/21/18 |
| 08650096.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 04/20/18 | BM | 113 | Analysis of issues regarding plan of liquidation. | 1.80 | |
| 04/23/18 | REB | 113 | Meet with B. Mankovetskiy re: drafting plan and disclosure statement. | 0.50 | |
| | | 113 | Research re: plan and disclosure statement issues. | 1.30 | |
| 04/24/18 | BM | 113 | Analysis regarding plan of liquidation issues. | 1.70 | |
| 04/24/18 | REB | 113 | Research re: plan and disclosure statement issues. | 5.30 | |
| 04/25/18 | BM | 113 | Attend to issues regarding plan of liquidation. | 1.20 | |
| 04/25/18 | REB | 113 | Review claims and docket re: plan research. | 4.60 | |
| 04/26/18 | BM | 113 | Attend to plan issues. | 1.20 | |
| 04/26/18 | REB | 113 | Draft plan and disclosure statement. | 5.10 | |
| 04/27/18 | AHS | 113 | Address plan and classification issues. | 0.70 | |
| 04/27/18 | BM | 113 | Attend to issues regarding plan of liquidation. | 1.80 | |
| 04/27/18 | REB | 113 | Draft disclosure statement and plan and research re: related issues. | 4.60 | |
| 04/29/18 | REB | 113 | Draft plan and disclosure statement. | 1.40 | |
| 04/30/18 | BM | 113 | Attend to plan of liquidation. | 1.20 | |
| 04/30/18 | LFH | 113 | Analyze plan and confirmation issues. | 0.60 | |
| 04/30/18 | REB | 113 | Draft Plan and Disclosure Statement. | 7.40 | |
| | | **TASK TOTAL 113** | | **43.40** | **16,537.50** |
| | | **TOTAL FEES** | | **69.30** | **$29,107.50** |
| | | **TOTAL FEES at Blended Rate of $450** | | **69.30** | **$31,185.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1721617 |
| Date | 05/21/18 |
| 08650096.000001 | - AHS |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 104 | Case Administration | | 11.00 | 4,940.00 |
| 105 | Claims Administration and Objections | | 7.60 | 3,990.00 |
| 107 | Fee/Employment Applications | | 1.10 | 385.00 |
| 111 | Avoidance Action Litigation | | 6.20 | 3,255.00 |
| 113 | Plan and Disclosure Statement | | 43.40 | 16,537.50 |
| | **TOTAL FEES** | | **69.30** | **$29,107.50** |
| | **TOTAL FEES at Blended Rate of $450** | | **69.30** | **$31,185.00** |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | $525.00 | 10.10 | 5,302.50 |
| GH | George R. Hirsch | $525.00 | 5.20 | 2,730.00 |
| BM | Boris Mankovetskiy | $475.00 | 17.40 | 8,265.00 |
| LFH | Lucas F. Hammonds | $350.00 | 2.70 | 945.00 |
| REB | Rachel E. Brennan | $350.00 | 33.90 | 11,865.00 |
| | **TOTAL FEES** | | **69.30** | **$29,107.50** |
| | **TOTAL FEES at Blended Rate of $450** | | **69.30** | **$31,185.00** |

## DISBURSEMENT DETAIL

E105

| | | | |
|---|---|---|---|
| 02/13/18 | E105 | Telephone | 2.13 |
| 02/13/18 | E105 | Telephone | 3.58 |
| 02/22/18 | E105 | Telephone | 1.45 |

E106

| | | | |
|---|---|---|---|
| 03/06/18 | E106 | Online research | 1.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1721617 |
| Date | 05/21/18 |
| 08650096.000001 | - AHS |

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/06/18 | E106 | Online research | 0.10 |
| 03/06/18 | E106 | Online research | 1.20 |
| 03/06/18 | E106 | Online research | 0.20 |
| 03/06/18 | E106 | Online research | 0.10 |
| 03/07/18 | E106 | Online research | 1.30 |
| 03/07/18 | E106 | Online research | 0.10 |
| 03/07/18 | E106 | Online research | 0.40 |
| 03/07/18 | E106 | Online research | 0.80 |
| 03/07/18 | E106 | Online research | 0.10 |
| 04/23/18 | E106 | Online research | 0.71 |
| 04/23/18 | E106 | Online research | 13.94 |
| 04/24/18 | E106 | Online research | 4.60 |
| 04/24/18 | E106 | Online research | 8.40 |
| 04/24/18 | E106 | Online research | 62.83 |
| 04/26/18 | E106 | Online research | 0.18 |
| 04/27/18 | E106 | Online research | 0.53 |
| 04/27/18 | E106 | Online research | 20.94 |
| E118 | | | |
| 04/22/18 | E118 | Litigation support vendors | 241.80 |
| | | **TOTAL DISBURSEMENTS** | **$366.59** |

## DISBURSEMENT RECAP

| Code | Description | Units | Total |
|---|---|---|---|
| E105 | Telephone | 3.00 | 7.16 |
| E106 | Online research | 63.00 | 117.63 |
| E118 | Litigation support vendors | 1.00 | 241.80 |
| | **TOTAL DISBURSEMENTS** | | **$366.59** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1721617 |
| Date | 05/21/18 |
| 08650096.000001 | - AHS |

**TOTAL THIS INVOICE**                                     **$29,474.09\***

*Total includes fees at ***Discounted Rate*** *for 000001 and 000002*.  Per Retention Application, lesser of combined fees at *Discounted Rates* for matters 000001 and 00002 (**$29,107.50**) and combined fees at *Blended Rate* of $450 (**$31,185.00**) applies.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled (*specify*): **SILLS CUMMIS & GROSS P.C.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2018 THROUGH APRIL 30, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X]  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On May 25, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X]  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 25, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (via Overnight Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1560
Los Angeles, CA 90012

[ ]  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 25, 2018 | Garrison M. Giali | /s/ Garrison M. Giali |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd)**:

• Anthony Bisconti tbisconti@bmkattorneys.com, admin@bmkattorneys.com

• Karl E Block kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com

• Manuel A Boigues bankruptcycourtnotices@unioncounsel.net

• Louis J Cisz lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

• Dawn M Coulson dcoulson@eppscoulson.com, cmadero@eppscoulson.com

• Jerome Bennett Friedman jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flglaw.com;
  sbiegenzahn@flg-law.com

• W. Jeffery Fulton jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com

• Barry S Glaser bglaser@swesq.com, erhee@swesq.com

• Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

• Rhonda S Goldstein rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu

• Lawrence J Hilton lhilton@onellp.com, lthomas@onellp.com;info@onellp.com; evescance@onellp.com;
  crodriguez@onellp.com; rwenzel@onellp.com

• David Jacobs cemail@ebglaw.com, djacobs@ebglaw.com

• Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com

• Eve H Karasik ehk@lnbyb.com

• Steven J. Katzman SKatzman@bmkattorneys.com, admin@bmkattorneys.com

• Michael D Kibler Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com

• Gary E Klausner gek@lnbyb.com

• Stuart I Koenig Skoenig@cmkllp.com, knielsen@cmkllp.com

• John P Kreis jkreis@kreislaw.com, j.kreis@ca.rr.com

• Dare Law dare.law@usdoj.gov, ron.maroko@usdoj.gov

• Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov

• Wendy A Loo wendy.loo@lacity.org

• Stephen A Madoni stevemadoni@aol.com, nathally@madonilaw.com

• Howard N Madris hmadris@madrislaw.com

• Samuel R Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com

• Boris I Mankovetskiy bmankovetskiy@sillscummis.com

• Amanda L Marutzky amarutzk@wthf.com, jjensen@watttieder.com

• Ali Matin amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com

• David W. Meadows david@davidwmeadowslaw.com

• John A Moe john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com,
  jennifer.wall@dentons.com,andy.jinnah@dentons.com

• Benjamin Nachimson ben.nachimson@wgclawyers.com, ben.nachimson@wgclawyers.com

• Steven G Polard stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com

• Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.com

• David M Reeder dmr@vrmlaw.com, jle@vrmlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

- J. Alexandra Rhim arhim@hemar-rousso.com

- Emily P Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

- Mary H Rose mrose@buchalter.com, mrose@buchalter.com

- Andrew H Sherman asherman@sillscummis.com

- Leonard M Shulman lshulman@shbllp.com

- Gerald N Sims jerrys@psdslaw.com, bonniec@psdslaw.com

- Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com

- Tiffany Strelow Cobb tscobb@vorys.com

- Wayne R Terry wterry@hemar-rousso.com

- Gary F Torrell gft@vrmlaw.com

- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

- Kenneth K Wang kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov; susan.lincoln@doj.ca.gov; yesenia.caro@doj.ca.gov

- Johnny White JWhite@wrslawyers.com, aparisi@wrslawyers.com

- Hatty K Yip hatty.yip@usdoj.gov, dare.law@usdoj.gov, melanie.scott@usdoj.gov, queenie.k.ng@usdoj.gov, ron.maroko@usdoj.gov

- Matthew Zandi asayle@kbrlaw.com


**2) SERVED BY UNITED STATES MAIL (con't):**

| | | |
|---|---|---|
| Beckman Coulter, Inc.<br>Law Firm of Bernstein-Burkley PC<br>707 Grant St Ste 2200, Gulf Tower<br>Pittsburgh, PA 15219 | Bruce M Bunch<br>Law Offices of Bruce Bunch<br>200 N Westlake Blvd, Ste 204<br>Westlake Village, CA 91362 | Dentons US LLP<br>Successor by merger to McKenna<br>Long etc<br>601 South Figueroa St, Ste 2500<br>Los Angeles, CA 90017-5704 |
| Wendi A Horwitz<br>300 S Spring St Ste 1702<br>Los Angeles, CA 90013 | Law Firm of Bernstein-Burkley PC<br>707 Grant St<br>Ste 2200 Gulf Tower<br>Pittsburgh, PA 15219 | Rebecca J Price<br>Norris Mclaughlin & Marcus, P.A.<br>515 West Hamilton St Ste 502<br>Allentown, PA 18101 |
| Lori L Purkey<br>Stryker Instruments, Division of Sryker<br>5050 Cascade Rd SE Ste A<br>Grand Rapids, MI 49546 | Stryker Financial<br>Lori L Purkey of Purkey & Associates<br>3050 Cascade Rd SE Ste A<br>Grand Rapids, MI 49546 | Sycamore Healthcare Services<br>Gary E Klausner<br>Levene Neal Bender<br>10250 Constellation Blvd., Ste 1700<br>Los Angeles, CA 90067 |
| Sycamore Healthcare Services LLC<br>Beryl Weiner of Selvin & Weiner APC<br>12401 Wilshire 2nd Floor<br>Los Angeles, CA 90025-1089 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**