SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:     (213) 623-9300
Facsimile:     (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1]<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**DENTONS US LLP'S TWENTY-FIRST MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 2018**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

     1.      Dentons US LLP (the "Firm") submits its Twenty-First Monthly Fee Application (the

"Application") for Allowance and Payment of Interim Compensation and Reimbursement of

Expenses for the Period of April 2018 (the "Application Period") for work performed for Gardens

Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully

represents as follows.

     2.      The Firm is counsel of record  to Gardens Regional Hospital and Medical Center, Inc.,

dba Gardens Regional Hospital and Medical Center.  The Firm hereby applies to the Court for

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307.
The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  allowance and payment of interim compensation for services rendered and reimbursement of

2  expenses incurred during the Application Period.

3      3.     The Firm billed a total of **$39,607.95** in fees and expenses during the Application

4  Period.  The total fees represent **93.1** hours expended during the period covered by this Application.

5  These fees and expenses break down as:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 2018 | $38,750.00 | $857.95 | $39,607.95 |

8      4.     Accordingly, the Firm seeks allowance of interim compensation in the amount of a

9  total of **$31,857.95** at this time.  This total is comprised of **$31,000.00** (80% of the fees for services

10  rendered) plus **$857.95** (100% of the expenses incurred).

11      5.     As of August 9, 2017, the Firm has been paid $50,000.00 out of the prepetition

12  retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00, and in February

13  2017 the Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00 for a total

14  of $1,425,000.00.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $  627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $  168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $  206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $  215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $  145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $    61,671.13 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ -0- | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ -0- | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ -0- | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ -0- | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ -0- | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ -0- | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $ -0- | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$1,425,000.00** | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6.    To date, the Firm has incurred the following in fees (80%) and costs (100%):

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $  627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $  168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $  206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $  215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $  145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $  162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $  74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $  103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $  73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $  139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $  85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $  92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $  54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $  54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $  94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $  75,013.85 | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $  81,541.65 | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $  112,603.84 | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $  107,002.92 | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $  60,120.20 | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $  31,857.95 | 80% of fees and 100% of expenses |
| **Subtotal of fees/costs** | **$2,767,180.40** | 80% of fees and 100% of expenses |
| **Debtor's payments to the Firm** | **($1,425,000.00)** | |
| **Total Owed to the Firm to Date** | **$1,342,180.40** | 80% of fees and 100% of expenses |

7.    The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257]. The Debtor was authorized to pay, and paid Dentons $375,000.00.

8.    The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens. The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court. The Debtor has placed in a segregated account[2] the amounts necessary to pay in full the remaining Secured Creditors. After payment of the DIP lender, payment of secured creditors and reserving funds for additional secured creditors, the Debtor holds funds in excess of that necessary to pay the remaining secured creditors,

---

[2] The Debtor, the Creditors Committee and the remaining secured creditors have reached an agreement that resolves those claims which will release the funds in the segregated account to the Estate.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1   and therefore, the Debtor, as set forth in paragraph 5 above, paid in December 2017, a portion of the

2   professional fees in accordance with the Professionals' Monthly Fee Applications.

3         9.     Attached hereto as **Exhibit "A"** is the name of each professional who performed

4   services in connection with this case during the period covered by this Application and the hourly rate

5   for each such professional.  Attached hereto as **Exhibit "B"** are the detailed time and expense

6   statements for the Application Period.  Attached hereto as **Exhibit "C"** are Dentons' April 2018

7   billing statements.

8         10.    The Firm has served a copy of this Application on the Office of the United States

9   Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and

10   counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case.

11   The Application was served by either ECF of by first class mail, postage prepaid, on or about

12   November 9, 2017.

13         11.    Notice of the filing of this Application will be served on the foregoing parties as well

14   as any party who has requested special notice in this chapter 11 case.

15         12.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered

16   on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment

17   requested herein without a further hearing or order of this Court unless an objection to this

18   Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days

19   after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is

20   authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further

21   order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in

22   the Application and 100% of the uncontested expenses without further order of the Court.

23         13.    The interim compensation and reimbursement of expenses sought in this Application

24   is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the

25   expenses incurred for the totality of the services rendered in this case.  Any interim fees or

26   reimbursement of expenses approved by this Court and received by the Firm (along with any retainer)

27   will be credited against such final fees and expenses as may be allowed by this Court.

28   ///

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm

2    as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

3    *Fee Procedures*.

4

5    Dated:  May 24, 2018                                        DENTONS US LLP
                                                                 SAMUEL R. MAIZEL
6                                                                JOHN A. MOE, II

7
                                                                 BY:_____/s/*John A. Moe, II*_____
8                                                                        JOHN A. MOE, II

9                                                                ATTORNEYS FOR DEBTOR,
                                                                 GARDENS REGIONAL HOSPITAL AND
10                                                               MEDICAL CENTER, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5

# EXHIBIT A

# DENTONS' PROFESSIONALS

**EXHIBIT A**

**DENTONS' PROFESSIONALS**

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| hn A. Moe II | Partner | $595.00 |
| T. Moyron | Counsel | $550.00 |
| Ahmed R. Jinnah | Associate | $395.00 |
| Kathryn M. Howard | Paralegal | $265.00 |
| A. Goodman | Associate | $250.00 |

## EXHIBIT B

## TIME AND EXPENSE STATEMENT

## EXHIBIT B

### TIME AND EXPENSE STATEMENTS

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Administration | 000003 | 6.8 | $1,956.00 | $ 1.30 |
| Asset Analysis and Recovery | 000004 | .5 | $275.00 | $ -0- |
| Avoidance Action Analysis | 000007 | 3.3 | $2,117.50 | $ -0- |
| Business Operations | 000008 | 2.7 | $1,683.50 | $ -0- |
| Claims Administration and Objections | 000009 | 17.0 | $4,576.50 | $ -0- |
| Employment and Fee Applications | 000012 | 10.7 | $2,940.00 | $25.60 |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 9.7 | $5,523.00 | $230.55 |
| Meetings and Communication with Creditors | 000016 | .1 | $65.00 | $ -0- |
| Plan & Disclosure Statement | 000018 | 3.1 | $1,927.00 | $ -0- |
| Reporting | 000021 | 3.1 | $821.50 | $ -0- |
| Appellate Proceedings | 000024 | 2.9 | $1,115.00 | $598.80 |
| Weiner Parties Related Litigation | 000025 | 33.2 | $15,750.00 | $ 1.70 |
| **TOTAL** | | **93.1** | **$38,750.00** | **$857.95** |

# EXHIBIT C

# DENTONS' BILLING STATEMENTS

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008587**

Client/Matter: 15257497-000003

Administration

Payment Due Upon Receipt

---

Total This Invoice                                    $        1,957.30

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008587**

Client/Matter: 15257497-000003

Administration

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/06/18 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Critical Dates Memorandum. |
| 04/10/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Critical Dates Memorandum regarding the appeal. |
| 04/13/18 | K.M. Howard | 0.40 | 106.00 | Reviewed Critical Dates Memorandum and cross-referenced to second Scheduling Order received from the Ninth Circuit. |
| 04/18/18 | K.M. Howard | 4.40 | 1,166.00 | Researched and located new addresses for voluminous creditors in conjunction with service of Court Recusal Order and drafted corrected chart of creditor addresses for the Court. |
| 04/19/18 | K.M. Howard | 0.20 | 53.00 | Reviewed Critical Dates Memorandum to determine upcoming hearing dates and deadlines. |
| 04/25/18 | K.M. Howard | 0.70 | 185.50 | Reviewed and revised Critical Dates Memorandum to reflect newly set hearing and deadlines and cross-referenced to the Court's docket. |
| 04/27/18 | S. Maizel | 0.40 | 260.00 | Telephone conference with Elan Levey, USAO, re status of the case. |
| 04/30/18 | K.M. Howard | 0.20 | 53.00 | Reviewed docket to determine upcoming events, and cross-referenced to Critical Dates Memorandum. |

| Total Hours | | 6.80 | | |

Fee Amount                                                                  $1,956.00

Administration

May 8, 2018

Matter: 15257497-000003
Invoice No.: 2008587

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | | 1.30 |
| | | | SUBTOTAL | 1.30 |
| | Total Disbursements | | | $1.30 |
| | Fee Total | $ | 1,956.00 | |
| | Disbursement Total | $ | 1.30 | |
| | Invoice Total | $ | 1,957.30 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000003

Administration

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853806 | 16,047.76 | (3,200.76) | 12,847.00 |
| 02/22/17 | 1865380 | 18,194.56 | (719.56) | 17,475.00 |
| 03/10/17 | 1870857 | 16,992.16 | (2,415.66) | 14,576.50 |
| 04/19/17 | 1883594 | 13,483.40 | (2,546.90) | 10,936.50 |
| 05/24/17 | 1895394 | 2,879.40 | (61.40) | 2,818.00 |
| 06/12/17 | 1900377 | 9,668.50 | (1,424.00) | 8,244.50 |
| 07/11/17 | 1907884 | 12,561.60 | (1,566.60) | 10,995.00 |
| 08/14/17 | 1920731 | 6,956.35 | (117.35) | 6,839.00 |
| 09/14/17 | 1930404 | 4,758.50 | (1,389.00) | 3,369.50 |
| 10/17/17 | 1942300 | 860.00 | (38.50) | 821.50 |
| 11/13/17 | 1951532 | 1,378.50 | 0.00 | 1,378.50 |
| 12/12/17 | 1963211 | 2,404.00 | 0.00 | 2,404.00 |
| 01/24/18 | 1974760 | 2,854.60 | 0.00 | 2,854.60 |
| 02/28/18 | 1982222 | 758.70 | 0.00 | 758.70 |
| 03/20/18 | 1992982 | 1,391.19 | 0.00 | 1,391.19 |
| 05/08/18 | 2008587 | 1,957.30 | 0.00 | 1,957.30 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000003

Administration

---

Total Outstanding Invoices                    $99,666.79

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008588**

Client/Matter: 15257497-000004

Asset Analysis and Recovery

Payment Due Upon Receipt

Total This Invoice

$          275.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008588**

Client/Matter:   15257497-000004

Asset Analysis and Recovery

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/25/18 | T. Moyron | 0.50 | 275.00 | Conference with S. Maizel regarding preferences complaints and list of preference payments (.2); analyze list of checks and highlighted preference payments (.1); analyze S. Maizel and A. Sherman emails regarding same (.2). |

| | | | |
|---|---|---|---|
| Total Hours | | 0.50 | |
| Fee Amount | | | $275.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Moyron | $550.00 | 0.50 | $275.00 |
| Totals | | 0.50 | $275.00 |

| | | |
|---|---|---|
| Fee Total | $ | 275.00 |
| Invoice Total | $ | 275.00 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000004

Asset Analysis and Recovery

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 02/22/17 | 1865381 | 130.00 | 0.00 | 130.00 |
| 03/10/17 | 1870884 | 1,224.00 | 0.00 | 1,224.00 |
| 04/19/17 | 1883603 | 325.00 | 0.00 | 325.00 |
| 06/12/17 | 1900378 | 130.00 | 0.00 | 130.00 |
| 07/11/17 | 1907886 | 1,097.00 | (1,032.00) | 65.00 |
| 08/14/17 | 1920732 | 65.00 | 0.00 | 65.00 |
| 09/14/17 | 1930405 | 416.50 | 0.00 | 416.50 |
| 10/17/17 | 1942305 | 249.00 | 0.00 | 249.00 |
| 11/13/17 | 1951535 | 534.50 | 0.00 | 534.50 |
| 05/08/18 | 2008588 | 275.00 | 0.00 | 275.00 |

Total Outstanding Invoices                    $3,414.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008589**

Client/Matter: 15257497-000007

Avoidance Action Analysis

Payment Due Upon Receipt

---

Total This Invoice                                           $        2,117.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008589**

Client/Matter:  15257497-000007

Avoidance Action Analysis

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/24/18 | S. Maizel | 0.50 | 325.00 | Review list of payments within 90 days of filing re potential preference actions. |
| 04/25/18 | S. Maizel | 0.80 | 520.00 | Review list of possible preference payments with A. Sherman re avoidance actions on preferences (.4). |
| 04/26/18 | S. Maizel | 0.20 | 130.00 | Telephone conference with G. Marsh re preferences. |
| 04/26/18 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re preference analysis. |
| 04/30/18 | J.A. Moe, II | 0.30 | 178.50 | Conference call with Jeff Golden and Stan Otake on analyzing and proceeding with recovery of preferences. |
| 04/30/18 | J.A. Moe, II | 0.20 | 119.00 | Additional telephone call from Stan Otake on analyzing potential preferences and the three defenses to preferences, the Nuance Analysis and List of Administrative Claims. |
| 04/30/18 | S. Maizel | 1.00 | 650.00 | Telephone conference with S. Otake, J. Golden, J. Moe re preferences (.4); email to Otake re same (.6). |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 3.30 | | |
| Fee Amount | | | | $2,117.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 2.80 | $1,820.00 |
| J.A. Moe, II | $595.00 | 0.50 | $297.50 |
| Totals | | 3.30 | $2,117.50 |

2

Avoidance Action Analysis

May 8, 2018

Matter: 15257497-000007
Invoice No.: 2008589

| | | |
|---|---|---|
| Fee Total | $ | 2,117.50 |
| Invoice Total | $ | 2,117.50 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000007

Avoidance Action Analysis

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 04/13/18 | 2001435 | 1,311.00 | 0.00 | 1,311.00 |
| 05/08/18 | 2008589 | 2,117.50 | 0.00 | 2,117.50 |
| | | Total Outstanding Invoices | | $3,428.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008590**

Client/Matter: 15257497-000008

Business Operations

Payment Due Upon Receipt

---

Total This Invoice                                                    $            1,683.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008590**

Client/Matter:  15257497-000008

Business Operations

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/03/18 | J.A. Moe, II | 0.20 | 119.00 | [Insurance] Review  and consider response (including commencing work on a response) to Brian  Walton's E-Mail on insurance coverage issues. |
| 04/04/18 | J.A. Moe, II | 0.20 | 119.00 | [Insurance]  Review Brian Walton's E-Mail again, then confer with Eric Weissman, then prepare E-Mail to Mr. Walton on who should consider issues and whether such insurance is required. |
| 04/04/18 | J.A. Moe, II | 0.10 | 59.50 | [Insurance]   Exchange E-Mails with Brian Walton on issue of insurance coverage. |
| 04/04/18 | J.A. Moe, II | 0.20 | 119.00 | [Insurance] Review personnel at the Office of the U.S. Trustee,   and prepare E-Mail to Gary Baddin on necessity to confer on insurance issue. |
| 04/16/18 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re D&O insurance coverage. |
| 04/17/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re D&O insurance. |
| 04/17/18 | J.A. Moe, II | 0.20 | 119.00 | [Insurance]  Review multiple E-Mails exchanged between  Brian Walton, David Herskovitz and Jon Pastor on whether  to obtain coverage; review detailed analysis on coverage issue; review Mr. Pastor's E-Mail on coverage. |
| 04/18/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails from B. Walton re D&O insurance. |
| 04/23/18 | J.A. Moe, II | 0.20 | 119.00 | [Insurance]  Review multiple E-Mails to and from Brian Walton (and others) on issue of insurance coverage. |
| 04/23/18 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re D&O insurance. |

Business Operations

May 8, 2018

Matter: 15257497-000008
Invoice No.: 2008590

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/24/18 | S. Maizel | 0.20 | 130.00 | Telephone conference with Brian Walton re D&O insurance. |
| 04/25/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re D&O insurance policy. |
| 04/25/18 | J.A. Moe, II | 0.10 | 59.50 | [Insurance] Review counter descriptions on the status of the Bankruptcy Case, including from David Herskovitz, for Insurance Broker. |
| 04/25/18 | J.A. Moe, II | 0.10 | 59.50 | [Insurance] Review multiple E-Mails from Stan Otake, Brian Walton Walton and Reva Swadener, on retention of insurance coverage; review additional E-Mail from Brian Walton on insurance coverage. |
| 04/26/18 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re HQAF payments. |
| 04/26/18 | S. Maizel | 0.10 | 65.00 | Review and respond to email re Daily Cash report. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 2.70 | | |
| Fee Amount | | | | $1,683.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 1.40 | $910.00 |
| J.A. Moe, II | $595.00 | 1.30 | $773.50 |
| Totals | | 2.70 | $1,683.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,683.50 | |
| | | | |
| Invoice Total | $ | 1,683.50 | |

3

**DENTONS**

Salans FMC SNR Denton
McKenna Long
dentons.com

601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000008

Business Operations

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853833 | 3,359.50 | 0.00 | 3,359.50 |
| 02/22/17 | 1865393 | 15,699.50 | (8.00) | 15,691.50 |
| 03/10/17 | 1870827 | 8,342.50 | 0.00 | 8,342.50 |
| 04/19/17 | 1883614 | 3,109.00 | (15.00) | 3,094.00 |
| 05/24/17 | 1895410 | 2,634.50 | 0.00 | 2,634.50 |
| 06/12/17 | 1900402 | 2,825.00 | 0.00 | 2,825.00 |
| 07/11/17 | 1907888 | 3,510.50 | 0.00 | 3,510.50 |
| 08/14/17 | 1920734 | 2,840.50 | 0.00 | 2,840.50 |
| 09/14/17 | 1930408 | 914.50 | 0.00 | 914.50 |
| 10/17/17 | 1942304 | 416.50 | 0.00 | 416.50 |
| 11/13/17 | 1951542 | 1,547.00 | 0.00 | 1,547.00 |
| 02/28/18 | 1982223 | 1,163.50 | 0.00 | 1,163.50 |
| 03/20/18 | 1992983 | 600.50 | 0.00 | 600.50 |
| 04/13/18 | 2001441 | 238.00 | 0.00 | 238.00 |
| 05/08/18 | 2008590 | 1,683.50 | 0.00 | 1,683.50 |

Total Outstanding Invoices                    $48,861.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000008

Business Operations

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008592**

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                                    $          4,576.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008592**

Client/Matter:  15257497-000009

Claims Administration and Objections

---

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/03/18 | K.M. Howard | 1.60 | 424.00 | Reviewed proofs of claims filed by vendors and drafted chart reflecting vendor's prepetition claims and status of each. |
| 04/04/18 | K.M. Howard | 0.70 | 185.50 | Cross-referenced vendor claims chart to the docket to determine all dismissed claims and/or withdrawn claims. |
| 04/04/18 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised vendors prepetition claim charts. |
| 04/04/18 | K.M. Howard | 0.60 | 159.00 | Analysis of remaining prepetition tax claims (.3) and revised tax chart (.3). |
| 04/05/18 | K.M. Howard | 0.70 | 185.50 | Analysis of vendors claims and culled priority versus non-priority claims. |
| 04/05/18 | K.M. Howard | 0.40 | 106.00 | Analysis of stipulation entered into regarding the settlement of the EDD claim to determine remaining amount owed and cross-referenced to the prepetition claim filed by the EDD. |
| 04/05/18 | K.M. Howard | 0.40 | 106.00 | Analysis of the stipulation entered into regarding the Cerner claim to determine the remaining amount owed and cross-referenced findings to the Declaration of Stan Otake. |
| 04/06/18 | K.M. Howard | 2.90 | 768.50 | Reviewed claims filed by tort claimants and drafted charts reflecting all claims filed by litigants. |
| 04/06/18 | K.M. Howard | 0.60 | 159.00 | Further work on drafting prepetition priority proofs of claim reflecting priority claims filed by vendors and cross-referenced each to the original proof of claim to determine reason for priority. |
| 04/06/18 | K.M. Howard | 0.60 | 159.00 | Reviewed claims registry and cross-referenced tax related claims to charts of tax claims (.3) and further work on preparation of tax claims charts (.3). |

Claims Administration and Objections

May 8, 2018

Matter: 15257497-000009
Invoice No.: 2008592

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/06/18 | K.M. Howard | 0.80 | 212.00 | Further analysis of non-priority claims filed by vendors, cross-referenced to claims registry (.3) and further drafting of vendor prepetition non-priority claims charts (.5). |
| 04/06/18 | K.M. Howard | 0.60 | 159.00 | Further analysis of non-priority prepetition claims filed by tax entities and drafted chart identifying non-priority tax claims. |
| 04/09/18 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised chart of claims filed by tort claimants. |
| 04/09/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised chart of priority claims filed by vendors. |
| 04/09/18 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised chart of priority claims filed by tax entities. |
| 04/09/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised chart of non-priority claims filed by vendors. |
| 04/09/18 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised chart of non-priority claims filed by tax entities. |
| 04/11/18 | K.M. Howard | 0.10 | 26.50 | Analysis of withdrawal of claim filed by Creditor IPFS Corporation. |
| 04/11/18 | K.M. Howard | 0.90 | 238.50 | Analysis of Dentons' Billing Statements and culled key information for inclusion into Exhibit A [Dentons' Professionals] to Dentons Monthly Fee Application. |
| 04/11/18 | K.M. Howard | 1.30 | 344.50 | Analysis of Dentons' Billing Statements and culled key information by category for inclusion into Exhibit B [Breakdown of Time and Expense Statements] to Dentons' Monthly Fee Application. |
| 04/11/18 | K.M. Howard | 0.40 | 106.00 | Reviewed culled information and drafted Exhibit A [Dentons' Professionals] to Dentons' Monthly Fee Application. |
| 04/12/18 | K.M. Howard | 0.60 | 159.00 | Further analysis of Dentons' fees and costs and revised Dentons Monthly Fee Application. |
| 04/23/18 | J.A. Moe, II | 0.10 | 59.50 | [Medical Testing] Telephone call from Creditor Wally Mohammed on status of the Case and possible resolution of issues with the Creditors' Committee. |

Claims Administration and Objections

May 8, 2018

Matter: 15257497-000009
Invoice No.: 2008592

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/23/18 | K.M. Howard | 0.70 | 185.50 | Reviewed culled data and drafted Notice of Nineteenth Monthly Fee Applications of Dentons, Sills Cummis and Bienert Miller for February 2018. |
| 04/25/18 | K.M. Howard | 0.10 | 26.50 | Analysis of Creditor Mario Alvarado's Withdrawal of Claim. |
| 04/25/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised numerous proof of claim management charts and revised each to reflect Mario Alvarado's Withdrawal of Claim. |
| 04/26/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re claims analysis. |

| Total Hours | 17.00 |
|-------------|-------|

Fee Amount                                                                    $4,576.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 0.10 | $65.00 |
| J.A. Moe, II | $595.00 | 0.10 | $59.50 |
| K.M. Howard | $265.00 | 16.80 | $4,452.00 |
| Totals | | 17.00 | $4,576.50 |

Fee Total                         $    4,576.50


Invoice Total                     $      4,576.50

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 12/13/16 | 1846099 | 66,642.19 | (8,110.51) | 58,531.68 |
| 01/19/17 | 1853835 | 25,842.00 | (1,113.50) | 24,728.50 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | (259.30) | 2,576.50 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | (2.60) | 854.00 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |
| 12/12/17 | 1963212 | 6,038.50 | 0.00 | 6,038.50 |
| 01/24/18 | 1974750 | 7,411.50 | 0.00 | 7,411.50 |
| 02/28/18 | 1982224 | 4,436.00 | 0.00 | 4,436.00 |
| 03/20/18 | 1992984 | 4,853.00 | 0.00 | 4,853.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Salans FMC SNR Denton
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001444 | 4,909.50 | 0.00 | 4,909.50 |
| 05/08/18 | 2008592 | 4,576.50 | 0.00 | 4,576.50 |
| | | Total Outstanding Invoices | | $136,310.18 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Salans FMC SNR Denton
McKenna Long
dentons.com

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008593**

Client/Matter: 15257497-000012

Employment and Fee Applications

Payment Due Upon Receipt

---

Total This Invoice                                      $        2,965.60

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008593**

Client/Matter:  15257497-000012

Employment and Fee Applications

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/02/18 | K.M. Howard | 0.20 | 53.00 | Briefly reviewed billing statements to determine discounted amounts by category. |
| 04/03/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Bienert Miller's Monthly Fee Application for January 2018 and culled fees and cost data for inclusion into Notice of Eighteenth Monthly Fee Application for January 2018. |
| 04/03/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Sills Cummis' Monthly Fee Application for January 2018 and culled fees and cost data for inclusion into Notice of Eighteenth Monthly Fee Application for January 2018. |
| 04/03/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Dentons' Monthly Fee Application for January 2018 and culled fees and cost data for inclusion into Notice of Eighteenth Monthly Fee Application for January 2018. |
| 04/03/18 | K.M. Howard | 0.80 | 212.00 | Reviewed underlying data (.2) and drafted Notice of Eighteenth Monthly Fee Application for January 2018 for Dentons, Bienert Miller and Sills Cummis (.6). |
| 04/03/18 | J.A. Moe, II | 0.10 | 59.50 | Review the Notice Of Eighteenth Monthly Fee Applications. |
| 04/11/18 | K.M. Howard | 0.70 | 185.50 | Reviewed culled information of incurred fees and costs by category and drafted Exhibit B [Breakdown of Time and Expense Statements] to Dentons' Monthly Fee Application. |
| 04/11/18 | K.M. Howard | 0.70 | 185.50 | Reviewed accumulated data in Exhibits "A" and "B" and drafted Dentons' Seventeenth Monthly Fee Application. |
| 04/12/18 | K.M. Howard | 0.40 | 106.00 | Organized and finalized Exhibits A-C and finalized Dentons' Monthly Fee Application for submission with the Court. |

Employment and Fee Applications

May 8, 2018

Matter: 15257497-000012
Invoice No.: 2008593

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/17/18 | K.M. Howard | 0.20 | 53.00 | Received and briefly reviewed Dentons' billing statement for March 2018 in conjunction with preparing fee application. |
| 04/19/18 | S. Maizel | 0.10 | 65.00 | Review and respond to email from A. Sherman re February fee application. |
| 04/23/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Sills Cummis' Monthly Fee Application for February 2018 and culled key information for inclusion into Notice of Nineteenth Monthly Fee Application for February 2018. |
| 04/23/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Bienert Miller's Monthly Fee Application for February 2018 and culled key information for inclusion into Notice of Nineteenth Monthly Fee Application for February 2018. |
| 04/23/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Dentons' Monthly Fee Application for February 2018 and culled key information for inclusion into Notice of Nineteenth Monthly Fee Application for February 2018. |
| 04/23/18 | K.M. Howard | 0.10 | 26.50 | Coordinated filing and service of Notice of Nineteenth Monthly Fee Applications of Dentons, Sills Cummis and Bienert Miller for February 2018. |
| 04/24/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding Dentons' March 2018 Monthly Fee Application. |
| 04/24/18 | K.M. Howard | 0.90 | 238.50 | Analysis of Dentons March 2018 billing statements and culled information for inclusion into Exhibit "A" (Dentons Professionals) to Dentons Twentieth Monthly Fee Application. |
| 04/24/18 | K.M. Howard | 1.30 | 344.50 | Analysis of Dentons March 2018 billing statements and culled information by category for inclusion into Exhibit "B" (Time and Expense Statements) to Dentons Twentieth Monthly Fee Application. |
| 04/24/18 | K.M. Howard | 0.70 | 185.50 | Reviewed culled data and drafted Exhibit "A" (Dentons Professionals) to Dentons Twentieth Monthly Fee Application including revisions. |
| 04/24/18 | K.M. Howard | 1.10 | 291.50 | Analysis of assembled data and drafted Exhibit "B" (Categorical Time and Expense Statements) to Dentons Twentieth Monthly Fee Application. |

Employment and Fee Applications

May 8, 2018

Matter: 15257497-000012
Invoice No.: 2008593

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/24/18 | K.M. Howard | 0.60 | 159.00 | Reviewed compiled data in Exhibits "A" and "B" and drafted Dentons' Twentieth Monthly Fee Application. |
| 04/24/18 | K.M. Howard | 0.30 | 79.50 | Finalized exhibits to Dentons' Monthly Fee Application for March 2018 and coordinated filing and service of Fee Application. |
| 04/24/18 | K.M. Howard | 0.20 | 53.00 | Communications regarding the filing and service of the Notice of Nineteenth Monthly Fee Application for February 2018. |
| 04/25/18 | K.M. Howard | 0.10 | 26.50 | Received and brief analysis of Sills Cummis' Monthly Fee Application for March 2018. |
| 04/25/18 | K.M. Howard | 0.10 | 26.50 | Received and brief analysis of Bienert Miller's Monthly Fee Application for March 2018. |
| 04/25/18 | K.M. Howard | 0.20 | 53.00 | Final review of Dentons' Monthly Fee Application for March 2018 prior to filing. |
| 04/25/18 | J.A. Moe, II | 0.10 | 59.50 | Preliminarily review the Twentieth Monthly Fee Application (for March)   for Dentons US LLP. |
| 04/27/18 | K.M. Howard | 0.20 | 53.00 | Reviewed Dentons' last filed fee application and prepared communication regarding same. |

| Total Hours | 10.70 |
|---|---|

Fee Amount                                                        $2,940.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 0.10 | $65.00 |
| J.A. Moe, II | $595.00 | 0.20 | $119.00 |
| K.M. Howard | $265.00 | 10.40 | $2,756.00 |
| Totals | | 10.70 | $2,940.00 |

Employment and Fee Applications

May 8, 2018

Matter: 15257497-000012
Invoice No.: 2008593

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 3/6/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | | | 20.00 |
| | | | SUBTOTAL | 20.00 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | | 5.60 |
| | | | SUBTOTAL | 5.60 |
| | Total Disbursements | | | $25.60 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,940.00 | |
| Disbursement Total | $ | 25.60 | |
| Invoice Total | $ | 2,965.60 | |

**DENTONS**

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | (60.30) | 6,787.00 |
| 03/10/17 | 1870860 | 3,277.00 | (15.00) | 3,262.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |
| 12/12/17 | 1963213 | 4,913.50 | 0.00 | 4,913.50 |
| 01/24/18 | 1974751 | 5,925.10 | 0.00 | 5,925.10 |
| 02/28/18 | 1982225 | 2,382.60 | 0.00 | 2,382.60 |
| 03/20/18 | 1992985 | 7,274.50 | 0.00 | 7,274.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Salans FMC SNR Denton
McKenna Long
dentons.com

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001445 | 3,902.81 | 0.00 | 3,902.81 |
| 05/08/18 | 2008593 | 2,965.60 | 0.00 | 2,965.60 |
| | | Total Outstanding Invoices | | $74,388.11 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008595**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                                           $        5,753.55

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

May 8, 2018

**Invoice No. 2008595**

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

Client/Matter:   15257497-000015

Litigation - Contested Matters and Adversary Proceedings

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/02/18 | J.A. Moe, II | 0.20 | 119.00 | [Sunstedt Case] Exchange E-Mails with Kathryn Stanton on request from Panel Counsel for upcoming hearings; second E-Mail and telephone call to Ms. Stanton on conference call with Messrs. Walton and Herskovitz on issues. |
| 04/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health] Review Notice on upcoming Status Conference Statement due on April 6th (also in regard to telephone call with David Epstein on March 30th), in terms of ceasing work because of transfer to the Committee. |
| 04/02/18 | J.A. Moe, II | 0.90 | 535.50 | [Sunstedt Case and the Qui Tam Cases] Conference call with Brian Walton, Kathy Stanton and David Herskovitz on: (1) whether the Debtor can produce a representative at the Sunstedt trial; (2) review of the status of Qui Tam Cases; and (3)  whether privilege has been waived. |
| 04/02/18 | J.A. Moe, II | 0.40 | 238.00 | [Sersansie & Reynolds Qui Tam Case] Conference telephone call with Brian Walton, Vitek Goplanan and James Zelaney in support of Motion For Summary Judgment. |
| 04/02/18 | J.A. Moe, II | 0.20 | 119.00 | [Sersansie & Reynolds Qui Tam Case] In response to conference call with Messrs. Walton, Goplanan and Zelaney,  review and locate, then send to Mr. Goplanan the Minutes to specified Board Meetings. |
| 04/03/18 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Additional telephone call (in response to George Hirsch's E-Mail) to Anthony Carasco on providing calculations  to Mt. Hirsch of the Complaint,. |

Litigation - Contested Matters and Adversary Proceedings

May 8, 2018

Matter: 15257497-000015
Invoice No.: 2008595

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/03/18 | J.A. Moe, II | 0.10 | 59.50 | [Accountable] Exchange multiple E-Mails with Ted Gehring on Claims asserted in the Case; telephone call to Reva Swadener on Minutes referring to Accountable IPA. |
| 04/03/18 | J.A. Moe, II | 0.10 | 59.50 | [Sersansie and Reynolds Quit Tam Case]  In response to Brian Walton's request, review documents apparently produced by Tracy Green to the Attorney General. |
| 04/03/18 | K.M. Howard | 0.20 | 53.00 | Brief review of previously produced disks to validate that redacted special meeting minutes of the board of directors along with the unredacted version. |
| 04/03/18 | K.M. Howard | 0.20 | 53.00 | Prepared communication regarding the deadline for parties to object to the employment of Christopher Heck as Ordinary Course Professional. |
| 04/04/18 | J.A. Moe, II | 0.10 | 59.50 | [Accountable]  Review research performed by Reva Swadener on references to Accountable by Directors. |
| 04/05/18 | J.A. Moe, II | 0.10 | 59.50 | [Accountable]  Review note on hearing on April 6th and insure coverage by the Creditors Committee (and necessity to confirm that Dentons is out as counsel in a second case). |
| 04/05/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI]  Exchange E-Mails with David Herskovitz on critical importance of making decision on counsel to analyze the decisions by RSUI. |
| 04/05/18 | J.A. Moe, II | 0.20 | 119.00 | [Blue Shield/Blue Cross] Exchange multiple E-Mails with George Hirsch, Brian Walton, David Herskovitz and Stan Otake on obtaining information from Anthony  Carasco so that the Committee can proceed with Litigation. |
| 04/05/18 | J.A. Moe, II | 0.20 | 119.00 | [Sesansie & Williams Qui Tam Case] Review Declaration Of Brian Walton, then exchange E-Mails with Mr. Walton on proposed two corrections and third possible correction. |
| 04/05/18 | J.A. Moe, II | 0.10 | 59.50 | [Sersansie & Williams Qui Tam Case] Telephone call with Brian Walton on the Declaration Of Brian Walton. |

Litigation - Contested Matters and Adversary Proceedings

May 8, 2018

Matter: 15257497-000015
Invoice No.: 2008595

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/05/18 | J.A. Moe, II | 0.10 | 59.50 | [Accountable] Review exchange of E-Mails with Anne Uydea, and Ms. Uydea's E-Mail on the case, the upcoming Status Conference and the due date now for the Report (and E-Mails on Dentons exit from the Case and completed transfer to the Committee). |
| 04/06/18 | J.A. Moe, II | 0.50 | 297.50 | [Sersansie & Williams Qui Tam Case] Telephone call to Brain Walton, joining Vivek Goplanin to the call, on insuring the accuracy of the Declaration Of Brian Walton. |
| 04/06/18 | J.A. Moe, II | 0.20 | 119.00 | [Sersansie & Williams Qui Tam Case] Telephone call returned form Tracy Green on the documents previously produced. |
| 04/06/18 | J.A. Moe, II | 0.10 | 59.50 | [Sesansie & Williams Qui Tam Case] Telephone call returned from Brian Walton on documents previously produced and 3:30 conference call with Vivek Goplanin. |
| 04/06/18 | J.A. Moe, II | 0.20 | 119.00 | [Sersansie & Williams Qui Tam Case] Preliminarily research issue of attorney client privilege. |
| 04/06/18 | J.A. Moe, II | 0.20 | 119.00 | [Sersansie & Williams Qui Tam Case] Confer with Susan Mitchell on issue of attorney client privilege;  E-Mail to Brain Walton on results of the research. |
| 04/06/18 | J.A. Moe, II | 0.50 | 297.50 | [Sersansie & Reynolds Qui Tam Cases] Conference call with Brian Walton, Vivek Goplanin [and additional attorney(s)] on revising the Declaration Of Brain Walton. |
| 04/09/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI] E-Mails to David Herskovitz and exchange E-Mails with Simon Aron on status of the retention of Wolf Rifkin; telephone call from Simon Aron on request for Committee to take on representation; telephone call from Mr. Aron on work to be performed and transitioned. |

Litigation - Contested Matters and Adversary Proceedings

May 8, 2018

Matter: 15257497-000015
Invoice No.: 2008595

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/09/18 | J.A. Moe, II | 0.60 | 357.00 | [Blue Cross/Blue Shield] Exchange E-Mails with Stan Otake, Anthony Carasco and Karen Nimniyom on proceeding with the Blue Cross/Blue Shield Litigation; telephone call with Stan Otake on the information requested by George Hirsch; review the Complaint and transmit to Mr. Hirsch and Andrew Sherman; second call returned to Stan Otake on information on amount due Gardens. |
| 04/09/18 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen/Intuitive) Review note on upcoming obligations and insure case being transitioned to the Committee and Debtor's work is ceasing. |
| 04/10/18 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Review multiple E-Mails with Brian Walton, David Hirsch., Stan Otake and Reva Swadener and now Eric Weissman, on information needed for George Hirsch. |
| 04/10/18 | J.A. Moe, II | 0.10 | 59.50 | [Blue Cross/Blue Shield] Return call to Stan Otake on the issue of proceeding against Blue Cross/Blue Shield with information from Anthony Carasco (and request for List Of PTO Claimants for the Plan). |
| 04/10/18 | J.A. Moe, II | 0.10 | 59.50 | [RSUI] E-Mail to and telephone call from David Herskovitz on transfer of case to Creditors Committee Counsel. |
| 04/10/18 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen/Intuitive] Review multiple Charts for transmittal to Attorney David Epstein, in regard to obtaining dismissal of Superior Court Case. |
| 04/11/18 | J.A. Moe, II | 0.20 | 119.00 | [Accountable] Review information on David Jacobs, then telephone call to Mr. Jacobs on the material assembled for his review in order to make decision to dismiss the Superior Court Case (and eliminate another representation). |
| 04/11/18 | A. Jinnah | 0.30 | 118.50 | Emails and calls with A. Uyeda regarding April 30, 2018 appearance in Spineart matter. |
| 04/11/18 | K.M. Howard | 0.20 | 53.00 | Analysis of the Creditors Committee's Complaint for Turnover and Other Relief filed against Blue Cross Blue Shield of Michigan. |
| 04/16/18 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re settlement with Maria Alvarado. |

5

Litigation - Contested Matters and Adversary Proceedings

May 8, 2018

Matter: 15257497-000015
Invoice No.: 2008595

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/17/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado] Telephone call returned from David Holies on Settlement Agreement on prepetition Claim on which the Insurance Carrier is paying the settlement. |
| 04/17/18 | J.A. Moe, II | 0.20 | 119.00 | [Mario Alvarado] Exchange E-Mails with David Herskovitz, Brian Walton and Stan Otake on settlement; telephone call to David Herskovitz on parameters of the settlement. |
| 04/17/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado] E-Mail to and telephone call from David Hoiles on settlement. |
| 04/17/18 | J.A. Moe, II | 0.10 | 59.50 | [Fisher & Philips] Review "report" on upcoming hearing on Fisher & Philips; confirm obligations met and case being dismissed (and Dentons responsibility completed). |
| 04/18/18 | J.A. Moe, II | 0.20 | 119.00 | [Moscovitz] Exchange E-Mails with Andrew Sherman on wire instructions; E-Mail to and telephone call with Stan Otake on wire; E-Mail from Karen Nimniyom and to Andrew Sherman on wire instructions . |
| 04/23/18 | J.A. Moe, II | 0.40 | 238.00 | [Manuel Ramirez] Exchange E-Mails with Kathryn Stanton and review the new "Complaint" Cover Sheet Pleading; review and consider the automatic stay; telephone call from Kathryn Stanton on how to respond to "new" Complaint; E-Mail to Kathryn Stanton on Proof Of Claim. |
| 04/23/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado] Exchange E-Mails with David Hoiles, on reviewing and filing Withdrawal Of Claim. |
| 04/23/18 | S. Maizel | 0.10 | 65.00 | Office conference with John Moe re new plaintiff in qui tam action vis-a-vis automatic stay. |
| 04/24/18 | A. Goodman | 0.10 | 25.00 | Communicated via e-mail with Special Agent Colleen Maher regarding response to grand jury subpoena. |
| 04/25/18 | J.A. Moe, II | 0.10 | 59.50 | [Request For Documents] Review E-Mails to and from Amanda Goodman and from George Newhouse, on delivery of documents in response to Request. |

6

Litigation - Contested Matters and Adversary Proceedings

May 8, 2018

Matter: 15257497-000015
Invoice No.: 2008595

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/25/18 | J.A. Moe, II | 0.10 | 59.50 | [Mario Alvarado]  Exchange E-Mails with and telephone call from David Hoiles on filing of Withdrawal Of Claim. |
| 04/26/18 | S. Maizel | 0.40 | 260.00 | Review motion re Committee settlement with Moskowitz foundation (.3); email to Board re same (.1) |
| 04/30/18 | J.A. Moe, II | 0.20 | 119.00 | [Nuance]  Exchange multiple E-Mails with Tiffany Strelow and Stan Otake on review of and possible reconciliation on Claim. |
| 04/30/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call to and return call from Jay Shin on rights of the Labor Commissioner on position of the Labor Commissioner. |

Total Hours      9.70

Fee Amount      $5,523.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 0.80 | $520.00 |
| J.A. Moe, II | $595.00 | 7.90 | $4,700.50 |
| A. Goodman | $250.00 | 0.10 | $25.00 |
| A. Jinnah | $395.00 | 0.30 | $118.50 |
| K.M. Howard | $265.00 | 0.60 | $159.00 |
| Totals | | 9.70 | $5,523.00 |

Litigation - Contested Matters and Adversary Proceedings

May 8, 2018

Matter: 15257497-000015
Invoice No.: 2008595

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/2/2018 | Filing Fees OCSC - COMPLEX - STATUS CONFERENCE STATEMENT | | 179.95 |
| | | SUBTOTAL | 179.95 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 4.40 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 12.10 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 10.00 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 11.20 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 1.50 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 1.20 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 2.30 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 3.00 |
| | | SUBTOTAL | 45.70 |
| | Print/Copies BW | | 4.90 |
| | | SUBTOTAL | 4.90 |
| | Total Disbursements | | $230.55 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 5,523.00 | |
| Disbursement Total | $ | 230.55 | |
| Invoice Total | $ | 5,753.55 | |

**DENTONS**

Salans FMC SNR Denton
McKenna Long
dentons.com

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853845 | 32,510.00 | (260.00) | 32,250.00 |
| 02/22/17 | 1865404 | 9,285.71 | (312.21) | 8,973.50 |
| 03/10/17 | 1870876 | 12,867.05 | (858.05) | 12,009.00 |
| 04/19/17 | 1883654 | 58,143.10 | (747.60) | 57,395.50 |
| 05/24/17 | 1895427 | 36,355.95 | (162.95) | 36,193.00 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | (143.10) | 48,507.50 |
| 08/14/17 | 1920738 | 58,661.56 | (946.06) | 57,715.50 |
| 09/14/17 | 1930412 | 30,032.96 | (833.96) | 29,199.00 |
| 10/17/17 | 1942311 | 21,723.15 | (468.15) | 21,255.00 |
| 11/13/17 | 1951646 | 76,142.34 | (179.84) | 75,962.50 |
| 12/12/17 | 1963215 | 62,378.15 | 0.00 | 62,378.15 |
| 01/24/18 | 1974753 | 67,071.15 | 0.00 | 67,071.15 |
| 02/28/18 | 1982226 | 104,486.64 | 0.00 | 104,486.64 |
| 03/20/18 | 1992990 | 39,666.81 | 0.00 | 39,666.81 |
| 04/13/18 | 2001446 | 10,503.99 | 0.00 | 10,503.99 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Salans FMC SNR Denton
McKenna Long
dentons.com

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 05/08/18 | 2008595 | 5,753.55 | 0.00 | 5,753.55 |

Total Outstanding Invoices          $716,386.79

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008596**

Client/Matter: 15257497-000016

Meetings and Communications with Creditors

Payment Due Upon Receipt

Total This Invoice                    $         65.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008596**

Client/Matter:  15257497-000016

Meetings and Communications with Creditors

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/25/18 | S. Maizel | 0.10 | 65.00 | Telephone conference with Sinai Surgical Center re status of case. |
| Total Hours | | 0.10 | | |
| Fee Amount | | | | $65.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 0.10 | $65.00 |
| Totals | | 0.10 | $65.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 65.00 | |
| Invoice Total | $ | 65.00 | |

2

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000016

Meetings and Communications with Creditors

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 01/19/17 | 1853847 | 195.00 | 0.00 | 195.00 |
| 03/10/17 | 1870877 | 4,095.00 | 0.00 | 4,095.00 |
| 04/19/17 | 1883662 | 975.00 | 0.00 | 975.00 |
| 05/08/18 | 2008596 | 65.00 | 0.00 | 65.00 |
| | | Total Outstanding Invoices | | $5,330.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008597**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                                    $        1,927.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008597**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/02/18 | J.A. Moe, II | 0.20 | 119.00 | Revise insert on Summary of the proposed Plan Of Liquidation, and include in the Plan. |
| 04/02/18 | J.A. Moe, II | 0.10 | 59.50 | In regard to a Plan Of Liquidation, review Trade Vendor Claims. |
| 04/03/18 | J.A. Moe, II | 0.20 | 119.00 | Review the List of pre-petition PTO for use in regard to the Plan; exchange E-Mails with Stan Otake on calculation. |
| 04/03/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Eric Weissman on what amount can be paid on prepetition PTO and wages, in accordance with the Bankruptcy Code. |
| 04/09/18 | J.A. Moe, II | 0.40 | 238.00 | Review and edit (minor edits) to the rough draft of the Plan of Liquidation for transmittal to Andrew Sherman. |
| 04/09/18 | J.A. Moe, II | 0.20 | 119.00 | Review the Charts on Claims in regard to impacting the Plan Of Liquidation (to transmit both the Charts and draft Plan to the Committee). |
| 04/10/18 | J.A. Moe, II | 0.10 | 59.50 | Second call to Stan Otake on Administrative Claimants for the Plan. |
| 04/10/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange additional E-Mails (and Charts) with Stan Otake on amount of Administrative Claims. |
| 04/11/18 | S. Maizel | 1.00 | 650.00 | Review status of case vis-à-vis Weiner settlement and plan confirmation. |
| 04/19/18 | S. Maizel | 0.20 | 130.00 | Telephone conference with J. Moe re go-forward strategy. |
| 04/26/18 | S. Maizel | 0.30 | 195.00 | Emails to Boris M. re claims info re plan preparation. |

Plan and Disclosure Statement

May 8, 2018

Matter: 15257497-000018
Invoice No.: 2008597

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/30/18 | J.A. Moe, II | 0.20 | 119.00 | Review the Claims Lists and transmit to Boris Mankovetskiy (in connection with the Committee drafting the Plan). |

| Total Hours | | 3.10 | | |
|------|-----------|-------|--------|-----------|
| Fee Amount | | | | $1,927.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 1.50 | $975.00 |
| J.A. Moe, II | $595.00 | 1.60 | $952.00 |
| Totals | | 3.10 | $1,927.00 |

| | Fee Total | $ | 1,927.00 | |
|--|-----------|---|----------|--|

| | Invoice Total | $ | 1,927.00 | |
|--|---------------|---|----------|--|

3

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853849 | 1,864.50 | 0.00 | 1,864.50 |
| 02/22/17 | 1865405 | 59.50 | 0.00 | 59.50 |
| 04/19/17 | 1883663 | 59.50 | 0.00 | 59.50 |
| 05/24/17 | 1895429 | 773.50 | 0.00 | 773.50 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | (31.10) | 1,364.00 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |
| 12/12/17 | 1963217 | 1,744.00 | 0.00 | 1,744.00 |
| 01/24/18 | 1974755 | 585.00 | 0.00 | 585.00 |
| 02/28/18 | 1982228 | 1,329.50 | 0.00 | 1,329.50 |
| 04/13/18 | 2001447 | 13,173.50 | 0.00 | 13,173.50 |
| 05/08/18 | 2008597 | 1,927.00 | 0.00 | 1,927.00 |

Total Outstanding Invoices                     $24,378.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008598**

Client/Matter: 15257497-000021

Reporting

Payment Due Upon Receipt

Total This Invoice                                                    $              821.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008598**

Client/Matter:  15257497-000021

Reporting

---

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/04/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding Gary Baddin and D&O coverage questions requiring the debtor to continue to obtain coverage. |
| 04/06/18 | K.M. Howard | 0.30 | 79.50 | Analysis of communication from Chinda Bhyanaraksa and reviewed Debtor's attached bank statements for March 2018 in conjunction with submitting same to US Trustee. |
| 04/17/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and organized Debtor's Bank Statements for March 2018 in conjunction with submission to the US Trustee. |
| 04/17/18 | K.M. Howard | 0.30 | 79.50 | Finalized Debtor's March 2018 bank statements and submitted each to the US Trustee. |
| 04/25/18 | K.M. Howard | 0.60 | 159.00 | Reviewed, revised and assembled Debtor's Monthly Operating Report for March 2018 and prepared same for filing. |
| 04/25/18 | K.M. Howard | 0.20 | 53.00 | Coordinated filing and service of Debtor's Monthly Operating Report for March 2018 and prepared communications regarding same. |
| 04/27/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Debtor's Monthly Operating Report for March 2018 and culled information for inclusion into Monthly Operating Report Disbursement Summary |
| 04/27/18 | K.M. Howard | 0.60 | 159.00 | Reviewed culled disbursement figures (.2) and drafted Debtor's Monthly Operating Report Disbursement Summary for March 2018 (.4). |
| 04/27/18 | K.M. Howard | 0.20 | 53.00 | Finalized and submitted Debtor's Monthly Operating Report Disbursement Summary for March 2018 to the Office of the U.S. Trustee. |
| 04/27/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from the U.S. Trustee acknowledging receipt of Debtor's Monthly Disbursement Summary for March 2018. |

Reporting

May 8, 2018

Matter: 15257497-000021
Invoice No.: 2008598

Total Hours                          3.10

Fee Amount                                                                      $821.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K.M. Howard | $265.00 | 3.10 | $821.50 |
| Totals | | 3.10 | $821.50 |

Fee Total                    $       821.50

Invoice Total                $       821.50

3

**DENTONS**

601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000021

Reporting

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | (50.00) | 795.00 |
| 05/24/17 | 1895432 | 1,208.50 | (30.00) | 1,178.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | (38.00) | 907.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | (21.60) | 987.00 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |
| 11/13/17 | 1951588 | 2,201.50 | (51.00) | 2,150.50 |
| 12/12/17 | 1963220 | 556.50 | 0.00 | 556.50 |
| 01/24/18 | 1974758 | 1,140.70 | 0.00 | 1,140.70 |
| 02/28/18 | 1982230 | 506.50 | 0.00 | 506.50 |
| 03/20/18 | 1992988 | 2,550.00 | 0.00 | 2,550.00 |
| 04/13/18 | 2001449 | 930.50 | 0.00 | 930.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# DENTONS

Salans FMC SNR Denton
McKenna Long
dentons.com

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000021

Reporting

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 05/08/18 | 2008598 | 821.50 | 0.00 | 821.50 |
| | | Total Outstanding Invoices | | $22,909.70 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008599**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

Total This Invoice                                        $        1,713.80

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008599**

Client/Matter: 15257497-000024

Appellate Proceedings

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/4/18 | K.M. Howard | 0.40 | Analysis of the Ninth Circuit's Scheduling Package including the Mediation Questionnaire and culled key briefing dates. |
| 4/4/18 | K.M. Howard | 0.40 | Prepared communications regarding the Ninth Circuit's briefing schedule and deadlines. |
| 4/4/18 | K.M. Howard | 0.40 | Reviewed and revised Critical Dates Charts to reflect Ninth Circuit briefing schedule and deadlines. |
| 4/10/18 | S. Maizel | 0.30 | Offset appeal - fill in mediation questionnaire for Ninth Circuit. |
| 4/10/18 | K.M. Howard | 0.40 | Reviewed, revised and finalized Mediation Questionnaire (.3)and prepared communication regarding the deadline to file with the Ninth Circuit Court of Appeal (.1). |
| 4/11/18 | K.M. Howard | 0.10 | Prepared communication regarding the incoming order from the Ninth Circuit Court of Appeal regarding the appellate filing fee. |
| 4/11/18 | S. Maizel | 0.30 | Review and respond to notice from 9th Circuit re pending offset appeal. |
| 4/13/18 | K.M. Howard | 0.20 | Assembled the Ninth Circuit Scheduling Order (.1) and prepared communication to Andrew Sherman regarding same (.1). |
| 4/23/18 | S. Maizel | 0.10 | Review orders re pending appeal on offset issues. |
| 4/27/18 | K.M. Howard | 0.10 | Analysis of communications from James Hirschhorn regarding Debtor's appeal to the Ninth Circuit. |
| 4/27/18 | S. Maizel | 0.20 | Review and respond to email from James Hirshhorn, Sills Cummis re appeal. |

| Total Hours | | 2.90 | |

Fee Amount                                                                $1,115.00

Appellate Proceedings

May 8, 2018

Matter: 15257497-000024
Invoice No.: 2008599

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 0.90 | $585.00 |
| K.M. Howard | $265.00 | 2.00 | $530.00 |
| Totals | | 2.90 | $1,115.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/11/2018 | Court Costs Court fee for filing of Notice of Appeal. | | 505.00 |
| | | SUBTOTAL | 505.00 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 1.20 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 1.80 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 2.70 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 4.30 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 3.60 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 2.80 |
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 5.00 |

Appellate Proceedings

May 8, 2018

Matter: 15257497-000024
Invoice No.: 2008599

| Date | Description | | | | Amount |
|------|-------------|--|--|--|--------|
| | | | | SUBTOTAL | 21.40 |
| | Print/Copies BW | | | | 72.40 |
| | | | | SUBTOTAL | 72.40 |
| | Total Disbursements | | | | $598.80 |
| | Fee Total | $ | 1,115.00 | | |
| | Disbursement Total | $ | 598.80 | | |
| | Invoice Total | $ | 1,713.80 | | |

4

**DENTONS**

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 06/12/17 | 1900475 | 51,599.50 | (1,717.50) | 49,882.00 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | (326.10) | 13,466.50 |
| 10/17/17 | 1942385 | 36,077.32 | (442.82) | 35,634.50 |
| 11/13/17 | 1951655 | 22,102.50 | (119.50) | 21,983.00 |
| 12/12/17 | 1963224 | 13,599.50 | 0.00 | 13,599.50 |
| 01/24/18 | 1975029 | 9,913.40 | 0.00 | 9,913.40 |
| 02/28/18 | 1982231 | 15,772.90 | 0.00 | 15,772.90 |
| 03/20/18 | 1992991 | 233.22 | 0.00 | 233.22 |
| 04/13/18 | 2001451 | 3,089.30 | 0.00 | 3,089.30 |
| 05/08/18 | 2008599 | 1,713.80 | 0.00 | 1,713.80 |

Total Outstanding Invoices                    $225,022.62

Credits On Account                    $48.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

---

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008600**

Client/Matter: 15257497-000025

Weiner Parties Related Litigation

Payment Due Upon Receipt

Total This Invoice                                   $        15,751.70

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

**Invoice No. 2008600**

Client/Matter:  15257497-000025

Weiner Parties Related Litigation

For Professional Services Rendered through April 30, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/2/18 | S. Maizel | 0.50 | Review and respond to Committee email re Weiner settlement (.4); telephone conference with A. Sherman re same (.1). |
| 4/4/18 | J.A. Moe, II | 0.10 | Review Brian Walton's E-Mail on negotiations over and terms of a settlement with the Committee and the Weiner Parties. |
| 4/5/18 | J.A. Moe, II | 0.20 | Review and analyze the original proposal and revised proposal on settlement. |
| 4/5/18 | S. Maizel | 0.50 | Email to John Moe re Committee proposal re Weiner settlement. |
| 4/5/18 | S. Maizel | 1.00 | Analysis of committee proposal re Weiner settlement. |
| 4/6/18 | S. Maizel | 0.70 | Review and comment on committee proposal re Weiner settlement (.6); email to Brian Walton re same (.1). |
| 4/6/18 | S. Maizel | 0.10 | Office conference with J. Moe re Committee settlement proposal. |
| 4/7/18 | S. Maizel | 0.50 | Telephone conference with B. Walton re Committee proposal vis-a-vis Weiner Parties settlement. |
| 4/8/18 | S. Maizel | 0.50 | Email to Andrew Sherman re Committee proposal vis-à-vis Weiner Parties settlement. |
| 4/9/18 | S. Maizel | 0.40 | Telephone conference with A. Sherman re Weiner settlement proposal. |
| 4/9/18 | S. Maizel | 1.00 | Revise and return draft term sheet to Committee counsel re Weiner settlement (.7); email to Committee counsel re same (.3). |
| 4/9/18 | J.A. Moe, II | 0.20 | Review exchanges of separate sets of E-Mails with Brian Walton and David Herskovitz, with Gary Klausner and with Andrew Sherman, on terms and conditions of a settlement in regard to the Weiner Parties, a Plan and the Case. |
| 4/9/18 | J.A. Moe, II | 0.30 | Review alternating drafts of a Settlement Term Sheet,  then annotate with issues and highlight the latest Term Sheet from the Committee, on settlement with the Weiner Parties,  a Plan and the Case. |

Weiner Parties Related Litigation

May 8, 2018

Matter: 15257497-000025
Invoice No.: 2008600

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/9/18 | K.M. Howard | 0.20 | Analysis of Creditors Committee's Objection to Assigning the Standing Motion, Compromise Motion and the Discovery Motion to Judge Zive. |
| 4/12/18 | S. Maizel | 0.40 | Email to Board re negotiations with Committee over Weiner settlement (.1); review and respond to emails with Committee counsel re Weiner settlement (.3). |
| 4/13/18 | S. Maizel | 0.10 | Review and respond to emails from G. Klausner re Weiner settlement. |
| 4/16/18 | S. Maizel | 0.50 | Review and respond to emails re status of Weiner settlement. |
| 4/17/18 | S. Maizel | 0.30 | Review and respond to order appointing Judge Bluebond to hear Weiner 9019 motion. |
| 4/17/18 | J.A. Moe, II | 0.10 | Review multiple E-Mails to and from Andrew Sherman, with terms and revised terms, of a settlement by and between the Debtor and the Creditors Committee. |
| 4/17/18 | K.M. Howard | 0.10 | Prepared communication regarding the assignment of the three subject motions to Judge Bluebond. |
| 4/18/18 | K.M. Howard | 0.70 | Reviewed communication from the US Bankruptcy Court's Noticing Center and reviewed attached voluminous chart of creditors needing new addresses. |
| 4/18/18 | J.A. Moe, II | 0.40 | Telephone calls to the Courtroom Deputy and telephone calls to and multiple calls returned from/with Clerk, on setting date and procedures for Notice of Status Conference on three pending Motions. |
| 4/18/18 | J.A. Moe, II | 0.30 | Exchange multiple E-Mails with Andrew Sherman on scheduling a Status Conference; exchange multiple internal E-Mails on Conference, settlement and whether Committee wants the Bankruptcy Case to move forward to a Plan. |
| 4/18/18 | S. Maizel | 0.20 | Telephone conference with A. Sherman re Weiner settlement. |
| 4/18/18 | J.A. Moe, II | 0.10 | Telephone call returned to Boris Mankovetskiy on permission to contact Judge Bluebond's Clerk to obtain hearing on April 25th. |
| 4/18/18 | J.A. Moe, II | 0.10 | Oversee preparation of the Notice of the Status Conference and review Notice to be filed (if Judge Bluebond permits the hearing to proceed on the 25th). |
| 4/18/18 | S. Maizel | 0.10 | Review and respond to emails re conference call with Judge Bluebond's Chambers re status conference. |
| 4/18/18 | K.M. Howard | 0.40 | Drafted Notice of Assigning Three Motions to Judge Bluebond and Notice of Status Conference. |

Weiner Parties Related Litigation

May 8, 2018

Matter: 15257497-000025
Invoice No.: 2008600

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/18/18 | K.M. Howard | 0.20 | Reviewed and revised Notice of Assigning Three Motions to Judge Bluebond and Notice of Status Conference. |
| 4/19/18 | S. Maizel | 0.20 | Review and respond to emails re Weiner settlement. |
| 4/19/18 | K.M. Howard | 4.70 | Researched and located new addresses for voluminous creditors in conjunction with service of Court Recusal Order and drafted corrected chart of creditor addresses for the Court. |
| 4/20/18 | K.M. Howard | 3.40 | Researched and located new addresses for voluminous creditors in conjunction with service of Court Recusal Order and drafted corrected chart of creditor addresses for the Court. |
| 4/20/18 | K.M. Howard | 1.30 | Reviewed and revised corrected chart of creditor addresses for the Court, cross-referenced to NEF notification requests and service list (1.2) and prepared communication regarding same (.1). |
| 4/20/18 | K.M. Howard | 0.20 | Telephone conference with Judge Robles' clerk regarding the Notice of Assigning Three Motion to Judge Bluebond and Notice of Status Conference. |
| 4/20/18 | K.M. Howard | 0.40 | Drafted Amended Notice of Assigning Three Motion to Judge Bluebond and Notice of Status Conference (.3) and coordinated filing of same (.1). |
| 4/23/18 | S. Maizel | 0.70 | Telephone conference with G. Klausner re status conference on Weiner settlement (x2)(.4); telephone conference with A. Sherman re Weiner status conference and settlement (.2); emails with A. Sherman re same (.1). |
| 4/23/18 | S. Maizel | 0.50 | Review status of various motions in preparation for status conference on Weiner settlement. |
| 4/23/18 | J.A. Moe, II | 0.20 | Conference call with Andrew Sherman on proceeding with hearing on April 25th and status of the settlement;  preparation for the hearing (by telephonic appearance) on April 25th. |
| 4/23/18 | J.A. Moe, II | 0.20 | Exchange E-Mails on Judge Bluebond setting Status Conference on April 25th (while obtaining the procedures for a telephonic appearance); E-Mail on telephonic appearance. |
| 4/23/18 | J.A. Moe, II | 0.30 | For Boris Mankovetskiy: Review the procedures for a telephonic appearance; confirm information on the Clerk;  prepare E-Mail to Mr. Mankovetskiy on a telephonic appearance (with suggestion on how to comply with requirements). |
| 4/23/18 | K.M. Howard | 0.80 | Further analysis of parties served with Recusal Order to determine if additional entities needed service. |
| 4/23/18 | K.M. Howard | 0.70 | Prepared service of remaining entities to be served with Recusal Order and finalized same. |

4

Weiner Parties Related Litigation

May 8, 2018

Matter: 15257497-000025
Invoice No.: 2008600

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/24/18 | S. Maizel | 0.50 | Review and respond to draft of stipulation with Committee re Weiner settlement. |
| 4/24/18 | S. Maizel | 0.40 | Prepare for status conference re Weiner settlement (.3); telephone conference with G. Klausner re same (.1). |
| 4/24/18 | K.M. Howard | 0.70 | Analysis of pleadings culled for upcoming Status Conference and drafted Index for inclusion into Status Conference Binders. |
| 4/25/18 | S. Maizel | 1.20 | Telephone conference with G. Klausner re status conference on Weiner settlements (.1); attend status conference (1.1). |
| 4/25/18 | S. Maizel | 0.40 | Review and revise stipulation with Committee re Weiner settlement. |
| 4/25/18 | K.M. Howard | 0.20 | Prepared communications regarding Judge Bluebond's ruling at the April 25th Status Conference. |
| 4/25/18 | J.A. Moe, II | 1.40 | Attend telephonic Status Conference before Judge Bluebond, on three pending Motions, reporting on likely settlement of the Case. |
| 4/25/18 | J.A. Moe, II | 0.20 | In regard to settlement:  Identify and provide the names of the Ordinary  Course Professionals to Boris Mankovetskiy in response to the Mr. Mankovetskiy's request on Professionals to be included in the Settlement Stipulation. |
| 4/25/18 | J.A. Moe, II | 0.20 | Prepare a form Memorandum (to be completed for each OCP) on the amount due and payable to each such Professional, and the amount of the discount, in regard to the Settlement Stipulation. |
| 4/26/18 | S. Maizel | 0.40 | Telephone conference with Boris M. re Stipulation and other issues(.3); Telephone conference J. Moe re same (.1). |
| 4/26/18 | S. Maizel | 0.80 | Review and respond to emails re stipulation with Committee counsel. |
| 4/27/18 | S. Maizel | 0.50 | Revising stipulation re Committee objection to Weiner settlement. |
| 4/27/18 | K.M. Howard | 0.20 | Analysis of Judge Bluebond's Notice of Continued Hearing regarding the Compromise, Standing and Discovery Motions and culled hearing and deadline information. |
| 4/27/18 | S. Maizel | 0.50 | Review materials re Weiner settlement. |
| 4/30/18 | K.M. Howard | 0.20 | Analysis of communication regarding the circulation of the Weiner Settlement Stipulation to the Ordinary Course Professionals (.1) and reviewed attached Stipulation (.1). |

Weiner Parties Related Litigation

May 8, 2018

Matter: 15257497-000025
Invoice No.: 2008600

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/30/18 | K.M. Howard | 0.10 | Reviewed communication regarding background information on communications with Ordinary Course Professionals concerning the Settlement Stipulation. |
| 4/30/18 | S. Maizel | 0.50 | Review and respond to emails re Weiner settlement and stipulation with Committee re same. |
| 4/30/18 | S. Maizel | 0.20 | Emails re obtaining signatures on stipulation with committee. |
| 4/30/18 | S. Maizel | 0.60 | Revising stipulation with committee re Weiner settlement. |
| 4/30/18 | J.A. Moe, II | 0.20 | Exchange multiple E-Mails with Gary Klausner on status of and transmitting to Mr. Klausner two versions of the Settlement Agreement with the Weiner Parties. |

Total Hours                               33.20

Fee Amount                                                          $15,750.00


## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 14.20 | $9,230.00 |
| J.A. Moe, II | $595.00 | 4.50 | $2,677.50 |
| K.M. Howard | $265.00 | 14.50 | $3,842.50 |
| Totals | | 33.20 | $15,750.00 |

Weiner Parties Related Litigation

May 8, 2018

Matter: 15257497-000025
Invoice No.: 2008600

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/5/2018 | Outside Professional Services PACER - INVOICE # 2637538-Q12018 - DATE 04/05/2018 | | 1.70 |
| | | SUBTOTAL | 1.70 |
| | Total Disbursements | | $1.70 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 15,750.00 | |
| Disbursement Total | $ | 1.70 | |
| Invoice Total | $ | 15,751.70 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

May 8, 2018

Client/Matter #: 15257497-000025

Weiner Parties Related Litigation

Statement of Account

According to our records, as of May 8, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 03/20/18 | 1992989 | 74,903.50 | 0.00 | 74,903.50 |
| 04/13/18 | 2001452 | 34,967.50 | 0.00 | 34,967.50 |
| 05/08/18 | 2008600 | 15,751.70 | 0.00 | 15,751.70 |
| | | Total Outstanding Invoices | | $125,622.70 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): ***Dentons US LLP's Twenty-First Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of April 2018,*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

***SEE ATTACHED SERVICE LIST NO. 1***

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date* ) May 25, 2018, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST NO. 2.**

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 25, 2018, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 25, 2018 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

## SERVICE LIST

2

*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

3

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

4

5

**Anthony R. Bisconti** on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

6

**Karl E Block** on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

7

**Manuel A. Boigues** - bankruptcycourtnotices@unioncounsel.net

8

**Bruce M Bunch** on behalf of Creditor Doug Sunstedt
pam@bunchlawyers.com

9

**Louis J Cisz, III** on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

10

**Dawn M Coulson** on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

11

12

**Richard K Diamond** - rdiamond@dgdk.com; DanningGill@gmail.com;
rdiamond@ecf.inforuptcy.com

13

**W. Jeffrey Fulton** - jeff@jefffultonlaw.com, yvonne@jeffultonlaw.com

14

**Barry S. Glaser** on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

15

16

**Jeffrey I Golden** on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

17

**Rhonda S. Goldstein** on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

18

**M. Jonathan Hayes**  jhayes@srhlawfirm.com; roksana@srhlawfirm.com;
matthew@srhlawfirm.com; rosarioz@srhlawfirm.com; jfisher@srhlawfirm.com;
mariasrhlawfirm.com; jhayesecf@gmail.com

19

20

**Lawrence J. Hilton** on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com;
crodriguez@onellp.com

21

22

**David Jacobs** on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

23

24

**Ivan L Kallick** on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

25

**Eve H Karasik** on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

26

**Steven J. Katzman** on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

27

28

**Talin Keshishian** - tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Gary E Klausner** on behalf of Creditor Roxbury Healthcare Services, LLC
and on behalf of Creditor Sycamore Health Care Services, LLC; gek@lnbyb.com

**Stuart I. Koenig** on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

**Dare Law** on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

**Elan S. Levey** on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

**Wendy A Loo** on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

**Stephen A Madoni** on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howa**rd N Madris** on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

**Boris I. Mankovetskiy** on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

Ama**nda L Marutzky** on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

**David W. Meadows** on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

**Reed M. Mercado** - rmercado@sheppardmullin.com

**Benjamin Nachimson** on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

**Steven G. Polard** on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@eisnerlaw.com, lcorrales@eisnerlaw.com

**Amelia Puertas-Smara** - itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

**Kurt Ramlo** on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

**Paul F Ready** - tamara@farmerandready.com

**David M Reeder** on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

**J. Alexandra Rhim** on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

**Mary H Rose** on behalf of Creditor Promise Gardens Lending Company, Inc. and
Promise Hospital of East Los Angeles, L.P.; mrose@buchalter.com,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

1

***SERVICE LIST (cont'd)***
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

2

3    **Daniel Robert Schimizzi** on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com; cwirick@bernsteinlaw.com

4

**George E Schulman** - GSchulman@DGDK.com; danningGill@gmail.com;
5    gschulman@ecf.inforuptcy.com

6    **Andrew H. Sherman** on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

7    **Roman Shkodnik** - roman@yeremianlaw.com

8    **Leonard M Shulman** on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

9

**Gerald N Sims** on behalf of Creditor BETA Risk Management Authority
10    jerrys@psdslaw.com, bonniec@psdslaw.com

11    **Alan Stomel** on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

12    **Tiffany Strelow Cobb** on behalf of Creditor Nuance Communications, Inc.
13    tscobb@vorys.com

14    **Wayne R Terry** on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

15    **Gary F Torrell** on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

16

**Leslie A Tos** - Ltos@farmerandready.com, smeyer@farmerandready.com

17    **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

18    **Anne A. Uyeda** - auyeda@bmkattorneys.com, admin@bmkattorneys.com

19    **Kenneth K. Wang** on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

20

**Johnny White** on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
21    JWhite@wrslawyers.com, aparisi@wrslawyers.com

22    **Hatty K Yip** on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

## TO BE SERVED BY U.S. MAIL:

| *Regulatory Agencies* | |
|---|---|
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Office: (916) 445-9555 | Wendi A. Horwitz<br>Deputy Attorney General<br>Tania Ibanez<br>James Toma<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office: (213) 897-2178<br>wendi.horwitz@doj.ca.gov<br>tania.ibanez@doj.ca.gov<br>james.toma@doj.ca.gov |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 |

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211<br>eweisson@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office: (619) 940-0553 Ext. 3<br>Fax: (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office: (202) 785-9100<br>Fax: (202) 785-9163<br>[Counsel for Cerner Health Services] | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn: Pioneer Carson Corp., General Partner<br>        Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA 18101 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA 90503 |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Blvd.<br>City of Industry CA 91744<br>Office: 626-677-6488<br>grace@meiguorealty.com | Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aerojet Avenue #323<br>El Monte, CA 91731<br>Office: 626/569-3724<br>Fax: 626/927-9842 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA 90057<br>310.701.1665 | Aaron L. Durall<br>Durall Capital Holdings<br>8411 W. Oakland Park Blvd., Suite 302<br>Sunrise, FL 33351-7357 |
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C. 20032<br>Office: (202) 574-5700 | Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Blvd., Ste. 302<br>Los Angeles, CA 90010 |
| Kansas State Bank of Manhattan<br>c/o Stephen Biegenzahn<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA 90067 | Blue Cross Blue Shield of Michigan<br>John P. Desmond<br>Dickinson Wright PLLC<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>Tel: 775.343.7500<br>Fax: 844.670.6009<br>E-mail: jdesmond@dickinsonwright.com |
| **Creditor's Committee** | |
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office: (614) 533-3125<br>Email: rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office: (415) 227-3585<br>Email: rzadek@buchalter.com |
| | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3