SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:      (213) 623-9300
Facsimile:      (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] | Chapter 11 |
| Debtor. | **DENTONS US LLP'S TWENTY-SECOND MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 2018** |
| | [No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1.    Dentons US LLP (the "Firm") submits its Twenty-Second Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of May 2018 (the "Application Period") for work performed for Gardens Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully represents as follows.

2.    The Firm is counsel of record  to Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center.  The Firm hereby applies to the Court for

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    The Firm billed a total of **$66,948.65** in fees and expenses during the Application Period.  The total fees represent **136.8** hours expended during the period covered by this Application.  These fees and expenses break down as:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| **May 2018** | **$66,320.00** | **$628.65** | **$66,948.65** |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of **$53,684.65** at this time.  This total is comprised of **$53,056.00** (80% of the fees for services rendered) plus **$628.65** (100% of the expenses incurred).

5.    As of August 9, 2017, the Firm has been paid $50,000.00 out of the prepetition retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00, and in February 2017 the Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00 for a total of $1,425,000.00.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $  61,671.13 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ -0- | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ -0- | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ -0- | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ -0- | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ -0- | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ -0- | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ -0- | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $ -0- | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-Second (May 2018) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$1,425,000.00** | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108363163\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6.    To date, the Firm has incurred the following in fees (80%) and costs (100%):

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ 74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ 103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ 73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ 139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ 85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ 92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ 54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ 54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ 94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ 75,013.85 | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ 81,541.65 | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $ 112,603.84 | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ 107,002.92 | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ 60,120.20 | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $ 31,857.95 | 80% of fees and 100% of expenses |
| Twenty-Second (May 2018) | $ 53,684.65 | 80% of fees and 100% of expenses |
| **Subtotal of fees/costs** | **$2,820,865.05** | 80% of fees and 100% of expenses |
| **Debtor's payments to the Firm** | **($1,425,000.00)** | |
| **Total Owed to the Firm to Date** | **$1,395,865.05** | 80% of fees and 100% of expenses |

7.    The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257]. The Debtor was authorized to pay, and paid Dentons $375,000.00.

8.    The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens. The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court. The Debtor has placed in a segregated account[2] the amounts necessary to pay in full the remaining Secured Creditors. After payment of the DIP lender, payment of secured creditors and reserving funds for additional secured

---

[2] The Debtor, the Creditors Committee and the remaining secured creditors have reached an agreement that resolves those claims which will release the funds in the segregated account to the Estate.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1   creditors, the Debtor holds funds in excess of that necessary to pay the remaining secured creditors,

2   and therefore, the Debtor, as set forth in paragraph 5 above, paid in December 2017, a portion of the

3   professional fees in accordance with the Professionals' Monthly Fee Applications.

4        9.    Attached hereto as **Exhibit "A"** is the name of each professional who performed

5   services in connection with this case during the period covered by this Application and the hourly rate

6   for each such professional.  Attached hereto as **Exhibit "B"** are the detailed time and expense

7   statements for the Application Period.  Attached hereto as **Exhibit "C"** are Dentons' May 2018

8   billing statements.

9        10.    The Firm has served a copy of this Application on the Office of the United States

10  Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and

11  counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case.

12  The Application was served by either ECF of by first class mail, postage prepaid, on or about

13  November 9, 2017.

14       11.    Notice of the filing of this Application will be served on the foregoing parties as well

15  as any party who has requested special notice in this chapter 11 case.

16       12.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered

17  on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment

18  requested herein without a further hearing or order of this Court unless an objection to this

19  Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days

20  after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is

21  authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further

22  order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in

23  the Application and 100% of the uncontested expenses without further order of the Court.

24       13.    The interim compensation and reimbursement of expenses sought in this Application

25  is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the

26  expenses incurred for the totality of the services rendered in this case.  Any interim fees or

27  reimbursement of expenses approved by this Court and received by the Firm (along with any retainer)

28  will be credited against such final fees and expenses as may be allowed by this Court.

1    **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm

2    as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

3    *Fee Procedures*.

4

5    Dated:  June 26, 2018                                DENTONS US LLP
                                                        SAMUEL R. MAIZEL
6                                                       JOHN A. MOE, II

7
                                                        BY:____/s/*John A. Moe, II*_____
8                                                           JOHN A. MOE, II

9                                                       ATTORNEYS FOR DEBTOR,
                                                        GARDENS REGIONAL HOSPITAL AND
10                                                      MEDICAL CENTER, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# EXHIBIT A

## DENTONS' PROFESSIONALS

## EXHIBIT A

### DENTONS' PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| John A. Moe II | Partner | $595.00 |
| T. Moyron | Counsel | $550.00 |
| Ahmed R. Jinnah | Associate | $395.00 |
| Kathryn M. Howard | Paralegal | $265.00 |

# EXHIBIT B

# TIME AND EXPENSE STATEMENT

## EXHIBIT B

### TIME AND EXPENSE STATEMENTS

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Administration | 000003 | 1.7 | $450.00 | $ .80 |
| Avoidance Action Analysis | 000007 | .2 | $119.00 | $ -0- |
| Business Operations | 000008 | 4.0 | $2,451.50 | $ -0- |
| Claims Administration and Objections | 000009 | 5.6 | $1,748.00 | $ -0- |
| Employment and Fee Applications | 000012 | 10.6 | $3,172.00 | $40.00 |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 4.2 | $2,411.00 | $234.85 |
| Non-Working Travel | 000017 | .8 | $476.00 | $ -0- |
| Plan & Disclosure Statement | 000018 | 50.3 | $27,195.00 | $ -0- |
| Relief from Stay and Adequate Protection | 000020 | .3 | $79.50 | $ -0- |
| Reporting | 000021 | 3.6 | $954.00 | $60.00 |
| Appellate Proceedings | 000024 | 3.3 | $1,523.50 | $238.00 |
| Weiner Parties Related Litigation | 000025 | 52.2 | $25,740.50 | $55.00 |
| **TOTAL** | | **136.8** | **$66,320.00** | **$628.65** |

108361733\V-1

# **EXHIBIT C**

# **DENTONS' BILLING STATEMENTS**



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024428**

Client/Matter: 15257497-000003

Administration

Payment Due Upon Receipt

Total This Invoice                                              $        451.30

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024428**

Client/Matter:  15257497-000003

Administration

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/02/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum to reflect newly set hearing dates by the Court. |
| 05/04/18 | K.M. Howard | 0.90 | 238.50 | Attention to organization of incorporation of voluminous returned mail from the Court's notice of hearings before Judge Bluebond. |
| 05/11/18 | K.M. Howard | 0.10 | 26.50 | Analysis of Request for Special Noticed filed by Creditor Blue Cross Blue Shield of Michigan. |
| 05/18/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Critical Dates Memorandum. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.70 | | |
| Fee Amount | | | | $450.50 |

DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Print/Copies BW | | 0.80 |
| | | SUBTOTAL | 0.80 |
| | Total Disbursements | | $0.80 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 450.50 | |
| Disbursement Total | $ | 0.80 | |
| Invoice Total | $ | 451.30 | |

2



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000003

Administration

---

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853806 | 16,047.76 | (3,200.76) | 12,847.00 |
| 02/22/17 | 1865380 | 18,194.56 | (719.56) | 17,475.00 |
| 03/10/17 | 1870857 | 16,992.16 | (2,415.66) | 14,576.50 |
| 04/19/17 | 1883594 | 13,483.40 | (2,546.90) | 10,936.50 |
| 05/24/17 | 1895394 | 2,879.40 | (61.40) | 2,818.00 |
| 06/12/17 | 1900377 | 9,668.50 | (1,424.00) | 8,244.50 |
| 07/11/17 | 1907884 | 12,561.60 | (1,566.60) | 10,995.00 |
| 08/14/17 | 1920731 | 6,956.35 | (117.35) | 6,839.00 |
| 09/14/17 | 1930404 | 4,758.50 | (1,389.00) | 3,369.50 |
| 10/17/17 | 1942300 | 860.00 | (38.50) | 821.50 |
| 11/13/17 | 1951532 | 1,378.50 | 0.00 | 1,378.50 |
| 12/12/17 | 1963211 | 2,404.00 | 0.00 | 2,404.00 |
| 01/24/18 | 1974760 | 2,854.60 | 0.00 | 2,854.60 |
| 02/28/18 | 1982222 | 758.70 | 0.00 | 758.70 |
| 03/20/18 | 1992982 | 1,391.19 | 0.00 | 1,391.19 |
| 05/08/18 | 2008587 | 1,957.30 | 0.00 | 1,957.30 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000003

Administration

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 06/18/18 | 2024428 | 451.30 | 0.00 | 451.30 |
| | | Total Outstanding Invoices | | $100,118.09 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024450**

Client/Matter: 15257497-000007

Avoidance Action Analysis

Payment Due Upon Receipt

Total This Invoice                                    $          119.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024450**

Client/Matter:  15257497-000007

Avoidance Action Analysis

For Professional Services Rendered through May 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 05/04/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call from Stan Otake on contact with Jeff Goldman and necessity to postpone meeting because no response (and review of the analysis of the Nuance Claim and status on List of Administrative Claims). |
| 05/14/18 | J.A. Moe, II | 0.10 | 59.50 | [Preferences] Telephone call with Stan Otake on working with Jeffrey Golden on preference analysis and whether now to assemble copies of cancelled checks for Mr. Golden. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.20 | |
| Fee Amount | | | $119.00 |

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| J.A. Moe, II | $595.00 | <u>0.20</u> | <u>$119.00</u> |
| Totals | | 0.20 | $119.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 119.00 | |
| Invoice Total | <u>$</u> | <u>119.00</u> | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR·Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000007

Avoidance Action Analysis

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 04/13/18 | 2001435 | 1,311.00 | 0.00 | 1,311.00 |
| 05/08/18 | 2008589 | 2,117.50 | 0.00 | 2,117.50 |
| 06/18/18 | 2024450 | 119.00 | 0.00 | 119.00 |
| | | Total Outstanding Invoices | | $3,547.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024515**

Client/Matter: 15257497-000008

Business Operations

Payment Due Upon Receipt

Total This Invoice                                    $          2,451.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024515**

Client/Matter:   15257497-000008

Business Operations

---

For Professional Services Rendered through May 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 05/22/18 | J.A. Moe, II | 0.20 | 119.00 | [Medical Records] Telephone call from Attorney Andra Vaccaro on access to Medical Records; review voice mail message; exchange E-Mails with David Herskovitz and Stan Otake on access to and status of the records. |
| 05/22/18 | J.A. Moe, II | 0.20 | 119.00 | Review the E-Mail from David Herskovitz and letter from the CDPH;  telephone call to Mr. Herskovitz and telephone call with Stan Otake on explanation for letter; exchange multiple E-Mails with Brian Walton, David Herskovitz and Stan Otake on issue of payment for License. |
| 05/22/18 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re daily cash report and payment to Red Cross. |
| 05/22/18 | S. Maizel | 0.50 | 325.00 | Review and respond to correspondence from DCPH re licensing. |
| 05/22/18 | S. Maizel | 0.40 | 260.00 | Review and respond to emails re access to medical records and status of medical records. |
| 05/22/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re QAF payment. |
| 05/22/18 | J.A. Moe, II | 0.20 | 119.00 | [License]  Telephone call returned from David Herskovitz on issue of obtaining  payment of the License and stopping the CDPH taking action to collect the amount due. |
| 05/23/18 | J.A. Moe, II | 0.70 | 416.50 | [License]  Review again the CDPH Letter and prepare draft of letter in response, also assembling the documents on the sale to American Specialty Development  and the Order approving that sale. |
| 05/23/18 | J.A. Moe, II | 0.20 | 119.00 | [License] Telephone calls with Stan Otake on the payment allegedly due the CDPH and the payment delivered to the CDPH by Manpreet Singh. |

2

Business Operations

June 18, 2018

Matter: 15257497-000008
Invoice No.: 2024515

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/23/18 | J.A. Moe, II | 0.60 | 357.00 | [License] Review the Asset Purchase Agreement (and Exhibit 2.1) and the Interim Management Agreement, also looking at the Leaseback Agreement and the Amendment to the APA, on ASMG's obligations to pay License Fee. |
| 05/23/18 | J.A. Moe, II | 0.20 | 119.00 | [License] Consider the License issue and prepare Memorandum on ASMG payment of the License Fee. |
| 05/23/18 | J.A. Moe, II | 0.10 | 59.50 | [License] Telephone call to David Herskovitz on updated conclusions on what occurred in connection with the License Renewal Fee (and a Change Of Ownership Fee) for the Hospital and ASMG's obligation to pay such fee. |
| 05/24/18 | J.A. Moe, II | 0.20 | 119.00 | [License] Telephone call to Stan Otake on status of responding to the CDPH Letter on the License; E-Mail to David Herskovitz and Brian Walton, and telephone call with Mr. Herskovitz, on Dr. Singh meeting with the CDPH on May 25th. |
| 05/29/18 | J.A. Moe, II | 0.10 | 59.50 | [License] Telephone call to Stan Otake on Dr. Singh meeting with the CDPH on May 25th. |

| | | | |
|---|---|---|---|
| Total Hours | 4.00 | | |
| Fee Amount | | | $2,451.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 1.30 | $845.00 |
| J.A. Moe, II | $595.00 | 2.70 | $1,606.50 |
| Totals | | 4.00 | $2,451.50 |

| | | |
|---|---|---|
| Fee Total | $ | 2,451.50 |
| Invoice Total | $ | 2,451.50 |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000008

Business Operations

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853833 | 3,359.50 | 0.00 | 3,359.50 |
| 02/22/17 | 1865393 | 15,699.50 | (8.00) | 15,691.50 |
| 03/10/17 | 1870827 | 8,342.50 | 0.00 | 8,342.50 |
| 04/19/17 | 1883614 | 3,109.00 | (15.00) | 3,094.00 |
| 05/24/17 | 1895410 | 2,634.50 | 0.00 | 2,634.50 |
| 06/12/17 | 1900402 | 2,825.00 | 0.00 | 2,825.00 |
| 07/11/17 | 1907888 | 3,510.50 | 0.00 | 3,510.50 |
| 08/14/17 | 1920734 | 2,840.50 | 0.00 | 2,840.50 |
| 09/14/17 | 1930408 | 914.50 | 0.00 | 914.50 |
| 10/17/17 | 1942304 | 416.50 | 0.00 | 416.50 |
| 11/13/17 | 1951542 | 1,547.00 | 0.00 | 1,547.00 |
| 02/28/18 | 1982223 | 1,163.50 | 0.00 | 1,163.50 |
| 03/20/18 | 1992983 | 600.50 | 0.00 | 600.50 |
| 04/13/18 | 2001441 | 238.00 | 0.00 | 238.00 |
| 05/08/18 | 2008590 | 1,683.50 | 0.00 | 1,683.50 |
| 06/18/18 | 2024515 | 2,451.50 | 0.00 | 2,451.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000008

Business Operations

Total Outstanding Invoices                     $51,313.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Invoice No. 2024516

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                                          $          1,748.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024516**

Client/Matter:  15257497-000009

Claims Administration and Objections

---

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/14/18 | J.A. Moe, II | 0.20 | 119.00 | [Fuji Film]  Exchange E-Mails with Talin Keshishian on the Fuji Administrative Claim; telephone call from Ms. Keshishian reviewing recent history of the case, likely Plan and ability to get paid now at a discount. |
| 05/14/18 | J.A. Moe, II | 0.10 | 59.50 | [Fuji Film]  Review Administrative Claim received from Talin Keshishian; compare amount in Claim to amount on Karen Nimniyom's List Of Administrative Claims; transmit Proof Of Claim to Karen Nimniyom for review. |
| 05/16/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call from Claimant representative Wally Mohammed on status of the  Case, the resolution of the last set of "secured" claims and the expected filing of a proposed Plan and Disclosure Statement, and currently expected very small distribution to unsecured claimants. |
| 05/22/18 | K.M. Howard | 0.10 | 26.50 | Analysis of communications regarding the settlement of the American Red Cross claim. |
| 05/22/18 | K.M. Howard | 0.40 | 106.00 | Reviewed filed secured proofs of claim and culled information for inclusion into secured claims charts. |
| 05/23/18 | K.M. Howard | 0.70 | 185.50 | Analysis of Prepetition Nonpriority Claims Registry to determine if any portion was secured and cross-referenced to various proof of claim charts. |
| 05/23/18 | K.M. Howard | 0.20 | 53.00 | Brief analysis of claims filed by tax entities to further determine priority and nonpriority. |
| 05/23/18 | K.M. Howard | 0.30 | 79.50 | Brief analysis of prepetition nonpriority claims filed by vendors. |
| 05/23/18 | K.M. Howard | 0.40 | 106.00 | Brief analysis of all claims filed by tort claimants and cross-referenced to chart reflecting same. |

Claims Administration and Objections

June 18, 2018

Matter: 15257497-000009
Invoice No.: 2024516

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/23/18 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised Master Proof of Claim chart. |
| 05/23/18 | K.M. Howard | 0.60 | 159.00 | Further analysis of secured proofs of claim and drafted chart reflecting secured claims filed by vendors. |
| 05/23/18 | J.A. Moe, II | 0.10 | 59.50 | [American Red Cross] Exchange multiple E-Mails with Stan Otake on substantial reduction of the Administrative Claim. |
| 05/23/18 | J.A. Moe, II | 0.10 | 59.50 | [Olympus] Telephone call returned to David Meadows on apparent fact Olympus no longer has a secured Claim. |
| 05/24/18 | J.A. Moe, II | 0.10 | 59.50 | Olympus] Exchange E-Mails with Attorney David Meadows -on whether Olympus has a secured Claim. |
| 05/24/18 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen/Intuitive] Telephone call to Attorney Alexandra Rhim on Status of Claim; return call to Ms. Rhim (on May 29th) on Claim |
| 05/24/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Dentons' Monthly Fee Application for April 2018 to reflect language pertaining to payment of the secured creditors. |
| 05/29/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Chart reflecting prepetition secured proofs of claim filed by vendors. |
| 05/30/18 | K.M. Howard | 0.20 | 53.00 | Researched all proofs of claim filed by DeLage Landen Financial Services, Inc. and culled same. |
| 05/30/18 | K.M. Howard | 0.60 | 159.00 | Analysis of DeLage Landen's Amended Proof of Claim contending the claim is still secured although the property was returned (.4) and prepared draft response to counsel for DeLage regarding the secured debt (.2). |
| 05/31/18 | K.M. Howard | 0.10 | 26.50 | Analysis of Alexandra Rhim's communication regarding the status of DeLage Landen's claim against the hospital. |

Total Hours                        5.60

Fee Amount                                                    $1,748.00

Claims Administration and Objections

June 18, 2018

Matter: 15257497-000009
Invoice No.: 2024516

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 0.80 | $476.00 |
| K.M. Howard | $265.00 | 4.80 | $1,272.00 |
| Totals | | 5.60 | $1,748.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,748.00 |
| Invoice Total | $ | 1,748.00 |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 12/13/16 | 1846099 | 66,642.19 | (8,110.51) | 58,531.68 |
| 01/19/17 | 1853835 | 25,842.00 | (1,113.50) | 24,728.50 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | (259.30) | 2,576.50 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | (2.60) | 854.00 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |
| 12/12/17 | 1963212 | 6,038.50 | 0.00 | 6,038.50 |
| 01/24/18 | 1974750 | 7,411.50 | 0.00 | 7,411.50 |
| 02/28/18 | 1982224 | 4,436.00 | 0.00 | 4,436.00 |
| 03/20/18 | 1992984 | 4,853.00 | 0.00 | 4,853.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001444 | 4,909.50 | 0.00 | 4,909.50 |
| 05/08/18 | 2008592 | 4,576.50 | 0.00 | 4,576.50 |
| 06/18/18 | 2024516 | 1,748.00 | 0.00 | 1,748.00 |
| | | Total Outstanding Invoices | | $138,058.18 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024517**

Client/Matter: 15257497-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                           $          3,212.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024517**

Client/Matter:  15257497-000012

Employment and Fee Applications

For Professional Services Rendered through May 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 05/03/18 | K.M. Howard | 0.30 | 79.50 | Analysis of March 2018 fee application filed by Sills Cummis and culled information for inclusion into Notice of Twentieth Monthly Fee Applications. |
| 05/03/18 | K.M. Howard | 0.30 | 79.50 | Analysis of March 2018 fee application filed by Bienert Miller and culled information for inclusion into Notice of Twentieth Monthly Fee Applications. |
| 05/03/18 | K.M. Howard | 0.30 | 79.50 | Analysis of March 2018 fee application filed by Dentons US LLP and culled information for inclusion into Notice of Twentieth Monthly Fee Applications. |
| 05/03/18 | K.M. Howard | 0.70 | 185.50 | Reviewed underlying data and drafted Notice of Twentieth Monthly Fee Applications of Dentons, Sills Cummis and Bienert Miller for March 2018. |
| 05/08/18 | K.M. Howard | 0.20 | 53.00 | Reviewed and revised Notice of Twentieth Monthly Fee Applications for March 2018 (.1) and prepared communication regarding same (.1). |
| 05/24/18 | J.A. Moe, II | 0.20 | 119.00 | Review and approve, but also prepare new insert, for Dentons' Twenty-First Monthly Fee Application. |
| 05/24/18 | K.M. Howard | 0.90 | 238.50 | Analysis of Dentons' April 2018 billing statements and culled information for inclusion into Exhibits "A" (Dentons Professionals) to Dentons Twenty-First Monthly Fee Application. |
| 05/24/18 | K.M. Howard | 1.30 | 344.50 | Analysis of Dentons' April 2018 billing statements and culled information by category for inclusion into Exhibit "B" (Time and Expense Statements) to Dentons' Twenty-First Monthly Fee Application. |

Employment and Fee Applications

June 18, 2018

Matter: 15257497-000012
Invoice No.: 2024517

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/24/18 | K.M. Howard | 0.70 | 185.50 | Reviewed culled data and drafted Exhibit "A" [Dentons' Professionals} to Dentons Twenty-First Monthly Fee Application. |
| 05/24/18 | K.M. Howard | 1.20 | 318.00 | Analysis of culled data and drafted Exhibit "B" (Categorical Time and Expense Statements) to Dentons' Twenty-First Monthly Fee Application. |
| 05/24/18 | K.M. Howard | 0.70 | 185.50 | Reviewed compiled data in Exhibits "A" and "B" and drafted Dentons' Twenty-First Monthly Fee Application for April 2018. |
| 05/25/18 | K.M. Howard | 0.20 | 53.00 | Coordinated filing and service of Dentons' Monthly Fee Application for April 2018. |
| 05/29/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and cross-referenced all fees and costs incurred by Dentons and counsel for creditors committee to previously filed fee applications prior to March 2018. |
| 05/30/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Sills Cummis' Fee Application for February-April 2018 and culled fees and costs information for inclusion into chart reflecting incurred fees and costs by all counsel. |
| 05/30/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Bienert Miller's Fee Applications for February-April 2018 and culled fees and costs information for inclusion into chart reflecting incurred fees and costs by all counsel. |
| 05/30/18 | K.M. Howard | 0.30 | 79.50 | Analysis of Dentons' Fee Applications for February-April 2018 and culled fees and costs information for inclusion into chart reflecting incurred fees and costs by all counsel. |
| 05/30/18 | K.M. Howard | 0.80 | 212.00 | Reviewed and revised chart reflecting incurred fees and costs by all counsel, payments made by Debtor and amounts still owed. |
| 05/30/18 | K.M. Howard | 0.40 | 106.00 | Brief analysis of charts reflecting amounts owed to Ordinary Course Professionals and payments made by the Debtor. |
| 05/30/18 | J.A. Moe, II | 0.10 | 59.50 | [OCPs] Review parameters of the amounts due the Ordinary Course Professionals and necessity to review underlying Application and Order, with Statements, to reconcile the amounts due. |

Employment and Fee Applications

June 18, 2018

Matter: 15257497-000012
Invoice No.: 2024517

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/31/18 | J.A. Moe, II | 0.20 | 119.00 | [OCPs]  In regard to the Ordinary Course Professionals, locate and preliminarily review multiple analyses previously  done on amounts incurred and amounts paid to the OCPs. |
| 05/31/18 | J.A. Moe, II | 0.60 | 357.00 | [OCPs]  Review in detail the amounts due, the amounts paid and the amounts remaining due after ten percent discount, including telephone call to Shepard Mullin on October, November Statements. |
| 05/31/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Chart reflecting Fees and Cost Chart Incurred by Creditors Committee's Counsel and Dentons. |

| | | | |
|------|------|------|------|
| Total Hours | | 10.60 | |
| Fee Amount | | | $3,172.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J.A. Moe, II | $595.00 | 1.10 | $654.50 |
| K.M. Howard | $265.00 | 9.50 | $2,517.50 |
| Totals | | 10.60 | $3,172.00 |

4

Employment and Fee Applications

June 18, 2018

Matter: 15257497-000012
Invoice No.: 2024517

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/25/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - ROBLES | | 20.00 |
| 4/19/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - ROBLES | | 20.00 |
| | | SUBTOTAL | 40.00 |
| Total Disbursements | | | $40.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,172.00 | |
| Disbursement Total | $ | 40.00 | |
| Invoice Total | $ | 3,212.00 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | (60.30) | 6,787.00 |
| 03/10/17 | 1870860 | 3,277.00 | (15.00) | 3,262.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |
| 12/12/17 | 1963213 | 4,913.50 | 0.00 | 4,913.50 |
| 01/24/18 | 1974751 | 5,925.10 | 0.00 | 5,925.10 |
| 02/28/18 | 1982225 | 2,382.60 | 0.00 | 2,382.60 |
| 03/20/18 | 1992985 | 7,274.50 | 0.00 | 7,274.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|---------------|-------------|-------|
| 04/13/18 | 2001445 | 3,902.81 | 0.00 | 3,902.81 |
| 05/08/18 | 2008593 | 2,965.60 | 0.00 | 2,965.60 |
| 06/18/18 | 2024517 | 3,212.00 | 0.00 | 3,212.00 |
| | | Total Outstanding Invoices | | $77,600.11 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024519**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                $        2,645.85

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024519**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 05/02/18 | S. Maizel | 0.50 | 325.00 | Review information re preference analysis. |
| 05/10/18 | J.A. Moe, II | 0.20 | 119.00 | [Blue Cross/Blue Shield] Review George Hirsch E-Mail to Anthony Carasco on contacts with and documents sent to Blue Cross; E-Mail to and telephone call from Stan Otake on Chronology for Mr. Hirsch; review Karen Nimniyom's E-Mail on Mr. Carasco. |
| 05/10/18 | J.A. Moe, II | 0.10 | 59.50 | [Sunstedt] Exchange of E-Mails with Donna and Kathryn Stanton on settlement of Sunstedt Litigation. |
| 05/10/18 | S. Maizel | 0.20 | 130.00 | Telephone conference with Jeff Golden re preferences. |
| 05/11/18 | J.A. Moe, II | 0.20 | 119.00 | [Qui Tam Cases]  Three telephone calls with Kathryn Stanton on the status of a Plan and affect on Witnesses, and whether it will any longer matter if proposed Plan is confirmed. |
| 05/14/18 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re stipulation over avoidance actions. |
| 05/16/18 | S. Maizel | 0.20 | 130.00 | Review and comment on stip. re avoidance actions (.1); email re stip. to Board for approval (.1). |
| 05/16/18 | J.A. Moe, II | 0.10 | 59.50 | Moskowitz]  Review pleadings filed by the Creditors Committee in regard to settling alleged claims against the Moskowitz parties. |
| 05/17/18 | S. Maizel | 0.10 | 65.00 | Emails to client re stipulation to delegate avoidance actions. |
| 05/18/18 | S. Maizel | 0.20 | 130.00 | Review and respond to emails re Moskowitz settlement payment. |
| 05/21/18 | S. Maizel | 0.40 | 260.00 | Review and revise stipulation re avoidance actions (.3); sign and return stipulation (.1). |

2

Litigation - Contested Matters and Adversary Proceedings

June 18, 2018

Matter: 15257497-000015
Invoice No.: 2024519

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/23/18 | S. Maizel | 0.50 | 325.00 | Review and respond to emails re avoidance action stipulation. |
| 05/25/18 | S. Maizel | 0.10 | 65.00 | Review notice re non-bankruptcy litigation and forward to client. |
| 05/29/18 | A. Jinnah | 0.30 | 118.50 | Review documents in preparation for Bankruptcy status hearing in Spineart. |
| 05/30/18 | J.A. Moe, II | 0.10 | 59.50 | [Spineart]  Review status of the Bankruptcy Case for a report to the Superior Court at the status conference on May 31 st  (Dentons required to attend pursuant to Court Order); review on June 1st) the results of the hearing . |
| 05/31/18 | A. Jinnah | 0.80 | 316.00 | Prepare for and attend hearing regarding Bankruptcy Status of Spineart matter. |

| | | | | |
|--|--|--|--|--|
| Total Hours | | 4.20 | | |
| Fee Amount | | | | $2,411.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 2.40 | $1,560.00 |
| J.A. Moe, II | $595.00 | 0.70 | $416.50 |
| A. Jinnah | $395.00 | 1.10 | $434.50 |
| Totals | | 4.20 | $2,411.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 3/19/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 20.00 |
| 3/12/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | 25.00 |
| 3/27/2018 | Delivery & Postage USBC - CENTRAL DISTRICT | 20.00 |
| 4/19/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - BLUEBOND | 20.00 |
| 4/25/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - ROBLES | 20.00 |
| | SUBTOTAL | 105.00 |

3

Litigation - Contested Matters and Adversary Proceedings

June 18, 2018

Matter: 15257497-000015
Invoice No.: 2024519

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/3/2018 | Filing Fees OCSC - CENTRAL / REQUEST FOR DISMISSAL | | 92.50 |
| 3/13/2018 | Filing Fees OCSC - CENTRAL - CASE MANAGEMENT CONFERENCE STATEMENT | | 29.95 |
| | | SUBTOTAL | 122.45 |
| | Print/Copies BW | | 7.40 |
| | | SUBTOTAL | 7.40 |
| | Total Disbursements | | $234.85 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,411.00 | |
| Disbursement Total | $ | 234.85 | |
| Invoice Total | $ | 2,645.85 | |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 01/19/17 | 1853845 | 32,510.00 | (260.00) | 32,250.00 |
| 02/22/17 | 1865404 | 9,285.71 | (312.21) | 8,973.50 |
| 03/10/17 | 1870876 | 12,867.05 | (858.05) | 12,009.00 |
| 04/19/17 | 1883654 | 58,143.10 | (747.60) | 57,395.50 |
| 05/24/17 | 1895427 | 36,355.95 | (162.95) | 36,193.00 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | (143.10) | 48,507.50 |
| 08/14/17 | 1920738 | 58,661.56 | (946.06) | 57,715.50 |
| 09/14/17 | 1930412 | 30,032.96 | (833.96) | 29,199.00 |
| 10/17/17 | 1942311 | 21,723.15 | (468.15) | 21,255.00 |
| 11/13/17 | 1951646 | 76,142.34 | (179.84) | 75,962.50 |
| 12/12/17 | 1963215 | 62,378.15 | 0.00 | 62,378.15 |
| 01/24/18 | 1974753 | 67,071.15 | 0.00 | 67,071.15 |
| 02/28/18 | 1982226 | 104,486.64 | 0.00 | 104,486.64 |
| 03/20/18 | 1992990 | 39,666.81 | 0.00 | 39,666.81 |
| 04/13/18 | 2001446 | 10,503.99 | 0.00 | 10,503.99 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 05/08/18 | 2008595 | 5,753.55 | 0.00 | 5,753.55 |
| 06/18/18 | 2024519 | 2,645.85 | 0.00 | 2,645.85 |
| | | Total Outstanding Invoices | | $719,032.64 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024521**

Client/Matter: 15257497-000017

Non Working Travel

Payment Due Upon Receipt

Total This Invoice                                    $        476.00

Please return this page with your payment

| Payments by check should be sent to:<br>Dentons US LLP<br>Dept. 894579<br>Los Angeles, CA 90189-4579 | OR | Payment by wire transfer should be sent to:<br>Citi Private Bank<br>227 West Monroe, Chicago, IL 60606<br>ABA Transit # 271070801<br>Account #: 0801051693<br>Account Name: Dentons US LLP<br>Swift Code: CITIUS33<br>Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024521**

Client/Matter:  15257497-000017

Non Working Travel

---

For Professional Services Rendered through May 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 05/09/18 | J.A. Moe, II | 0.40 | 238.00 | Travel to the Roybal Federal Building for hearings before  Judge Bluebond on the Debtor's Motion now seeking approval of the corrected Settlement Agreement (and on the Committee's Discovery Motion and Standing Motion). |
| 05/09/18 | J.A. Moe, II | 0.40 | 238.00 | Return travel following hearing before Judge Bluebond on Debtor's  Motion seeking approval of the corrected Settlement Agreement, and on the Committee's Discovery Motion and Standing Motion |
| Total Hours |  | 0.80 |  |  |
| Fee Amount |  |  |  | $476.00 |

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| J.A. Moe, II | $595.00 | <u>0.80</u> | <u>$476.00</u> |
| Totals |  | 0.80 | $476.00 |

Fee Total                 $        476.00

Invoice Total          $         476.00



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000017

Non Working Travel

---

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853848 | 9,771.00 | 0.00 | 9,771.00 |
| 02/22/17 | 1865510 | 2,220.00 | 0.00 | 2,220.00 |
| 03/10/17 | 1870878 | 1,365.00 | 0.00 | 1,365.00 |
| 05/24/17 | 1895428 | 1,249.50 | 0.00 | 1,249.50 |
| 06/12/17 | 1900472 | 476.00 | 0.00 | 476.00 |
| 09/14/17 | 1930413 | 357.00 | 0.00 | 357.00 |
| 11/13/17 | 1951647 | 2,439.50 | 0.00 | 2,439.50 |
| 12/12/17 | 1963216 | 714.00 | 0.00 | 714.00 |
| 01/24/18 | 1974754 | 2,902.00 | 0.00 | 2,902.00 |
| 02/28/18 | 1982227 | 2,398.50 | 0.00 | 2,398.50 |
| 03/20/18 | 1992986 | 773.50 | 0.00 | 773.50 |
| 04/13/18 | 2001453 | 1,190.00 | 0.00 | 1,190.00 |
| 06/18/18 | 2024521 | 476.00 | 0.00 | 476.00 |

Total Outstanding Invoices $26,332.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024523**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                                                    $        27,195.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024523**

Client/Matter:  15257497-000018

Plan and Disclosure Statement

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/09/18 | J.A. Moe, II | 0.10 | 59.50 | E-Mail to Stan Otake on necessity to complete assembly of Administrative Costs for Boris Mankovetskiy, in regard to payments pursuant to the Plan. |
| 05/10/18 | J.A. Moe, II | 0.20 | 119.00 | Initial cursory review of the proposed Liquidating Plan and Disclosure Statement, then transmit to Brian Walton for his review. |
| 05/10/18 | J.A. Moe, II | 0.80 | 476.00 | Preliminary review of the draft Disclosure Statement. |
| 05/10/18 | J.A. Moe, II | 0.30 | 178.50 | Commence preliminary review of the proposed Liquidating Plan. |
| 05/10/18 | S. Maizel | 0.50 | 325.00 | Review draft plan and disclosure statement. |
| 05/10/18 | K.M. Howard | 0.20 | 53.00 | Received and briefly reviewed correspondence and billing statements for May 2018 in conjunction with preparing Dentons' Monthly Fee Application. |
| 05/10/18 | K.M. Howard | 0.50 | 132.50 | Received and reviewed communication from Karen Nimniyom regarding aging accounts payable and reviewed the attached spreadsheet regarding same to determine what should be culled to use as an exhibit in the Plan. |
| 05/11/18 | J.A. Moe, II | 0.10 | 59.50 | Review the Report on Administrative Claims received from Karen Nimniyom, for use in connection with payments on Allowed Claims pursuant to the proposed Plan. |
| 05/14/18 | J.A. Moe, II | 0.20 | 119.00 | Review again the Report on Administrative Claims, and E-Mail to Stan Otake on the Cerner Claim, as it affects payments under the Plan; telephone call with Stan Otake on payments due Cerner and obligations due by Dr. Singh. |

2

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 05/14/18 | J.A. Moe, II | 0.80 | 476.00 | Complete preliminary review of the Creditors Committee's draft Liquidating Plan. |
| 05/14/18 | J.A. Moe, II | 0.80 | 476.00 | Commence more intense review of the Creditors Committee's draft Disclosure Statement, including review and correction (with reference to previously filed pleadings) of the obligations previously due and then later revised due the Secured Creditors. |
| 05/14/18 | J.A. Moe, II | 0.60 | 357.00 | Commence more intense review of portions of the Creditors' Committee's draft Liquidating Plan. |
| 05/14/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call from Brian Walton on receipt and review of the draft proposed Disclosure Statement and Liquidating Plan . |
| 05/14/18 | K.M. Howard | 0.40 | 106.00 | Researched and assembled material to assist attorney in drafting Plan. |
| 05/14/18 | J.A. Moe, II | 0.40 | 238.00 | Review and prepare copy of the Disclosure Statement,  with Annotations,  for internal review . |
| 05/16/18 | S. Maizel | 0.90 | 585.00 | Review and respond to emails re review of draft plan and disclosure statement (.4); review plan and disclosure statement (.5). |
| 05/16/18 | J.A. Moe, II | 0.20 | 119.00 | Review David Herskovitz' comments and proposed corrections to the Disclosure Statement;  exchange E-Mails with David Herskovitz and Brian Walton on review of the Disclosure Statement. |
| 05/16/18 | J.A. Moe, II | 0.20 | 119.00 | Review the Disclosure Statement on corrections/additions already made by Dentons, and consider additional corrections/additions to the Statement. |
| 05/16/18 | J.A. Moe, II | 0.70 | 416.50 | Conference telephone call with Brian Walton and David Herskovitz on the Liquidating Plan and the Disclosure Statement. |
| 05/16/18 | J.A. Moe, II | 0.60 | 357.00 | Commence review and consideration, including review of prior pleadings,   on changes to pages 12 through 16 of the Disclosure Statement. |
| 05/16/18 | J.A. Moe, II | 1.10 | 654.50 | Prepare the first revision to pages 12 into 16 of the draft Disclosure Statement. |

3

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/16/18 | J.A. Moe, II | 0.20 | 119.00 | Review and consider insert into the Disclosure Statement, as to Gardens' response to Paladin and Harbor terminating their relationship with the Hospital, including a review of earlier Declaration. |
| 05/16/18 | J.A. Moe, II | 0.40 | 238.00 | Review David Herskovitz' questions and proposed revisions to the Liquidating Plan; review the parties released in the Settlement Agreement with the Insurance Carriers, and include as released Directors and Officers. |
| 05/16/18 | J.A. Moe, II | 0.30 | 178.50 | Review David Herskovitz' questions and proposed issues with the Disclosure Statement, exchanging multiple E-Mails with Mr. Herskovitz on corrections to the Statement. |
| 05/16/18 | J.A. Moe, II | 0.10 | 59.50 | Review the Liquidating Plan, in regard to the Plan's assertion of no unresolved secured claims. |
| 05/16/18 | J.A. Moe, II | 0.40 | 238.00 | Review and revise the first draft of the revisions to pages 12 into 16 of the draft Disclosure Statement. |
| 05/16/18 | J.A. Moe, II | 0.70 | 416.50 | Review and correct (and insure the inserts are accurate) the second draft of the revisions to pages 12 into 16 of the Committee's Disclosure Statement. |
| 05/16/18 | J.A. Moe, II | 0.20 | 119.00 | Consider revisions to pages 12 into 16 of the Committee's Disclosure Statement, and consider alternative shorter version of the facts. |
| 05/17/18 | J.A. Moe, II | 0.70 | 416.50 | Review and extensively correct (through two iterations) the revised pages 12 into 16 of the Committee's Disclosure Statement. |
| 05/17/18 | J.A. Moe, II | 0.40 | 238.00 | Prepare complete alternative (and much shorter) proposal for pages 12 into 16 of the Committee's Disclosure Statement. |
| 05/17/18 | J.A. Moe, II | 0.20 | 119.00 | Review and correct the shorter alternative description for pages 12 into 16 of the Committee's Disclosure Statement. |
| 05/17/18 | K.M. Howard | 1.90 | 503.50 | Researched and culled all prepetition settlement agreements entered into by the hospital and performed subsequent research to determine the status of executed settlement agreements and analysis of same. |

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/17/18 | J.A. Moe, II | 0.60 | 357.00 | Review -- through two additional iterations -- the newly created shorter version of the description on pages 12 into 16 of the draft Disclosure Statement, and make further corrections and edits to the description. |
| 05/17/18 | J.A. Moe, II | 0.80 | 476.00 | Review -- through three iterations -- the newly created shorter version of the description on pages 12 into 16 of the draft Disclosure Statement, making further corrections and edits to the description, including correcting references to the previously approved Settlement Agreements. |
| 05/17/18 | J.A. Moe, II | 0.40 | 238.00 | With Sam Maizel, review and annotate the Disclosure Statement, including pages 12 into 16 of the Statement. |
| 05/17/18 | J.A. Moe, II | 0.10 | 59.50 | With Sam Maizel, review and annotate the Liquidating Plan. |
| 05/17/18 | J.A. Moe, II | 0.40 | 238.00 | Incorporate into the Liquidating Plan the proposed additions and corrections of John More, Sam Maizel and David Herskovitz; E-Mail the proposed changes to the Plan to Brian Walton, David Herskovitz, Eric Weissman and Stan Otake. |
| 05/17/18 | K.M. Howard | 1.40 | 371.00 | Researched and analysis of findings to determine that a debtor is not required to file a disclosure statement under the circumstances of the case. |
| 05/17/18 | S. Maizel | 3.30 | 2,145.00 | Review and revise draft plan and disclosure statement (.9); telephone conference with A. Sherman and Boris M. re plan and disclosure statement issues (.2); research re assignment of tort claims under Cal. law (.8); emails to client re plan and disclosure statement (.1). |
| 05/17/18 | S. Maizel | 0.50 | 325.00 | Research re language for disclosure statement regarding converted cases compared to Chapter 7 cases. |
| 05/18/18 | S. Maizel | 0.60 | 390.00 | Telephone conference with John Moe and Brian Walton re plan and disclosure statements. |
| 05/18/18 | K.M. Howard | 0.60 | 159.00 | Reviewed docket and culled additional material to assist attorney in preparing disclosure statement. |

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/18/18 | J.A. Moe, II | 0.40 | 238.00 | Review and correct the insert for pages 12 into 16 of the Disclosure Statement, putting back into the insert material that originated with the Creditors Committee |
| 05/18/18 | J.A. Moe, II | 0.60 | 357.00 | Exchange multiple E-Mails with David Herksovitz on the revisions to the Liquidating Plan; review the previously vetted list in the D & O Settlement Agreement; additional exchange of E-Mails with David Herskovitz. |
| 05/18/18 | J.A. Moe, II | 1.40 | 833.00 | Incorporate into the Disclosure Statement the changes and corrections from Sam Majzel, David Herskovitz, and John Moe. |
| 05/18/18 | J.A. Moe, II | 0.40 | 238.00 | Conference call with Brian Walton and David Herskovitz, reviewing the Liquidating Plan, the Disclosure Statement and the Stipulation assigning Avoidance Claims to the Committee. |
| 05/18/18 | J.A. Moe, II | 0.20 | 119.00 | Review the completed insert (pages 12 into 16) of the revised Disclosure Statement, then transmit to Brian Walton and David Herskovitz for review. |
| 05/18/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call from Vanessa Haberbush on: (1) five new Subpoenas directed to five new parties, and (2) Declaration of Thomas Slattery relating to Philip Ting. |
| 05/18/18 | J.A. Moe, II | 0.10 | 59.50 | Preliminarily review the Declaration Of Thomas Slattery and consider Evidentiary Objection to Declaration. |
| 05/21/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange messages with Brian Walton on the revisions to the Liquidating Plan and the Disclosure Statement. |
| 05/21/18 | J.A. Moe, II | 0.30 | 178.50 | Preliminarily review the "redline" version of the Disclosure Statement, then transmit to Brian Walton for his review; telephone calls to Mr. Walton on transmittal of the Statement for his review. |
| 05/21/18 | J.A. Moe, II | 0.80 | 476.00 | Review the redline version of the Disclosure Statement, making minor corrections to the Statement. |
| 05/21/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call from Brian Walton on review of the three documents sent to Mr. Walton, and transmitting to Mr. Walton the annotated Plan. |

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/21/18 | J.A. Moe, II | 0.40 | 238.00 | Review and prepare documents for conference call with Brian Walton, then proceed with conference call with Mr. Walton |
| 05/21/18 | K.M. Howard | 0.40 | 106.00 | Researched and determined hearings before Judge Bluebond and prepared communication regarding same. |
| 05/21/18 | J.A. Moe, II | 1.70 | 1,011.50 | Extended conference telephone call with Brian Walton, reviewing the insert to the Disclosure Statement and the Liquidating Plan. |
| 05/21/18 | J.A. Moe, II | 0.10 | 59.50 | Make minor revisions to the Disclosure Statement as requested by Brian Walton. |
| 05/21/18 | K.M. Howard | 0.90 | 238.50 | Researched and reviewed documents and pleadings and culled key material for use in drafting the Plan of Reorganization and Disclosure Statement. |
| 05/21/18 | S. Maizel | 1.00 | 650.00 | Review redline of draft plan and disclosure statement. |
| 05/21/18 | J.A. Moe, II | 0.20 | 119.00 | Review the Disclosure Statement again, and make Brian Walton's three additional changes to the Disclosure Statement. |
| 05/21/18 | J.A. Moe, II | 0.20 | 119.00 | Review the next iteration of the "redline" Disclosure Statement, insuring all remaining changes have been made, make one missed change, then prepare to transmit to Brian Walton for review before transmittal back to the Creditors Committee. |
| 05/21/18 | J.A. Moe, II | 0.20 | 119.00 | Review the corrections and additions made to the Liquidating Plan, making two annotations on Creditors in two Classes of Claims (to note to the Committee) . |
| 05/21/18 | J.A. Moe, II | 0.10 | 59.50 | E-Mail to Brian Walton transmitting the "redline" version of the Liquidating Plan for review; exchange E-Mails with and return telephone call from Mr. Walton on delivery of the "redlined" Plan and Disclosure Statement. |
| 05/21/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Brian Walton on transmittal of the Liquidating Plan and Disclosure Statement; E-Mail to the Creditors Committee Counsel transmitting the "redline" Plan and Statement. |

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/21/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call from Brian Walton on the identity of the Directors & Officers in the definitions of the Liquidating Plan, and two names to be included; review the Plan and outline corrections;  E-Mail to Creditors Committee on correction to be made to the Plan. |
| 05/22/18 | J.A. Moe, II | 0.30 | 178.50 | Correct the definition of Directors in the Liquidating Plan, then send E-Mails to Creditors Committee's Attorneys, and to Brian Walton and David Herskovitz, transmitting the corrected Plan. |
| 05/22/18 | J.A. Moe, II | 0.20 | 119.00 | Exchange E-Mails with Jon Pastor on inclusion of released members of the Board Of Directors in the Liquidating Plan; telephone call form Jon Pastor on corrected List included in Liquidating Plan. |
| 05/22/18 | J.A. Moe, II | 0.20 | 119.00 | Review Sam Maizel's comments to the Disclosure Statement, and review again the issue of whether anyone has filed a Secured Claim that is not resolved. |
| 05/22/18 | J.A. Moe, II | 0.30 | 178.50 | Review documents, including previously prepared former Claims Report, on Secured Claims, identifying three such filed Claims; review the newly created Report on Secured Claims; E-Mail newly created Chart on Secured Claims to Boris Mankovetskiy; telephone call to and exchange E-Mails with Attorney David Meadows on Olympus Claim. |
| 05/22/18 | K.M. Howard | 0.70 | 185.50 | Researched documents and all pleadings pertaining to the Department of Health Care Services and culled same and the performance of the purchaser of the hospital. |
| 05/22/18 | S. Maizel | 1.30 | 845.00 | Review and comment on draft plan and disclosure statement (.8); review claims, liquidation analysis, sources and uses of cash re disclosure statement (.5). |
| 05/23/18 | S. Maizel | 0.70 | 455.00 | Review and provide comments on draft plan and disclosure statement (.5); review and respond to emails re same (.2). |

8

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/23/18 | K.M. Howard | 0.20 | 53.00 | Prepared communication regarding Orders authorizing the sale, the notice of sale and various issues pertaining to the performance of the purchaser of the hospital. |
| 05/23/18 | K.M. Howard | 0.40 | 106.00 | Further research on the expected performance of the purchaser of the hospital and culled additional pleadings. |
| 05/23/18 | K.M. Howard | 1.10 | 291.50 | Researched and culled all pleadings and agreements related to the sale of the hospital to American Specialty to rebut the claims currently being made by the CDPH. |
| 05/23/18 | J.A. Moe, II | 0.60 | 357.00 | Preliminarily review Andrew Sherman's next set of revisions to the Disclosure Statement and the Liquidating Plan. |
| 05/24/18 | J.A. Moe, II | 0.80 | 476.00 | Review and compare Andrew Sherman's "returned" Disclosure Statement And Plan, to the "redline" versions we delivered to Mr. Sherman. |
| 05/24/18 | J.A. Moe, II | 0.20 | 119.00 | Review and research briefly the issues of a release to Directors & Officers in a bankruptcy Plan. |
| 05/24/18 | S. Maizel | 0.60 | 390.00 | Review and respond to emails re revisions to disclosure statement (2); review revised disclosure statement (.3);TC with J. Moe re committee revisions (.1). |
| 05/25/18 | J.A. Moe, II | 0.60 | 357.00 | Review and correct the latest version of the Liquidating Plan received back from the Committee, then transmit to Sam Maizel for his review and additional corrections. |
| 05/25/18 | J.A. Moe, II | 0.90 | 535.50 | Review and correct the latest version of the Disclosure Statement received back from the Committee, then transmit to Sam Maizel for his review and additional corrections. |
| 05/25/18 | J.A. Moe, II | 0.60 | 357.00 | Review again and make additional corrections to Disclosure Statement. |
| 05/25/18 | J.A. Moe, II | 0.20 | 119.00 | Exchange E-Mails on Secured Claims and Tax Claims in regard to analyzing what Claims must be paid in connection with the Plan. |

9

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/25/18 | S. Maizel | 1.60 | 1,040.00 | Office conference with J. Moe re revised plan and disclosure statement (.2); review liquidation analysis, financial analysis, etc... for disclosure statement and emails to company re same (1.0); review and respond to emails re financial analysis for disclosure statement (.4) |
| 05/25/18 | S. Maizel | 0.50 | 325.00 | Review revised plan and disclosure statement. |
| 05/29/18 | J.A. Moe, II | 0.10 | 59.50 | In regard to the Plan, review the first Chart on Vendor Claims to determine the differentiation between two Categories Of Claims. |
| 05/29/18 | J.A. Moe, II | 0.90 | 535.50 | Review and reconcile Claims' Charts, in regard to Claims filed in multiple Categories in the Case, with respect to payments in accordance with the Plan. |
| 05/29/18 | J.A. Moe, II | 0.10 | 59.50 | Annotate the Disclosure Statement for meeting on the Liquidating Plan and Disclosure Statement. |
| 05/29/18 | K.M. Howard | 0.10 | 26.50 | Reviewed sources and uses of cash chart for plan in conjunction with assembling material pertaining to payment of the Ordinary Course Professionals. |
| 05/29/18 | K.M. Howard | 0.20 | 53.00 | Analysis of the Amended Claim filed by DeLage Landen and cross-referenced same to the initial claim filed by DeLage to determine differences. |
| 05/29/18 | K.M. Howard | 0.20 | 53.00 | Reviewed communication regarding the resolution of certain secured claims and priority claims (.1) and prepared response thereto (.1). |
| 05/29/18 | K.M. Howard | 0.60 | 159.00 | Reviewed voluminous billing statements from Kathryn Stanton and Debtor payments to determine exact amount owed to counsel in conjunction with preparing chart clarifying amounts due to Ordinary Course Professionals. |
| 05/29/18 | S. Maizel | 0.80 | 520.00 | Revising sources and uses of cash chart for disclosure statement. |
| 05/30/18 | S. Maizel | 0.40 | 260.00 | Review and respond to emails re admin expenses and professional fees for disclosure statement. |

10

Plan and Disclosure Statement

June 18, 2018

Matter: 15257497-000018
Invoice No.: 2024523

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/30/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call with Andrew Sherman on contents of the Plan Of Reorganization; review Andrew Sherman's E-Mail; E-Mail to Sam Maizel on release. |
| 05/30/18 | J.A. Moe, II | 0.10 | 59.50 | Research issue of waiver and release of the Debtor's Directors and Officers, reviewing terms of previously approved Plan (Apex). |
| 05/31/18 | J.A. Moe, II | 0.10 | 59.50 | Additional research on waiver and release in favor of the Debtor's Directors and Officers, reviewing terms of previously approved Plan (Maxitile). |
| 05/31/18 | K.M. Howard | 0.60 | 159.00 | Reviewed documents reflecting amounts owed to Ordinary Course Professionals and monies paid and determined remaining amounts due pursuant to agreements including telephone conference with Sheppard Mullin's billing department and brief review of Sheppard Mullin's billing statement previously provided by Ken Yood. |

| | | | |
|---|---|---|---|
| Total Hours | 50.30 | | |
| Fee Amount | | | $27,195.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 12.70 | $8,255.00 |
| J.A. Moe, II | $595.00 | 27.20 | $16,184.00 |
| K.M. Howard | $265.00 | 10.40 | $2,756.00 |
| Totals | | 50.30 | $27,195.00 |

Fee Total          $      27,195.00

Invoice Total      $       27,195.00



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853849 | 1,864.50 | 0.00 | 1,864.50 |
| 02/22/17 | 1865405 | 59.50 | 0.00 | 59.50 |
| 04/19/17 | 1883663 | 59.50 | 0.00 | 59.50 |
| 05/24/17 | 1895429 | 773.50 | 0.00 | 773.50 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | (31.10) | 1,364.00 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |
| 12/12/17 | 1963217 | 1,744.00 | 0.00 | 1,744.00 |
| 01/24/18 | 1974755 | 585.00 | 0.00 | 585.00 |
| 02/28/18 | 1982228 | 1,329.50 | 0.00 | 1,329.50 |
| 04/13/18 | 2001447 | 13,173.50 | 0.00 | 13,173.50 |
| 05/08/18 | 2008597 | 1,927.00 | 0.00 | 1,927.00 |
| 06/18/18 | 2024523 | 27,195.00 | 0.00 | 27,195.00 |

Total Outstanding Invoices          $51,573.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024524**

Client/Matter: 15257497-000020

Relief from Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice                                                $            79.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024524**

Client/Matter:  15257497-000020

Relief from Stay and Adequate Protection

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/07/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Tracy Green regarding the Liberty Mutual's Motion for Relief from Stay. |
| 05/07/18 | K.M. Howard | 0.20 | 53.00 | Reviewed and culled Liberty Mutual's Motion for Relief from Stay (.1) and prepared communication to Tracy Green regarding same (.1). |

| | | |
|---|---|---|
| Total Hours | 0.30 | |
| Fee Amount | | $79.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $265.00 | 0.30 | $79.50 |
| Totals | | 0.30 | $79.50 |

Fee Total          $    79.50

Invoice Total          $          79.50



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853851 | 2,795.00 | 0.00 | 2,795.00 |
| 02/22/17 | 1865406 | 2,772.00 | 0.00 | 2,772.00 |
| 03/10/17 | 1870879 | 6,497.00 | 0.00 | 6,497.00 |
| 04/19/17 | 1883664 | 1,216.50 | 0.00 | 1,216.50 |
| 05/24/17 | 1895430 | 178.50 | 0.00 | 178.50 |
| 07/11/17 | 1907898 | 79.50 | 0.00 | 79.50 |
| 08/14/17 | 1920740 | 2,771.50 | 0.00 | 2,771.50 |
| 09/14/17 | 1930416 | 1,092.00 | 0.00 | 1,092.00 |
| 10/17/17 | 1942312 | 1,118.00 | 0.00 | 1,118.00 |
| 11/13/17 | 1951626 | 1,944.50 | 0.00 | 1,944.50 |
| 12/12/17 | 1963219 | 543.00 | 0.00 | 543.00 |
| 01/24/18 | 1974756 | 3,434.50 | 0.00 | 3,434.50 |
| 02/28/18 | 1982229 | 7,096.50 | 0.00 | 7,096.50 |
| 03/20/18 | 1992987 | 516.50 | 0.00 | 516.50 |
| 04/13/18 | 2001448 | 185.50 | 0.00 | 185.50 |
| 06/18/18 | 2024524 | 79.50 | 0.00 | 79.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000020

Relief from Stay and Adequate Protection

Total Outstanding Invoices                     <u>$32,320.00</u>

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024525**

Client/Matter: 15257497-000021

Reporting                                                    Payment Due Upon Receipt

Total This Invoice                                    $           1,014.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024525**

Client/Matter:   15257497-000021

Reporting

---

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/07/18 | K.M. Howard | 0.30 | 79.50 | Reviewed communication from the Debtor regarding the April 2018 bank statements (.1) and briefly reviewed each account's statement (.1). |
| 05/11/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Critical Dates Memorandum to reflect upcoming dates for submission of bank statements and disbursement summaries to the US Trustee. |
| 05/15/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and organized Debtor's April 2018 bank statements in conjunction with submission of same to the US Trustee. |
| 05/15/18 | K.M. Howard | 0.30 | 79.50 | Finalized Debtor's April 2018 Bank Statement and submitted each to the US Trustee. |
| 05/15/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from the US Trustee acknowledging receipt of Debtor's April 2018 Bank Statements. |
| 05/25/18 | K.M. Howard | 0.20 | 53.00 | Telephone conference with Karen Nimniyom regarding the April 2018 Monthly Operating Report. |
| 05/25/18 | K.M. Howard | 0.20 | 53.00 | Brief analysis of Monthly Operating Report and noted items needing correction. |
| 05/25/18 | K.M. Howard | 0.20 | 53.00 | Received and revised additional communications from Karen Nimniyom regarding the April 2018 Monthly Operating Report. |
| 05/29/18 | K.M. Howard | 0.20 | 53.00 | Numerous communications with Karen Niminyom regarding Debtor's Monthly Operating Report. |
| 05/30/18 | K.M. Howard | 0.30 | 79.50 | Received second Monthly Operating Report for April 2018 from Debtor and reviewed same in conjunction with filing of same. |

Reporting                                                                                                    June 18, 2018

Matter: 15257497-000021
Invoice No.: 2024525

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/30/18 | K.M. Howard | 0.30 | 79.50 | Revised Monthly Operating Report for April 2018 (.2) and prepared communication regarding same (.1). |
| 05/30/18 | K.M. Howard | 0.50 | 132.50 | Prepared Monthly Operating Report Disbursement Summary for April 2018 (.4) and submitted same to the US Trustee (.1). |
| 05/31/18 | K.M. Howard | 0.10 | 26.50 | Prepared follow up communication regarding the status of  filing and service of the April 2018 Monthly Operating Report. |
| 05/31/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from the US Trustee regarding the submission of the April 2018 Monthly Disbursement Summary for the Monthly Operating Report. |

| Total Hours | | 3.60 | | |
| Fee Amount | | | | $954.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $265.00 | 3.60 | $954.00 |
| Totals | | 3.60 | $954.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 3/22/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | | 20.00 |
| 4/5/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | | 20.00 |
| 4/27/2018 | Delivery & Postage USBC - LOS ANGELES - ROBLES | | 20.00 |
| | | SUBTOTAL | 60.00 |
| | Total Disbursements | | $60.00 |

3

Reporting

June 18, 2018

Matter: 15257497-000021
Invoice No.: 2024525

| | | |
|---|---|---|
| Fee Total | $ | 954.00 |
| Disbursement Total | $ | 60.00 |
| Invoice Total | $ | 1,014.00 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000021

Reporting

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | (50.00) | 795.00 |
| 05/24/17 | 1895432 | 1,208.50 | (30.00) | 1,178.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | (38.00) | 907.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | (21.60) | 987.00 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |
| 11/13/17 | 1951588 | 2,201.50 | (51.00) | 2,150.50 |
| 12/12/17 | 1963220 | 556.50 | 0.00 | 556.50 |
| 01/24/18 | 1974758 | 1,140.70 | 0.00 | 1,140.70 |
| 02/28/18 | 1982230 | 506.50 | 0.00 | 506.50 |
| 03/20/18 | 1992988 | 2,550.00 | 0.00 | 2,550.00 |
| 04/13/18 | 2001449 | 930.50 | 0.00 | 930.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000021

Reporting

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 05/08/18 | 2008598 | 821.50 | 0.00 | 821.50 |
| 06/18/18 | 2024525 | 1,014.00 | 0.00 | 1,014.00 |
| | | Total Outstanding Invoices | | $23,923.70 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024527**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

Total This Invoice                          $         1,761.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024527**

Client/Matter:   15257497-000024

Appellate Proceedings

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 5/1/18 | K.M. Howard | 0.40 | Reviewed appellate docket and culled key underlying pleadings forming the basis for the appeal to the Ninth Circuit. |
| 5/1/18 | K.M. Howard | 0.20 | Prepared communication to James Hirschhorn regarding Debtor's appeal to the Ninth Circuit. |
| 5/1/18 | K.M. Howard | 0.10 | Reviewed communication from James Hirschhorn regarding briefing schedule. |
| 5/1/18 | K.M. Howard | 0.30 | Reviewed briefing schedule and culled all relevant dates set by the Ninth Circuit (.2) and cross-referenced to Critical Dates Memorandum (.1). |
| 5/2/18 | K.M. Howard | 0.20 | Prepared communication to James Hirschhorn reflecting the time frame for filing all briefs and excerpts of record. |
| 5/2/18 | S. Maizel | 1.00 | Research re appellate argument re QAF offset appeal. |
| 5/10/18 | S. Maizel | 0.10 | Review mediation related order from Ninth Circuit; email client re same. |
| 5/10/18 | K.M. Howard | 0.20 | Analysis of Mediation decision from the Ninth Circuit (.1) and prepared communication regarding the Ninth Circuit's decision that the Appeal is not a candidate for Mediation (.1). |
| 5/14/18 | S. Maizel | 0.20 | Review district court order affirming ruling on tax issue (.1); emails to client re same (.1). |
| 5/14/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Vincent Murphy on pending appeal in the Ninth Circuit. |
| 5/21/18 | K.M. Howard | 0.20 | Analysis of Judge Fischer's Memorandum of Decision (.1) and prepared communication regarding same (.1). |
| 5/23/18 | S. Maizel | 0.30 | Review complaints in Deanco v. Becerra re pending appeals. |
| Total Hours | | 3.30 | |
| Fee Amount | | | $1,523.50 |

Appellate Proceedings

June 18, 2018

Matter: 15257497-000024
Invoice No.: 2024527

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 1.60 | $1,040.00 |
| J.A. Moe, II | $595.00 | 0.10 | $59.50 |
| K.M. Howard | $265.00 | 1.60 | $424.00 |
| Totals | | 3.30 | $1,523.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 5/17/2018 | WESTLAW HOWARD\CATHRYN M | | 238.00 |
| | | SUBTOTAL | 238.00 |
| | Total Disbursements | | $238.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,523.50 | |
| Disbursement Total | $ | 238.00 | |
| Invoice Total | $ | 1,761.50 | |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

---

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 06/12/17 | 1900475 | 51,599.50 | (1,717.50) | 49,882.00 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | (326.10) | 13,466.50 |
| 10/17/17 | 1942385 | 36,077.32 | (442.82) | 35,634.50 |
| 11/13/17 | 1951655 | 22,102.50 | (119.50) | 21,983.00 |
| 12/12/17 | 1963224 | 13,599.50 | 0.00 | 13,599.50 |
| 01/24/18 | 1975029 | 9,913.40 | 0.00 | 9,913.40 |
| 02/28/18 | 1982231 | 15,772.90 | 0.00 | 15,772.90 |
| 03/20/18 | 1992991 | 233.22 | 0.00 | 233.22 |
| 04/13/18 | 2001451 | 3,089.30 | 0.00 | 3,089.30 |
| 05/08/18 | 2008599 | 1,713.80 | 0.00 | 1,713.80 |
| 06/18/18 | 2024527 | 1,761.50 | 0.00 | 1,761.50 |

Total Outstanding Invoices        $226,784.12

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

| | |
|---|---|
| Credits On Account | $48.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024529**

Client/Matter: 15257497-000025

Weiner Parties Related Litigation

Payment Due Upon Receipt

Total This Invoice                                $         25,795.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

**Invoice No. 2024529**

Client/Matter:   15257497-000025

Weiner Parties Related Litigation

For Professional Services Rendered through May 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/19/18 | J.A. Moe, II | 0.10 | Telephone call to Judge Bluebond's Clerk on proceeding with hearing on April 25th. |
| 4/19/18 | J.A. Moe, II | 0.10 | Telephone call to Gary Klausner on proceeding with Status Conference on April 25th. |
| 4/19/18 | J.A. Moe, II | 0.10 | Oversee preparation of the Notice of the Status Conference and review Notice to be filed (if Judge Bluebond permits the hearing to proceed on the 25th). |
| 5/1/18 | J.A. Moe, II | 0.10 | Review status of and signatures obtained re settlement from ordinary cause professionals. |
| 5/1/18 | S. Maizel | 0.30 | Review and respond to emails re Weiner settlement order. |
| 5/1/18 | S. Maizel | 0.50 | Review and respond to emails re Committee stipulation. |
| 5/1/18 | K.M. Howard | 0.20 | Assembled the Weiner Settlement Stipulation to provide to ordinary course professionals. |
| 5/1/18 | K.M. Howard | 0.10 | Prepared communication to Kathryn Stanton regarding the Weiner Settlement Stipulation. |
| 5/1/18 | K.M. Howard | 0.10 | Prepared communication to Eric Weissman regarding the Weiner Settlement Stipulation. |
| 5/1/18 | K.M. Howard | 0.10 | Prepared communication to Brian Yacker regarding the Weiner Settlement Stipulation. |
| 5/1/18 | K.M. Howard | 0.10 | Prepared communication to Ken Yood regarding the Weiner Settlement Stipulation. |
| 5/1/18 | K.M. Howard | 0.10 | Prepared communication to Tracy Green regarding the Weiner Settlement Stipulation. |
| 5/1/18 | K.M. Howard | 0.20 | Reviewed numerous followup communications regarding the Weiner Settlement Stipulation (.1) and prepared replies thereto (.1). |
| 5/1/18 | K.M. Howard | 0.20 | Received and reviewed Tracy Green's responsive communication, and attachment regarding the Weiner Settlement Stipulation (.1) and prepared reply thereto (.1). |

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/1/18 | K.M. Howard | 0.20 | Reviewed communications from ordinary course professionals and began culling executed signature pages to the Weiner Settlement Stipulation. |
| 5/1/18 | K.M. Howard | 0.20 | Subsequent communications with Eric Weissman regarding the execution of the Weiner Settlement Stipulation. |
| 5/2/18 | K.M. Howard | 0.10 | Prepared followup communication to Kathryn Stanton regarding the execution of the Weiner Settlement Stipulation. |
| 5/2/18 | K.M. Howard | 0.20 | Received and reviewed communication from Brian Yacker (.1) and prepared reply thereto (.1) regarding his execution of the Weiner Settlement Stipulation. |
| 5/2/18 | S. Maizel | 0.20 | Telephone conference with Boris M. re stipulation. |
| 5/2/18 | S. Maizel | 0.50 | Review and respond to emails with G. Klausner and J. Moe re settlement agreement. |
| 5/2/18 | J.A. Moe, II | 0.20 | In accordance with Gary Klausner's request, confirm accuracy of the Settlement Agreement for review and minor edits in regard to entry of an Order reviewing the terms of the Settlement Agreement; E-Mail to Mr. Klausner on the Order. |
| 5/2/18 | J.A. Moe, II | 0.30 | Review Settlement Agreement and consider updates and minor corrections to the Agreement; exchange E-Mails with Gary Klausner on minor corrections. |
| 5/2/18 | J.A. Moe, II | 0.90 | Conference call with Gary Klausner on minor corrections to and clean up of the Settlement Agreement. |
| 5/2/18 | J.A. Moe, II | 0.20 | Review and annotate the corrected Settlement Agreement. |
| 5/2/18 | J.A. Moe, II | 0.30 | Prepare detailed E-Mail to Gary Klausner on corrections to the Settlement Agreement. |
| 5/3/18 | J.A. Moe, II | 0.20 | Prepare first draft of the first part of a proposed Order approving the Motion seeking approval of the Settlement Agreement with the Weiner Parties. |
| 5/3/18 | J.A. Moe, II | 0.20 | Telephone call from Gary Klausner on status of minor corrections to the Settlement Agreement with the Weiner Parties. |
| 5/3/18 | J.A. Moe, II | 0.20 | Review proposed minor corrections to the Settlement Agreement. |
| 5/3/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Gary Klausner on likely agreement on minor corrections to the Settlement Agreement. |
| 5/3/18 | J.A. Moe, II | 0.10 | Receive Gary Klausner's voice mail, and E-Mail to Mr. Klausner's on the minor corrections and clean up of the Settlement Agreement. |

3

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/3/18 | J.A. Moe, II | 0.30 | Review and fill in information in the proposed Order on approval of the Settlement Agreement. |
| 5/3/18 | K.M. Howard | 0.20 | Reviewed communication from Kathryn Stanton regarding the execution of the Weiner Settlement Stipulation and the status of her billing statements (.1) and prepared reply thereto (.1). |
| 5/3/18 | K.M. Howard | 0.10 | Prepared communication to Ken Yood regarding the status of his execution of the Weiner Settlement Stipulation. |
| 5/3/18 | K.M. Howard | 0.20 | Reviewed responsive communications from Ken Yood regarding his review of and execution of the Weiner Settlement Stipulation and culled attached documents. |
| 5/3/18 | K.M. Howard | 0.60 | Reviewed docket and culled pleadings providing background information pertaining to the Weiner Parties. |
| 5/3/18 | S. Maizel | 0.70 | Telephone conference with B. Walton re stipulation with committee (.1); review and respond to emails re same (.4); office conference with J. Moe re revisions to Weiner settlement agreement (.2). |
| 5/3/18 | S. Maizel | 0.30 | Review and respond to emails re order on 9019 motion. |
| 5/3/18 | T. Moyron | 0.20 | Correspond with S. Maizel and J. Moe regarding order on 9019 motion. |
| 5/4/18 | T. Moyron | 0.10 | Prepare email to B. Mankovetksiy attaching proposed order on 9019 motion. |
| 5/4/18 | K.M. Howard | 0.10 | Prepared communication to Brian Walton regarding the Weiner Settlement Stipulation. |
| 5/4/18 | K.M. Howard | 0.30 | Assembled and organized all signatures to the Weiner Settlement Agreement and prepared communication to Boris Mankovetskiy regarding same. |
| 5/4/18 | K.M. Howard | 0.30 | Reviewed communications from Brian Walton establishing his concerns about the content of the Weiner Settlement Stipulation (.2) and prepared response thereto (.1). |
| 5/4/18 | K.M. Howard | 0.20 | Prepared several communication to Boris Mankovetskiy regarding Brian Walton's execution of the Weiner Settlement Stipulation and Debtor's request to delay filing of same. |
| 5/4/18 | K.M. Howard | 0.10 | Prepared communication to Brian Walton regarding his concerns regarding the content of the Weiner Settlement Stipulation and his need to discuss same with Mr. Maizel. |

4

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/4/18 | T. Moyron | 1.60 | Analyze docket and various motions and related objections in connection with preparation of 9019 order (.3); prepare order approving 9019 motion and related stipulation (.9); correspond with J. Moe regarding same (.2); prepare email to Committee counsel regarding same (.2). |
| 5/4/18 | K.M. Howard | 0.40 | Briefing reviewed Kathryn Stanton's billing statements in conjunction with the Weiner Settlement Stipulation. |
| 5/4/18 | K.M. Howard | 0.70 | Reviewed docket and culled pleadings and exhibits pertaining to the Weiner Settlement Stipulation. |
| 5/4/18 | K.M. Howard | 0.40 | Reviewed and revised Critical Dates Memorandum to reflect newly set deadlines. |
| 5/4/18 | S. Maizel | 0.20 | Review and respond to emails re Committee stipulation. |
| 5/4/18 | S. Maizel | 0.20 | Review and respond to emails re order on 9019 motion. |
| 5/4/18 | J.A. Moe, II | 0.10 | E-Mail to Mr. Klausner on completing corrections and clean up of the Settlement Agreement. |
| 5/4/18 | J.A. Moe, II | 0.60 | Review E-Mails to and from Boris Mankovetskiy on the form of the Order approving Settlement Agreement, then revise Order to include Mr. Mankovetskiy's request, and await return of the Order; review the Order and transmit for review. |
| 5/4/18 | J.A. Moe, II | 0.10 | Telephone call from Gary Klausner on status of the Settlement Agreement |
| 5/4/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Gary Klausner on Settlement Agreement |
| 5/4/18 | J.A. Moe, II | 0.10 | Review proposed Order, and addition to the proposed Order, on the Settlement Agreement . |
| 5/4/18 | J.A. Moe, II | 0.40 | Review and consider Brian Walton's E-Mail on issues with the Stipulation; consider and formulate Response to the E-Mail, and review draft of E-Mail;  then consider and arrange transmittal of E-Mail to Boris Mankovetskiy on not filing the Stipulation. |
| 5/5/18 | S. Maizel | 1.10 | Review and respond to emails re stipulation with committee (.3); telephone conference with B. Walton re same (.6); emails to B. Walton re settlement with Weiner entities (.2). |
| 5/7/18 | J.A. Moe, II | 1.10 | Review and decipher latest version of the Settlement Agreement with minor changes, comparing and annotating the Agreement with the Agreement from May 4th and Agreement filed with the Bankruptcy Court (.8); after brief consultations with Sam Maizel, prepare detailed E-Mail to Gary Klausner (.3). |

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/7/18 | J.A. Moe, II | 1.60 | Additional three telephone calls, and exchange of E-Mails with Gary Klausner, on the Settlement Agreement, reviewing the four point bullet paragraph on minor corrections, and awaiting consent to the Agreement (.5); telephone call with Mr. Klausner on the Agreement (.3); additional E-Mail from Mr. Klausner on the Agreement (.3); prepare detailed ten point E-Mail to Boris Mankovetskiy and detailed ten point E-Mail to Brian Walton on the minor corrections to the Agreement (.5). |
| 5/7/18 | J.A. Moe, II | 0.20 | Exchange multiple E-Mails with Boris Mankovetskiy (and internal conferences) on minor corrections to the Settlement Agreement, and on timing for the Weiner Parties to deliver payment to the Estate. |
| 5/7/18 | J.A. Moe, II | 0.20 | Multiple telephone calls to Gary Klausner and conference with Mr. Klausner on Committee's review of the corrected Settlement Agreement and necessity to transmit Agreement executed by Beryl Weiner |
| 5/7/18 | J.A. Moe, II | 0.20 | Telephone call with Brian Walton on background to and minor corrections to the Settlement Agreement. |
| 5/7/18 | J.A. Moe, II | 0.10 | Review and confirm status of the corrected Settlement Agreement, the execution of the Agreement and Effective Date of the Agreement relating to payment. |
| 5/7/18 | J.A. Moe, II | 0.20 | Prepare draft of Pleading on lodging with the Bankruptcy Court the "redline" of the corrected Settlement Agreement. |
| 5/7/18 | T. Moyron | 0.10 | Analyze email from B. Mankovetskiy regarding proposed form order. |
| 5/7/18 | S. Maizel | 0.30 | Review and respond to emails re Weiner settlement from Committee Counsel. |
| 5/7/18 | S. Maizel | 0.20 | Review and respond to emails re order on Weiner 9019 motion. |
| 5/7/18 | K.M. Howard | 0.10 | Received and reviewed responsive communication from Boris Mankovetskiy regarding the execution and filing of the Stipulation. |
| 5/7/18 | K.M. Howard | 0.10 | Reviewed responsive communication addressing the client's concerns about the Stipulation. |
| 5/7/18 | K.M. Howard | 0.40 | Received and reviewed followup communication from Kathryn Stanton regarding her complete billing statements and reviewed attached statements. |
| 5/7/18 | K.M. Howard | 0.10 | Brief analysis of motion regarding the settlement with the Weiner Parties was a joint motion and prepared communication regarding findings. |

6

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/8/18 | K.M. Howard | 0.10 | Reviewed and culled Corrected and Executed Proposed Settlement Agreement. |
| 5/8/18 | K.M. Howard | 0.40 | Reviewed docket and assembled all pleadings pertaining to the Standing Motion. |
| 5/8/18 | K.M. Howard | 0.20 | Reviewed contents of the Discovery Motion Hearing Binder and finalized same. |
| 5/8/18 | K.M. Howard | 0.40 | Reviewed docket and culled all pleadings pertaining to the Compromise Motion for inclusion into Compromise Motion Hearing Binder. |
| 5/8/18 | K.M. Howard | 0.20 | Reviewed the contents of the Compromise Motion Hearing Binder and finalized same. |
| 5/8/18 | K.M. Howard | 0.60 | Reviewed the docket and culled key supportive exhibits to the Discovery Motion, the Compromise Motion and the Standing Motion. |
| 5/8/18 | J.A. Moe, II | 0.10 | Prepare E-Mail to Boris Mankovetskiy on signatures and Effective Date of the Agreement setting date the payment id due. |
| 5/8/18 | T. Moyron | 0.20 | Prepare email to G. Klausner attaching proposed order on 9019 motion (.1); analyze email from G. Klausner regarding same and respond to same (.1). |
| 5/8/18 | S. Maizel | 1.90 | Telephone conference with A. Sherman (x2) re 9019 motion issues (.4); telephone conference with B. Walton re same (x2)(.4); telephone conference with B. Walton re same (x2)(.4); review and respond to emails re same (.7). |
| 5/8/18 | S. Maizel | 0.10 | Review and forward draft 9019 order. |
| 5/8/18 | J.A. Moe, II | 0.20 | Exchange additional E-Mails with Gary Klausner on issue raised by Andrew Sherman and obtain documents from Mr. Klausner. |
| 5/8/18 | J.A. Moe, II | 0.40 | Prepare Errata Pleading on filing correction with the Court on the date in the original Agreement and the date the Agreement was executed; exchange E-Mails with Gary Klausner confirming the accuracy of the redline; correct the Errata, including Footnote on page 1. |
| 5/8/18 | K.M. Howard | 0.40 | Gathered and assembled additional exhibits pertaining to the settlement agreement for hearing before Judge Bluebond. |
| 5/8/18 | J.A. Moe, II | 0.20 | Telephone calls with Brian Walton on continuing negotiations with the Committee Counsel and the Wiener Parties Counsel on terms of the Settlement Agreement. |

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/8/18 | J.A. Moe, II | 0.10 | Telephone call to Gary Klausner on terms to reach a Settlement Agreement acceptable to the Creditors Committee . |
| 5/8/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Andrew Sherman, responding to Mr. Sherman's questions on the proposed terms for the Settlement Agreement, relating to the Agreement being null and void if the payment if not timely delivered. |
| 5/8/18 | J.A. Moe, II | 0.10 | Following meeting, telephone call to Brian Walton on awaiting response from Andrew Sherman to proposed terms required to reach an agreement the Creditors  Committee on the Settlement Agreement. |
| 5/8/18 | J.A. Moe, II | 0.10 | Following the meeting: Exchange E-Mails with Andrew Sherman on keeping Standing Motion on Calendar until after payment is received. |
| 5/8/18 | J.A. Moe, II | 0.30 | Brief telephone call to Brian Walton on continuing negotiants terms required to reach an agreement with the Creditors Committee on Settlement Agreement;  return telephone call from Brian Walton on conferring with the Weiner Parties on terms required to reach an agreement with the Creditors Committee on Settlement Agreement. |
| 5/8/18 | J.A. Moe, II | 0.30 | Telephone call from Brian Walton on conferring with Gary Klausner and the Weiner Parties on terms required to reach an agreement with the Creditors  Committee on additional terms of the Settlement Agreement. |
| 5/8/18 | J.A. Moe, II | 0.10 | Telephone call with Brian Walton on awaiting response of Andrew Sherman to the terms proposed to Mr. Sherman on the Settlement Agreement,  and Mr. Walton's contact with the Weiner Parities. |
| 5/8/18 | J.A. Moe, II | 0.10 | Telephone call to Gary Klausner on continuing discussions on terms required to reach an agreement with the Creditors Committee. |
| 5/8/18 | J.A. Moe, II | 0.20 | Two additional telephone calls with Brian Walton on additional terms required to reach an agreement with Creditors Committee. |
| 5/8/18 | J.A. Moe, II | 0.40 | Review proposed terms for the Settlement Agreement and telephone call with Brian Walton on the proposed terms, and issue over null and void language; telephone call returned from Brian Walton on provisos approved, subject to Gary  Klausner's review by 11:50 p.m. |
| 5/8/18 | J.A. Moe, II | 0.20 | Consider contents of and prepare E-Mail to Andrew Sherman on proposed additional terms of a Settlement Agreement. |

8

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/8/18 | J.A. Moe, II | 0.30 | Revise and expand the Pleading lodging with the Bankruptcy Court the redline of the corrected Settlement Agreement and a copy of the fully executed Agreement; review the corrected Pleading and procedures for filing and service and delivery to Judge Bluebond. |
| 5/8/18 | J.A. Moe, II | 0.20 | Review multiple E-Mails from Gary Klausner and review Settlement Agreement executed by Beryl Weiner. |
| 5/8/18 | J.A. Moe, II | 0.20 | E-Mail and telephone call from Stan Otake on executing the Settlement Agreement; obtain Agreement executed by Mr. Otake. |
| 5/8/18 | J.A. Moe, II | 0.30 | Prepare Settlement Agreement for execution by Gary Klausner; E-Mail and telephone call to Gary Klausner and transmit for signature the Settlement Agreement; telephone call with Mr. Klausner on signature and timing of payment. |
| 5/8/18 | J.A. Moe, II | 0.10 | Second telephone call from Gary Klausner on responding to Andrew Sherman's question on payment. |
| 5/8/18 | J.A. Moe, II | 0.10 | Consider ramifications of time payment is due and third telephone call from Gary Klausner responding to Andrew Sherman's question on payment. |
| 5/8/18 | J.A. Moe, II | 0.10 | Prepare E-Mail to Boris Mankovetskiy on signatures and Effective Date of the Agreement setting payment |
| 5/8/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Boris Mankovetskiy on, and transmit to Mr. Mankovetskiy, the executed Settlement Agreement. |
| 5/8/18 | J.A. Moe, II | 0.20 | Two telephone calls with Andrew Sherman on Section 2.5 of the Settlement Agreement and the date payment is due, consider and review the terms of when payment is due; third telephone call with Mr. Sherman on payment provision. |
| 5/8/18 | J.A. Moe, II | 0.80 | Telephone call with Brian Walton on status of the Settlement Agreement insofar as the Creditors Committee is concerned. |
| 5/8/18 | J.A. Moe, II | 0.60 | Telephone call with Gary Klausner on status of the Settlement Agreement insofar as the Creditors Committee is concerned. |
| 5/8/18 | J.A. Moe, II | 0.40 | Consider Andrew Sherman's E-Mail threatening the Settlement Agreement, then review, consider response and prepare response to Gary Klausner on the status of the Settlement Agreement. |
| 5/8/18 | J.A. Moe, II | 0.30 | Review Gary Klausner's brief E-Mail on whether Motion on Settlement Agreement proceeds, then consider and prepare E-Mail to Mr. Klausner on alternative dispositions and consequences. |

9

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/8/18 | J.A. Moe, II | 0.60 | Consider alternatives to the Order in regard to enforcement of payment, and exchange E-Mails with Gary Klausner on terms of the Order; exchange E-Mails (and review other E-Mails) with Mr. Klausner on enforcement provisions, and consider and draft response to argument. |
| 5/8/18 | J.A. Moe, II | 0.40 | Telephone call from Gary Klausner on whether a solution is possible to obtain approval of the Settlement  Agreement; E-Mail to Andrew Sherman (and then Boris Mankovetskiy) on possible solution to the current conundrum; await a response to inquiry; telephone call to Brian Walton on status of negotiations and awaiting response. |
| 5/8/18 | J.A. Moe, II | 0.10 | Commence preparing documents for hearing on May 9th on three Motions before Judge Bluebond. |
| 5/8/18 | J.A. Moe, II | 0.80 | Additional telephone call with Brian Walton and Sam Maizel on status of the Settlement Agreement. insofar as the Committee and the Weiner Parties are concerned, and action to try and resolve the Agreement. |
| 5/8/18 | K.M. Howard | 0.40 | Researched and assembled Notices of Commencement of Bankruptcy filed in state courts and prepared communication regarding same. |
| 5/9/18 | J.A. Moe, II | 0.10 | Review for response from Andrew Sherman to proposal sent at 11:50 p.m.; confer with Sam Maizel on response. |
| 5/9/18 | J.A. Moe, II | 0.10 | Telephone call to Andrew Sherman on waiting his response to proposal sent at 11:50 p.m., reviewing additional term transmitted with Gary Klausner's authority on setting "holding date" on two remaining Motions. |
| 5/9/18 | J.A. Moe, II | 0.10 | Return call to Sam Maizel on status of Andrew Sherman's response to the proposal sent late to Mr. Sherman on May 8th, and awaiting further response from Mr. Sherman. |
| 5/9/18 | J.A. Moe, II | 0.10 | Exchange E-Mails with Gary Klausner on the terms of a possible resolution of issues between the Committee, the Debtor and the Weiner Parties. |
| 5/9/18 | J.A. Moe. II | 0.30 | Prepare, review and assemble drafts of alternative Orders  on approval of the Settlement Agreement (for the hearing). |
| 5/9/18 | J.A. Moe, II | 0.20 | Review Andrew Sherman's response to the proposal transmitted at 11:50 p.m. on May 8th; exchange multiple E-Mails with  and Gary Klausner and Sam Maizel on Mr. Sherman's response. |

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 5/9/18 | J.A. Moe, II | 0.20 | Prepare/assemble documents for the hearing before Judge Robles' on the Motion on approval of the corrected Settlement Agreement. |
| 5/9/18 | J.A. Moe, II | 0.90 | Prepare for hearing, hand delivering Errata to Chambers as requested by Andrew Sherman, meeting with Tony Bisconti and Gary Klausner, preparing points for argument before Judge Bluebond and reviewing the alternative Orders and the corrected Settlement Agreement lodged with the Court on May 8th. |
| 5/9/18 | J.A. Moe, II | 1.10 | Attend hearing before Judge Bluebond on the Debtor's Motion now seeking approval of the corrected Settlement Agreement, and setting continued hearing date on the Committee's Discovery Motion and Standing Motion. |
| 5/9/18 | J.A. Moe, II | 0.20 | Review and correct -- through two iterations -- the draft Order approving the 9019 Motion on approval of the corrected Settlement Agreement. |
| 5/9/18 | J.A. Moe, II | 0.20 | Review the corrected Order, and transmit to Gary Klausner and Andrew Sherman for comment; revise and review Gary Klausner's changes; telephone call from Andrew Sherman on and review Mr. Sherman's E-Mail with tracked changes. |
| 5/9/18 | J.A. Moe, II | 0.10 | Telephone call to Gary Klausner on Mr. Sherman's proposed corrections to the Order; review procedures for implementing the corrections; return E-Mail from Gary Klausner on approval of the Order. |
| 5/9/18 | J.A. Moe, II | 0.10 | Review the revised Order incorporating corrections and transmitting the corrected Order back to Andrew Sherman and Gary Klausner. |
| 5/9/18 | J.A. Moe, II | 0.30 | Exchange E-Mails with Gary Klausner over additional corrections in the proposed Order; correct Order and return to Andrew Sherman and Mr. Klausner. |
| 5/9/18 | J.A. Moe, II | 0.20 | Prepare first draft of the Notice Of Lodgment of the Order approving the Settlement Agreement, requested by Gary Klausner. |
| 5/9/18 | S. Maizel | 2.00 | Meeting with counsel for committee and counsel for Weiner entities in preparation for hearing on settlement motion (1.0); attend hearing on motion (1.0). |
| 5/10/18 | J.A. Moe, II | 0.20 | Review E-Mail from Gary Klausner and from Boris Mankovetskiy on the Order; review Stipulation and then the Order and then insure references are accurate (and correct where inaccurate). |

11

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/10/18 | J.A. Moe, II | 0.20 | Review the updated version of the Order approving the Stipulation and the Settlement Agreement, and compare the "redline;" make one additional correction and format paragraph "e." |
| 5/10/18 | J.A. Moe, II | 0.20 | Review the revised "final" version of the Order approving the Stipulation and the Settlement Agreement, and the "redline;" E-Mail to Andrew Sherman, Boris Mantovetskiy and Gary Klausner transmitting the documents for review and signature. |
| 5/10/18 | J.A. Moe, II | 0.30 | Receive signature page executed from Gary Klausner; exchange E-Mails with and receive from Andrew Sherman his signature page; review and confirm contents of the Order; intermittent conferences on obtaining entry of the Order. |
| 5/10/18 | J.A. Moe, II | 0.20 | Review multiple calls with the Clerk of the Court on how to proceed to lodge/upload the proposed Order, and alternative solution to reconcile the requirements to file the Order and Exhibit "A" with the Court. |
| 5/10/18 | K.M. Howard | 0.20 | Analysis of Notice of Lodgment of Order pertaining to the Motion to Approve Compromise (.1) and reviewed the attached Order (.1). |
| 5/10/18 | K.M. Howard | 0.20 | Culled previously submitted orders in excess of 10 pages to prove to the court that orders in excess of 10 pages have been submitted in this case and prepared communication regarding same. |
| 5/10/18 | K.M. Howard | 0.40 | Reviewed recently entered orders and revised Critical Dates Memorandum to reflect newly set deadlines by the Court. |
| 5/10/18 | S. Maizel | 0.10 | Office conference with J. Moe re order on settlement. |
| 5/11/18 | S. Maizel | 0.20 | Review and revise cover on amended order re settlement. |
| 5/11/18 | K.M. Howard | 0.20 | Briefly reviewed Errata and Corrected Proposed Settlement Agreement. |
| 5/11/18 | K.M. Howard | 0.10 | Analysis of Notice of Lodgment pertaining to the Motion to Approve Compromise. |
| 5/11/18 | K.M. Howard | 0.60 | Assembled material and pleadings to assist attorney in drafting proposed settlement agreement. |
| 5/11/18 | K.M. Howard | 0.40 | Reviewed and organized returned mailings from court's notice of hearing before Judge Bluebond. |
| 5/11/18 | J.A. Moe, II | 0.10 | Review status on entry of the Order approving the Settlement Agreement with the Weiner parties, and the necessity to submit new Order referring to filing of a corrected Settlement Agreement. |

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/11/18 | J.A. Moe, II | 0.10 | Review procedures for and contents of pleading (already drafted) to be filed to which copy of the complete Settlement Agreement will be attached. |
| 5/11/18 | J.A. Moe, II | 0.20 | Review procedures for and contents of new Order to be filed noting the filing of and Docket Number for the Settlement Agreement just previously filed; review and correct the proposed language; review corrected Order and transmit with E-Mail to Andrew Sherman and Gary Klausner for approval. |
| 5/11/18 | J.A. Moe, II | 0.20 | Review the proposed revised Order and note necessity to make two additional changes because of the previous change on page 3; make two additional corrections and return to Andrew Sherman and Gary Klausner for review and approval with E-Mail explaining the changes (obtaining approval). |
| 5/11/18 | J.A. Moe, II | 0.10 | Telephone call to Phyllis Jones on the Order being uploaded on the approval of the Settlement Agreement with the Weiner Parties. |
| 5/14/18 | S. Maizel | 0.10 | Review order re Weiner 9019 motion as entered; emails re same. |
| 5/14/18 | K.M. Howard | 0.20 | Analysis of Order Approving Motion to Approve Terms and Conditions of Settlement Agreement (.1) and prepared communication regarding same (.1). |
| 5/14/18 | K.M. Howard | 0.60 | Analysis of the terms of the corrected and executed proposed settlement agreement and cross-referenced to the court's order to determine deadline for Weiner to pay the estate. |
| 5/14/18 | K.M. Howard | 0.20 | Prepared communications regarding hearing on the Standing and Discovery Motions and the effective date the Weiner parties to pay the Estate. |
| 5/14/18 | K.M. Howard | 0.40 | Reviewed and revised Critical Dates Memorandum to reflect deadlines set by Judge Bluebond. |
| 5/15/18 | K.M. Howard | 0.20 | Communications regarding Judge Bluebond waiving the 14-day stay and the effects of that waiver on the effective date of the Weiner payment. |
| 5/15/18 | K.M. Howard | 0.30 | Further work on determining the effective date of the Weiner Payment (.2) and prepared communication regarding the updated information (.1). |
| 5/15/18 | K.M. Howard | 0.20 | Reviewed communications regarding Judge Bluebond's intent to preserve the 14 days for the appeal. |
| 5/15/18 | K.M. Howard | 0.20 | Analysis of the Court's Notice Continuing the Hearing on the Standing Motion and Discovery Motion. |

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/15/18 | K.M. Howard | 0.40 | Reviewed and revised Critical Dates Memorandum to reflect Judge Bluebond's subsequent rulings regarding the Weiner parties. |
| 5/15/18 | J.A. Moe, II | 0.30 | Review multiple E-Mails on, review Bankruptcy Rule 8002, and exchange E-Mails with Gary Klausner (and others) on date the payment must be delivered in accordance with the Settlement Agreement. |
| 5/15/18 | J.A. Moe, II | 0.30 | Exchange multiple E-Mails with Brian Walton, David Herskovitz, Stan Otake and Eric Weissman, on review of and proposed revisions to the Liquidating Plan and the Disclosure Statement. |
| 5/15/18 | J.A. Moe, II | 0.30 | Additional review of the Liquidating Plan and annotations previously made on possible corrections and additions. |
| 5/16/18 | K.M. Howard | 0.10 | Analysis of the Declaration that No Party Requested a Hearing on the Motion to Approve Compromise in that the hearing was previously set by the court. |
| 5/16/18 | K.M. Howard | 0.10 | Analysis of Notice of Lodgment pertaining to the Motion to Approve Compromise. |
| 5/16/18 | K.M. Howard | 0.10 | Analysis of Order Granting Motion to Approve Compromise under Rule 9019. |
| 5/16/18 | K.M. Howard | 0.10 | Analysis of communications regarding the inclusion of language in the Disclosure Statement regarding the defense of Beryl Weiner. |
| 5/16/18 | K.M. Howard | 0.10 | Analysis of Certificate of Notice regarding the Order on the Motion to Approve Compromise. |
| 5/16/18 | K.M. Howard | 0.40 | Researched and assembled settlement agreement regarding the settlement of claims against the directors and officers of the hospital. |
| 5/16/18 | K.M. Howard | 0.40 | Researched and assembled various drafts and the final version of the Disclosure Statement to determine language regarding defense of allegations. |
| 5/16/18 | K.M. Howard | 0.40 | Received and organized returned mail from Judge Bluebond's notice of hearing and coordinated incorporation of same. |
| 5/24/18 | K.M. Howard | 0.20 | Analysis of Stipulation by Creditors Committee regarding the expansion of the employment of Weiland Golden and the settling of avoidance claims against the hospital to determine pending deadlines, etc. |

14

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/25/18 | K.M. Howard | 0.70 | Researched and culled all pleadings pertaining to the settlement agreement with Beryl Weiner and questions concerning Mr. Weiner's possible failure to perform under the terms and conditions of the settlement agreement. |
| 5/25/18 | K.M. Howard | 0.10 | Analysis of Order Approving Stipulation Authorizing the Creditors Committee to Settle Avoidance Claims. |
| 5/25/18 | K.M. Howard | 0.60 | Reviewed and revised Critical Dates Memorandum to reflect new deadlines and pending hearings set by the court. |
| 5/30/18 | K.M. Howard | 0.40 | Researched and culled pleadings pertaining to the settlement of the directors and officers and reviewed the settlement agreement to determine the wording of the general release. |

Total Hours    52.20

Fee Amount                                                    $25,740.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 8.90 | $5,785.00 |
| J.A. Moe, II | $595.00 | 23.80 | $14,161.00 |
| T. Moyron | $550.00 | 2.20 | $1,210.00 |
| K.M. Howard | $265.00 | 17.30 | $4,584.50 |
| Totals | | 52.20 | $25,740.50 |

15

Weiner Parties Related Litigation

June 18, 2018

Matter: 15257497-000025
Invoice No.: 2024529

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 5/8/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - BLUEBOND | | 35.00 |
| 5/8/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - BLUEBOND | | 20.00 |
| | | SUBTOTAL | 55.00 |
| | Total Disbursements | | $55.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 25,740.50 | |
| Disbursement Total | $ | 55.00 | |
| Invoice Total | $ | 25,795.50 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

June 18, 2018

Client/Matter #: 15257497-000025

Weiner Parties Related Litigation

---

Statement of Account

According to our records, as of June 18, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 03/20/18 | 1992989 | 74,903.50 | 0.00 | 74,903.50 |
| 04/13/18 | 2001452 | 34,967.50 | 0.00 | 34,967.50 |
| 05/08/18 | 2008600 | 15,751.70 | 0.00 | 15,751.70 |
| 06/18/18 | 2024529 | 25,795.50 | 0.00 | 25,795.50 |
| | | Total Outstanding Invoices | | $151,418.20 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): ***Dentons US LLP's Twenty-Second Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of May 2018,*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 26, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

***SEE ATTACHED SERVICE LIST NO. 1***

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On (*date* ) June 26, 2018, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST NO. 2.**

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 26, 2018, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2018 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## SERVICE LIST

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Anthony R. Bisconti** on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

**Karl E Block** on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

**Manuel A. Boigues** - bankruptcycourtnotices@unioncounsel.net

**Bruce M Bunch** on behalf of Creditor Doug Sunstedt
pam@bunchlawyers.com

**Louis J Cisz, III** on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

**Dawn M Coulson** on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

**John P Desmond** jdesmond@dickinsonwright.com, cgrinstead@dickinsonwright.com

**Richard K Diamond** - rdiamond@dgdk.com; DanningGill@gmail.com;
rdiamond@ecf.inforuptcy.com

**W. Jeffrey Fulton** - jeff@jefffultonlaw.com, yvonne@jeffultonlaw.com

**Barry S. Glaser** on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

**Jeffrey I Golden** on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

**Rhonda S. Goldstein** on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

**M. Jonathan Hayes** jhayes@srhlawfirm.com; roksana@srhlawfirm.com;
matthew@srhlawfirm.com; rosarioz@srhlawfirm.com; jfisher@srhlawfirm.com;
mariasrhlawfirm.com; jhayesecf@gmail.com

**Lawrence J. Hilton** on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com;
crodriguez@onellp.com

**David Jacobs** on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

**Ivan L Kallick** on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

**Eve H Karasik** on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

**Steven J. Katzman** on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Talin Keshishian** - tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com

**Gary E Klausner** on behalf of Creditor Roxbury Healthcare Services, LLC
and on behalf of Creditor Sycamore Health Care Services, LLC; gek@lnbyb.com

**Stuart I. Koenig** on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

**Dare Law** on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

**Elan S. Levey** on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

**Wendy A Loo** on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

**Stephen A Madoni** on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

**Howard N Madris** on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

**Boris I. Mankovetskiy** on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

**Amanda L Marutzky** on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

**David W. Meadows** on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

**Reed M. Mercado** - rmercado@sheppardmullin.com

**Benjamin Nachimson** on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

**Steven G. Polard** on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@eisnerlaw.com, lcorrales@eisnerlaw.com

**Amelia Puertas-Smara** - itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

**Kurt Ramlo** on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

**Paul F Ready** - tamara@farmerandready.com

**David M Reeder** on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

**J. Alexandra Rhim** on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

**Mary H Rose** on behalf of Creditor Promise Gardens Lending Company, Inc. and
Promise Hospital of East Los Angeles, L.P.; mrose@buchalter.com,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Daniel Robert Schimizzi** on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com; cwirick@bernsteinlaw.com

**George E Schulman** - GSchulman@DGDK.com; danningGill@gmail.com; gschulman@ecf.inforuptcy.com

**Andrew H. Sherman** on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

**Roman Shkodnik** - roman@yeremianlaw.com

**Leonard M Shulman** on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

**Gerald N Sims** on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

**Alan Stomel** on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

**Tiffany Strelow Cobb** on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

**Wayne R Terry** on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

**Gary F Torrell** on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

**Leslie A Tos** - Ltos@farmerandready.com, smeyer@farmerandready.com

**United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

**Anne A. Uyeda** - auyeda@bmkattorneys.com, admin@bmkattorneys.com

**Kenneth K. Wang** on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

**Johnny White** on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
JWhite@wrslawyers.com, aparisi@wrslawyers.com

**Hatty K Yip** on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

## 2  TO BE SERVED BY U.S. MAIL:

| **Regulatory Agencies** | |
|---|---|
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Office:  (916) 445-9555 | Wendi A. Horwitz<br>Deputy Attorney General<br>Tania Ibanez<br>James Toma<br>Dept. of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Office:  (213) 897-2178<br>wendi.horwitz@doj.ca.gov<br>tania.ibanez@doj.ca.gov<br>james.toma@doj.ca.gov |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office:  (213) 894-2400<br>Fax:  (213) 894-0141 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax:  (202) 307-6777 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office:  (213) 576-3009 | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office:  (202) 690-6610<br>Fax:  (202) 690-7203 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office:  (916) 845-6500<br>Fax:  None | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office:  (916) 464-4430 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office:  (866) 333-4606 | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office:  (415) 437-8156<br>Fax:  (415) 437-8188 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

1

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

2

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | |
|---|---|
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office:  (267) 941-6800 | Office of the Attorney General<br>Consumer Law Section<br>Attn:  Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office:  (415) 703-5500<br>Fax:  (415) 703-5480 |

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211<br>eweissman@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office:  (619) 940-0553 Ext. 3<br>Fax:  (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office:  (202) 785-9100<br>Fax:  (202) 785-9163<br>[Counsel for Cerner Health Services] | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn:    Pioneer Carson Corp., General Partner<br>          Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA  18101 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA  90503 |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Blvd.<br>City of Industry CA 91744<br>Office:  626-677-6488<br>grace@meiguorealty.com | Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aerojet Avenue #323<br>El Monte, CA 91731<br>Office:  626/569-3724<br>Fax:  626/927-9842 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

100259597\V-3

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA  90057<br>310.701.1665 | Aaron L. Durall<br>Durall Capital Holdings<br>8411 W. Oakland Park Blvd., Suite 302<br>Sunrise, FL  33351-7357 |
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C.  20032<br>Office:  (202) 574-5700 | Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Blvd., Ste. 302<br>Los Angeles, CA 90010 |
| Kansas State Bank of Manhattan<br>c/o Stephen Biegenzahn<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA  90067 | Blue Cross Blue Shield of Michigan<br>John P. Desmond<br>Dickinson Wright PLLC<br>100 West Liberty Street, Suite 940<br>Reno, NV  89501<br>Tel: 775.343.7500<br>Fax:  844.670.6009<br>E-mail:  jdesmond@dickinsonwright.com |
| **Creditor's Committee** | |
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office:  (614) 533-3125<br>Email:  rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office:  (415) 227-3585<br>Email:  rzadek@buchalter.com |
| | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3