1 | **WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
2 | jgolden@wgllp.com
650 Center Drive, Suite 600
3 | Costa Mesa, California 92626
Telephone:    (714) 966-1000
4 | Facsimile:    (714) 966-1002

5 | Local Co-Counsel to the Official
Committee of Unsecured Creditors of
6 | Gardens Regional Hospital and Medical Center

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 | In re | Case No. 2:16-bk-17463-ER

12 | GARDENS REGIONAL HOSPITAL AND | Chapter 11 Case
MEDICAL CENTER, INC., dba GARDENS
13 | REGIONAL HOSPITAL AND MEDICAL | **FIRST INTERIM APPLICATION FOR**
CENTER, | **ALLOWANCE AND PAYMENT OF FEES**
14 | | **AND REIMBURSEMENT OF EXPENSES**
| **OF WEILAND GOLDEN GOODRICH LLP,**
15 | Debtor. | **LOCAL CO-COUNSEL TO THE OFFICIAL**
| **COMMITTEE OF UNSECURED**
16 | | **CREDITORS OF GARDENS REGIONAL**
| **HOSPITAL AND MEDICAL CENTER, INC.;**
17 | | **AND DECLARATION OF JEFFREY I.**
| **GOLDEN IN SUPPORT THEREOF**

18 |

19 | | **DATE:**    **September 12, 2018**
| **TIME:**    **10:00 a.m.**
20 | | **PLACE:**    **Courtroom 1568**
| **255 E. Temple Street**
21 | | **Los Angeles, CA**

22 |

23 |

24 |

25 |

26 |

27 |

28 |

*Weiland Golden Goodrich LLP*
*650 Town Center Drive, Suite 600*
*Costa Mesa, California 92626*
*Tel 714-966-1000 · Fax 714-966-1002*

1179975.1

1    **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

2    **JUDGE:**

3         Weiland Golden Goodrich LLP, formerly Lobel Weiland Golden Friedman LLP (the

4    "Firm"), local co-counsel for the Official Committee of Unsecured Creditors (the

5    "Committee") of Gardens Regional Hospital and Medical Center, Inc. (the "Debtor"), files

6    its first interim application for allowance and payment of fees and reimbursement of

7    expenses for the period from July 5, 2016, through August 17, 2018 (the

8    "Application") pursuant to 11 U.S.C. §§ 330 and 331.  In support of the Application, the

9    Firm submits the attached declaration of Jeffrey I. Golden (the "Golden Declaration").

10

11   **I.    INTRODUCTION**

12        The Firm was retained as counsel to the Committee, in a local capacity, to perform

13   any and all legal services as may become necessary or advisable in this case, including,

14   but not limited to:  (a) advising the Committee concerning the rights and remedies of

15   creditors and of the Committee in regards to the Debtor's assets; (b) representing the

16   Committee in any proceeding or hearing, including, without limitation, lien avoidance,

17   preference avoidance, and fraudulent conveyance litigation, in the Bankruptcy Court, and

18   in any action where the rights of the estate or creditors may be litigated or affected;

19   (c) assisting the Committee in reviewing the sale of assets and any plans of

20   reorganization filed by the Debtor or other interested party and assisting the Committee in

21   its analysis of any plans; (d) facilitating communication between the Committee and the

22   Debtor; (e) assisting the Committee with formulating a plan of reorganization, if

23   appropriate; and (f) representing the Committee at hearings in connection with disclosure

24   statements and plan confirmation.

25        The Firm provided a significant benefit to the estate by advising and representing

26   the Committee in connection with the initial Court-approved sale of substantially all of the

27   Debtor's assets, including representing the Committee at the four-day auction sale of the

28   assets and at hearings before the Court.

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1        The Firm believes that the Court should approve the interim compensation

2 requested in this chapter 11 case because the Firm's services substantially benefitted the

3 bankruptcy estate, were effective and efficient, and the amount of the compensation

4 sought is reasonable. Accordingly, the Firm requests that the Court approve this

5 Application, and allow $76,575.43 in chapter 11 attorney's fees and costs for the period

6 from July 5, 2016, through August 17, 2018, on an interim basis. The Firm agreed to

7 reduce the rate for Jeffrey I. Golden, the attorney who performed the majority of the work

8 on this case, from $750 per hour to $450 per hour.

9

10 **II.**     **THE FIRM HAS COMPLIED WITH THE REQUIREMENTS OF LOCAL**

11        **BANKRUPTCY RULE 2016-1**

12        As set forth in the Golden Declaration, Mr. Golden has reviewed the requirements

13 of Local Bankruptcy Rule 2016-1 ("Rule 2016"). This Application complies with Rule

14 2016.[1]

15

16 **III.**     **FACTUAL BACKGROUND**

17        On June 6, 2016, this bankruptcy case (the "Case") was commenced by the filing of

18 a voluntary petition under Chapter 11 of the Title 11 of the United States Code.

19        On July 5, 2016, the Office of the United States Trustee filed a notice of

20 appointment of the Committee. The first meeting of the Committee was held on July 5,

21 2016, and at that meeting, the Committee selected as its co-counsel, Sills Cummis &

22

23 ────────────────

24 [1] Local Bankruptcy Rule 2016-1(a)(1), states in, pertinent part, as follows:

25 All applications for fees . . . filed by attorneys . . . shall contain the following:

26 (A) A brief narrative history of the present posture of the case. In chapter 11 cases, the information furnished shall describe the general operations of the debtor and whether the business of the debtor, if any,

27 is being operated at a profit or loss, cash flow, whether a plan has been filed, and if not, what are the prospects for reorganization and when it is anticipated that a plan will be filed . .

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1 Gross P.C. ("Co-Counsel") and Lobel Weiland Golden Friedman LLP[2].  By order entered

2 August 5, 2016,[3] the Court authorized the Firm's employment as co-counsel to the

3 Committee, in a local capacity, effective July 5, 2016.

4     Recently, the Committee was authorized to investigate and pursue avoidance

5 actions and claims of the estate, and to employ the Firm as its counsel in those

6 endeavors, pursuant to the order entered May 25, 2018.  The instant Application does not

7 address this recent engagement.

8

9 **IV.    SUMMARY OF PROFESSIONAL FEE STATEMENTS**

10     Pursuant to the *Order on Debtor's Motion for Order Establishing Procedures for*

11 *Monthly Payment of Fees and Expense Reimbursement* entered by the Court on

12 September 20, 2016, the Firm filed two fee statements (the "Fee Statements") as follows:

| Fee Statement | Time Period | Fees and Costs Incurred | 80% of Fees and 100% of Costs |
|---|---|---|---|
| #1 | 7/5/16 – 8/31/16 | $66,005.00 | $52,804.00 |
|  |  | $2,855.03 | $2,855.03 |
|  |  | $68,860.03 | $55,659.03 |
| #2 | 9/1/16 – 10/31/16 | $5,110.00 | $4,088.00 |
|  |  | $10.00 | $10.00 |
|  |  | $5,120.00 | $4,098.00 |

20     In 2017, the Firm received payments totaling $43,175.00, leaving a balance of

21 $30,805.03, which amount was reduced by ten percent (to $27,724.53) pursuant to the

22 *Stipulation Resolving Objection of the Official Committee of Unsecured Creditors to the*

23 *Debtor's Motion to Approve Terms and Conditions of Settlement Agreement By and*

24 *Between the Debtor, and Sycamore Healthcare Services, LLC, and Beryl Weiner, in*

[2] On March 19, 2018, Lobel Weiland Golden Friedman LLP changed its name to Weiland Golden Goodrich LLP.

[3] By separate order, Co-Counsel's employment also was approved on August 5, 2016.

*Weiland Golden Goodrich LLP*
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1   *Accordance with Bankruptcy Rule 9019* which was approved by order entered May 31,

2   2018, according to which the Debtor's professionals and the Committee's professionals

3   agreed to a ten percent reduction of the amount payable to such professionals pursuant to

4   their respective fee applications.  Thus, the Firm is owed $27,724.53 on account of the

5   Fee Statements.  The Firm recently received a further payment of $16,461.02, leaving a

6   balance of $11,263.51.

7           No other fee statements were filed by the Firm during this Case.

8

9   **V.    CURRENT AMOUNTS REQUESTED**

10          In this Application, the Firm is requesting allowance and payment of $73,685.00 in

11  interim fees for work performed from July 5, 2016 through August 17, 2018, and

12  reimbursement of $2,890.43 in interim expenses for a total of $76,575.43, and payment of

13  the allowed amounts less $59,636.02 previously paid on account of the Court-approved

14  fee application procedure.  <u>The Application relates only to the Firm's engagement in the</u>

15  <u>Case as co-counsel to the Committee.</u>  <u>The Firm's recent engagement by the Committee</u>

16  <u>to pursue avoidance actions and other claims of the Estate is not the subject of this</u>

17  <u>Application</u>.

18

19  **VI.   CURRENT FINANCIAL STATUS**

20          The most recent monthly operating report filed with the Court is for the month

21  ending June 2018.  According to the report, the Debtor is holding total cash of

22  $2,600,505.68.

23

24  **VII.   SUMMARY OF THE FIRM'S ACTIVITIES IN THE CASE AS LOCAL CO-**

25          **COUNSEL TO THE COMMITTEE**

26          Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), the Firm incorporates by

27  this reference the narrative history of the Debtor's chapter 11 case as set forth in *Sills*

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

*Cummis & Gross P.C.'s First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses* [Docket 1267].

The Firm's time during this period was spent advising and representing the Committee with respect to the sale of assets.  Below is a chart which summarizes all time and corresponding fees incurred during the period covered by this Application.  Each category is described in further detail below.

| Category | Hours | Fees | Blended Rate |
|---|---|---|---|
| Asset Disposition | 141.80 | $62,090.00 | $437.87 |
| Legal Case Administration | 3.10 | $1,395.00 | $450.00 |
| Employment | 16.30 | $4,275.00 | $262.27 |
| Fee Applications | 22.90 | $5,925.00 | $258.73 |
| Total | 184.10 | $73,685.00 | $400.24 |

## A.    Asset Disposition

**[141.80 hours, $62,090.00, blended rate $437.87]**

In this category the Firm advised and represented the Committee in the initial sale of substantially all of the Debtor's assets.  On June 1, 2016, the Debtor filed a motion (the "Sale Motion") for an order establishing bid procedures related to the sale of the Debtor's assets, scheduling an auction and hearing on the sale, and authorizing the sale of the assets free and clear.  On July 6, 2016, the Court entered an order approving the bidding procedures and related matters associated with the sale process (the "Bid Procedures Order").  In preparation for the sale, the Firm reviewed numerous pleadings on file in the Case, and analyzed the Debtor's corporate records, real property records, all UCC liens and judgments recorded against the Debtor and Tri-City Regional, the Committee's bylaws, the Debtor's operating reports, the sale and finance agreement, issues related to secured creditors, and the proposed bids and variables being used under different scenarios.  The Firm conferred with First American Title regarding the title report and real property records for the Property.  It also participated in meetings with Co-Counsel, counsel for the Debtor, and other parties concerning the sale and financing, researched the ability to sell claims, and prepared for opposition to the sale.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1     Pursuant to the Bid Procedures Order, the Debtor conducted an auction of assets

2 which included four bidders.  The Firm attended the auction which took place over four

3 days on July 13, 14, 18 and 19, 2016, and participated in multiple side conferences

4 relating to the auction.  In between sessions, the Firm conferred with Co-Counsel

5 regarding status, strategized regarding bidding issues and opposition to the proposal to

6 purchase claims, and researched the acquisition of claims.

7     The value of the stalking horse bid prior to the auction was approximately $8.5

8 million.  The winning bid at the conclusion of the auction was from Strategic Global

9 Management, Inc. ("Strategic") at approximately $19.5 million.  The Strategic bid also

10 provided for the continuation of the Debtor's medical services, including emergency

11 services, and the continued employment for most of its employees.

12     Following the conclusion of the auction, the Firm attended a meeting of the

13 Committee and participated in negotiations over the asset purchase agreement and

14 interim management agreement.  The Firm prepared for and appeared at the sale hearing

15 held on July 26, 2016, at which time the Court approved the sale to Strategic, and

16 provided input regarding the drafting of the sale order.  The Firm also appeared at the

17 hearing on the interim management agreement held on August 2, 2016.  In addition, the

18 Firm appeared at hearings regarding the professionals and the ombudsman held on

19 August 15 and 16, 2016, respectively, and at a settlement hearing held on September 12,

20 2016.  The Firm conferred with the Committee and Co-Counsel following each of the

21 hearings and strategized concerning sale closing issues and potential litigation.

22     Thus, the Firm's participation in the auction and Court hearings facilitated Court

23 approval of the initial sale of assets and provided a benefit to the creditors of the Estate.

24 The Firm ensured that the Committee was actively involved in the sale process and that

25 the interest of the general unsecured creditors were represented.

26     The Firm's Co-Counsel subsequently handled certain issues that arose when the

27 California Attorney General approved the sale to Strategic but imposed conditions to the

28 sale which caused Strategic (which had assigned its rights to KPC Global Management,

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1  LLC), to exercise its option to terminate the transaction.  The Debtor's financial

2  circumstances made it necessary for the Debtor to obtain Court approval to close the

3  Hospital.  Later, the Debtor's private sale of certain assets of the closed Hospital to

4  American Specialty Management Group, Inc., was approved at auction for $6.7 million

5  over the objection of the California Attorney General.  The sale closed on May 16, 2017.

6  **B.    Legal Case Administration**

7  **[3.10 hours, $1,395.00, blended rate $450.00]**

8  In this category the Firm spent a small amount of time analyzing and advising the

9  Committee regarding a membership issue.

10  **C.    Employment**

11  **[16.30 hours, $4,275.00, blended rate $262.27]**

12  The Firm prepared the Committee's application to employ the Firm and related

13  pleadings, including the order authorizing the Firm's employment which was entered on

14  August 5, 2016.  The Firm also assisted the Committee with the employment of Co-

15  Counsel.  The Firm prepared the employment application, the notice of the application, the

16  declaration regarding non-opposition and the order approving Co-Counsel's employment

17  which was entered by the Court on August 5, 2016.

18  **D.    Fee Applications**

19  **[22.90 hours, $5,925.00, blended rate $258.73]**

20  In this category the Firm spent time preparing the Fee Statements and

21  communicating with Co-Counsel and counsel for the Debtor concerning the monthly fee

22  procedure.  In connection with the instant fee hearing, the Firm has spent time reviewing

23  and revising the Firm's invoices in accordance with United States Trustee guidelines,

24  communicating with Co-Counsel regarding timing of the fee hearing, and in the

25  preparation of this Application.

26

27

28

## VIII.    ANALYSIS OF FEES AND COSTS

From July 5, 2016 through August 17, 2018, the Firm has expended 184.10 hours representing the Committee in this proceeding, as more particularly described in Exhibit "1" attached to the Declaration of Jeffrey I. Golden.  Exhibit "1" is a computerized invoice prepared by the Firm based on time records maintained by each professional performing services on behalf of the Committee.  These records are maintained in the ordinary course of the Firm's business.

Set forth below are the Firm's hourly rates for the individuals rendering services on behalf of the Committee, the amount of time each individual spent in representation of the Committee, and a total fee.

| Attorney or Paralegal | Hours | Hourly Rate | Period | Total |
|---|---|---|---|---|
| Jeffrey I. Golden, Attorney | 131.10 | $450 | 2016-2018 | $58,995.00 |
| William N. Lobel, Attorney | 1.80 | $450 | 2016-2018 | $810.00 |
| Beth E. Gaschen, Attorney | 5.40 | $450 | 2016-2018 | $2,430.00 |
| Nancy P.F. Lockwood, Paralegal | 8.60 | $250 | 2016-2018 | $2,150.00 |
| Claudia M. Yoshonis, Paralegal | .80 | $250 | 2016-2018 | $200.00 |
| Cynthia B. Meeker, Paralegal | 35.80 | $250 | 2016-2018 | $8,950.00 |
| Kelly Adele, Paralegal | .60 | $250 | 2016-2018 | $150.00 |
| **TOTAL HOURS:** | **184.10** | | **TOTAL FEES:** | **$73,685.00** |
| | | | **PREVIOUS PAYMENT:** | **-59,636.02** |
| | | | **NET FEES:** | **$14,048.98** |

The 184.10 hours resulted in total fees of $73,685.00, creating a blended hourly rate of $400.24.  The rates charged by the Firm are standard for the Firm on legal matters, without considering the size and degree of responsibility, difficulty, complexity or results achieved.  The rates at which the Firm charges its non-bankruptcy clients for similar services are the same.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1    In addition to the Firm's fees, from July 5, 2016 through August 17, 2018, the Firm

2   has advanced out-of-pocket expenses totaling $2,890.43 as detailed in Exhibit "1"

3   attached to the Declaration of Jeffrey I. Golden.  The Firm's costs are itemized as follows:

| | |
|---|---|
| Photocopies ($.20/page) | $5.40 |
| Courier | $1,045.00 |
| On-line research | $1,840.03 |
| **Total:** | $2,890.43 |

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

9   **IX.    LEGAL ANALYSIS**

10       **A.    Points and Authorities for Addressing Addressing Standard for**

11           **Reviewing Fee Application and Reimbursement of Expenses**

12       After notice and a hearing, the court may award an attorney or other professional

13   employed by the estate pursuant to §§ 327 or 1103 "reasonable compensation for actual,

14   necessary services rendered" and "reimbursement for actual, necessary expenses."  *See*

15   11 U.S.C. §§ 330(a)(1)(A) & (B).  In determining the reasonableness of the compensation

16   requested, the court shall consider the following:

> [T]he nature, the extent, and the value of [the services
> provided], taking into account all relevant factors, including–
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration
> of, or beneficial at the time at which the service was rendered
> toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable
> amount of time commensurate with the complexity,
> importance, and nature of the problem, issue, or task
> addressed; and
>
> (E) whether the compensation is reasonable based on the
> customary compensation charged by comparably skilled
> practitioners in cases other than cases under this title.

27   *Id.* § 330(a)(3)(A)-(E).

1
2
3
4
5
6

"A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee." *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir. 1988). Factors ordinarily accounted for in either the hourly rate or the number of hours expended include: (1) the novelty and complexity of issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained. *See id.*

7

In this case, the factors set forth in § 330 are met.

8

### 1.    Time and Labor Required

9
10
11

From July 5, 2016 through August 17, 2018, the Firm expended a total of 184.10 hours in this case. The above description of the history of this proceeding and the Firm's representation of the Committee amply justify this expenditure of time.

12

### 2.    The Services Were Necessary or Beneficial

13

As set forth above, the Firm's services were necessary and beneficial.

14

### 3.    Time Spent and Rates Charged Were Reasonable

15

a.    Novelty and Difficulty of the Questions

16
17
18

The Firm encountered various issues in this case as discussed in more detail above. It is clear that the various issues in this case required the expertise and skills of the Firm.

19

b.    Skill Required to Perform the Services Properly

20
21

The preceding remarks illustrate the necessity of the Firm's exceptional bankruptcy knowledge and skills in fulfilling its obligations to the Committee.

22

c.    The Quality of Representation

23
24

The narrative statement concerning the Firm's services reflects that the Firm provided the highest quality of services to the Estate and the Committee.

25

d.    The Result Obtained

26

The result obtained is set forth in detail in the narrative statement.

27
28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1179975.1

FEE APPLICATION

1

## e.    Customary Fees

2    The rates charged by the Firm are normal charges for work performed on legal

3    matters, without considering size and degree of responsibility, difficulty, complexity, or

4    results achieved.

5

## f.    Whether the Fee is Fixed or Contingent

6    As in all bankruptcy proceedings, the Firm's fees in connection with its

7    representation of the Committee are subject to the discretion of the Court in determining

8    the value of the services rendered to the Estate, and are subject to the availability of the

9    funds of the Estate and are, accordingly, in effect contingent.

10

## g.    Experience, Reputation and Ability of Counsel

11    The Firm's attorneys have extensive knowledge in insolvency, reorganization and

12    bankruptcy law.  The professionals of the Firm rendering the services discussed herein

13    have considerable experience and resources available to them, which have greatly

14    assisted them in rendering such services in this highly specialized field.  Counsel with

15    lesser experience or available resources might have required additional time in order to

16    render such services.

17    **JEFFREY I. GOLDEN** is a Receiver, Bankruptcy Trustee and Examiner. He is a

18    founding partner of Weiland Golden Goodrich LLP and a former shareholder of Buchalter,

19    Nemer, Fields & Younger.  He also serves as an expert witness in federal and state

20    criminal and civil matters.

21    He received his undergraduate degree from the University of California at San

22    Diego – Revelle College in 1984, cum laude, and his law degree from the University of

23    Southern California Law School in 1987. After graduation from law school, he served as a

24    law clerk to the Honorable Peter M. Elliott and to the Honorable Calvin K. Ashland, Judges

25    of the United States Bankruptcy Court and the Bankruptcy Appellate Panel.

26    Mr. Golden is adjunct professor of law at the University of California, Irvine School

27    of Law teaching bankruptcy and co-Editor-in-Chief of the *California Bankruptcy Journal*, a

28    national publication. He also has lectured and written various articles regarding insolvency

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1   and commercial law matters. Mr. Golden has served as a Co-chair of Ninth Circuit Judicial

2   Conference Lawyer Representative and is a past President of the Orange County

3   Bankruptcy Forum. Since February 2005, Mr. Golden was selected by the publishers

4   of *Los Angeles Magazine* as a Super Lawyer, representing the top 5% of the practicing

5   attorneys in Southern California.

6          Mr. Golden was selected to receive the OCBF's Judge Peter M. Elliott Award for

7   outstanding ethics, scholarship and contribution and the CDCBAA's Judge Calvin Ashland

8   "Trustee of the Year" Award. He also was appointed to serve on the California State Bar

9   Client Security Fund Commission allocating millions of dollars to victims of attorney

10  abuse.  He also has been an adjunct faculty member of the University of California at

11  Irvine Extension Program, teaching bankruptcy litigation and currently is an adjunct

12  professor of bankruptcy law at UCI Law School.  Mr. Golden is a graduate of the Straus

13  Institute for Alternative Dispute Resolution at Pepperdine University School of Law, and

14  serves on the panel of trained mediators in bankruptcy matters for the United States

15  Bankruptcy Court, Central District of California.

16         Mr. Golden engages in a variety of charitable services.  He has been President of

17  the Huntington Seacliff Elementary School PTA, active with Serving People In Need

18  (SPIN), Laura's House, and other local charities.  Mr. Golden was also previously selected

19  to Chair a national committee to develop family programming and family conferences for

20  entrepreneurs for Entrepreneur Organization.

21         Mr. Golden concentrates his practice in the areas of business reorganization and

22  complex receivership and bankruptcy litigation in the state and federal courts.  He is

23  available to mediate bankruptcy controversies and other commercial disputes.

24         **WILLIAM N. LOBEL** is a fellow of the American College of Bankruptcy and is a co-

25  founder of the Orange County and California Bankruptcy Forums.  He has been a lecturer

26  at the University of Southern California Gould School of Law and has served as a member

27  of the Board of Visitors for Chapman University Dale E. Fowler School of Law. He

28  formerly taught real estate bankruptcy as an adjunct professor at his alma mater, the

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  University of Miami School of Law. Mr. Lobel currently serves as a Ninth Circuit Lawyer

2  Representative, and previously served from 1990-1996. He earned his undergraduate

3  degree and J.D. at the University of Miami.

4  **BETH E. GASCHEN** concentrates her practice on bankruptcy/insolvency matters

5  and business and bankruptcy-related litigation.  She represents debtors, creditors'

6  committees, secured and unsecured creditors, trustees, asset purchasers, and others in

7  chapter 7 and chapter 11 bankruptcy cases, adversary proceedings, as well as out-of-

8  court restructurings.  Ms. Gaschen also represents receivers and assignees for the benefit

9  of creditors.

10  Ms. Gaschen served a judicial externship to the Honorable Terry J. Hatter, Jr.,

11  United States District Court Judge for the Central District of California, and a judicial

12  externship to the Honorable John E. Ryan, United States Bankruptcy Judge for the

13  Central District of California.  Upon graduation, Ms. Gaschen served a judicial clerkship

14  for the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District

15  of California from August 2006 to August 2009.

16  In 2016, Ms. Gaschen was selected as one of 40 "up and coming" bankruptcy

17  attorneys from across the nation to participate in the National Conference of Bankruptcy

18  Judges' Next Generation Program.  Ms. Gaschen has been recognized as a "Rising Star"

19  in *Super Lawyers* magazine in both 2015 and 2016.  Ms. Gaschen was a Director of the

20  Orange County Bankruptcy Forum from 2010-2014, and its President from 2013-2014,

21  and is also a member of the Orange County Bar Association and the International

22  Women's Insolvency & Restructuring Confederation.

23  **KELLY ADELE** is a paralegal and legal assistant with Weiland Golden Goodrich

24  LLP.  Mrs. Adele has worked in the legal field for more than 15 years.  She has provided

25  litigation support to attorneys handling cases in both federal and state court, qualifying her

26  as a paralegal under California law.  Mrs. Adele has completed education courses offered

27  by the United States Bankruptcy Court for the Central District of California.  Mrs. Adele

28  has extensive knowledge in all aspects of state and federal court litigation and bankruptcy

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1179975.1

14

FEE APPLICATION

practices.  She is responsible for case management and debtor and creditor committee cases.  She performs legal research, prepares and reviews information pertaining to court cases and legal issues.  Mrs. Adele has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

Mrs. Adele was a former Board Member of the Orange County Legal Secretaries Association, a current member of the Orange County Legal Secretaries Association and a current member of the National Notary Association.

**CLAUDIA YOSHONIS** received her undergraduate degree from San Diego State University, and her law degree from Western State University of Law.  She served a judicial clerkship to the Honorable James N. Barr, United States Bankruptcy Judge for the Central District of California, from 1987 through 1989.

**CYNTHIA B. MEEKER** received her undergraduate degree from California State University at Fullerton in 1982, and obtained a certificate of legal assistantship from the University of California at Irvine in 1988.

**NANCY LOCKWOOD** is a paralegal with over 20 years of experience.  Nancy began her legal career as a bankruptcy paralegal for a private law firm in 1988, and she has a thorough knowledge of nearly all aspects of the chapter 11 debtor practice. She is responsible for case management in debtor and creditor committee cases.  She performs legal research, prepares and reviews information pertaining to court cases and legal issues.  Ms. Lockwood has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

### 4.    Professional Relationship with the Client

Other than its role as attorneys for the Committee and as otherwise disclosed in the Firm's application for order approving its employment, the Firm has no relationship with the Committee.

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  **X.    NO FEE SHARING ARRANGEMENT**

2        The Firm has no fee sharing arrangement, understanding, or compensation sharing

3  arrangement with any other entity, and no part of the attorneys' fees or expenses awarded

4  to the Firm will be paid to any other entity.

5

6  **XI.    CONCLUSION**

7        **WHEREFORE**, the Firm respectfully requests that this Court enter its order:

8        1.    Allowing **$73,685.00** in interim chapter 11 fees and **$2,890.43** in interim

9  chapter 11 expenses for the period from July 5, 2016 through August 17, 2018, for a total

10  of **$76,575.43;**

11        2.    Authorizing payment of the amount allowed to the Firm from funds of the

12  Estate, less $59,636.02 previously paid pursuant to the modified fee application

13  procedures; and

14        3.    For such further relief as the Court may deem necessary and appropriate.

15

16                          Respectfully submitted,

17  Dated:  August 22, 2018          WEILAND GOLDEN GOODRICH LLP

18
                                    By:  */s/ Jeffrey I. Golden*
19                                        JEFFREY I. GOLDEN
                                         Local Co-Counsel for the Official
20                                        Committee of Unsecured Creditors of
                                         Gardens Regional Hospital and
21                                        Medical Center, Inc.

22

23

24

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1179975.1

FEE APPLICATION

1

## DECLARATION OF JEFFREY I. GOLDEN

2

3      I, Jeffrey I. Golden, declare as follows:

4      1.      I am a partner in the law firm Weiland Golden Goodrich LLP (the "Firm"),

5  local co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of

6  Gardens Regional Hospital and Medical Center, Inc. (the "Debtor") in this proceeding.

7  The following is within my personal knowledge, and if called upon as a witness, I could

8  and would testify competently with respect thereto.  I am submitting this declaration in

9  support of the *First Interim Application for Allowance and Payment of Fees and*

10 *Reimbursement of Expenses of Weiland Golden Goodrich LLP, Local Co-Counsel for the*

11 *Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical*

12 *Center, Inc.* (the "Application").

13     2.      In the ordinary course of its business, the Firm keeps a record of all time

14 expended by its professionals and para-professionals in the rendering of professional

15 services on a computerized billing system as follows:  At or near the time the professional

16 services are rendered, attorneys and other professionals of the Firm either: (1) record in

17 writing on a time sheet the client/matter name or number, the duration of time expended,

18 and a description of the nature of the services performed, or (2) input the time record,

19 including the client/matter number, duration of time expended, a description of the nature

20 of the services performed, and the initials of the professional rendering the service,

21 directly into the Firm's computer billing system.  For the professionals who record their

22 time using written time sheets, the information contained in the time sheets is then

23 transcribed into the Firm's computer billing system.  The Firm's computer billing system

24 keeps a record of all time spent on a client/matter, the professional providing the services

25 and a description of the services rendered.  The Firm's computer billing system

26 automatically multiplies the time expended by each professional by the respective

27 professional's billing rate to calculate the amount of the fee associated.  The Firm

28 conducts its business in reliance on the accuracy of such business records.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

3.       I have reviewed the Firm's bill for chapter 11 services rendered in connection with its representation of the Committee in Debtor's case, a copy of which is attached hereto as Exhibit "1."

4.       It is the Firm's usual practice to allocate work and assignments in an efficient manner to achieve an effective result.  As demonstrated in the Application, the practice has been followed in this case.

5.       At any time a reimbursable charge is incurred on behalf of a client, such as photocopy expenses, telecopy charges, and the like, employees of the Firm keep a written record of the file number for which the charges were expended and a brief description of the nature of the expense.  These records are also transcribed into the computer which, together with the records of time spent providing professional services, are transcribed onto monthly bills.

6.       With respect to costs for the reproduction of documents, the photocopy operator must manually enter in the system the coded "file" number and "matter" number assigned to that particular case and the number of photocopies made.  The Firm's current photocopy charge for all clients is $.20 per page.  Attached hereto as Exhibit "1" is a true and correct copy of the expense portion of the Firm's billing statement.

7.       I have reviewed the requirements of Local Bankruptcy Rule 2016-1 ("Rule 2016").  The Application complies with Rule 2016.

8.       I participated in preparing, am familiar with, and have read the Application.  To the best of my knowledge, information and belief, the facts in the Application are true and correct.

///

///

///

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1179975.1

FEE APPLICATION

1    9.    According to the Debtor's most recent operating report, the Debtor is holding

2 total cash of $2,600,505.68.

3        I declare under penalty of perjury that the foregoing is true and correct.

4        Executed on this 22ND day of August, 2018, at Costa Mesa, California.

5

6                                          */s/ Jeffrey I. Golden*
                                          JEFFREY I. GOLDEN
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002**

1179975.1

FEE APPLICATION

1

## SUMMARY OF WEILAND GOLDEN GOODRICH LLP'S

2

## FIRST INTERIM APPLICATION FOR ALLOWANCE AND

3

## PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES

4

5 | Chapter 11 Fees Requested: | $73,685.00

6 | Chapter 11 Expenses Requested: | $2,890.43

7 | Prior Payment Pursuant to Monthly Fee Procedure: | $59,636.02

8 | Compensation by Professional and Date of Bar Admission:

| Attorney or Paralegal | Hours | Hourly Rate | Period | Total | Date of Bar Admission |
|---|---|---|---|---|---|
| Jeffrey I. Golden, Attorney | 131.10 | $450 | 2016-2018 | $58,995.00 | 1/1988 |
| William N. Lobel, Attorney | 1.80 | $450 | 2016-2018 | $810.00 | 5/1980 |
| Beth E. Gaschen, Attorney | 5.40 | $450 | 2016-2018 | $2,430.00 | 12/2006 |
| Nancy P.F. Lockwood, Paralegal | 8.60 | $250 | 2016-2018 | $2,150.00 | N/A |
| Claudia M. Yoshonis, Paralegal | .80 | $250 | 2016-2018 | $200.00 | N/A |
| Cynthia B. Meeker, Paralegal | 35.80 | $250 | 2016-2018 | $8,950.00 | N/A |
| Kelly Adele, Paralegal | .60 | $250 | 2016-2018 | $150.00 | N/A |
| **TOTAL HOURS:** | **184.10** | **TOTAL FEES REQUESTED:** | | **$73,685.00** | |

Blended Hourly Rate for this Time Period (including paralegals):    $400.24

Blended Hourly Rate for this Time Period (excluding paralegals):    $450.00

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1179975.1

FEE APPLICATION

# EXHIBIT 1

**WEILAND GOLDEN GOODRICH LLP**
**650 TOWN CENTER DRIVE - SUITE 600**
**COSTA MESA, CALIFORNIA 92626**
**TELEPHONE: 714-966-1000**
**FEDERAL TAX I.D. 47-1879250**

AUGUST 21, 2018

OFFICIAL COMMITEE OF UNSECURED CREDITORS          OUR FILE:  OCC01.0060

RE:  GARDENS REGIONAL HOSPITAL AND MEDICAL
     CENTER, INC.
     INVOICE # 2399
     RESPONSIBLE ATTORNEY:  JEFFREY GOLDEN

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018

PROFESSIONAL SERVICES

ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 07/05/16 | JIG | ANALYSIS OF BYLAWS AND COMMITTEE STRUCTURAL ISSUES | 0.70 | @450 | 315.00 |
| 07/05/16 | JIG | REVIEW OF OPERATION REPORTS AND SALES INFO | 0.60 | @450 | 270.00 |
| 07/06/16 | JIG | REVIEW AND ANALYSIS OF SALE AND FINANCE MOTION | 1.90 | @450 | 855.00 |
| 07/06/16 | JIG | CONFERENCE WITH ANDREW SHERMAN RE SALE AND BID | 0.20 | @450 | 90.00 |
| 07/06/16 | JIG | CONFERENCE CALL WITH DIP AND IB RE SALE AND FINANCE | 0.70 | @450 | 315.00 |
| 07/06/16 | JIG | ANALYSIS OF DOCUMENTS AND PREPARATION RE SALE HEARING | 1.70 | @450 | 765.00 |
| 07/06/16 | JIG | STRATEGIZE RE BIG PICTURE IN CASE AND CLAIMS BY INSIDERS | 2.10 | @450 | 945.00 |
| 07/07/16 | JIG | REVIEW OF PLEADINGS AND DOCUMENTS | 2.50 | @450 | 1,125.00 |
| 07/07/16 | JIG | CONFERENCE CALL WITH ANDREW SHERMAN RE STATUS AND STRATEGY | 0.20 | @450 | 90.00 |
| 07/07/16 | JIG | CONFERENCE CALL WITH DEBTORS COUNSEL | 0.30 | @450 | 135.00 |
| 07/07/16 | JIG | PREPARATION RE AUCTION | 0.70 | @450 | 315.00 |
| 07/07/16 | JIG | ANALYSIS OF SECURED CREDITOR POSITIONS AND PRIORITIES | 1.90 | @450 | 855.00 |
| 07/08/16 | JIG | ANALYSIS OF CURRENT PROPOSED BIDS | 0.60 | @450 | 270.00 |
| 07/08/16 | JIG | RESEARCH RE CLAIMS ASSIGNMENT MOTION | 1.30 | @450 | 585.00 |

EXHIBIT 1   PAGE 21

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 07/08/16 | JIG | PREPARATION RE AUCTION AND REVIEW OF BIDS AND VARIABLES BEING USED FOR DIFFERENT FACTORS AND CONFERENCES RE SAME | 3.40 | @450 | 1,530.00 |
| 07/11/16 | NL | RESEARCH AND ANALYSIS OF ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 2.40 | @250 | 600.00 |
| 07/11/16 | JIG | REVIEW OF SALE AND FINANCING MOTION | 2.80 | @450 | 1,260.00 |
| 07/11/16 | JIG | RESEARCH RE ABILITY TO SELL CLAIMS | 1.90 | @450 | 855.00 |
| 07/11/16 | JIG | CONFERENCE WITH SAM RE PROTOCOL AND STRATEGY | 0.50 | @450 | 225.00 |
| 07/11/16 | JIG | PREPARATION RE SALE OPPOSITION | 0.50 | @450 | 225.00 |
| 07/11/16 | JIG | COMMITTEE MEETING | 0.20 | @450 | 90.00 |
| 07/11/16 | NL | CONFER WITH C. GREEN REGARDING ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 0.20 | @250 | 50.00 |
| 07/11/16 | NL | E-MAILS TO C. GREEN REGARDING ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 0.20 | @250 | 50.00 |
| 07/12/16 | NL | RESEARCH AND ANALYSIS OF REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 1.20 | @250 | 300.00 |
| 07/12/16 | NL | REVIEW ALL UCC LIENS AND JUDGMENTS RECORDED AGAINST GARDENS REGIONAL HOSPITAL AND MEDICAL AND TRI-CITY REGIONAL | 2.20 | @250 | 550.00 |
| 07/12/16 | NL | DRAFT EMAIL TO J. GOLDEN REGARDING ADVERSE FILINGS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL | 0.10 | @250 | 25.00 |
| 07/12/16 | JIG | REVIEW SPREADSHEETS RE COMPARISON RE AUCTION | 0.90 | @450 | 405.00 |
| 07/12/16 | JIG | PREPARATION RE AUCTION | 1.90 | @450 | 855.00 |
| 07/12/16 | JIG | CONFERENCE WITH HARBOR, KARL BOCK | 1.20 | @450 | 540.00 |
| 07/12/16 | JIG | CONFERENCE WITH COMMITTEE | 0.20 | @450 | 90.00 |
| 07/12/16 | JIG | CONFERENCE RE AUCTION STRATEGY AND CLAIMS ISSUES | 0.30 | @450 | 135.00 |
| 07/12/16 | JIG | REVIEW OF PLEADINGS AND DOCUMENTS | 2.80 | @450 | 1,260.00 |
| 07/12/16 | NL | CONFER WITH FIRST AMERICAN TITLE REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |

EXHIBIT 1    PAGE 22

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| 07/12/16 | NL | REVIEW AND REPLY TO MULTIPLE EMAILS FROM FIRST AMERICAN TITLE REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
|---|---|---|---|---|---|
| 07/12/16 | NL | CONFER WITH C. GREEN REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/12/16 | NL | REVIEW AND REPLY TO EMAIL FROM C. GREEN REGARDING REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/12/16 | NL | PREPARATION OF SPREADSHEET REGARDING ALL UCC LIENS AND JUDGMENTS RECORDED AGAINST GARDENS REGIONAL HOSPITAL AND MEDICAL AND TRI-CITY REGIONAL | 0.90 | @250 | 225.00 |
| 07/13/16 | NL | REVIEW AND REPLY TO EMAIL FROM FIRST AMERICAN TITLE REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/13/16 | JIG | STRATEGIZE RE AUCTION | 1.10 | @450 | 495.00 |
| 07/13/16 | JIG | ATTENDANCE AT AUCTION FOR SALE OF ASSETS; NEGOTIATIONS; MULTIPLE CONFERENCES RE SAME | 15.00 | @450 | 6,750.00 |
| 07/13/16 | JIG | CONFERENCE RE AUCTION STRATEGY | 0.50 | @450 | 225.00 |
| 07/13/16 | NL | CONFER WITH C. GREEN REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.20 | @250 | 50.00 |
| 07/13/16 | NL | DRAFT EMAIL TO J. GOLDEN REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.10 | @250 | 25.00 |
| 07/13/16 | NL | CONFER WITH B. HARRIS OF FIRST AMERICAN TITLE REGARDING PRELIMINARY TITLE REPORT REGARDING HAWAIIAN GARDENS PROPERTY | 0.20 | @250 | 50.00 |
| 07/14/16 | JIG | ATTENDANCE AT AUCTION | 14.90 | @450 | 6,705.00 |
| 07/14/16 | JIG | CONFERENCE RE AUCTION EVENTS | 0.20 | @450 | 90.00 |
| 07/15/16 | BEG | REVIEW AND ANALYSIS OF BID OUTCOME FROM SECOND DAY OF AUCTION | 0.10 | @450 | 45.00 |
| 07/15/16 | BEG | REVIEW AND ANALYSIS OF 363N ISSUE | 0.10 | @450 | 45.00 |
| 07/15/16 | JIG | CONFERENCE RE OPPOSITION AND STRATEGY WITH ANDREW SHERMAN | 0.30 | @450 | 135.00 |
| 07/15/16 | JIG | REVIEW OF AGREEMENTS WITH SYCAMORE AND ROXBURY | 0.90 | @450 | 405.00 |
| 07/15/16 | JIG | ANALYSIS OF VOIDABILITY OF AGREEMENTS AND RELEASES | 2.90 | @450 | 1,305.00 |
| 07/17/16 | JIG | PREPARE FOR AUCTION | 2.00 | @450 | 900.00 |

EXHIBIT 1    PAGE 23

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 07/18/16 | BEG | REVIEW AND ANALYSIS OF INFORMATION ON AUCTION STATUS | 0.50 | @450 | 225.00 |
| 07/18/16 | JIG | ATTENDANCE AT AUCTION | 9.50 | @450 | 4,275.00 |
| 07/18/16 | JIG | CONFERENCE WITH CO-COUNSEL RE STRATEGY | 0.20 | @450 | 90.00 |
| 07/18/16 | JIG | STRATEGIZE RE PROMISE | 0.70 | @450 | 315.00 |
| 07/18/16 | JIG | STRATEGIZE RE BIDDING ISSUES | 0.40 | @450 | 180.00 |
| 07/18/16 | JIG | STRATEGIZE RE OPPOSITION TO PROPOSAL TO PURCHASE CLAIMS AND RESEARCH RE ACQUISITION OF CLAIMS/ CURRY & SORENSON | 0.90 | @450 | 405.00 |
| 07/18/16 | BEG | REVIEW AND ANALYSIS OF EMAIL RE CONCERN AS TO OVERBIDS | 0.10 | @450 | 45.00 |
| 07/18/16 | JIG | ANALYSIS OF OVERBID ISSUES AND PREPARE FOR AUCTION | 0.80 | @450 | 360.00 |
| 07/19/16 | BEG | REVIEW AND ANALYSIS OF STATUS OF BIDS | 0.10 | @450 | 45.00 |
| 07/19/16 | BEG | REVIEW AND ANALYSIS OF BID | 0.10 | @450 | 45.00 |
| 07/19/16 | JIG | ATTENDANCE AT AUCTION | 15.40 | @450 | 6,930.00 |
| 07/20/16 | BEG | REVIEW AND ANALYSIS OF BID UPDATE AND SUCCESSSFUL BID AT AUCTION; RESERVATION OF RIGHTS PLACED ON RECORD | 0.20 | @450 | 90.00 |
| 07/20/16 | JIG | REVIEW OF PLEADINGS RE SALE | 1.50 | @450 | 675.00 |
| 07/20/16 | JIG | REVIEW OF ISSUES RE OPERATIONS AND FINANCIALS | 0.60 | @450 | 270.00 |
| 07/20/16 | JIG | REVIEW AND ANALYSIS OF PROPOSED APA | 2.50 | @450 | 1,125.00 |
| 07/20/16 | JIG | CONFERENCE WITH ERIC RE ADMINS FOR PROJECTIONS | 0.20 | @450 | 90.00 |
| 07/20/16 | JIG | ATTENDANCE AT COMMITTEE MEETING | 0.90 | @450 | 405.00 |
| 07/21/16 | BEG | REVIEW AND ANALYSIS OF EXCHANGE RE CALL TO DISCUSS PSA | 0.10 | @450 | 45.00 |
| 07/21/16 | JIG | NEGOTIATIONS OVER APA AND MANAGEMENT AGREEMENT | 2.50 | @450 | 1,125.00 |
| 07/22/16 | BEG | REVIEW AND ANALYSIS OF BACKGROUND FACTS | 0.10 | @450 | 45.00 |
| 07/22/16 | BEG | REVIEW AND ANALYSIS OF DEBTOR'S REPORT ON AUCTION | 0.10 | @450 | 45.00 |
| 07/22/16 | JIG | PREPARATION RE SALE HEARING AND NEGOTIATIONS RE SALE AGREEMENT AND CLAIM ISSUE | 1.90 | @450 | 855.00 |
| 07/22/16 | JIG | REVIEW AND ANALYSIS AND STRATEGIZE RE APA | 1.80 | @450 | 810.00 |
| 07/22/16 | JIG | REVIEW OF MANAGEMENT AGREEMENT ISSUES | 1.30 | @450 | 585.00 |

EXHIBIT 1    PAGE 24

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 07/24/16 | WNL | TELEPHONE CONFERENCE WITH JEFF GOLDEN RE INTERIM MANAGEMENT AGREEMENT AND RELATED ISSUES | 0.30 | @450 | 135.00 |
| 07/24/16 | WNL | REVIEW CORRESPONDENCE REGARDING POST SALE DISBURSING AGENT | 0.10 | @450 | 45.00 |
| 07/25/16 | WNL | REVIEW DRAFT INTERIM MANAGEMENT AGREEMENT | 0.40 | @450 | 180.00 |
| 07/25/16 | WNL | REVIEW DRAFT SALE ORDER | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF EMAIL RE WITHDRAWAL OF OFFER TO PURCHASE CLAIMS | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF PROPOSED SALE ORDER | 0.20 | @450 | 90.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF EXPENSES INCURRED BY ATTORNEYS FOR DIP LENDER AND A/R AUDITOR | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF ORDER ON DIP LENDING | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF PROGRESS MADE ON MANAGEMENT AGREEMENT | 0.10 | @450 | 45.00 |
| 07/25/16 | BEG | REVIEW AND ANALYSIS OF APA AND SCHEDULES | 0.10 | @450 | 45.00 |
| 07/25/16 | WNL | TELEPHONE CONFERENCE WITH JEFF GOLDEN RE: COMMENTS ON DRAFT MANAGEMENT AGREEMENT | 0.20 | @450 | 90.00 |
| 07/25/16 | JIG | REVIEW PLEADINGS RE MANAGEMENT AGREEMENT | 0.50 | @450 | 225.00 |
| 07/25/16 | JIG | REVIEW OF DOCUMENTS AND PLEADINGS REGARDING SALE/SETTLEMENT | 0.20 | @450 | 90.00 |
| 07/26/16 | JIG | ATTENDANCE AT SALE HEARING | 5.10 | @450 | 2,295.00 |
| 07/26/16 | JIG | PREPARATION RE SALE HEARING | 1.50 | @450 | 675.00 |
| 07/26/16 | JIG | MEETINGS RE SALE AND STRATEGY | 1.50 | @450 | 675.00 |
| 07/27/16 | JIG | REVIEW OF ORDER AND CHANGES AND CONFERENCE RE SAME | 0.80 | @450 | 360.00 |
| 07/27/16 | JIG | STRATEGIZE RE LITIGATION AND LIQUIDATION GOING FORWARD | 0.30 | @450 | 135.00 |
| 07/27/16 | JIG | STRATEGIZE RE POST HOSPITAL CLOSING ISSUES ANALYSIS | 0.60 | @450 | 270.00 |
| 07/30/16 | JIG | REVIEW OF PLEADINGS RE SALE AND RELATED TRANSACTIONS | 0.20 | @450 | 90.00 |
| 08/01/16 | BEG | REVIEW AND ANALYSIS OF LIENS AND UCCS FOUND THROUGH SEARCH | 1.70 | @450 | 765.00 |
| 08/01/16 | NL | REVIEW AND REPLY TO EMAIL FROM K. ADELE REGARDING UCC SEARCH; REVIEW SAME; CONFER WITH K. ADELE REGARDING SAME | 0.20 | @250 | 50.00 |
| 08/02/16 | JIG | ATTENDANCE AT IMA HEARING | 0.30 | @450 | 135.00 |

EXHIBIT 1    PAGE 25

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---:|
| 08/02/16 | JIG | CONFERENCE WITH JOHN MOE RE OMBUDSMAN | 0.20 | @450 | 90.00 |
| 08/02/16 | JIG | CONFERENCE WITH ANDREW SHERMAN RE STATUS AND UPCOMING ISSUES | 0.10 | @450 | 45.00 |
| 08/03/16 | BEG | REVIEW AND ANALYSIS OF EXCHANGE WITH SECURED CREDITORS | 0.10 | @450 | 45.00 |
| 08/10/16 | KA | PREPARATION OF DECLARATION RE STATEMENT IN SUPPORT OF DEBTOR'S OPPOSITION TO RENEWED MOTION FOR ENTRY OF ORDER FOR EFILING WITH COURT; EFILE SAME | 0.20 | @250 | 50.00 |
| 08/12/16 | JIG | REVIEW OF DOCUMENTS AND PREPARE FOR HEARING | 0.10 | @450 | 45.00 |
| 08/15/16 | BEG | REVIEW AND ANALYSIS OF COURT'S TENTATIVE RULINGS TO DETERMINE LENGTH OF OBJECTION PERIOD TO OCP DECLARATION | 0.10 | @450 | 45.00 |
| 08/15/16 | JIG | ATTENDANCE AT COURT HEARINGS RE PROFESSIONALS AND RELATED MATTERS | 0.30 | @450 | 135.00 |
| 08/16/16 | JIG | ATTENDANCE AT COURT HEARING RE OMBUDSMAN | 0.40 | @450 | 180.00 |
| 08/16/16 | JIG | CONFERENCE CALL WITH ANDREW SHERMAN | 0.10 | @450 | 45.00 |
| 08/16/16 | JIG | REVIEW OF KLAUSNER LOAN DOCUMENTS AND PLEDGE AGREEMENT | 0.30 | @450 | 135.00 |
| 08/18/16 | BEG | REVIEW AND ANALYSIS OF BACK UP INFORMATION | 0.10 | @450 | 45.00 |
| 08/22/16 | WNL | REVIEW JULY'S MONTHLY OPERATING REPORT | 0.10 | @450 | 45.00 |
| 08/23/16 | BEG | REVIEW AND ANALYSIS OF CLAIMS NOTICE TO CONFIRM 503B9 DEADLINE; PREPARE EMAIL RE SAME | 0.20 | @450 | 90.00 |
| 08/23/16 | BEG | REVIEW AND ANALYSIS OF ISSUES REGARDING CONVERSION OF CASE, MEDIATION, SALE OF PROPERTY, AND NON-DISCHARGEABILITY ADVERSARY | 0.30 | @450 | 135.00 |
| 08/29/16 | JIG | ANALYSIS OF UPCOMING MOTIONS AND STRATEGY | 0.20 | @450 | 90.00 |
| 09/03/16 | JIG | REVIEW OF STRATEGY RE SALE/ LITIGATION ISSUES/UPCOMING ISSUES | 0.90 | @450 | 405.00 |
| 09/04/16 | JIG | STRATEGIZE RE CLOSING ISSUES AND POTENTIAL L ITIGATION | 0.50 | @450 | 225.00 |
| 09/12/16 | JIG | ATTENDANCE AT HEARING ON COMPROMISE | 0.80 | @450 | 360.00 |
| 09/12/16 | JIG | PREPARATION RE HEARING ON COMPROMISE | 0.20 | @450 | 90.00 |

EXHIBIT 1    PAGE 26

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/12/16 | JIG | STRATEGIZE RE CLOSING/LITIGATION/EXIT ISSUE CONCERNS | 0.10 | @450 | 45.00 |
| 09/13/16 | JIG | PREPARATION RE HEARING | 0.20 | @450 | 90.00 |
| 09/14/16 | JIG | CONFERENCE WITH ATTORNEY RE CLOSING OF SALE | 0.30 | @450 | 135.00 |
| 09/14/16 | JIG | STRATEGIZE RE SALE CLOSING ISSUES | 0.10 | @450 | 45.00 |
| 09/26/16 | JIG | PREPARATION/ STRATEGIZE RE TRANSITION ISSUES | 0.60 | @450 | 270.00 |
| | | **TOTAL ASSET DISPOSITION** | 141.80 | | $ 62,090.00 |

**CASE ADMINISTRATION**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/23/16 | BEG | REVIEW AND ANALYSIS OF ISSUE RELATED TO SECURED CREDITORS | 0.10 | @450 | 45.00 |
| 08/23/16 | JIG | REVIEW LETTER RE COMMITTEE ADDITION | 0.20 | @450 | 90.00 |
| 08/23/16 | JIG | CONFERENCE WITH ANDREW SHERMAN RE COMMITTEE ADDITION ISSUES | 0.20 | @450 | 90.00 |
| 08/23/16 | WNL | REVIEW AND RESPOND TO LITIGATION REGARDING POTENTIAL REMOVAL OF CREDITOR FROM COMMITTEE | 0.10 | @450 | 45.00 |
| 08/24/16 | JIG | CONFERENCE WITH OFFICE OF THE U.S. TRUSTEE | 0.30 | @450 | 135.00 |
| 08/24/16 | WNL | REVIEW AND COMMENT ON LETTER TO US TRUSTEE | 0.50 | @450 | 225.00 |
| 08/25/16 | BEG | REVIEW BYLAWS | 0.10 | @450 | 45.00 |
| 08/25/16 | JIG | CONFERENCE WITH WITH ANDREW SHERMAN AND WITH OFFICE OF THE U.S. TRUSTEE RE COMMITTEE MEMBERSHIP ISSUES | 0.40 | @450 | 180.00 |
| 08/26/16 | JIG | CONFERENCE CALL WITH OFFICE OF THE U.S. TRUSTEE AND ANDREW SHERMAN RE COMMITTEE MEMBERSHIP ISSUES | 0.50 | @450 | 225.00 |
| 08/31/16 | JIG | CONFERENCE RE COMMITTEE ISSUES | 0.20 | @450 | 90.00 |
| 08/31/16 | JIG | STRATEGIZE RE COMMITTEE ISSUES | 0.50 | @450 | 225.00 |
| | | **TOTAL CASE ADMINISTRATION** | 3.10 | | $ 1,395.00 |

**EMPLOYMENT APPLICATIONS**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/06/16 | CMY | PREPARATION OF APPLICATION FOR ADMISSION PRO HAC VICE FOR ANDREW SHERMAN | 0.80 | @250 | 200.00 |
| 07/06/16 | BEG | REVIEW AND ANALYSIS OF TERMS OF EMPLOYMENT FOR APPLICATION | 0.20 | @450 | 90.00 |

EXHIBIT 1    PAGE 27

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 07/06/16 | CBM | PREPARATION OF COMMITTEE'S APPLICATION TO EMPLOY LWGF AS CO-COUNSEL | 1.50 | @250 | 375.00 |
| 07/06/16 | CBM | PREPARATION OF APPLICATION TO EMPLOY LWGF AS CO-COUNSEL | 1.10 | @250 | 275.00 |
| 07/06/16 | CBM | PREPARATION OF E-MAIL TO ANDREW SHERMAN RE LWGF DRAFT APPLICATION AND FORM STATEMENT OF DISINTERESTEDNESS | 0.10 | @250 | 25.00 |
| 07/07/16 | CBM | PREPARATION OF NOTICE OF COMMITTEE'S APPLICATION TO EMPLOY LWGF AS CO-COUNSEL | 1.00 | @250 | 250.00 |
| 07/07/16 | CBM | PREPARATION OF E-MAIL TO ANDREW SHERMAN RE RETENTION FORMS | 0.10 | @250 | 25.00 |
| 07/07/16 | CBM | PREPARATION OF E-MAIL TO LUCAS HAMMONDS AND BORIS MANKOVETSKIY RE RETENTION FORMS | 0.10 | @250 | 25.00 |
| 07/07/16 | CBM | PREPARATION OF J. GOLDEN STATEMENT OF DISINTERESTEDNESS | 0.60 | @250 | 150.00 |
| 07/11/16 | JIG | REVIEW OF EMPLOYMENT APPLICATION ISSUES | 0.40 | @450 | 180.00 |
| 07/11/16 | CBM | PREPARATION OF LWGF EMPLOYMENT APPLICATION | 1.00 | @250 | 250.00 |
| 07/11/16 | CBM | PREPARATION OF NOTICE OF APPLICATION TO EMPLOY LWGF | 0.90 | @250 | 225.00 |
| 07/11/16 | CBM | PREPARATION OF J. GOLDEN STATEMENT OF DISINTERESTEDNESS | 0.60 | @250 | 150.00 |
| 07/12/16 | CBM | PREPARATION OF LWGF NOTICE OF EMPLOYMENT | 0.40 | @250 | 100.00 |
| 07/12/16 | CBM | PREPARATION OF J. GOLDEN STATEMENT OF DISINTERESTEDNESS | 0.40 | @250 | 100.00 |
| 07/12/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE DRAFT LWGF EMPLOYMENT DOCUMENTS | 0.10 | @250 | 25.00 |
| 07/13/16 | CBM | PREPARATION OF LWGF EMPLOYMENT APPLICATION | 0.30 | @250 | 75.00 |
| 07/13/16 | KA | PREPARE APPLICATION AND NOTICE TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP, APPLICATION TO EMPLOY SILLS CUMMIS, STATEMENT OF RESERVATION OF RIGHTS REGARDING DEBTOR'S MEMORANDUM FOR EFILING; EFILE SAME | 0.40 | @250 | 100.00 |
| 08/01/16 | CBM | PREPARATION OF DECLARATION RE NON-OPPOSITION TO LWGF EMPLOYMENT APPLICATION | 0.60 | @250 | 150.00 |

EXHIBIT 1    PAGE 28

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 08/01/16 | CBM | PREPARATION OF LWGF PROPOSED EMPLOYMENT ORDER | 0.70 | @250 | 175.00 |
| 08/02/16 | CBM | PREPARATION OF DECLARATION RE NON-OPPOSITION TO LWGF EMPLOYMENT APPLICATION | 0.50 | @250 | 125.00 |
| 08/02/16 | CBM | PREPARATION OF LWGF PROPOSED EMPLOYMENT ORDER | 0.80 | @250 | 200.00 |
| 08/02/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE DRAFT DECLARATION AND ORDER FOR LWGF | 0.10 | @250 | 25.00 |
| 08/02/16 | CBM | PREPARATION OF A. SHERMAN DECLARATION RE NON-OPPOSITION TO SILLS CUMMIS EMPLOYMENT | 0.50 | @250 | 125.00 |
| 08/02/16 | CBM | PREPARATION OF SILLS CUMMIS PROPOSED EMPLOYMENT ORDER | 0.90 | @250 | 225.00 |
| 08/02/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE DRAFT DECLARATION AND ORDER FOR SILLS CUMMIS | 0.10 | @250 | 25.00 |
| 08/02/16 | CBM | REVIEW SIGNED DECLARATION AND REVISED ORDER FROM A. SHERMAN | 0.20 | @250 | 50.00 |
| 08/03/16 | CBM | PREPARATION OF DECLARATION RE NON-OPPOSITION TO LWGF EMPLOYMENT APPLICATION | 0.30 | @250 | 75.00 |
| 08/03/16 | CBM | PREPARATION OF LWGF PROPOSED EMPLOYMENT ORDER | 0.30 | @250 | 75.00 |
| 08/03/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE WHETHER TO LODGE ORDERS | 0.10 | @250 | 25.00 |
| 08/03/16 | CBM | REVIEW E-MAIL FROM A. SHERMAN RE APPROVAL TO FILE DECLARATIONS AND LODGE ORDERS | 0.10 | @250 | 25.00 |
| 08/08/16 | CBM | REVIEW ENTERED EMPLOYMENT ORDERS FOR LWGF AND SILLS CUMMIS | 0.10 | @250 | 25.00 |
| 08/08/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE ENTERED ORDERS | 0.10 | @250 | 25.00 |
| 08/09/16 | CBM | REVIEW CASE PLEADINGS AND PROCEDURES ORDER RE COMPENSATION OF PROFESSIONALS | 0.50 | @250 | 125.00 |
| 08/30/16 | JIG | STRATEGIZE RE KATZMAN EMPLOYMENT ISSUES | 0.20 | @450 | 90.00 |
| 09/14/16 | JIG | REVIEW & ANALYSIS OF EMPLOYMENT ISSUES | 0.20 | @450 | 90.00 |
| | | TOTAL EMPLOYMENT APPLICATIONS | 16.30 | | $ 4,275.00 |

EXHIBIT 1    PAGE 29

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

FEE APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 09/14/16 | CBM | REVIEW DRAFT ORDER RE DEBTOR'S MOTION TO ESTABLISH MONTHLY FEE PROCEDURE AND UNDERLYING MOTION FILED ON 8/23 | 1.00 | @250 | 250.00 |
| 09/14/16 | CBM | ATTENTION TO CALENDARING FILING DEADLINES IMPOSED BY MONTHLY FEE PROCEDURE ORDER | 0.20 | @250 | 50.00 |
| 09/14/16 | CBM | REVIEW AND REVISE INVOICE FOR PREPARATION OF FIRST MONTHLY FEE STATEMENT | 0.60 | @250 | 150.00 |
| 09/15/16 | CBM | REVIEW SAMPLE MONTHLY FEE STATEMENT PREPARED BY DENTONS | 0.20 | @250 | 50.00 |
| 09/15/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.40 | @250 | 350.00 |
| 09/16/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.10 | @250 | 275.00 |
| 09/22/16 | NL | REVIEW AND REPLY TO EMAIL FROM C. MEEKER REGARDING PROFESSIONAL FEES; REVIEW SAME | 0.20 | @250 | 50.00 |
| 09/22/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.40 | @250 | 350.00 |
| 09/22/16 | CBM | REVIEW AND REVISE INVOICE FOR FIRST MONTHLY FEE STATEMENT | 0.50 | @250 | 125.00 |
| 09/22/16 | JIG | REVIEW INVOICES RE FEE STATEMENT | 0.50 | @450 | 225.00 |
| 09/22/16 | JIG | STRATEGIZE RE FEE STATEMENT | 0.20 | @450 | 90.00 |
| 09/23/16 | BEG | REVIEW FEE STATEMENT | 0.20 | @450 | 90.00 |
| 09/23/16 | CBM | PREPARATION OF FIRST MONTHLY FEE STATEMENT | 1.30 | @250 | 325.00 |
| 09/26/16 | CBM | PREPARATION OF LWGF FIRST MONTHLY FEE STATEMENT | 1.10 | @250 | 275.00 |
| 09/26/16 | CBM | REVIEW DENTONS' FILED MONTHLY FEE STATEMENT AND EXHIBITS | 0.40 | @250 | 100.00 |
| 09/26/16 | CBM | REVIEW SILLS CUMMIS'S FILED MONTHLY FEE STATEMENT AND EXHIBITS | 0.30 | @250 | 75.00 |
| 09/26/16 | CBM | PREPARATION OF LWGF FIRST MONTHLY FEE STATEMENT | 0.90 | @250 | 225.00 |
| 09/26/16 | CBM | PREPARATION OF EXHIBITS TO FEE STATEMENT | 0.30 | @250 | 75.00 |
| 09/26/16 | CBM | PREPARATION OF E-MAIL TO A. SHERMAN RE FEE STATEMENT | 0.10 | @250 | 25.00 |
| 09/26/16 | CBM | PREPARATION OF E-MAIL TO S. MAIZEL RE FEE STATEMENT | 0.10 | @250 | 25.00 |
| 09/27/16 | CBM | PREPARATION OF E-MAIL TO JOHN MOE RE FEE STATEMENT | 0.10 | @250 | 25.00 |

EXHIBIT 1    PAGE 30

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | | | | |
|---|---|---|---|---|---|
| 09/28/16 | CBM | REVIEW NOTICE OF MONTHLY FEE APPLICATIONS PREPARED BY DENTONS | 0.20 | @250 | 50.00 |
| 10/07/16 | CBM | PREPARATION OF SEPTEMBER MONTHLY FEE STATEMENT | 0.40 | @250 | 100.00 |
| 11/07/16 | CBM | REVIEW POSSIBLE TIMING OF INTERIM FEE HEARING | 0.10 | @250 | 25.00 |
| 11/23/16 | CBM | PREPARATION OF SECOND MONTHLY FEE STATEMENT | 0.30 | @250 | 75.00 |
| 11/30/16 | CBM | PREPARATION OF MONTHLY FEE APPLICATION | 0.20 | @250 | 50.00 |
| 12/02/16 | CBM | REVIEW NOTICE OF FEE APPLICATIONS | 0.20 | @250 | 50.00 |
| 07/19/18 | CBM | REVIEW E-MAIL FROM ANDREW SHERMAN RE PREPARATION OF FEE APPLICATION | 0.10 | @250 | 25.00 |
| 07/19/18 | CBM | ASSIST SILAS CUMMIS WITH PREPARATION OF ITS FEE APPLICATION | 0.20 | @250 | 50.00 |
| 07/19/18 | CBM | PREPARATION OF WGG'S FEE APPLICATION | 0.60 | @250 | 150.00 |
| 07/23/18 | CBM | PREPARATION OF THE FIRM'S FIRST AND FINAL FEE APPLICATION AS LOCAL CO-COUNSEL | 1.40 | @250 | 350.00 |
| 07/25/18 | CBM | REVIEW AND REVISE INVOICES IN ACCORDANCE WITH UST GUIDELINES IN PREPARATION OF FINAL FEE APPLICATION | 0.60 | @250 | 150.00 |
| 07/25/18 | CBM | PREPARATION OF FIRST AND FINAL FEE APPLICATION | 0.70 | @250 | 175.00 |
| 07/26/18 | CBM | TELEPHONE CONFERENCE WITH ANTHONY BISCONTI RE TIMING OF FINAL FEE HEARING | 0.10 | @250 | 25.00 |
| 07/26/18 | CBM | REVIEW NOTICE TO PROFESSIONALS OF 9/12 FEE HEARING | 0.10 | @250 | 25.00 |
| 07/26/18 | CBM | ATTENTION TO CALENDAR FEE HEARING AND RELATED DEADLINES | 0.10 | @250 | 25.00 |
| 07/26/18 | CBM | PREPARATION OF FIRST AND FINAL FEE APPLICATION | 1.10 | @250 | 275.00 |
| 07/27/18 | CBM | PREPARATION OF FINAL FEE APPLICATION | 0.40 | @250 | 100.00 |
| 07/30/18 | CBM | REVIEW E-MAIL FROM ANDREW SHERMAN RE NEED TO VERIFY PRO-RATED AMOUNT ALLOCATED TO THE FIRM FROM ANTICIPATED PAYMENT FROM DEBTOR | 0.10 | @250 | 25.00 |
| 07/30/18 | CBM | CALCULATE AMOUNT OWED TO EMPLOY COUNSEL | 0.40 | @250 | 100.00 |

EXHIBIT 1    PAGE 31

AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/31/18 | CBM | REVIEW E-MAIL FROM ANDREW SHERMAN RE AMOUNT ALLOCATED TO THE FIRM FROM ANTICIPATED PAYMENT FROM DEBTOR | 0.10 | @250 | 25.00 |
| 08/14/18 | CBM | PREPARATION OF NARRATIVE OF FIRST AND FINAL FEE APPLICATION | 1.40 | @250 | 350.00 |
| 08/17/18 | BEG | REVIEW AND REVISE FINAL FEE APPLICATION | 0.10 | @450 | 45.00 |
| 08/17/18 | CBM | PREPARATION OF NARRATIVE OF FIRST AND FINAL FEE APPLICATION | 1.90 | @250 | 475.00 |

TOTAL FEE APPLICATIONS   22.90   $ 5,925.00

### SUMMARY OF SERVICES

| | | | | | |
|---|---|---|---|---|---|
| BEG | BETH E. GASCHEN | 5.40 hr | @ 450.00 | $ | 2,430.00 |
| CBM | CYNTHIA B. MEEKER | 35.80 hr | @ 250.00 | $ | 8,950.00 |
| CMY | CLAUDIA YOSHONIS | 0.80 hr | @ 250.00 | $ | 200.00 |
| JIG | JEFFREY I. GOLDEN | 131.10 hr | @ 450.00 | $ | 58,995.00 |
| KA | KELLY ADELE | 0.60 hr | @ 250.00 | $ | 150.00 |
| NL | NANCY P.F. LOCKWOOD | 8.60 hr | @ 250.00 | $ | 2,150.00 |
| WNL | WILLIAM N. LOBEL | 1.80 hr | @ 450.00 | $ | 810.00 |

TOTAL PROFESSIONAL SERVICES   184.10   $ 73,685.00

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11/16 | WESTLAW ONLINE RESEARCH CHARGES RE ADVERSE FILINGS AND CORPORATE RECORDS FOR GARDENS REGIONAL HOSPITAL AND TRI-CITY REGIONAL MEDICAL | 676.50 |
| 07/11/16 | WESTLAW ONLINE RESEARCH CHARGES RE REAL PROPERTY RECORDS FOR HAWAIIAN GARDENS PROPERTY | 365.26 |
| 07/12/16 | WESTLAW ONLINE RESEARCH CHARGES RE ALL UCC LIENS AND JUDGMENTS RECORDED AGAINST GARDENS REGIONAL HOSPITAL AND MEDICAL AND TRI-CITY REGIONAL | 460.02 |
| 07/22/16 | WESTLAW ONLINE RESEARCH CHARGES | 338.25 |
| 07/26/16 | ATTORNEY/MESSENGER SERVICE CHARGES ADVANCE FEES OF 325.00 PLUS MESSENGER SERVICES FOR COURT FILING | 507.50 |
| 07/27/16 | ATTORNEY/MESSENGER SERVICE CHARGES FOR ADVANCE FEES FOR ADDITIONAL FILING $325.00 AND MESSENGER FEES FOR COURT FILING | 507.50 |
| 08/04/16 | JANNEY & JANNEY MESSENGER SERVICES FOR DECLARATIONS | 10.00 |
| 08/11/16 | JANNEY & JANNEY MESSENGER SERVICES FOR STATEMENT RE APPLICATION TO EMPLOY; STATEMENT RE: RENEWED MOTION | 10.00 |

EXHIBIT 1    PAGE 32

PAGE 13
AUGUST 21, 2018
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 21, 2018
GARDENS REGIONAL HOSPITAL AND MEDICAL
OUR FILE:  OCC01.0060

| | | |
|---|---|---:|
| 09/03/16 | JANNEY & JANNEY MESSENGER SERVICES FOR EMPLOYMENT APPLICATION (7/15/16) | 10.00 |
| 11/30/16 | PHOTOCOPIES OF FEE STATEMENT | 5.40 |
| | TOTAL COSTS AND DISBURSEMENTS | $ 2,890.43 |
| | TOTAL CURRENT CHARGES | $ 76,575.43 |

EXHIBIT 1    PAGE 33

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>First Interim Application for Allowance and Payment</u>
<u>of Fees and Reimbursement of Expenses of Weiland Golden Goodrich LLP, Local Co-Counsel to the Official Committee</u>
<u>of Unsecured Creditors of Gardens Regional Hospital and Medical Center, Inc.; and Declaration of Jeffrey I. Golden in</u>
<u>Support Thereof</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>August 22, 2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>August 22, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

Rob Speeney
CARDINAL HEALTH 200, LLC
7000 Cardinal Place
Dublin, OH 43017

Robert Zadek
LENDERS FUNDING, LLC
1001 Bridgeway, Suite 721
Sausalito, CA 94965

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>August 22, 2018</u>, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/22/2018 | Victoria Rosales | *victoria* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony Bisconti    tbisconti@bmkattorneys.com,
3166673420@filings.docketbird.com;7657482420@filings.docketbird.com
Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
Bruce M Bunch    , pam@bunchlawyers.com
Louis J Cisz    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
Joseph Corrigan    Bankruptcy2@ironmountain.com
Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Lauren A Deeb    lauren.deeb@nelsonmullins.com, zora.thomas@nelsonmullins.com
John P Desmond    jdesmond@dickinsonwright.com, cgrinstead@dickinsonwright.com
Richard K Diamond    rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
Andrew B Goodman    goodman2009@lawnet.ucla.edu
M. Jonathan Hayes    jhayes@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmf
irm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
Lawrence J Hilton    lhilton@onellp.com,
lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Eve H Karasik    ehk@lnbyb.com
Steven J. Katzman    SKatzman@bmkattorneys.com,
admin@bmkattorneys.com;chowland@bmkattorneys.com;7657482420@filings.docketbird.com
Talin Keshishian    tkeshishian@bg.law, ecf@bg.law
Gary E Klausner    gek@lnbyb.com
Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
Dare Law    dare.law@usdoj.gov
Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Wendy A Loo    wendy.loo@lacity.org
Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com
Howard N Madris    hmadris@madrislaw.com
Samuel R Maizel    samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.
com
Boris I Mankovetskiy    bmankovetskiy@sillscummis.com
Amanda L Marutzky    amarutzk@wthf.com, bnavarro@watttieder.com
David W. Meadows    david@davidwmeadowslaw.com
Reed M Mercado    rmercado@sheppardmullin.com
John A Moe    john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com,bryan.bate
s@dentons.com
Benjamin Nachimson    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
Steven G. Polard    spolard@eisnerlaw.com, lewing@eisnerlaw.com
Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
Paul F Ready    tamara@farmerandready.com
David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
J. Alexandra Rhim    arhim@hrhlaw.com
Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net;cak@blake-uhlig.com
Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
Daniel Robert Schimizzi    dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                        **F 9013-3.1.PROOF.SERVICE**

George E Schulman     GSchulman@DGDK.Com,
danninggill@gmail.com;gschulman@ecf.inforuptcy.com;schulmangr76099@notify.bestcase.com
Andrew H Sherman     asherman@sillscummis.com
Roman Shkodnik     , roman@yeremianlaw.com
Leonard M Shulman     lshulman@shbllp.com
Gerald N Sims     jerrys@psdslaw.com, bonniec@psdslaw.com
Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
Tiffany Strelow Cobb     tscobb@vorys.com
Wayne R Terry     wterry@hemar-rousso.com
Gary F Torrell     gft@vrmlaw.com
Leslie A Tos     Ltos@farmerandready.com, smeyer@farmerandready.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Anne A Uyeda     auyeda@bmkattorneys.com, admin@bmkattorneys.com;7657482420@filings.docketbird.com
Kenneth K Wang     kenneth.wang@doj.ca.gov,
Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
Johnny White     JWhite@wrslawyers.com, aparisi@wrslawyers.com
Hatty K Yip     hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                    **F 9013-3.1.PROOF.SERVICE**