SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:     (213) 623-9300
Facsimile:     (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-17463-ER |
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,[1] | Chapter 11 |
| Debtor. | **DENTONS US LLP'S TWENTY-FOURTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 2018**<br><br>[No Hearing Required Pursuant to L.B.R. 9013-1(o)] |

1.      Dentons US LLP (the "Firm") submits its Twenty-Third Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of July 2018 (the "Application Period") for work performed for Gardens Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully represents as follows.

2.      The Firm is counsel of record  to Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center.  The Firm hereby applies to the Court for

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307. The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

108956349\V-1

allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    The Firm billed a total of **$15,642.25** in fees and expenses during the Application Period.  The total fees represent **42.5** hours expended during the period covered by this Application.  These fees and expenses break down as:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 2018 | $15,068.50 | $573.75 | $15,642.25 |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of **$12,628.55** at this time.  This total is comprised of **$12,054.80** (80% of the fees for services rendered) plus **$573.75** (100% of the expenses incurred).

5.    As of September 5, 2018, the Firm has been paid $50,000.00 out of the prepetition retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00; in February 2017 the Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00; on August 7, 2018 for Firm was paid $743,769.75 for a total of $2,168,769.75.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $  627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $  168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $  206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $  215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $  145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $  162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $   74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $  103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $   76,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $  139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $   85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $   92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $   54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $   19,299.24 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ -0- | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ -0- | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ -0- | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $ -0- | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-Second (May 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-Third (June 2018) | $ -0- | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$2,168,769.75** | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108956349\V-1

6.    To date, the Firm has incurred the following in fees (80%) and costs (100%):

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $ 74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ 103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $ 73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ 139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $ 85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $ 92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $ 54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $ 54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $ 94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $ 75,013.85 | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $ 81,541.65 | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $ 112,603.84 | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ 107,002.92 | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ 60,120.20 | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $ 31,857.95 | 80% of fees and 100% of expenses |
| Twenty-Second (May 2018) | $ 53,684.65 | 80% of fees and 100% of expenses |
| Twenty-Third (June 2018) | $ 43,144.01 | 80% of fees and 100% of expenses |
| Twenty-Fourth (July 2018) | $ 12,628.55 | 80% of fees and 100% of expenses |
| **Subtotal of fees/costs** | **$2,876,637.61** | 80% of fees and 100% of expenses |
| **Debtor's payments to Dentons** | **($2,168,769.75)** | |
| **Total Owed to the Firm to Date** | **$ 707,867.86** | 80% of fees and 100% of expenses |

7.    The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257].  The Debtor was authorized to pay, and paid Dentons $375,000.00.

8.    The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens.  The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court.  The Debtor has placed in a segregated account[2] the amounts necessary to pay in full the remaining Secured Creditors.  After

---

[2] The Debtor, the Creditors Committee and the remaining secured creditors have reached an agreement that resolves those claims which will release the funds in the segregated account to the Estate.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    payment of the DIP lender,  payment of secured creditors and reserving funds for additional secured

2    creditors, the Debtor holds funds in excess of that necessary to pay the remaining secured creditors,

3    and therefore, the Debtor, as set forth in paragraph 5 above, paid in December 2017, a portion of the

4    professional fees in accordance with the Professionals' Monthly Fee Applications.

5        9.    Attached hereto as **Exhibit "A"** is the name of each professional who performed

6    services in connection with this case during the period covered by this Application and the hourly rate

7    for each such professional.  Attached hereto as **Exhibit "B"** are the detailed time and expense

8    statements by category for the Application Period.  Attached hereto as **Exhibit "C"** are Dentons' July

9    2018 billing statements.

10       10.    The Firm has served a copy of this Application on the Office of the United States

11   Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and

12   counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case.

13   The Application was served by either ECF of by first class mail, postage prepaid, on or about

14   November 9, 2017.

15       11.    Notice of the filing of this Application will be served on the foregoing parties as well

16   as any party who has requested special notice in this chapter 11 case.

17       12.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered

18   on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment

19   requested herein without a further hearing or order of this Court unless an objection to this

20   Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days

21   after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is

22   authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further

23   order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in

24   the Application and 100% of the uncontested expenses without further order of the Court.

25       13.    The interim compensation and reimbursement of expenses sought in this Application

26   is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the

27   expenses incurred for the totality of the services rendered in this case.  Any interim fees or

28

1    reimbursement of expenses approved by this Court and received by the Firm (along with any retainer)

2    will be credited against such final fees and expenses as may be allowed by this Court.

3        **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm

4    as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

5    *Fee Procedures*.

6

7    Dated:  September 5, 2018                           DENTONS US LLP
                                                         SAMUEL R. MAIZEL
8                                                        JOHN A. MOE, II

9
                                                         BY:_____/s/*John A. Moe, II*_____
10                                                               JOHN A. MOE, II

11                                                       ATTORNEYS FOR DEBTOR,
                                                         GARDENS REGIONAL HOSPITAL AND
12                                                       MEDICAL CENTER, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300

# EXHIBIT "A"

## DENTONS' PROFESSIONALS

## EXHIBIT A

### DENTONS' PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| John A. Moe II | Partner | $595.00 |
| Kathryn M. Howard | Paralegal | $265.00 |

# EXHIBIT "B"

## FEES AND EXPENSE STATEMENTS BY CATEGORY

## EXHIBIT B

### FEES AND EXPENSE STATEMENTS BY CATEGORY

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Claims Administration and Objections | 000009 | 3.5 | $1,697.50 | $ -0- |
| Employment and Fee Applications | 000012 | 20.9 | $5,929.00 | $25.10 |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | 1.5 | $397.50 | $147.45 |
| Plan & Disclosure Statement | 000018 | 9.1 | $3,830.50 | $258.50 |
| Reporting | 000021 | 2.0 | $530.00 | $ -0- |
| Appellate Proceedings | 000024 | 2.9 | $1,461.50 | $41.00 |
| Weiner Parties Related Litigation | 000025 | 2.6 | $1,222.50 | $101.70 |
| **TOTAL** | | **42.5** | **$15,068.50** | **$573.75** |

# EXHIBIT "C"

## DENTONS' BILLING STATEMENT FOR JULY 2018

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039917**

Client/Matter: 15257497-000009

Claims Administration and Objections

**Payment Due Upon Receipt**

Total This Invoice                                                        $          1,697.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039917**

Client/Matter:  15257497-000009

Claims Administration and Objections

---

For Professional Services Rendered through July 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 07/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Employee Priority Claims] In regard to payments to Claimants under the Plan, review the List of previously created Employee Wage PTO Claims. |
| 07/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Employee Priority Claims] Telephone call to Stan Otake on request for formula on Employee Claims (and second request for Statements on Sheppard Mullin). |
| 07/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Employee Priority Claims]  In regard to payment under the Plan:  Telephone call from Boris Mankovetskiy and to Stan Otake on Eric Weissman calculating the amounts due; E-Mail to Stan Otake on Motion and Order. |
| 07/05/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Amended Proof of Claim filed by creditor Olympus America changing the claim from secured to unsecured. |
| 07/09/18 | K.M. Howard | 0.60 | 159.00 | Reviewed underlying data (.2) and revised chart reflecting fees and costs incurred by Creditors Committee Counsel and Dentons (.4). |
| 07/09/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from David Meadows regarding the amended proof of claim filed by creditor Olympus. |
| 07/11/18 | J.A. Moe, II | 0.10 | 59.50 | Review preparation of the Order (and insuring service of Order) on the Motion setting a date for Administrative Claims. |
| 07/17/18 | J.A. Moe, II | 0.30 | 178.50 | [Blue Cross/Blue Shield]  Meet with Harry Baltayan on deposit of check (and transmit receipt to Andrew Sherman). |
| 07/18/18 | J.A. Moe, II | 0.10 | 59.50 | [Accountable Health] Telephone call from Attorney Ted Gehring on the status of the Disclosure Statement and the Liquidating Plan, and review of the expected filing of the Liquidation Analysis. |

Claims Administration and Objections

August 7, 2018

Matter: 15257497-000009
Invoice No.: 2039917

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/18/18 | K.M. Howard | 0.20 | 53.00 | Reviewed communications from Eric Weissman regarding amounts due to him and culled key information for inclusion into professional disbursement chart. |
| 07/18/18 | K.M. Howard | 0.10 | 26.50 | Telephone conference with Jim Moore of Victory Lock and Key regarding the status of the bankruptcy and payment to creditors. |
| 07/19/18 | J.A. Moe, II | 0.20 | 119.00 | [Administrative Claims] Return telephone call on receipt of the Motion on setting Administrative Claims Bar Date, and review of possible connection with Gardens. |
| 07/19/18 | J.A. Moe, II | 0.20 | 119.00 | In regard to the pending Motion seeking an Administrative Claims Bar Date: review requirement to file a Proof of Service on who was served with the Motion, then review and restructure (as to their identification) the parties served with the Motion. |
| 07/20/18 | J.A. Moe, II | 0.10 | 59.50 | [Administrative Claims]  Review Order and Exhibits to be uploaded, in regard to hearing on Motions setting bar date on Administrative Claims. |
| 07/24/18 | J.A. Moe, II | 0.20 | 119.00 | [Sales Taxes]  Telephone call to Eric Weissman on status of responding to the Franchise Tax Board on the assertion of sales taxes payable on transfer of Gardens' assets to ASMG. |
| 07/25/18 | J.A. Moe, II | 0.10 | 59.50 | [Sale Tax Claims]  Exchange E-Mails with Eric Weissman  on asserting of sales due on sale, then review and have transmitted to Mr. Weissman the Order on sale to ASMG. |
| 07/25/18 | J.A. Moe, II | 0.10 | 59.50 | Formulate draft of the Notice Of Motion to be inserted into First Day Motion, so First Day Motions can be completed as of July 28th. |
| 07/26/18 | J.A. Moe, II | 0.20 | 119.00 | Review and outline procedures to insure Order, Notice and Claim Form are properly served, awaiting Court Order. |
| 07/26/18 | J.A. Moe, II | 0.20 | 119.00 | Further consideration and review of Judge Robles' annotations to the Tentative Ruling and outline of steps to obtain and serve Order, Claim Form and Notice; review entered Order; additional conference on separate Order and separate Notice. |

Claims Administration and Objections

August 7, 2018

Matter: 15257497-000009
Invoice No.: 2039917

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/30/18 | S. Maizel | 0.20 | 130.00 | Emails to B. Walton re administrative expense payments. |
| Total Hours | | 3.50 | | |
| Fee Amount | | | | $1,697.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 0.20 | $130.00 |
| J.A. Moe, II | $595.00 | 2.10 | $1,249.50 |
| K.M. Howard | $265.00 | 1.20 | $318.00 |
| Totals | | 3.50 | $1,697.50 |

Fee Total          $          1,697.50

Invoice Total      $          1,697.50

**DENTONS**

Salans FMC SNR Denton
McKenna Long
dentons.com

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

---

Statement of Account

According to our records, as of August 7, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 12/13/16 | 1846099 | 66,642.19 | (8,110.51) | 58,531.68 |
| 01/19/17 | 1853835 | 25,842.00 | (1,113.50) | 24,728.50 |
| 02/22/17 | 1865397 | 3,374.50 | 0.00 | 3,374.50 |
| 03/10/17 | 1870858 | 2,085.50 | 0.00 | 2,085.50 |
| 04/19/17 | 1883617 | 2,835.80 | (259.30) | 2,576.50 |
| 05/24/17 | 1895413 | 258.00 | 0.00 | 258.00 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | (2.60) | 854.00 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |
| 12/12/17 | 1963212 | 6,038.50 | 0.00 | 6,038.50 |
| 01/24/18 | 1974750 | 7,411.50 | 0.00 | 7,411.50 |
| 02/28/18 | 1982224 | 4,436.00 | 0.00 | 4,436.00 |
| 03/20/18 | 1992984 | 4,853.00 | 0.00 | 4,853.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001444 | 4,909.50 | 0.00 | 4,909.50 |
| 05/08/18 | 2008592 | 4,576.50 | 0.00 | 4,576.50 |
| 06/18/18 | 2024516 | 1,748.00 | 0.00 | 1,748.00 |
| 07/11/18 | 2030911 | 4,165.00 | 0.00 | 4,165.00 |
| 08/07/18 | 2039917 | 1,697.50 | 0.00 | 1,697.50 |

Total Outstanding Invoices    $143,920.68

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039919**

Client/Matter: 15257497-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                    $          5,954.10

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039919**

Client/Matter:  15257497-000012

Employment and Fee Applications

For Professional Services Rendered through July 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|----------|
| 07/10/18 | K.M. Howard | 0.90 | 238.50 | Reviewed underlying data regarding the fees and costs owed to the ordinary course professionals, counsel to the creditors committee and Dentons and determined remaining balances due and determined the amount of the agreed to 10% reduction and the amount of reduced fees. |
| 07/10/18 | K.M. Howard | 0.70 | 185.50 | Prepared chart reflecting 10% reduction in the remaining fees and costs owned to Dentons, counsel for the creditors committee and each ordinary course professional. |
| 07/10/18 | K.M. Howard | 0.40 | 106.00 | Reviewed underlying data and began preparing chart reflecting percentages to pay to Dentons, counsel for creditors committee and each ordinary course professional. |
| 07/10/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised fees and costs owed to certain ordinary course professionals. |
| 07/10/18 | K.M. Howard | 0.90 | 238.50 | Analysis of newly received billing statements from Sheppard Mullin and determined that additional billing statements exists and revised amounts owed to Sheppard Mullin. |
| 07/11/18 | K.M. Howard | 0.10 | 26.50 | Analysis of communication to the client regarding fee distribution to professionals. |
| 07/11/18 | K.M. Howard | 0.90 | 238.50 | Further analysis of fees and costs incurred by Dentons and counsel to the creditors committee and reviewed and revised chart reflecting same. |
| 07/11/18 | K.M. Howard | 1.90 | 503.50 | Analysis of Kathryn Stanton's billing statements, cross-referenced each to information initially provided and updated information. |

Employment and Fee Applications

August 7, 2018

Matter: 15257497-000012
Invoice No.: 2039919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/11/18 | K.M. Howard | 2.30 | 609.50 | Finalized analysis of all billing statements and supporting data for ordinary course professionals, Dentons and counsel to the creditors committee including revisions to the the reduction chart for each professional. |
| 07/11/18 | J.A. Moe, II | 0.10 | 59.50 | Review and revise --through two iterations -- the draft of the Chart on fees payable to Professionals. |
| 07/11/18 | J.A. Moe, II | 0.20 | 119.00 | Review the corrected Chart on amounts payable to Professionals and calculation on amount due Sheppard Mullin,  then review original Motion on payment of Ordinary Course Professionals and entered Order (as to amount due Sheppard). |
| 07/12/18 | J.A. Moe, II | 0.10 | 59.50 | In regard to Sheppard Mullin and the E-Mail from Andrew Sherman, review briefly the Sheppard Statements, and the necessity to recalculate the amount due Sheppard because of disparate June Invoices. |
| 07/12/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Eric Weissman requesting the remaining balance owed by the debtor through May 2018. |
| 07/12/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the 10% reduction fee chart. |
| 07/12/18 | K.M. Howard | 0.40 | 106.00 | Further analysis of Sheppard Mullin's billing statements for June 2016 and determined additional amounts claimed by Sheppard Mullin. |
| 07/12/18 | K.M. Howard | 0.20 | 53.00 | Assembled Sheppard Mullin's billing statements (.1) and prepared communication to Boris Mankovetskiy regarding Sheppard Mullin's billing statements (.1). |
| 07/12/18 | K.M. Howard | 0.30 | 79.50 | Reviewed chart from Sills Cummis and determined a $6,000 difference if fees through May 2016 (.2) and prepared communication regarding the difference and the OCP amounts (.1). |
| 07/12/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Boris Mankovetskiy regarding Wilshire Pacific's statements and the fee application previously filed by Sheppard Mullin. |

3

Employment and Fee Applications

August 7, 2018

Matter: 15257497-000012
Invoice No.: 2039919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 07/12/18 | K.M. Howard | 0.90 | 238.50 | Further review of and revision to chart reflecting fees and costs incurred by all ordinary course professionals, Dentons and counsel to the creditors committee. |
| 07/17/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Chart of Fees and Costs Incurred by Committee Counsel, Dentons and Ordinary Course Professionals. |
| 07/17/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised chart reflecting percentages to pay to all professionals. |
| 07/18/18 | K.M. Howard | 0.10 | 26.50 | Prepared communications regarding the percentages of payment to allocate to the professionals. |
| 07/18/18 | K.M. Howard | 0.20 | 53.00 | Received and reviewed communication from Andrew Sherman regarding the percentages to allocate to each professional and prepared reply thereto. |
| 07/18/18 | J.A. Moe, II | 0.20 | 119.00 | Review and oversee calculations on percentage amounts to be paid Professionals, including Sills Cummis & Gross. |
| 07/18/18 | K.M. Howard | 1.40 | 371.00 | Reviewed and revised chart reflecting fees and costs incurred by counsel for the creditors committee, Dentons and the ordinary course professionals. |
| 07/18/18 | K.M. Howard | 1.10 | 291.50 | Further analysis of billings from ordinary course professionals and counsel and reviewed and revised chart reflecting percentages to allocate to each professional. |
| 07/18/18 | K.M. Howard | 0.20 | 53.00 | Prepared several communications to Andrew Sherman regarding the percentages to allocate to the professionals. |
| 07/18/18 | K.M. Howard | 0.20 | 53.00 | Prepared followup communications to Andrew Sherman regarding changes to the fees incurred Sheppard Mullin. |
| 07/19/18 | S. Maizel | 0.40 | 260.00 | Telephone conference with A. Sherman re payments on professional fees (.2); review and revise chart re distribution of fees (.2). |
| 07/19/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed subsequent communications regarding pro rata amounts after payments to Ordinary Course Professionals. |

4

Employment and Fee Applications

August 7, 2018

Matter: 15257497-000012
Invoice No.: 2039919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/19/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding revisions to the fee breakdown chart and the inclusion of Eric Weissman's fees. |
| 07/19/18 | K.M. Howard | 0.20 | 53.00 | Prepared several communications to Andrew Sherman regarding changes to fee breakdown chart to reflect additional fees incurred by Sheppard Mullin. |
| 07/19/18 | K.M. Howard | 0.60 | 159.00 | Analysis of additional statements from Sheppard Mullin and culled amounts allowable to include into fee breakdown chart. |
| 07/19/18 | K.M. Howard | 0.40 | 106.00 | Further analysis of fees provided by Eric Weissman and omitted fees included after the May 2018 deadline. |
| 07/19/18 | K.M. Howard | 0.70 | 185.50 | Reviewed and revised chart reflecting percentages to pay to professionals. |
| 07/19/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Andrew Sherman regarding the revised chart and changes to the fees charged by Sheppard Mullin. |
| 07/26/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re fee application hearing. |
| 07/26/18 | K.M. Howard | 0.10 | 26.50 | Reviewed notice of court setting hearing on all interim fee applications and culled deadline information. |
| 07/26/18 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding the date set to hear all all interim fee applications and the deadline to file interim fee applications. |
| 07/27/18 | K.M. Howard | 0.10 | 26.50 | Analysis of second notice from the court setting the hearing on interim fee application for September 12, 2018 before Judge Robles. |
| 07/31/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communications regarding the distribution of funds to Debtor's professionals. |
| 07/31/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communications regarding the preparation of Dentons' Interim Fee Application. |
| 07/31/18 | K.M. Howard | 1.40 | 371.00 | Reviewed Dentons' billing statements and began assembling each to support Dentons' Interim Fee Application. |

Employment and Fee Applications

August 7, 2018

Matter: 15257497-000012
Invoice No.: 2039919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/31/18 | K.M. Howard | 0.40 | 106.00 | Analysis of Dentons' June 2018 billing statements and culled information for inclusion into Exhibit "A" [Dentons Professionals] to Dentons Twenty-Third Monthly Fee Application. |
| 07/31/18 | K.M. Howard | 0.60 | 159.00 | Analysis of Dentons' June 2018 billing statements and culled information by category for inclusion into Exhibit "B" [Categorical Time and Expense Statements] to Dentons' Twenty-Third Monthly Fee Application. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 20.90 | | |
| Fee Amount | | | | $5,929.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 0.50 | $325.00 |
| J.A. Moe, II | $595.00 | 0.60 | $357.00 |
| K.M. Howard | $265.00 | 19.80 | $5,247.00 |
| Totals | | 20.90 | $5,929.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/15/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - ROBL | | 20.00 |
| | | SUBTOTAL | 20.00 |
| 6/30/2018 | Outside Professional Services INVOICE # 2637538-Q22018 - DATE 07/06/2018 | | 5.10 |
| | | SUBTOTAL | 5.10 |
| | Total Disbursements | | $25.10 |

6

Employment and Fee Applications

August 7, 2018

Matter: 15257497-000012
Invoice No.: 2039919

| | | |
|---|---|---|
| Fee Total | $ | 5,929.00 |
| Disbursement Total | $ | 25.10 |
| Invoice Total | $ | 5,954.10 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

Statement of Account

According to our records, as of August 7, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846106 | 7,730.00 | 0.00 | 7,730.00 |
| 01/19/17 | 1853838 | 9,335.50 | 0.00 | 9,335.50 |
| 02/22/17 | 1865400 | 6,847.30 | (60.30) | 6,787.00 |
| 03/10/17 | 1870860 | 3,277.00 | (15.00) | 3,262.00 |
| 04/19/17 | 1883632 | 4,550.50 | 0.00 | 4,550.50 |
| 05/24/17 | 1895414 | 1,709.00 | 0.00 | 1,709.00 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |
| 12/12/17 | 1963213 | 4,913.50 | 0.00 | 4,913.50 |
| 01/24/18 | 1974751 | 5,925.10 | 0.00 | 5,925.10 |
| 02/28/18 | 1982225 | 2,382.60 | 0.00 | 2,382.60 |
| 03/20/18 | 1992985 | 7,274.50 | 0.00 | 7,274.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|---------------|-------------|-------|
| 04/13/18 | 2001445 | 3,902.81 | 0.00 | 3,902.81 |
| 05/08/18 | 2008593 | 2,965.60 | 0.00 | 2,965.60 |
| 06/18/18 | 2024517 | 3,212.00 | 0.00 | 3,212.00 |
| 07/11/18 | 2030917 | 4,300.00 | 0.00 | 4,300.00 |
| 08/07/18 | 2039919 | 5,954.10 | 0.00 | 5,954.10 |

Total Outstanding Invoices    $87,854.21

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039920**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 544.95 |
| Amounts Received, Available to Apply Against Current or Future Invoices | $ 743,769.75 | |
| Amount Due | $ | 544.95 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039920**

Client/Matter:   15257497-000015

Litigation - Contested Matters and Adversary Proceedings

For Professional Services Rendered through July 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/06/18 | K.M. Howard | 0.10 | 26.50 | Telephone conference with Judge Bluebond's clerk regarding the status of the July 17, 2017 hearing on the standing and discovery motions. |
| 07/09/18 | K.M. Howard | 0.40 | 106.00 | Drafted Notice of Payment of $400,000 by the Weiner Parties to the Debtor and Request for the July 17, 2018 hearing to be taken off calendar. |
| 07/09/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communications from Boris Mankovetskiy regarding the $400,000 payment. |
| 07/11/18 | K.M. Howard | 0.20 | 53.00 | Telephone conference with Judge Bluebond's clerk confirming the filing and service of the Notice of $400,000 payment by the Weiner Parties to the Debtor (.1) and provided courtesy copy for Judge Bluebond (.1). |
| 07/19/18 | K.M. Howard | 0.70 | 185.50 | Reviewed underlying notes regarding service notices and drafted Declaration of Kathryn Howard Regarding Service of the Notice of Joint Motion of the Debtor and Official Committee of Unsecured Creditors for Entry of an Order (I) Fixing a Bar Date for Filing Certain Postpetition Administrative Expense Claims, (II) Approving Administrative Expense Proof of Claim Form and (III) Approving the Form and Manner of Notice of the Administrative Expense Claims Bar Date. |

Total Hours                                    1.50

Fee Amount                                                              $397.50

Litigation – Contested Matters and Adversary Proceedings

August 7, 2018

Matter: 15257497-000015
Invoice No.: 2039920

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K.M. Howard | $265.00 | 1.50 | $397.50 |
| Totals | | 1.50 | $397.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 6/22/2018 | Filing Fees FILING FEES ORANGE COUNTY - COMPLEX / STATUS CONFERENCE STATEMENT | | 29.95 |
| 6/27/2018 | Filing Fees FILING FEES ORANGE COUNTY - COMPLEX / NOTICE OF CONTINUED STATUS CONFERENCE | | 29.95 |
| 7/2/2018 | Filing Fees FILING FEES ORANGE COUNTY - COMPLEX / NOTICE OF CONTINUED STATUS CONFERENCE | | 29.95 |
| | | SUBTOTAL | 89.85 |
| 7/10/2018 | Outside Professional Services Service by CaseAnywhere for documents related to Liberty Mutual v. Healthcare | | 10.00 |
| 6/30/2018 | Outside Professional Services INVOICE # 2637538-Q22018 - DATE 07/06/2018 | | 36.30 |

Litigation - Contested Matters and Adversary Proceedings

August 7, 2018

Matter: 15257497-000015
Invoice No.: 2039920

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| | | | SUBTOTAL | 46.30 |
| | Print/Copies BW | | | 11.30 |
| | | | SUBTOTAL | 11.30 |
| | Total Disbursements | | | $147.45 |
| | Fee Total | $ | 397.50 | |
| | Disbursement Total | $ | 147.45 | |
| | Invoice Total | $ | 544.95 | |
| | Amounts Received, Available to Apply Against Current or Future Invoices | $ 743,769.75 | | |
| | Amount Due | $ | 544.95 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

---

Statement of Account

According to our records, as of August 7, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853845 | 32,510.00 | (260.00) | 32,250.00 |
| 02/22/17 | 1865404 | 9,285.71 | (312.21) | 8,973.50 |
| 03/10/17 | 1870876 | 12,867.05 | (858.05) | 12,009.00 |
| 04/19/17 | 1883654 | 58,143.10 | (747.60) | 57,395.50 |
| 05/24/17 | 1895427 | 36,355.95 | (162.95) | 36,193.00 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | (143.10) | 48,507.50 |
| 08/14/17 | 1920738 | 58,661.56 | (946.06) | 57,715.50 |
| 09/14/17 | 1930412 | 30,032.96 | (833.96) | 29,199.00 |
| 10/17/17 | 1942311 | 21,723.15 | (468.15) | 21,255.00 |
| 11/13/17 | 1951646 | 76,142.34 | (179.84) | 75,962.50 |
| 12/12/17 | 1963215 | 62,378.15 | 0.00 | 62,378.15 |
| 01/24/18 | 1974753 | 67,071.15 | 0.00 | 67,071.15 |
| 02/28/18 | 1982226 | 104,486.64 | 0.00 | 104,486.64 |
| 03/20/18 | 1992990 | 39,666.81 | 0.00 | 39,666.81 |
| 04/13/18 | 2001446 | 10,503.99 | 0.00 | 10,503.99 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 05/08/18 | 2008595 | 5,753.55 | 0.00 | 5,753.55 |
| 06/18/18 | 2024519 | 2,645.85 | 0.00 | 2,645.85 |
| 07/11/18 | 2030937 | 4,351.61 | 0.00 | 4,351.61 |
| 08/07/18 | 2039920 | 544.95 | 0.00 | 544.95 |
| | | Total Outstanding Invoices | | $723,929.20 |
| | | Credits On Account | | $743,769.75 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039921**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

**Payment Due Upon Receipt**

Total This Invoice                                          $          4,089.00

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039921**

Client/Matter:  15257497-000018

Plan and Disclosure Statement

---

For Professional Services Rendered through July 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 07/01/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails (on 7/1/18) on request from Richard Brunette of Sheppard Mullin for copy of the Disclosure Statement. |
| 07/02/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call to Boris Mankovetskiy on telephone call from Stan Otake on preparing an Analysis on the amount remaining due each employee for prepetition wages, up to the maximum $12,475. |
| 07/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Inter Community Home Care] Additional telephone call returned to Geraldine on receipt of Motion seeking approval of the Disclosure Statement. |
| 07/02/18 | J.A. Moe, II | 0.10 | 59.50 | [First Quality Medical] Telephone call from Wally Mohammed on receipt of the Motion seeking approval of the Disclosure Statement, explaining the status of the case an possible small distribution to unsecured  creditors. |
| 07/02/18 | J.A. Moe, II | 0.10 | 59.50 | In regard to the amount payable to Sheppard Mullin in accordance with the Plan, obtain and quickly review the Invoices; E-Mail on performing calculations on ten percent reduction. |
| 07/02/18 | J.A. Moe, II | 0.20 | 119.00 | [Desert Regional Hospital]  Telephone call returned to Deborah Carem at Desert Regional Hospital Medical Center, on receipt and explanation on the Motion seeking authority to approve Disclosure Statement. |
| 07/05/18 | J.A. Moe, II | 0.20 | 119.00 | Review Hatty Yips' inquiry on adding exception to the exculpation clauses in the Plan the Statement; telephone call returned from Boris Mankovetskiy on proposed exception on breach of fiduciary duty. |

2

Plan and Disclosure Statement

August 7, 2018

Matter: 15257497-000018
Invoice No.: 2039921

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/06/18 | J.A. Moe, II | 0.10 | 59.50 | [Cross America Financial]  Telephone call returned to Jerry Dwight on receipt and purpose of the Motion on the Disclosure Statement. |
| 07/06/18 | J.A. Moe, II | 0.20 | 119.00 | In response to telephone call with Andrew Napolitano and Leon Cheung, review form of Patient Lists, then E-Mail to Messrs. Napolitano and Cheung and Manuel Chavira a sample of a Patient List page for the Master Mailing Matrixes. |
| 07/09/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Hatty Yip on correction to the Plan and Disclosure Statement, related to the excepting from releases "breach of fiduciary duties;"  request documents be sent to Mr. Mankovetskiy. |
| 07/09/18 | J.A. Moe, II | 0.10 | 59.50 | In accordance with second request from Boris Mankovetskiy, commence  work on "Notice" for the Los Angeles Times and the necessity to create tranches of creditors entitled to various documents if Disclosure Statement is approved. |
| 07/09/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication form Andrew Sherman requesting the removal of creditor, NuVasive, from the mailing list. |
| 07/11/18 | J.A. Moe, II | 0.10 | 59.50 | Consider and review preparation of the tranches of parties in interest to receive the Plan, the Disclosure Statement, the Order, the Ballots and the Notices;   review status of obtaining cost of a Notice in the Los Angeles Times. |
| 07/14/18 | J.A. Moe, II | 0.10 | 59.50 | Consider contents of an outline of action to be taken in the next six weeks in connection with the proposed Plan (conferring briefly with Mr. Maizel on the upcoming hearings). |
| 07/16/18 | J.A. Moe, II | 0.10 | 59.50 | Prepare draft of outline on steps to be taken in the next six weeks on confirmation of the proposed Liquidating Plan. |
| 07/17/18 | J.A. Moe, II | 0.10 | 59.50 | Review the Disclaimer for the Liquidation Analysis; review date the Liquidation Analysis is due for filing and service. |

3

Plan and Disclosure Statement

August 7, 2018

Matter: 15257497-000018
Invoice No.: 2039921

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/18/18 | J.A. Moe, II | 0.30 | 178.50 | Preliminarily review the amended Disclosure Statement, the amended Liquidating Plan and proposed Liquidation Analysis; review former "Cover" Pleading filed with the prior versions the Statement and Plan and transmit to Boris Mankovetskiy; telephone call to Boris Mankovetskiy on filing pleadings on proposed amendments. |
| 07/18/18 | J.A. Moe, II | 0.10 | 59.50 | Review the modified Disclosure Statement, with further correction. |
| 07/18/18 | J.A. Moe, II | 0.20 | 119.00 | Review the Notice Of Filing Of Exhibit "B" To The Proposed  Disclosure Statement For Joint Chapter 11 Plan Of Liquidation; telephone call to Eric Weissman on cleaner version of the Liquidation Analysis. |
| 07/18/18 | J.A. Moe, II | 0.10 | 59.50 | In accordance with conference on July 14th, revise and expand Memorandum on "Tasks To Be Performed" to obtain approval of the Disclosure Statement and the Liquidating Plan. |
| 07/18/18 | J.A. Moe, II | 0.20 | 119.00 | Prepare draft of "cover" Pleading to file the modified Disclosure Statement and modified Liquidating Plan; expand draft with right to request color copy; telephone call to Clerk of the Court on filing redlined Statement and Plan. |
| 07/19/18 | K.M. Howard | 0.30 | 79.50 | Researched and culled pleadings pertaining to the proposed plan and disclosure statement. |
| 07/19/18 | J.A. Moe, II | 0.50 | 297.50 | Oversee preparation, document by document, of the Notice on the filing of the Liquidation Analysis  and the filing of the Modified Disclosure Statement and Liquidating Plan, with interlineated documents and the Exhibit "B." |
| 07/19/18 | J.A. Moe, II | 0.20 | 119.00 | Review the final version of the "cover" pleading, Modified Disclosure Statement and Modified Liquidating Plan, then review and correct the assembled pleading filing  and serving  and the Liquidation Analysis , insuring Exhibit "B" is on both the the last pages of the Liquidating Plan and the last page of the Liquidation Analysis, |

Plan and Disclosure Statement

August 7, 2018

Matter: 15257497-000018
Invoice No.: 2039921

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/19/18 | J.A. Moe, II | 0.10 | 59.50 | Review the work being done to obtain the cost to put Notice in the Los Angeles Times on the Liquidating Plan; review the report on information from the LA Times; transmit Report to Boris Mankovetskiy (on July 20th) . |
| 07/19/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised Declaration of Kathryn Howard regarding service of the Joint Administrative Claims Motion (.2) and coordinated filing of same (.1). |
| 07/19/18 | K.M. Howard | 0.40 | 106.00 | Researched and culled materials to assist attorney in modifying the proposed disclosure statement and Exhibit B thereto. |
| 07/19/18 | K.M. Howard | 0.20 | 53.00 | Reviewed critical dates memo to determine upcoming hearings and deadlines on plan and disclosure statement. |
| 07/20/18 | K.M. Howard | 0.10 | 26.50 | Analysis of Corrected Notice of Filing of Exhibits B to Proposed Disclosure Statement. |
| 07/20/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication from Boris Mankovetskiy regarding the next steps to take to publish legal notice in the Los Angeles Times. |
| 07/20/18 | K.M. Howard | 0.20 | 53.00 | Telephone conference with Rachel Brennan of Sills Cummis regarding the publication of legal notice with the Los Angeles Times. |
| 07/20/18 | K.M. Howard | 0.10 | 26.50 | Reviewed Gardens checklist regarding pending service of joint motion. |
| 07/20/18 | S. Maizel | 0.10 | 65.00 | Office conference with J. Moe re disclosure statement filing. |
| 07/20/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails from Elan Levey, US Attorney Office, re disclosure statement. |
| 07/23/18 | K.M. Howard | 0.60 | 159.00 | Assembled and organized all pleadings pertaining to the administrative expense claims motion. |
| 07/23/18 | K.M. Howard | 0.20 | 53.00 | Monitored and reviewed Judge Robles tentative rulings pertaining to the Disclosure Statement. |
| 07/25/18 | K.M. Howard | 0.20 | 53.00 | Researched and culled the order authorizing the sale of the hospital to American Specialty (.1) and prepared communication to Eric Weissman regarding same (.1). |

Plan and Disclosure Statement

August 7, 2018

Matter: 15257497-000018
Invoice No.: 2039921

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 07/26/18 | K.M. Howard | 0.20 | 53.00 | Reviewed Order (.1) and prepared communication regarding the administrative expense claims bar date (.1). |
| 07/26/18 | K.M. Howard | 0.40 | 106.00 | Brief review of order approving the disclosure statement, establishing the procedures for solicitation and tabulation of votes for the plan and establishing applicable deadlines for filing objections in conjunction with service of key documents on the creditors. |
| 07/30/18 | S. Maizel | 0.40 | 260.00 | Telephone conference with A. Sherman re pending confirmation issues, etc. |
| 07/31/18 | K.M. Howard | 0.40 | 106.00 | Researched and determined costs to serve the order approving the disclosure statement, supporting ballots and the plan and the disclosure statement including telephone conferences with outside vendors and prepared communication regarding findings. |
| 07/31/18 | K.M. Howard | 0.70 | 185.50 | Analysis of Order Approving the Disclosure Statements and attached ballots to determine the plan for service of creditors, and all other entities and regulatory agencies. |
| 07/31/18 | K.M. Howard | 0.40 | 106.00 | Numerous telephone conferences with outside vendors to determine costs to prepare CDs of the plan and disclosure statement for service after August 9, 2018 hearing. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 9.10 | | |
| Fee Amount | | | | $3,830.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 0.60 | $390.00 |
| J.A. Moe, II | $595.00 | 3.60 | $2,142.00 |
| K.M. Howard | $265.00 | 4.90 | $1,298.50 |
| Totals | | 9.10 | $3,830.50 |

6

Plan and Disclosure Statement

August 7, 2018

Matter: 15257497-000018
Invoice No.: 2039921

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/30/2018 | Outside Professional Services INVOICE # 2637538-Q22018 - DATE 07/06/2018 | | 27.10 |
| | | SUBTOTAL | 27.10 |
| | Print/Copies BW | | 231.40 |
| | | SUBTOTAL | 231.40 |
| | Total Disbursements | | $258.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,830.50 | |
| Disbursement Total | $ | 258.50 | |
| Invoice Total | $ | 4,089.00 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

---

Statement of Account

According to our records, as of August 7, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 01/19/17 | 1853849 | 1,864.50 | 0.00 | 1,864.50 |
| 02/22/17 | 1865405 | 59.50 | 0.00 | 59.50 |
| 04/19/17 | 1883663 | 59.50 | 0.00 | 59.50 |
| 05/24/17 | 1895429 | 773.50 | 0.00 | 773.50 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | (31.10) | 1,364.00 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |
| 12/12/17 | 1963217 | 1,744.00 | 0.00 | 1,744.00 |
| 01/24/18 | 1974755 | 585.00 | 0.00 | 585.00 |
| 02/28/18 | 1982228 | 1,329.50 | 0.00 | 1,329.50 |
| 04/13/18 | 2001447 | 13,173.50 | 0.00 | 13,173.50 |
| 05/08/18 | 2008597 | 1,927.00 | 0.00 | 1,927.00 |
| 06/18/18 | 2024523 | 27,195.00 | 0.00 | 27,195.00 |
| 07/11/18 | 2030938 | 36,620.00 | 0.00 | 36,620.00 |
| 08/07/18 | 2039921 | 4,089.00 | 0.00 | 4,089.00 |

Total Outstanding Invoices                    $92,282.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039922**

Client/Matter: 15257497-000021

Reporting

**Payment Due Upon Receipt**

| | | |
|---|---|---|
| Total This Invoice | $ | 530.00 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039922**

Client/Matter:  15257497-000021

Reporting

For Professional Services Rendered through July 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 07/06/18 | K.M. Howard | 0.30 | 79.50 | Received and briefly reviewed debtor's bank statements for June 2018 in conjunction with submission of same to U.S. Trustee. |
| 07/19/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and organized Debtor's bank statements for June 2018 and submitted each to the U.S. Trustee. |
| 07/20/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from the U.S. Trustee confirming receipt of Debtor's bank statements for June 2018. |
| 07/27/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Debtor's Monthly Operating Report No. 25 for June 2018 and coordinated filing and service of same. |
| 07/27/18 | K.M. Howard | 0.10 | 26.50 | Reviewed June 2018 Monthly Operating Report and culled amounts reflecting disbursements. |
| 07/27/18 | K.M. Howard | 0.40 | 106.00 | Prepared Debtor's Monthly Operating Report Disbursement Summary for June 2018. |
| 07/27/18 | K.M. Howard | 0.20 | 53.00 | Prepared Debtor's Monthly Operating Report Disbursement Summary for submission to the US Trustee and submitted same. |
| 07/27/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed US Trustee's communication confirming receipt of the Monthly Operating Report Disbursement Summary for June 2018. |

| Total Hours | | 2.00 | | |
|---|---|---|---|---|
| Fee Amount | | | | $530.00 |

Reporting

August 7, 2018

Matter: 15257497-000021
Invoice No.: 2039922

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| K.M. Howard | $265.00 | 2.00 | $530.00 |
| Totals | | 2.00 | $530.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 530.00 |
| Invoice Total | $ | 530.00 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000021

Reporting

---

Statement of Account

According to our records, as of August 7, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|------------|---------------|-----------|-------|
| 01/19/17 | 1853852 | 1,294.50 | 0.00 | 1,294.50 |
| 02/22/17 | 1865407 | 1,966.50 | 0.00 | 1,966.50 |
| 03/10/17 | 1870882 | 4,058.00 | 0.00 | 4,058.00 |
| 04/19/17 | 1883665 | 845.00 | (50.00) | 795.00 |
| 05/24/17 | 1895432 | 1,208.50 | (30.00) | 1,178.50 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | (38.00) | 907.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | (21.60) | 987.00 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |
| 11/13/17 | 1951588 | 2,201.50 | (51.00) | 2,150.50 |
| 12/12/17 | 1963220 | 556.50 | 0.00 | 556.50 |
| 01/24/18 | 1974758 | 1,140.70 | 0.00 | 1,140.70 |
| 02/28/18 | 1982230 | 506.50 | 0.00 | 506.50 |
| 03/20/18 | 1992988 | 2,550.00 | 0.00 | 2,550.00 |
| 04/13/18 | 2001449 | 930.50 | 0.00 | 930.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000021

Reporting

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 05/08/18 | 2008598 | 821.50 | 0.00 | 821.50 |
| 06/18/18 | 2024525 | 1,014.00 | 0.00 | 1,014.00 |
| 07/11/18 | 2030939 | 609.50 | 0.00 | 609.50 |
| 08/07/18 | 2039922 | 530.00 | 0.00 | 530.00 |
| | | Total Outstanding Invoices | | $25,063.20 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

 **DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039923**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 1,502.50 |
| Amounts Received, Available to Apply Against Current or Future Invoices | $ 48.50 | |
| Amount Due | $ | 1,502.50 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street            McKenna Long
Suite 2500                        dentons.com
Los Angeles, California  90017-5704

Gardens Regional Hospital & Medical Center                          August 7, 2018
c/o Brian Walton
3719 Meadville Dr.                                          **Invoice No. 2039923**
Sherman Oaks, CA 91403
USA

Client/Matter:   15257497-000024

Appellate Proceedings

---

For Professional Services Rendered through July 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/2/18 | S. Maizel | 0.50 | Telephone conference with A. Sherman re extension on filing opening brief; review and respond to emails re same; review request for extension and 9th Circuit order thereon. |
| 7/3/18 | S. Maizel | 0.20 | Telephone conference with A. Sherman re pending issues including appellate brief. |
| 7/5/18 | K.M. Howard | 0.30 | Analysis of several Notices from the Ninth Circuit's Continuing dates for Appellant to file its opening brief and Appellee's responsive brief (.2) and prepared communications regarding same (.1). |
| 7/17/18 | K.M. Howard | 0.20 | Reviewed Notice from the Ninth Circuit setting a new briefing schedule and culled key information for Ninth Circuit Case No. 18-60016. |
| 7/17/18 | K.M. Howard | 0.20 | Prepared communications regarding the new briefing schedule and deadlines issued by the Ninth Circuit in Garden's appeal. |
| 7/19/18 | S. Maizel | 0.30 | Review draft of Ninth Circuit brief on offset issue. |
| 7/23/18 | S. Maizel | 0.80 | Review and edit draft of Ninth Circuit brief re state offset. |
| 7/24/18 | K.M. Howard | 0.20 | Reviewed the Ninth Circuit's revised scheduling order (.1) and prepared communication regarding the deadline for appellant to file their opening brief (.1). |
| 7/24/18 | K.M. Howard | 0.20 | Culled information from the Ninth Circuit docket (.1) and prepared communication to Boris Mankovetskiy regarding the court's amended scheduling (.1). |

Total Hours                        2.90
Fee Amount                                                  $1,461.50

Appellate Proceedings

August 7, 2018

Matter: 15257497-000024
Invoice No.: 2039923

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 1.80 | $1,170.00 |
| K.M. Howard | $265.00 | 1.10 | $291.50 |
| Totals | | 2.90 | $1,461.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 6/30/2018 | Outside Professional Services INVOICE # 2637538-Q22018 - DATE 07/06/2018 | | 41.00 |
| | | SUBTOTAL | 41.00 |
| | Total Disbursements | | $41.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,461.50 | |
| Disbursement Total | $ | 41.00 | |
| Invoice Total | $ | 1,502.50 | |
| Amounts Received, Available to Apply Against Current or Future Invoices | $ 48.50 | | |
| Amount Due | $ | 1,502.50 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

---

Statement of Account

According to our records, as of August 7, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 06/12/17 | 1900475 | 51,599.50 | (1,717.50) | 49,882.00 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | (326.10) | 13,466.50 |
| 10/17/17 | 1942385 | 36,077.32 | (442.82) | 35,634.50 |
| 11/13/17 | 1951655 | 22,102.50 | (119.50) | 21,983.00 |
| 12/12/17 | 1963224 | 13,599.50 | 0.00 | 13,599.50 |
| 01/24/18 | 1975029 | 9,913.40 | 0.00 | 9,913.40 |
| 02/28/18 | 1982231 | 15,772.90 | 0.00 | 15,772.90 |
| 03/20/18 | 1992991 | 233.22 | 0.00 | 233.22 |
| 04/13/18 | 2001451 | 3,089.30 | 0.00 | 3,089.30 |
| 05/08/18 | 2008599 | 1,713.80 | 0.00 | 1,713.80 |
| 06/18/18 | 2024527 | 1,761.50 | 0.00 | 1,761.50 |
| 07/11/18 | 2030940 | 928.00 | 0.00 | 928.00 |
| 08/07/18 | 2039923 | 1,502.50 | 0.00 | 1,502.50 |

Total Outstanding Invoices                    $229,214.62

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

---

Credits On Account                                    $48.50

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039924**

Client/Matter: 15257497-000025

Weiner Parties Related Litigation

Payment Due Upon Receipt

Total This Invoice                                             $              1,324.20

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

**Invoice No. 2039924**

Client/Matter:  15257497-000025

Weiner Parties Related Litigation

For Professional Services Rendered through July 31, 2018:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/5/18 | K.M. Howard | 0.10 | Analysis of communication regarding the July 17, 2018 hearing on the standing motion and the discovery motion and payment of the $400,000. |
| 7/6/18 | S. Maizel | 0.20 | Review and respond to notices re Weiner settlement hearing. |
| 7/9/18 | S. Maizel | 0.10 | Review and respond to emails re notice of Weiner settlement payment. |
| 7/9/18 | K.M. Howard | 0.10 | Reviewed communications from Boris Mankovetskiy and replies thereto regarding the $400,000 payment and the status of the July 17, 2018 hearing. |
| 7/9/18 | J.A. Moe, II | 0.10 | Review, correct , then expand the Notice (to be filed and served) that Berle Weiner timely made payment to the Estate and hearings can be taken Off Calendar. |
| 7/11/18 | K.M. Howard | 0.20 | Reviewed communications regarding the hearing on the standing and discovery motions (.1) and prepared replies thereto (.1). |
| 7/13/18 | S. Maizel | 0.40 | Review and respond to emails re Weiner settlement fee reductions. |
| 7/16/18 | K.M. Howard | 0.20 | Telephone conference with Judge Bluebond's clerk regarding the status of the upcoming hearing on the discovery motion and the standing motion. |
| 7/16/18 | J.A. Moe, II | 0.10 | Review status of the Creditors' Committee's two pending Motions;  review Court's Tentative Ruling;  telephone call to Boris Mankovetskiy's Office on appearance by telephone and taking two Motions off Calendar. |
| 7/17/18 | K.M. Howard | 0.10 | Reviewed Judge Bluebond's tentative rulings regarding the status of the standing motion and the discovery motion. |
| 7/17/18 | J.A. Moe, II | 0.40 | Telephonic appearance before Judge Bluebond on payment of settlement and preparation of Withdrawals of two Motions. |
| 7/18/18 | J.A. Moe, II | 0.10 | Second cal with Boris Mankovetskiy on filing Notices Of Withdrawals,  as the the Committee's two Motions. |

Weiner Parties Related Litigation

August 7, 2018

Matter: 15257497-000025
Invoice No.: 2039924

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/18/18 | K.M. Howard | 0.10 | Reviewed notice from the court reflecting the hearing results on the standing and discovery motions. |
| 7/19/18 | K.M. Howard | 0.30 | Drafted Joint Request to Withdraw Standing Motion. |
| 7/19/18 | J.A. Moe, II | 0.10 | Review the two Notices Of Withdrawal, of the two Motions filed by the Creditors' Committee. |

| | | | |
|------|-----------|-------|-----------|
| Total Hours | | 2.60 | |
| Fee Amount | | | $1,222.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 0.70 | $455.00 |
| J.A. Moe, II | $595.00 | 0.80 | $476.00 |
| K.M. Howard | $265.00 | 1.10 | $291.50 |
| Totals | | 2.60 | $1,222.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/30/2018 | Outside Professional Services INVOICE # 2637538-Q22018 - DATE 07/06/2018 | | 101.70 |
| | | SUBTOTAL | 101.70 |
| | Total Disbursements | | $101.70 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,222.50 | |
| Disbursement Total | $ | 101.70 | |
| Invoice Total | $ | 1,324.20 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

August 7, 2018

Client/Matter #: 15257497-000025

Weiner Parties Related Litigation

Statement of Account

According to our records, as of August 7, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/<br>Adjustments | Total |
|------|-------------|----------------|--------------------------|-------|
| 03/20/18 | 1992989 | 74,903.50 | 0.00 | 74,903.50 |
| 04/13/18 | 2001452 | 34,967.50 | 0.00 | 34,967.50 |
| 05/08/18 | 2008600 | 15,751.70 | 0.00 | 15,751.70 |
| 06/18/18 | 2024529 | 25,795.50 | 0.00 | 25,795.50 |
| 07/11/18 | 2030942 | 1,057.50 | 0.00 | 1,057.50 |
| 08/07/18 | 2039924 | 1,324.20 | 0.00 | 1,324.20 |
| | | Total Outstanding Invoices | | $153,799.90 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*):  DENTONS US LLP'S TWENTY-FOURTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 2018 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) September 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul F. Ready - #107469
Leslie A. Tos - #299520
Farmer & Ready
1254 Marsh Street
P.O. Box 1443
San Luis Obispo, CA 93406

Counsel for All State County Mutual Insurance Co., et al. &
 Laura Arroyo, et al.
T: 805 541 1626 / F: 805 541 0769
E: pfready/latos/tamara@farmerandready.com

Roman Shkodnik - #285152
David Yeremian & Associates Inc.
535 North Brand Boulevard, Suite 705
Glendale, CA 91203-1989

Counsel for Mario Alvarado, Creditor
T: 818 230 8380 / F: 818 230 0308
E: roman.shkodnik@gmail.com

M. Jonathan Hayes - #090388
Resnik Hayes Moradi LLP
17609 Ventura Boulevard, Suite 314
Encino, CA 91316-5132

Counsel for American Specialty Management Group
T: 818 285 0100 / F: 818 855 7013
E: jhayes@rhmfirm.com

Stuart I. Koenig - #102764
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Avenue, Suite 210
Pasadena, CA 91101

Counsel for Anthem Blue Cross of California/Janet Andrea,
 Managing Associate General Counsel
T: 626 796 4000 / F: 626 795 4000
E: skoenig@leechtishman.com

Gerald N. Sims - #099133
Pyle Sims Duncan & Stevenson APC
401 B Street, Suite 1500
San Diego, CA 92101

Counsel for BETA Risk Management Authority
T: 619 687 5200 / F: 619 687 5210
E: jerrys@psdslaw.com

Daniel R. Schimizzi
Bernstein Burkley PC
Gulf Tower, Suite 2200
707 Grant Street
Pittsburgh, PA 15219

Counsel for Beckman Coulter, Inc. & Bernstein Burkley PC
T: 412 456 8100 / F: 415 456 8135
E: dschimizzi/cwirick@bernsteinlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*
104562420\V-1

1

**F 9013-3.1.PROOF.SERVICE**

John P. Desmond - #176430
Dickinson Wright PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501

Counsel for Blue Cross Blue Shield of Michigan, Inc.
T: 775 343 7500 / F: 844 670 6009
E: jdesmond@dickinsonwright.com

Mary H. Rose - #084700
Buchalter, APC
1000 Wilshire Boulevard, Suite1500
Los Angeles, CA 90017

Counsel for Buchalter Nemer, P.C. & Promise Garden
  Lending Company, Inc.
T: 213 891 0700 / F: 213 896 0400
E: mrose/salarcon@buchalter.com

Kenneth K. Wang - #201823
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Counsel for California Department of Health Care Services
  & California Department of Public Health
T: 213 897 2451 / F: 213 897 2805
E: kenneth.wang@doj.ca.gov

Lawrence J. Hilton - #156524
One LLP
4000 MacArthur Boulevard, East Tower, Suite 500
Newport Beach, CA 92660-2517

Counsel for Cerner Health Services, Inc.
T: 949 502 2876 / F: 949 258 5081
E: lhilton@onellp.com

Louis J. Cisz III - #142060
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

Counsel for Cerritos Gardens General Hospital Company
T: 415 984 8200 / F: 415 984 8300
E: lcisz@nixonpeabody.com

Emily Platt Rich - #168735
Manuel A. Boigues - #248990
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Courtesy NEF
T: 510 337 1001 / F: 510 337 1023
E: erich/mboigues/bankruptcycourtnotices
    @unioncounsel.net

Dawn M. Coulson - #154085
Epps & Coulson LLP
707 Wilshire Boulevard, Suite 3000
Los Angeles, CA 90017

Courtesy NEF
T: 213 929 2390 / F: 213 929 2394
E: dcoulson/cmadero@eppscoulson.com

George E. Schulman - #064572
Richard K. Diamond - #070634
Danning Gill Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Courtesy NEF
T: 310 277 0077 / F: 310 277 5735
E: gschulman/rdiamond@dgdk.com

Barry S. Glaser - #070968
Steckbauer Weinhart LLP
333 South Hope Street, 36th Floor
Los Angeles, CA 90071

Courtesy NEF
T: 213 229 2868 / F: 213 229 2870
E: bglaser/erhee@swesq.com

R. David Jacobs - #073545
Epstein Becker & Green PC
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506

Courtesy NEF
T: 310 556 8861 / F: 310 553 2165
E: djacobs@ebglaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*
104562420\V-1                                    2                                    **F 9013-3.1.PROOF.SERVICE**

Amanda L. Marutzky - #274376
Watt Tieder Hoffar & Fitzgerald LLP
2040 Main Street, Suite 300
Irvine, CA 92614

Courtesy NEF
T: 949 852 6700 / F: 949 261 0771
E: amarutzky@watttieder.com

Benjamin S. Nachimson - #166690
Woolf & Nachimson, LLP
15300 Ventura Boulevard, Suite 214
Sherman Oaks, CA 91403-5828

Courtesy NEF
T: 310 474 8776 / F: 310 919 3037
E: ben.nachimson@wnlawyers.com

Alan J. Stomel - #124986
Alan J. Stomel, LC
P.O. Box 1457
Bodega Bay, CA 95423

Courtesy NEF
T: 310 651 1570 / F: 707 377 4097
E: alan.stomel@gmail.com

Wayne R. Terry - #134685
J. Alexandra Rhim - #180636
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436

Counsel for De Lage Landen & De Lage Landen Financial
  Services, Inc.
T: 818 501 3800 / F: 818 501 2985
E: wterry/arhim@hrhlaw.com

Amelia Puertas-Samara
Employment Development Department
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
T: 916 464 2888 / F:
E: itcdbgc@edd.ca.gov

Talin Keshishian - #201830
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Counsel for FUJIFILM Medical Systems U.S.A., Inc.
T: 818 827 9000 / F: 818 827 9099
E: tkeshishian@bg.law

M. Reed Mercado - #247318
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Counsel for Gardens Regional Hospital and Medical
  Center, Inc.
T: 213 617 5410 / F:
E: rmercado@sheppardmullin.com

Karl E. Block - #112739
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

Counsel for Harbor-Gardens Capital I, LLC & Paladin-
  Gardens Management LLC
T: 310 282 2225 / F: 310 510 6729
E: kblock@loeb.com

Joseph Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110-2012

Counsel for Iron Mountain Information Management, LLC
T: 617 535 4744 / F: 617 451 0409
E: bankruptcy2@ironmountain.com

Johnny White - #269306
Wolf Rifkin Shapiro Schulman & Rabkin
11400 Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

Counsel for J.S.E. Emergency Medical Group, Inc.
T: 310 478 4100 / F: 310 479 1422
E: jwhite@wrslawyers.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**

Ivan L. Kallick - #097649
Manatt Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Counsel for KND Development 53, LLC
T: 310 312 4000 / F: 310 312 4224
E: ikallick@manatt.com

John P. Kreis - #103737
1000 Wilshire Boulevard, Suite 570
Los Angeles, CA 90017

Counsel for John P. Kreis, PC
T: 213 613 1049 / F: 213 330 0258
E: rmercado@sheppardmullin.com

Steven G. Polard - #090319
Coleman & Horowitt, LLP
1880 Century Park East, Suite 404
Los Angeles, CA 90067

Counsel for Le' Summit Healthcare, LLC & Promise
  Hospital of East Los Angeles, L.P.
T: 310 286 0233 / F: 310 203 3870
E: spolard@ch-law.com

Howard N. Madris - #157691
Law Office of Howard N. Madris APC
424 South Beverly Drive
Beverly Hills, CA 90212

Counsel for Lenders Funding, LLC
T: 310 277 0757 / F: 310 975 6757
E: hmadris@madrislaw.com

Jeffrey I. Golden - #133040
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Counsel for Lobel Weiland Golden Friedman LLP & Official
  Committee of Unsecured Creditors
T: 714 966 1000 / F: 714 966 1002
E: jgolden/kadele/lfisk@lwgfllp.com

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Counsel for Nuance Communications, Inc.
T: 614 464 6400 / F: 614 464 6350
E: tscobb@vorys.com

Steven J. Katzman - #132755
Anne A. Uyeda - #235306
Anthony R Bisconti - #269230
Bienert Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

Counsel for Official Committee of Unsecured Creditors
T: 949 369 3700 / F: 949 369 3701
E: skatzman/auyeda/tbisconti@bmkattorneys.com

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ 07102

Counsel for Official Committee of Unsecured Creditors
T: 973 643 6982 / F: 973 643 6500
E: asherman/bmankovetskiy@sillscummis.com

David W. Meadows - #137052
Law Offices of David W. Meadows
1801 Century Park East, Suite1235
Los Angeles, CA 90067

Counsel for Olympus Corp. of the Americas
T: 310 557 8490 / F: 310 557 8493
E: david@davidwmeadowslaw.com

Wendy A. Loo - #176587
Los Angeles City Attorney's Office
200 North Main Street, Suite 900
Los Angeles, CA 90012

Counsel for People of the State of California
T: 213 978 7750 / F: 213 978 7711
E: wendy.loo@lacity.org

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

F 9013-3.1.PROOF.SERVICE

Gary F. Torrell - #110016
David M. Reeder - #133150
Valensi Rose, PLC
1888 Century Park East, Suite 1100
Los Angeles, CA 90067

Counsel for RollinsNelson Grp, LLC, RollinsNelson LTC
  Corp., Bill Nelson & Vicki Rollins
T: 310 277 8011 / F: 310 277 1706
E: gft/dmr@vrmlaw.com

Gary E. Klausner - #069077
Eve H. Karasik - #155356
Kurt E. Ramlo - #166856
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

Counsel for Roxbury Healthcare Services, LLC & Sycamore
  Health Care Services, LLC
T: 310 229 1234 / F: 310 229 1244
E: gek/ehk/kr@lnbyb.com

Stephen A. Madoni - #170652
Law Office of Stephen A. Madoni
3700 Newport Beach Boulevard, Suite 206
Newport Beach, CA 92663-3919

Counsel for Spine Surgical Implants, Inc.
T: 949 723 7600 / F: 949 723 7601
E: stevemadoni@aol.com

Leonard M. Shulman - #126349
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

Counsel for Strategic Global Management, Inc.
T: 949 340 3400 / F: 949 340 3000
E: lshulman@shbllp.com

Bruce M. Bunch - #060705
Law Offices of Bruce M Bunch APC
200 North Westlake Boulevard, Suite 204
Westlake Village, CA 91362

Counsel for Doug Sunstedt
T: 818 707 8887 / F: 818 707 8884
E: bruce/pam@bunchlawyers.com

Rhonda S. Goldstein - #250387
Univ. of CA Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200

Counsel for The Regents of the University of California
T: 510 987 9096 / F: 510 987 9757
E: rhonda.goldstein/lissa.ly@ucop.edu

Elan S. Levey - #174843
Office of the U.S. Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Counsel for U.S. Department of Health & Human Services
T: 213 894 3997 / F: 213 894 7819
E: elan.levey@usdoj.gov

Dare Law - #155714
Hatty K. Yip - #246487
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

Counsel for U.S. Trustee (LA)
T: 213 894 4925 / F: 213 894 2603
E: dare.law/hatty.yip@usdoj.gov
    ustpregion16.la.ecf@usdoj.gov

Andrew B. Goodman - #267972
Khouri Law Firm
24012 Calle de la Plata
Laguna Hills, CA 92653-7623

Counsel for Jane Winter
T: 949 336 2433 / F: 949 387 0044
E: agoodman@khourilaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*
104562420\V-1

5

**F 9013-3.1.PROOF.SERVICE**

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On (*date*) <u>September 6, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jennifer Kent, Director
California Department of Health Care Services
1501 Capitol Avenue, Suite 4510
Sacramento, CA 95814-5005

California Department of Health Care Services
T: 916 464 4430 / F:
E:

Employment Development Dept.
722 Capitol Mall
Sacramento, CA 95814-4703

Office of the Employment Development Dept.
T: 866 333 4606 / F:
E:

State of California
Franchise Tax Board
300 South Spring Street, Suite 5704
Los Angeles, CA 90013-1265

Franchise Tax Board
T: 916 845 6500 / F:
E:

Constance Doyle
Constance Doyle, LLC
21509 Anza Avenue
Torrance, CA 90503-6423

Health Care Ombudsman
T: 310 357 1088 / F: 866 651 3390
E:

Internal Revenue Service
600 Arch Street, Suite 1507
Philadelphia, PA 19101-1695

Internal Revenue Service
T: 267 941 6800 / F:
E:

Internal Revenue Service
300 North Los Angeles Street
Los Angeles, CA 90012-3308

Internal Revenue Service
T: 213 576 3009 / F:
E:

~~Nicole Sheth - #227961~~
~~Kaufman Borgeest & Ryan, LLP~~
~~23975 Park Sorrento, Suite 370~~
~~Calabasas, CA 91302-4022~~

~~Counsel for Kaufman Borgeest & Ryan, LLP~~
~~T: 818 880 0992 / F: 818 880 0993~~
~~E: nsheth@kbrlaw.com~~
[Removal requested 3 Aug 2018]

Wendi A. Horwitz - #136021
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1256

Office of the Attorney General
T: 213 897 2178 / F:
E: wendi.horwitz@doj.ca.gov

Xavier Becerra
Attorney General of State of California
Office of the Attorney General
1300 I Street, Suite 1142
Sacramento, CA 95814-2963

Office of the Attorney General
T: 916 445 9555 / F:
E:

Consumer Law Section
Attn: Bankruptcy Notices
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7020

Office of the Attorney General
T: 415 703 5500 / F: 415 703 5480
E:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**

Rebecca J. Price
Norris McLaughlin & Marcus, P.A.
515 West Hamilton Street, Suite 502
Allentown, PA 18101-1513

Counsel for Olympus Corp. of the Americas
T: 610 391 1800 / F: 610 391 1805
E: rprice@nmmlaw.com

Lori L. Purkey
Rose E. Bareham
Purkey & Associates PLC
5050 Cascade Road S.E., Suite A
Grand Rapids, MI 49546-3707

Counsel for Stryker Financial & Stryker Instruments
T: 616 940 0553 / F: 616 940 0554
E:

Beryl Weiner - #047234
Selvin & Weiner APC
12401 Wilshire Boulevard, 2nd Floor
Los Angeles, CA 90025-1089

Sycamore Healthcare Services LLC
T: 310 07 1555 / F: 310 207 3666
E: bweiner@swlawyers.com

United States Attorney's Office
Central District of California
312 North Spring Street, Suite 1200
Los Angeles, CA 90012-2551

U.S. Attorney
T: 213 894 2400 / F: 213 894 0141
E:

U.S. Department of Justice
Office of the Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

U.S. Department of Justice
T: 202 514 2000 / F: 202 307 6777
E:

Sylvia Mathews Burwell, Secretary
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, DC 20201-0007

U.S. Department of Health & Human Services
T: 202 690 6610 / F: 202 690 7203
E:

Angela M. Belgrove
Assistant Regional Counsel, Region IX
U.S. Department of Health & Human Services
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

U.S. Department of Health & Human Services
T: 415 437 8156 / F: 415 437 8188
E:

Requests for Special Notice

Marc Ferrel, President
Bridgepoint Healthcare LLC
4601 Martin Luther King Jr. Avenue, S.W.
Washington, DC 20032-1131

T: 202 574 5700

Eric Stone
California Department of Public Health
Los Angeles East District Office
3400 Aero Jet Avenue, Suite 323
El Monte, CA 91731-2803

T: 626 569 3724 / F: 626 927 9842

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**

Darrell W. Clark
Stinson Leonard Street LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006-4760

Counsel for Cerner Health Services
T: 202 785 9100 / F: 202 785 9163

Grace Su
Meiguo Realty Group, Inc.
15713 Valley Boulevard
City of Industry, CA 91744-3932

T: 626 677 6488
E: grace@meiguorealty.com

Young Park
NAEROK Group Int'l Inc.
3850 Wilshire Boulevard, Suite 302
Los Angeles, CA 90010-3234

T: 855 462 3765 / F: 323 596 0600
E: service@naerokgroup.com

Robert L. Patterson
Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262-7104

T: 760 322 2275 / F: 760 322 2107
E: patterson@sbemp.com

Mark Waxman
Gerald Kosai
Verity Health System
2200 West 3rd Street, Suite 200
Los Angeles, CA 90057-1935

T: 310 701 1665

Cherna Moskowitz, President
Pioneer Carson Corp., General Partner
Cerritos Gardens General Hospital Company
21520 South Pioneer Boulevard, Suite 205
Hawaiian Gardens, CA 90716-2601

T: 562 860 4003

Amable R. Aguiliuz, Jr., M.D.
21500 South Pioneer Boulevard, Suite 209
Hawaiian Gardens, CA 90716-2605

T: 562 860 2442

Oren Ben Ezra
Suite 1000
1250 East Hallandale Beach Boulevard
Hallandale Beach, FL 33009-4636

Aaron L. Durall
Durall Capital Holdings
8411 West Oakland Park Boulevard, Suite 302
Sunrise, FL 33351-7357

T: 954 741 0830 / F: 954 741 0832

James Hamada, M.D.
21500 South Pioneer Boulevard, Suite 208
Hawaiian Gardens, CA 90716-2605

T: 310 540 3145

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

**F 9013-3.1.PROOF.SERVICE**

<u>Creditor's Committee</u>

Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

T: 614 533 3125
E: rob.speeney@cardinalhealth.com

Robert Zadek
Lenders Funding, LLC
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

T: 415 227 3585 / F: 415 227 3527
E: rzadek@buchalter.com

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 6, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than the next business day after the document is filed.

Honorable Ernest M. Robles
U.S. Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012-3542

☒ To the Judge's Dropbox w/ NEF behind
☐ By Next Business Day [Trkg#_____]
☐ By Facsimile to _____
☐ Proposed Order by Email to
_____@cacd.uscourts.gov

Eric Weissman
Mary D. Lane
Wilshire Pacific Capital Advisors LLC
8447 Wilshire Boulevard, Suite 202
Beverly Hills, CA 90211-3207

T: 310 526 3323
E: eweissman/marylane@wilshirepacificadvisors.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 6, 2018 _____ Frederick Kalve _____
   *Date*           *Printed Name*

_____
   *Signature*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*

104562420\V-1

**F 9013-3.1.PROOF.SERVICE**