| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven Jay Katzman, State Bar No. 132755<br>skatzman@bmkattorneys.com<br>Anthony Bisconti, State Bar No. 269230<br>tbisconti@bmkattorneys.com<br>BIENERT, MILLER & KATZMAN, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Facsimile: (949) 369-3701<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Official Comm. of Unsecured Creditors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER<br><br><br><br>Debtor(s) | CASE NO.: 2:16-bk-17463-ER<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Application for Payment of Interim Fees and/or Expenses for Sills Cummis & Gross P.C. |

PLEASE TAKE NOTE that the order titled Order on Application for Payment of Interim Fees and/or Expenses

was lodged on (*date*)   09/12/2018   and is attached.  This order relates to the motion which is docket number 1267 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew H. Sherman (pro hac vice) asherman@sillscummis.com Boris I. Mankovetskiy (pro hac vice) bmankovetskiy@sillscummis.com SILLS CUMMIS & GROSS P.C. One Riverfront Plaza Newark, NJ 07102 T: 973.643.7000 / F: 973.643.6500 Steven J. Katzman (SBN 132755) skatzman@bmkattorneys.com Anthony R. Bisconti (SBN 269230) tbisconti@bmkattorneys.com BIENERT, MILLER & KATZMAN PLC 903 Calle Amanecer, Ste. 350 San Clemente, CA 92673 T: 949.369.3700 / F: 949.369.3701 ☒ *Attorney for*: Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical Center | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, | CASE NO.: 2:16-bk-17463-ER CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:** ☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)** ☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| Debtor(s). | DATE: September 12, 2018 TIME: 10:00 a.m. COURTROOM: 1568 PLACE: 255 East Temple Street Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Sills Cummis & Gross, P.C.

2. This proceeding was heard at the date and place set forth above and was ☐ Contested ☒ Uncontested

3. Appearances were made as follows:

   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record: Appearances waived.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4.   Applicant gave the required notice of the Application on (*specify date*): <u>August 22, 2018.</u>

5.   The court orders as follows:

    a.   ☒   Application for Payment of Interim Fees is approved as follows:
       (1)  ☒   Total amount allowed: **$1,148,827.50**.
       (2)  ☒   Amount or percentage authorized for payment at this time: **$1,148,827.50**.

    b.   ☒   Application for Reimbursement of Interim Expenses is approved and authorized for payment:
       ☒   Total amount allowed: **$32,455.22**.

    c.   ☐   Application for Payment of Final Fees is approved in the amount of: $ _____

    d.   ☐   Application for Reimbursement of Final Expenses is approved and authorized for payment:
       ☐   Total amount allowed: $ _____

    e.   (1) ☐   Application is denied
          ☐   in full
          ☐   in part
          ☐   without prejudice
          ☐   with prejudice

       (2)  Grounds for denial (*specify*):

    f.   ☐   The court further orders (*specify*):

###

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Ste. 350
San Clemente, CA 92672

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:


**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 12, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 12, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 12, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (via Overnight Mail)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 12, 2018 | Carolyn K. Howland | /s/ Carolyn K. Howland |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd)**:

- Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com

- Karl E Block    kblock@loeb.com, klyles@loeb.com;ladocket@loeb.com

- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net

- Louis J Cisz    lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

- Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com

- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com

- W. Jeffery Fulton    jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com

- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com

- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

- Rhonda S Goldstein    rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu

- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com

- David Jacobs    cemail@ebglaw.com, djacobs@ebglaw.com

- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com

- Eve H Karasik    ehk@lnbyb.com

- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com

- Michael D Kibler    Mkibler@stblaw.com, Queenie.Wong@stblaw.com;jmarek@stblaw.com;tyler.bernstein@stblaw.com

- Gary E Klausner    gek@lnbyb.com

- Stuart I Koenig    Skoenig@cmkllp.com, knielsen@cmkllp.com

- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com

- Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov

- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov

- Wendy A Loo    wendy.loo@lacity.org

- Stephen A Madoni    stevemadoni@aol.com, nathally@madonilaw.com

- Howard N Madris    hmadris@madrislaw.com

- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com

- Boris I Mankovetskiy    bmankovetskiy@sillscummis.com

- Amanda L Marutzky    amarutzk@wthf.com, jjensen@watttieder.com

- Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,laurie.soledad@dentons.com, jennifer.wall@dentons.com,andy.jinnah@dentons.com
- Benjamin Nachimson    ben.nachimson@wgclawyers.com, ben.nachimson@wgclawyers.com
- Steven G Polard    stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Mary H Rose    mrose@buchalter.com, mrose@buchalter.com
- Andrew H Sherman    asherman@sillscummis.com
- Leonard M Shulman    lshulman@shbllp.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Wayne R Terry    wterry@hemar-rousso.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Hatty K Yip    hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov
- Matthew Zandi    asayle@kbrlaw.com

**2.SERVED BY UNITED STATES MAIL (cont'd)**:

Beckman Coulter, Inc.
Law Firm of Bernstein-Burkley PC
707 Grant St Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Dentons US LLP
Successor by merger to McKenna Long etc
601 South Figueroa St
Ste 2500
Los Angeles, CA 90017-5704

Bruce M Bunch
Law Offices of Bruce Bunch
200 N Westlake Blvd Ste 204
Westlake Village, CA 91362

Wendi A Horwitz
300 S Spring St Ste 1702
Los Angeles, CA 90013

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Law Firm of Bernstein-Burkley PC
707 Grant St
Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Rebecca J Price
Norris Mclaughlin & Marcus, P.A.
515 West Hamilton St Ste 502
Allentown, PA 18101

Lori L Purkey
Stryker Instruments, Division of Sryker
5050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Stryker Financial
Lori L Purkey of Purkey & Associates
3050 Cascade Rd SE Ste A
Grand Rapids, MI 49546

Sycamore Healthcare Services
Gary E Klausner of Levene Neal Bender
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067

Sycramore Healthcare Services LLC
Beryl Weiner of Selvin & Weiner APC
12401 Wilshire 2nd Fl
Los Angeles, CA 90025-1089

353771-1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**