1  SAMUEL R. MAIZEL (Bar No. 189301)
   samuel.maizel@dentons.com
2  JOHN A. MOE, II (Bar No. 066893)
   john.moe@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone:    (213) 623-9300
5  Facsimile:    (213) 623-9924

6  Attorneys for Debtor,
   GARDENS REGIONAL HOSPITAL
7  AND MEDICAL CENTER, INC.

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             LOS ANGELES DIVISION

11

12 | In re                                    | Case No. 2:16-bk-17463-ER

13 | GARDENS REGIONAL HOSPITAL AND            | Chapter 11
   | MEDICAL CENTER, INC., dba GARDENS        |
14 | REGIONAL HOSPITAL AND MEDICAL            | **DENTONS US LLP'S TWENTY-FIFTH**
   | CENTER,[1]                               | **MONTHLY FEE APPLICATION FOR**
15 |                                          | **ALLOWANCE AND PAYMENT OF**
   |                Debtor.                   | **INTERIM COMPENSATION AND**
16 |                                          | **REIMBURSEMENT OF EXPENSES FOR**
   |                                          | **THE PERIOD OF AUGUST 2018**
17 |                                          |
   |                                          | [No Hearing Required Pursuant to
18 |                                          | L.B.R. 9013-1(o)]

19

20         1.      Dentons US LLP (the "Firm") submits its Twenty-Fifth Monthly Fee Application (the

21 "Application") for Allowance and Payment of Interim Compensation and Reimbursement of

22 Expenses for the Period of August 2018 (the "Application Period") for work performed for Gardens

23 Regional Hospital and Medical Center, Inc.  In support of the Application, the Firm respectfully

24 represents as follows.

25 The Firm is counsel of record to Gardens Regional Hospital and Medical Center, Inc., dba Gardens

26 Regional Hospital and Medical Center.  The Firm hereby applies to the Court for allowance and

27

28 [1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 33-0738307.
   The Debtor's mailing address is 21530 Pioneer Boulevard, Hawaiian Gardens, California 90716.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

payment of interim compensation for services rendered and reimbursement of expenses incurred

during the Application Period.

2.      The Firm billed a total of **$91,914.86** in fees and expenses during the Application

Period.  The total fees represent **202.2** hours expended during the period covered by this Application.

These fees and expenses break down as:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 2018 | $72,115.00 | $19,799.86 | $91,914.86 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the amount of a

total of **$77,491.86** at this time.  This total is comprised of **$57,692.00** (80% of the fees for services

rendered) plus **$19,799.86** (100% of the expenses incurred).

4.      As of September 5, 2018, the Firm has been paid $50,000.00 out of the prepetition

retainer totaling $50,000.00; in December 2016, the Firm was paid $100,000.00; in February 2017 the

Firm was paid $275,000.00; in December 2017, the Firm was paid $1,000,000.00; on August 7, 2018

for Firm was paid $743,769.75; on September 21, 2018 the Firm was paid $300,000.00 for a total of

$2,468,769.75.

| Application Period | Amount Paid by Debtor [80% fees, 100% Costs] | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $ 627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $ 168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $ 206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $ 215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $ 145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $ 162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $  74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $ 103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $  76,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $ 139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $  85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $  92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $  54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $  54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $  94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $  75,013.85 | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $  81,541.65 | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) . | $  13,174.20 | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-Second (May 2018) | $ -0- | 80% of fees and 100% of expenses |
| Twenty-Third (June 2018) | $ -0- | 80% of fees and 100% of expenses |

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109278284\V-1

| 1 | Twenty-Fourth (July 2018) | $ -0- | 80% of fees and 100% of expenses |
| | Twenty-Fifth (August 2018) | $ -0- | 80% of fees and 100% of expenses |
| 2 | **Total Paid to the Firm to Date** | **$2,468,769.75** | |

5.    To date, the Firm has incurred the following in fees (80%) and costs (100%):

| Application Period | Amount | Description of Fees/Costs |
|---|---|---|
| First (June 2016 - August 2016) | $  627,119.12 | 80% of fees and 100% of expenses |
| Second (September 2016) | $  168,779.97 | 80% of fees and 100% of expenses |
| Third (October 2016) | $  206,499.47 | 80% of fees and 100% of expenses |
| Fourth (November 2016) | $  215,400.47 | 80% of fees and 100% of expenses |
| Fifth (December 2016) | $  145,529.84 | 80% of fees and 100% of expenses |
| Sixth (January 2017) | $  162,408.42 | 80% of fees and 100% of expenses |
| Seventh (February 2017) | $   74,928.02 | 80% of fees and 100% of expenses |
| Eighth (March 2017) | $  103,936.00 | 80% of fees and 100% of expenses |
| Ninth (April 2017) | $   73,036.85 | 80% of fees and 100% of expenses |
| Tenth (May 2017) | $  139,487.10 | 80% of fees and 100% of expenses |
| Eleventh (June 2017) | $   85,539.20 | 80% of fees and 100% of expenses |
| Twelfth (July 2017) | $   92,128.69 | 80% of fees and 100% of expenses |
| Thirteenth (August 2017) | $   54,677.36 | 80% of fees and 100% of expenses |
| Fourteenth (September 2017) | $   54,594.40 | 80% of fees and 100% of expenses |
| Fifteenth (October 2017) | $   94,975.14 | 80% of fees and 100% of expenses |
| Sixteenth (November 2017) | $   75,013.85 | 80% of fees and 100% of expenses |
| Seventeenth (December 2017) | $   81,541.65 | 80% of fees and 100% of expenses |
| Eighteenth (January 2018) | $  112,603.84 | 80% of fees and 100% of expenses |
| Nineteenth (February 2018) | $  107,002.92 | 80% of fees and 100% of expenses |
| Twentieth (March 2018) | $   60,120.20 | 80% of fees and 100% of expenses |
| Twenty-First (April 2018) | $   31,857.95 | 80% of fees and 100% of expenses |
| Twenty-Second (May 2018) | $   53,684.65 | 80% of fees and 100% of expenses |
| Twenty-Third (June 2018) | $   43,144.01 | 80% of fees and 100% of expenses |
| Twenty-Fourth (July 2018) | $   12,628.55 | 80% of fees and 100% of expenses |
| Twenty-Fifth (August 2018) | $   77,194.86 | 80% of fees and 100% of expenses |
| **Subtotal of fees/costs** | **$2,953,832.47** | 80% of fees and 100% of expenses |
| **Debtor's payments to Dentons** | **($2,468,769.75)** | |
| **Total Owed to the Firm to Date** | **$  485,062.72** | 80% of fees and 100% of expenses |

6.    The amount payable to Dentons was subject to a Budget that was attached to the *Final Order Granting Debtor's Emergency Motion for Final Order (A) Authorizing the Debtor to Obtain Postpetition Financing; (B) Authorizing the Debtor to use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors,* was submitted to the Court on July 28, 2016 [Docket No. 257].  The Debtor was authorized to pay, and paid Dentons $375,000.00.

7.    The Debtor now has repaid in full Strategic Global Management, Inc. on the debtor-in-possession financing it provided to Gardens.  The Secured Creditors, Harbor-Gardens Capital I, LLC and RollinsNelson Group, LLC, have been paid in complete satisfaction of their claims in accordance with the settlement agreements approved by this Court.  The Debtor has placed in a

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

3

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 9001-5704
(213) 623-9300

1  segregated account[2] the amounts necessary to pay in full the remaining Secured Creditors. After

2  payment of the DIP lender, payment of secured creditors and reserving funds for additional secured

3  creditors, the Debtor holds funds in excess of that necessary to pay the remaining secured creditors,

4  and therefore, the Debtor, as set forth in paragraph 5 above, paid in December 2017, a portion of the

5  professional fees in accordance with the Professionals' Monthly Fee Applications.

6        8.        Attached hereto as **Exhibit "A"** is the name of each professional who performed

7  services in connection with this case during the period covered by this Application and the hourly rate

8  for each such professional. Attached hereto as **Exhibit "B"** are the detailed time and expense

9  statements by category for the Application Period. Attached hereto as **Exhibit "C"** are Dentons'

10  August 2018 billing statements.

11        9.        The Firm has served a copy of this Application on the Office of the United States

12  Trustee, the above-captioned debtor (the "Debtor"), counsel to the Prepetition Secured Creditors, and

13  counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case.

14  The Application was served by either ECF of by first class mail, postage prepaid, on or about

15  November 9, 2017.

16        10.        Notice of the filing of this Application will be served on the foregoing parties as well

17  as any party who has requested special notice in this chapter 11 case.

18        11.        Pursuant to this Court's *Order Authorizing Interim Fee Procedures* that was entered

19  on or about September 20, 2016 [Docket No. 406], the Debtor is authorized to make the payment

20  requested herein without a further hearing or order of this Court unless an objection to this

21  Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days

22  after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is

23  authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further

24  order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in

25  the Application and 100% of the uncontested expenses without further order of the Court.

26

27  ---

[2] The Debtor, the Creditors Committee and the remaining secured creditors have reached an
28  agreement that resolves those claims which will release the funds in the segregated account to the
Estate.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1     12.    The interim compensation and reimbursement of expenses sought in this Application

2   is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the

3   expenses incurred for the totality of the services rendered in this case.  Any interim fees or

4   reimbursement of expenses approved by this Court and received by the Firm (along with any retainer)

5   will be credited against such final fees and expenses as may be allowed by this Court.

6        **WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm

7   as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim*

8   *Fee Procedures.*

9

10   Dated:  October 3, 2018                    DENTONS US LLP
                                               SAMUEL R. MAIZEL
11                                             JOHN A. MOE, II

12
                                               BY:_____ /s/*John A. Moe, II*_____
13                                                     JOHN A. MOE, II

14                                             ATTORNEYS FOR DEBTOR,
                                               GARDENS REGIONAL HOSPITAL AND
15                                             MEDICAL CENTER, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

109278284\V-1

# EXHIBIT "A"

## EXHIBIT A

### DENTONS' PROFESSIONALS

| Professional | Title | Rate |
|---|---|---|
| Samuel R. Maizel | Partner | $650.00 |
| C. Luband | Partner | $650.00 |
| John A. Moe II | Partner | $595.00 |
| A. Franklin | Counsel | $550.00 |
| C. Bornstein | Associate | $410.00 |
| Kathryn M. Howard | Paralegal | $265.00 |
| W. Hulsebus | Library Research | $125.00 |

# EXHIBIT "B"

**EXHIBIT B**

**FEES AND EXPENSE STATEMENTS BY CATEGORY**

| Project Category | Matter No. | Hours | Fees | Expenses |
|---|---|---|---|---|
| Claims Administration and Objections | 000009 | 2.0 | $1,190.00 | $ -0- |
| Employment and Fee Applications | 000012 | 115.2 | $41,640.00 | $75.00 |
| Litigation - Contested Matters and Adversary Proceedings | 000015 | .2 | $91.50 | $318.80 |
| Plan & Disclosure Statement | 000018 | 63.6 | $21,028.50 | $19,201.90 |
| Reporting | 000021 | 1.8 | $477.00 | $25.00 |
| Appellate Proceedings | 000024 | 19.4 | $7,688.00 | $179.16 |
| **TOTAL** | | **202.2** | **$72,115.00** | **$19,799.86** |

# EXHIBIT "C"



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055758**

Client/Matter: 15257497-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                $        1,190.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai'i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055758**

Client/Matter:   15257497-000009

Claims Administration and Objections

For Professional Services Rendered through August 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/01/18 | J.A. Moe, II | 0.30 | 178.50 | [GE/Wells Fargo Leasing} Telephone call returned to Lisa Bodiker, on issues relating to Administrative Claim on GE/Wells Fargo copiers; telephone call to Reva Swadener on retention of nine copiers and necessity to make decision on retention or return. |
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | [First Quality Medical/WM Medical] Telephone call returned to Wally Mohammed amount of Claim; commence research on Claim. |
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | [First Quality Medical/WM Medical] Second telephone call from Wally Mohammed on payment on Claim and receipt of offer to purchase Claim. |
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | [Purchasing Claims] Telephone call returned to Eric Packer and conferring with Mr. Packer's associate on purchasing Claims. |
| 08/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals] Identify and transmit to Eric Weissman the Analysis with supporting documents, on the amount due Kathryn Stanton. |
| 08/03/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Maisie Sokolove on collection of Workers Compensation Claim at the WACB. |
| 08/05/18 | J.A. Moe, II | 0.10 | 59.50 | [WCAB Lien Consolidation] Preliminarily review the documents received from Maise Sokolove on Workers Compensation Lien(s) |
| 08/05/18 | J.A. Moe, II | 0.10 | 59.50 | [WCAB Lien Consolidation] Exchange E-Mails Maise Sokolove on the Workers Compensation Lien(s) , and request to Ms. Sokolove for the Stipulation and/or Order the puts a "stay" in place. |

2

Claims Administration and Objections

September 19, 2018

Matter: 15257497-000009
Invoice No.: 2055758

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/08/18 | J.A. Moe, II | 0.10 | 59.50 | [DeLage Landen/Intuitive] Review Anne Uyeda's E-Mail and review Notice of proposed settlement;  preliminarily review terms of the Settlement Agreement. |
| 08/08/18 | J.A. Moe, II | 0.10 | 59.50 | [Workers Compensation Claims]  Exchange E-Mails with Maise Sokolove on contacting the counsel who is attempting to collect on Claim. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | [Julie Okinada] Telephone call to alleged Administrative Claimant Ms. Okinada, on filing Claim for what she asserts is due for Postpetition PTO. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Review the proposed Order and make sure that each date the Court requested in its Tentative Ruling is reflected in the proposed Order. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to Clerk Of the Court, on completion and uploading of the Order on approval of the Disclosure Statement. |
| 08/16/18 | J.A. Moe, II | 0.10 | 59.50 | [Qui Tam Cases]  Telephone call from Kathryn Stanton, on whether she can cease role as counsel once Liquidating Plan as confirmed. |
| 08/22/18 | J.A. Moe, II | 0.10 | 59.50 | [Julian Anago] Telephone call from Mr. Anago on approximating the amount of and completing the Administrative Proof Of Claim. |
| 08/23/18 | J.A. Moe, II | 0.10 | 59.50 | Review status on return of Administrative Claims, the Administrative Claims filed with the Court and deadline to file such Claims. |
| 08/23/18 | J.A. Moe, II | 0.20 | 119.00 | [Jolie Kandehar]  Telephone call from Jolie Kandehar on attempting to file at the Courthouse her Administrative Claim; review package sent to the Administrative Claimants. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 2.00 | | |
| Fee Amount | | | | $1,190.00 |

Claims Administration and Objections

September 19, 2018

Matter: 15257497-000009
Invoice No.: 2055758

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J.A. Moe, II | $595.00 | 2.00 | $1,190.00 |
| Totals | | 2.00 | $1,190.00 |

Fee Total                    $      1,190.00

Invoice Total                $      1,190.00

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai'i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

---

Statement of Account

According to our records, as of September 19, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 12/13/16 | 1846099 | 66,642.19 | (54,935.85) | 11,706.34 |
| 01/19/17 | 1853835 | 25,842.00 | (20,896.30) | 4,945.70 |
| 02/22/17 | 1865397 | 3,374.50 | (2,699.60) | 674.90 |
| 03/10/17 | 1870858 | 2,085.50 | (1,668.40) | 417.10 |
| 04/19/17 | 1883617 | 2,835.80 | (2,320.50) | 515.30 |
| 05/24/17 | 1895413 | 258.00 | (206.40) | 51.60 |
| 06/12/17 | 1900403 | 1,529.00 | 0.00 | 1,529.00 |
| 07/11/17 | 1907891 | 595.00 | 0.00 | 595.00 |
| 08/14/17 | 1920735 | 829.00 | 0.00 | 829.00 |
| 09/14/17 | 1930409 | 856.60 | (2.60) | 854.00 |
| 10/17/17 | 1942307 | 4,075.50 | 0.00 | 4,075.50 |
| 11/13/17 | 1951543 | 4,648.00 | 0.00 | 4,648.00 |
| 12/12/17 | 1963212 | 6,038.50 | 0.00 | 6,038.50 |
| 01/24/18 | 1974750 | 7,411.50 | 0.00 | 7,411.50 |
| 02/28/18 | 1982224 | 4,436.00 | 0.00 | 4,436.00 |
| 03/20/18 | 1992984 | 4,853.00 | (75.00) | 4,778.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000009

Claims Administration and Objections

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001444 | 4,909.50 | 0.00 | 4,909.50 |
| 05/08/18 | 2008592 | 4,576.50 | 0.00 | 4,576.50 |
| 06/18/18 | 2024516 | 1,748.00 | 0.00 | 1,748.00 |
| 07/11/18 | 2030911 | 4,165.00 | 0.00 | 4,165.00 |
| 08/07/18 | 2039917 | 1,697.50 | 0.00 | 1,697.50 |
| 09/19/18 | 2055758 | 1,190.00 | 0.00 | 1,190.00 |

Total Outstanding Invoices                                    $71,791.94

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055762**

Client/Matter: 15257497-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                          $          41,715.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai'i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055762**

Client/Matter:  15257497-000012

Employment and Fee Applications

For Professional Services Rendered through August 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals]  Telephone call to Kathryn Stanton on status of the case, possible date for hearing on confirmation, and payment to the OCPs. |
| 08/01/18 | K.M. Howard | 0.50 | 132.50 | Further analysis of Dentons' June 2018 billing statements and culled information for inclusion into Exhibit "A" [Dentons Professionals] to Dentons Twenty-Third Monthly Fee Application. |
| 08/01/18 | K.M. Howard | 0.60 | 159.00 | Reviewed culled data and drafted Exhibit "A" [Dentons' Professionals] to Dentons' Twenty-Third Monthly Fee Application. |
| 08/01/18 | K.M. Howard | 0.70 | 185.50 | Further analysis of Dentons' June 2018 billing statements and culled information by category for inclusion into Exhibit "B" [Categorical Time and Expense Statements] to Dentons' Twenty-Third Monthly Fee Application. |
| 08/01/18 | K.M. Howard | 1.20 | 318.00 | Analysis of culled data and drafted Exhibit "B" [Categorical Time and Expense Statements] to Dentons' Twenty-Third Monthly Fee Application. |
| 08/01/18 | K.M. Howard | 0.70 | 185.50 | Reviewed compiled data in Exhibits "A" and "B" and drafted Dentons' Twenty-Third Monthly Fee Application for June 2018. |
| 08/01/18 | K.M. Howard | 0.20 | 53.00 | Reviewed communication from Eric Weissman regarding Sills Cummis' billing statements (.1) and prepared reply thereto (.1). |
| 08/01/18 | K.M. Howard | 0.20 | 53.00 | Telephone conference with Eric Weissman regarding the amount owed to Kathy Stanton and Ken Yood. |
| 08/01/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Karen Nimniyom regarding Sills Cummis' billing statements for October 2017 - June 2018. |

2

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/01/18 | K.M. Howard | 0.60 | 159.00 | Reviewed and culled Sills Cummis' billing statements from October 2017 to June 2018. |
| 08/01/18 | K.M. Howard | 0.60 | 159.00 | In conjunction with preparing the Interim Fee Application, reviewed and culled Dentons billing statements for January 2018 - June 2018 and prepared communication regarding same. |
| 08/01/18 | K.M. Howard | 0.80 | 212.00 | In conjunction with preparing the Interim Fee Application, reviewed and culled Dentons billing statements for January 2017 - December 2017 and prepared communication regarding same. |
| 08/01/18 | K.M. Howard | 0.60 | 159.00 | In conjunction with preparing the Interim Fee Application, reviewed and culled Dentons billing statements for June 2016 - December 2016 and prepared communication regarding same. |
| 08/01/18 | J.A. Moe, II | 0.20 | 119.00 | Review -- through multiple telephone calls -- amounts due the Ordinary Course Professionals,  focusing on the amounts due Kathryn Stanton (and conferring on amounts due Ken Yood/Shepard Mullin). |
| 08/01/18 | A. Franklin | 0.50 | 275.00 | Review invoices and general information for fee application (0.3); correspond with K. Howard with respect thereto, clean invoices and monthly statements (0.2). |
| 08/02/18 | K.M. Howard | 0.10 | 26.50 | Analysis of court's notice setting the hearing on all interim fee applications and culled information for inclusion into critical dates memorandum. |
| 08/02/18 | K.M. Howard | 0.20 | 53.00 | Researched and located memorandum and attachments thereto memorializing the amount owned to Kathryn Stanton and the judge's order regarding same. |
| 08/02/18 | K.M. Howard | 0.10 | 26.50 | Communications with Eric Weissman regarding Kathryn Stanton's invoices the Debtor has never received. |
| 08/02/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communications from Karen Nimniyom regarding amounts owed to Sheppard Mullin. |
| 08/02/18 | K.M. Howard | 0.40 | 106.00 | Prepared chart reflecting amounts billed by Sheppard Mullin and the allowable amounts of payment (.3) and prepared communication to Karen Nimniyom regarding same (.1). |

3

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/02/18 | K.M. Howard | 0.20 | 53.00 | Reviewed communication and attachments from Karen Nimniyom reflecting payments the Debtor made payments to Sheppard Mullin in June 2018. |
| 08/02/18 | K.M. Howard | 0.20 | 53.00 | Reviewed and culled Sills Cummis' Notice (.1) and prepared supplemental communication regarding same (.1). |
| 08/02/18 | K.M. Howard | 0.20 | 53.00 | Determined the deadline for parties to object to Interim Fee Applications (.1) and prepared communications regarding same (.1). |
| 08/02/18 | K.M. Howard | 0.20 | 53.00 | Culled information requested by Karen Nimniyom regarding fees and costs incurred by counsel for the creditors committee (.1) and prepared communication regarding same (.1). |
| 08/02/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Karen Nimniyom regarding Kathryn Stanton's invoices never received by the Debtor. |
| 08/02/18 | K.M. Howard | 0.30 | 79.50 | Assembled Sheppard Mullin applicable invoices (.2) and prepared communication to Karen Nimniyom regarding each (.1). |
| 08/02/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised chart reflecting fees and costs incurred by creditors committee counsel and Dentons. |
| 08/02/18 | S. Maizel | 0.30 | 195.00 | Review and respond to emails re payment of professional fees. |
| 08/02/18 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals] Review the revised Memorandum directed to amounts due Kathryn Stanton; telephone call to Eric Weissman. |
| 08/02/18 | K.M. Howard | 0.20 | 53.00 | Reviewed LBR 2016-1(2)(A) regarding notice of interim fee application and hearing (.1) and prepared communication regarding same (.1). |
| 08/02/18 | J.A. Moe, II | 0.10 | 59.50 | In regard to the Fee Applications and arranging for payment of Sills Cummis, exchange E-Mails with Karen Nimniyom on calculating again the amount due Sills Cummis & Gross (and inapplicability of the Chart). |

4

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/03/18 | K.M. Howard | 0.30 | 79.50 | Assembled Sills Cummis' Interim Fee Application and prepared same for delivery to Brian Walton, Eric Weissman, Stan Otake and David Herskovitz. |
| 08/03/18 | K.M. Howard | 0.10 | 26.50 | Prepared communications to Brian Walton, Eric Weissman, David Herskovitz and Stan Otake regarding the Interim Fee Application of Sills Cummis. |
| 08/03/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and culled Bienert Miller's billing statements from October 2017 - June 2018. |
| 08/03/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Karen Niminyon regarding Bienert Miller's billing statements from October 2017 - June 2018. |
| 08/03/18 | K.M. Howard | 0.20 | 53.00 | Determined status of the filing of Dentons' Monthly Fee Application and prepared followup communication regarding same. |
| 08/03/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication requesting Bienert Miller's Monthly Fee Applications from October 2017 - May 2018. |
| 08/03/18 | K.M. Howard | 0.20 | 53.00 | Researched and culled key prepetition billing statements and prepared communication regarding same. |
| 08/03/18 | K.M. Howard | 0.60 | 159.00 | Reviewed and revised critical dates memorandum to include all upcoming deadlines and hearings pertaining to the interim fee applications. |
| 08/05/18 | J.A. Moe, II | 0.10 | 59.50 | Preliminarily review and confirm that the Twenty Third Monthly Fee Application for Dentons US LLP was filed. |
| 08/07/18 | A. Franklin | 0.50 | 275.00 | Review background information for fee application, including status of bankruptcy case and disclosure statement. |
| 08/08/18 | K.M. Howard | 0.10 | 26.50 | Reviewed Judge Robles' calendar to determine additional days to hear interim fee applications. |
| 08/10/18 | K.M. Howard | 0.30 | 79.50 | Researched and reviewed materials to determine the amount paid to Dentons 90 days prepetition and compared amounts identified in Dentons employment application to the compensation disclosure statement. |

5

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/10/18 | J.A. Moe, II | 0.10 | 59.50 | Review status of the Application For Fees And Reimbursement of Expenses; review requests for assistance;  telephone call with Alison Franklin on  calculation of hours and amounts by attorney. |
| 08/10/18 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals] Exchange E-Mails with Kathryn Stanton on payment as an OCP. |
| 08/10/18 | K.M. Howard | 0.30 | 79.50 | Assisted counsel in obtaining fees and costs by category for June 6, 2016 - May 31, 2018. |
| 08/10/18 | A. Franklin | 5.60 | 3,080.00 | Draft interim fee application (5.0); correspond with J. Moe regarding status of fee application (0.1); correspond with K. Howard regarding information needed for fee application; correspond with T. Gray regarding information needed for fee application (0.2); confer with T. Gray regarding same (0.1); confer with K. regarding status of fee application (0.2). |
| 08/10/18 | K.M. Howard | 0.30 | 79.50 | Reviewed communication regarding Dentons' interim fee application, culled fee applications filed by Dentons and Sills Cummis, and prepared followup communication regarding same. |
| 08/10/18 | K.M. Howard | 0.20 | 53.00 | Reviewed communication regarding the information to include in the interim fee application (.1) and prepared reply thereto (.1). |
| 08/10/18 | K.M. Howard | 0.30 | 79.50 | Received and briefly reviewed Dentons' monthly billing statements for July 2018. |
| 08/13/18 | A. Franklin | 0.90 | 495.00 | Review correspondence from K. Howard regarding Gardens fee application (0.3); review monthly statements and invoices provided by K. Howard (0.3); review information provided by T. Gray for fee application (0.3). |
| 08/13/18 | J.A. Moe, II | 0.30 | 178.50 | [Ordinary Course Professionals]  Review Kathryn Stanton's E-Mail; review Order on payment of Ordinary Course Professionals; prepare three Memoranda to Ms. Stanton on the fees to which she is entitled, transmitting the Order. |

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/13/18 | K.M. Howard | 0.60 | 159.00 | Researched and determined the amount paid to Dentons prepetition by the Debtor and cross-referenced same to the amounts claimed in Dentons application for employment and verified that Dentons was never a prepetition creditor. |
| 08/14/18 | J.A. Moe, II | 0.30 | 178.50 | Continued review of decisional authority to be utilized in support of the Dentons' First Application For Fees And Reimbursement Of Expenses. |
| 08/14/18 | K.M. Howard | 0.10 | 26.50 | Telephone conference with Judge Robles' law clerk regarding the submission of hard copies of Dentons' billing statements to the court for Judge Robles and prepared communications regarding same. |
| 08/14/18 | A. Franklin | 4.60 | 2,530.00 | Review sample fee applications (0.4); review monthly statements for 22 months (0.6); correspond with K. Howard regarding filing of fee application, including monthly statements (0.1); review status of bankruptcy case (0.5); review plan and disclosure statement (0.6); review retention application and order (0.4); draft interim fee application for June 2016 through May 2018 (2.3). |
| 08/15/18 | A. Franklin | 10.40 | 5,720.00 | Work on first interim fee application for June 2016 through May 2018, including declaration (8.5); review information regarding fees, expenses and hours (0.4); calculate amount of outstanding and paid fees and expenses (1.2); correspond with T. Gray and K. Howard regarding issue with amounts (0.2); correspond with T. Gray regarding expense detail (0.1). |
| 08/15/18 | J.A. Moe, II | 0.10 | 59.50 | [Ordinary Course Professionals] Telephone call returned to Ken Yood on basis for the calculation on the amount delivered to Sheppard Mullin, and responding to question on Order permitting Sheppard Mullin to file an Application for unpaid fees above the "cap" (not including the ten percent). |
| 08/15/18 | J.A. Moe, II | 0.10 | 59.50 | Review requirements of Judge Robles, in regard to preparing and submitting Dentons' First Application For Fees And Reimbursement Of Expenses. |

7

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/16/18 | J.A. Moe, II | 0.10 | 59.50 | Review monthly Fee Application procedure, the breakdown of fees, costs and hours, reviewing the cover letter procedure. |
| 08/16/18 | J.A. Moe, II | 0.60 | 357.00 | Work regarding preparation of the Dentons' First Interim Fee Application, including second conference call with Alison Franklin, Pam Matthews, Terrence Gray and Kathryn Howard on Charts, totals and monthly amounts of fees, expenses and hours. |
| 08/16/18 | J.A. Moe, II | 0.10 | 59.50 | Review the composition of the Master Chart prepared on fees and costs submitted to the client, and fees and costs calculated by the Accounting Department. |
| 08/16/18 | J.A. Moe, II | 0.10 | 59.50 | In regard to reconciling the costs, fees and hours across all Categories Of Service, review change in how the information was presented commencing in November 2017 in the "Administration" Category of Service. |
| 08/16/18 | J.A. Moe, II | 0.10 | 59.50 | Consider issues related to Dentons' First Application For Fees And Reimbursement Of Expenses, and upcoming conference call at 1:00 p.m. |
| 08/16/18 | A. Franklin | 8.10 | 4,455.00 | Continue drafting interim fee application for June 2016 through May 2018, including exhibits thereto (6.7); correspond with J. Moe, K. Howard, T. Gray regarding issues with amount of fees and expenses (0.2); confer with J. Moe, K. Howard, T. Gray and P. Matthews with respect to information needed for fee application (0.3); further confer with J. Moe, K. Howard, T. Gray and P. Matthews with respect thereto (0.4); confer with T. Gray regarding summaries of fees, expenses and hours (0.1); confer with K. Howard regarding fee application and next steps (0.2); correspond with K. Howard regarding summary of expenses by category (0.2). |
| 08/16/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised chart reflecting fees and costs incurred by Dentons and counsel for creditors committee. |
| 08/16/18 | K.M. Howard | 0.70 | 185.50 | Reviewed printouts of incurred costs and fees and determined areas of discrepancy. |

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 08/17/18 | K.M. Howard | 0.40 | 106.00 | Ongoing review of accounting printouts and resolved differences in discrepancies in billed fees and hours. |
| 08/17/18 | K.M. Howard | 0.60 | 159.00 | Gathered and assembled additional sets of Dentons' billing statements from June 2016 - May 2018. |
| 08/17/18 | K.M. Howard | 2.60 | 689.00 | Analysis of all costs including backup reflecting all costs incurred and billed from June 2016 - May 2018 and identified costs by category. |
| 08/17/18 | K.M. Howard | 0.90 | 238.50 | Reviewed analysis of costs divided into categories and drafted cost summary to attach as an exhibits to Dentons' Interim Fee Application. |
| 08/17/18 | A. Franklin | 6.80 | 3,740.00 | Continue drafting interim fee application for June 2016 through May 2018 (5.7); confer with P. Matthews regarding summaries of information needed for fee application (0.2); confer with T. Gray and P. Matthews regarding information needed for fee application with respect to fees, expenses, and hours (0.2); correspond with J. Moe, T. Gray, and K. Howard regarding information needed for fee application (0.2); correspond with J. Moe regarding status of fee application (0.1); confer with P. Matthews regarding table of contents and authorities (0.1); correspond with K. Howard regarding final draft of fee application (0.1); review final draft of fee application with tables of contents and authorities (0.2). |
| 08/17/18 | J.A. Moe, II | 0.20 | 119.00 | Review and consider Case Authority in support of Dentons' First Interim Application For Fees. |
| 08/17/18 | J.A. Moe, II | 0.60 | 357.00 | Preliminarily review, then review a second time, the draft of Dentons' First Interim Application For Fees And Reimbursement Of Expenses. |
| 08/17/18 | J.A. Moe, II | 0.10 | 59.50 | Confer with Terrence Gray on calculating and reconciling the Charts on fees, costs and hours. |
| 08/17/18 | J.A. Moe, II | 0.10 | 59.50 | Review Alison Franklin's transfer of Costs' calculation and reconciliation to Kathryn Howard's calculations; review of reconciliation. |
| 08/19/18 | S. Maizel | 1.60 | 1,040.00 | Review and revise first interim fee application. |

9

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/20/18 | S. Maizel | 0.40 | 260.00 | Review and revise first interim fee application (.1); telephone conference with A. Franklin re same (.1); office conference with J. Moe re same (.1). |
| 08/20/18 | A. Franklin | 14.20 | 7,810.00 | Review comments from S. Maizel on fee application (0.6); correspond with J. Moe and K. Howard regarding information for fee application (0.3); continue reviewing and revising fee application (5.1); review monthly statements and draft summaries of professional services for each category (8.2). |
| 08/20/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the amount written off in the Gardens case from June 6, 2016 - May 31, 2018. |
| 08/20/18 | K.M. Howard | 0.20 | 53.00 | Reviewed communication regarding exhibits to Dentons' Interim Fee Application, reviewed attachments and prepared response thereto. |
| 08/20/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication reflecting the amount of cash the debtor has on hand, and cross-referenced same to paragraph referencing same within the interim fee application. |
| 08/20/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication reflecting the corrected amount of costs incurred. |
| 08/20/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the hourly rates for all billers who worked on Gardens from June 2016 - May 2018. |
| 08/20/18 | K.M. Howard | 0.20 | 53.00 | Received and reviewed spreadsheet reflecting the average hourly billing rate (.1) and telephone conference with Katherine Smith regarding actual hourly billing rates as opposed to average billing rates (.1). |
| 08/20/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication reflecting the amount total write offs from June 2016 - May 2018. |
| 08/20/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the filing and submission of Dentons' billing statements as exhibits to the interim fee application. |
| 08/20/18 | K.M. Howard | 1.60 | 424.00 | Reviewed underlying information and prepared Exhibit "A" Fee Application Summary and Summary of Fees by Project Categories. |

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/20/18 | K.M. Howard | 2.10 | 556.50 | Reviewed underlying information and prepared Exhibit "B" Summary of Hourly Rates, Hours Billed and Fees of Dentons' Professionals and Paraprofessionals. |
| 08/20/18 | K.M. Howard | 1.10 | 291.50 | Reviewed underlying data and prepared Exhibit "D" Summary of Expenses. |
| 08/20/18 | K.M. Howard | 0.50 | 132.50 | Began culling and organizing voluminous billing statements to file as Exhibit "C" to the interim fee application. |
| 08/20/18 | J.A. Moe, II | 0.20 | 119.00 | Review latest version of Dentons' First Interim Application for Fees And Reimbursement of Expenses; review exchange of multiple E-Mails with Alison Franklin, on changes to the Application, and obtaining updates on Charts (including on expenses); consider issue of descriptions and charges. |
| 08/21/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange multiple E-Mails with Alison Franklin, on continuing work on Dentons' First Interim Fee Application, in general, and the Charts, in particular. |
| 08/21/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed spreadsheet reflecting billing rate breakdown for billers from June 2016 - May 2018. |
| 08/21/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding the correct amount of hours billed to include in the interim fee application. |
| 08/21/18 | K.M. Howard | 0.10 | 26.50 | Prepared communications regarding rate increases of some billers from June 2016 - May 2018. |
| 08/21/18 | K.M. Howard | 1.20 | 318.00 | Reviewed chart reflecting all professionals and parafessionals who worked on the Gardens bankruptcy from June 2016 - May 2018 and assembled resumes for each including communications regarding the assembly of bios for professionals who are no longer with the firm to attach as Exhibit "E" to the interim fee application. |
| 08/21/18 | K.M. Howard | 1.40 | 371.00 | Ongoing assembly and organization of voluminous billing statements from June 6, 2016 - May 31, 2018 to attached as Exhibit "C" to Dentons' Interim Fee Application. |

11

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/21/18 | K.M. Howard | 0.90 | 238.50 | Reviewed revised information and revised Exhibit "A" Fee Application Summary and Summary of Fees by Project Categories. |
| 08/21/18 | K.M. Howard | 1.30 | 344.50 | Reviewed revised information and revised Exhibit "B" Summary of Hourly Rates, Hours Billed and Fees of Dentons' Professionals and Paraprofessionals. |
| 08/21/18 | K.M. Howard | 0.60 | 159.00 | Reviewed revised information and revised Exhibit "D" Summary of Expenses. |
| 08/21/18 | K.M. Howard | 0.30 | 79.50 | Reviewed all exhibits and prepared overlays identifying each exhibit attached to Dentons' Interim Fee Applications. |
| 08/21/18 | A. Franklin | 3.60 | 1,980.00 | Continue to work on fee application, including descriptions and information regarding discounted fees and write-offs (0.4); revise fee application content with respect thereto (0.3); review draft exhibits (0.5); correspond with K. Howard and J. Moe with respect thereto (0.2); work on summaries to include hourly fees and titles (0.2); review information provided by K. Smith and K. Howard regarding hourly rates (0.3); continue working with K. Howard and J. Moe on fee application (1.5). |
| 08/21/18 | S. Maizel | 2.00 | 1,300.00 | Revising fee application. |
| 08/22/18 | A. Franklin | 4.50 | 2,475.00 | Further review and revise Gardens fee application (3.3); correspond with K. Howard regarding exhibits and payments (0.2); further revise application with respect thereto (0.4); confer with J. Moe regarding additional revisions (0.1); further revise application (0.2); correspond with J. Moe and K. Howard regarding final draft of application (0.2); confer with A. Aguilar regarding final revisions to application (0.1). |
| 08/22/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication regarding the revised and finalized fee applications and additional revisions thereto. |
| 08/22/18 | K.M. Howard | 0.40 | 106.00 | Received and reviewed recovered resumes for departed professionals and incorporated into Exhibit "E". |

12

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/22/18 | K.M. Howard | 1.80 | 477.00 | Further preparation and finalization of Dentons' billing statements from June 6, 2016 - May 31, 2018 to attach as Exhibit "C" to Dentons' Interim Fee Application. |
| 08/22/18 | K.M. Howard | 0.20 | 53.00 | Prepared communications regarding Debtor's recent $743,000 payment to Dentons and recalculations of amounts (.1) and reviewed replies thereto including confirmation of wire payment (.1). |
| 08/22/18 | K.M. Howard | 0.60 | 159.00 | Further preparation of exhibit overlays identifying voluminous billing statements from June 6, 2016 - May 31, 2018 to attach as Exhibit "C" to Dentons' Interim Fee Application. |
| 08/22/18 | K.M. Howard | 0.80 | 212.00 | Reviewed newly revised numbers and write offs and revised Exhibit "A" Fee Application Summary and Summary of Fees by Project Categories. |
| 08/22/18 | K.M. Howard | 0.90 | 238.50 | Reviewed newly revised numbers and write offs and revised Exhibit "B" Summary of Hourly Rates, Hours Billed and Fees of Dentons' Professionals and Paraprofessionals. |
| 08/22/18 | K.M. Howard | 0.60 | 159.00 | Reviewed revised numbers and cost write offs and revised Exhibit "D" Summary of Expenses. |
| 08/22/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and organized all culled resumes and bios and finalized Exhibit "E" Firm Resumes. |
| 08/22/18 | K.M. Howard | 0.40 | 106.00 | Assisted in filing and assembling all exhibits and materials supporting Dentons Interim Fee Application. |
| 08/22/18 | K.M. Howard | 1.00 | 265.00 | Reviewed and assembled all materials to provide courtesy copies of Dentons' Interim Fee Application and Exhibits to Judge Robles and the U.S. Trustee. |
| 08/22/18 | J.A. Moe, II | 3.10 | 1,844.50 | Review and make corrections to Dentons' First Interim Application  For Fees And Reinvestment Of Expenses;  multiple telephone calls and conferences with Kathryn Howard on Exhibits and references to the Exhibits; preliminarily review, then review again, the redline revision of the Application received from Alison Franklin; telephone call to Ms. Franklin on final corrections, primarily related to Exhibits; review final form of the Application. |

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/23/18 | J.A. Moe, II | 0.20 | 119.00 | Review status of tasks to be completed, in regard to Dentons First Interim Application For Fees. |
| 08/23/18 | J.A. Moe, II | 0.10 | 59.50 | Review Dentons' First Interim Application For Fees And Reimbursement of Expenses, and the entirety of the Statements, all in Binders, for lodging with the Bankruptcy Court. |
| 08/23/18 | K.M. Howard | 2.80 | 742.00 | Organized and finalized Dentons' Interim Fee Application and all exhibits thereto, incorporated into binders for Judge Robles and the U.S. Trustee, drafted indices of the contents including identifying all off Dentons' billing statements and coordinated delivery of the boxes to the U.S. Trustee and Judge Robles. |
| 08/23/18 | K.M. Howard | 0.10 | 26.50 | Analysis of court's notice of setting hearing on Dentons' Interim Fee Application. |
| 08/24/18 | K.M. Howard | 0.10 | 26.50 | Brief analysis of supplemental exhibits and declaration filed by Sills Cummis in support of their fee application. |
| 08/24/18 | K.M. Howard | 0.10 | 26.50 | Brief analysis of supplemental exhibits and declaration filed by Bienert Miller in support of their fee application. |
| 08/24/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication regarding deadlines for all parties to object to fee applications. |
| 08/24/18 | K.M. Howard | 0.10 | 26.50 | Coordinated filing and service of Notice of Twenty-Third Monthly Fee Applications of Sills Cummis, Bienert Miller and Dentons. |
| 08/24/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Sills Cummis' Monthly Fee Application for June 2018 and culled information for inclusion into the Notice of Twenty-Third Monthly Fee Applications for Dentons, Sills Cummis and Bienert Miller for June 2018. |
| 08/24/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Bienert Miller's Monthly Fee Application for June 2018 and culled information for inclusion into the Notice of Twenty-Third Monthly Fee Applications for Dentons, Sills Cummis and Bienert Miller for June 2018. |

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/24/18 | K.M. Howard | 0.20 | 53.00 | Analysis of Dentons' Monthly Fee Application for June 2018 and culled information for inclusion into the Notice of Twenty-Third Monthly Fee Applications for Dentons, Sills Cummis and Bienert Miller for June 2018. |
| 08/24/18 | K.M. Howard | 0.40 | 106.00 | Drafted Notice of Twenty-Third Monthly Fee Applications for Dentons, Sills Cummis and Bienert Miller for June 2018. |
| 08/24/18 | K.M. Howard | 0.20 | 53.00 | Revised and finalized Notice of Twenty-Third Monthly Fee Applications for Dentons, Sills Cummis and Bienert Miller for June 2018. |
| 08/27/18 | K.M. Howard | 0.10 | 26.50 | Analysis of communication regarding the drafting of a Declaration of Brian Walton in support of Dentons' Interim Fee Application. |
| 08/27/18 | K.M. Howard | 0.10 | 26.50 | Researched and culled conformed copy of Dentons' Interim Fee Application and prepared communication regarding same. |
| 08/27/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call with Brian Walton on the Dentons First Interim Fee Application, and transmit to Mr. Walton;  review Stipulation to continue hearing on the Fee Application, execute and return to Tony Bisconti. |
| 08/29/18 | K.M. Howard | 0.20 | 53.00 | Analysis of the Order Approving the Stipulation to Continue the Hearing on Dentons' Interim Fee Application (.1) and the Order Granting Emergency Motion to Limit Notice (.1). |
| 08/29/18 | K.M. Howard | 0.30 | 79.50 | Drafted Notice of Continuance of Hearing on Dentons' Interim Fee Application. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 115.20 | | |
| Fee Amount | | | | $51,640.00 |
| Less Discount to Client | | | | ($10,000.00) |
| Fee Total | | | | $41,640.00 |

Employment and Fee Applications

September 19, 2018

Matter: 15257497-000012
Invoice No.: 2055762

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $650.00 | 4.30 | $2,795.00 |
| J.A. Moe, II | $595.00 | 7.40 | $4,403.00 |
| A. Franklin | $550.00 | 59.70 | $32,835.00 |
| K.M. Howard | $265.00 | 43.80 | $11,607.00 |
| Totals | | 115.20 | $51,640.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 8/13/2018 | WESTLAW HOWARD\CATHRYN M | | 75.00 |
| | | SUBTOTAL | 75.00 |
| | Total Disbursements | | $75.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 41,640.00 | |
| Disbursement Total | $ | 75.00 | |
| Invoice Total | $ | 41,715.00 | |

16



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

---

Statement of Account

According to our records, as of September 19, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 12/13/16 | 1846106 | 7,730.00 | (6,184.00) | 1,546.00 |
| 01/19/17 | 1853838 | 9,335.50 | (7,468.40) | 1,867.10 |
| 02/22/17 | 1865400 | 6,847.30 | (5,489.90) | 1,357.40 |
| 03/10/17 | 1870860 | 3,277.00 | (2,624.60) | 652.40 |
| 04/19/17 | 1883632 | 4,550.50 | (3,640.40) | 910.10 |
| 05/24/17 | 1895414 | 1,709.00 | (1,367.20) | 341.80 |
| 06/12/17 | 1900407 | 2,019.00 | 0.00 | 2,019.00 |
| 07/11/17 | 1907892 | 2,867.50 | 0.00 | 2,867.50 |
| 08/14/17 | 1920736 | 2,881.50 | 0.00 | 2,881.50 |
| 09/14/17 | 1930410 | 1,868.00 | 0.00 | 1,868.00 |
| 10/23/17 | 1942308 | 1,735.50 | 0.00 | 1,735.50 |
| 11/13/17 | 1951544 | 2,278.50 | 0.00 | 2,278.50 |
| 12/12/17 | 1963213 | 4,913.50 | 0.00 | 4,913.50 |
| 01/24/18 | 1974751 | 5,925.10 | (31.10) | 5,894.00 |
| 02/28/18 | 1982225 | 2,382.60 | (104.10) | 2,278.50 |
| 03/20/18 | 1992985 | 7,274.50 | (225.00) | 7,049.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000012

Employment and Fee Applications

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 04/13/18 | 2001445 | 3,902.81 | (14.81) | 3,888.00 |
| 05/08/18 | 2008593 | 2,965.60 | (25.60) | 2,940.00 |
| 06/18/18 | 2024517 | 3,212.00 | (40.00) | 3,172.00 |
| 07/11/18 | 2030917 | 4,300.00 | (545.00) | 3,755.00 |
| 08/07/18 | 2039919 | 5,954.10 | (25.10) | 5,929.00 |
| 09/19/18 | 2055762 | 41,715.00 | 0.00 | 41,715.00 |
| | | Total Outstanding Invoices | | $101,859.30 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai'i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055763**

Client/Matter: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                    $           410.30

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai'i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055763**

Client/Matter:   15257497-000015

Litigation - Contested Matters and Adversary Proceedings

For Professional Services Rendered through August 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/28/18 | K.M. Howard | 0.10 | 26.50 | Analysis of Order Granting Motion For Order Approving Compromise of Controversy Pursuant to FRBP 9019. |
| 08/29/18 | S. Maizel | 0.10 | 65.00 | Review and respond to order re continuing fee application hearing. |
| Total Hours | | 0.20 | | |
| Fee Amount | | | | $91.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $650.00 | 0.10 | $65.00 |
| K.M. Howard | $265.00 | 0.10 | $26.50 |
| Totals | | 0.20 | $91.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/8/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - ROBLES | | 25.00 |
| 8/3/2018 | Delivery & Postage DAVID HERSHOVITZ | | 39.60 |
| 8/3/2018 | Delivery & Postage BRIAN WALTON | | 52.80 |
| 8/3/2018 | Delivery & Postage STAN OTAKE - CEO | | 71.50 |
| 8/3/2018 | Delivery & Postage ERIN WEISSMAN | | 42.90 |
| | | SUBTOTAL | 231.80 |
| 7/27/2018 | Filing Fees John A. Moe, II, Telephonic appearance at hearing. | | 35.00 |
| 8/13/2018 | Filing Fees John A. Moe, II, Telephonic attendance at hearing. | | 35.00 |

2

Litigation - Contested Matters and Adversary Proceedings

September 19, 2018

Matter: 15257497-000015
Invoice No.: 2055763

| Date | Description | | Amount |
|------|-------------|--|--------|
| | | SUBTOTAL | 70.00 |
| | Print/Copies BW | | 17.00 |
| | | SUBTOTAL | 17.00 |
| | Total Disbursements | | $318.80 |
| | Fee Total | $ | 91.50 |
| | Disbursement Total | $ | 318.80 |
| | Invoice Total | $ | 410.30 |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

---

Statement of Account

According to our records, as of September 19, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 01/19/17 | 1853845 | 32,510.00 | (26,060.00) | 6,450.00 |
| 02/22/17 | 1865404 | 9,285.71 | (7,491.01) | 1,794.70 |
| 03/10/17 | 1870876 | 12,867.05 | (10,465.25) | 2,401.80 |
| 04/19/17 | 1883654 | 58,143.10 | (46,664.00) | 11,479.10 |
| 05/24/17 | 1895427 | 36,355.95 | (29,117.35) | 7,238.60 |
| 06/12/17 | 1900477 | 47,066.00 | 0.00 | 47,066.00 |
| 07/11/17 | 1907894 | 48,650.60 | (143.10) | 48,507.50 |
| 08/14/17 | 1920738 | 58,661.56 | (946.06) | 57,715.50 |
| 09/14/17 | 1930412 | 30,032.96 | (833.96) | 29,199.00 |
| 10/17/17 | 1942311 | 21,723.15 | (468.15) | 21,255.00 |
| 11/13/17 | 1951646 | 76,142.34 | (179.84) | 75,962.50 |
| 12/12/17 | 1963215 | 62,378.15 | (420.65) | 61,957.50 |
| 01/24/18 | 1974753 | 67,071.15 | (680.65) | 66,390.50 |
| 02/28/18 | 1982226 | 104,486.64 | (1,040.64) | 103,446.00 |
| 03/20/18 | 1992990 | 39,666.81 | (2,699.81) | 36,967.00 |
| 04/13/18 | 2001446 | 10,503.99 | (2,317.49) | 8,186.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai'i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000015

Litigation - Contested Matters and Adversary Proceedings

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|---------------:|------------:|------:|
| 05/08/18 | 2008595 | 5,753.55 | (230.55) | 5,523.00 |
| 06/18/18 | 2024519 | 2,645.85 | (234.85) | 2,411.00 |
| 07/11/18 | 2030937 | 4,351.61 | (266.61) | 4,085.00 |
| 08/07/18 | 2039920 | 544.95 | (147.45) | 397.50 |
| 09/19/18 | 2055763 | 410.30 | 0.00 | 410.30 |
| | | Total Outstanding Invoices | | $598,844.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055770**

Client/Matter: 15257497-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

---

Total This Invoice                                  $        40,230.40

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055770**

Client/Matter:  15257497-000018

Plan and Disclosure Statement

For Professional Services Rendered through August 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|-----------|
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call to the Clerk of the Court on uploading an Order on the proposed Disclosure Statement, for hearing on August 9th. |
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone to Boris Mankovetskiy on preparation for the hearing on the proposed Disclosure Statement. |
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | In accordance with Boris Mankovetskiy's request, review Chart on dates for action on the Plan and Disclosure Statement. |
| 08/01/18 | K.M. Howard | 0.10 | 26.50 | Telephone conference with former employee Edna Maris regarding the plan of reorganization. |
| 08/01/18 | J.A. Moe, II | 0.10 | 59.50 | Review first Ballot in favor the Plan; review the necessity to maintain and register votes. |
| 08/01/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call with Karl Block on terms of the proposed Liquidating Plan. |
| 08/01/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed ballot accepting the plan from creditor Carolita Manliguez and recorded same. |
| 08/01/18 | K.M. Howard | 0.50 | 132.50 | Ongoing preparation of service lists and determining the classes for service of the various ballots, plan and disclosure statement. |
| 08/01/18 | S. Maizel | 0.20 | 130.00 | Telephone conference with B. Walton re pending issues re confirmation. |
| 08/02/18 | K.M. Howard | 0.10 | 26.50 | Brief review of timeline of events pertaining to the service of ballots and other applicable documents. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 08/02/18 | K.M. Howard | 0.20 | 53.00 | Several telephone conferences with Maria Calpe of Knox Ricksen to clarify service of the plan and disclosure statement upon counsel for litigants (.2) and reviewed communication from Ms. Calpe attaching requesting information clarifying service of applicable counsel (.1). |
| 08/02/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised mailing labels for the revised master mailing matrix in conjunction with mass mailing of ballots and supporting documents. |
| 08/02/18 | K.M. Howard | 0.70 | 185.50 | Reviewed and revised mailing labels for class three creditors in conjunction with mailing the voting ballots. |
| 08/02/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised mailing labels for Class five litigants in conjunction with mass mailing of the notice, disclosure statement and the plan. |
| 08/02/18 | K.M. Howard | 2.50 | 662.50 | Ongoing analysis of joint motion and proposed order pertaining to the mass mailing of the notice, disclosure statement, plan and applicable ballots and prepared categorical layouts pertaining to each voting and non-voting class. |
| 08/02/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call from Creditor representative Garyann Wesenbeth on Proof Of Claim different than scheduled, the claims resolution procedure, the balloting procedure and the Plan confirmation procedure. |
| 08/02/18 | J.A. Moe, II | 0.20 | 119.00 | Consider and review the service on Qui Tam Plaintiffs and Insurance Carriers; review contacts with counsel and authority to serve three Law Firms rather than individual Plaintiffs and Insurance Companies. |
| 08/02/18 | J.A. Moe, II | 0.10 | 59.50 | Review Sam Maizel E-Mail on Fee Applications; review and consider how to respond to Karen Nimniyom on Sills Cummis & Gross (and other two Committee Firms) on fees and costs, and recommendation to transmit the Chart. |
| 08/02/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Boris Mankovetskiy on uploading the Order on the Disclosure Statement., and the Statement and the Publication. quickly review the Order and the Statement. |

3

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 08/02/18 | J.A. Moe, II | 0.10 | 59.50 | Oversee the uploading of the Order on the Disclosure Statement; exchange E-Mails with Boris Mankovetskiy, on obtaining the Order and Exhibits as one document in WORD. |
| 08/03/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call returned to James Moore at Victory Lock & Key, reviewing the likely dates for voting on the proposed Plan and the basic choice to vote for or against the Plan. |
| 08/03/18 | J.A. Moe, II | 0.10 | 59.50 | Exchange E-Mails with Boris Mankovetskiy on uploading the proposed Order (with Exhibits) on approval of the Disclosure Statement, and what to do about another amendment to the Statement and the Liquidating Plan; second E-Mail on presenting minor correction to the Court (on the Liquidating Trust). |
| 08/03/18 | J.A. Moe, II | 0.10 | 59.50 | Review the updated Disclosure Statement (with yellow highlights on dates) and review Boris Mankovetskiy's E-Mail on what to do on the Statement and Plan changes; E-Mail to Mr. Mankovetskiy requesting a redline on the changes to submit to Chambers. |
| 08/03/18 | K.M. Howard | 0.10 | 26.50 | Telephone conference with David Yeremian concerning his request for removal from the service list. |
| 08/03/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised mailing labels for class 5 participants. |
| 08/03/18 | K.M. Howard | 0.30 | 79.50 | Further revision to class 3 general unsecured creditors mailing labels. |
| 08/03/18 | K.M. Howard | 0.70 | 185.50 | Culled secured creditors from master mailing matrix and prepared separate mailing for class 2 secured creditors. |
| 08/03/18 | K.M. Howard | 0.50 | 132.50 | Removed Qui Tam counsel from class 3 and 4 master mailing matrix and moved into class 5 mailings. |
| 08/05/18 | S. Maizel | 0.60 | 390.00 | Telephone conference with B. Walton, D. Herskovitz, S. Otake and John Moe re plan confirmation issues. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/05/18 | J.A. Moe, II | 0.10 | 59.50 | In regard to proposed conference call on the Liquidating Plan, identify and transmit Timetable on confirmation of a Plan to Brian Walton, David Herskovtiz, Eric Weissman and Stan Otake. |
| 08/05/18 | K.M. Howard | 2.70 | 715.50 | Cross-referenced joint motion for approval of disclosure statement to the Order and various ballots, and prepared list identifying voting classes, non-voting accepting and rejecting classes including claimants in Classes 1-5. |
| 08/06/18 | K.M. Howard | 1.80 | 477.00 | Analysis of notes and lists of voting and non-voting classes and prepared chart setting forth guidelines for service of all applicable documents on the various classes and cross-referenced chart to the order. |
| 08/06/18 | J.A. Moe, II | 0.20 | 119.00 | Review the latest version of the Disclosure Statement; E-Mail to Brian Walton, David Herskovitz, Stan Otake and Eric Weissman transmitting the latest version of the Disclosure Statement and the Liquidating Plan. |
| 08/06/18 | J.A. Moe, II | 0.10 | 59.50 | Review status of preparing for service of the Ballots, the Notices, the Disclosure Statement and the Liquidating Plan upon Creditors and parties-in-interest. |
| 08/06/18 | J.A. Moe, II | 0.10 | 59.50 | Review the Chart on the time to take action in connection with confirming the Liquidating Plan, prepared by Boris Mankovetskiy (for use at the hearing on Thursday). |
| 08/06/18 | J.A. Moe, II | 0.10 | 59.50 | Consider the latest version of the Disclosure Statement and the Liquidating Plan, for the hearing on Thursday. |
| 08/07/18 | J.A. Moe, II | 0.20 | 119.00 | In response to Karl Block's questions: Review the provisions of the Liquidating Plan on status of Claims that could be asserted by Creditors who vote in favor of and receive a distribution in accordance with the Plan. |
| 08/08/18 | J.A. Moe, II | 0.20 | 119.00 | Identify and preliminarily review highlighted provisions of the Disclosure Statement; oversee and insure copy sent to Judge Robles; telephone call with the Clerk of the Court on the delivery of Statement with highlighted dates. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/08/18 | J.A. Moe, II | 0.20 | 119.00 | Review Boris Mankovetskiy's E-Mail on which constituents get which Ballot and Notice (and Order);  review the Order;   return  E-Mail to Mr. Mankovetisky on prepaid envelopes. |
| 08/08/18 | J.A. Moe, II | 0.20 | 119.00 | Commence review of documents (the Disclosure Statement and the Liquidating Plan), tagging each date now proposed,  tagging two dates to be completed, and tagging additional change in the Plan and the Statement (for the hearing on August 2nd). |
| 08/08/18 | J.A. Moe, II | 0.40 | 238.00 | Prepare for telephone call with Boris Mankovetskiy, then proceed with conference call (with Kathryn Howard in attendance) on the hearing on August 2nd on the Disclosure Statement and the Liquidating Plan; and review of actions to be taken the afternoon of August 9th. |
| 08/08/18 | J.A. Moe, II | 0.10 | 59.50 | Following telephone call with Boris Mankovetskiy, additional review of the cost of the CD for the Disclosure Statement and the Plan. |
| 08/08/18 | K.M. Howard | 0.40 | 106.00 | Prepare for and participate in conference call with Boris Mankovetskiy regarding the hearing on the approval of the plan and the service of applicable documents on the designated classes following the judge's ruling. |
| 08/08/18 | J.A. Moe, II | 0.20 | 119.00 | Review of the proposed Order and their attachments on approval of the Disclosure Statement, tagging each date now proposed, and tagging multiple dates to be completed (in preparation for the hearing on August 2nd). . |
| 08/08/18 | J.A. Moe, II | 0.20 | 119.00 | Review processes for management of the distribution of the Order, Ballot and CD (Disclosure Statement and Liquidating Plan) to parties-in-interest. |
| 08/08/18 | J.A. Moe, II | 0.10 | 59.50 | Review and highlight the proposed Tentative Ruling on the Disclosure Statement. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/08/18 | J.A. Moe, II | 0.20 | 119.00 | E-Mails from and return call to Andrew Sherman on appearance by telephone for the hearing on the Disclosure  Statement; telephone call on arrangements for Court Call; telephone call to Clerk of the Court on submitting on the Tentative, subject to change. |
| 08/08/18 | K.M. Howard | 0.70 | 185.50 | Researched and culled pleadings for use at hearing to approve the disclosure statement. |
| 08/08/18 | S. Maizel | 0.10 | 65.00 | Review and respond to emails re disclosure statement. |
| 08/08/18 | J.A. Moe, II | 0.20 | 119.00 | Review and update the Chart on which constituents obtain which Order, Ballot and Notice. |
| 08/08/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised charts reflecting service of the plan of liquidation, disclosure statements and applicable ballots (.2) and prepared communication regarding same (.1). |
| 08/08/18 | K.M. Howard | 0.10 | 26.50 | Reviewed Judge Robles' tentative ruling to determine if he has ruled on the August 9, 2018 hearing on the approval of the plan. |
| 08/08/18 | K.M. Howard | 0.20 | 53.00 | Numerous communications regarding the coordination of the mass mailing of the ballots, order, joint plan and disclosure statement. |
| 08/08/18 | K.M. Howard | 0.80 | 212.00 | Analysis of Joint Plan and Modified Disclosure Statement and culled key information regarding the pending mass mailing and the additional pending revisions. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Identity the single change to both the Disclosure Statement and the Liquidating Plan, to cite to the Bankruptcy Court at the hearing. |
| 08/09/18 | J.A. Moe, II | 0.50 | 297.50 | Await and appear at hearing on the Disclosure Statement and Liquidating Plan [9:50 a.m. - 10:22 a.m.] |
| 08/09/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call to Boris Mankovetskiy on the approval of the the proposed Disclosure Statement. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Identify and prepare Exhibit "B" to the Disclosure Statement. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Review Service List for the Disclosure Statement and the Plan; review order of filing and service of the Disclosure Statement and the Liquidating Plan. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Assemble the Disclosure Statement and the Liquidating Plan, the two Exhibit Tabs and the Liquidation Analysis. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | E-Mail and telephone call to Boris Mankovetskiy, and return call from Mr. Mankovetskiy on Exhibit "A" Tab. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Assemble the Disclosure Statement and the Liquidating Plan, the two Exhibit Tabs and the Liquidation Analysis. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Review and continue to oversee the filing of the Disclosure Statement and Liquidating Plan. |
| 08/09/18 | J.A. Moe, II | 0.20 | 119.00 | Review again the updated status of the filing of the Disclosure Statement and Liquidating Plan, confirm both Statement and Plan were filed, then telephone call to Boris Mankovetskiy on proceeding to file Order, reviewing whether to keep one blank empty (the Docket Number for the Order). |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Review the new Chart from Boris Mankovetskiy, then telephone call with Boris Mankovetskiy on the parties to be served, reviewing the proposed Order on who gets served with the Order. the Ballots and which Notices. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Consider issue of delivery of multi-party Notice in regard to the Liquidating Plan. |
| 08/09/18 | K.M. Howard | 6.60 | 1,749.00 | Continued preparation of voluminous material pertaining to the service of the Disclosure Statement, Plan of Liquidation and Order and Ballots on the various classes, and coordination with outside vendor regarding the preparation of the CDs, and culling all Class 1 members and cross-referencing to Schedule E. |
| 08/09/18 | K.M. Howard | 0.30 | 79.50 | Prepared for and participated in conference with counsel for the creditors committee regarding the decision to serve less classes with copies of Disclosure Statement, Plan and the Notice. |

8

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/09/18 | K.M. Howard | 0.30 | 79.50 | Reviewed and revised chart reflecting documents and applicable ballots to serve on voting and non-voting classes. |
| 08/09/18 | K.M. Howard | 0.20 | 53.00 | Communications with counsel for the creditors committee regarding the service of the Order and all exhibits thereto on the regulatory agencies. |
| 08/09/18 | J.A. Moe, II | 0.10 | 59.50 | Review the conformed Disclosure Statement and Liquidating Plan, including insuring Exhibit "B" to the Statement was filed. |
| 08/10/18 | J.A. Moe, II | 0.30 | 178.50 | In regard to the entered Order, exchange E-Mails with Boris Mankovetskiy and mark each location where the Docket Number on the Order is to be entered; oversee and explain addition of the Docket Number at five places in the attachments to  entered Order. |
| 08/10/18 | K.M. Howard | 0.40 | 106.00 | Coordinated the production of CDs containing the approved Disclosure Statement and Joint Plan of Liquidation including communications regarding same. |
| 08/10/18 | J.A. Moe, II | 0.20 | 119.00 | Review five additions to the Attachments (Notices and Ballots)  to insure five additions as to the Docket Number of the August 9th Order is inserted; review process of completing the Attachments to the Order on various constituencies; oversee one more review to insure all dates and docket numbers are completed. |
| 08/10/18 | K.M. Howard | 0.60 | 159.00 | Analysis of Judge Robles' order approving the disclosure statement, the joint plan and the ballots, determined changes pertaining to the service of the ballots on the creditors. |
| 08/10/18 | K.M. Howard | 0.70 | 185.50 | Reviewed and revised charts reflecting service of applicable ballots on various classes and cross-referenced changes to plan and order. |
| 08/10/18 | K.M. Howard | 0.70 | 185.50 | Culled regulatory and tax agencies, various justice departments, entities requesting special notice and prepared mass mailing information for each. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/10/18 | K.M. Howard | 0.80 | 212.00 | Culled and reviewed all material to be served on classes 3 and 4 and coordinated commencement of preparing the mass mailing on classes 3 and 4. |
| 08/10/18 | K.M. Howard | 0.20 | 53.00 | Culled the approved disclosure statement and the joint plan of liquidation and prepared communication regarding the importing of each onto CDs to provide to classes 3 and 4. |
| 08/10/18 | K.M. Howard | 2.30 | 609.50 | Continued work on preparing and coordinating mass mailing of all classes including assembly additional material designated and removing material determined not to be served on certain classes. |
| 08/13/18 | K.M. Howard | 2.40 | 636.00 | Continued preparation of mass mailing of joint plan of liquidation, disclosure statement, order and applicable ballots for classes 3 and 4. |
| 08/13/18 | J.A. Moe, II | 0.10 | 59.50 | Meet with personnel and review process of preparing 1700 packages , reviewing content s of each envelope, awaiting receipt of Discs. |
| 08/14/18 | J.A. Moe, II | 0.30 | 178.50 | Exchange E-Mails with Rachel Brennan on payment of the LA Times; telephone call from Ms. Brennan on arrangement for payment; review second call from Ms. Brennan to Dentons; confer with personnel on authority to prepare check; confer again on preparation of the check for Notice. |
| 08/14/18 | J.A. Moe, II | 0.80 | 476.00 | Review entered Order against Notices already prepared, for corrections, then make corrections and oversee making corrections to the three Notices, also exchanging E-Mails with Boris  Makeovers and telephone call with Mr. Mankovetskiy on the Notices confirming that material "struck" should be removed. |
| 08/14/18 | K.M. Howard | 0.40 | 106.00 | Numerous communications with Rachel Brennan of Sills Cummis regarding the publication of the disclosure statement order. |
| 08/14/18 | K.M. Howard | 0.20 | 53.00 | Communications with copy service regarding the ongoing reproduction of voluminous documents for mass mailing and determined the status of the documents imported onto CD. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/14/18 | K.M. Howard | 0.20 | 53.00 | Numerous communications with Rachel Brennan and the LA Times regarding advanced payment for the publication of the disclosure statement order. |
| 08/14/18 | K.M. Howard | 0.60 | 159.00 | Numerous telephonic conferences with attorneys at Sills Cummis regarding voting ballots and notices not being revised by counsel to the creditors committee pursuant to the court's order. |
| 08/14/18 | K.M. Howard | 5.20 | 1,378.00 | Reviewed and revised incorrect notices and voting ballots received from counsel for creditors committee and ongoing preparation of mass mailing to all classes including the removal of incorrect ballots and replacing with corrected ballots matching the court order. |
| 08/15/18 | J.A. Moe, II | 0.40 | 238.00 | Telephone call from Boris Mankovetskiy on immediate payment to the Los Angeles Times; review late received E-Mail from Rachel Brennan on payment; exchange multiple E-Mails and/or telephone calls with Linda Aquirre, Janice Moore and Kathryn Howard on payment. |
| 08/15/18 | J.A. Moe, II | 0.20 | 119.00 | [Comspecs] Telephone call returned to Eric Scholen on time within which to vote and transmit the Ballot on the proposed Liquidating Plan; second telephone call returned to Mr. Scholen on Ballots about to sent out. |
| 08/15/18 | J.A. Moe, II | 0.20 | 119.00 | Review and consider the issue of which Litigation Plaintiffs get a Class 3 "Package," reviewing page 7 of the Liquidating Plan and reviewing names of particular Plaintiffs in regard to which "package" each receives (Class 5 or Class 3); E-Mail to Boris Mankovetskiy on Schedule 1 referred to the definition of Claims Litigation. |
| 08/15/18 | J.A. Moe, II | 0.20 | 119.00 | Telephone call from Boris Mankovetskiy and Rachel Brennan on Schedule 1 from the definition of Litigation Claims in the Liquidating Plan; review List received from Ms. Brennan; consider inclusion in Class 5. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/15/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call and two E-Mails from Rachel Brennan, discussing trying to determine what Schedule 1 is as referred to in the definition of Litigation Claims in the Liquidating Plan, also reviewing additional litigation documents received from Ms, Brennan. |
| 08/15/18 | K.M. Howard | 6.10 | 1,616.50 | Continued preparation of voluminous mass mailing to all classes including cross-referencing data to make sure all Class 5 litigants and Class 3 litigants are served and ongoing coordination of efforts regarding same. |
| 08/15/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised lawsuit chart in conjunction with service of the of the applicable non-voting ballot on the class 3 litigants and class 5 litigants. |
| 08/16/18 | J.A. Moe, II | 0.10 | 59.50 | Two telephone calls from Rachel Brennan on inability to locate Schedule 1 referred to on page 7 of the Liquidating Plan, and determining who gets served with Class 5 Notice. |
| 08/16/18 | J.A. Moe, II | 0.40 | 238.00 | Review documents sent by Rachel Brennan on August 15th, and review service of Class 5 Notice on counsel and reason for such service; telephone call to Boris Mankovetskiy and Rachel Brennan reviewing who was served, why they were served and what they were served, in regard to Claims Litigation defined on page 7 of the Liquidating Plan. |
| 08/16/18 | J.A. Moe, II | 0.10 | 59.50 | Review multiple E-Mails to and from Maria Calpe, and E-Mails to and from Rachel Brennan, to insure closure on issue of service (prior to August 17th expiration). |
| 08/16/18 | K.M. Howard | 0.20 | 53.00 | Communications with Rachel Brennan confirming that counsel for Qui Tam Class 5 plaintiffs only wanted one copy of the applicable ballot, and not a ballot for each plaintiff. |
| 08/16/18 | K.M. Howard | 0.20 | 53.00 | Communications with Maria Calpe of Knox Ricksen confirming that counsel for Class 5 Qui Tam plaintiffs only wanted one copy of the applicable ballot. |
| 08/16/18 | K.M. Howard | 0.10 | 26.50 | Prepared communication to Boris Mankovetskiy regarding the status of the mass mailings and service of Class 5 litigants. |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/16/18 | K.M. Howard | 3.30 | 874.50 | Ongoing preparation of voluminous mass mailings to all classes of joint plan of liquidation, disclosure statement, order and applicable notices and ballot. |
| 08/17/18 | K.M. Howard | 2.30 | 609.50 | Ongoing preparation of voluminous materials for mass mailing, reviewed final materials for Class 5 litigants and Class 3 litigants and finalized mass mailing for all classes. |
| 08/20/18 | J.A. Moe, II | 0.20 | 119.00 | [Airport Endoscopy Center]  Telephone call from Rachel on receipt of Plan material encouraging vote on the Plan. |
| 08/21/18 | J.A. Moe, II | 0.10 | 59.50 | [Superior Scientific] Telephone call with Superior Scientific on receipt of and return of Ballot, as a Class 3 Claimant. |
| 08/21/18 | J.A. Moe, II | 0.20 | 119.00 | [White Memorial Hospital]  Telephone calls from, to and with White Memorial,  on receipt of Order, Liquidating Plan, Disclosure Statement, Notice and Ballot. |
| 08/21/18 | K.M. Howard | 0.20 | 53.00 | Several telephone conferences with creditors who received the ballot packages and explained the process and steps to each. |
| 08/21/18 | K.M. Howard | 0.10 | 26.50 | Telephone conference with Aileen of creditor Avanti/Gardena Hospital regarding the ballot package. |
| 08/22/18 | J.A. Moe, II | 0.10 | 59.50 | Telephone call from Karl Block on Ballots, Package including Ballot received for Avanti Heatlhcare, and whether Package including Ballot was transmitted to Avanti; also reviewing scope and implementation of Release under the Plan. |
| 08/23/18 | K.M. Howard | 0.40 | 106.00 | Researched to determine and confirm service of Gardena Hospital, LP / Advanti Health Systems (.3) and placed telephone call to Karl Block confirming service of the Class 3 Ballot Package (.1). |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/23/18 | J.A. Moe, II | 0.30 | 178.50 | [Gardena Hospital/Avanti Healthcare] Review Packages and Ballots transmitted to Karl Block and to Gardena Hospital; review voice mail message from and telephone calls returned to Karl Block; exchange additional E-Mails with Mr. Block and oversee preparation of two packages for delivery by overnight and by e-mail to Gardena Hospital and Mr. Block. |
| 08/23/18 | K.M. Howard | 0.30 | 79.50 | Reviewed Class 3 Ballot Package, Joint Plan of Liquidation and Disclosure Statement and assembled another set for Karl Block. |
| 08/23/18 | J.A. Moe, II | 0.10 | 59.50 | [Health Advocates] Telephone call from Attorney Garyann Leibovic on Package and Ballots; prepare and transmit Package and Ballots (and Plan and Statement) to Attorney. |
| 08/23/18 | J.A. Moe, II | 0.20 | 119.00 | [Gardena Hospital and Avanti Healthcare] In response to Karl Block's request: Review return of Ballots; determine if Avanti Healthcare received a Ballot and arrange for Package and Ballot to be sent; investigation into whether Avanti ever filed a Claim, or was scheduled. |
| 08/23/18 | K.M. Howard | 0.30 | 79.50 | Numerous telephone conferences with various creditors who have received the ballot packages and explained the process and steps to take. |
| 08/27/18 | J.A. Moe, II | 0.10 | 59.50 | [Aragon Medical Services] Exchange E-Mails with and telephone call from Misty Canatella at Aragon on Ballot and "Tri Cities." |
| 08/27/18 | J.A. Moe, II | 0.10 | 59.50 | [Intra Nerve] Telephone call from George Cricket on receipt of the Administrative Claims Form and the Ballot on the Plan, reviewing each and why the Ballot should be returned (and not the Claim Form). |
| 08/27/18 | K.M. Howard | 0.10 | 26.50 | Culled Exhibit B to the Disclosure Statement and prepared communication regarding same. |
| 08/28/18 | K.M. Howard | 0.30 | 79.50 | Researched Claims Registry and Schedule F to determine the amount owed by the debtor to Symmetry Surgical (.2) and prepared communication regarding findings (.1). |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/28/18 | J.A. Moe, II | 0.20 | 119.00 | [Symmetry Surgical] Review E-Mail from George Milne on Symmetry Surgical on receipt of Plan and Ballot; determine if Claim filed or scheduled; telephone call to Mr. Milne on status of Claim. |
| 08/29/18 | K.M. Howard | 0.10 | 26.50 | Reviewed communication regarding the notice of publication of the disclosure statement and prepared response thereto. |
| 08/29/18 | J.A. Moe, II | 0.10 | 59.50 | [Southland Medical Dialysis] Telephone call from representative of Southland Medical on sending in Ballot. |
| 08/30/18 | J.A. Moe, II | 0.20 | 119.00 | [Medreach Ambulance] Telephone call from Mira on receipt of Ballot. no knowledge of Claim and previous name. |
| 08/30/18 | K.M. Howard | 0.40 | 106.00 | Drafted Notice of Publication of "The Publication Notice" [Exhibit 5 to the Order Approving the Disclosure Statement and the Plan] (.3) and assembled exhibits thereto (.1). |
| 08/31/18 | K.M. Howard | 0.20 | 53.00 | Assembled and incorporated ballots received from Class 3 and Class 4 creditors. |

| Total Hours | 63.60 | | |
|-------------|-------|--|--|
| Fee Amount | | | $21,028.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $650.00 | 0.90 | $585.00 |
| J.A. Moe, II | $595.00 | 11.60 | $6,902.00 |
| K.M. Howard | $265.00 | 51.10 | $13,541.50 |
| Totals | | 63.60 | $21,028.50 |

Plan and Disclosure Statement

September 19, 2018

Matter: 15257497-000018
Invoice No.: 2055770

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 7/20/2018 | Delivery & Postage USBC - CENTRAL DISTRICT BLUEBOND | | | 35.00 |
| 8/3/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - ROBLES | | | 35.00 |
| 8/9/2018 | Delivery & Postage USBC - CENTRAL DISTRICT - ROBLES | | | 25.00 |
| | | | SUBTOTAL | 95.00 |
| 8/15/2018 | Filing Fees John A. Moe, II, Court ordered publication of notice regarding approval of Disclosure Statement and Plan of Reorganization. | | | 2,300.00 |
| | | | SUBTOTAL | 2,300.00 |
| | Print/Color Copies Color | | | 16.80 |
| | | | SUBTOTAL | 16.80 |
| | Print/Copies BW | | | 16,790.10 |
| | | | SUBTOTAL | 16,790.10 |
| | Total Disbursements | | | $19,201.90 |

| | | |
|---|---|---|
| Fee Total | $ | 21,028.50 |
| Disbursement Total | $ | 19,201.90 |
| | | |
| Invoice Total | $ | 40,230.40 |

16



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000018

Plan and Disclosure Statement

Statement of Account

According to our records, as of September 19, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/19/17 | 1853849 | 1,864.50 | (1,491.60) | 372.90 |
| 05/24/17 | 1895429 | 773.50 | (618.80) | 154.70 |
| 08/14/17 | 1920739 | 198.50 | 0.00 | 198.50 |
| 09/14/17 | 1930414 | 1,395.10 | (31.10) | 1,364.00 |
| 11/13/17 | 1951652 | 1,300.00 | 0.00 | 1,300.00 |
| 12/12/17 | 1963217 | 1,744.00 | 0.00 | 1,744.00 |
| 01/24/18 | 1974755 | 585.00 | 0.00 | 585.00 |
| 02/28/18 | 1982228 | 1,329.50 | 0.00 | 1,329.50 |
| 04/13/18 | 2001447 | 13,173.50 | 0.00 | 13,173.50 |
| 05/08/18 | 2008597 | 1,927.00 | 0.00 | 1,927.00 |
| 06/18/18 | 2024523 | 27,195.00 | 0.00 | 27,195.00 |
| 07/11/18 | 2030938 | 36,620.00 | 0.00 | 36,620.00 |
| 08/07/18 | 2039921 | 4,089.00 | (258.50) | 3,830.50 |
| 09/19/18 | 2055770 | 40,230.40 | 0.00 | 40,230.40 |

Total Outstanding Invoices    $130,025.00

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055773**

Client/Matter: 15257497-000021

Reporting

Payment Due Upon Receipt

Total This Invoice                                 $          502.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai'i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055773**

Client/Matter:  15257497-000021

Reporting

---

For Professional Services Rendered through August 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/16/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and organized Debtor's bank statements for July 2018 and submitted each to the Office of the U.S. Trustee. |
| 08/24/18 | K.M. Howard | 0.30 | 79.50 | Received and briefly reviewed Debtor's Monthly Operating Report for July 2018. |
| 08/29/18 | K.M. Howard | 0.40 | 106.00 | Reviewed and revised Debtor's Monthly Operating Report for July 2018 (.3) and coordinated filing and service of same (.1). |
| 08/30/18 | K.M. Howard | 0.20 | 53.00 | Reviewed Debtor's Monthly Operating Report for July 2018 and culled information pertaining to disbursements for inclusion in the Monthly Operating Report Disbursement Summary for MOR No. 26 for the period ending in July 2018. |
| 08/30/18 | K.M. Howard | 0.40 | 106.00 | Drafted Monthly Operating Report Disbursement Summary for MOR No. 26 for the period ending in July 2018 (.3) and submitted same to the U.S. Trustee (.1). |
| 08/30/18 | K.M. Howard | 0.10 | 26.50 | Received and reviewed communication from the U.S. Trustee confirming receipt of the Monthly Operating Report Disbursement Summary for MOR No. 26. |

| Total Hours | 1.80 | | | |
| Fee Amount | | | $477.00 | |

Reporting

September 19, 2018

Matter: 15257497-000021
Invoice No.: 2055773

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K.M. Howard | $265.00 | 1.80 | $477.00 |
| Totals | | 1.80 | $477.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 7/27/2018 | Delivery & Postage USBC - CENTRAL DISTRICT | | 25.00 |
| | | SUBTOTAL | 25.00 |
| | Total Disbursements | | $25.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 477.00 | |
| Disbursement Total | $ | 25.00 | |
| Invoice Total | $ | 502.00 | |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000021

Reporting

---

Statement of Account

According to our records, as of September 19, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 01/19/17 | 1853852 | 1,294.50 | (1,035.60) | 258.90 |
| 02/22/17 | 1865407 | 1,966.50 | (1,573.20) | 393.30 |
| 03/10/17 | 1870882 | 4,058.00 | (3,246.40) | 811.60 |
| 04/19/17 | 1883665 | 845.00 | (686.00) | 159.00 |
| 05/24/17 | 1895432 | 1,208.50 | (972.80) | 235.70 |
| 06/12/17 | 1900473 | 1,113.00 | 0.00 | 1,113.00 |
| 07/11/17 | 1907899 | 945.50 | (38.00) | 907.50 |
| 08/14/17 | 1920741 | 1,291.00 | 0.00 | 1,291.00 |
| 09/14/17 | 1930418 | 1,008.60 | (21.60) | 987.00 |
| 10/17/17 | 1942303 | 662.50 | 0.00 | 662.50 |
| 11/13/17 | 1951588 | 2,201.50 | (51.00) | 2,150.50 |
| 12/12/17 | 1963220 | 556.50 | 0.00 | 556.50 |
| 01/24/18 | 1974758 | 1,140.70 | (557.70) | 583.00 |
| 02/28/18 | 1982230 | 506.50 | (3.00) | 503.50 |
| 03/20/18 | 1992988 | 2,550.00 | 0.00 | 2,550.00 |
| 04/13/18 | 2001449 | 930.50 | (82.50) | 848.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai'i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000021

Reporting

| Date | Invoice No. | Invoice Amount | Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 05/08/18 | 2008598 | 821.50 | 0.00 | 821.50 |
| 06/18/18 | 2024525 | 1,014.00 | (60.00) | 954.00 |
| 07/11/18 | 2030939 | 609.50 | 0.00 | 609.50 |
| 08/07/18 | 2039922 | 530.00 | 0.00 | 530.00 |
| 09/19/18 | 2055773 | 502.00 | 0.00 | 502.00 |
| | | Total Outstanding Invoices | | $17,428.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055776**

Client/Matter: 15257497-000024

Appellate Proceedings

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 7,867.16 |
| Amounts Received, Available to Apply Against Current or Future Invoices | $ 48.50 | |
| Amount Due | $ | 7,867.16 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is
now Dentons -- Continuing
services throughout Hawai`i
dentons.com

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

**Invoice No. 2055776**

Client/Matter:  15257497-000024

Appellate Proceedings

---

For Professional Services Rendered through August 31, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 8/3/18 | K.M. Howard | 0.10 | Prepared communication regarding Appellant's deadline to file optional reply brief. |
| 8/3/18 | K.M. Howard | 0.40 | Reviewed and revised critical dates memorandum to include all deadlines pertaining to the setoff appeal at the 9th Circuit. |
| 8/6/18 | S. Maizel | 1.00 | Revising Ninth Circuit opening brief. |
| 8/7/18 | K.M. Howard | 1.90 | Organized pleadings designated as Excerpts of Record and prepared each pursuant to FRAP guidelines and finalized Appellant's Excerpts of Record and designated pleadings including culling and assembling of dockets in the underlying bankruptcy case, appeal to the district court and the appeal to the bankruptcy appellate panel. |
| 8/7/18 | C. Luband | 0.10 | Email regarding review of brief. |
| 8/7/18 | K.M. Howard | 0.40 | Researched Federal Rules of Appellate Procedure to determine the limit of pages per volume to Excerpts of Record at the Ninth Circuit level. |
| 8/7/18 | K.M. Howard | 0.70 | Reviewed Appellant's Opening Brief and incorporated Excerpts of Record cites and docket numbers. |
| 8/7/18 | K.M. Howard | 4.40 | Further analysis of documents and pleadings culled for inclusion into Appellant's Excerpts of Record and drafted Excerpts of Record, Volumes 1 - 4. |
| 8/8/18 | C. Luband | 2.10 | Review and revise brief and send materials to S Maizel; conference with C Bornstein regarding additional legislative history research. |
| 8/8/18 | C. Bornstein | 1.20 | Research legislative history of provider tax statute per C. Luband. |
| 8/8/18 | K.M. Howard | 3.30 | Reviewed and revised Excerpts of Record, Volumes 1 - 4, organized designated records and finalized all volumes of the Excerpts of Record in support of Appellant's Opening Brief. |
| 8/8/18 | W. Hulsebus | 0.10 | Research and obtain requested cases for S. Maizel |

Appellate Proceedings

September 19, 2018

Matter: 15257497-000024
Invoice No.: 2055776

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/8/18 | S. Maizel | 3.00 | Review and revise 9th Circuit appellate brief re State offset of HQAF. |
| 8/8/18 | K.M. Howard | 0.10 | Reviewed Appellant's Opening Brief to cross-reference a particular cite for accuracy. |
| 8/8/18 | K.M. Howard | 0.20 | Researched and culled various decision in the DCHS v. Gardens appeals. |
| 8/8/18 | K.M. Howard | 0.30 | Finalized Volumes 1-4 of the Appellant's Excerpts of Record and prepared communications regarding the submission of each to the Ninth Circuit. |
| 8/9/18 | K.M. Howard | 0.10 | Reviewed notice from the Ninth Circuit requesting delivery of additional copies of Appellant's Opening Brief and Excerpts of Record and prepared communication regarding the deadline set by the court. |

Total Hours        19.40

Fee Amount                   $7,688.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Luband | $650.00 | 2.20 | $1,430.00 |
| S. Maizel | $650.00 | 4.00 | $2,600.00 |
| C. Bornstein | $410.00 | 1.20 | $492.00 |
| W. Hulsebus | $125.00 | 0.10 | $12.50 |
| K.M. Howard | $265.00 | 11.90 | $3,153.50 |
| Totals | | 19.40 | $7,688.00 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 8/10/2018 | Delivery & Postage FedEx Airbill #782249876366 08/10/18 Delivery to  95 7TH ST, SAN FRANCISCO, CA | 104.46 |
| | SUBTOTAL | 104.46 |
| 8/8/2018 | Lexis HULSEBUS\ WANDA | 2.00 |
| 8/8/2018 | Lexis HULSEBUS\ WANDA | 39.50 |

3

Appellate Proceedings

September 19, 2018

Matter: 15257497-000024
Invoice No.: 2055776

| **Date** | **Description** | | | | **Amount** |
|---|---|---|---|---|---|
| | | | | SUBTOTAL | 41.50 |
| | Print/Copies BW | | | | 33.20 |
| | | | | SUBTOTAL | 33.20 |
| | Total Disbursements | | | | $179.16 |
| | Fee Total | $ | 7,688.00 | | |
| | Disbursement Total | $ | 179.16 | | |
| | Invoice Total | $ | 7,867.16 | | |
| | Amounts Received, Available to Apply Against Current or Future Invoices | $ 48.50 | | | |
| | Amount Due | $ | 7,867.16 | | |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai'I
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

---

Statement of Account

According to our records, as of September 19, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 06/12/17 | 1900475 | 51,599.50 | (1,717.50) | 49,882.00 |
| 07/11/17 | 1907900 | 22,171.00 | 0.00 | 22,171.00 |
| 08/14/17 | 1920742 | 37,563.50 | 0.00 | 37,563.50 |
| 09/14/17 | 1930419 | 13,792.60 | (326.10) | 13,466.50 |
| 10/17/17 | 1942385 | 36,077.32 | (442.82) | 35,634.50 |
| 11/13/17 | 1951655 | 22,102.50 | (119.50) | 21,983.00 |
| 12/12/17 | 1963224 | 13,599.50 | (1,784.00) | 11,815.50 |
| 01/24/18 | 1975029 | 9,913.40 | (807.90) | 9,105.50 |
| 02/28/18 | 1982231 | 15,772.90 | (390.90) | 15,382.00 |
| 03/20/18 | 1992991 | 233.22 | (180.22) | 53.00 |
| 04/13/18 | 2001451 | 3,089.30 | (579.80) | 2,509.50 |
| 05/08/18 | 2008599 | 1,713.80 | (598.80) | 1,115.00 |
| 06/18/18 | 2024527 | 1,761.50 | (238.00) | 1,523.50 |
| 07/11/18 | 2030940 | 928.00 | (150.00) | 778.00 |
| 08/07/18 | 2039923 | 1,502.50 | (41.00) | 1,461.50 |
| 09/19/18 | 2055776 | 7,867.16 | 0.00 | 7,867.16 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Alston Hunt Floyd & Ing is now
Dentons -- Continuing services
throughout Hawai`i
dentons.com

For your Information - Open Invoices

Gardens Regional Hospital & Medical Center
c/o Brian Walton
3719 Meadville Dr.
Sherman Oaks, CA 91403
USA

September 19, 2018

Client/Matter #: 15257497-000024

Appellate Proceedings

| | |
|---|---|
| Total Outstanding Invoices | <u>$232,311.16</u> |
| Credits On Account | $48.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): ***Dentons US LLP'S Twenty-Fifth Monthly Fee Application For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses For The Period Of August 2018,*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 4, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

***SEE ATTACHED SERVICE LIST NO. 1***

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date* ) October 4, 2018, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***SEE ATTACHED SERVICE LIST NO. 2***

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 4, 2018, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2018 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1

## SERVICE LIST

2

*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

3

4

## 1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

5

**Anthony R. Bisconti** on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

6

**Karl E Block** on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

7

**Manuel A. Boigues** - bankruptcycourtnotices@unioncounsel.net

8

**Bruce M Bunch** on behalf of Creditor Doug Sunstedt
pam@bunchlawyers.com

9

**Louis J Cisz, III** on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

10

11

**Dawn M Coulson** on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

12

**John P Desmond** jdesmond@dickinsonwright.com, cgrinstead@dickinsonwright.com

13

**Richard K Diamond** - rdiamond@dgdk.com; DanningGill@gmail.com; rdiamond@ecf.inforuptcy.com

14

**Barry S. Glaser** on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

15

16

**Jeffrey I Golden** on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

17

**Rhonda S. Goldstein** on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

18

19

**M. Jonathan Hayes**  jhayes@srlawfirm.com; roksana@srlawfirm.com; matthew@srlawfirm.com; rosarioz@srlawfirm.com; jfisher@srlawfirm.com; mariasrhlawfirm.com; jhayesecf@gmail.com

20

21

**Lawrence J. Hilton** on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com; crodriguez@onellp.com

22

23

**David Jacobs** on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

24

**Ivan L Kallick** on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

25

**Eve H Karasik** on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

26

27

**Steven J. Katzman** on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

28

**Talin Keshishian** - tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Gary E Klausner** on behalf of Creditor Roxbury Healthcare Services, LLC
and on behalf of Creditor Sycamore Health Care Services, LLC; gek@lnbyb.com

**Stuart I. Koenig** on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

**Dare Law** on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

**Elan S. Levey** on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

**Wendy A Loo** on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

**Stephen A Madoni** on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

**Howard N Madris** on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

**Boris I. Mankovetskiy** on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

**Amanda L Marutzky** on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

**David W. Meadows** on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

**Reed M. Mercado** - rmercado@sheppardmullin.com

**Benjamin Nachimson** on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

**Steven G. Polard** on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@eisnerlaw.com, lcorrales@eisnerlaw.com

**Amelia Puertas-Smara** - itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

**Kurt Ramlo** on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

**Paul F Ready** - tamara@farmerandready.com

**David M Reeder** on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

**J. Alexandra Rhim** on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

**Mary H Rose** on behalf of Creditor Promise Gardens Lending Company, Inc. and
Promise Hospital of East Los Angeles, L.P.; mrose@buchalter.com,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Daniel Robert Schimizzi** on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com; cwirick@bernsteinlaw.com

**George E Schulman** - GSchulman@DGDK.com; danningGill@gmail.com; gschulman@ecf.inforuptcy.com

**Andrew H. Sherman** on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

**Roman Shkodnik** - roman@yeremianlaw.com

**Leonard M Shulman** on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

**Gerald N Sims** on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

**Alan Stomel** on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

**Tiffany Strelow Cobb** on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

**Wayne R Terry** on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

**Gary F Torrell** on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

**Leslie A Tos** - Ltos@farmerandready.com, smeyer@farmerandready.com

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**Anne A. Uyeda** - auyeda@bmkattorneys.com, admin@bmkattorneys.com

**Kenneth K. Wang** on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

**Johnny White** on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
JWhite@wrslawyers.com, aparisi@wrslawyers.com

**Hatty K Yip** on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**2  TO BE SERVED BY U.S. MAIL:**

| *Regulatory Agencies* | |
|---|---|
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Office: (916) 445-9555 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 4 -

1

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and*
2   *Medical Center*

3   **Request for Special Notice**

| | |
|---|---|
| 4  Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>5  Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>6  Beverly Hills, CA  90211<br>eweissman@wilshirepacificadvisors.com<br>7  marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office:  (619) 940-0553 Ext. 3<br>Fax:  (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| 8  Darrell W. Clark<br>Stinson Leonard Street LLP<br>9  1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>10  Office:  (202) 785-9100<br>Fax:  (202) 785-9163<br>11  [Counsel for Cerner Health Services] | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| 12  Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>13  Hawaiian Gardens, CA 90716<br>Attn:  Pioneer Carson Corp., General Partner<br>14         Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| 15  James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>16  Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| 17  Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>18  515 West Hamilton St., Suite 502<br>Allentown, PA  18101<br>19 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA  90503 |
| 20  Grace Su<br>Meiguo Realty Group, Inc.<br>21  15713 Valley Blvd.<br>City of Industry CA 91744<br>22  Office:  626-677-6488<br>grace@meiguorealty.com<br>23 | Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aerojet Avenue #323<br>El Monte, CA 91731<br>Office:  626/569-3724<br>Fax:  626/927-9842 |
| 24  Mark Waxman<br>Gerald Kosai<br>25  Verity Health System<br>2200 West Third Street, Suite 200<br>26  Los Angeles, CA  90057<br>310.701.1665 | Aaron L. Durall<br>Durall Capital Holdings<br>8411 W. Oakland Park Blvd., Suite 302<br>Sunrise, FL   33351-7357 |

27

28

100259597\V-3

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA  90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re:  Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C.  20032<br>Office:  (202) 574-5700 | Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Blvd., Ste. 302<br>Los Angeles, CA 90010 |
| Kansas State Bank of Manhattan<br>c/o Stephen Biegenzahn<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA  90067 | Blue Cross Blue Shield of Michigan<br>John P. Desmond<br>Dickinson Wright PLLC<br>100 West Liberty Street, Suite 940<br>Reno, NV  89501<br>Tel:  775.343.7500<br>Fax:  844.670.6009<br>E-mail:  jdesmond@dickinsonwright.com |

**Creditor's Committee**

| | |
|---|---|
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office:  (614) 533-3125<br>Email:  rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office:  (415) 227-3585<br>Email:  rzadek@buchalter.com |
| | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

100259597\V-3