| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | |
|---|---|
| GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor(s). | CASE NO.: 2:16-bk-17463-ER<br>CHAPTER: 11<br><br>**APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: 12/19/2018<br>TIME: 10:00 am<br>COURTROOM: 1568<br>PLACE: 255 East Temple Street<br>Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Weiland Golden Goodrich LLP

2. Type of services rendered:
   a. ☒ Attorney for (*specify*): Official Committee of Unsecured Creditors
   b. ☐ Accountant for (*specify*): ____
   c. ☐ Other professional (*specify*): ____

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 06/06/2016

4. Date of entry of Order Approving Applicant's Employment: 08/05/2016

5. Date of filing of last Fee and/or Expense Application: 08/22/2018

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ ____________

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 73,685.00

   d. Total amount actually paid pursuant to prior approved applications: $ 56,745.59

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 13,858.91

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Cynthia B. Meeker | $ 250.00 | X | 4.80 | = | $ 1,200.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: ☐ See attached page

9. Bonus requested (final fee applications only): $ 0.00
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 1,200.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 2,890.43

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Online research | $ 9.40 |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 9.40

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
    See the attached Declaration of Jeffrey I. Golden and Exhibit 1.

15. Total number of attached pages of supporting documentation: 6

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/28/2018 | Jeffrey I. Golden | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# DECLARATION OF JEFFREY I. GOLDEN

I, Jeffrey I. Golden, declare as follows:

1. I am a partner in the law firm Weiland Golden Goodrich LLP (the "Firm"), attorneys for the Official Committee of Unsecured Creditors (the “Committee”) of Gardens Regional Hospital and Medical Center (the “Debtor”). The following is within my personal knowledge and, if called upon as a witness, I could and would testify competently with respect thereto. I am submitting this declaration in support of the Application for Payment of Final Fees and Expenses (the “Final Application”).

2. In light of the small amount of fees requested, the Firm is submitting the attached short-form fee application.

3. On June 6, 2016, this bankruptcy case was commenced by the filing of a voluntary petition under Chapter 11 of the Title 11 of the United States Code.

4. On July 5, 2016, the Office of the United States Trustee filed a notice of appointment of the Committee. The first meeting of the Committee was held on July 5, 2016, and at that meeting, the Committee selected as its co-counsel, Sills Cummis & Gross P.C. (“Co-Counsel”) and Lobel Weiland Golden Friedman LLP[1]. By order entered August 5, 2016,[2] the Court authorized the Firm’s employment as co-counsel to the Committee, in a local capacity, effective July 5, 2016.

5. More recently, the Committee was authorized to investigate and pursue avoidance actions and claims of the estate, and to employ the Firm as its counsel in those endeavors, pursuant to the order entered May 25, 2018. This Final Application does not address this recent engagement.

6. On August 22, 2018, the Firm filed its First Interim Application for Allowance and Payment of Fees and Reimbursement of Expenses of Weiland Golden Goodrich LLP, Local Co-Counsel to the Official Committee of Unsecured Creditors of Gardens Regional

[1] On March 19, 2018, Lobel Weiland Golden Friedman LLP changed its name to Weiland Golden Goodrich LLP.

[2] By separate order, Co-Counsel’s employment also was approved on August 5, 2016.

Hospital and Medical Center, Inc. [Docket 1277] (the "First Application") which sought approval of $73,685.00 in fees and $2,890.43 in expenses for the period from July 5, 2016 through August 17, 2018, for a total of $76,575.43. On September 17, 2018, the Court entered the order approving the First Application [Docket 1326]. To date, the Firm has received payments totaling $59,636.02, leaving a balance of $13,858.91, after taking into account the $3,080.50 reduction pursuant to the *Stipulation Resolving Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion to Approve Terms and Conditions of Settlement Agreement By and Between the Debtor, and Sycamore Healthcare Services, LLC, and Beryl Weiner, in Accordance with Bankruptcy Rule 9019* which was approved by order entered May 31, 2018.

7. The Firm requests that the Court affirm the interim award of fees and expenses as a final award.

8. From August 20, 2018 through November 28, 2018, the Firm has incurred $1,200.00 in additional fees and $9.40 in additional expenses for finalizing the First Application, reviewing the Court's tentative ruling on the First Application, preparing the proposed order approving the First Application, and preparing this Final Application.

9. In the ordinary course of its business, the Firm keeps a record of all time expended by its professionals and para-professionals in the rendering of professional services on a computerized billing system as follows: At or near the time the professional services are rendered, attorneys and other professionals of the Firm either: (1) record in writing on a time sheet the client/matter name or number, the duration of time expended, and a description of the nature of the services performed, or (2) input the time record, including the client/matter number, duration of time expended, a description of the nature of the services performed, and the initials of the professional rendering the service, directly into the Firm's computer billing system. For the professionals who record their time using written time sheets, the information contained in the time sheets is then transcribed into the Firm's computer billing system. The Firm's computer billing system

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

keeps a record of all time spent on a client/matter, the professional providing the services and a description of the services rendered. The Firm's computer billing system automatically multiplies the time expended by each professional by the respective professional's billing rate to calculate the amount of the fee associated. The Firm conducts its business in reliance on the accuracy of such business records.

10. I have reviewed the Firm's bills for services rendered in connection with its representation of the Trustee in this case, a true and correct copy of which is attached hereto as Exhibit "1."

11. It is the Firm's usual practice to allocate work and assignments in an efficient manner to achieve an effective result. As demonstrated in the Application, the practice has been followed in this case.

12. At any time a reimbursable charge is incurred on behalf of a client, such as photocopy expenses, telecopy charges, and the like, employees of the Firm keep a written record of the file number for which the charges were expended and a brief description of the nature of the expense. These records are also transcribed into the computer which, together with the records of time spent providing professional services, are transcribed onto monthly bills.

13. With respect to costs for the reproduction of documents, the photocopy operator must manually enter in the system the coded "file" number and "matter" number assigned to that particular case and the number of photocopies made. The Firm's photocopy charge for all clients is $.20 per page. Scanned documents are also charged at $.20 per page. Attached hereto as Exhibit "1" is a true and correct copy of the expense portion of the Firm's billing statement.

14. The Firm has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the attorneys' fees or expenses awarded to the Firm will be paid to any other entity.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

15. I have reviewed the requirements of Local Bankruptcy Rule 2016 ("Rule 2016"). The Application complies with Rule 2016.

16. I participated in preparing, am familiar with, and have read the Application. To the best of my knowledge, information and belief, the facts in the Application are true and correct.

17. In summary, based on the foregoing, the Firm is requesting:

a. Allowance and payment of $1,200.00 in final fees and $9.40 in final expenses for the period from August 20, 2018 through November 28, 2018;

b. Affirmation of the prior interim award of $73,685.00 in fees and $2,890.43 in expenses as a final award; and

c. Payment of the balance of $13,858.91 owed from the First Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of November, 2018, at Costa Mesa, California.

JEFFREY I. GOLDEN

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# EXHIBIT 1

**WEILAND GOLDEN GOODRICH LLP**
**650 TOWN CENTER DRIVE - SUITE 600**
**COSTA MESA, CALIFORNIA 92626**
**TELEPHONE: 714-966-1000**
**FEDERAL TAX I.D. 47-1879250**

NOVEMBER 28, 2018

OFFICIAL COMMITEE OF UNSECURED CREDITORS OUR FILE: OCC01.0060

RE: GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.
INVOICE # 2642
RESPONSIBLE ATTORNEY: JEFFREY GOLDEN

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 28, 2018

PROFESSIONAL SERVICES

FEE APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 08/20/18 | CBM | EXCHANGE OF E-MAIL WITH ANTHONY BISCONTI RE NOTICE OF FEE HEARING | 0.10 | @250 | 25.00 |
| 08/22/18 | CBM | EXCHANGE OF E-MAIL WITH SILLS CUMMIS RE NARRATIVE OF FEE APPLICATION | 0.10 | @250 | 25.00 |
| 08/22/18 | CBM | PREPARATION OF FIRST INTERIM FEE APPLICATION | 1.20 | @250 | 300.00 |
| 08/22/18 | CBM | EXCHANGE OF E-MAIL WITH T. BISCONTI RE OUR FEE APPLICATION IS INTERIM NOT FINAL | 0.10 | @250 | 25.00 |
| 08/27/18 | CBM | REVIEW NOTICE OF INTERIM FEE HEARING | 0.20 | @250 | 50.00 |
| 09/11/18 | CBM | REVIEW COURT'S TENTATIVE RULING ON FIRST INTERIM FEE APPLICATION | 0.10 | @250 | 25.00 |
| 09/11/18 | CBM | REVIEW E-MAIL FROM ANTHONY BISCONTI RE TENTATIVE RULING ON FEES | 0.10 | @250 | 25.00 |
| 09/12/18 | CBM | REVIEW E-MAILS FROM A. BISCONTI RE INTERIM FEE HEARING | 0.10 | @250 | 25.00 |
| 09/12/18 | CBM | PREPARATION OF PROPOSED ORDER ON WGG FEE APPLICATION | 0.40 | @250 | 100.00 |
| 09/13/18 | CBM | PREPARATION OF ORDER APPROVING FIRST INTERIM FEE APPLICATION | 0.20 | @250 | 50.00 |
| 09/17/18 | CBM | REVIEW ENTERED FEE ORDER | 0.10 | @250 | 25.00 |
| 11/19/18 | CBM | REVIEW E-MAIL FROM A. SHERMAN RE DEADLINE TO FILE FEE APPLICATIONS | 0.10 | @250 | 25.00 |
| 11/27/18 | CBM | PREPARATION OF FINAL FEE | 0.30 | @250 | 75.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | APPLICATION | | | |
| 11/28/18 | CBM | PREPARATION OF FINAL FEE APPLICATION, EXHIBIT AND DECLARATION OF J. GOLDEN IN SUPPORT | 1.70 | @250 | 425.00 |
| | | TOTAL FEE APPLICATIONS | 4.80 | | $ 1,200.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| CBM | CYNTHIA B. MEEKER | 4.80 hr | @ 250.00 | $ 1,200.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | 4.80 | $ 1,200.00 |

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31/18 | PACER CHARGES FOR AUGUST 2018 | 9.40 |
| | TOTAL COSTS AND DISBURSEMENTS | $ 9.40 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/28/2018 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/28/2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Rob Speeney
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017

Robert Zadek
Lenders Funding, LLC
1001 Bridgeway, Suite 721
Sausalito, CA 94965

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/28/2018 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT DELIVERY

Hon. Ernest Robles
United States Bankruptcy Court
255 E. Temple Street, Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/28/2018 | Victoria Rosales | victoriaR |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Anthony Bisconti tbisconti@bmkattorneys.com, 4579179420@filings.docketbird.com
Karl E Block kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;lrubin@loeb.com;ptaylor@loeb.com
Manuel A Boigues bankruptcycourtnotices@unioncounsel.net, mboigues@unioncounsel.net
Bruce M Bunch , pam@bunchlawyers.com
Louis J Cisz lcisz@nixonpeabody.com, jzic@nixonpeabody.com
Joseph Corrigan Bankruptcy2@ironmountain.com
Dawn M Coulson dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Lauren A Deeb lauren.deeb@nelsonmullins.com, zora.thomas@nelsonmullins.com;erica.nash@nelsonmullins.com;lori.stewart@nelsonmullins.com
John P Desmond jdesmond@dickinsonwright.com, cgrinstead@dickinsonwright.com
Richard K Diamond rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
Barry S Glaser bglaser@swesq.com, erhee@swesq.com
Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Rhonda S Goldstein rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu
Andrew B Goodman goodman2009@lawnet.ucla.edu
Lawrence J Hilton lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
Michael Hogue hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
David Jacobs cemail@ebglaw.com, djacobs@ebglaw.com
Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com
Eve H Karasik ehk@lnbyb.com
Steven J. Katzman SKatzman@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com;4579179420@filings.docketbird.com
Talin Keshishian tkeshishian@bg.law, ecf@bg.law
Gary E Klausner gek@lnbyb.com
Stuart I Koenig Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
John P Kreis jkreis@kreislaw.com, j.kreis@ca.rr.com
Dare Law dare.law@usdoj.gov
Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Wendy A Loo wendy.loo@lacity.org
Stephen A Madoni stevemadoni@aol.com, nathally@madonilaw.com
Howard N Madris hmadris@madrislaw.com
Samuel R Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
Boris I Mankovetskiy bmankovetskiy@sillscummis.com
Amanda L Marutzky amarutzk@wthf.com, bnavarro@watttieder.com
David W. Meadows david@davidwmeadowslaw.com
Reed M Mercado rmercado@sheppardmullin.com
John A Moe john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
Benjamin Nachimson ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
Abigail V O'Brient avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
Steven G. Polard spolard@ch-law.com, cborrayo@ch-law.com
Amelia Puertas-Samara itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.com
Faye C Rasch frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
Paul F Ready tamara@farmerandready.com
David Reiss dreiss@brookvilleadvisory.com
J. Alexandra Rhim arhim@hrhlaw.com
Emily P Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Mary H Rose mrose@buchalter.com, salarcon@buchalter.com
Daniel Robert Schimizzi dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com

George E Schulman GSchulman@DGDK.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
Andrew H Sherman asherman@sillscummis.com
Roman Shkodnik , roman@yeremianlaw.com
Leonard M Shulman lshulman@shbllp.com
Gerald N Sims jerrys@psdslaw.com, bonniec@psdslaw.com
Alan Stomel alan.stomel@gmail.com, astomel@yahoo.com
Tiffany Strelow Cobb tscobb@vorys.com
Wayne R Terry wterry@hemar-rousso.com
Douglas S Tilley dtilley@singerbea.com
Gary F Torrell gft@vrmlaw.com
Leslie A Tos Ltos@farmerandready.com, smeyer@farmerandready.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Anne A Uyeda auyeda@bmkattorneys.com, admin@bmkattorneys.com;4579179420@filings.docketbird.com
Kenneth K Wang kenneth.wang@doj.ca.gov,
Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
Johnny White JWhite@wrslawyers.com, aparisi@wrslawyers.com
Hatty K Yip hatty.yip@usdoj.gov