KATHRYN M. STANTON (SBN 145200)
KATHRYN M. STANTON, APC
12401 Wilshire Blvd., Suite 200
Los Angeles, CA 90025-1089
Telephone: 310.207.1555
Facsimile: 310.207.3666
E-mail: kstanton@swlawyers.com

Ordinary Course Professional for
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**APPLICATION FOR KATHRYN M. STANTON, A PROFESSIONAL CORPORATION, FOR REMAINING FEES AND EXPENSES AS AN ORDINARY COURSE PROFESSIONAL**<br><br>Hearing:<br>Date:  December 19, 2018<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>            255 East Temple Street<br>            Los Angeles, CA 90012<br><br>Judge: Hon. Ernest M. Robles |

The Kathryn M. Stanton, A Professional Corporation ("Stanton"), files this Application for fees remaining due, as an Ordinary Course Professional, for services rendered on behalf of Gardens Regional Hospital and Medical Center, Inc. ("Gardens" or the "Debtor).

**I.**

**INTRODUCTION**

On August 16, 2016, this Court entered an Order [Docket No. 320] approving the *Motion Of Debtor For An Order Authorizing The Debtor To Retain, Employ, And Compensate Certain Professionals Utilized By The Debtor In The Ordinary Course Of Business* (the "Motion") [Docket No. 30].

1

109726027\V-1

Stanton filed the required Declaration [Docket No. 327] outlining the services she would perform on behalf of the Debtor.

No objection was filed to Stanton's employment and, therefore, Stanton was approved as an Ordinary Course Professional.

## II.

## SERVICES AND PAYMENT

During the course of the bankruptcy case, Stanton provided services to the Debtor which, largely, were paid in accordance with the procedures set forth in the Motion and entered Order.

Three Invoices remain unpaid:

| Period | Amount |
|---|---|
| December 14, 2017-February 28, 2018 | $4,377.50 |
| April, 2018 | $1,445.00 |
| **Total:** | $5,822.50 |

A copy of the Invoices are attached.

As set forth in the Invoices, services provided by Stanton were as follows: conferring with, responding to inquiries from, and assisting Debtor's Board of Directors, outside counsel, bankruptcy counsel, and Creditors' Committee's counsel with ongoing civil litigation matters.

In accordance with the agreement reached with counsel for the Debtor and the Creditors' Committee, Stanton agreed to reduce her fee by ten percent (10%) in exchange for payment. Accordingly, the amount remaining due Stanton is $5,240.75 ($5,822.50 - $582.25 = $5,240.75). No other fees are due Stanton.

## III.

## CONCLUSION

In accordance with this Court's Order approving the Stanton's employment as an Ordinary Course Professional, Stanton requests payment of $5,240.75.

Dated:  November 28, 2018           KATHRYN M. STANTON, APC

By  */s/ Kathryn M. Stanton*
KATHRYN M. STANTON

Ordinary Course Professional for Gardens Regional Hospital and Medical Center, Inc.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2

109726027\V-1

# INVOICES

**Kathryn M. Stanton, APC**
310-560-2955

04-07-2018

GARDENS REGIONAL_DEBTOR IN POSSESSION
21530 S. Pioneer Blvd.
Hawaiian Gardens, CA 90716

**Invoice Number: 203**
Invoice Period: 12-01-2017 - 03-31-2018

Payment Terms: Upon Receipt

**RE: GENERAL LEGAL**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-14-2017 | Kathryn Stanton | Telephone conference with John Moe and Tracy Green re pending litigation (0.7); Review of correspondence re same (0.1) | 0.800 | 425.00 | 340.00 |
| 01-02-2018 | Kathryn Stanton | Telephone conference John Moe and Tracy Green re Winters Qui Tam | 0.200 | 425.00 | 85.00 |
| 01-03-2018 | Kathryn Stanton | Telephone conference John Moe and Ann Uyeda re Accountable Healthcare litigation (0.7); Review of documents re same (1.0) | 1.700 | 425.00 | 722.50 |
| 01-04-2018 | Kathryn Stanton | Telephone conference Reva Swadener regarding Accountable matter (0.2); Emails to and from same (0.2); Prepare email to Anne Uyeda (0.1) | 0.500 | 425.00 | 212.50 |
| 01-08-2018 | Kathryn Stanton | Review emails (8) and attachments (68) re Accountable matter | 0.500 | 425.00 | 212.50 |
| 01-22-2018 | Kathryn Stanton | Emails to/from John Moe (0.2); Review Court records and respond to inquiries regarding Motion for Relief from Automatic Stay (1.0) | 1.200 | 425.00 | 510.00 |
| 01-23-2018 | Kathryn Stanton | Telephone calls to John Moe (0.2); Edit response to Motion for Relief from Automatic Stay and email same to John Moe (0.5) | 0.700 | 425.00 | 297.50 |
| 02-07-2018 | Kathryn Stanton | Telephone conference David Herskovitz (0.3); Review documents re payment to hospital re Paul Randall implant surgery (0.4) | 0.700 | 425.00 | 297.50 |
| 02-09-2018 | Kathryn Stanton | Multiple telephone conferences with (at various times) John Moe, Andy Jinnah, Anne Uyeda and David Herskovitz re pending litigation being taken over by the Committee | 1.500 | 425.00 | 637.50 |
| 02-20-2018 | Kathryn Stanton | Telephone calls and emails and texts to/from Anne Uyeda and John Moe | 0.400 | 425.00 | 170.00 |
| 02-27-2018 | Kathryn Stanton | Telephone conferences with John Moe and Andy Jinnah (0.2); Review and compile documents in response to requests from Dentons (1.4) | 1.600 | 425.00 | 680.00 |
| 02-28-2018 | Kathryn Stanton | Respond to further inquiries from Debtor's bankruptcy counsel John Moe | 0.500 | 425.00 | 212.50 |
| | | | | **Total Fees** | **4,377.50** |

## Time Summary

| Professional | Hours | Amount |
|---|---:|---:|
| Kathryn Stanton | 10.300 | 4,377.50 |
| **Total Fees** | | **4,377.50** |
| | | |
| **Total for this Invoice** | | **4,377.50** |

**Kathryn M. Stanton, APC**
310-560-2955

05-02-2018

GARDENS REGIONAL_DEBTOR IN POSSESSION
21530 S. Pioneer Blvd.
Hawaiian Gardens, CA 90716

**Invoice Number: 205**
Invoice Period: 04-01-2018 - 04-30-2018

Payment Terms: Upon Receipt

**RE: GENERAL LEGAL**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-02-2018 | Kathryn Stanton | Telephone conference with John Moe, Brian Walton and David Herskovitz re status updates, pending litigation and privilege issues (0.9); Emails to and from Gardens' appointed counsel relating to defense of the Sunstedt litigation (0.2) | 1.100 | 425.00 | 467.50 |
| 04-10-2018 | Kathryn Stanton | Telephone conferences with Reva Swadener (0.2) and Clayton Lee (0.1) and leave message for Teri Sullivan regarding Sunstedt litigation | 0.300 | 425.00 | 127.50 |
| 04-11-2018 | Kathryn Stanton | Telephone conferences with Teri Sullivan (0.2) and Clayton Lee (0.1) regarding assisting with defense of Sunstedt action against Gardens | 0.300 | 425.00 | 127.50 |
| 04-12-2018 | Kathryn Stanton | Further telephone conferences with Reva Swadener and Clayton Lee regarding the Sunstedt litigation (0.2); Review emails from Mr. Lee (0.2) | 0.400 | 425.00 | 170.00 |
| 04-16-2018 | Kathryn Stanton | Telephone conference Anne Uyeda and review of documents regarding Gardens litigation against de Lage Landen and Intuitive Surgical | 1.000 | 425.00 | 425.00 |
| 04-23-2018 | Kathryn Stanton | Telephone conference John Moe re new case filed against Gardens (0.1); Follow up re Sunstedt witness (0.1); Telephone call to counsel for hospital in Sunstedt litigation (0.1) | 0.300 | 425.00 | 127.50 |
| | | | | **Total Fees** | **1,445.00** |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Kathryn Stanton | 3.400 | 1,445.00 |
| | **Total Fees** | **1,445.00** |

| | Total for this Invoice | 1,445.00 |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **Application For Kathryn M. Stanton, A Professional Corporation, For Remaining Fees And Expenses As An Ordinary Course Professional,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 28, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*SEE ATTACHED SERVICE LIST NO. 1*

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) November 28, 2018, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*SEE ATTACHED SERVICE LIST NO. 2*

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 28, 2018, I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2018 | GLENDA SPRATT | /s/Glenda Spratt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# **SERVICE LIST**

*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

**Anthony R. Bisconti** on behalf of Interested Party Official Committee of Unsecured Creditors - tbisconti@bmkattorneys.com, admin@bmkattorneys.com

**Karl E Block** on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, plavine@loeb.com

**Manuel A. Boigues** - bankruptcycourtnotices@unioncounsel.net

**Bruce M Bunch** on behalf of Creditor Doug Sunstedt
pam@bunchlawyers.com

**Louis J Cisz, III** on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

**Dawn M Coulson** on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

**John P Desmond** jdesmond@dickinsonwright.com, cgrinstead@dickinsonwright.com

**Richard K Diamond** - rdiamond@dgdk.com; DanningGill@gmail.com; rdiamond@ecf.inforuptcy.com

**Barry S. Glaser** on behalf of Interested Party Courtesy NEF
bglaser@swesq.com; erhee@swesq.com

**Jeffrey I Golden** on behalf of Interested Party Official Committee Unsecured Creditors
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

**Rhonda S. Goldstein** on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu;lissa.ly@ucop.edu

**M. Jonathan Hayes**  jhayes@srhlawfirm.com; roksana@srhlawfirm.com; matthew@srhlawfirm.com; rosarioz@srhlawfirm.com; jfisher@srhlawfirm.com; mariasrhlawfirm.com; jhayesecf@gmail.com

**Lawrence J. Hilton** on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; janderson@onellp.com; crodriguez@onellp.com

**David Jacobs** on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

**Ivan L Kallick** on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

**Eve H Karasik** on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

**Steven J. Katzman** on behalf of Interested Party Official Committee Unsecured Creditors
skatzman@bmkattorneys.com; admin@bmkattorneys.com

**Talin Keshishian** - tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Gary E Klausner** on behalf of Creditor Roxbury Healthcare Services, LLC and on behalf of Creditor Sycamore Health Care Services, LLC; gek@lnbyb.com

**Stuart I. Koenig** on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com, knielsen@cmkllp.com

**Dare Law** on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

**Elan S. Levey** on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov; louisa.lin@usdoj.gov

**Wendy A Loo** on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

**Stephen A Madoni** on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

**Howard N Madris** on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

**Boris I. Mankovetskiy** on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com

**Amanda L Marutzky** on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, jjensen@watttieder.com

**David W. Meadows** on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

**Reed M. Mercado** - rmercado@sheppardmullin.com

**Benjamin Nachimson** on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com

**Steven G. Polard** on behalf of Creditor Le' Summit Healthcare, LLC
stevenpolard@eisnerlaw.com, lcorrales@eisnerlaw.com

**Amelia Puertas-Smara** - itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

**Kurt Ramlo** on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

**Paul F Ready** - tamara@farmerandready.com

**David M Reeder** on behalf of Creditor RollinsNelson Grp, LLC
dmr@vrmlaw.com, jle@vrmlaw.com

**J. Alexandra Rhim** on behalf of Creditor De Lage Landen
arhim@hemar-rousso.com

**Mary H Rose** on behalf of Creditor Promise Gardens Lending Company, Inc. and Promise Hospital of East Los Angeles, L.P.; mrose@buchalter.com,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Daniel Robert Schimizzi** on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com; cwirick@bernsteinlaw.com

**George E Schulman** - GSchulman@DGDK.com; danningGill@gmail.com; gschulman@ecf.inforuptcy.com

**Andrew H. Sherman** on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

**Roman Shkodnik** - roman@yeremianlaw.com

**Leonard M Shulman** on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

**Gerald N Sims** on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

**Alan Stomel** on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

**Tiffany Strelow Cobb** on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

**Wayne R Terry** on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

**Gary F Torrell** on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

**Leslie A Tos** - Ltos@farmerandready.com, smeyer@farmerandready.com

**United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

**Anne A. Uyeda** - auyeda@bmkattorneys.com, admin@bmkattorneys.com

**Kenneth K. Wang** on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; yesenia.caro@doj.ca.gov

**Johnny White** on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
JWhite@wrslawyers.com, aparisi@wrslawyers.com

**Hatty K Yip** on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

- 3 -

100259597\V-3

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**TO BE SERVED BY U.S. MAIL:**

| *Regulatory Agencies* | |
|---|---|
| Xavier Becerra<br>Attorney General of State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>Office: (916) 445-9555 | U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Office (202) 514-2000<br>Fax: (202) 307-6777 |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012<br>Office: (213) 894-2400<br>Fax: (213) 894-0141 | Sylvia Mathews Burwell, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>Office: (202) 690-6610<br>Fax: (202) 690-7203 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>Office: (213) 576-3009 | Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814<br>Office: (916) 464-4430 |
| State of California<br>Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013<br>Office: (916) 845-6500<br>Fax: None | Angela M. Belgrove<br>Assistant Regional Counsel<br>U.S. Department of Health and Human Services<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705<br>Office: (415) 437-8156<br>Fax: (415) 437-8188 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814<br>Office: (866) 333-4606 | Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Office: (415) 703-5500<br>Fax: (415) 703-5480 |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101<br>Office: (267) 941-6800 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 4 -

100259597\V-3


*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

**Request for Special Notice**

| | |
|---|---|
| Eric Weissmanm [e-mail only]<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211<br>eweissman@wilshirepacificadvisors.com<br>marylane@wilshirepacificadvisors.com<br>[email courtesy copies only] | Rose E. Bareham<br>Purkey & Associates<br>5050 Cascade Road SE Suite A<br>Grand Rapids, MI 49546<br>Office: (619) 940-0553 Ext. 3<br>Fax: (619) 940-0554<br>Email:<br>[Counsel for Stryker Instruments] |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Office: (202) 785-9100<br>Fax: (202) 785-9163<br>[Counsel for Cerner Health Services] | Robert L. Patterson, Esq.<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquiz Canyon Way<br>Palm Springs, California 92662 |
| Cerritos Gardens General Hospital Company<br>21520 South Pioneer Blvd., Suite 205<br>Hawaiian Gardens, CA 90716<br>Attn:   Pioneer Carson Corp., General Partner<br>          Attn: Cherna Moskowitz, President | Mr. Oren Ben Ezra<br>1250 E. Hallandale Beach Blvd., Suite 1000<br>Hallandale Beach, FL 33009 |
| James Hamada, M.D.<br>21500 South Pioneer Blvd., Suite 208<br>Hawaiian Gardens, CA 90716 | Amable Aguiliuz, M.D.<br>21500 South Pioneer Blvd., Suite 209<br>Hawaiian Gardens, CA 90716 |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton St., Suite 502<br>Allentown, PA 18101 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA 90503 |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Blvd.<br>City of Industry CA 91744<br>Office: 626-677-6488<br>grace@meiguorealty.com | Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aerojet Avenue #323<br>El Monte, CA 91731<br>Office: 626/569-3724<br>Fax: 626/927-9842 |
| Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West Third Street, Suite 200<br>Los Angeles, CA 90057<br>310.701.1665 | Aaron L. Durall<br>Durall Capital Holdings<br>8411 W. Oakland Park Blvd., Suite 302<br>Sunrise, FL 33351-7357 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*SERVICE LIST (cont'd)*
*In re: Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center*

| | |
|---|---|
| Marc Ferrel<br>President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Ave SW<br>Washington, D.C. 20032<br>Office: (202) 574-5700 | Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Blvd., Ste. 302<br>Los Angeles, CA 90010 |
| Kansas State Bank of Manhattan<br>c/o Stephen Biegenzahn<br>Friedman Law Group, P.C.<br>1900 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA 90067 | Blue Cross Blue Shield of Michigan<br>John P. Desmond<br>Dickinson Wright PLLC<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>Tel: 775.343.7500<br>Fax: 844.670.6009<br>E-mail: jdesmond@dickinsonwright.com |
| **Creditor's Committee** | |
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Office: (614) 533-3125<br>Email: rob.speeney@cardinalhealth.com | Robert Zadek<br>Lenders Funding, LLC<br>1001 Bridgeway, Suite 721<br>Sausalito, CA 94965<br>Office: (415) 227-3585<br>Email: rzadek@buchalter.com |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300