Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
David M. Guess, State Bar No. 238241
dguess@bmkattorneys.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
**BIENERT | KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

-and-

Andrew H. Sherman (*pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
bmankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Co-Counsel to Michael R. Lane, Liquidating Trustee of the
Gardens Regional Hospital and Medical Center Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**LIQUIDATING TRUSTEE'S POST-CONFIRMATION STATUS REPORT PURSUANT TO LOCAL BANKRUPTCY RULE 3020-1**<br><br>**Post-Confirmation Status Conference**<br>Judge: Hon. Ernest M. Robles<br>Date:  December 18, 2018<br>Time:  10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>          255 E. Temple Street, Courtroom 1568<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

Michael R. Lane, Liquidating Trustee of the Gardens Regional Hospital and Medical Center Liquidating Trust (respectively, the "Trustee" and the "Trust"), hereby submits this post-confirmation status report pursuant to Rule 3020-1(b) of the Local Bankruptcy Rules for the U.S. Bankruptcy Court for the Central District of California and Paragraph 94 of the *Findings of Fact, Conclusions of Law and Order Approving Joint Chapter 11 Plan of Liquidation* [Dkt. No. 1327] (the "Confirmation Order").[1]

The *Joint Chapter 11 Plan of Liquidation* (as modified, the "Plan") [Dkt. No. 1274] went effective on October 10, 2018. Since that time the Trust has complied with all of the provisions of the Plan and has made all of the presently required distributions under the Plan as described below.

**I.     Schedule of Debts/Claims.**

   **A.     Administrative Expense Claims**

As set forth in Section D.2.a of the *Disclosure Statement for Joint Chapter 11 Plan of Liquidation Pursuant to Section 1125 of the Bankruptcy Code* [Dkt. No. 1273] (the "Disclosure Statement"), "Administrative Expense Claims are estimated to be between approximately $306,942 and $461,046, exclusive of Professional Compensation and Reimbursement Claims, which amount is based upon proofs of claim that have been filed with the Bankruptcy Court." After the filing of the Disclosure Statement and prior to the August 24, 2018 bar date for Administrative Expense Claims, approximately $5,936,297.37 in liquidated Administrative Expense Claims were filed. *See* Claim Nos. 291-313. Some, including the largest one, were facially erroneously filed as Administrative Expense Claims and are actually pre-petition claims. *See, e.g.,* Claim No. 307 ($5,000,000 pre-petition litigation claim). Others are facially duplicative. *See, e.g.,* Claim Nos. 297 & 298 (duplicative $90,000 claims). The Trustee is working to analyze and resolve any disputes relating to the Administrative Expense Claims.

---

[1]     Capitalized terms used but not defined herein have the meanings set forth in the Plan.

**B.    Professional Compensation and Reimbursement Claims**

There are five pending applications that have been filed seeking approval on a final basis of approximately $6,215,188.22 in Professional Compensation and Reimbursement Claims. *See* Dkt. Nos. 1378 & 1382-83 & 1385-86.[2] As of November 30, 2018, approximately $1,876,271.06 of this amount remains unpaid. A hearing will be held on December 19, 2018 at 10:00 a.m. on the five final fee applications that have been filed. The Trustee is analyzing the applications and is working to resolve any disputes relating to the Professional Compensation and Reimbursement Claims sought therein.

**C.    Priority Tax Claims**

There are no asserted Priority Tax Claims that have not yet been Allowed and remain unpaid.

**D.    Statutory Fees**

The Trust is current on the payment of all Statutory Fees.

**E.    Class 1 (Priority Non-Tax Claims)**

$77,731.21 in Priority Non-Tax Claims have not yet been Allowed and remain unpaid. The Trustee is working to analyze and resolve any disputes relating to these Priority Non-Tax Claims.

**F.    Class 2 (Secured Claims)**

The Trust believes that there are no remaining, unresolved Secured Claims.

**G.    Class 3 (General Unsecured Claims)**

Asserted General Unsecured Claims, including disputed claims and claims under review, currently total approximately $49,005,752.18. No distribution to holders of General Unsecured Claims has yet been made. The Trustee is working to analyze and resolve any disputes relating to the General Unsecured Claims, starting with the largest of the General Unsecured Claims.

**H.    Class 4 (Convenience Claims)**

Since the Effective Date, the Trust distributed a total of $25,576.34 to holders of Convenience Claims, providing each of them with the lesser of 100% of the amount of their Convenience Claims and $500, thereby satisfying all Convenience Claims in full. As a result, the Trust has fully complied with all its obligations under the Plan to make distributions to holders of Convenience Claims.

---

[2]    This excludes an ordinary course professional application to be paid $5,240.75. *See* Dkt. No. 1384.

**I.     Class 5 (Litigation Claims)**

Under the Plan, no distributions are to be made on account of Litigation Claims.

**II.    Post-Confirmation Tax Liabilities.**

No post-confirmation tax liabilities have come due at this time.

**III.   Projections as to Continuing Ability to Comply with the Terms of the Plan.**

The Trust has met all its obligations under the Plan to date, including in making the distributions described above, and expects that it will be able to meet all of its remaining obligations under the Plan. The Trust is currently holding $3,036,284.13 in book balance as of November 30, 2018.

**IV.    Estimation of the Date for Plan Consummation and Application for Final Decree.**

The Trust is still in the early stages of performing its obligations under the Plan. The Effective Date was only on October 10, 2018. The Trust is not in a position to estimate a date for entry of the final decree at this time. In particular, the Trust is now prosecuting the Debtor's appeal to the Ninth Circuit relating to whether the State of California and its Department of Health Care Services violated the automatic stay in withholding in excess of $4 million owing to the Debtor and setting off that amount against payments owed by the Debtor without first obtaining an order from this Court granting relief from the automatic stay. Although the appeal is fully briefed, it has not yet been set for oral argument and it is unclear how quickly following oral argument the Ninth Circuit may issue its opinion. The outcome of the Ninth Circuit appeal will have a significant impact on the extent distributions may be available to holders of General Unsecured Claims. The Trust also continues to prosecute numerous preference actions, which may also have an impact on the amount available for distribution.

**V.     Recommendation.**

To conserve limited resources, unless the Court has questions concerning this post-confirmation status report or concerning the status of the Trust's efforts in performing its obligations under the Plan, the Trust recommends that the Court take the December 18, 2018 post-confirmation status conference off calendar. The Trust further recommends that the Court not require a further post-confirmation status report or post-confirmation status conference until at least ninety days after the Ninth Circuit issues its opinion in the Trust's appeal, at which time the Trust should be able to provide the Court with a substantive update. To facilitate this, the Trust will reach out to the Court shortly following issuance of

the Ninth Circuit's opinion to obtain a date and time for the next post-confirmation status conference.

Dated:  December 4, 2018

BIENERT | KATZMAN, PLC

*/s/ David M. Guess*
Steven J. Katzman
David M. Guess
Tony Bisconti
*Co-Counsel to Michael R. Lane,*
*Liquidating Trustee of the Gardens Regional Hospital*
*and Medical Center Liquidating Trust*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

903 Calle Amanecer Suite #350
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled (*specify*): **LIQUIDATING TRUSTEE'S POST-CONFIRMATION STATUS REPORT PURSUANT TO LOCAL BANKRUPTCY RULE 3020-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 4, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 4, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY WITHIN 24 HOURS AFTER THE DOCUMENT IS FILED**
Chambers of the Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/4/2018 | David M. Guess | /s/ David M. Guess |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Anthony Bisconti on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tbisconti@bmkattorneys.com, 4579179420@filings.docketbird.com

Anthony Bisconti on behalf of Interested Party Michael Lane
tbisconti@bmkattorneys.com, 4579179420@filings.docketbird.com

Anthony Bisconti on behalf of Other Professional OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tbisconti@bmkattorneys.com, 4579179420@filings.docketbird.com

Anthony Bisconti on behalf of Plaintiff Official Committee of Unsecured Creditors
tbisconti@bmkattorneys.com, 4579179420@filings.docketbird.com

Anthony Bisconti on behalf of Plaintiff Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical Center, Inc.
tbisconti@bmkattorneys.com, 4579179420@filings.docketbird.com

Anthony Bisconti on behalf of Plaintiff Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical Center, Inc. dba Gardens Regional Hospital and Medical Center
tbisconti@bmkattorneys.com, 4579179420@filings.docketbird.com

Karl E Block on behalf of Creditor Harbor-Gardens Capital I, LLC
kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com

Karl E Block on behalf of Creditor Paladin-Gardens Management LLC
kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com

Manuel A Boigues on behalf of Interested Party Courtesy NEF
bankruptcycourtnotices@unioncounsel.net, mboigues@unioncounsel.net

Bruce M Bunch on behalf of Creditor Doug Sunstedt
, pam@bunchlawyers.com

Louis J Cisz, III on behalf of Creditor Cerritos Gardens General Hospital Company
lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Louis J Cisz, III on behalf of Defendant The Irving I. Moskowitz Foundation
lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Louis J Cisz, III on behalf of Interested Party Courtesy NEF
lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Lauren A Deeb on behalf of Defendant McKesson Health Solutions Holdings, Inc.
lauren.deeb@nelsonmullins.com,
zora.thomas@nelsonmullins.com;erica.nash@nelsonmullins.com;lori.stewart@nelsonmullins.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

John P Desmond on behalf of Defendant Blue Cross Blue Shield of Michigan, Inc.
jdesmond@dickinsonwright.com, cgrinstead@dickinsonwright.com

Richard K Diamond on behalf of Interested Party Courtesy NEF
rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com

Beth Gaschen on behalf of Plaintiff Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical Center, Inc.
bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com, erhee@swesq.com

Jeffrey I Golden on behalf of Attorney Lobel Weiland Golden Friedman LLP
jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com

Jeffrey I Golden on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com

Jeffrey I Golden on behalf of Other Professional OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com

Jeffrey I Golden on behalf of Plaintiff Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical Center, Inc.
jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com

Rhonda S Goldstein on behalf of Creditor The Regents of the University of California
rhonda.goldstein@ucop.edu, lissa.ly@ucop.edu

Andrew B Goodman on behalf of Creditor Jane Winter
goodman2009@lawnet.ucla.edu

David Guess on behalf of Interested Party Michael Lane
dguess@bmkattorneys.com, 4579179420@filings.docketbird.com

Lawrence J Hilton on behalf of Creditor Cerner Health Services, Inc.
lhilton@onellp.com,
lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com

Michael Hogue on behalf of Defendant St. Vincent Anesthesia Medical Group, Inc.
hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com

David Jacobs on behalf of Interested Party Courtesy NEF
cemail@ebglaw.com, djacobs@ebglaw.com

Ivan L Kallick on behalf of Interested Party Courtesy NEF
ikallick@manatt.com, ihernandez@manatt.com

Ivan L Kallick on behalf of Interested Party KND Development 53, LLC
ikallick@manatt.com, ihernandez@manatt.com

Eve H Karasik on behalf of Interested Party Courtesy NEF
ehk@lnbyb.com

Steven J. Katzman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SKatzman@bmkattorneys.com,
admin@bmkattorneys.com;chowland@bmkattorneys.com;4579179420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Talin Keshishian on behalf of Creditor FUJIFILM Medical Systems U.S.A., Inc.
tkeshishian@bg.law, ecf@bg.law

Gary E Klausner on behalf of Creditor Roxbury Healthcare Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Creditor Sycamore Health Care Services, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Creditor Sycamore Healthcare Services
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

Stuart I Koenig on behalf of Creditor Anthem Blue Cross of California/Janet Andrea, Managing Associate General Counsel
Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com

Stuart I Koenig on behalf of Interested Party Courtesy NEF
Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com

John P Kreis on behalf of Interested Party John P. Kreis, PC
jkreis@kreislaw.com, j.kreis@ca.rr.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Elan S Levey on behalf of Creditor U.S. Department of Health and Human Services
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Elan S Levey on behalf of Defendant United States Department of Health and Human Services
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Wendy A Loo on behalf of Interested Party People of the State of CA
wendy.loo@lacity.org

Stephen A Madoni on behalf of Creditor Spine Surgical Implants, Inc.
stevemadoni@aol.com, nathally@madonilaw.com

Howard N Madris on behalf of Creditor Lenders Funding, LLC
hmadris@madrislaw.com

Howard N Madris on behalf of Interested Party Courtesy NEF
hmadris@madrislaw.com

Samuel R Maizel on behalf of Attorney Dentons US LLP
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor Gardens Regional Hospital and Medical Center, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Boris I Mankovetskiy on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bmankovetskiy@sillscummis.com

Boris I Mankovetskiy on behalf of Interested Party Courtesy NEF
bmankovetskiy@sillscummis.com

Boris I Mankovetskiy on behalf of Other Professional OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bmankovetskiy@sillscummis.com

Amanda L Marutzky on behalf of Interested Party Courtesy NEF
amarutzk@wthf.com, bnavarro@watttieder.com

David W. Meadows on behalf of Creditor Olympus Corp. of the Americas
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Reed M Mercado on behalf of Interested Party Gardens Regional Hospital and Medical Center, Inc.
rmercado@sheppardmullin.com

John A Moe, II on behalf of Attorney Dentons US LLP
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor Gardens Regional Hospital and Medical Center, Inc.
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Interested Party Gardens Regional Hospital and Medical Center, Inc.
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

Benjamin Nachimson on behalf of Defendant J.S.E. Emergency Medical Group, Inc.
ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com

Benjamin Nachimson on behalf of Interested Party Courtesy NEF
ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com

Abigail V O'Brient on behalf of Defendant Starstone National Insurance Company fka TORUS NATIONAL INSURANCE COMPANY
avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com

Steven G. Polard on behalf of Creditor Le' Summit Healthcare, LLC
spolard@ch-law.com, cborrayo@ch-law.com

Steven G. Polard on behalf of Interested Party Courtesy NEF
spolard@ch-law.com, cborrayo@ch-law.com

Steven G. Polard on behalf of Interested Party Promise Hospital of East Los Angeles, L.P.
spolard@ch-law.com, cborrayo@ch-law.com

Amelia Puertas-Samara on behalf of Creditor Employment Development Department
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**

Faye C Rasch on behalf of Defendant Starstone National Insurance Company fka TORUS NATIONAL INSURANCE COMPANY
frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com

Faye C Rasch on behalf of Plaintiff Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical Center, Inc.
frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com

Paul F Ready on behalf of Creditor All State County Mutual Insurance Company, et al.
tamara@farmerandready.com

Paul F Ready on behalf of Creditor Laura Arroyo, et al.
tamara@farmerandready.com

David Reiss on behalf of Creditor Brookville Advisory LLC
dreiss@brookvilleadvisory.com

J. Alexandra Rhim on behalf of Creditor De Lage Landen
arhim@hrhlaw.com

J. Alexandra Rhim on behalf of Interested Party Courtesy NEF
arhim@hrhlaw.com

J. Alexandra Rhim on behalf of Respondent De Lage Landen Financial Services, Inc.
arhim@hrhlaw.com

Emily P Rich on behalf of Interested Party Courtesy NEF
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Mary H Rose on behalf of Attorney Buchalter Nemer, P.C.
mrose@buchalter.com, salarcon@buchalter.com

Mary H Rose on behalf of Creditor Promise Garden Lending Company, Inc.
mrose@buchalter.com, salarcon@buchalter.com

Mary H Rose on behalf of Interested Party Courtesy NEF
mrose@buchalter.com, salarcon@buchalter.com

Daniel Robert Schimizzi on behalf of Creditor Beckman Coulter, Inc.
dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com

George E Schulman on behalf of Interested Party Courtesy NEF
GSchulman@DGDK.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

Andrew H Sherman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
asherman@sillscummis.com

Andrew H Sherman on behalf of Interested Party Courtesy NEF
asherman@sillscummis.com

Andrew H Sherman on behalf of Other Professional OFFICIAL COMMITTEE OF UNSECURED CREDITORS
asherman@sillscummis.com

Roman Shkodnik on behalf of Creditor Mario Alvarado
, roman@yeremianlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                       F 9013-3.1.PROOF.SERVICE

Leonard M Shulman on behalf of Interested Party Strategic Global Management, Inc.
lshulman@shbllp.com

Gerald N Sims on behalf of Creditor BETA Risk Management Authority
jerrys@psdslaw.com, bonniec@psdslaw.com

Gerald N Sims on behalf of Defendant BETA Healthcare Group
jerrys@psdslaw.com, bonniec@psdslaw.com

Alan Stomel on behalf of Interested Party Courtesy NEF
alan.stomel@gmail.com, astomel@yahoo.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Wayne R Terry on behalf of Interested Party Courtesy NEF
wterry@hemar-rousso.com

Douglas S Tilley on behalf of Creditor Intuitive Surgical
dtilley@singerbea.com

Gary F Torrell on behalf of Creditor RollinsNelson Grp, LLC
gft@vrmlaw.com

Gary F Torrell on behalf of Interested Party Courtesy NEF
gft@vrmlaw.com

Gary F Torrell on behalf of Interested Party RollinsNelson LTC Corp.
gft@vrmlaw.com

Gary F Torrell on behalf of Interested Party Bill Nelson
gft@vrmlaw.com

Gary F Torrell on behalf of Interested Party Vicki Rollins
gft@vrmlaw.com

Leslie A Tos on behalf of Creditor Laura Arroyo, et al.
Ltos@farmerandready.com, smeyer@farmerandready.com

Leslie A Tos on behalf of Creditor Manuel Ramirez
Ltos@farmerandready.com, smeyer@farmerandready.com

Leslie A Tos on behalf of Creditor Nelson Fermaint
Ltos@farmerandready.com, smeyer@farmerandready.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Anne A Uyeda on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
auyeda@bmkattorneys.com, admin@bmkattorneys.com;4579179420@filings.docketbird.com

Anne A Uyeda on behalf of Other Professional OFFICIAL COMMITTEE OF UNSECURED CREDITORS
auyeda@bmkattorneys.com, admin@bmkattorneys.com;4579179420@filings.docketbird.com

Kenneth K Wang on behalf of Interested Party California Department of Health Care Services
kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Kenneth K Wang on behalf of Interested Party California Department of Public Health
kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov

Kenneth K Wang on behalf of Interested Party Courtesy NEF
kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov

Johnny White on behalf of Creditor J.S.E. Emergency Medical Group, Inc.
JWhite@wrslawyers.com, aparisi@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, aparisi@wrslawyers.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012  **F 9013-3.1.PROOF.SERVICE**