SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   (213) 623-9300
Facsimile:    (213) 623-9924

Attorneys for Debtor,
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC., dba GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER,<br>            Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 11<br><br>**DECLARATION OF BRIAN WALTON IN SUPPORT OF DENTONS' FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS DEBTOR'S COUNSEL**<br><br><u>Hearing</u>:<br>Date:       December 19, 2018<br>Time:       10:00 A.M.<br>Location:  Courtroom 1568<br>                255 East Temple Street<br>                Los Angeles, California 90012<br>Judge:      Hon. Ernest M. Robles |

## DECLARATION OF BRIAN WALTON

I, Brian Walton, declare as follows.

1.      Until approximately October 10, 2018, I was the Chairman of the Board of Directors of Gardens Regional Hospital and Medical Center, Inc., dba Gardens Regional Hospital and Medical Center ("Gardens").

2.      The Debtor retained Dentons US LLP to act as its counsel in the above referenced bankruptcy case (the "Chapter 11 Case").

1

109835888\V-1

3. As the Chairman of the Board of Directors, I have spent significant amounts of time working with attorneys at Dentons in the Chapter 11 Case. The Chapter 11 Case was filed on June 6, 2016, so I have been directing and observing Dentons' representation of the Debtor for more than two years.

4. I have reviewed *Dentons US LLP's Final Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses* and the accompanying *Declaration of Samuel R. Maizel* [Docket No. 1385] (the "Final Application"). The Final Application requests affirmation of the previous award to Dentons of fees totaling $3,179,815.60 and reimbursement of expenses totaling $109,170.60, incurred during the period from June 6, 2016, through May 31, 2018, and allowance of fees of $100,000 (after a fee reduction of $70,361.00) and expenses of $26,390.87, for the period June 1, 2018, through October 9, 2018. The total amount requested by Dentons for the entire period is $3,415,377.07.

5. I am informed and believe that the fees incurred and expenses awarded to Dentons through May 31, 2018, already have been paid. I am informed and believe that there are more than sufficient funds to pay the remaining fees due Dentons, as well as pay the remaining fees due the other Professionals.

6. I approve and support the Final Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __17th__ day of December, at Los Angeles, California.

*Brian Walton*
———————————————
BRIAN WALTON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*):  Declaration Of Brian Walton In Support Of Dentons' Final Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses As Debtor's Counsel will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) December 17, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul F. Ready #107469
Leslie A. Tos #299520
Farmer & Ready
1254 Marsh Street
P.O. Box 1443
San Luis Obispo, CA 93406

Counsel for All State County Mutual Insurance Co., et al.,
  Laura Arroyo, et al., Nelson Fermaint & Manuel Ramirez
T: 805 541 1626 / F: 805 541 0769
E: pfready/latos/tamara@farmerandready.com

Roman Shkodnik #285152
David Yeremian & Associates Inc.
535 North Brand Boulevard, Suite 705
Glendale, CA 91203-1989

Counsel for Mario Alvarado, Creditor
T: 818 230 8380 / F: 818 230 0308
E: roman.shkodnik@gmail.com

Stuart I. Koenig #102764
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Avenue, Suite 210
Pasadena, CA 91101

Counsel for Anthem Blue Cross of California/Janet Andrea,
  Managing Associate General Counsel
T: 626 796 4000 / F: 626 795 4000
E: skoenig@leechtishman.com

Gerald N. Sims #099133
Pyle Sims Duncan & Stevenson APC
401 B Street, Suite 1500
San Diego, CA 92101

Counsel for BETA Risk Management Authority
T: 619 687 5200 / F: 619 687 5210
E: jerrys@psdslaw.com

Daniel R. Schimizzi
Bernstein Burkley PC
Gulf Tower, Suite 2200
707 Grant Street
Pittsburgh, PA 15219

Counsel for Beckman Coulter, Inc. & Bernstein Burkley PC
T: 412 456 8100 / F: 415 456 8135
E: dschimizzi/cwirick@bernsteinlaw.com

John P. Desmond #176430
Dickinson Wright PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501

Counsel for Blue Cross Blue Shield of Michigan, Inc.
T: 775 343 7500 / F: 844 670 6009
E: jdesmond@dickinsonwright.com

David Reiss
Brookville Advisory LLC
124 Grove Avenue, Suite 339
Cedarhurst, NY 11516-2328

Counsel for Brookville Advisory LLC
T: 646 517 6571 / F: 646 448 5133
E: dreiss@brookvilleadvisory.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:16-bk-17463-ER

June 2012                                                                                                                          **F 9013-3.1.PROOF.SERVICE**
                                                          1
104562420\V-1

| | |
|---|---|
| Mary H. Rose #084700<br>Buchalter, APC<br>1000 Wilshire Boulevard, Suite1500<br>Los Angeles, CA 90017 | Counsel for Buchalter Nemer, P.C. & Promise Garden Lending Company, Inc.<br>T: 213 891 0700 / F: 213 896 0400<br>E: mrose/salarcon@buchalter.com |
| Kenneth K. Wang #201823<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 | Counsel for California Department of Health Care Services & California Department of Public Health<br>T: 213 897 2451 / F: 213 897 2805<br>E: kenneth.wang@doj.ca.gov |
| Lawrence J. Hilton #156524<br>One LLP<br>4000 MacArthur Boulevard, East Tower, Suite 500<br>Newport Beach, CA 92660-2517 | Counsel for Cerner Health Services, Inc.<br>T: 949 502 2876 / F: 949 258 5081<br>E: lhilton@onellp.com |
| Louis J. Cisz III #142060<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111 | Counsel for Cerritos Gardens General Hospital Company<br>T: 415 984 8200 / F: 415 984 8300<br>E: lcisz@nixonpeabody.com |
| Emily Platt Rich #168735<br>Manuel A. Boigues #248990<br>Weinberg Roger & Rosenfeld<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091 | Courtesy NEF<br>T: 510 337 1001 / F: 510 337 1023<br>E: erich/mboigues/bankruptcycourtnotices<br>       @unioncounsel.net |
| Dawn M. Coulson #154085<br>Epps & Coulson LLP<br>707 Wilshire Boulevard, Suite 3000<br>Los Angeles, CA 90017 | Courtesy NEF<br>T: 213 929 2390 / F: 213 929 2394<br>E: dcoulson/cmadero@eppscoulson.com |
| George E. Schulman #064572<br>Richard K. Diamond #070634<br>Danning Gill Diamond & Kollitz, LLP<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | Courtesy NEF<br>T: 310 277 0077 / F: 310 277 5735<br>E: gschulman/rdiamond@dgdk.com |
| Barry S. Glaser #070968<br>Steckbauer Weinhart LLP<br>333 South Hope Street, 36th Floor<br>Los Angeles, CA 90071 | Courtesy NEF<br>T: 213 229 2868 / F: 213 229 2870<br>E: bglaser/erhee@swesq.com |
| R. David Jacobs #073545<br>Epstein Becker & Green PC<br>1925 Century Park East, Suite 500<br>Los Angeles, CA 90067-2506 | Courtesy NEF<br>T: 310 556 8861 / F: 310 553 2165<br>E: djacobs@ebglaw.com |
| Amanda L. Marutzky #274376<br>Watt Tieder Hoffar & Fitzgerald LLP<br>2040 Main Street, Suite 300<br>Irvine, CA 92614 | Courtesy NEF<br>T: 949 852 6700 / F: 949 261 0771<br>E: amarutzky@watttieder.com |
| Benjamin S. Nachimson #166690<br>Woolf & Nachimson, LLP<br>15300 Ventura Boulevard, Suite 214<br>Sherman Oaks, CA 91403-5828 | Courtesy NEF<br>T: 310 474 8776 / F: 310 919 3037<br>E: ben.nachimson@wnlawyers.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:16-bk-17463-ER

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE
                                                       2
104562420\V-1

| | |
|---|---|
| Alan J. Stomel #124986<br>Alan J. Stomel, LC<br>P.O. Box 1457<br>Bodega Bay, CA 95423 | Courtesy NEF<br>T: 310 651 1570 / F: 707 377 4097<br>E: alan.stomel@gmail.com |
| Wayne R. Terry #134685<br>J. Alexandra Rhim #180636<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436 | Counsel for De Lage Landen & De Lage Landen Financial Services, Inc.<br>T: 818 501 3800 / F: 818 501 2985<br>E: wterry/arhim@hrhlaw.com |
| Amelia Puertas-Samara<br>Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Employment Development Department<br>T: 916 464 2888 / F:<br>E: itcdbgc@edd.ca.gov |
| Talin Keshishian #201830<br>Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | Counsel for FUJIFILM Medical Systems U.S.A., Inc.<br>T: 818 827 9000 / F: 818 827 9099<br>E: tkeshishian@bg.law |
| M. Reed Mercado #247318<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071 | Counsel for Gardens Regional Hospital and Medical Center, Inc.<br>T: 213 617 5410 / F:<br>E: rmercado@sheppardmullin.com |
| Karl E. Block #112739<br>Loeb & Loeb LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067 | Counsel for Harbor-Gardens Capital I, LLC & Paladin-Gardens Management LLC<br>T: 310 282 2225 / F: 310 510 6729<br>E: kblock@loeb.com |
| Douglas S Tilley #265997<br>Singer Bea LLP<br>601 Montgomery Street, Suite 1950<br>San Francisco, CA 94111-2691 | Counsel for Intuitive Surgical<br>T: 415 500 6080 / F: 415 500 6080<br>E: dtilley@singerbea.com |
| Joseph Corrigan<br>Iron Mountain Information Management, LLC<br>One Federal Street<br>Boston, MA 02110-2012 | Counsel for Iron Mountain Information Management, LLC<br>T: 617 535 4744 / F: 617 451 0409<br>E: bankruptcy2@ironmountain.com |
| Johnny White #269306<br>Wolf Rifkin Shapiro Schulman & Rabkin<br>11400 Olympic Boulevard, 9th Floor<br>Los Angeles, CA 90064-1582 | Counsel for J.S.E. Emergency Medical Group, Inc.<br>T: 310 478 4100 / F: 310 479 1422<br>E: jwhite@wrslawyers.com |
| Ivan L. Kallick #097649<br>Manatt Phelps & Phillips, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064 | Counsel for KND Development 53, LLC<br>T: 310 312 4000 / F: 310 312 4224<br>E: ikallick@manatt.com |
| John P. Kreis #103737<br>1000 Wilshire Boulevard, Suite 570<br>Los Angeles, CA 90017 | Counsel for John P. Kreis, PC<br>T: 213 613 1049 / F: 213 330 0258<br>E: rmercado@sheppardmullin.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:16-bk-17463-ER

June 2012

F 9013-3.1.PROOF.SERVICE

3

104562420\V-1

| | |
|---|---|
| Nicole Sheth #227961<br>Kaufman Borgeest & Ryan, LLP<br>23975 Park Sorrento, Suite 370<br>Calabasas, CA 91302-4022 | Counsel for Kaufman Borgeest & Ryan, LLP<br>T: 818 880 0992 / F: 818 880 0993<br>E: nsheth@kbrlaw.com<br>[Removal requested 3 Aug 2018] |
| Steven J. Katzman #132755<br>Anne A. Uyeda #235306<br>David M. Guess #238241<br>Anthony R Bisconti #269230<br>Bienert Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673 | Counsel for Michael Lane & Official Committee of Unsecured Creditors<br>T: 949 369 3700 / F: 949 369 3701<br>E: skatzman/auyeda/dguess/tbisconti@bmkattorneys.com |
| Steven G. Polard #090319<br>Coleman & Horowitt, LLP<br>1880 Century Park East, Suite 404<br>Los Angeles, CA 90067 | Counsel for Le' Summit Healthcare, LLC & Promise Hospital of East Los Angeles, L.P.<br>T: 310 286 0233 / F: 310 203 3870<br>E: spolard@ch-law.com |
| Howard N. Madris #157691<br>Law Office of Howard N. Madris APC<br>424 South Beverly Drive<br>Beverly Hills, CA 90212 | Counsel for Lenders Funding, LLC<br>T: 310 277 0757 / F: 310 975 6757<br>E: hmadris@madrislaw.com |
| Jeffrey I. Golden #133040<br>Lobel Weiland Golden Friedman LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | Counsel for Lobel Weiland Golden Friedman LLP & Official Committee of Unsecured Creditors<br>T: 714 966 1000 / F: 714 966 1002<br>E: jgolden/kadele/lfisk@lwgfllp.com |
| Gary F. Torrell #110016<br>David M. Reeder #133150<br>Valensi Rose, PLC<br>1888 Century Park East, Suite 1100<br>Los Angeles, CA 90067 | Counsel for Bill Nelson, RollinsNelson Grp, LLC, RollinsNelson LTC Corp. & Vicki Rollins<br>T: 310 277 8011 / F: 310 277 1706<br>E: gft/dmr@vrmlaw.com |
| Tiffany Strelow Cobb<br>Vorys Sater Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215 | Counsel for Nuance Communications, Inc.<br>T: 614 464 6400 / F: 614 464 6350<br>E: tscobb@vorys.com |
| Andrew H. Sherman<br>Boris I. Mankovetskiy<br>Sills Cummis & Gross PC<br>One Riverfront Plaza<br>Newark, NJ 07102 | Counsel for Official Committee of Unsecured Creditors<br>T: 973 643 6982 / F: 973 643 6500<br>E: asherman/bmankovetskiy@sillscummis.com |
| David W. Meadows #137052<br>Law Offices of D.W. Meadows<br>1801 Century Park East, Suite1235<br>Los Angeles, CA 90067 | Counsel for Olympus Corp. of the Americas<br>T: 310 557 8490 / F: 310 557 8493<br>E: david@davidwmeadowslaw.com |
| Rebecca J. Price<br>Norris McLaughlin & Marcus, P.A.<br>515 West Hamilton Street, Suite 502<br>Allentown, PA 18101-1513 | Counsel for Olympus Corp. of the Americas<br>T: 610 391 1800 / F: 610 391 1805<br>E: rprice@nmmlaw.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

4

104562420\V-1

| | |
|---|---|
| Wendy A. Loo #176587<br>Los Angeles City Attorney's Office<br>200 North Main Street, Suite 900<br>Los Angeles, CA 90012 | Counsel for People of the State of California<br>T: 213 978 7750 / F: 213 978 7711<br>E: wendy.loo@lacity.org |
| Gary E. Klausner #069077<br>Eve H. Karasik #155356<br>Kurt E. Ramlo #166856<br>Levene Neale Bender Yoo & Brill LLP<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067 | Counsel for Roxbury Healthcare Services, LLC & Sycamore Health Care Services, LLC<br>T: 310 229 1234 / F: 310 229 1244<br>E: gek/ehk/kr@lnbyb.com |
| Stephen A. Madoni #170652<br>Law Office of S.A. Madoni<br>3700 Newport Beach Boulevard, Suite 206<br>Newport Beach, CA 92663-3919 | Counsel for Spine Surgical Implants, Inc.<br>T: 949 723 7600 / F: 949 723 7601<br>E: stevemadoni@aol.com |
| Leonard M. Shulman #126349<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618 | Counsel for Strategic Global Management, Inc.<br>T: 949 340 3400 / F: 949 340 3000<br>E: lshulman@shbllp.com |
| Bruce M. Bunch #060705<br>Law Offices of Bruce M. Bunch APC<br>200 North Westlake Boulevard, Suite 204<br>Westlake Village, CA 91362 | Counsel for Doug Sunstedt<br>T: 818 707 8887 / F: 818 707 8884<br>E: bruce/pam@bunchlawyers.com |
| Rhonda S. Goldstein #250387<br>Univ. of CA Office of General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200 | Counsel for The Regents of the University of California<br>T: 510 987 9096 / F: 510 987 9757<br>E: rhonda.goldstein/lissa.ly@ucop.edu |
| Elan S. Levey #174843<br>Office of the U.S. Attorney<br>Federal Building, Suite 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | Counsel for U.S. Department of Health & Human Services<br>T: 213 894 3997 / F: 213 894 7819<br>E: elan.levey@usdoj.gov |
| Dare Law #155714<br>Hatty K. Yip #246487<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Counsel for U.S. Trustee (LA)<br>T: 213 894 4925 / F: 213 894 2603<br>E: dare.law/hatty.yip@usdoj.gov<br>    ustpregion16.la.ecf@usdoj.gov |
| Andrew B. Goodman #267972<br>Khouri Law Firm<br>24012 Calle de la Plata<br>Laguna Hills, CA 92653-7623 | Counsel for Jane Winter<br>T: 949 336 2433 / F: 949 387 0044<br>E: agoodman@khourilaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:16-bk-17463-ER

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE
5
104562420\V-1

**2. SERVED BY UNITED STATES MAIL:** On (*date*) <u>December 17, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Wendi A. Horwitz #136021<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013-1256 | Office of the Attorney General<br>T: 213 897 2178 / F:<br>E: wendi.horwitz@doj.ca.gov |
| Xavier Becerra<br>Attorney General of the State of California<br>Office of the Attorney General<br>1300 I Street, Suite 1142<br>Sacramento, CA 95814-2963 | Office of the Attorney General<br>T: 916 445 9555 / F:<br>E: |
| Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7020 | Office of the Attorney General<br>T: 415 703 5500 / F: 415 703 5480<br>E: |
| Jennifer Kent, Director<br>California Department of Health Care Services<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814-5005 | California Department of Health Care Services<br>T: 916 464 4430 / F:<br>E: |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814-4703 | Office of the Employment Development Dept.<br>T: 866 333 4606 / F:<br>E: |
| Franchise Tax Board<br>State of California<br>300 South Spring Street, Suite 5704<br>Los Angeles, CA 90013-1265 | Franchise Tax Board<br>T: 916 845 6500 / F:<br>E: |
| Constance Doyle<br>Constance Doyle, LLC<br>21509 Anza Avenue<br>Torrance, CA 90503-6423 | Health Care Ombudsman<br>T: 310 357 1088 / F: 866 651 3390<br>E: |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012-3308 | Internal Revenue Service<br>T: 213 576 3009 / F:<br>E: |
| Internal Revenue Service<br>600 Arch Street, Suite 1507<br>Philadelphia, PA 19101-1695 | Internal Revenue Service<br>T: 267 941 6800 / F:<br>E: |
| Lori L. Purkey<br>Rose E. Bareham<br>Purkey & Associates PLC<br>5050 Cascade Road S.E., Suite A<br>Grand Rapids, MI 49546-3707 | Counsel for Stryker Financial & Stryker Instruments<br>T: 616 940 0553 / F: 616 940 0554<br>E: |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:16-bk-17463-ER

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**
6
104562420\V-1

| | |
|---|---|
| Beryl Weiner #047234<br>Selvin & Weiner APC<br>12401 Wilshire Boulevard, 2nd Floor<br>Los Angeles, CA 90025-1089 | Sycamore Healthcare Services LLC<br>T: 310 07 1555 / F: 310 207 3666<br>E: bweiner@swlawyers.com |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012-2551 | U.S. Attorney<br>T: 213 894 2400 / F: 213 894 0141<br>E: |
| W. Jeffery Fulton #089527<br>Law Office of W.J. Fulton<br>1545 Hotel Circle South, Suite 240<br>San Diego, CA 92108-3414 | Counsel for U.S. Bank National Assn.<br>T: 619 688 0018 / F: 619 688 0088<br>E: jeff@jefffultonlaw.com |
| Alex M. Azar II, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, DC 20201-0007 | U.S. Department of Health & Human Services<br>T: 202 690 6610 / F: 202 690 7203<br>E: |
| Angela M. Belgrove<br>Assistant Regional Counsel, Region IX<br>U.S. Department of Health & Human Services<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705 | U.S. Department of Health & Human Services<br>T: 415 437 8156 / F: 415 437 8188<br>E: |
| U.S. Department of Justice<br>Office of the Attorney General of the United States<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | U.S. Department of Justice<br>T: 202 514 2000 / F: 202 307 6777<br>E: |

<u>Requests for Special Notice & Pro Se</u>

| | |
|---|---|
| Amable R. Aguiliuz, Jr., M.D.<br>21500 South Pioneer Boulevard, Suite 209<br>Hawaiian Gardens, CA 90716-2605 | T: 562 860 2442 |
| American Specialty Management Group<br>730 17th Street<br>Modesto, CA 95354-1209 | T: 209 248 7700 |
| Oren Ben Ezra<br>Suite 1000<br>1250 East Hallandale Beach Boulevard<br>Hallandale Beach, FL 33009-4636 | |
| John P. Desmond<br>Dickinson Wright PLLC<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501-1991 | Counsel for Blue Cross Blue Shield of Michigan<br>T: 775 343 7500 / F: 844 670 6009<br>E: jdesmond@dickinson-wright.com |
| Marc Ferrel, President<br>Bridgepoint Healthcare LLC<br>4601 Martin Luther King Jr. Avenue, S.W.<br>Washington, DC 20032-1131 | T: 202 574 5700 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:16-bk-17463-ER

*June 2012*

7

F 9013-3.1.PROOF.SERVICE

104562420\V-1

| | |
|---|---|
| Eric Stone<br>California Department of Public Health<br>Los Angeles East District Office<br>3400 Aero Jet Avenue, Suite 323<br>El Monte, CA 91731-2803 | T: 626 569 3724 / F: 626 927 9842 |
| Darrell W. Clark<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Avenue, NW, Suite 800<br>Washington, DC 20006-4760 | Counsel for Cerner Health Services<br>T: 202 785 9100 / F: 202 785 9163 |
| Aaron L. Durall<br>Durall Capital Holdings<br>8411 West Oakland Park Boulevard, Suite 302<br>Sunrise, FL 33351-7357 | T: 954 741 0830 / F: 954 741 0832 |
| James Hamada, M.D.<br>21500 South Pioneer Boulevard, Suite 208<br>Hawaiian Gardens, CA 90716-2605 | T: 310 540 3145 |
| Stephen F. Biegenzahn<br>Law Offices of S.F. Biegenzahn<br>21860 Burbank Boulevard, Suite 360<br>Woodland Hills, CA 91367-7406 | Counsel for Kansas State Bank of Manhattan<br>T: 818 451 4619<br>E: steve@sfblaw.com |
| Grace Su<br>Meiguo Realty Group, Inc.<br>15713 Valley Boulevard<br>City of Industry, CA 91744-3932 | T: 626 677 6488<br>E: grace@meiguorealty.com |
| Young Park<br>NAEROK Group Int'l Inc.<br>3850 Wilshire Boulevard, Suite 302<br>Los Angeles, CA 90010-3234 | T: 855 462 3765 / F: 323 596 0600<br>E: service@naerokgroup.com |
| Cherna Moskowitz, President<br>Pioneer Carson Corp., General Partner<br>Cerritos Gardens General Hospital Company<br>21520 South Pioneer Boulevard, Suite 205<br>Hawaiian Gardens, CA 90716-2601 | T: 562 860 4003 |
| Robert L. Patterson<br>Slovak Baron Empey Murphy & Pinkney LLP<br>1800 East Tahquitz Canyon Way<br>Palm Springs, CA 92262-7104 | T: 760 322 2275 / F: 760 322 2107<br>E: patterson@sbemp.com |
| Mark Waxman<br>Gerald Kosai<br>Verity Health System<br>2200 West 3rd Street, Suite 200<br>Los Angeles, CA 90057-1935 | T: 310 701 1665 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:16-bk-17463-ER

*June 2012*

8

104562420\V-1

**F 9013-3.1.PROOF.SERVICE**

<u>Creditor's Committee</u>

| | |
|---|---|
| Rob Speeney<br>Cardinal Health 200, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017-1091 | T: 614 533 3125<br>E: rob.speeney@cardinalhealth.com |
| Robert Zadek<br>Lenders Funding, LLC<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493 | T: 415 227 3585 / F: 415 227 3527<br>E: rzadek@buchalter.com |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>December 17, 2018</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than the next business day after the document is filed.

| | |
|---|---|
| Honorable Ernest M. Robles<br>U.S. Bankruptcy Court, Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 East Temple Street, Suite 1560 / Courtroom 1568<br>Los Angeles, CA 90012-3542 | ☒ To the Judge's Dropbox w/ NEF behind<br>☐ By Next Business Day [Trkg#_____]<br>☐ By Facsimile to _____<br>☐ Proposed Order by Email to<br>   _____@cacd.uscourts.gov |
| Eric Weissman<br>Mary D. Lane<br>Wilshire Pacific Capital Advisors LLC<br>8447 Wilshire Boulevard, Suite 202<br>Beverly Hills, CA 90211-3207 | T: 310 526 3323<br>E: eweissman/marylane@wilshirepacificadvisors.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| December 17, 2018 | Frederick Kalve | *[signature]* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case No. 2:16-bk-17463-ER

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

9

104562420\V-1